GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice pending*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

TRENTON J. VAN OSS (*pro hac vice pending*)
tvanoss@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:   (202) 955-8500
Facsimile:   (202) 467-0539

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.
(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>         Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>         Defendant. | Case No. 3:22-cv-3580-WHO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>Action Filed:  June 17, 2022<br><br>Honorable Judge William H. Orrick |

Gibson, Dunn & Crutcher LLP

STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 3:22-CV-03580-WHO

1. Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate as follows:

2. WHEREAS, Plaintiffs filed this action on June 17, 2022;

3. WHEREAS, Defendant Meta Platforms, Inc. was served on June 24, 2022;

4. WHEREAS, Plaintiffs filed an amended complaint on July 15, 2022;

5. WHEREAS, pursuant to the parties' stipulation of July 11, 2022 (Doc. 21), Defendant's responsive pleading is due August 15, 2022;

6. WHEREAS, Defendant has requested, and Plaintiffs have agreed, that Defendant will have additional time to respond to the amended complaint and will do so no later than September 16, 2022;

7. WHEREAS, the additional time to respond to the amended complaint will not alter the date of any event or deadline already set by this Court's Case Management Conference Order (Doc. 27);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, that Defendant will have up to and including September 16, 2022, to respond to the amended complaint.

IT IS SO STIPULATED.

Dated: August 10, 2022                GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Abigail Barrera*
     Abigail Barrera

COOLEY LLP

By:  */s/ Michael G. Rhodes*
     Michael G. Rhodes

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

-1-
STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 3:22-CV-03580-WHO

Dated: August 10, 2022

KIESEL LAW LLP

By: */s/ Paul R. Kiesel*
Paul R. Kiesel
Jeffrey A. Koncius
Nicole Ramirez

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)

**GORNY DANDURAND, LC**
Stephen M. Gorny (admitted *pro hac vice*)

**THE SIMON LAW FIRM, P.C.**
Amy Gunn (admitted *pro hac vice*)
Elizabeth S. Lenivy (admitted *pro hac vice*)

*Attorneys for Plaintiffs*

### CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Abigail Barrera, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 10, 2022

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Abigail Barrera*
Abigail Barrera