Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
  *ramirez@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:   310-854-4444
Fax:  310-854-0812

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
Eric Johnson (admitted *pro hac vice*)
  *ejohnson@simmonsfirm.com*
An Truong (admitted *pro hac vice*)
  *atruong@simmonsfirm.com*
Jennifer Paulson (admitted *pro hac vice*)
  *jpaulson@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949

Stephen M. Gorny (admitted *pro hac vice*)
  *steve@gornylawfirm.com*
**GORNY DANDURAND, LC**
4330 Belleview Avenue, Suite 200
Kansas City, MO 64111
Tel.:   816-756-5071
Fax:   816-756-5067

Amy Gunn (admitted *pro hac vice*)
  *agunn@simonlawpc.com*
Elizabeth S. Lenivy (admitted *pro hac vice*)
  *elenivy@simonlawpc.com*
**THE SIMON LAW FIRM, P.C.**
800 Market St., Ste. 1700
St. Louis, MO 63101
Tel.:   314-241-2929
Fax:   314-241-2029

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>META PLATFORMS, INC.,<br><br>              Defendant. | Case No. 3:22-cv-3580-WHO<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   October 5, 2022<br>Time:  2:00 p.m.<br>Crtrm.:2, 17th Floor<br>Judge: Hon. William H. Orrick |

*Sidebar (vertical):* KIESEL LAW LLP — Attorneys at Law — Beverly Hills, California

# TABLE OF CONTENTS

DECLARATION OF RICHARD M. SMITH ................................................................. 3

Summary of Opinions and Conclusions ..................................................................... 3

Introduction to the Meta Pixel .................................................................................. 4

How the Meta Pixel Works on a Medical Provider's Website ...................................... 9

Web Technologies ................................................................................................... 26

Developer Tools for Observing the Communications Between a Web Browser and Web Servers 35

Browser Cookies .................................................................................................... 36

IP Addresses .......................................................................................................... 41

Web Page and Web Form Scraping .......................................................................... 48

Cookie Syncing ...................................................................................................... 65

Cross-device Tracking ............................................................................................. 69

How the Meta Pixel operates when not logged into Facebook ..................................... 71

Tracking Pixels and HIPAA ..................................................................................... 73

Privacy and Security Problems at Facebook.com ....................................................... 75

The use of the Meta Pixel at other Hospital Web sites ................................................ 79

Health-related Ad Targeting at Facebook.com ........................................................... 86

Hospital Web sites who have recently removed the Meta Pixel .................................... 104

Summary ............................................................................................................... 106

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

### DECLARATION OF RICHARD M. SMITH

1.      My name is Richard M. Smith and I am of sound mind, over the age of eighteen years old, capable of making this Declaration, and personally acquainted with the facts stated herein.

2.      I am currently the owner and a consultant with Boston Software Forensics LLC of Boston, Massachusetts.  For approximately the last 17 years, I have been providing consulting services to the legal industry.  These consulting services primarily involve the analysis of software systems to understand how they operate.  My consulting services have been employed in areas such as IP-related litigation and privacy and security reviews.  Previously I have worked at the Privacy Foundation as the chief technology officer (CTO) and I was a founder and CEO of Phar Lap Software, Inc.  I have a Bachelor of Science degree in Computer Science from North Carolina State University, class of 1974.  I began working in the computer software field in 1972.

3.      In this declaration, I have analyzed the tracking of the communications between patients with the hospitals by Meta using the Meta Pixel.

### Summary of Opinions and Conclusions

4.      Meta acquires patient Protected Health Information (PHI) through the use of the Meta Pixel on the websites of HIPAA-covered entities, including but not limited to:

        a.      MedStar Health – medstarhealth.org

        b.      Rush University System for Health - rush.edu

        c.      Hartford HealthCare - hartfordhospital.org

        d.      Summa Health System - www.summahealth.org

        e.      University Hospitals - www.uhhospitals.org

5.      Meta acquires the patient status of individuals logging into the "patient portals" of their providers through click data, including the Meta Pixel "SubscribedButtonClick" as illustrated by the following HTTP GET request parameters for a Meta Pixel used on the MedStar Health patient portal home page:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

6.      The patient PHI that Meta acquires through the Meta Pixel is used for marketing purposes, including targeted advertising.

**Introduction to the Meta Pixel**

7.      The Meta Pixel[1] is an Internet marketing tool designed by Meta that developers incorporate into their websites to aid their Internet marketing efforts. Meta explains:

---

[1] The Meta Pixel is formerly known as the Facebook Pixel. See *How to Set Up Meta Pixel (Formerly Facebook Pixel)* at https://blog.hootsuite.com/facebook-pixel/. The Meta Pixel continues to rely on Facebook cookies, Facebook JavaScript code, and Facebook servers.

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source: https://www.facebook.com/business/help/742478679120153

8.     As Meta explains, "[t]he Meta Pixel is a snippet of JavaScript code that allows you to track visitor activity on your website.":

## Meta Pixel

The Meta Pixel is a snippet of JavaScript code that allows you to track visitor activity on your website. It works by loading a small library of functions which you can use whenever a site visitor takes an action (called an **event**) that you want to track (called a **conversion**). Tracked conversions appear in the Ads Manager where they can be used to measure the effectiveness of your ads, to define custom audiences for ad targeting, for Advantage+ catalog ads campaigns, and to analyze that effectiveness of your website's conversion funnels.

Source: https://developers.facebook.com/docs/meta-pixel/

9.     The Meta Pixel has vast capabilities and can collect a large range of user data, including:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

The Meta Pixel can collect the following data:

- **Http Headers** – Anything present in HTTP headers. HTTP Headers are a standard web protocol sent between any browser request and any server on the internet. HTTP Headers include IP addresses, information about the web browser, page location, document, referrer and person using the website.
- **Pixel-specific Data** – Includes Pixel ID and the Facebook Cookie.
- **Button Click Data** – Includes any buttons clicked by site visitors, the labels of those buttons and any pages visited as a result of the button clicks.
- **Optional Values** – Developers and marketers can optionally choose to send additional information about the visit through Custom Data events. Example custom data events are conversion value, page type and more.
- **Form Field Names** – Includes website field names like `email`, `address`, `quantity`, etc., for when you purchase a product or service. We don't capture field values unless you include them as part of Advanced Matching or optional values.

Source: https://developers.facebook.com/docs/meta-pixel/

10.     The Pixel works by "loading a small library of functions which you can use whenever a site visitor takes an action (called an **event**) that you want to track (called a **conversion**)." (emphasis in original).

# Meta Pixel

The Meta Pixel is a snippet of JavaScript code that allows you to track visitor activity on your website. It works by loading a small library of functions which you can use whenever a site visitor takes an action (called an **event**) that you want to track (called a **conversion**). Tracked conversions appear in the Ads Manager where they can be used to measure the effectiveness of your ads, to define custom audiences for ad targeting, for Advantage+ catalog ads campaigns, and to analyze that effectiveness of your website's conversion funnels.

Source: https://developers.facebook.com/docs/meta-pixel/

11.     The Meta Pixel was announced on October 14, 2015:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

# Announcing Facebook Pixel

October 14, 2015
By Cecile Ho


Subscribe to Ads news

Today we're announcing the Facebook pixel, a new way to report and optimize for conversions, build audiences and get rich insights about how people use your website. We're also announcing the availability of custom conversions, a new rule-based method to track and report conversions for your Facebook ads.

Facebook pixel makes things simple for advertisers by combining the functionality of the Conversion Tracking pixels and Custom Audience pixels into a single pixel. You only need to place a single pixel across your entire website to report and optimize for conversions. Since it is built on top of the upgraded Custom Audience pixel, all the features announced in our previous blog post (Announcing Upgrades to Conversion Tracking and Optimization at Facebook) are supported through Facebook pixel as well.

You can use Facebook pixel to track and optimize for conversions by adding standard events (e.g. Purchase) to your Facebook pixel base code on appropriate pages (e.g. purchase confirmation page).

12  Source: https://developers.facebook.com/ads/blog/post/v2/2015/10/14/announcing-facebook-pixel/

13

14      12.    The Meta Pixel gained new functionality in May 2017 when Facebook "enhanced"

15  its capabilities such that that it would start transmitting additional information to Facebook,

16  including "actions on your page, like 'add to cart' or 'purchase' clicks, and will also include

17  information from your page's structure to better understand context associated with these actions:

18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# What's changing with the Facebook pixel?

We're enhancing the Facebook pixel to improve Facebook's delivery of relevant and useful ads and how those results are measured. The Facebook pixel will start sending more contextual information from your website to better understand and categorize the actions that people take on your site to optimize for ads delivery.

The additional information sent through pixel will include actions on your page, like "add to cart" or "purchase" clicks, and will also include information from your page's structure to better understand context associated with these actions.

If you created your Facebook pixel before April 20, 2017, this new functionality will go into effect on **May 20, 2017**. For Facebook pixels created on **April 20, 2017** or later, this change will take effect immediately.

You can learn more about these changes in the Facebook Developers site.

Source:
https://web.archive.org/web/20170729045537/https://www.facebook.com/business/help/129259984 07460746

13.   Meta programmed these changes so they would occur by default unless the developer deploying the Pixel reconfigures it to "Manual Only mode":

## Automatic Configuration

Starting on **May 19, 2017**, the Facebook Pixel will be able to send button click data and page metadata from your website to improve your ads delivery and measurement with no further code changes required. If you'd like to configure the Facebook Pixel to Manual Only mode, you can add the line `fbq('set', 'autoConfig', 'false' 'FB_PIXEL_ID')` above the `init` call in the Facebook Pixel Base code and the Facebook Pixel will no longer send this additional data. Example below:

Source:
https://web.archive.org/web/20170827002341/https://developers.facebook.com/docs/facebook-pixel/api-reference

14.   This   new   enhanced   click   monitoring,   through   an   event   called   a SubscribedButtonClick, "fire[s] on every click a user performs on your site, sending the button text as a parameter (buttonText), together with some other potential data (buttonFeatures parameter), like id, tag, value. There's also a formFeatures adding additional info."

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

> **The SubscribedButtonClick Event**
>
> It will fire on every click a user performs on your site, sending the button text as a parameter (buttonText), together with some other potential data (buttonFeatures parameter), like id, tag, value. There's also a formFeatures adding additional info.

Source:    https://www.pixelyoursite.com/major-facebook-pixel-update-automatic-facebook-pixel-events

### How the Meta Pixel Works on a Medical Provider's Website

15.    The Meta Pixel is an example of a tracking pixel[2]:



Source: https://www.digitalmarketer.com/blog/what-is-tracking-pixel/

16.    The "pixel" of a tracking pixel refers to the fact that a tracking pixel can be a 1-by-1

---

[2] Tracking pixels also go under other names such as Web bugs, Web beacons, pixel tags, and spy pixels.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  pixel image on a Web page which is typically invisible to the human eye.

2       17.    The Meta Pixel makes use of Web technologies, which are described later in this

3  declaration, which include:

4              a.       The HTTP protocol (See the section *Web Technologies*)

5              b.       URLs (See the section *Web Technologies*)

6              c.       Query strings (See the section *Web Technologies*)

7              d.       JavaScript (See the section *Web Technologies*)

8              e.       Posted form data (See the section *Web Technologies*)

9              f.       Browser cookies (See the section *Browser Cookies*)

10              g.       IP addresses (See the section *IP Addresses*)

11       18.    MedStar Health operates a Web site at the host www.medstarhealth.org to

12  communicate with patients and others.  The following screen shot shows the home page of the

13  MedStar Health Web site from August 2022:



Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1    Source: https://www.medstarhealth.org/

2        19.    The MedStar Health Web site employs the Meta pixel.[3]

3        20.    For example, MedStar Health includes JavaScript code from Facebook at

4    www.medstarhealth.org.   The JavaScript file from Facebook that MedStar Health causes to be

5    fetched is named "fbevents.js".  As illustrated in the HTTP GET request, this is fetched from the

6    server connect.facebook.net:

```
Request #201

GET https://connect.facebook.net/en_US/fbevents.js HTTP/1.1
Host: connect.facebook.net
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: script
Referer: https://www.medstarhealth.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
```

17        21.    The fbevents.js file includes a Facebook copyright notice:

18   /**

19        * Copyright (c) 2017-present, Facebook, Inc. All rights reserved.
        *
20        * You are hereby granted a non-exclusive, worldwide, royalty-free license to use,
        * copy, modify, and distribute this software in source code or binary form for use
21        * in connection with the web services and APIs provided by Facebook.
        *
22        * As with any software that integrates with the Facebook platform, your use of
        * this software is subject to the Facebook Platform Policy
23        * [http://developers.facebook.com/policy/]. This copyright notice shall be
        * included in all copies or substantial portions of the software.
24        *

---

[3] Prior to November 13, 2021, MedStar Health did not disclose the use of the Meta Pixel on its websites. MedStar's new "Online Privacy Policy" now directs patients to the advertising settings in their Facebook accounts in order to "unlink" their Facebook account from the MedStar website. https://www.medstarhealth.org/online-privacy-policy

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

```
 * THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY
KIND, EXPRESS OR
 * IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF
MERCHANTABILITY, FITNESS
 * FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT
SHALL THE AUTHORS OR
 * COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER
LIABILITY, WHETHER
 * IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT
OF OR IN
 * CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN
THE SOFTWARE.
 */
```

22.     Unless otherwise noted, the HTTP requests and responses that are shown in this declaration for MedStar Health were excerpted from the Fiddler capture file named "MedStar-2022-08-11.saz".[4]  Fiddler capture files are described in more detail in the section of this declaration entitled "Developer Tools for observing the communications between a Web browser and Web servers".

23.     The referer HTTP header ("Referer: https://www.medstarhealth.org/") of the HTTP GET request for the fbevents.js file indicates that a browser has been instructed to fetch fbevents.js by HTML and JavaScript coding in a MedStar Health Web page.

24.     The Facebook JavaScript code from the fbevents.js then executes inside a patient's Web browser in the context of the MedStar Health home page and other pages at the Medstar web properties, without any action or knowledge of the patient.

