| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>TRENTON J. VAN OSS (*pro hac vice*)<br>tvanoss@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 467-0539 | COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>rhodesmg@cooley.com<br>KYLE C. WONG (SBN 224021)<br>kwong@cooley.com<br>CAROLINE A. LEBEL (SBN 340067)<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 |

*Attorneys for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 3:22-cv-3580-WHO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Action Filed: June 17, 2022<br><br>Honorable Judge William H. Orrick |

Gibson, Dunn & Crutcher LLP

STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
CASE NO. 3:22-CV-03580-WHO

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff John Doe ("Plaintiff") and Defendant Meta |
| 2 | Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows: |
| 3 | WHEREAS, Plaintiff filed this action on June 17, 2022; |
| 4 | WHEREAS, Meta was served with the Complaint on June 24, 2022; |
| 5 | WHEREAS, on July 11, 2022, because Plaintiff anticipated filing an amended complaint by |
| 6 | July 15, 2022, the parties stipulated and agreed to extend Meta's deadline to respond to the Complaint |
| 7 | to August 15, 2022 (Dkt. 21); |
| 8 | WHEREAS, Plaintiff filed an amended complaint on July 15, 2022 (Dkt. 22); |
| 9 | WHEREAS, on August 10, 2022, the parties stipulated and agreed to extend Meta's deadline |
| 10 | to respond to the Amended Complaint by 30 days to September 16, 2022 (Dkt. 36); |
| 11 | WHEREAS, on August 30, 2022, the plaintiff in a related case, *Doe v. Meta Platforms, Inc.*, |
| 12 | Case No. 3:22-cv-04680-WHO, filed a Motion to Consolidate that case with this case and a third |
| 13 | related case, *Jane Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-04293-WHO (Dkt. 21, *Doe v. Meta* |
| 14 | *Platforms, Inc.*, Case No. 3:22-cv-04680-WHO); |
| 15 | WHEREAS, the hearing on the Motion to Consolidate is currently set for October 5, 2022; |
| 16 | WHEREAS, the Court's ruling on the Motion to Consolidate will determine whether the |
| 17 | plaintiffs in all three related cases will file a consolidated amended complaint to which Meta will |
| 18 | respond, or whether the three cases will continue as separate actions; |
| 19 | WHEREAS, the parties have conferred and have agreed to further extend Meta's deadline to |
| 20 | respond to the Amended Complaint by an additional 30 days to October 17, 2022; |
| 21 | WHEREAS, it would conserve the parties' and the Court's resources to further extend Meta's |
| 22 | deadline to respond to the Complaint, to allow for resolution of the Motion to Consolidate; |
| 23 | WHEREAS, the proposed stipulated extension will not alter the date of any event or deadline |
| 24 | already fixed by Court order, including the deadlines set forth in Dkt. No. 57 regarding Plaintiffs' |
| 25 | Motion for Preliminary Injunction; |
| 26 | NOW, THEREFORE, the parties hereby stipulate and agree that Meta's deadline to respond |
| 27 | to the Amended Complaint shall be extended by 30 days to October 17, 2022. |
| 28 | IT IS SO STIPULATED. |

| | | |
|---|---|---|
| Dated: September 6, 2022 | | GIBSON, DUNN & CRUTCHER LLP |
| | By: | */s/ Lauren Goldman* |
| | | Lauren Goldman |

COOLEY LLP

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

Dated: September 6, 2022        KIESEL LAW LLP

By: */s/ Jeffrey A. Koncius*
    Paul R. Kiesel
    Jeffrey A. Koncius
    Nicole Ramirez

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)

**GORNY DANDURAND, LC**
Stephen M. Gorny (admitted *pro hac vice*)

**THE SIMON LAW FIRM, P.C.**
Amy Gunn (admitted *pro hac vice*)
Elizabeth S. Lenivy (admitted *pro hac vice*)

*Attorneys for Plaintiff*

## <u>CIVIL L.R. 5-1(h)(3) ATTESTATION</u>

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 6, 2022        GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lauren Goldman*
    Lauren Goldman