**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** October 5, 2022 | **Time:** 25 minutes 3:00 p.m. to 3:25 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO 22-cv-4293-WHO 22-cv-4680-WHO 22-cv-4963-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |

**Attorneys for Plaintiffs:**      Jeffrey A. Koncius, Jay Barnes, Christian Levis, Geoffrey A. Graber, Andre M. Mura, John A. Yanchunis, and Ryan McGee

**Attorneys for Meta:**      Michael G. Rhodes and Elizabeth K. McCloskey

**Attorneys for UCSF:**      Paul G. Karsgodt, James Morrison

**Attorney for Dignity Health:**      Ashley L. Shively

**Deputy Clerk:** Jean Davis               **Court Reporter:** Belle Ball

**PROCEEDINGS**

Hearing on motion to consolidate conducted via videoconference. The motion to consolidate appears to be unopposed; the Court will plan to grant that motion. Defense counsel advises that three additional cases are expected to be transferred to this Court from other U.S. District Courts around the country. Counsel confirm that consolidation of these additional matters is appropriate.

Timing of motions for appointment of interim lead counsel discussed and briefing schedule set as follows:

> Motions          October 19, 2022
> Opposition:     November 2, 2022
> Reply:            November 9, 2022
> Hearing:         November 21, 2022 at 2 p.m.

Possible severance of the healthcare providers discussed.  Class counsel for plaintiff in the case involving Dignity Health and counsel for Dignity Health shall meet and confer over a schedule

to determine whether arbitration will be compelled and shall present the proposed schedule to the Court by stipulation or dispute letter (following the procedure in the Court's Civil Standing Order) if they cannot agree.

Preliminary injunction hearing will remain set for November 9, 2022. Responses to the motion to be filed by 10/17/2022. Replies to be filed by October 26, 2022.

Answers/responsive pleadings will be due 45 days after the filing of the consolidated complaint.

The Court directs that the parties begin negotiations over the protective order and ESI protocol. Substantive discovery is stayed until further order.