1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    DOE,                                      Case No.  22-cv-04680-WHO

8              Plaintiff,

9        v.                                    **ORDER GRANTING MOTION TO
                                               CONSOLIDATE AND RESOLVING
10   META PLATFORMS, INC.,                     OTHER SCHEDULING MATTERS**

             Defendant.                        Re: Dkt. No. 21
11

12

13        On October 5, 2022, I heard argument regarding plaintiff Doe's motion to consolidate four

14   related putative class action lawsuits (collectively, the *Doe v. Meta Platforms, Inc.* class actions)

15   pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  The four related putative class

16   actions are depicted in the chart below:

17

18   | **Name** | **Case No.** |
     | --- | --- |
19   | *John Doe v. Meta Platforms, Inc.* | 3:22-cv-03580-WHO |
20   | *Jane Doe v. Meta Platforms, Inc., et al.* | 3:22-cv-04293-WHO |
21   | *Doe v. Meta Platforms, Inc.* | 3:22-cv-04680-WHO |
22   | *Jane Doe v Meta Platforms, Inc.* | 3:22-cv-04963-WHO |

23

24   Having considered the motion for consolidation, relevant pleadings and papers filed in the included

25   actions, and additional evidence and oral argument, I find that the *Doe v. Meta Platforms, Inc.* class

26   actions involve a "common question of law or fact."  *See* Fed. R. Civ. P. 42(a)(2); *Investors Research*

27   *Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989).  Here, each action

28   pending before this Court is brought by individuals who allege that their sensitive health information

United States District Court
Northern District of California

United States District Court
Northern District of California

1  and other personal identifying information was improperly intercepted by the Meta Pixel while they

2  communicated with their healthcare providers.  I note as well that no party has opposed the motion for

3  consolidation.  *See* Dkt. Nos. 27, 32, 35.

4  GOOD CAUSE APPEARING, I GRANT the motion for consolidation.  *John Doe v. Meta*

5  *Platforms, Inc.*, 3:22-cv-03580-WHO, *Jane Doe v. Meta Platforms, Inc., et. al.*, 3:22-cv-04293-WHO,

6  *Doe v. Meta Platforms, Inc.*, 3:22-cv-04680-WHO, and *Jane Doe v. Meta Platforms, Inc.*, 3:22-cv-

7  04963-WHO are thus consolidated for all pretrial and trial proceedings pursuant to Rule 42(a) of the

8  Federal Rules of Civil Procedure.  I further ORDER as follows:

9      1.    The docket in Civil Action No. 3:22-cv-03580-WHO shall constitute the Master

10  Docket for this consolidated action.  The Clerk shall close the dockets in *John Doe v. Meta Platforms,*

11  *Inc., et. al.*, 3:22-cv-04293-WHO, *Doe v. Meta Platforms, Inc.*, 3:22-cv-04680-WHO, and *Jane Doe v.*

12  *Meta Platforms, Inc.*, 3:22-cv-04963-WHO.

13      2.    Every document filed in the consolidated action shall bear the following caption:

15  UNITED STATES DISTRICT COURT

16  NORTHERN DISTRICT OF CALIFORNIA

18  IN RE META PIXEL HEALTHCARE LITIGATION      Case No. 3:22-cv-03580-WHO

19  CLASS ACTION

21  This Document Relates To:

25      3.    When the document being filed pertains to all actions, the phrase "All Actions" shall

26  appear immediately after the phrase "This Document Relates To:."  When a document applies only to

27  some, not all, of the actions, the document shall list the docket number for each individual action to

28  which the document belongs, along with the last name of the plaintiff in said action.

2

1
2
3
4
5
6
7
8
9
10
11

United States District Court
Northern District of California

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.      The parties shall file an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Northern District of California Local Rule 3-12 whenever a related case is filed in, or transferred to, this District.  If the Court determines that the case is related, the clerk shall: (a) place a copy of this Order in the file for such action; (b) serve on plaintiffs' counsel in the new case a copy of this Order; (c) direct that this Order be served upon defendant(s) in the new case; and (d) make an appropriate entry in the Master Docket.  Any case deemed related shall be consolidated into this action unless a party objects to consolidation within fourteen days of the related case order.

5.      Defendant Meta Platforms, Inc. ("Meta") shall not be required to respond to the complaint in any action consolidated into this action, other than the consolidated complaint.  Defendants Dignity Health Medical Foundation and UCSF Medical Center are directed to meet and confer with plaintiffs regarding how best to address the claims pending against them.

6.      Plaintiffs shall file a consolidated complaint within thirty days of the entry of an order appointing interim class counsel.  The consolidated complaint shall be the operative complaint in the consolidated action and shall supersede all complaints filed in any action consolidated herein.

7.      Meta shall respond to the consolidated complaint within forty-five days of the filing thereof.  If Meta files a motion directed at the consolidated complaint, opposition and reply briefs shall be filed in accordance with the Northern District's Local Rules unless otherwise agreed by the parties and thereafter ordered by me.

8.      I recognize that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.  Accordingly, the mere communication of otherwise privileged information among and between plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product doctrine.

9.      Counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in the consolidated action.

10.      Plaintiffs, by and through their respective counsel, shall brief the issue of appointment of interim class counsel pursuant to Rule 23(g), with opening briefs due by October 19, 2022; response briefs due by November 2, 2022; and reply briefs due by November 9, 2022.  The hearing shall be set for November 21, 2022, at 2 p.m.

United States District Court
Northern District of California

1    11.    Meta has sought to continue the hearing and obtain more time in which to respond to

2  plaintiffs' request for a preliminary injunction.  *See John Doe v. Meta Platforms, Inc.*, 3:22-cv-03580-

3  WHO, Docket No. 64 (Meta's Administrative Motion to Continue the Hearing re Plaintiffs' Motion

4  for Preliminary Injunction and Enlarge Time for Briefing).  For the reasons expressed on the record

5  during the October 5, 2022 hearing, I will GRANT Meta's motion IN PART and give Meta one

6  additional week to submit its response to the pending motion.  Meta's response to plaintiffs' motion

7  for a preliminary injunction shall be due by October 17, 2022.  The other deadlines associated with the

8  preliminary injunction motion will not change.

9    12.    All further scheduling issues in the consolidated action shall be addressed in a separate

10  Case Management Order.

11    **IT IS SO ORDERED.**

12  Dated: October 12, 2022

William H. Orrick
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4