GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

TRENTON J. VAN OSS (*pro hac vice*)
tvanoss@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:   (202) 955-8500
Facsimile:    (202) 467-0539

COOLEY LLP
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAMERON J. CLARK (SBN 313039)
cclark@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.
(formerly known as Facebook, Inc.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:22-cv-3580-WHO (Doe) | Case No. 3:22-cv-3580-WHO<br><br>PUTATIVE CLASS ACTION<br><br>**DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>*[Opposition and Declaration of Tobias Wooldridge filed concurrently herewith]*<br><br>Action Filed: June 17, 2022<br><br>Honorable Judge William H. Orrick |

DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22:CV-3580-WHO

Gibson, Dunn & Crutcher LLP

I, Abigail A. Barrera, declare as follows:

1. I am an attorney admitted to practice law in the State of California. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Meta Platforms, Inc. ("Meta") in the above-referenced action. I submit this declaration in support of Meta's Opposition to Plaintiffs' Motion for Preliminary Injunction. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of Meta's Terms of Service dated July 26, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of Meta's Data Policy dated January 4, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of Meta's Cookies Policy dated January 4, 2022.

5. Attached hereto as **Exhibit D** is a true and correct copy of Meta's Business Tools Terms dated August 31, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of Meta's Commercial Terms dated January 4, 2022.

7. Using the Off-Facebook Activity tool, Meta users can disconnect historical third-party activity data from their account using the "Clear previous history" option. They can also "turn off" storage of future connections between their Facebook account and their activities off Facebook using the "Disconnect Future Activity" option. Meta users can make this choice for all third-party websites or on a website-by-website basis. Attached hereto as **Exhibit F** is a true and correct copy of a screenshot taken on October 16, 2022 showing the available settings in a user's "Off-Facebook activity" section of the Facebook website.

8. Attached hereto as **Exhibit G** is a true and correct copy of an article entitled "How do I disconnect my off-Facebook activity?" downloaded from Facebook's Help Center on October 16, 2022.

1
DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22:CV-3580-WHO

Gibson, Dunn & Crutcher LLP

9. Attached hereto as **Exhibit H** is a true and correct copy of an article entitled "How do I manage my future off-Facebook activity?" downloaded from Facebook's Help Center on October 16, 2022.

10. The "Data About Your Activity From Partners" tool within Meta's "Ad Settings" allows users to opt out of receiving personalized advertisements based on their activity on third-party websites, apps, or offline, among other things. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot taken on October 17, 2022 showing the "Data About Your Activity From Partners" tool in a user's "Ad Preferences" section of the Facebook website.

11. Attached hereto as **Exhibit J** is a true and correct copy of Meta's Privacy Policy (formerly called the Data Policy) dated July 26, 2022.

12. Attached hereto as **Exhibit K** is a true and correct copy of Meta's Cookies Policy dated October 5, 2022.

Executed this 17th day of October, 2022 in San Francisco, California.

　　　　　　　　　　　　　　　　　　　*/s/ Abigail A. Barrera*
　　　　　　　　　　　　　　　　　　　Abigail A. Barrera

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF ABIGAIL A. BARRERA IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION – CASE NO. 3:22:CV-3580-WHO