**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL** |
| All Actions | Date:  November 21, 2022<br>Time:  2:00 p.m.<br>Ctrm.:  2, 17th Floor<br>Judge:  Hon. William H. Orrick |

This Court, on November 21, 2022, heard the motion of Plaintiffs JOHN DOE, JANE DOE I, JANE DOE II, JOHN DOE II, and DOE ("Plaintiffs") for an order appointing Jay Barnes of Simmons Hanly Conroy LLC and Geoffrey Graber of Cohen Milstein Sellers & Toll PLLC, as interim Co-lead Counsel, and an Executive Committee comprised of Beth Terrell of Terrell Marshall Law Group PLLC, Jeffrey A. Koncius of Kiesel Law LLP and Andre Mura of Gibbs Law Group. Having reviewed the papers and heard oral argument, and good cause appearing, the Court GRANTS Plaintiffs' motion.

IT IS HEREBY ORDERED:

1.      Pursuant to Fed. R. Civ. P. 23(g)(3), Plaintiffs' efforts in this case shall be led by a five-member counsel group composed of:

a.      Co-lead Counsel Jay Barnes of Simmons Hanly Conroy LLC and Geoffrey Graber of Cohen Milstein Sellers & Toll PLLC; and

b.      an Executive Committee comprised of Beth Terrell of Terrell Marshall Law Group PLLC, Jeffrey A. Koncius of Kiesel Law LLP, and Andre Mura of Gibbs Law Group.

2.      The above firms (collectively, "Interim Counsel") are appointed based on the firms': (a) work in identifying or investigating potential claims in the action; (b) experience in handling class actions, other complex litigation, and claims of the type asserted in the action; (c) knowledge of the applicable law; and (d) resources the firms will commit to representing the putative Class.

3.      Interim Counsel, collectively and not individually, shall have responsibility for, and authority over, the following matters for this case and any related cases against Defendant Meta Platforms, Inc. assigned to this Court regardless of whether such related cases include defendants in addition to Defendant Meta Platforms, Inc.:

a.      Determining and presenting in pleadings, motions, briefs, oral argument or such other fashion as may be appropriate, the position of all of the Plaintiffs as to all matters arising during all pretrial and trial proceedings;

b.      Conducting discovery on behalf of the Plaintiffs;

c.      Communicating with the Court;

[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL

d.    Communicating with Defense Counsel;

e.    Ensuring that work assignments to all Plaintiffs' Counsel are made in the best interests of the Plaintiffs and the proposed Class and are made on the basis of the qualifications and expertise of the persons assigned particular tasks or responsibilities, counsel's knowledge of the law, facts and issues, efficiency and cost-effectiveness;

f.    Directing, supervising and monitoring the activities of additional Plaintiffs' Counsel, if any, and implementing procedures to ensure that schedules are met and unnecessary expenditures of time and funds by counsel are avoided;

g.    Employing and consulting with experts;

h.    Calling meetings of all Plaintiffs' Counsel when appropriate;

i.    Conducting settlement discussions with Defense Counsel on behalf of the Plaintiffs and the putative Class and the related authority to resolve this litigation as Interim Counsel deem appropriate and subject to approval of this Court where required;

j.    Informing all Plaintiffs and Plaintiffs' Counsel of the progress of this litigation as necessary;

k.    Assessing litigation costs as appropriate and to collect such assessments;

l.    Reviewing time, lodestar, and expense reports from each Plaintiffs' Counsel, including paralegals and any other staff members, as frequently as Interim Counsel see fit;

m.    Allocating attorneys' fees and costs among Plaintiffs' Counsel; and

n.    Overseeing the conduct of the litigation so that it proceeds smoothly and efficiently and performing such other duties as necessary or as authorized by further order of the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

3    CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL