Jason 'Jay' Barnes (admitted *pro hac vice*)
 jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
 ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
 bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
 amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO**<br><br>CLASS ACTION<br><br>**DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Date:   November 21, 2022<br>Time:   2:00 p.m.<br>Ctrm.:  2, 17th Floor<br>Judge:  Hon. William H. Orrick |

Consolidated Case No. 3:22-CV-03580-WHO
Declaration of Jason "Jay" Barnes In Support of
Plaintiffs' Motion for Appointment of Interim Lead Counsel

**DECLARATION OF JASON "JAY" BARNES**

I, Jay Barnes, hereby declare under penalty of perjury:

1. I am an attorney who has been admitted to practice before this Court *pro hac vice* in the above-captioned matter.

2. I am a shareholder at the law firm Simmons Hanly Conroy, LLC and one of the attorneys of record for Plaintiffs John Doe, Jane Doe I, Jane Doe II, and John Doe II and the proposed Class.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this Declaration in support of Plaintiffs' Motion for Appointment of Interim Lead Counsel.

5. Simmons Hanly Conroy, along with members of the Proposed Interim Lead Counsel, brought the first medical privacy cases regarding the use of the Facebook Pixel in June 2019. Since that time, we have successfully pursued a number of these cases across the country. Those cases include:

    a. *Jane Doe v. Virginia Mason Medical Center, et al.*, Case No. 19-2-26674-1 SEA (State of Washington, King Superior Court);

    b. *Doe v. Medstar*, Case No. 24-C-20-000591 (Baltimore City, Maryland);

    c. *Doe v. Mercy Health*, Case No. A 2002633 (Hamilton County, Ohio);

    d. *Doe v. Partners*, Case No. 1984-CV-01651 (Suffolk County, Massachusetts);

    e. *Doe v. Mercy Health*, Case No. A 2002633 (Hamilton County, Ohio);

    f. *Doe v. Sutter Health*, Case No. 34-2019-00258072-CU-BT-GDS (Sacramento County, California);

    g. *Doe v. University Hospitals*, Case No. CV-20-9333357 (Cuyahoga County, Ohio);

    h. *Doe v. Sutter Health*, Case No. 34-2019-00258072-CU-BT-GDS (Sacramento County, California)

    i. *Doe v BJC Health System;* Case No. 4:22-cv-00919-RWS (E.D.Mo.);

j. *Kurowski v. Rush System for Health*, Case No. 1:22-cv-05380 (N.D. Ill.).

6. For the past several years, I have not only rigorously pursued privacy violations arising out of the use of the Facebook Pixel on hospital websites, but also through similar tools created by other tech companies, including Google. My work and results in these other medical privacy cases have been the subject of reporting in *The Markup*.[1] Moreover, I serve as lead counsel for the already-certified patient class in *Jane Doe v. Virginia Mason Medical Center, et al.*, Case No. 19-2-26674-1 SEA (State of Washington, King Superior Court).

7. Beyond my experience in litigating medical privacy cases, I also serve as Chairman of the Steering Committee in a recently-settled matter against Facebook. *In re Facebook Internet Tracking Litig.*, Case No. 5:12-md-02314-EJD (N.D. Cal.). This case is of particular importance because it was a landmark victory for data privacy rights, achieved only after a more than ten-year battle.[2]

8. Finally, in addition to my experience in data privacy litigation, my firm has also served as class counsel for numerous consumer class actions (including before this Court, *see Johnson v. Nissan North America, Inc.*, 3:17-cv-00517-WHO (N.D.Cal.)) and continues to serve as co-lead counsel in *In Re National Prescription Opiate Litigation,* MDL 2804 (N.D. Ohio).

9. As set forth more fully in Exhibit A attached hereto, Simmons Hanly Conroy has the experience, knowledge, and human and financial resources to vigorously pursue this matter on behalf of the Putative Class.