25.     The following is a screen shot of the myMedStar Patient Portal home page with the "Log In" button about to be pushed:

---

[4] This Fiddler capture file, along with those discussed below, have been produced confidentially to Meta's counsel and are available to the Court upon request.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source: https://www.medstarhealth.org/mymedstar-patient-portal

26.     Pressing the Log In button takes a patient to the login page where they can log into their MedStar patient portal account using their username or email address and a password:



Source: https://cernerhealth.com/oauth/authenticate

27.     When the Log In button is pressed, from the execution of the Facebook JavaScript code, a patient's Web browser is further redirected by Facebook's source code to fetch an invisible tracking pixel.  The following is an example of an HTTP GET request to fetch a Meta Pixel on the MedStar Health patient portal home page:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

```
Request #879

GET
https://www.facebook.com/tr/?id=1321071481253782&ev=SubscribedButtonClick&dl=ht
tps%3A%2F%2Fwww.medstarhealth.org%2Fmymedstar-patient-
portal&rl=https%3A%2F%2Fwww.medstarhealth.org%2F&if=false&ts=1660253644390
&cd[buttonFeatures]=%7B%22classList%22%3A%22%22%2C%22destination%22%3A
%22https%3A%2F%2Fcernerhealth.com%2Foauth%2Fauthenticate%3Fredirect_uri%3D
https%253A%252F%252Fcernerhealth.com%252Fsaml%252Fsso%252Fresponse%253F
message_id%
                      252&issuer%253Dhttps%25253A%25252F%25252Fmymedstar.iqhealth.c
om%25252Fsession-
api%25252Fprotocol%25252Fsaml2%25252Fmetadata%26sign_in_only%3Don%26client
_id%3Dae737c6564c345c2b9ac1294f98c75c0%22%2C%22id%22%3A%22%22%2C%2
2imageUrl%22%3A%22%22%2C%22innerText%22%3A%22Log%20in%22%2C%22nu
mChildButtons%22%3A0%2C%22tag%22%3A%22a%22%2C%22type%22%3Anull%2
C%22name%22%3A%22%22%7D&cd[buttonText]=Log%20in&cd[formFeatures]=%5B
%5D&cd[pageFeatures]=%7B%22title%22%3A%22myMedStar%20%7C%20Your%20P
atient%20Portal%20%7C%20MedStar%20Health%22%7D&cd[parameters]=%5B%5D&
sw=1920&sh=1080&v=2.9.75&r=stable&ec=3&o=30&fbp=fb.
        &it=1660253633972&coo=false&es=automatic&tm=3&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.medstarhealth.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=                            ; datr=                              ;
dpr=2; c_user=                ; xs=
fr=
```

22   28.    Shown in yellow in the HTTP request are facebook.com cookie values used to track

23   a user. Shown in green is text scraped from the patient portal home page which indicates that the

24   Meta pixel is tracking a login attempt at the MedStar patient portal. The contents of the Meta Pixel

25   are described in more detail below.

26   29.    The returned image file for a tracking pixel is typically 1 by 1 pixel in size, i.e. a

27   single dot on a screen, and either is never displayed or hidden from view. For example, a

28   facebook.com server returns a 44-byte image file which is 1-by-1 pixel in size as highlighted in

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

yellow:

```
HTTP/1.1 200 OK
Content-Type: image/gif
Date: Thu, 11 Aug 2022 21:34:04 GMT
Expires: Thu, 11 Aug 2022 21:34:04 GMT
Last-Modified: Fri, 21 Dec 2012 00:00:01 GMT
Cache-Control: no-cache, must-revalidate, max-age=0
Set-Cookie:
Strict-Transport-Security: max-age=31536000; includeSubDomains
Cross-Origin-Resource-Policy: cross-origin
Server: proxygen-bolt
Alt-Svc: h3=":443"; ma=86400, h3-29=":443"; ma=86400
Connection: keep-alive
Content-Length: 44

File size:   44 bytes
Dimensions:  1H x 1W
No EXIF data
```

30.     The purpose of a tracking pixel is typically to provide tracking information about a Web site and a visitor to a third-party, in this case, Facebook.  The tracking information is provided to the third-party server in the HTTP GET request for the tracking pixel.

31.     The following information is provided for tracking purposes to a third-party server when a Web browser is redirected to fetch a tracking pixel[5]:

      a.     The IP address associated with a user's browser. IP addresses are described below.

      b.     A URL which typically contains coded information about the Web page being visited, a user's browser, a user's device, and/or the user of the Web site

      c.     The referring URL which is typically the URL containing the host name of the Web page being tracked

      d.     Identification of the browser, browser version, and device type being used by the visitor in the "user-agent" HTTP header; and

      e.     Any browser cookies which have been set previously by the third-party server

---

[5] Information associated with a tracking pixel can be combined in a process known as device, system, or browser fingerprinting to uniquely identify a particular user.

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1   (optional).

2       32.     In the URL for the Meta Pixel, examples of parameters sent in the query string of the

3   URL include:

4   https://www.facebook.com/tr/?id=1321071481253782&ev=SubscribedButtonClick&dl=https
    %3A%2F%2Fwww.medstarhealth.org%2Fmymedstar-patient-

5   portal&rl=https%3A%2F%2Fwww.medstarhealth.org%2F&if=false&ts=1660253644390&cd[

6   buttonFeatures]=%7B%22classList%22%3A%22%22%2C%22destination%22%3A%22https
    %3A%2F%2Fcernerhealth.com%2Foauth%2Fauthenticate%3Fredirect_uri%3Dhttps%253A%

7   252F%252Fcernerhealth.com%252Fsaml%252Fsso%252Fresponse%253Fmessage_id%█████

8   █████████████       2526issuer%253Dhttps%25253A%25252F%25252Fmymedstar.iqhealth.com
    %25252Fsession-

9   api%25252Fprotocol%25252Fsaml2%25252Fmetadata%26sign_in_only%3Don%26client_id

10  %3Dae737c6564c345c2b9ac1294f98c75c0%22%2C%22id%22%3A%22%22%2C%22image

11  Url%22%3A%22%22%2C%22innerText%22%3A%22Log%20in%22%2C%22numChildButt
    ons%22%3A%22%22%2C%22tag%22%3A%22a%22%2C%22type%22%3A%22name%22

12  %3A%22%22%7D&cd[buttonText]=Log%20in&cd[formFeatures]=%5B%5D&cd[pageFeatu
    res]=%7B%22title%22%3A%22myMedStar%20%7C%20Your%20Patient%20Portal%20%7

13  C%20MedStar%20Health%22%7D&cd[parameters]=%5B%5D&sw=1920&sh=1080&v=2.9.

14  75&r=stable&ec=3&o=30&fbp=fb ███████████████████████ &it=1660253633972&coo=f
    alse&es=automatic&tm=3&rqm=GET

16  The following is a chart of many of the data parameters included in the above URL and their
    values:

| Parameter name | Value |
|---|---|
| id | Id number of the tracking pixel |
| ev | SubscribedButtonClick event type |
| dl | URL of the MedStar Health patient portal home page: https://www.medstarhealth.org/mymedstar-patient-portal |
| rl | The referring URL to the patient portal home page https://www.medstarhealth.org/ |
| destination | URL of the MedStar Health patient port login page: https://cernerhealth.com/oauth/authenticate ... |
| innerText | "Log in" button text |
| cd[buttonText] | "Log in" button text |
| title | Title of the Web page "myMedStar | Your Patient Portal | MedStar Health" |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| fbp | _fbp first-party cookie value (Described below in the section *Cookie Syncing*) |
| --- | --- |
| sw | Screen width: 1920 pixels |
| sh | Screen height: 1080 pixels |

33.     Third-party Facebook.com names and cookie values sent with the Meta Pixel HTTP GET request are:

Cookie: sb=██████████████████; datr=██████████████;

dpr=2; c_user=█████████; xs=████████████████████;

████████;

fr=██████████████████████████████████████

████████████;

34.     The "c_user" cookie contains a numerical value, known as a Facebook ID or FBID, which uniquely identifies a Facebook user.  Each Facebook account holder has a single, unique c_user value associated with the account.

35.     The c_user cookie allows Meta to correlate a particular visitor's use of the MedStar Health Web site with the visitor's Facebook profile, their use of the Facebook Web site, and their use of other Web sites which also employ Meta Pixels.

36.     Any Facebook account can be identified, by name, through the c_user value. For example, the c_user cookie value for Mark Zuckerberg is 4. Logging in to Facebook and typing www.facebook.com/4 in the web browser automatically redirects the browser to Mark Zuckerberg's Facebook page: www.facebook.com/zuck.

37.     Another cookie is the "datr" cookie, which is a unique id number for the browser which visited the MedStar Health Web site which Meta associates with each Facebook user's account.

38.     Facebook account holders can now use the "Download Your Information" ("DYI") tool to view each datr cookie associated with their account. The DYI tool also allows users to see additional information associated with their account, including IP addresses, event information, and

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1  login/logout information.[6]

2  39.    See also Appendix 1 of *Facebook Technical Analysis Report* by Dave O'Reilly and

3  *Facebook Tracking Through Social Plug-ins* (24 June 2015).  These two reports provide a technical

4  analysis of Facebook tracking cookies such as the "datr", "xs", and "fr" cookies.  For example:

**Table 2:** The list of cookies sent to Facebook when a logged in user visits a page with social plug-ins.

| Name | Sample Value | Contains | Expires | Secure[†] |
|------|--------------|----------|---------|-----------|
| c_user | 100004223456398 | Facebook ID | Session/ 1 Month[¶] | Yes |
| datr | S3fJVgeTh7_ikK5frtHsHPmE | Browser ID | 2 Years | No |
| fr | 0goRJJKaszKOLdKz8.AWXGHlRrxSLM3P HeHxfrORvl0H8.BCVChV.Sj.FUJ.0.AW WSuv8a | Encrypted Facebook ID and Browser ID* | 1 Month | No |
| xs | 244%3AjIZKp45fK9ceMA%3A2%3A14267 05088%3A3455 | Session number and secret* | Session/ 1 Month[¶] | Yes |

Source: *Facebook Tracking Through Social Plug-ins* (24 June 2015), page 14

15  40.    On the Facebook Web site, Meta also discloses at a high-level how it uses cookies at

16  the Web page *Cookies & other storage technologies* for "personalizing content", "tailoring and

17  measuring ads", "show you the appropriate experience and features", "show ads", "make

18  recommendations for businesses", "help deliver ads", "deliver, measure and improve the relevancy

19  of ads", "measure how often people do things", "calculate the cost of those ads", "providing

20  advertising and site analytics services", and "our business partners may also choose to share

21  information with Meta":

---

[6] https://www.zdnet.com/article/europe-versus-facebook-new-download-tool-is-not-enough/

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

# Why do we use cookies?

Cookies help us provide, protect and improve the Meta Products, such as by personalising content, tailoring and measuring ads, and providing a safer experience. The cookies that we use include session cookies, which are deleted when you close your browser, and persistent cookies, which stay in your browser until they expire or you delete them. While the cookies that we use may change from time to time as we improve and update the Meta Products, we use them for the following purposes:

**Authentication**
We use cookies to verify your account and determine when you're logged in so that we can make it easier for you to access the Meta Products and show you the appropriate experience and features.

*For example:* We use cookies to keep you logged in as you navigate between Facebook Pages. Cookies also help us remember your browser so you don't have to keep logging in to Facebook and so you can more easily log in to Facebook via third-party apps and websites. For example, we use the "c_user" and "xs" cookies, including for this purpose, which have a lifespan of 365 days.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**Security, site and product integrity**
We use cookies to help us keep your account, data and the Meta Products safe and secure.

> *For example:* Cookies can help us identify and impose additional security measures when someone may be attempting to access a Facebook account without authorisation, for instance, by rapidly guessing different passwords. We also use cookies to store information that allows us to recover your account in the event that you forget your password or to require additional authentication if you tell us that your account has been hacked. This includes, for example, our "sb" and "dbln" cookies, which enable us to identify your browser securely.

We also use cookies to combat activity that violates our policies or otherwise degrades our ability to provide the Meta Products.

> *For example:* Cookies help us fight spam and phishing attacks by enabling us to identify computers that are used to create large numbers of fake Facebook accounts. We also use cookies to detect computers infected with malware and to take steps to prevent them from causing further harm. Our "csrf" cookie, for example, helps us prevent cross-site request forgery attacks. Cookies also help us prevent underage people from registering for Facebook accounts.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**Advertising, recommendations, insights and measurement**

We use cookies to help us show ads and to make recommendations for businesses and other organisations to people who may be interested in the products, services or causes they promote.

> *For example:* Cookies allow us to help deliver ads to people who have previously visited a business's website, purchased its products or used its apps and to recommend products and services based on that activity. Cookies also allow us to limit the number of times that you see an ad so you don't see the same ad over and over again. For example, the "fr" cookie is used to deliver, measure and improve the relevancy of ads, with a lifespan of 90 days.

We also use cookies to help measure the performance of ad campaigns for businesses that use the Meta Products.

> *For example:* We use cookies to count the number of times that an ad is shown and to calculate the cost of those ads. We also use cookies to measure how often people do things, such as make a purchase following an ad impression. For example, the "_fbp" cookie identifies browsers for the purposes of providing advertising and site analytics services and has a lifespan of 90 days.

Cookies help us serve and measure ads across different browsers and devices used by the same person.

> *For example:* We can use cookies to prevent you from seeing the same ad over and over again across the different devices that you use.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Cookies also allow us to provide insights about the people who use the Meta Products, as well as the people who interact with the ads, websites and apps of our advertisers and the businesses that use the Meta Products.

*For example:* We use cookies to help businesses understand the kinds of people who like their Facebook Page or use their apps so that they can provide more relevant content and develop features that are likely to be interesting to their customers.

We also use cookies, such as our "oo" cookie, which has a lifespan of five years, to help you opt out of seeing ads from Meta based on your activity on third-party websites. <u>Learn more</u> about the information we receive, how we decide which ads to show you on and off the Meta Products and the controls that are available to you.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**Site features and services**

We use cookies to enable the functionality that helps us provide the Meta Products.

*For example:* Cookies help us store preferences, know when you've seen or interacted with Meta Products' content and provide you with customised content and experiences. For instance, cookies allow us to make suggestions to you and others, and to customise content on third-party sites that integrate our social plugins. If you are a Facebook Page administrator, cookies allow you to switch between posting from your personal Facebook account and the Facebook Page. We use cookies such as the session-based "presence" cookie to support your use of Messenger chat windows.

We also use cookies to help provide you with content relevant to your locale.

*For example:* We store information in a cookie that is placed on your browser or device so that you will see the site in your preferred language.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**Performance**

We use cookies to provide you with the best experience possible.

> *For example:* Cookies help us route traffic between servers and understand how quickly Meta Products load for different people. Cookies also help us record the ratio and dimensions of your screen and windows and know whether you've enabled high-contrast mode, so that we can render our sites and apps correctly. For example, we set the "dpr" and "wd" cookies, each with a lifespan of 7 days, for purposes including to deliver an optimal experience for your device's screen.

**Analytics and research**

We use cookies to better understand how people use the Meta Products so that we can improve them.

> *For example:* Cookies can help us understand how people use the Facebook service, analyse which parts of our Products people find most useful and engaging, and identify features that could be improved.

**Third-party websites and apps**

Our business partners may also choose to share information with Meta from cookies set in their own websites' domains, whether or not you have a Facebook account or are logged in. Specifically, cookies named _fbc or _fbp may be set on the domain of the business partner whose site you're visiting. Unlike cookies that are set on Meta's own domains, these cookies aren't accessible by Meta when you're on a site other than the one on which they were set, including when you are on one of our domains. They serve the same purposes as cookies set in Meta's own domain, which are to personalise content (including ads), measure ads, produce analytics and provide a safer experience, as set out in this Cookies Policy.

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

# Where do we use cookies?

We may place cookies on your computer or device and receive information stored in cookies when you use or visit:

- The Meta Products;

- Products provided by other members of the Meta Companies; and

- Websites and apps provided by other companies that use the Meta Products, including companies that incorporate Meta technologies into their websites and apps. Meta uses cookies and receives information when you visit those sites and apps, including device information and information about your activity, without any further action from you. This occurs whether or not you have a Facebook account or are logged in.

Source: https://www.facebook.com/policy/cookies

41.     In order to access the *Cookies & other storage technologies* Web page, I was required to log into the Facebook Web site.