10. To that end, I have already worked cooperatively and efficiently with other members of Proposed Leadership to develop the claims raised in this case, as well as identify hundreds of

---

[1] *Facebook is Receiving Sensitive Medical Information from Hospital Websites,* The Markup, https://themarkup.org/pixel-hunt/2022/06/16/facebook-is-receiving-sensitive-medical-information-from-hospital-websites (last visited Oct. 18, 2022) (noting my work in the above-referenced *Partners* case in Massachusetts).

[2] June 2020: Facebook, Cookies and Data Privacy: A Watershed Moment?, JD Supra (2020), https://www.jdsupra.com/legalnews/june-2020-facebook-cookies-and-data-27641/ (published by prominent defense firm Quinn Emanuel Urquhart & Sullivan LLP) ("[C]ompanies that profit from the sale of user data should be on notice that the decision in [Facebook Internet Tracking] may well be a watershed for data privacy lawsuits in this area.").

hospitals implicated in Facebook's conduct. This work, of course, has not only included the identification of hospitals that have used the Facebook Pixel, but also careful rejection of the identification of hospitals that have not. *See* October 5, 2022 Hearing Transcript 11:1-3 ("I think we're puzzled by how we fit into this. You know, all the more so because DHMF didn't actually use a pixel on either its public-facing or patient portal.").

11.  Finally, we also served initial, informed discovery on Facebook at the early stages of our case to further advance the interests of the Class.

I declare the foregoing under penalty of perjury under the laws of the United States of America.

Executed on October 19, 2022, at Jefferson City, Missouri.

*/s/ Jason "Jay" Barnes*
Jason "Jay" Barnes

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Jeffrey A. Koncius, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 19, 2022                                        */s/ Jeffrey A. Koncius*
                                                                              Jeffrey A. Koncius

# EXHIBIT "A"



*IN RE META PIXEL HEALTHCARE LITIGATION*
Northern District of California
San Francisco Division
Case No. 3:22-cv-03580-WHO



 **GENERAL INFORMATION AND FIRM HISTORY**



A LEADING NATIONAL LAW FIRM. Simmons Hanly Conroy is a leading national law firm representing individuals, businesses and government entities seeking justice. Our clients have been harmed in every conceivable way: by terrorism, child abuse, defective drugs and devices, toxic exposures and economic conspiracies. We are at home in the justice system, whether in state or federal court, and we seek the best procedural course for our clients, including the filing of individual cases, class actions, or multidistrict mass tort litigation, as circumstances require.

A STRONG FOUNDATION AND COMMITMENT TO JUSTICE. Led by John Simmons, Paul J. Hanly, Jr., and Jayne Conroy, and with 90 attorneys and 150 support staff in offices coast to coast, the firm brings centuries of experience to bear against companies who have harmed American workers and families. We have spent years researching, talking to countless experts, and creating a network of knowledge that gives clients the comprehensive resources they deserve. We use these resources to level the playing field against larger opponents in and out of the courtroom, and we have prevailed. Rest assured that SHC has the resources and capital to handle almost any case, and the staying power to remain committed throughout the litigation process. We are resolute and unwavering in our stance against corporate wrongdoers.

A PROVEN RECORD OF SUCCESS. We stand on a strong foundation of values and a track record of success. We never lose sight of the fact that our success is measured one satisfied client at a time. Keeping this paramount is what helps drive our success. To date, Simmons Hanly Conroy has secured over $9.6 billion in settlements and verdicts on behalf of thousands of clients across the country.

A DIVERSE LITIGATION PRACTICE. OUR PRACTICE AREAS INCLUDE:

- ASBESTOS & MESOTHELIOMA LITIGATION
- DANGEROUS DRUGS & MEDICAL DEVICES LITIGATION
- SEXUAL ABUSE LITIGATION
- BUSINESS AND COMMERCIAL LITIGATION
- CATASTROPHIC PERSONAL INJURY LITIGATION
- CLASS ACTIONS & MASS TORT LITIGATION

 ## FIRM AFFILIATIONS & AWARDS

SIMMONS HANLY CONROY and its attorneys are listed in several peer-reviewed legal listings for its mass tort and private liability litigation practices, and have been recognized by a number of legal and business listings, including:


### BBB Accredited
The firm has been a Better Business Bureau (BBB) accredited business since 2003 and has maintained an A+ rating during that time. The BBB has processed 0 total complaints about this company in the last 36 months, the BBB's standard reporting period.