42.     Meta describes for developers on their Web site information sent to Facebook servers by the Meta Pixel including button click data:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# Meta Pixel

The Meta Pixel is a snippet of JavaScript code that allows you to track visitor activity on your website. It works by loading a small library of functions which you can use whenever a site visitor takes an action (called an **event**) that you want to track (called a **conversion**). Tracked conversions appear in the Ads Manager where they can be used to measure the effectiveness of your ads, to define custom audiences for ad targeting, for Advantage+ catalog ads campaigns, and to analyze that effectiveness of your website's conversion funnels.

The Meta Pixel can collect the following data:

- **Http Headers** – Anything present in HTTP headers. HTTP Headers are a standard web protocol sent between any browser request and any server on the internet. HTTP Headers include IP addresses, information about the web browser, page location, document, referrer and person using the website.
- **Pixel-specific Data –** Includes Pixel ID and the Facebook Cookie.
- **Button Click Data –** Includes any buttons clicked by site visitors, the labels of those buttons and any pages visited as a result of the button clicks.
- **Optional Values** – Developers and marketers can optionally choose to send additional information about the visit through Custom Data events. Example custom data events are conversion value, page type and more.
- **Form Field Names** – Includes website field names like `email`, `address`, `quantity`, etc., for when you purchase a product or service. We don't capture field values unless you include them as part of Advanced Matching or optional values.

Source: https://developers.facebook.com/docs/meta-pixel

43.     The same kind of tracking information provided with tracking pixels can also be included in other kinds of HTTP requests such as:

    a.     HTTP POST requests used for making API calls from a browser to a server;

    b.     HTTP GET requests for JavaScript files;

    c.     HTTP GET requests for hidden IFRAMEs;

    d.     HTTP GET requests for visible IFRAMEs; or

    e.     HTTP GET requests for visible images

## Web Technologies

44.     Internet users use Web browsers to send, receive, and view electronic communications on the Internet.  Web browsers are software applications which run on computing devices such as laptop computers, desktop computers, smartphones, and tablet computers.

45.     Examples of popular Web browsers include Chrome, Safari, Firefox, and Edge.

46.     A Web site is hosted by a computer server through which the Web site sends and receives communications with Internet users via their Web browsers to display Web pages on users'

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1    monitors and screens of their chosen computing devices.

2        47.    At the MedStar Health Web site (https://www.medstarhealth.org), visitors, including

3    current and prospective patients, can get information about the hospital and its services such as:

4            a.    Conditions and treatments;

5            b.    Hospital departments and centers;

6            c.    Doctors who work at the hospital;

7            d.    News about the hospital; and

8            e.    Patient and visitor information.

9        48.    The communications between a patient and MedStar Health begin when the patient

10   arrives at a MedStar Health Web site.  The communications continue as the patient clicks on links

11   at the Web site, visits associated MedStar Web sites, and enters information into Web forms or their

12   toolbar.   The communications would end when the patient closes their browser or goes to an

13   unrelated Web site.  Communications would restart if a patient returns to www.medstarhealth.org

14   or an associated Web site.

15       49.    Web pages and component files of Web pages are identified by Uniform Resource

16   Locators (URLs).  The URL of a Web page is typically shown in the address bar of a browser.[7]

17       50.    An example of a URL is https://www.medstarhealth.org/doctors/paul-a-sack-md.

18   This URL contains the following fields:

| Protocol – https: | The protocol field specifies that the URL is accessed by a browser using the Hypertext Transfer Protocol (HTTP). Browsers and Web servers typically use HTTP to transfer files and other resources.  They may also use the HTTPS protocol which is an extension of HTTP that uses encryption to provide secure communications between browsers and Web servers.  The HTTP protocol is specified in the document RFC7231, *Hypertext Transfer Protocol (HTTP/1.1): Semantics and Content* which is available at https://tools.ietf.org/html/rfc7231. |
| --- | --- |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

---

[7] The syntax of URLs is described in the document RFC3986, *Uniform Resource Identifier (URI): Generic Syntax*, which is available at https://tools.ietf.org/html/rfc3986.

Case No. 3:22-cv-3580-WHO
DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Host name –<br>www.medstarhealth.org | The host name identifies a Website where a file or resource can be found.  In this case, the host name is www.medstarhealth.org which identifies the Web server for the MedStar Health Web site. |
|---|---|
| Path - doctors/dr-paul-a-sack-md. | The path identifies where a file or resource can be found on a Web server.  It is typical practice for Web sites to include a plain-language description of the contents of a Web page in the path.  In this example, the path identifies a Web page which provides information about Dr. Paul A. Sack of MedStar Health.<br><br>Search engines, such as Google, index words found in paths in addition to the content of pages.  See *Understanding SEO Friendly URL Syntax Practices* at https://searchengineland.com/seo-friendly-url-syntax-practices-134218. |
| Query string | A query string provides a list of parameters which a Web server can use for a variety of purposes such as:<br><br>1. Retrieve information from a database based on the query string parameters.<br>2. Save information provided by a Web form; or<br>3. Save information provided by a Web page or another Web server<br><br>A query string is optional in a URL.  If a query string is present, it starts with a question mark ("?") character.  The question mark character is followed by a list of one or more name/value pairs which are separated by ampersand ("&") characters.  Each name/value pair includes an equal sign ("=").  The name of the parameter appears on the left side of the equal sign while the string on the right side of the equal sign is the associated value.<br><br>In the example URL above, no query string is present.<br><br>An example of a URL which contains a query string is https://www.medstarhealth.org//sxa/search/results/?q=diabetes<br><br>For this second URL, the query string parameters indicate that a search was done at the MedStar Health search site for information about diabetes.  The name of the search string is "q" and the value of the search string is "diabetes".<br><br>The meaning of parameter names and values of a query |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| | string are determined by the software which generates a URL and the software at a Web server which processes the URL.

In a query string, spaces can be represented as the string "%20" or as a plus sign ("+"). See *HTML URL Encoding Reference* at https://www.w3schools.com/tags/ref_urlencode.asp. |
|---|---|

51.    The path and query string fields are part of the communication between a patient and MedStar Health.

52.    In the HTTP and HTTPS protocols, a GET request is used by a Web browser to retrieve a file or resource identified by a URL.  The following shows an HTTP GET request used by the Google Chrome browser to fetch the example URL https://www.medstarhealth.org/doctors/paul-a-sack-md:

```
Request #601

GET https://www.medstarhealth.org/doctors/paul-a-sack-md HTTP/1.1
Host: www.medstarhealth.org
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
Sec-Fetch-Site: same-origin
Sec-Fetch-Mode: navigate
Sec-Fetch-User: ?1
Sec-Fetch-Dest: document
Referer: https://www.medstarhealth.org/doctors
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sxa_site=Medstar; sessionUniqueId=███████████;
_gcl_au=█████████████;  _ga=███████████████████;
_gid=███████████████████████████; _session_UA-██████████=true;
_fbp=fb.█████████████████████████; cebs=1;
_ce.s=██████████████████████████████;
_CEFT=Q%3D%3D%3D; _hjFirstSeen=1; _hjIncludedInSessionSample=1;
_hjSession_██████=█████████████████████████████████████
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
; _hjIncludedInPageviewSample=1; _hjAbsoluteSessionInProgress=1;
hjSessionUser
; _tq_id                           -
1.42b0=                                              ; cebsp=4; _dc_gtm_UA-
43394204-1=1
```

53.     In some cases, HTTP requests and responses that have been excerpted from Fiddler capture files have been reformatted ("pretty printed") for improved readability.

54.     An HTTP GET request includes user communications to a Web site in the form of URLs, file paths, query strings, cookies, and information including identifiers appended to the end of a request as I will describe.

55.     The HTTP GET request consists of a series of text lines.  The first text line specifies that a GET request is being made and includes the URL of the Web page being requested without the protocol and host name fields.

56.     The remaining text lines of the request are known as HTTP headers.  Theses headers specify additional information for the request.  For example, the "Host" header indicates that a request is directed to MedStar Health at "www.medstarhealth.org"

57.     The "User-Agent" HTTP header identifies the browser making the request which is Chrome version 104.  It also indicates that the Chrome browser is running on a Windows 10 PC.

58.     Other HTTP headers, such as "Accept", "Accept-Encoding", and "Accept-Language" tell a Web server the format of a Web page to be returned by the server to the browser.

59.     Other HTTP headers, such as "Connection" and "Upgrade-Insecure-Requests" are used to control the network connection between a browser and Web server.

60.     The "Referer"[8] header specifies the URL of the Web page that contained the clicked link to Dr. Sack's Web page.   In this case, the link was on the doctors page

---

[8] Note that in the HTTP protocol, the "referer" header is misspelled.  The correct spelling is "referrer".

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  https://www.medstarhealth.org/doctors.  The "Referer" header may also contain the URL of a Web

2  page or IFRAME that an HTTP request is made from.  The URL in the "Referer" header is called

3  the referrer or referring URL.[9]

4      61.    The "Cookie" HTTP header is described below.

5      62.    The following is what the HTTP response from MedStar Health Web server looks

6  like when the URL https://www.medstarhealth.org/doctors/paul-a-sack-md has been requested:

```
HTTP/1.1 200 OK
Cache-Control: no-cache, no-store
Pragma: no-cache
Content-Length: 69008
Content-Type: text/html; charset=utf-8
Expires: -1
Vary: Accept-Encoding
Set-Cookie: sxa_site=Medstar; path=/
Request-Context: appId=████████████████████
X-Cache: CONFIG_NOCACHE
X-Azure-Ref:
████████████████████████████████████
████████████████████████████████
Date: Thu, 11 Aug 2022 21:33:15 GMT
```

15      63.    An HTTP response includes communications from a Web site to a user in the

16  response file as described in this section.  The communications may also include the setting of one

17  or more cookies as described in the section *Browser Cookies*.

18      64.    An HTTP response consists of a series of lines of text similar to an HTTP request.

19  The first line of the HTTP response is called a status line which indicates if a file has been

20  successfully fetched by a Web server or not, and if not, what kind of error has occurred.

21      65.    A status code of 200 indicates that a Web page exists and was successfully returned

22  in the HTTP GET response.

23      66.    The status line is followed by HTTP header lines which provide information about

24  the file being returned in the HTTP response.  The following table describes these HTTP header

25  lines in more detail:

26

27  [9] The referrer URL may sometimes be shortened so that it does not include the full URL, such that

28  the content of the communication after the .com or .org is not present in the referrer header.

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| Content-Type | Indicates what kind of file has been returned in the response.  In this case, it is an HTML file which uses the "UTF-8" character set. |
| --- | --- |
| Content-Length | Indicates that the returned HTML file is 69,008 bytes in length. |
| Date | Indicates the date and time of the HTTP response. |
| Set-Cookie | Used to set browser cookies as described below. |

67.    After the final HTTP header, the response includes a blank line followed by the contents of the returned file.  In this example, the following file is returned by the MedStar Health Web server:

```
<!DOCTYPE html>
<!--[if lt IE 7]>      <html class="no-js lt-ie9 lt-ie8 lt-ie7"> <![endif]-->
<!--[if IE 7]>        <html class="no-js lt-ie9 lt-ie8"> <![endif]-->
<!--[if IE 8]>        <html class="no-js lt-ie9"> <![endif]-->
<!--[if gt IE 8]><!-->
<html class="no-js" lang="en">
<!--<![endif]-->
<head>
<link href="/-/media/base-themes/core-libraries/styles/optimized-
min.css?t=20220603T125909Z" rel="stylesheet" /><link href="/-/media/base-
themes/main-theme/styles/optimized-min.css?t=20220603T125917Z" rel="stylesheet"
/><link href="/-/media/themes/mho/medstar/mho-theme/styles/optimized-
min.css?t=20220802T104118Z" rel="stylesheet" />
    <title>Paul A Sack, MD| Endocrinology | MedStar Health</title>
<link rel="canonical" href="//www.medstarhealth.org/doctors/paul-a-sack-md" />
    <link href="/-/media/project/mho/medstar/icons/favicon.png" rel="shortcut icon" />
<meta property="og:description"  content="Paul A.  Click here for more information and
to make an appointment." /><meta property="og:type"  content="website" /><meta
property="og:image"  content="https://www.medstarhealth.org/-
/media/project/mho/medstar/doctors/sack-paul-1598707606.jpg" /><meta
property="og:title"  content="Paul A Sack, MD| Endocrinology | MedStar Health"
/><meta property="og:url"  content="https://www.medstarhealth.org/doctors/paul-a-sack-
md" />
<meta  name="description" content="Paul A.  Click here for more information and to
make an appointment." />

…

</head>
<body class="default-device bodyclass">

…

    <ul>
        <li class="item0 odd first">
```

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
<div class="default-button field-link"><a href="/services" data-
variantitemid="{A3EFE2D7-2C5F-472C-8F8D-981BC3A3A114}" role="button" data-
variantfieldname="Link">Healthcare Services</a></div>            </li>
        <li class="item1 even">
<div class="default-button field-link"><a href="/doctors" data-
variantitemid="{83B8F34B-0D5C-47F1-A100-A38804407907}" role="button"
class="fad-url" data-variantfieldname="Link">Find a Doctor</a></div>            </li>
        <li class="item2 odd">
<div class="default-button field-link"><a href="/locations" data-
variantitemid="{1279CAFE-6DCD-4425-B6CC-1BA973E1EA04}" role="button"
class="fal-url" data-variantfieldname="Link">Locations</a></div>            </li>
        <li class="item3 even">
<div class="default-button field-link"><a href="/mymedstar-patient-portal" data-
variantitemid="{E43AC2DC-6E7E-45F9-8C3F-29864E17891D}" role="button" data-
variantfieldname="Link">Patient Portal</a></div>            </li>
        <li class="item4 odd">
<div class="default-button field-link"><a href="/innovation-and-research" data-
variantitemid="{CFB383EB-B1D6-47AE-8758-ABD5A84B7B37}" role="button" data-
variantfieldname="Link">Research and Education</a></div>            </li>
        <li class="item5 even last">
<div class="default-button field-link"><a href="https://careers.medstarhealth.org"
target="_blank" rel="noopener noreferrer" data-variantitemid="{DB8FA77A-8022-457A-
B33E-3813B61D8A0C}" role="button" data-
variantfieldname="Link">Careers</a></div>            </li>
    </ul>

…

<div class="field-maintitle">
<h2>About me</h2>
</div>
<div class="field-about-the-provider list-content">
<p> <p>Paul A. Sack, MD, has been at MedStar Union Memorial Hospital since 2005
after completing his medical training at the University of Maryland, School of Medicine.
He is the Chief in the Division of Endocrinology and Metabolism at MedStar Union
Memorial Hospital and Good Samaritan Hospital as well as the MedStar Regional
Director for Endocrinology in Baltimore.Â In addition, he is the President of the MedStar
Union Memorial Medical staff after having served as Vice-President from 2020-2022. He
is involved in patient care, clinical research, and the education of medical students,
residents, and endocrinology fellows. Â </p>

<p>Dr. Sack's clinical interests include the management of Type 1 and Type 2 Diabetes,
Thyroid Disease, Adrenal Disorders, and Pituitary Diseases. He performs diagnostic
thyroid and parathyroid ultrasounds and performs fine needle aspiration of thyroid
nodules. Â </p>

<p>Dr. Sack currently serves on the Board of the Maryland Chapter of the American
Diabetes Association.Â </p>

<p>Dr. Sack has been named a Top Doctor in Baltimore magazine for Diabetes Care in
2013, 2016, 2017, 2019, 2020, and 2021.</p>
 </p>

…
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

```
</body>
</html>
```

68.     Note that the entire HTML file is not shown above.  Only the beginning and ending of the HTML file have been excerpted here because the entire HTML file is approximately 2,000 lines of text in length.