### U.S. News & World Report/Best Law Firm
Since 2014, the firm has been ranked one of the "Best Law Firms" in the country by U.S. News & World Report and Best Lawyers. The annual ranking is based on a rigorous research process, including client and lawyer evaluations, peer reviews from leading attorneys, and a survey completed by the firm.


### Martindale-Hubbell AV rating
Attorneys at Simmons Hanly Conroy have earned AV Preeminent ratings from Martindale-Hubbell. An AV rating, which identifies a lawyer with a very high to preeminent legal ability, is a prestigious peer-reviewed analysis of the attorney's expertise, experience, integrity and overall professional excellence.


### Super Lawyers & Rising Stars
Firm attorneys have been represented on the Super Lawyers and Rising Stars lists since 2006. The annual selections are made using a rigorous, multi-phased process of statewide lawyer surveys, an independent research evaluation of candidates and peer reviews by practice area.


### Named Among America's Elite Trial Lawyers: Product Liability
The National Law Journal, the nation's top legal publication, and Law.com teamed up to select law firms doing the most creative and substantial work on the plaintiff's side. This is the fifth year Simmons Hanly Conroy has been included among the nation's top 50 firms that secured the largest awards for their clients in that calendar year.


### Top 100 Verdicts & Settlement Lists
Verdicts and settlements secured by Simmons Hanly Conroy's trial teams have been consecutively ranked in national and state Top 100 Verdicts & Settlements lists since 2016. In the past four years, the Asbestos Department has won eight asbestos verdicts, totaling more than $180 million. These results were featured on the National Law Journal's Top 100 Verdicts list, The New York Law Journal's Top Verdicts & Settlements List, The (California) Daily Journal's Top Verdicts List, and Texas Lawyer's Top Verdicts & Settlements of the Southwest List.



# FIRM QUALIFICATIONS

## FIRM QUALIFICATIONS | *Notable Cases*

SIMMONS HANLY CONROY attorneys have a history of persevering for their clients amid the most challenging circumstances and fierce opposition during the course of class action and mass tort lawsuits. The following representative cases illustrate the firm's experience, commitment, and success in handling complex litigations.

### *Opioid Litigation*

Since 1999, the amount of opioids sold in the U.S. has nearly quadrupled. Over that same time period, the number of deaths from prescription opioids have also more than quadrupled. From 1999 to 2019, nearly 500,000 people have died in the United States from overdoses involving opioids.

As hundreds of thousands of people suffered from the metastasizing opioid epidemic, attorneys at Simmons Hanly Conroy took notice and effectively invented large-scale, multi-defendant opioid litigation against drug manufacturers. In 2003, the firm commenced groundbreaking opioid litigation and went toe-to-toe against pharmaceutical giants, becoming the only major plaintiffs' firm in the country at the time to prosecute and hold drug manufacturers accountable for the havoc they wreaked on individuals, families and governmental entities throughout the country.

Simmons Hanly Conroy continues to lead the way in opioid litigation against drug manufacturers, distributors and retail pharmacies. SHC shareholder Jayne Conroy is co-lead counsel in the *In Re National Prescription Opiate Litigation, MDL 2804 (N.D. Ohio)* and a member of the Plaintiffs' Steering Committee in *In re McKinsey & Co. Inc. National Prescription Opiate Consultant Litigation,* MDL 2996 (N.D. Cal.). In addition, the firm was lead trial counsel for Suffolk County, New York in one of the first opioid cases to go to trial.