69.     HTML ("Hypertext Markup Language") is a standard markup language which tells a Web browser what content is to be displayed for a Web page and how to format the content on the screen.

70.     An HTML file consists of a series of HTML tags which are denoted by angle brackets ("<>") which enclose text or other HTML tags.  The following table shows examples of HTML tags from the HTML file for the MedStar Health prostate cancer Web page:

| | |
|---|---|
| `<!DOCTYPE html>`<br>`<html class="no-js" lang="en">` | Marks the beginning and end of the HTML. |
| `<head>`<br>…<br>`</head>` | Marks the beginning and end of the head section of the HTML.  An HTML head section typically contains information about a Web page and formatting information. |
| `<title>Paul A Sack, MD\| Endocrinology \| MedStar Health</title>` | Specifies the title of the Web page which is "Paul A Sack, MD\| Endocrinology \| MedStar Health" |
| `<link href="/-/media/base-themes/core-libraries/styles/optimized-min.css?t=20220603T125909Z" rel="stylesheet" />` | Specifies a link to formatting information |
| `<body class="default-device bodyclass">` | Marks the beginning of the HTML body of the Web page. |
| `<p>`<br>…<br>`</p>` | Marks the beginning and end of a paragraph within the body that contains text. |
| `<a>` | Used to create a link to another Web page. |

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| ... </a> | |
|---|---|

71.     JavaScript code can also be used in a Web page to provide additional functionality in a Web page. For example, JavaScript code may be used to:

      a.      Format a Web page based on the characteristics of the device displaying the Web page

      b.      Validate form data before it is sent to a Web server

      c.      Provide user-interface elements such as menus, animated buttons, etc., or

      d.      Provide tracking of user activity as described in this declaration

72.     HTTP requests may also be used to disclose hidden tracking information to third parties as described above in the section entitled *The Meta Pixel*.  The tracking information typically is disclosed to third parties via JavaScript code hidden in a Web page. The tracking information can be sent while a Web page is being loaded and while a user interacts with a Web page such as scrolling the Web page or clicking on a link on the Web page.

73.     In addition to GET requests, the HTTP protocol also supports HTTP POST requests. An HTTP POST request is used on a Web page to send information to a Web site.  This information can come from a form on a Web page which has been filled out by a user or from information collected by JavaScript code running on a Web page.  The destination on the Web site where the information is to be sent is identified in a HTTP POST request as a URL.  The information to be submitted to the Web site is placed after the final HTTP header line of a POST request.  A blank text line is used to separate the HTTP header and the submitted information.

**Developer Tools for Observing the Communications Between a Web Browser and Web Servers**

74.     HTTP requests made by Web browsers and HTTP responses received by Web browsers are typically not visible to a user.

75.     However, there are a variety of developer tools available for computer professionals to capture and save HTTP requests and responses as a user's Web browser communicates with Web servers. One such tool is the Fiddler Web debugging proxy.  Fiddler is available for download and

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

documented at the Web site:  https://www.telerik.com/fiddler.  Fiddler can save HTTP requests and responses in a variety of file formats for later analysis.  One such format for saving HTTP request and responses is the SAZ file format.

76.     Most of the HTTP requests and responses shown in this declaration were captured by Fiddler.

77.     Most Web browsers also include built-in developer tools for analyzing HTTP requests and responses.

78.     For example, Google's Chrome browser includes DevTools for analyzing Web pages that are being displayed by a Chrome browser.  These tools are documented by Google at https://developers.google.com/web/tools/chrome-devtools/.

### Browser Cookies

79.     A feature of the HTTP protocol called cookies is implemented in most Web browsers and used by many Web sites.  The cookie feature allows a Web site to save small pieces of text, known as cookies, in a user's Web browsers and in the file system of a user's computer.  Once set, cookies are returned to a Web site in future HTTP requests.  The purpose of a cookie is to allow a Web site to remember information specific to a returning user to the Web site.

80.     To set a cookie, a Web site includes a Set-Cookie HTTP response header in an HTTP response.  In its simplest form, the Set-Cookie HTTP response includes a cookie name and cookie value separated by an equal sign ("=") character.  For example:

Set-Cookie: id=84798432753

This example instructs a browser to save a cookie named "id" with a value of "84798432753".  In future HTTP requests to the Web site that set the "id" cookie, the cookie name and value will be returned to the Web site using a Cookie HTTP request header:

Cookie: id=84798432753

81.     Some of the uses of cookies by a Web site include:

a.      Track login status of a user at a Web site

b.      Track the state of a shopping cart at a Web site

c.      Gather statistics about how an individual user is using a Web site

d.      Gather aggregate statistics about how multiple users are using a Web site

e.      Customize the content of Web pages for individual users based on their past usage of a Web site; or

f.      Provide user-specific information held by a Web site to Web pages.  Such information might include account information, doctor appointments, test results, email messages, and so on.

82.      Cookies also have options associated with them which a Web site can set when a cookie is created.  These options include:

| Expires=*date* | Specifies a time and date when a cookie expires and is to be deleted by a Web browser |
| Max-age=*seconds* | An alternative to "Expires" which specifies the maximum number of seconds a cookie exists before it expires and is to be deleted by a Web browser. |
| Secure | Indicates that a cookie is only to be transmitted in a secure HTTPS request |
| HttpOnly | Indicates that a cookie is not available from JavaScript.  Used to mitigate cross-site scripting attacks. |
| Domain=domain | Specifies the domains that a cookie can be sent to. |
| Path=path | Limits the sending of a cookie to a particular URL path of a Web site |

83.      Documentation for the Set-Cookie header can be found at the Mozilla Web site: https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Set-Cookie.

84.      JavaScript code can also create, read, update, and delete cookies associated with the domain of the Web page in which the JavaScript is executing. See *Document.cookie* at https://developer.mozilla.org/en-US/docs/Web/API/Document/cookie.

85.      If neither an Expires or Max-age option is specified for a cookie, then the cookie is called a session cookie.  A session cookie automatically expires when a browser is closed or if

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

someone leaves a Web site and does not return in a short time.

86.    Unlike a session cookie, a persistent cookie is designed to stay around for some time even if a user exits their browser or turns off their computer.  A persistent cookie is specified using the Expires and/or Max-age options.

87.    A persistent cookie allows a user to be tracked over a period of time beyond a single session.

88.    The following is an example of a cookie being set at the MedStar Health patient portal by a Set-Cookie HTTP response header:

Set-Cookie: iqh_csrf=█████████████████; expires=Thu, 10-Aug-2023 21:33:56 GMT; Max-Age=31449600; Path=/; secure

89.    The following parameters are set for the cookie by the Set-Cookie response header:

| iqh_csrf | Name of the cookie |
|---|---|
| ████████████ | Value of the cookie |
| expires=Thu, 10-Aug-2023 21:33:56 GMT Max-Age=31449600 | When the cookie is to expire which is approximately 1 year after it was set |
| path=/ | Indicates that the cookie is to be used on all Web pages at medstarhealth.org Web sites. |
| secure | Indicates that the cookie is only to be sent on a secure HTTPS network connection |

90.    A Web browser can hold cookies from many different Web sites.  Each Web site can set multiple cookies, each identified by a unique name.

91.    A Web browser will only send back a cookie in an HTTP header to a Web site that set the cookie or to a related Web site.  For example, the MedStar Health cookie will only be sent in an HTTP request to medstarhealth.org server. The MedStar Health cookie will not be sent to other Web sites such as www.facebook.com, www.google.com and www.amazon.com. However, as

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  explained below, some third-party JavaScript files placed in a Web site's source code may be able

2  to extract and send first-party cookie data to companies such as Facebook.

3       92.     When additional content of a Web page is fetched from the same server as the Web

4  page itself, the HTTP GET requests for the additional content will include the same cookies as the

5  Web page.  These cookies are called "first-party cookies".

6       93.     See for example:

```
Request #904

GET https://mymedstar.iqhealth.com/session-api/realm/███████████████████████
██████████=https%3A%2F%2Fmymedstar.iqhealth.com%2Fhome HTTP/1.1
Host: mymedstar.iqhealth.com
Connection: keep-alive
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/104.0.0.0 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,*/*
;q=0.8,application/signed-exchange;v=b3;q=0.9
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: navigate
Sec-Fetch-Dest: document
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Referer: https://cernerhealth.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: iqh-iframe=█████████████████████████;
iqh=███████████████████████████████████████████;
iqh_csrf=███████████████████████████; iqh_csrf-
iframe=███████████████████████████; _ga=██████████████████████████;
_gid=███████████████████████; _gat=1; _gat_client=1
```

22       The __cfduid cookie name and value are highlighted in yellow.

23       94.     When a user's communication with a first party is redirected to a third-party by

24  source code on the Web page, the disclosure to the third-party will include the cookies for the third-

25  party.  These cookies are called "third-party cookies".

26       95.     In addition, JavaScript code from a third-party which runs inside of a Web page is

27  able to access the first-party cookies associated with the domain of the Web page that have not been

28  marked as "httponly".

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

# About Cookie Settings for Meta Pixel

5,635 views

Cookies are small pieces of code stored in internet browsers that are often used to distinguish between website visitors.

You can now use both first and third-party cookies with your Meta Pixel. The difference between first and third-party cookies is who owns the cookie.

First-party cookies are owned by the website a person is currently viewing, while third-party cookies belong to a website other than the one a person is currently viewing.

Compared to third-party cookies, first-party cookies are more widely accepted by browsers and stored for longer periods of time.

To give you more control over your advertising outcomes, the options for using cookies with your Meta Pixel are:

1. **Use the Meta Pixel with both first and third-party cookies**
   This is the default option and is most likely your current Meta Pixel setting. With this option, you will use first-party cookie data with your Meta Pixel, in addition to third-party cookie data. Using both first and third-party cookies will allow you to reach more customers on Meta and to be more accurate in measurement and reporting.

2. **Use the Meta Pixel with third-party cookies only**
   You can disable first-party cookies and use the Meta Pixel with third-party cookies only. With this option, your Meta Pixel will be less effective in reaching customers on Meta and less accurate in measurement and reporting.

96.     Third-party JavaScript code can also create, read, and update its own first-party cookies associated with the domain of the Web page.  These first-party cookies can be used as a replacement for third-party cookies if a user has configured their Web browser to block third-party cookies as a privacy measure. Meta designed the Meta Pixel for this purpose:

Source: https://www.facebook.com/business/help/471978536642445

97.     For example, the MedStar Health Dr. Sacks Web page will also command patients' browsers to make redirected HTTP GET requests to www.facebook.com. As the following redirected HTTP GET request shows, a re-direction includes information about the substance of

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

the Web page and Facebook cookies.

Request #658

GET
https://www.facebook.com/tr/?id=1321071481253782&ev=PageView&dl=https%3A%2F%2Fwww.medstarhealth.org%2Fdoctors%2Fpaul-a-sack-md&rl=https%3A%2F%2Fwww.medstarhealth.org%2Fdoctors&if=false&ts=1660253596912&sw=1920&sh=1080&v=2.9.75&r=stable&ec=0&o=30&fbp=fb█████████████it=1660253596879&coo=false&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.medstarhealth.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=████████████████; datr=██████████; dpr=2; c_user=███████; xs=████████████████
fr=██████████████

98.     The cookies marked in green above do not contain MedStar Health cookies because the redirected HTTP GET request is going to the www.facebook.com Web server as specified in the HTTP Host header and not the www.medstarhealth.org Web server.

99.     This HTTP GET request to the Facebook server by the MedStar Health Web page is an example of a hidden tracker as described above in the section entitled *The Meta Pixel.*

100.    The Facebook cookies marked in green are examples of third-party cookies.

**IP Addresses**

101.    IP addresses are used to route messages on the Internet.

102.    An IP address is a number which identifies a computer which is attached on the Internet.

103.    IP addresses come in two forms: IPv4 or IPv6. An IPv4 address is a 32-bit number while an IPv6 address is a 128-bit number. There are two forms of IP addresses because there are

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

not enough IPv4 addresses for all of the computing devices that now exist.  The larger IPv6 identifier was created to address this problem.

104.    A 32-bit IPv4 address is made human-readable by writing out four decimal numbers separated by periods.  Example:  172.217.12.164.

105.    When a Web browser makes an HTTP request to a Web server, it must send the request to the IP address of the server.  To learn the IP address of the Web server, a Web browser will first lookup the IP address of the server based on the host name of the URL being requested. This lookup process uses a service called the Domain Name System (DNS).  This service, typically offered by an ISP, maps host names to IP addresses.  This lookup process is automatically handled by a browser and is not visible to a user.

106.    Examples of IPv4 addresses assigned to Web sites include:

| | |
|---|---|
| www.medstarhealth.org | 13.107.213.40 |
| www.facebook.com | 31.13.66.35 |

107.    For large Web sites such as Facebook, a single Web server cannot possibly service all the users that come to a Web site.  Therefore, these sites use multiple Web servers to service all of their users.  Each Web server is assigned its own unique IP address.  To share the load between different users, the DNS system sometimes is configured to return different Ipv4 addresses for the same host name.

108.    For a home computer user, a public Ipv4 address is typically assigned to the cable or DSL modem being used in the home.  The IP address is assigned to the home modem when it is powered on.  The public IP address of a modem is assigned by the home-owner's Internet Service Provider (ISP).  Examples of popular ISPs include Comcast, AT&T, Charter, and Verizon.

109.    The same Ipv4 address might be assigned to a modem each time it is powered up or a different Ipv4 address can be assigned to the modem.  How Ipv4 addresses get assigned is a policy decision made by individual ISPs.

110.    When assigning a IPv4 address to a modem, an ISP typically keeps a record of the IPv4 address and which customer account the IP address has been associated with.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

111.    When a Web browser makes an HTTP request, the public IPv4 address is sent as part of the request to the Web site.  The IP address is needed so that the Web site knows where the HTTP response is to be sent back to.

112.    A public IPv4 address is not typically visible to a user.  However, there are Web sites which will provide a public IP address.  Once such Web site is www.myIPaddress.com which shows the IPv4 address of ▮▮▮▮▮▮▮:



113.    Google will also provide a public IPv4 address when searching for "my ip address":



114.    In a typical home Internet setup, all Internet-connected devices share the public IP

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

address of the modem of the house.  Examples of Internet-connected devices include:

   a.  Personal computers

   b.  Smartphones

   c.  Tablets such as iPads

   d.  Smart TVs

   e.  Video streaming devices

   f.  Smart speakers such as Amazon Echo

   g.  Smart watches

   115. These devices typically communicate with a home WiFi access point/router either through a wireless WiFi connection or wired Ethernet connection.  The WiFi access point in turn is attached to the home-owner's cable modem in order to access the Internet outside of the home.