### *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*

In December 2016, SHC Shareholder Jayne Conroy served on the lead trial team that secured a $1 billion jury verdict against the defendants on behalf of six patients who were injured by DePuy's Pinnacle metal-on-metal hip implant. The jury awarded more than $1 billion punitive damages and nearly $40 million compensatory damages. The legal team convinced the jury in the U.S. District Court for the Northern District of Texas, Dallas Division that J&J sidestepped standard regulatory review and misled doctors to believe that the design of the market-leading device was safe. The evidence presented during testimony against J&J told the deeper story of how the science was manipulated in order to sell the product, Jayne Conroy said. The trial was the third bellwether trial as part of the federal multidistrict litigation.

In March 2016, SHC Shareholder Jayne Conroy served on the lead trial team that secured a $502 million jury verdict against the defendants on behalf of five patients injured by DePuy's Pinnacle metal-on-metal hip implant. The jury verdict for $142 million compensatory and $360 million punitive damages followed 37 days of testimony in the U.S. District Court for the Northern District of Texas, Dallas Division. The trial was the second bellwether trial as part of the federal multidistrict litigation.

### *In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*

SHC filed the first lawsuits on behalf of vehicle owners harmed by unintended acceleration in 2010. Three years of hard-fought litigation followed in which firm shareholder Jayne Conroy played a leading role, having been appointed by U.S. District Judge James Selna as a member of the plaintiffs' leadership team. In connection with the settlement, Ms. Conroy was separately appointed by Judge Selna as one of three settlement allocation counsel charged with overseeing the allocation of settlement funds to millions of Toyota owners throughout the United States. SHC helped to secure more than $1.1 billion, plus $200 million in attorneys' fees and Toyota's reimbursement of plaintiffs' counsel's expenses in the amount of approximately $27 million

### *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*

A total of $15.9 billion in a class action lawsuit was awarded to the owners of Volkswagen diesel vehicles that had secret software installed to falsely pass emission tests. More than $10 billion of the settlement was for buybacks of 2.0-liter diesel vehicles and owner compensation. Another $1.2 billion was for buybacks of 3.0-liter diesel vehicles and the remaining $4.7 billion went to offsetting excess emissions. Shareholder Jayne Conroy serves on the Plaintiffs' Executive Committee of the Volkswagen MDL.

### *In re Chantix (Varenicline) Products Liability Litigation*

Chantix, known by the generic name varenicline, works by blocking the effect of nicotine on the brain. In early 2008, U.S. Food and Drug Administration officials acknowledged receiving troubling reports from Chantix patients throughout the U.S. These reports included 34 cases of suicide and nearly 420 reports of suicidal thoughts and behaviors. Firm attorneys Jayne Conroy, Clint Fisher and David Miceli served on the Plaintiffs' Steering Committee against Pfizer. The case consolidated more than 2,500 lawsuits filed between 2009 and 2012 and was settled for approximately $299 million.

*In re: Actos (Pioglitazone) Products Liability Litigation*

The Actos lawsuits alleged Takeda Pharmaceutical Company executives ignored or downplayed risks about the drug's cancer-causing potential before Actos went on sale in the U.S. in 1999, and also misled regulators about the medication's risks. As reported by Bloomberg, Takeda executives failed to provide clear warnings about the associated cancer risk for at least seven years. Although research showed a link between Actos and bladder cancer, the company chose not to issue warnings to consumers. SHC Shareholder Jayne Conroy served as a court-appointed member of the Plaintiff's Steering Committee and helped secure millions of dollars for clients, with a global total of $2.37 billion.

*In re: Yasmin and YAZ (Drospirenone) Marketing,
Sales Practices and Products Liability Litigation*

Bayer aggressively marketed its birth control medications Yaz and Yasmin, claiming the medications also treated PMS symptoms, caused weight loss and treated acne. Not only were the claims misleading, according to the FDA, but the newer pill was also found to be three times more likely to cause serious, fatal complications. SHC, led by attorney Jayne Conroy, and joined by attorneys Trent Miracle and Paul Hanly, Jr., filed litigation on behalf of over 100 clients injured by the drug. Ms. Conroy and Mr. Miracle were appointed to leadership positions on the federal Yaz MDL and helped negotiate the final global settlement of $1.69 billion dollars for all women harmed by the drug.