   116. Each device attached to a WiFi access point is assigned its own unique internal IPv4 address by the access point.  These internal IPv4 addresses are typically not seen by Web sites and are selected from reserved IPv4 addresses which are called non-routable addresses.  Examples of IPv4 address ranges which are not routable include 10.0.0.0 – 10.255.255.255, 172.16.0.0 – 172.31.255.255, and 192.168.0.0 – 192.168.255.255.

   117. As explained in this 2018 blog article from Data Dynamix, an Internet marketing company, individual homes can be tracked and targeted via the public IPv4 address assigned to their home modem:

> IP Targeting: The Future of Advertising?
>
> With this development in marketing, advertisers can now send customized ads to people in specific locations matching specific demographics. Displaying an ad in this fashion – ultra-targeted to someone who most likely wants to see it, has shown to increase click-throughs by as much as 300%! The ads can also be displayed to businesses, as well. IP targeting allows for both B2B and B2C marketing. Once an IP address is assigned to a person or a business, it almost acts as a tracking number where a business can collect information about them. IP targeting gives marketers an easy and effective way to target people, all while providing them with information that is beneficial to their business.
>
> If you are looking to mix things up and try a different method, IP targeting could very well be worth a shot. Data-Dynamix can help you with IP targeting. Please contact us for more information on this exciting new technology for digital marketing!
>
> Source: https://www.data-dynamix.com/ip-targeting-future-advertising/

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Note:  Yellow highlighting added.

118.    See also:

Using our unique technology, we have **tied an individual's household address to a unique IP address** with the purpose of delivering targeted marketing messages. This means we can deliver an ad via a mobile device, table, PC, laptop or connected television.

Source: https://www.data-dynamix.com/solutions/ip-address-targeting/

Note: Bold highlighting is original.

119.    A computing device may also be assigned an IPv6 address which it can use to communicate with Web sites that support IPv6 networking.  In order for a device to obtain an IPv6 address, its networking software, the local networking hardware being used by the device, and the ISP being used by the device must support IPv6 networking.

120.    The following screen shot from a Google search of "my IP address" shows a 128-bit IPv6 address assigned to my Windows PC being displayed by Google as a series of 8 hexadecimal numbers separated by colon characters:



Source: https://www.google.com

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1  121.  IPv6 addresses allow geolocation typically down to the city level as well as

2  identification of an ISP.  See for example the following screen shot which shows that my Comcast

3  IPv6 address is located in Boston, Massachusetts:



Source: https://tools.keycdn.com/geo

122.  In Windows 10, my IPv6 address [redacted] is

known as a temporary IPv6 address as shown in the following ipconfig command output:

```
Wireless LAN adapter Wi-Fi:

   Connection-specific DNS Suffix  . :
   IPv6 Address. . . . . . . . . . . :
   Temporary IPv6 Address. . . . . . :
```

123.  A temporary IPv6 address is reassigned periodically by Windows 10 or when

reconnecting to an IPv6-capable network.  Part of the temporary IPv6 address is a random number.

Temporary IPv6 addresses are designed to provide some level of privacy protections versus a fixed

IPv6 address.  However, even temporary IPv6 addresses still allow geolocation and can be

associated with personally-identifiable information such as the Facebook c_user cookie and other

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1    third-parties that have personally identifiable information associated with a cookie id.

2        124.    In order for a browser to use an IPv6 address to communicate with a Web site, the

3    Web site must be IPv6-enabled.  Otherwise, a browser will instead use an IPv4 address to

4    communicate with a Web site.

5        125.    According to a 2018 survey of the Alexa Top 1000 Web sites, somewhat less than

6    30% of the sites are reachable via IPv6 address:

7    ➢   **Alexa Top 1,000 Websites:** 28% with working IPv6 (up from 23% in 2017)



Figure 2 – Percentage of Alexa Top 1000 websites reachable over IPv6

Source:   *State of IPv6 Deployment 2018*, Internet Society

20        126.    Meta allows a logged-in user to view previous logins to the Facebook Web site in

21   the Activity Log section of the Facebook Web site.  Login information includes IP address,

22   browser user agent, and a cookie value as shown in the following screen shot from my own

23   Facebook account:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Source:
https://www.facebook.com/_____/allactivity?activity_history=true&category_key=YOURR
ECORDS&manage_mode=false&should_load_landing_page=false

127.   This activity log shows that Meta correlates IP addresses, user agent type, and cookie values (including datr) with a user's Facebook Id.

## Web Page and Web Form Scraping

128.   A technique known as Web page scraping can be used to extract communications from the HTML tags and text of a Web page.  One method of implementing Web page scraping is to use JavaScript code running inside of the Web page.  The JavaScript code can come from the Web site itself or from third parties.  JavaScript scraping relies on the Document Object Model (DOM) of a Web page to locate and extract communications from the Web page.  Once the communication has been extracted, it can be uploaded to a third-party Web site using a tracking pixel or API call.

129.   Extensive documentation is available on the Web and in books which describes how JavaScript uses the DOM to access the full content of Web pages.  See for example *DOM and JavaScript*:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION



Source: https://developer.mozilla.org/en-US/docs/Web/API/Document_Object_Model/Introduction

130.   At the diabetes Web page for Medstar's St. Mary's hospital, a Facebook API call is made that contains communications describing the full contents of the page.  This communication appears to have been scraped from the contents of the Web page.  The following is an example of the API call with the communications marked in yellow:

Request #663

POST https://www.facebook.com/tr/ HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
Content-Length: 2070
Cache-Control: max-age=0
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
Origin: https://www.medstarhealth.org
Content-Type: application/x-www-form-urlencoded
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,*/*;

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

q=0.8,application/signed-exchange;v=b3;q=0.9
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: navigate
Sec-Fetch-Dest: iframe
Referer: https://www.medstarhealth.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=███████████; datr=███████████; dpr=2;
c_user=██████████; xs=███████████;
fr=█████████████████████████████████████████

Pretty-printed form data

id=1321071481253782
ev=Microdata
dl=https://www.medstarhealth.org/doctors/paul-a-sack-md
rl=https://www.medstarhealth.org/doctors
if=false
ts=1660253597415
cd[DataLayer]=[]
cd[Meta]={"title":"Paul+A+Sack,+MD|+Endocrinology+|+MedStar+Health","meta:description":"Paul+A.++Click+here+for+more+information+and+to+make+an+appointment."}
cd[OpenGraph]={"og:description":"Paul+A.++Click+here+for+more+information+and+to+make+an+appointment.","og:type":"website","og:image":"https://www.medstarhealth.org/-/media/project/mho/medstar/doctors/sack-paul-1598707606.jpg","og:title":"Paul+A+Sack,+MD|+Endocrinology+|+MedStar+Health","og:url":"https://www.medstarhealth.org/doctors/paul-a-sack-md","twitter:image":"https://www.medstarhealth.org/-/media/project/mho/medstar/doctors/sack-paul-1598707606.jpg","twitter:description":"Paul+A.++Click+here+for+more+information+and+to+make+an+appointment.","twitter:title":"Paul+A+Sack,+MD|+Endocrinology+|+MedStar+Health","twitter:card":"summary"}
cd[Schema.org]=[]
cd[JSON-LD]=[{"@context":"https://schema.org","@type":"Physician","name":"Paul+A+Sack,+MD|+Endocrinology+|+MedStar+Health","url":"https://www.medstarhealth.org/doctors/paul-a-sack-md","description":"Paul+A.++Click+here+for+more+information+and+to+make+an+appointment.","image":"https://www.medstarhealth.org/-/media/project/mho/medstar/doctors/sack-paul-1598707606.jpg","aggregateRating":{"@context":"https://schema.org","@type":"AggregateRating","ratingValue":4.9,"reviewCount":820}}]
sw=1920
sh=1080
v=2.9.75
r=stable
ec=1
o=30
fbp=fb██████████████████████
it=1660253596879
coo=false
es=automatic
tm=3
rqm=formPOST

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

131. The data redirected by MedStar Health to Facebook appears to have been extracted from the HTML content sent to my browser from the MedStar Health Web site:

```
<title>Paul A Sack, MD| Endocrinology | MedStar Health</title>

<meta property="og:description"  content="Paul A.  Click here for more information and to
make an appointment." /><meta property="og:type"  content="website" /><meta
property="og:image"  content="https://www.medstarhealth.org/-
/media/project/mho/medstar/doctors/sack-paul-1598707606.jpg" /><meta property="og:title"
content="Paul A Sack, MD| Endocrinology | MedStar Health" /><meta property="og:url"
content="https://www.medstarhealth.org/doctors/paul-a-sack-md" />

<meta  name="description" content="Paul A.  Click here for more information and to make an
appointment." />

<script type="application/ld+json">
                                {
                                        "@context": "https://schema.org",
                                        "@type": "Physician",

                                        "name": "Paul A Sack, MD| Endocrinology |
        MedStar Health",
                                        "url":
        "https://www.medstarhealth.org/doctors/paul-a-sack-md",
                                        "description": "Paul A.  Click here for more
        information and to make an appointment.",
                                        "image": "https://www.medstarhealth.org/-
        /media/project/mho/medstar/doctors/sack-paul-1598707606.jpg",
                                        "aggregateRating":{"@context":
        "https://schema.org","@type":"AggregateRating","ratingValue":4.9,"reviewCount":820}

                                }
</script>
<
```

132. The Facebook JavaScript file at URL https://connect.facebook.net/signals/config/1321071481253782?v=2.9.75&r=stable contains functions for scraping communications on MedStar Health Web pages.  The following are examples of these JavaScript scraping functions:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
f.ensureModuleRegistered("SignalsFBEvents.plugins.microdata", function() {
    return function(g, b, c, d) {
        var e = {
            exports: {}
        };
        e.exports;
        (function() {
            "use strict";
            var a = Object.assign || function(a) {
                    for (var b = 1; b < arguments.length; b++) {
                        var c = arguments[b];
                        for (var d in c) Object.prototype.hasOwnProperty.call(c, d) && (a[d] =
c[d])
                    }
                    return a
                },
                c = f.getFbeventsModules("SignalsFBEventsLogging"),
                d = f.getFbeventsModules("SignalsFBEventsPlugin"),
                h = f.getFbeventsModules("SignalsFBEventsQE"),
                i = f.getFbeventsModules("SignalsFBEventsShared"),
                j = i.signalsGetValueFromHTMLElement,
                k = i.unicodeSafeTruncate;
            i = f.getFbeventsModules("SignalsFBEventsUtils");
            var l = i.filter,
                m = i.some,
                n = i.keys,
                o = i.FBSet;
            i = f.getFbeventsModules("SignalsFBEventsEvents");
            var p = i.fired,
                q = i.getCustomParameters,
                r = 500,
                s = 1e3,
                t = 12e4,
                u = ["og:image"],
                v = [{
                    property: "image",
                    type: "Product"
                }];

            function w(a) {
                return l(u, function(b) {
                    return b === a
                })[0] != null
            }

            function x(a, b) {
                return l(v, function(c) {
```

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
                        return (a === "https://schema.org/" + c.type || a === "http://schema.org/" +
c.type) && c.property === b
                    })[0] != null
                }

            function y() {
                var a = b.querySelectorAll("[itemscope]"),
                    c = [],
                    d = new o();
                for (var e = 0; e < a.length; e++) d.add(a[e]);
                for (var e = a.length - 1; e >= 0; e--) {
                    var f = a[e],
                        g = f.getAttribute("itemtype");
                    if (typeof g !== "string" || g === "") continue;
                    var h = {},
                        i = f.querySelectorAll("[itemprop]");
                    for (var k = 0; k < i.length; k++) {
                        var l = i[k];
                        if (!d.has(l)) {
                            d.add(l);
                            var m = l.getAttribute("itemprop");
                            if (typeof m === "string" && m !== "") {
                                l = j(l);
                                if (l != null) {
                                    var n = h[m];
                                    n != null && x(g, m) ? Array.isArray(n) ? h[m].push(l) : h[m] =
[n, l] : h[m] = l
                                }
                            }
                        }
                    }
                }
                c.unshift({
                    schema: {
                        dimensions: {
                            h: f.clientHeight,
                            w: f.clientWidth
                        },
                        properties: h,
                        subscopes: [],
                        type: g
                    },
                    scope: f
                })
            }
            n = [];
            m = [];
            for (var l = 0; l < c.length; l++) {
                k = c[l];
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
                    i = k.scope;
                    h = k.schema;
                    for (var g = m.length - 1; g >= 0; g--)
                        if (m[g].scope.contains(i)) {
                            m[g].schema.subscopes.push(h);
                            break
                        } else m.pop();
                    m.length === 0 && n.push(h);
                    m.push({
                        schema: h,
                        scope: i
                    })
                }
                return n
            }

            function z() {
                var a = [],
                    d = b.querySelectorAll('script[type="application/ld+json"]'),
                    e = 0;
                for (var f = 0; f < d.length; f++) {
                    var g = d[f];
                    if (g.innerText != null && g.innerText !== "") try {
                        e += g.innerText.length;
                        if (e > t) return [];
                        var h = JSON.parse(g.innerText.replace(/[\n\r\t]+/g, " "));
                        a.push(h)
                    } catch (a) {
                        c.logUserError({
                            jsonLd: g.innerText,
                            type: "INVALID_JSON_LD"
                        })
                    }
                }
                return a
            }

            function A() {
                var a = new o(["og", "product", "music", "video", "article", "book", "profile",
"website", "twitter"]),
                    c = {},
                    d = b.querySelectorAll("meta[property]");
                for (var e = 0; e < d.length; e++) {
                    var f = d[e],
                        g = f.getAttribute("property");
                    f = f.getAttribute("content");
                    if (typeof g === "string" && g.indexOf(":") !== -1 && typeof f ===
"string" && a.has(g.split(":")[0])) {
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
                                f = k(f, r);
                                var h = c[g];
                                h != null && w(g) ? Array.isArray(h) ? c[g].push(f) : c[g] = [h, f] : c[g]
= f
                            }
                        }
                        return c || void 0
                    }
                    var B = {
                        description: !0,
                        keywords: !0
                    };

                    function C() {
                        var a = b.querySelector("title");
                        a = {
                            title: k(a && a.innerText, r)
                        };
                        var c = b.querySelectorAll("meta[name]");
                        for (var d = 0; d < c.length; d++) {
                            var e = c[d],
                                f = e.getAttribute("name");
                            e = e.getAttribute("content");
                            typeof f === "string" && typeof e === "string" && (B[f] && (a["meta:" +
f] = k(e, r)))
                        }
                        return a || void 0
                    }

                    function D(b) {
                        var c = b.id,
                            d = b.includeJsonLd,
                            e = d === void 0 ? !1 : d,
                            f = b.instance;
                        d = b.retries;
                        var i = d === void 0 ? 1 : d;
                        b = A();
                        d = C();
                        var j = y(),
                            k = e ? z() : [],
                            l = h.get("logDataLayer");
                        l = l && l.isInExperimentGroup;
                        l = l === !0 ? g.dataLayer || [] : [];
                        if (j.length === 0 && k.length === 0 && n(b).length === 0 && i > 0) {
                            setTimeout(function() {
                                return D({
                                    id: c,
                                    includeJsonLd: e,
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