*Joseph Jean-Charles v. Douglas Perlitz et al.*

The firm represented 24 Haitian boys who were the victims of a pedophile sponsored by Fairfield University and the Society of Jesus. Members of the firm traveled to Haiti on numerous occasions to investigate the case and provide counsel to the victims. Because of their extraordinary efforts in both Haiti and the federal court proceedings in the United States, the firm was able to hold the defendants responsible and provide justice to the victims and their families, garnering a $12 million settlement and $500,000 per victim.

*Chambers et al v. Merrill Lynch & Co., Inc., et al.*

In this nationwide class action suit, the firm represented 1,100 former Merrill Lynch financial advisors who were denied deferred compensation benefits upon the acquisition of the company in 2009 by Bank of America. The complex case involved difficult issues of contract interpretation in the context of class certification. The settlement was in the amount of approximately $20 million for the plaintiffs. Shareholder Paul Hanly, Jr. served as lead counsel.

### *Families Impacted by 9/11 Terrorist Attack*

SHC proudly represented thousands of family members of September 11 victims in their suits against financial sponsors of terrorism and against airlines and airport security companies. Working directly with Ronald L. Motley in this litigation, Simmons Hanly Conroy co-founder Jayne Conroy was appointed to a leadership role on the Plaintiffs' Executive Committee for Personal Injury and Death Claims. She, and other firm mass tort attorneys, represented the consolidated cases against the airlines and security companies in the multidistrict litigation against the financial sponsors of terrorism. In 2007, the litigation was settled for hundreds of millions of dollars in payments to clients of the firm. The firm also represented property owners who suffered financial injury as a result of the September 11 attacks.

### *Synergetics USA, Inc. v. Alcon Laboratories Inc., et al.,*

SHC represented Synergetics, a small medical device manufacturer, in an antitrust lawsuit against a larger competitor. The suit alleged that Alcon engaged in certain anti-competitive conduct in the market for vitreoretinal surgical equipment and supplies. Shareholder Paul Hanly, Jr. served as lead counsel and the firm secured a $32 million settlement.

### *In re Syngenta MIR162 Corn Litigation*

The *In re Syngenta MIR162 Corn Litigation* MDL involved Syngenta's Agrisure Viptera corn, a strain that had been genetically modified to be resistant to insects. While Viptera had been approved in 2010 for sale in the United States, it did not have such acceptance in corn markets worldwide, which class members allege was responsible for economic chaos within the U.S. corn market. Shareholder Jayne Conroy served on the Plaintiffs' Steering Committee for the Syngenta MIR 162 MDL and the case ultimately resulted in Syngenta agreeing to pay $1.51 billion to the members of a class of U.S. farmers who either grew corn or rent land for growing corn. The result was considered by some to be the largest monetary award to-date in a court case involving agriculture.

## FIRM QUALIFICATIONS | *Leadership Appointments (Partial List)*

SHC attorneys have held court-appointed leadership roles in high-stakes, high-profile litigation of national scope. To be appointed, the firm and its attorneys must have a track record of experience and have the resources necessary to litigate the cases. A sampling of cases in which SHC attorneys have held leadership positions is as follows:

### CONSUMER PROTECTION & DATA PRIVACY CLASS ACTIONS

- *In re Facebook Internet Tracking Litig.*, Case No. 5:12-md-02314 (N.D. Cal.)
- *Doe v. Partners Healthcare System, Inc., et al.*, Case No. 1984CV01651-BLS1 (Massachusetts Superior Court, Suffolk County)
- *Doe v. Virginia Medical Center, et al.*, Case No. 19-2-26674-1 SEA (Washington Superior Court, King County)
- *Calhoun et al v. Google LLC*, Case No. 5:20-cv-05146-LHK (N.D.Cal.)
- *In re Google RTB Consumer Privacy Litig.*, No. 4:21-cv-02155-YGR-VKD (N.D.Cal.)
- *Johnson v. Nissan North America, Inc.*, 3:17-cv-00517-WHO (N.D.Cal.)