```
                        instance: f,
                        retries: i - 1
                    })
            }, s);
            return
        } else if (j.length > 0 || k.length > 0 || n(b).length > 0 || n(d).length > 0 ||
l.length && l.length > 0) {
            l = {
                DataLayer: l,
                Meta: d,
                OpenGraph: b,
                "Schema.org": j
            };
            e && (l = a({}, l, {
                "JSON-LD": k
            }));
            f.trackSingleSystem("automatic", c, "Microdata", l)
        }
    }
    var E = 500,
        F = "microdata_wait";
    e.exports = new d(function(a, b) {
        a = g.performance != null && g.performance.timing.loadEventEnd != null ?
g.performance.timing.loadEventEnd : Date.now();
        var c = a !== 0 ? a : Date.now(),
            d = h.get(F);
        q.listen(function(a, b) {
            return d != null && b === "Microdata" ? {
                exp: d.code
            } : {}
        });
        var e = {};
        p.listen(function(a, f) {
            var g = f.get("id");
            if (g == null || typeof g !== "string" ||
Object.prototype.hasOwnProperty.call(e, g)) return;
            a = m(b.getOptedInPixels("Microdata"), function(a) {
                return a.id === g
            });
            if (a) {
                var h = m(b.getOptedInPixels("MicrodataJsonLd"), function(a) {
                    return a.id === g
                });
                e[g] = !0;
                f = d != null && d.isInExperimentGroup ? c + E - Date.now() : E;
                f <= 0 ? D({
                    id: g,
                    includeJsonLd: h,
```

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

56

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

```
                         instance: b
                }) : setTimeout(function() {
                    D({
                        id: g,
                        includeJsonLd: h,
                        instance: b
                    })
                }, f)
            }
        })
    })
    })();
    return e.exports
}(a, b, c, d)
});
e.exports = f.getFbeventsModules("SignalsFBEvents.plugins.microdata");
f.registerPlugin && f.registerPlugin("fbevents.plugins.microdata", e.exports);
f.ensureModuleRegistered("fbevents.plugins.microdata", function() {
    return e.exports
})
```

133.    These functions use DOM methods such as querySelector and getAttribute to locate information on the Web page of interest.

134.    Scraped information from MedStar Health Web pages is sent to the Facebook server using conventions by the Open Graph Protocol:



Source: https://ogp.me/

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source: https://developers.facebook.com/docs/sharing/webmasters/

135.    Personally-identifiable information (PII) sent as part of the communications from a Web site to a Web browser is accessible and can be scraped from third-party JavaScript code running inside of the Web page that contains the personally-identifiable information.

136.    In addition, personally-identifiable information that a user has entered into a Web form as part of their communications with a Web site is also accessible and can be scraped by third-party JavaScript running in the Web page that contains the form.

137.    For example, Meta documents for developers the ability of the Meta Pixel to scrape personally-identifiable information, such as an email address, from forms of a Web site:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## Meta Pixel

The Meta Pixel is a snippet of JavaScript code that allows you to track visitor activity on your website. It works by loading a small library of functions which you can use whenever a site visitor takes an action (called an **event**) that you want to track (called a **conversion**). Tracked conversions appear in the Ads Manager where they can be used to measure the effectiveness of your ads, to define custom audiences for ad targeting, for Advantage+ catalog ads campaigns, and to analyze that effectiveness of your website's conversion funnels.

The Meta Pixel can collect the following data:

- **Http Headers** – Anything present in HTTP headers. HTTP Headers are a standard web protocol sent between any browser request and any server on the internet. HTTP Headers include IP addresses, information about the web browser, page location, document, referrer and person using the website.
- **Pixel-specific Data** – Includes Pixel ID and the Facebook Cookie.
- **Button Click Data** – Includes any buttons clicked by site visitors, the labels of those buttons and any pages visited as a result of the button clicks.
- **Optional Values** – Developers and marketers can optionally choose to send additional information about the visit through Custom Data events. Example custom data events are conversion value, page type and more.
- **Form Field Names** – Includes website field names like email, address, quantity, etc., for when you purchase a product or service. We don't capture field values unless you include them as part of Advanced Matching or optional values.

Source: https://developers.facebook.com/docs/meta-pixel/

138.    The   Facebook   JavaScript   file   used   by   MedStar   Health, https://connect.facebook.net/signals/config/1321071481253782?v=2.9.75&r=stable,   defines   a module named "signalsFBEventsExtractFormFieldFeatures". This module includes a function which references an option named "extractPIIFields" and a module named "SignalsPixelPIIUtils". Because the Facebook JavaScript has been obfuscated[10], it is difficult to understand the purpose of this module.   Regardless, the option name strongly suggest that Facebook has included form scraping code that is capable of extracting personally-identifiable information (PII) from form fields on the MedStar Health Web site.

```
f.ensureModuleRegistered("signalsFBEventsExtractFormFieldFeatures", function() {
  return function(g, h, i, j) {
    var e = {
      exports: {}
    };
```

---

[10] "Obfuscation is the deliberate act of creating obfuscated code, i.e. source or machine code that is difficult for humans to understand. It is something similar to encryption, but a machine can understand the code and is able to execute: it."  *What Is JavaScript Obfuscation and When Is it Used?* at https://dzone.com/articles/obfuscation-what-is-obfuscation-in-javascript-why

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
        e.exports;
        (function() {
          "use strict";
          var a = f.getFbeventsModules("SignalsPixelPIIUtils"),
            b = a.extractPIIFields;

          function c(a, c) {
            var d = {
                id: a.id,
                name: a.name,
                tag: a.tagName.toLowerCase()
              },
              e = {};
            (a instanceof HTMLInputElement || a instanceof HTMLTextAreaElement) &&
a.placeholder !== "" && (d.placeholder = a.placeholder);
            if (d.tag === "input") {
              d.inputType = a.getAttribute("type");
              if (c && (a instanceof HTMLInputElement || a instanceof
HTMLTextAreaElement)) {
                c = b(d, a);
                c != null && (e = c)
              }
            }
            a instanceof HTMLButtonElement === !1 && a.value === "" &&
(d.valueMeaning = "empty");
            return [d, e]
          }
          e.exports = c
        })();
        return e.exports
      }(a, b, c, d)
    });
```

…

```
    f.ensureModuleRegistered("SignalsFBEventsPixelPIISchema", function() {
      return function(f, g, h, i) {
        var j = {
          exports: {}
        };
        j.exports;
        (function() {
          "use strict";
          j.exports = {
            "default": {
              type: "string",
              typeParams: {
                lowercase: !0,
                strip: "whitespace_only"
              }
            },
            ph: {
              type: "phone_number"
            },
            em: {
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

```
                        type: "email"
                    },
                    fn: {
                        type: "string",
                        typeParams: {
                            lowercase: !0,
                            strip: "whitespace_and_punctuation"
                        }
                    },
                    ln: {
                        type: "string",
                        typeParams: {
                            lowercase: !0,
                            strip: "whitespace_and_punctuation"
                        }
                    },
                    zp: {
                        type: "postal_code"
                    },
                    ct: {
                        type: "string",
                        typeParams: {
                            lowercase: !0,
                            strip: "all_non_latin_alpha_numeric",
                            test: "^[a-z]+"
                        }
                    },
                    st: {
                        type: "string",
                        typeParams: {
                            lowercase: !0,
                            truncate: 2,
                            strip: "all_non_latin_alpha_numeric",
                            test: "^[a-z]+"
                        }
                    },
                    dob: {
                        type: "date"
                    },
                    doby: {
                        type: "string",
                        typeParams: {
                            test: "^[0-9]{4,4}$"
                        }
                    },
                    ge: {
                        type: "enum",
                        typeParams: {
                            lowercase: !0,
                            options: ["f", "m"]
                        }
                    },
                    dobm: {
                        type: "string",
                        typeParams: {
```

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
                    test: "^(0?[1-
9]|1[012])$|^jan|^feb|^mar|^apr|^may|^jun|^jul|^aug|^sep|^oct|^nov|^dec"
                }
            },
            dobd: {
                type: "string",
                typeParams: {
                    test: "^(([0]?[1-9])|([1-2][0-9])|(3[01]))$"
                }
            }
        }
    })();
    return j.exports
}(a, b, c, d)
});
```

139.    In June 2022, Novant Health, a hospital system in North Carolina, discovered that the Meta Pixel that they were using on their Web site was possibly sending protected health information (PHI) to Meta due to the Meta Pixel being misconfigure:

## What happened:

Novant Health, in an effort to be as transparent as possible, mailed letters to some patients following possible disclosure of protected health information (PHI) resulting from an incorrect configuration of pixel, an online tracking tool.

In May 2020, as our nation confronted the beginning of the COVID-19 pandemic, Novant Health launched a promotional campaign to connect more patients to the Novant Health MyChart patient portal, with the goals of improving access to care through virtual visits and to provide increased accessibility to counter the limitations of in-person care. This campaign involved Facebook advertisements and a Meta (Facebook parent company) tracking pixel placed on the Novant Health website to help understand the success of those advertisement efforts on Facebook. However, the pixel was configured incorrectly and may have allowed certain private information to be transmitted to Meta from the Novant Health website and MyChart portal.

Immediately upon becoming aware that the pixel had the capability to transmit unintended information to Meta, Novant Health disabled and removed the pixel as a precaution and began an investigation to learn whether, and to what extent, information was transmitted. Based on that investigation, Novant Health determined on June 17, 2022, that it was possible PHI might have been disclosed to Meta, depending upon a user's activity within the Novant Health website and MyChart portal. This information potentially included an impacted patient's: demographic information such as email address, phone number, computer IP address, and contact information entered into Emergency Contacts or Advanced Care Planning; and information such as appointment type and date, physician selected, button/menu selections, and/or content typed into free text boxes. The information did not include Social Security numbers or other financial information unless it was typed into a free text box by the user. The letter sent to each patient impacted will specifically state whether such financial information may have been involved.

Source: https://www.novanthealth.org/home/privacy-statement/pixel.aspx

140.    PHI which Novant Health identified as being disclosed to Meta included:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1          a.     email address

2          b.     phone number

3          c.     computer IP address

4          d.     contact information entered into Emergency Contacts or Advanced Care

5 Planning

6          e.     appointment type and date

7          f.     physician selected

8          g.     button/menu selections

9          h.     content typed into free text boxes

10     141.    Much of this PHI identified by Novant Health appears to be form data which was scraped by the Meta pixel.

12     142.    Novant Health goes onto state that they were unable to receive any help from Meta "for the information to be returned or destroyed".

# Did Novant Health ask Facebook for the information to be returned or destroyed?

We reached out to Meta Facebook several times and through different channels, but never got a response.

Source: https://www.novanthealth.org/home/privacy-statement/pixel.aspx

143.    According to Novant Health the disclosure of PHI happened over a two year period. Apparently Facebook never notified Novant Health that Meta was receiving PHI from Novant Health.

# When did Novant Health discover this problem?

We first learned of the possibility in May of this year when a reporter called and asked about the use of MetaPixel. We immediately removed the MetaPixel and launched an investigation, during which we tried to determine what, if any, information may have been shared with Meta.

Source: https://www.novanthealth.org/home/privacy-statement/pixel.aspx

144.    Cybercriminals also use JavaScript form scraping to steal personal information, credit card details, and login information including passwords.  See for example *JS Sniffer: E-commerce Data Theft Made Easy*:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source: https://www.volexity.com/blog/2018/07/19/js-sniffer-e-commerce-data-theft-made-easy/

145.   The JS Sniffer article goes on to explain how scraped form data is sent to a server controlled by cybercriminals using a tracking pixel:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

JS Sniffer JavaScript will typically perform the following actions:

1. Looks for onchange events occurring for the following elements and captures element values.
   - <input>
   - <select>
   - <textarea>
2. Calls the functions responsible for checking element value modifications at an interval of every 1.5 seconds.
3. Captures the current hostname of the compromised URL in order to track where the data originates from.
4. Uses the JSON.stringify() method to convert the captured element values into JSON formatting.
5. Base64 encodes element values with the btoa() method.
6. Creates an image element with a width and height of one pixel, specifying the following values as the source:
   - Base64-encoded version of a malicious URL within the atob() method, or in plaintext
   - Appends "?image_id=" to the URI string of the URL
   - Appends the base64-encoded data captured to the URL

### Cookie Syncing

146.   Based on a security policy known as same-origin policy, Web browsers prevent one Web site from accessing the cookies of another Web site.  For example, Google is prevented from receiving Facebook cookies in the HTTP headers of an HTTP request.

147.   See for example, *Same-origin policy*:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## Cross-origin data storage access 🔗

Access to data stored in the browser such as localStorage and IndexedDB are separated by origin. Each origin gets its own separate storage, and JavaScript in one origin cannot read from or write to the storage belonging to another origin.

Cookies use a separate definition of origins. A page can set a cookie for its own domain or any parent domain, as long as the parent domain is not a public suffix. Firefox and Chrome use the ☑ Public Suffix List to determine if a domain is a public suffix. Internet Explorer uses its own internal method to determine if a domain is a public suffix. The browser will make a cookie available to the given domain including any sub-domains, no matter which protocol (HTTP/HTTPS) or port is used. When you set a cookie, you can limit its availability using the Domain, Path, Secure and Http-Only flags. When you read a cookie, you cannot see from where it was set. Even if you use only secure https connections, any cookie you see may have been set using an insecure connection.

Source: https://developer.mozilla.org/en-US/docs/Web/Security/Same-origin_policy

148.    However, JavaScript code running in a Web page can bypass the same-origin policy to send a first-party cookie value in a tracking pixel to an unrelated Web site. This technique is known in the Internet advertising business as "cookie syncing". The technique allows two cooperating Web sites to learn each other's cookie id numbers for the same user. Once the cookie syncing operation is completed, the two Web sites can exchange information that they have collected and hold about a user and that is associated with a cookie id number. The technique can also be used to track an individual if third-party cookies are being blocked by a browser.