### OTHER MULTI-DISTRICT LITIGATIONS

- *In Re National Prescription Opiate Litig.*, MDL 2804 (N.D. Ohio)
- *In re McKinsey & Co. Inc. National Prescription Opiate Consultant Litig.*, MDL 2996 (N.D. Cal.)
- *In re Allergan Biocell Textured Breast Implant Prods. Liab. Litig.*, MDL No. 2921 (D.N.J)
- *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, And Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.)
- *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Prod. Liab. Litig.*, MDL 2151 (C.D. Cal.)
- *In re Terrorist Attacks on September 11, 2001*, MDL 1570 (S.D.N.Y.)
- *In re DePuy Pinnacle Hip Implant Prods. Liab. Litig.*, MDL 2244 (N.D. Tex.)
- *In re DePuy ASR Hip Implant Prods. Liab. Litig.*, MDL 2197 (N.D. Ohio)
- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010*, MDL 2179 (E.D. La.)
- *In re Syngenta AG MIR162 Corn Litig.*, MDL 2591 (D. Kan.)
- *In re Zoloft Products Liability Litigation*, MDL 2342 (E.D. Pa.)
- *In Re Propecia (Finasteride) Product Liability Litigation*, MDL 2331 (E.D.N.Y.)
- *In re Pelvic Repair System Products Liability Litigation*, MDL 2325, 2326 & 2327 (S.D. W. Va.)
- *In re Actos Products Liability Litigation*, MDL 2299 (W.D. La.)
- *In re Yazmin and Yaz (Drospirenone) Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 2100 (S.D. Ill.)
- *In re Chantix (Varenicline) Prods. Liab. Litig.*, MDL 2092 (N.D. Ala.)
- *In re Gadolinium-Based Contrast Agents Prods. Liab. Litig.*, MDL 1909 (N.D. Ohio)
- *In re Zyprexa Litig.*, MDL 1596 (E.D.N.Y.)

## FIRM QUALIFICATIONS | *Resources and Commitment*



Cases over the years: This map shows the amount of cases the we have filed in each state since 1999.

As noted above, SHC has 90 lawyers and 150 support staff, has extensive financial resources, has extensive experience in mass torts and complex litigation, has a significant reputation nationwide, and has successfully prosecuted thousands of claims against some of the largest companies in the world.

Simmons Hanly Conroy has the track record, the staying power and the resources to handle all phases of litigation of this matter and the firm is committed to aggressively prosecuting this case through final resolution. Our firm has and will continue to litigate cases in multiple courts across the country, and we have the resources and the capital to support ongoing litigation. A sample list of the resources we bring to bear are as follows.

### OUR RESOURCES

- ✓ 90 attorneys and 150 paralegals, assistants and support staff spread through six offices in the United States

- ✓ Full-time case investigators, including former police officers

- ✓ State-of-the-art technical support for document management and trial preparation

- ✓ Research and Discovery Department comprised of veteran attorneys and PhD researchers

- ✓ Robust national network of consulting and trial experts

 **ATTORNEY QUALIFICATIONS**

**ATTORNEY QUALIFICATIONS** | *Jason "Jay" Barnes, Shareholder*



Attorney Jason "Jay" Barnes is a shareholder at Simmons Hanly Conroy in the Complex Litigation Department. He leads the Class Action Litigation Team and focuses his practice on consumer protection and data privacy lawsuits. Prior to joining the firm, Jay served eight years as a state representative in the Missouri General Assembly. In this role, he fought against fraud, abuse and waste as chairman of the House Committee on Government Oversight and Accountability. He also served as chairman of the Special Investigative Committee on Oversight formed in 2018 to investigate the wrongdoings of former Missouri governor Eric Greitens.