149.    Cookie syncing is used at the MedStar Health Web site. For example, the first-party "_fbp" www.medstarhelth.com cookie which appears to contain a unique identified number is sent to a Facebook server in a tracking pixel URL as the following two HTTP GET requests illustrate:

```
Request #366

GET https://www.medstarhealth.org/global-search HTTP/1.1
Host: www.medstarhealth.org
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1  User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
   Gecko) Chrome/104.0.0.0 Safari/537.36

2  Accept:
   text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,*/*;

3  q=0.8,application/signed-exchange;v=b3;q=0.9
   Sec-Fetch-Site: same-origin

4  Sec-Fetch-Mode: navigate
   Sec-Fetch-User: ?1

5  Sec-Fetch-Dest: document
   Referer: https://www.medstarhealth.org/

6  Accept-Encoding: gzip, deflate, br
   Accept-Language: en-US,en;q=0.9

7  Cookie: sxa_site=Medstar; sessionUniqueId=          ;   gcl_au=                              ;
   _tq_id                                                                                 ;

8  _ga=                                ;   gid=                                  ;   dc_gtm_UA-
   cebs=1;  _ce.s=          =1;  session        =true;   fbp=fb

9  _CEFT=Q%3D%3D%3D;

10 _hjSessionUser

11 _hjFirstSeen=1;  hjIncludedInSessionSample=1;
   _hjSession

12 _hjIncludedInPageviewSample=1;  _hjAbsoluteSessionInProgress=1; cebsp=1

13

14 Request #397

15 GET

16 https://www.facebook.com/tr/?id=1321071481253782&ev=PageView&dl=https%3A%2F%2F
   www.medstarhealth.org%2Fglobal-

17 search%23globalprovider_e%3D0%26globalservice_e%3D0%26globallocation_e%3D0%26glo
   balce_e%3D0%26globalnews_e%3D0%26globalblog_e%3D0%26globalpatient_e%3D0%26gl

18 obalarticle_e%3D0%26globalother_e%3D0%26globalprovider_q%3Ddiabetes%26globalservic
   e_q%3Ddiabetes%26globallocation_q%3Ddiabetes%26globalce_q%3Ddiabetes%26globalnews

19 _q%3Ddiabetes%26globalblog_q%3Ddiabetes%26globalpatient_q%3Ddiabetes%26globalarticl
   e_q%3Ddiabetes%26globalother_q%3Ddiabetes%26globalprovider_g%3D0%26globallocation_

20 g%3D0%26globalprovider_distance%2520by%2520miles%3D25000%26globallocation_distanc
   e%2520by%2520miles%3D25000&rl=https%3A%2F%2Fwww.medstarhealth.org%2F&if=fals

21 e&ts=1660253547858&sw=1920&sh=1080&v=2.9.75&r=stable&ec=0&o=30&fbp=fb
   &it=1660253547783&coo=false&rqm=GET HTTP/1.1

22 Host: www.facebook.com
   Connection: keep-alive

23 sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
   sec-ch-ua-mobile: ?0

24 User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
   Gecko) Chrome/104.0.0.0 Safari/537.36

25 sec-ch-ua-platform: "Windows"
   Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8

26 Sec-Fetch-Site: cross-site
   Sec-Fetch-Mode: no-cors

27 Sec-Fetch-Dest: image
   Referer: https://www.medstarhealth.org/

28 Accept-Encoding: gzip, deflate, br
   Accept-Language: en-US,en;q=0.9

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

1  | Cookie: sb=█████; datr=████████; dpr=2; c_user=█████; xs=█████;
2  | fr=█████████████
3

4    150.   The first HTTP GET request shows the _fbp cookie value being sent to

5  www.medstarhealth.org in a HTTP Cookie header.  The second HTTP GET request shows the _fbp

6  cookie value being sent to a Facebook server in a tracking pixel URL.  The _fbp cookie values are

7  marked in yellow.  The Facebook server also receives in the second HTTP GET request, its c_user

8  cookie which is marked in green.

9    151.   See also, What is Cookie Syncing and How Does it Work? and The CIA, MI6, and

10  the Cookie Syncing Process [Comic]:



Source: https://clearcode.cc/blog/cookie-syncing/

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source: https://clearcode.cc/blog/the-cia-mi6-and-the-cookie-syncing-process-comic/

### Cross-device Tracking

152.    Today it is not uncommon for people to access Web sites from multiple devices such as personal computers, smartphones, and tablets.  In addition, apps on smartphones and tablets are now used regularly to access services as a replacement for using Web sites.

153.    In order to provide targeted advertising to a specific individual, regardless of which one of their devices they are using, the Internet advertising industry has adopted a technology called cross-device tracking.

154.    Meta is an example of an Internet company which does cross-device tracking. See for example *Advertise to real people cross-device*:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**The solution**: Instead of relying on search interests based on cookies, which can cause overlap, target real individuals. This is where Facebook has it's biggest advantage over competitors. It's the only platform where you can actively target individuals who might be interested in your products (instead of hoping that you show up in search).

One great way to reach real people is with *Custom Audiences from your website*. These identify people with Facebook IDs who have visited specific product pages or added products to a cart. Once a Custom Audience pixel is placed on your website, you can use that data to remarket to visitors across all their devices.



Source: https://www.facebook.com/business/a/performance-marketing-strategies

155.    As the Facebook Web page describes above, unique Facebook IDs and tracking pixels (called here Custom Audience Pixel) enable cross-device tracking and ad targeting.

156.    Meta's cross-device tracking is also described in the 2015 article *2015 Edition: A Marketer's Guide To Cross-Device Identity*:

> With the relaunch of its Atlas ad server, Facebook entered the cross-device scene in a big way with a persistent tracking mechanism that trades on the company's relationship with users who are logged in across devices. It also recently released cross-device reports and audience extension tools.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Facebook claims to be able to place display, video and mobile ads in nearly any environment currently served by Google's DoubleClick for Advertisers, a chief competitor to Atlas. Atlas can identify and serve ads to users across devices both on Facebook's owned and operated properties, including its mobile app, Facebook.com and Instagram, as well as on thousands of other sites and apps via a combination of its Facebook ID, the Facebook SDK and device ad IDs like Apple's IDFA and Google's own Advertising ID. That means that as long as users stay logged in on multiple devices, Atlas will be able to target them – even if those users are engaging with apps that don't use a social login from Facebook.

Source: https://adexchanger.com/data-exchanges/a-marketers-guide-to-cross-device-identity/

**How the Meta Pixel operates when not logged into Facebook**

157.    When a user logs out of their Facebook account, some of their Facebook cookies are deleted.  These cookies are c_user, xs, and presence.

158.    During the Facebook logout process other cookies are not deleted.  These cookies are the datr, and sb.  As described previously, the datr cookie identifies a user's browser.

159.    The following HTTP request and response for the logout process shows the Facebook cookies which are deleted and the cookies which are preserved[11]:

```
Request #12

POST
https://www.facebook.com/logout.php?button_location=settings&button_name=logout
HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
Content-Length: 28
Cache-Control: max-age=0
viewport-width: 960
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
sec-ch-prefers-color-scheme: light
Upgrade-Insecure-Requests: 1
Origin: https://www.facebook.com
Content-Type: application/x-www-form-urlencoded
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/104.0.0.0 Safari/537.36
Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,
*/*;q=0.8,application/signed-exchange;v=b3;q=0.9
Sec-Fetch-Site: same-origin
```

[11] HTTP requests and responses in this section are from the Fiddler capture file All-No-FB-SignIn-2022-08-17.saz.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
Sec-Fetch-Mode: navigate
Sec-Fetch-User: ?1
Sec-Fetch-Dest: document
Referer: https://www.facebook.com/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=                              ; datr=
dpr=2; locale=en_US; wd=         ; c_user=        ;
xs=
fr=

presence=


Pretty-printed form data

h=AfcJGHJ0cx8CaijoobE
ref=mb

HTTP/1.1 302 Found
Set-Cookie: c_user=deleted; expires=Thu, 01-Jan-1970 00:00:01 GMT; Max-Age=-
1660761823; path=/; domain=.facebook.com
Set-Cookie: xs=deleted; expires=Thu, 01-Jan-1970 00:00:01 GMT; Max-Age=-
1660761823; path=/; domain=.facebook.com; httponly
Set-Cookie: presence=deleted; expires=Thu, 01-Jan-1970 00:00:01 GMT; Max-Age=-
1660761823; path=/; domain=.facebook.com
Location:
https://www.facebook.com/?stype=lo&jlou=

&lh=
x-robots-tag: noindex, nofollow
Access-Control-Expose-Headers: X-FB-Debug, X-Loader-Length
Access-Control-Allow-Methods: OPTIONS
Access-Control-Allow-Credentials: true
Access-Control-Allow-Origin: https://www.facebook.com
Vary: Origin
Strict-Transport-Security: max-age=15552000; preload
Content-Type: text/html; charset="utf-8"
X-FB-Debug:


Date: Wed, 17 Aug 2022 18:43:44 GMT
Alt-Svc: h3=":443"; ma=86400, h3-29=":443"; ma=86400
Connection: keep-alive
Content-Length: 0
```

160.    Deleted Facebook cookies are marked in yellow, while preserved Facebook cookies are marked in green.

161.    The preservation of the datr cookie still allows Meta to track a logged-out Facebook user at a Web hospital's Web site as shown in the following HTTP request for the Meta Pixel at the MedStar Health Web site:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Request #146

GET
https://www.facebook.com/tr/?id=1321071481253782&ev=SubscribedButtonClick&dl=http
s%3A%2F%2Fwww.medstarhealth.org%2Fmymedstar-patient-
portal&rl=https%3A%2F%2Fwww.medstarhealth.org%2F&if=false&ts=1660761846242&c
d[buttonFeatures]=%7B%22classList%22%3A%22%22%2C%22destination%22%3A%22h
ttps%3A%2F%2Fcernerhealth.com%2Foauth%2Fauthenticate%3Fredirect_uri%3Dhttps%2
53A%252F%252Fcernerhealth.com%252Fsaml%252Fsso%252Fresponse%253Fmessage_i
d%253D_b8d84877-f619-437f-83f2-
6019833eafd5%2526issuer%253Dhttps%25253A%25252F%25252Fmymedstar.iqhealth.co
m%25252Fsession-
api%25252Fprotocol%25252Fsaml2%25252Fmetadata%26sign_in_only%3Don%26client_
id%3Dae737c6564c345c2b9ac1294f98c75c0%22%2C%22id%22%3A%22%22%2C%22im
ageUrl%22%3A%22%22%2C%22innerText%22%3A%22Log%20in%22%2C%22numChil
dButtons%22%3A0%2C%22tag%22%3A%22a%22%2C%22type%22%3Anull%2C%22na
me%22%3A%22%22%7D&cd[buttonText]=Log%20in&cd[formFeatures]=%5B%5D&cd[
pageFeatures]=%7B%22title%22%3A%22myMedStar%20%7C%20Your%20Patient%20P
ortal%20%7C%20MedStar%20Health%22%7D&cd[parameters]=%5B%5D&sw=1920&sh
=1080&v=2.9.75&r=canary&ec=2&o=30&ttf=5433.200000000186&tts=583.70000000018
63&ttse=648.1000000000931&fbp=fb.███████████████████████&it=1660761841391&
coo=false&es=automatic&tm=3&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.medstarhealth.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=███████████████████; datr=████████████;
dpr=2; locale=en_US;
fr=████████████████████████████████████████

162.   Marked in yellow in this HTTP GET for the Meta Pixel which remain unchanged
after logging out of a Facebook account.

### Tracking Pixels and HIPAA

163.   Under HIPAA privacy rules, certain kinds of identifiers are considered Protected
Health Information (PHI). See 45 C.F.R. § 164.514:

1. Names

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

2. All geographic subdivisions smaller than a State, including street address, city, county, precinct, zip code, and their equivalent geocodes, except for the initial three digits of a zip code if, according to currently publicly available data from the Bureau of the Census:

(1) The geographic unit formed by combining all zip codes with the same three initial digits contains more than 20,000 people; and

(2) The initial three digits of a zip code for all such geographic units containing 20,000 or fewer people is changed to 000.

3. All elements of dates (except year) for dates directly related to an individual, including birth date, admission date, discharge date, date of death, all ages over 89 and all elements of dates (including year) indicative of such age, except that such ages and elements may be aggregated into a single category of 90 or older;

4. Telephone numbers;

5. Fax numbers;

6. Electronic mail addresses;

7. Social Security numbers;

8. Medical record numbers;

9. Health plan beneficiary numbers;

10. Account numbers;

11. Certificate/license numbers;

12. Vehicle identifiers and serial numbers, including license plate numbers;

13. Device identifiers and serial numbers;

14. Web Universal Resource Locators (URLs);

15. Internet Protocol (IP) address numbers;

16. Biometric identifiers, including finger and voice prints;

17. Full face photographic images and any comparable images; and

18. Any other unique identifying number, characteristic, or code.

In addition, data is considered HIPAA PHI if the covered entity has actual knowledge "that the

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO
DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

information could be used alone or in combination with other information to identify an individual who is a subject of the information."

164. Of these Protected Health Information identifiers, at least five identifiers are routinely sent to third-parties in tracking pixels when a MedStar Health patient is communicating with a MedStar Health hospital at a MedStar Health Web site:

a.  Web URL

b.  IP address

c.  Account number in the form of cookie id numbers or in a URL query string parameter

d.  Device identifiers and serial numbers

e.  Any other characteristic that could uniquely identify the individual

**Privacy and Security Problems at Facebook.com**

165. Over the past few years, various privacy and security problems have come to light at Facebook and how it handles data collected as people use the Web and run apps.

166. For example, on September 25, 2018, Facebook discovered that access tokens were obtained by attackers for almost 90 million Facebook users.  These access tokens permitted the unknown attackers to obtain information about Facebook users associated with the stolen access tokens.  Facebook describes the incident on this Web page:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source: https://www.facebook.com/help/2687943754764396

167.    In the spring of 2018, it was revealed that a political consulting company based in the UK, named Cambridge Analytica, had used a quiz app to secretly extract information for 87 million Facebook profiles.  The security breach generated extensive press coverage in the United States and has been called the Facebook and Cambridge Analytica scandal.  The security breach only came to light because of a whistleblower named Aleksandr Kogan who worked with Cambridge Analytica.  The following is an example of one of the press articles which describes how the security breach was allowed to happen:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Source:   https://www.vox.com/policy-and-politics/2018/3/23/17151916/facebook-cambridge-analytica-trump-diagram

168.    According to press reports, Facebook is being investigated by the DOJ, SEC, FTC, and FBI because the of Cambridge Analytica data breach.  See for example:



Source: https://www.engadget.com/2018/07/02/fbi-sec-ftc-facebook-cambridge-analytica-probe/

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

169.    Based on internal Facebook documents obtained by the British government, the New York Times and Washington Post report in December 2018 that Facebook gave special access to user data to large advertisers in spite of previous claims to the contrary:



Source: https://www.nytimes.com/2018/12/18/technology/facebook-privacy.html

170.    In a March 6, 2019 post entitled *A Privacy-Focused Vision for Social Networking*, by Facebook's CEO, Mark Zuckerberg, no mention is made of Facebook's third-party tracking and data collection at Web sites such as the MedStar Health Web site:

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION



Source: https://www.facebook.com/notes/mark-zuckerberg/a-privacy-focused-vision-for-social-networking/10156700570096634/

**The use of the Meta Pixel at other Hospital Web sites**

171.    In addition to testing the Meta Pixel at the MedStar Health Web site, I also did Meta Pixel testing at these four additional hospital Web sites:

        a.      Rush University System for Health - rush.edu

        b.      Hartford HealthCare - hartfordhospital.org

        c.      Summa Health System - www.summahealth.org

        d.      University Hospitals - www.uhhospitals.org

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

172.    I found that the Meta Pixel operated in the same manner at these four hospital Web sites as the MedStar Health Web site.

173.    In particular, I found that Meta Pixel SubscribedButtonClick tracking events were sent to Facebook Web servers when clicking on links or buttons for the patient portals of the four Web sites.