As a shareholder at the firm, Jay represents hardworking people who have been wronged through corporate fraud and utilizes a mixture of experience, dedication, professionalism and tenacity to secure justice on behalf of his clients. As one of the nation's leading consumer-privacy attorneys, Jay has head leadership positions and key roles in several notable privacy cases. For example:

- *Doe v. Partners Healthcare System, Inc.*, No. 1984CV01651 (Suffolk Co., MA)
- *In re Google Cookie Placement Consumer Privacy Litig.*, 806 F.3d 125 (3d Cir. 2015)
- *In re Nickelodeon Consumer Privacy Litig.*, 827 F.3d 262 (3d Cir. 2016)
- *In re Facebook, Inc. Internet Tracking Litig.*, 956 F.3d 589 (9th Cir. 2020)
- *Smith v. Facebook*, 745 Fed. App'x 8 (9th Cir. 2018) (unreported)

An Award-winning Attorney, Jay's accomplishments are well-documented not only through verdicts, settlements and press clippings, but also through the awards and accolades he's received from his peers and community. A small sampling of notable honors include:

- Influential Lawyer Award, Missouri Lawyers Weekly, 2019
- Champion of Justice Award, Missouri Association of Trial Attorneys, 2018
- State Advocate of the Year Award, St. Louis Children's Hospital, 2015
- Rory Ellinger Legislative Award, The Legal Services of Eastern Missouri, 2015
- Legislator of the Year Award, Missouri Bar Association, 2014

For additional information please visit https://www.simmonsfirm.com/about-us/our-attorneys/jason-barnes/

ATTORNEY QUALIFICATIONS | *Eric S. Johnson, Shareholder*



Attorney Eric Johnson is a shareholder at Simmons Hanly Conroy, focusing his practice on complex litigation, mass torts and consumer class actions. Eric graduated with his master's degree in public health from the University of Illinois at Chicago and earned his J.D. from St. Louis University's School of Law where he was a member of the school's National Moot Court Competition Team. During law school, he also worked as a law clerk for Judge Paula Bryant in the 22nd Judicial Circuit Court in St. Louis. Eric is a member of the Missouri Bar and admitted to practice in the Eastern and Western Districts of Missouri, and the South and central Districts of Illinois.

As a shareholder of the firm, Eric has represented individuals in consumer protection and consumer fraud class actions, dangerous drugs and defective medical devices litigations, and data privacy actions. In 2012, Eric was selected to serve on the national multidistrict litigation discovery sub-committee involving the DePuy Pinnacle System metal-on-metal hip implant. He was also awarded the Judge Robert G. Dowd, Sr. Appellate Advocacy Award in 2008.

ATTORNEY QUALIFICATIONS | *An V. Truong, Associate Attorney*



Attorney An Truong is an associate attorney at Simmons Hanly Conroy where she focuses her practice on class action lawsuits in the Complex Litigation Department. Located in the firm's New York City office, An works with a team of attorneys to give clients a voice against corporations who prioritize profits over individuals' health and safety.

As an associate attorney, An focuses her practice consumer protection and data privacy classes and is involved in all stages of a litigation from client interviews, discovery review and briefing, to taking depositions and assisting with settlement negotiations. In 2020, an was selected to serve on the national multidistrict litigation law & briefing subcommittee in *In re: Allergan Biocell Textured Breast Implant Products Liability Litigation*, MDL No. 2921.

Prior to joining Simmons Hanly Conroy, An was as a Senior Appellate Court Attorney with the New York Supreme Court, briefed complex legal and procedural issues for appellate justices. She is a graduate of the Ohio State University and obtained her J.D., *cum laude*, from the New York Law School. She is a member of the New York Bar and admitted to practice in the Southern and Eastern Districts of New York.