174.    Information sent to the Facebook Web servers with the HTTP GET requests with each SubscribedButtonClick tracking events include:

a.    The IP address of my computer

b.    My Facebook c_user, datr, sb, fr, and xs cookies

c.    The _fbp cookie stored as a hospital Web site cookie, but transmitted to Facebook in the query string of a Meta Pixel URL

d.    Identification of the event as a SubscribedButtonClick event

e.    The URL of the Web page with the button or linked that was clicked

f.    The URL of the patient portal login page

g.    The text of the login link or button

175.    The following screen shot from the Rush University System for Health Web site shows how the "I am a Patient" menu can be used to access the MyChart patient portal:



DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Source: https://rush.edu

176.    The following HTTP GET request from the Fiddler capture file Rush-2022-08-16.saz, shows the clicking of the "MyChart Access" link in the above screen shot being tracked by Meta using the Meta Pixel:

Request #349

GET
https://www.facebook.com/tr/?id=143625454437618&ev=SubscribedButtonClick&dl=https%3A%2F%2Fwww.rush.edu%2F&rl=&if=false&ts=1660683101387&cd[buttonFeatures]=%7B%22classList%22%3A%22external%22%2C%22destination%22%3A%22https%3A%2F%2Fmychart.rush.edu%2Fmychart%2FAuthentication%2FLogin%3F_ga%

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ %26_gl%3D1*93lus1*_ga*▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮*

_ga 2%2C%22id%22%3A%22%22%2C%22imageUrl%22%3A%22%22%2C%22innerText%22%3A%22MyChart%20Access%22%2C%22numChildButtons%22%3A0%2C%22tag%22%3A%22a%22%2C%22type%22%3Anull%2C%22name%22%3A%22%22%7D&cd[buttonText]=MyChart%20Access&cd[formFeatures]=%5B%5D&cd[pageFeatures]=%7B%22title%22%3A%22Rush%20University%20System%20for%20Health%20%E2%80%93%20A%20Top%20US%20%26%20Chicago%20Hospital%20System%22%7D&cd[parameters]=%5B%5D&sw=1920&sh=1080&sh=1080&v=2.9.75&r=stable&ec=4&o=30&fbp=fb▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮&it=1660683090827&coo=false&es=automatic&tm=3&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.rush.edu/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=▮▮▮▮▮▮▮▮; datr=▮▮▮▮▮▮▮▮▮▮▮▮; dpr=2; c_user=▮▮▮▮; xs=▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
fr=▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

177.    Cookie values sent to the Facebook server as part of the Meta Pixel are marked in yellow.

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1    178.    The following screen shot from the Hartford HealthCare Web site shows how the

2    MyChartPLUS patient portal can be accessed from the patient portal home page:



Source: https://hartfordhospital.org/patient-portal

179.    The following HTTP GET request from the Fiddler capture file hartfordhospital-
2022-08-16.saz, shows the clicking of the "Click here to access MyChartPLUS" link in the above
screen shot being tracked by Meta using the Meta Pixel:

Request #400

GET
https://www.facebook.com/tr/?id=813018392549117&ev=SubscribedButtonClick&dl=https%3
A%2F%2Fhartfordhospital.org%2Fpatient-
portal&rl=https%3A%2F%2Fhartfordhospital.org%2Fpatients-and-visitors%2Ffor-
patients%2Fbefore-you-
arrive&if=false&ts=1660683910169&cd[buttonFeatures]=%7B%22classList%22%3A%22butt
on%22%2C%22destination%22%3A%22https%3A%2F%2Fmychartplus.org%2F%22%2C%2
2id%22%3A%22%22%2C%22imageUrl%22%3A%22%22%2C%22innerText%22%3A%22C
lick%20here%20to%20access%20MyChartPLUS%22%2C%22numChildButtons%22%3A0%
2C%22tag%22%3A%22a%22%2C%22type%22%3Anull%2C%22name%22%3A%22%22%7
D&cd[buttonText]=Click%20here%20to%20access%20MyChartPLUS&cd[formFeatures]=%5
B%7B%22id%22%3A%22__EVENTTARGET%22%2C%22name%22%3A%22__EVENTT
ARGET%22%2C%22tag%22%3A%22input%22%2C%22inputType%22%3A%22hidden%22
%2C%22valueMeaning%22%3A%22empty%22%7D%2C%7B%22id%22%3A%22__EVENT
ARGUMENT%22%2C%22name%22%3A%22__EVENTARGUMENT%22%2C%22tag%22
%3A%22input%22%2C%22inputType%22%3A%22hidden%22%2C%22valueMeaning%22%
3A%22empty%22%7D%2C%7B%22id%22%3A%22servicelinebtn%22%2C%22name%22%
3A%22%22%2C%22tag%22%3A%22button%22%7D%2C%7B%22id%22%3A%22hfSearch
Url%22%2C%22name%22%3A%22ctl01%24ppheader_2_0%24hfSearchUrl%22%2C%22tag

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
%22%3A%22input%22%2C%22inputType%22%3A%22hidden%22%7D%2C%7B%22id%2
2%3A%22inputSearch%22%2C%22name%22%3A%22ctl01%24ppheader_2_0%24inputSear
ch%22%2C%22tag%22%3A%22input%22%2C%22placeholder%22%3A%22Search%20by%
20keyword...%22%2C%22inputType%22%3A%22search%22%2C%22valueMeaning%22%3
A%22empty%22%7D%2C%7B%22id%22%3A%22__VIEWSTATE%22%2C%22name%22
%3A%22__VIEWSTATE%22%2C%22tag%22%3A%22input%22%2C%22inputType%22%3
A%22hidden%22%7D%5D&cd[pageFeatures]=%7B%22title%22%3A%22MyChartPLUS%2
0%7C%20Hartford%20Hospital%20%7C%20Hartford%2C%20CT%22%7D&cd[parameters]
=%5B%5D&sw=1920&sh=1080&v=2.9.75&r=stable&ec=2&o=30&fbp=fb█████████
████████&it=1660683899734&coo=false&es=automatic&tm=3&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://hartfordhospital.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=████████████; datr=████████████; dpr=2;
c_user=███████; xs=████████████████████████████
fr=██████████████████████████████████████
```

180.    Cookie values sent to the Facebook server as part of the Meta Pixel are marked in yellow.

181.    The following screen shot from the Summa Health Web site shows how the MyChart patient portal login page can be accessed from the patient portal home page:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION



Source: https://www.summahealth.org/mychart

182.    The following HTTP GET request from the Fiddler capture file summahealth-2022-08-16.saz, shows the clicking of the "Login" button in the above screen shot being tracked by Meta using the Meta Pixel:

```
Request #851

GET
https://www.facebook.com/tr/?id=185622915408092&ev=SubscribedButtonClick&dl=https%3
A%2F%2Fwww.summahealth.org%2Fmychart&rl=https%3A%2F%2Fwww.summahealth.org
%2Fpatientvisitor&if=false&ts=1660684600607&cd[buttonFeatures]=%7B%22classList%22
%3A%22btn%20btn-primary%20d-
block%20%22%2C%22destination%22%3A%22https%3A%2F%2Fchpepiceweb.health-
partners.org%2Fmychart%2F%22%2C%22id%22%3A%22%22%2C%22imageUrl%22%3A%
22%22%2C%22innerText%22%3A%22Login%22%2C%22numChildButtons%22%3A0%2C
%22tag%22%3A%22a%22%2C%22type%22%3Anull%2C%22name%22%3A%22%22%7D
&cd[buttonText]=Login&cd[formFeatures]=%5B%5D&cd[pageFeatures]=%7B%22title%22
%3A%22MyChart%20%7C%20Your%2024%2F7%20Health%20Connection%20%7C%20Su
mma%20Health%20%22%7D&cd[parameters]=%5B%5D&sw=1920&sh=1080&v=2.9.75&r
=stable&ec=3&o=30&fbp=fb.                                        &it=1660684584517&coo=false
&es=automatic&tm=3&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
```

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION



183.    Cookie values sent to the Facebook server as part of the Meta Pixel are marked in yellow.

184.    The following screen shot from the University Hospitals Web site shows how the MyUHCare patient portal login page can be accessed from the patient and visitors Web page:



Source: https://www.uhhospitals.org/patients-and-visitors

185.    The following HTTP GET request from the Fiddler capture file uh-2022-08-16.saz, shows the clicking of the "Login" button in the above screen shot being tracked by Meta using the Meta Pixel

Request #1119

GET
https://www.facebook.com/tr/?id=1560987200878878&ev=SubscribedButtonClick&dl=https%3A%2F%2Fwww.uhhospitals.org%2Fpatients-and-visitors&rl=https%3A%2F%2Fwww.uhhospitals.org%2Fdoctors&if=false&ts=166068557216

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

```
9&cd[buttonFeatures]=%7B%22classList%22%3A%22%22%2C%22destination%22%3A%22
https%3A%2F%2Fuhhospitals.followmyhealth.com%2Flogin%2Fhome%2Findex%3Fauthpro
viders%3D%22%2C%22id%22%3A%22%22%2C%22imageUrl%22%3A%22%22%2C%22in
nerText%22%3A%22Login%22%2C%22numChildButtons%22%3A0%2C%22tag%22%3A%
22a%22%2C%22type%22%3Anull%2C%22name%22%3A%22%22%7D&cd[buttonText]=L
ogin&cd[formFeatures]=%5B%5D&cd[pageFeatures]=%7B%22title%22%3A%22Patients%2
0%26%20Visitors%20l%20University%20Hospitals%20l%20Cleveland%2C%20OH%20%7C
%20University%20Hospitals%22%7D&cd[parameters]=%5B%5D&sw=1920&sh=1080&v=2.
9.75&r=stable&ec=2&o=30&fbp=fb████████████████████&it=1660685564326&coo=
false&es=automatic&tm=3&rqm=GET HTTP/1.1
Host: www.facebook.com
Connection: keep-alive
sec-ch-ua: "Chromium";v="104", " Not A;Brand";v="99", "Google Chrome";v="104"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML,
like Gecko) Chrome/104.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: image
Referer: https://www.uhhospitals.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: sb=██████████; datr=██████████; dpr=2;
c_user=██████; xs=██████
fr=██████████████████████
```

186.    Cookie values sent to the Facebook server as part of the Meta Pixel are marked in yellow.

**Health-related Ad Targeting at Facebook.com**

187.    After visiting the four additional Hospital Web sites, I returned to the Facebook Web site. I found in my feed many new health-related advertisements. Previously, I had seen very few health-related advertisements in my feed.

188.    The following are examples of the health-related ads which appeared in my Facebook feed during a number of Facebook sessions:

/ / /

/ / /

/ / /

/ / /

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



/ / /

/ / /

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



26   / / /
27   / / /
28   / / /

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION



/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO
DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

2



3

4

5

6

7

8

9

10

11

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California



/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 3:22-cv-3580-WHO
DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION



/ / /

/ / /

/ / /

/ / /

/ / /

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  / / /
27  / / /
28  / / /



KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25  / / /
26  / / /
27  / / /
28  / / /

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



189.    While visiting the Hartford HealthCare web site, I searched for information on ulcerative colitis and visited this Web page on the condition:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION



190.    Within two hours of visiting this Web page on ulcerative colitis, I was shown the following advertisement related to ulcerative colitis in my Facebook video feed:



KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1    191.    Meta provides basic information about how ads get targeted to users.  For example:

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

# Why you're seeing this ad

🔒 Only you can see this

PADCEV® (enfortumab vedotin-ejfv)  wants to reach people like you, who may have:

👤  **Set their age to 55 and older**  〉

ⓕ  **A primary location in the United States**  〉

## What else influences your ads

Your personalized ads may be based on other advertiser choices, your profile and activities—like websites you visit and ads you interact with—as well as other information not listed here. Learn more about how ads work

## What you can do

**Hide all ads from this advertiser**
You won't see PADCEV® (enfortumab vedotin-ejfv) 's ads    Hide

**Make changes to your ad preferences**    〉
Adjust settings to personalize your ads

Was this explanation useful?    Yes    No

Source: https://www.facebook.com

To show you more relevant ads, we receive and use data that advertisers and other partners provide to us about your activity on their websites and apps, as well as some of your offline interactions, such as purchases. For example, we may show you an ad for a shirt based on your visit to a clothing website.

Source: https://www.facebook.com/help/568137493302217/?helpref=related_articles

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**Hospital Web sites who have recently removed the Meta Pixel**

192.    On July 29, 2022, the plaintiffs submitted to Meta a "PLAINTIFFS' REQUESTS FOR PRODUCTION TO DEFENDANT META PLATFORMS, INC., SET ONE".  Exhibit A of this request listed 664 hospital Web sites which the plaintiffs believe employ the Facebook/Meta Pixel.

193.    In the course of my testing for this declaration, I found in mid-August 2022 that the Meta Pixel had been removed from a number of Hospital Web sites listed in Appendix A.

194.    For example, in the first 20 Web sites which are listed in Appendix A, the following five sites appear to no longer use the Meta Pixel on August 18, 2022:

    a.    alaskaregional.com

    b.    arnothealth.org

    c.    ascension.org

    d.    aultman.org

    e.    barnesjewish.org

195.    The Fiddler capture file First-20-2022-08-18.saz, contains the results of visiting each of the first 20 Web sites of the Appendix A on August 18, 2022 with the Windows Chrome Browser.

196.    In addition, I found that Meta/Facebook Pixel was removed from the Wellstar Web site (www.wellstar.org), which appears in Appendix A, somewhere between June 9, 2022 and July 5, 2022 based on saved versions of the Wellstar home page held by the archive.org Web site:

```
<!-- Facebook Pixel Code -->
<script>
!function(f,b,e,v,n,t,s)
{if(f.fbq)return;n=f.fbq=function(){n.callMethod?
n.callMethod.apply(n,arguments):n.queue.push(arguments)};
if(!f._fbq)f._fbq=n;n.push=n;n.loaded=!0;n.version='2.0';
n.queue=[];t=b.createElement(e);t.async=!0;
t.src=v;s=b.getElementsByTagName(e)[0];
s.parentNode.insertBefore(t,s)}(window, document,'script',
'https://web.archive.org/web/20220609182504/https://connect.facebook.net/en_US/fbevents.js')
;
fbq('init', '1617536358466149');
fbq('track', 'PageView');
</script>
```

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<noscript><img height="1" width="1" style="display:none"
src=https://web.archive.org/web/20220609182504im_/https://www.facebook.com/tr?id=16175
36358466149&amp;ev=PageView&amp;noscript=1/></noscript>
<!-- End Facebook Pixel Code -->

Source: HTML source of
https://web.archive.org/web/20220609182504/https://www.wellstar.org/


No Facebook Pixel Code

Source: HTML source of
https://web.archive.org/web/20220705181803/https://www.wellstar.org/

197.    The following screen shot from archive.org shows saved versions of Web pages at

the Wellstar Web site in 2022:



Source: https://web.archive.org/web/20220000000000*/wellstar.org

198.    My understanding is that the complaint against Meta was filed on June 17, 2022.

## Summary

199.    Meta acquires patient Protected Health Information (PHI) through the use of the Meta Pixel on the websites of HIPAA-covered entities, including but not limited to:

       a.    MedStar Health – medstarhealth.org

       b.    Rush University System for Health - rush.edu

       c.    Hartford HealthCare - hartfordhospital.org

       d.    Summa Health System - www.summahealth.org

       e.    University Hospitals - www.uhhospitals.org

200.    Meta acquires the patient status of individuals logging into the "patient portals" of their providers through click data, including the Meta Pixel "SubscribedButtonClick" as illustrated by the following HTTP GET request parameters for a Meta Pixel used on the MedStar Health patient portal home page:



Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

201.    The patient PHI that Meta acquires through the Meta Pixel is used for marketing purposes, including targeted advertising.

Executed on August 25, 2022

_____

Richard M. Smith

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

Case No. 3:22-cv-3580-WHO

DECLARATION OF RICHARD M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION