1  Jason 'Jay' Barnes (admitted *pro hac vice*)
   *jaybarnes@simmonsfirm.com*
2  **SIMMONS HANLY CONROY LLC**
   112 Madison Avenue, 7th Floor
3  New York, NY 10016
   Tel:    212-784-6400
4  Fax:    212-213-5949

5
   Jeffrey A. Koncius, State Bar No. 189803
6     *koncius@kiesel.law*
   **KIESEL LAW LLP**
7  8648 Wilshire Boulevard
   Beverly Hills, CA 90211
8  Tel:    310-854-4444
   Fax:    310-854-0812
9

10
11  *Attorneys for Plaintiffs*
   JOHN DOE, JANE DOE I, JANE DOE II, and
   JOHN DOE II, and DOE, on behalf of
12  themselves and all others similarly situated

13  [*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
   *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

14

15              **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                    **SAN FRANCISCO DIVISION**

17  IN RE META PIXEL HEALTHCARE          **Case No. 3:22-cv-03580-WHO**
    LITIGATION
18                                        CLASS ACTION

19  This Document Relates To:            **DECLARATION OF JEFFREY A. KONCIUS**
                                         **IN SUPPORT OF PLAINTIFFS' MOTION**
20  All Actions                          **FOR APPOINTMENT OF INTERIM LEAD**
                                         **COUNSEL**
21
22                                        Date:   November 21, 2022
                                         Time:   2:00 p.m.
23                                        Ctrm.:  2, 17th Floor
                                         Judge:  Hon. William H. Orrick
24

25

26

27

28

I, Jeffrey A. Koncius declare as follows:

1. I am a partner in the law firm of Kiesel Law LLP ("KL"), one of the attorneys of record for Plaintiffs John Doe, Jane Doe I, Jane Doe II, and John Doe II and the proposed Class. I am an attorney duly admitted to practice before this Court and am a member in good standing of the State Bar of California.

2. Both my firm and Jay Barnes' are in leadership of the recently settled case of *In re Facebook Internet Tracking Litig.*, Case No. 5:12-md-02314-EJD (N.D. Cal.), which received Preliminary Approval and on which defense counsel in this case were also counsel for the defense there. The *In re Facebook Internet Tracking* case was litigated for more than ten years by counsel with a trip to the Ninth Circuit resulting in a ground-breaking opinion on privacy rights in the digital age and which has been cited by courts more than 85 times since it was issued. *See In re Facebook, Inc. Internet Tracking Litig.*, 956 F.3d 589 (9th Cir. 2020). Thus, members of Proposed Interim Counsel have spent years researching, investigating and developing the factual and legal claims asserted in the *John Doe* FAC. Indeed, my co-counsel and I have worked extensively with experts and a variety of software tools to meticulously analyze the underlying code and flow of patient data captured by Facebook across hundreds of websites, ultimately identifying 664 hospitals that have the Facebook Pixel on their websites. After this case was filed, we continued our diligent efforts to protect the proposed Class, working closely with a computer expert for weeks to prepare the pending Motion for Preliminary Injunction and the supporting expert report.

3. On June 24, 2022, Facebook was served and shortly thereafter, on July 5, 2022, Mr. Barnes and I had an initial conference call with Michael G. Rhodes of Cooley LLP and Lauren Goldman of Gibson, Dunn & Crutcher LLP, both of whom were known to us from previous litigation involving Facebook as set out above.

4. On July 29, 2022, Plaintiffs in this matter served 17 Requests for Production on Facebook.

5. Before filing our first-filed action, my co-counsel and I investigated the underlying conduct and the potential legal claims, including extensive investigation and review of Facebook's various policies related to privacy and data collection in addition to reviewing dozens of such

1  policies for health care entities.

2      6.      Further, we analyzed the underlying code and worked extensively with specific tools

3  and experts to further understand the flow of data that Facebook was capturing as a result of its Pixel

4  being present on certain health care facility websites.

5      7.      Additionally, we, along with our experts, thoroughly investigated which health care

6  facilities used (and did not use) the Pixel causing disclosures of sensitive patient information to

7  Facebook. Of note, at the initial hearing on this matter, counsel for one hospital, Dignity Health,

8  raised the issue that one of the after-filed actions (*Jane Doe v. Meta Platforms et al.*, Case No. 3:22-

9  cv-04293-WHO, filed by Wagstaffe, Von Loewenfeldt, Busch & Radwick LLP and Lowey

10  Dannenberg PC) apparently sued Dignity despite its not using the Pixel and having an operative

11  arbitration provision. Attached hereto as Exhibit "A" are true and correct copies of portions of the

12  October 5, 2022 Hearing Transcript (11:1-3 "I think we're puzzled by how we fit into this. You

13  know, all the more so because DHMF didn't actually use a pixel on either its public-facing or patient

14  portal. But we also have this arbitration issue.").

15      8.      This analysis built on the years of litigation that we have invested in similar claims

16  against many hospitals in state courts around the country including the states of California,

17  Washington, Illinois, Missouri, Maryland and Massachusetts.

18      9.      Once the litigation commenced and counsel for Facebook was identified, we

19  promptly engaged its attorneys in discussions regarding preservation and production of relevant

20  information, propounded written discovery, proposed an expert stipulation, conducted conferences

21  pursuant to Fed. R. Civ. P. Rule 26(f), served initial disclosures and took the lead at the initial

22  conference.

23      10.     Nicole Ramirez and I have developed a particular expertise in privacy actions

24  through extensive investigation of the industry, consultation with industry professionals, and the

25  prosecution of similar cases.

26      11.     KL has extensive experience prosecuting complex consumer class actions in both

27  State and Federal Courts around the country and has the resources to litigate this case on a class-

28  wide basis. Attached hereto as Exhibit "B" is a true and correct copy of my firm's resume which

includes information pertaining to the predecessor firms of "Kiesel Boucher Larson LLP" and "Kiesel + Larson LLP." As set forth in that Exhibit, my firm has a long history of being an advocate for plaintiffs and consumers in class actions, mass actions and individual actions, nationally and state-wide. In that regard, my firm has held lead, liaison or co-lead positions in a variety of actions. In addition, I personally have been appointed class counsel in many cases both in Federal and State Courts in California, New York and New Jersey. Examples of the firm's experience includes:

- ***Kevin Risto v. Screen Actors Guild – Am. Fed'n. of TV & Radio Artists***, United States District Court, Case No. 2:18-cv-07241-CAS-PLAx (C.D. Cal.): KL was appointed Class Counsel on a contested motion for class certification for artists who alleged breach of fiduciary duties by the nonprofit tasked with distributing their royalty payments under the Copyright Act. The claims specifically concerned the impropriety of an agreement between the nonprofit's board of directors which deducted a percentage of the streaming royalties and paid it to those Unions as a service fee before the remaining balance was distributed to the artists. Class settlement, reached days before trial, of more than $10 million in monetary and non-monetary relief granted final approval.

- ***In re Facebook Internet Tracking Litig.***, United States District Court, Case No. 5:12-md-02314 (N.D. Cal.): KL was appointed to the steering committee for plaintiffs in a class action proceeding alleging the interception of Facebook users' internet communications and activity after logging out of Facebook. The matter has been settled and preliminary approval recently granted for settlement providing for $90 million and deletion of the data.

- ***Victorino v. FCA US LLC***, United States District Court, Case No. 3:16-cv-01617-GPC-JLB (S.D. Cal.): KL was appointed Trial Counsel for a certified class of approximately 2,000 manual transmission Dodge Dart owners relating to defective clutches. Just weeks before trial, the matter was resolved in principle.

- ***Salas v. Toyota Motor Sales, USA, Inc., et al.***, United States District Court, Case No. 2:15-cv-08629-FMO-E (C.D. Cal.): KL was appointed Trial Counsel for a

certified class of more than 260,000 Toyota Camry owners relating to a moldy odor emanating from the air conditioning system. Trial is expected to begin in Spring 2023.

- *The Rick Nelson Co., LLC v. Sony Music Entm't*, United States District Court, Case No. 1:18-cv-08791-LLS (S.D.N.Y.): KL was appointed Class Counsel for Class who alleged that Sony improperly reduced and failed to adequately pay foreign streaming royalties for the use of their artistic works. Class settlement of more than $12 million in cash and an increase of royalty rates for future foreign streaming given final approval.

- *Cory Longo v. OSI Systems, Inc. et al*, United States District Court, Case No. 2:17-cv-08841-FMO (C.D. Cal.): KL appointed liaison counsel in securities class action alleging false and misleading statements made to investors. After nearly four years of litigation, two amended complaints, three rounds of motion to dismiss briefing, discovery, consultation with experts, and protracted arm's-length negotiations, a settlement of $12.5 million granted final approval.

- *In re Ford Motor Co. DPS6 Powershift Transmission Prods. Liab. Litig.*, MDL No. 2814 (C.D. Cal.): KL was appointed by the Court as Lead/Liaison Counsel for plaintiffs who allege Ford breached warranties with respect to cars equipped with the "DPS6 transmission." This matter is currently pending before the Honorable Andre Birotte Jr. in the United States District Court, Central District of California. At the outset, there were more than 1,000 cases within this MDL.

- *Southern California Gas Leak Cases*, California JCCP No. 4861 (L.A.S.C.): The Porter Ranch gas leak has widely been reported as the single worst natural gas leak in U.S. history. KL was appointed by the Court as Liaison Counsel for the private plaintiffs, which include the business class action complaints filed by local businesses for economic losses, individual class action complaints, and more than 38,000 individual Plaintiffs' claims. The matter has been settled for approximately $1.8 billion.

1    • **JUUL Labs Product Cases**, California JCCP 5052, Lead Case No. 19STCV22935
2    (L.A.S.C.): On February 18, 2020, KL was appointed Co-Lead Plaintiffs' Counsel
3    for Private Plaintiffs in the *JUUL* JCCP. Currently, there are approximately 2,500
4    cases pending in the JCCP, and more cases are continuing to be filed. The *JUUL*
5    JCCP is currently working together with leadership in the *JUUL* MDL to litigate
6    these cases.

7    • **Sherman Grove Apartments, LLC v. WASH Multifamily Laundry Systems, LLC**,
8    Case No. 18STCV00129 (L.A.S.C.): Litigated breach of contract case on behalf of
9    about 40,000 landlords against commercial laundry service. KL was appointed class
10   counsel and final approval granted to settlement of $18 million returned to class
11   members which represented approximately 87% of the money allegedly owed.

12   • **In re: Wright Medical Tech., Inc., Conserve Hip Implant Prods. Liab. Litig.**, MDL
13   No. 2329 (N.D. Ga.): KL was appointed Co-Lead Counsel in this MDL arising out
14   of injuries sustained as a result of implantation of defective metal-on-metal hip
15   devices. KL was then part of the trial team that obtained an $11 million verdict in
16   Atlanta, GA, in November 2015. The verdict included $10 million in punitive
17   damages.

18   • **Clergy Cases I, II, & III**, California JCCPs 4286, 4297, and 4359: Litigated
19   childhood sexual abuse cases against the Los Angeles Archdiocese with the total
20   settlement exceeding $1.2 billion.

21   • **Echeverria v. Johnson & Johnson**, Case No. BC628228 (L.A.S.C.): Working
22   closely with a number of other highly regarded Plaintiffs' law firms, KL obtained a
23   record-setting jury award of $417 million against Johnson & Johnson and its
24   subsidiary for the companies' failure to warn of the elevated risk of ovarian cancer
25   associated with its Baby Powder and Shower to Shower talcum powder products. At
26   the time, the award was the highest ever obtained against Johnson & Johnson in
27   connection with their talc based products and included a punitive damage award of
28   $347 million. Defendants' post-trial motions were granted, which rulings were then

partially reversed on appeal. The matter was remanded for further proceedings.

- ***Chatsworth Metrolink Collision Cases***, Lead Case No. PC043703 (L.A.S.C.): In addition to KL representing passengers and family members injured in the 2008 Metrolink Train crash in Chatsworth, KL was selected and appointed Plaintiffs' Liaison Counsel in the coordinated proceedings. Working closely with other members of the Plaintiffs' Steering Committee and counsel for defendants, KL successfully negotiated the recovery of $200 million for the plaintiffs, the maximum amount that defendants could be required to pay under federal law.

- ***Federal Express Vehicle Collision Cases***, California JCCP No. 4788 (L.A.S.C.): KL appointed Interim Lead and Liaison Counsel for Plaintiffs in action stemming from head on collision between a Federal Express truck and bus.

- ***In re: Avandia Mktg., Sales Practices and Prod. Liab. Litig.***, MDL No. 1871 (E.D. Pa.): The Plaintiffs' Steering Committee ("PSC") for this MDL selected KL to serve as Lead Counsel for the PSC in the numerous lawsuits filed against defendant GlaxoSmithKline PLC, manufacturer of the onetime "blockbuster" type 2 diabetes drug Avandia.

- ***In re: Warner Music Group Corp. Digital Downloads Litig.***, United States District Court, Case No. 3:12-cv-00559-RS (N.D. Cal.): Appointed interim co-lead Class Counsel on a contested motion and litigated class case against major record label relating to the manner in which the label paid royalties to artists for digital downloads. Final approval granted of class settlement of more than $11 million.

- ***Skeen v. BMW***, United States District Court, Case No. 2:13-cv-1531-WHW-CLW (D.N.J.): Nationwide class action alleging defective timing chain tensioner in certain turbo model MINI Cooper automobiles which resulted in engine damage. Class settlement approved which provided for refunds to consumers, free repairs and an extended warranty.

- ***Nader v. Capital One Bank (U.S.A.), N.A.***, United States District Court, Case No. 2:12-cv-01265-DSF-RZ (C.D. Cal.); ***Stone v. Howard Johnson Int'l, Inc.***, United

States District Court, Case No. 2:12-cv-01684-PSG-MAN (C.D. Cal.); ***Greenberg v. E-Trade Fin. Corp.***, Case No. BC360152 (L.A.S.C.); ***Mount v. Wells Fargo Home Mortgage, Inc***., Case No. BC395959 (L.A.S.C.); ***Raymond v. Carsdirect.com***, Case No. BC256282 (L.A.S.C.). Businesses must provide the familiar admonition that telephone calls with consumers "may be recorded for quality assurance and training purposes" in order to comply with California law, which requires the consent of all parties to a telephone conversation before it may be recorded. In these cases, KL represented classes of California individuals, in both Federal and State Courts, whose calls were recorded without their knowledge or permission.

- ***In re Ford Motor Warranty Cases***, California JCCP No. 4856 (L.A.S.C.): KL was appointed by the Court as Liaison Counsel for plaintiffs who allege Ford breached warranties with respect to cars equipped with the DPS6 transmission. This "Southern California" JCCP covers the California counties of Los Angeles, Orange, Imperial, Kern, Riverside, San Bernardino, San Diego, Santa Barbara, and Ventura.

12.  KL has the means and willingness to vigorously represent Plaintiff and Class Members, and will do so through trial if necessary.

13.  Due to our extensive experience set out above, my firm is well-versed in obtaining the necessary technology to handle voluminous and complex discovery, including discovery of the scope and nature anticipated in this case. We further have sufficient attorneys and other professionals to staff this case and have designated a primary team of attorneys who will bring unique skills and experience to representing the proposed Class. My firm routinely advances the costs of litigation and has demonstrated an ability and willingness to dedicate substantial resources to vigorously prosecute the claims.

/ / /

/ / /

/ / /

/ / /

/ / /

14.     My co-counsel and I have a track record of being able to work efficiently and cooperatively with other counsel. I personally spoke with many of the attorneys who filed the after-filed cases in an attempt to self-organize. While those discussions were not all productive in resolving leadership, we will continue to work with others when possible and appropriate.

I declare the foregoing under penalty of perjury under the laws of the United States of America.

Executed on October 19, 2022, at Beverly Hills, California.

_/s/ Jeffrey A. Koncius_

Jeffrey A. Koncius

# EXHIBIT "A"

1    **UNITED STATES DISTRICT COURT**

2         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3                    _____

4
     **John or Jane Doe, individually and** )
5    **on behalf of others similarly**       )
     **situated,**                           )
6                                            )
                           Plaintiffs,       )
7                                            )
                      vs.                    )  22-cv-03580-WHO
8                                            )  22-cv-04293-WHO
                                             )  22-cv-04680-WHO
9                                            )  22-cv-04963-WHO
                                             )
10   **Meta Platforms,Inc.,**                )
                                             )  San Francisco, California
11                         Defendants.       )  October 5, 2022
     _____)  2:59 p.m.
12

13

          **BEFORE:  THE HONORABLE WILLIAM H. ORRICK, JUDGE**
14
     <u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS VIA ZOOM VIDEO CONFERENCE**</u>
15
                          <u>**MOTION HEARING**</u>
16

17

18

19

20
     Official Court Reporter:
21   **Elaine Cropper, RDR, CRR, CCP**
     Sandra Day O'Connor U.S. Courthouse
22   401 West Washington Street
     Suite 312, SPC 35
23   Phoenix, Arizona  85003-2150
     (602) 322-7245
24
     Proceedings Reported by Stenographic Court Reporter
25   Transcript Prepared by Computer-Aided Transcription

                     United States District Court

**APPEARANCES**

For the Doe Plaintiffs in 22-cv-03580-WHO:
    **JEFFREY A. KONCIUS, ESQ.**
    Kiesel Law, L.L.P.
    8648 Wilshire Boulevard
    Beverly Hills, CA  90211

    **JAY BARNES, ESQ.**
    Simmons, Hanly, Conroy, L.L.C.
    112 Madison Avenue, 7th Floor
    New York, NY  10016

For the Doe Plaintiffs in 22-cv-04293-WHO:
    **CHRISTIAN LEVIS, ESQ.**
    Lowey Dannenberg, P.C.
    44 South Broadway, Ste. 1100
    White Plains, NY^  10601

For the Doe Plaintiffs in 22-cv-04680-WHO:
    **GEOFFREY A. GRABER, ESQ.**
    Cohen, Milstein, Sellers & Toll, P.L.L.C.
    1100 New York Avenue N.W.
    Suite 500, West Tower
    Washington, D.C.  20005

    **ANDREW M. MURA, ESQ.**
    Gibbs Law Group, L.L.P.
    1111 Broadway, Ste 2100
    Oakland, CA  94607

For the Doe Plaintiffs in 22-cv-04963-WHO:
    **RYAN MCGEE , ESQ.**
    Morgan and Morgan Complex Litigation Group
    201 N. Franklin St., 7th Fl.
    Tampa, FL  33602

    **JOHN A. YANCHUNIS, ESQ.**
    Morgan and Morgan, P.A.
    201 N. Franklin St., 7th Fl.
    Tampa, FL  33602

For the Meta Defendants:
    **MICHAEL G. RHODES, ESQ.**
    Cooley, L.L.P.
    3 Embarcadero Center, 20th Fl.
    San Francisco, CA  94111-4004

United States District Court

**APPEARANCES (CONTINUED):**

For the Meta Defendants:
**ELIZABETH K. MCCLOSKEY, ESQ.**
Gibson, Dunn and Crutcher, L.L.P.
555 Mission St., Ste 3000
San Francisco, CA  94105

For UCSF: :
**JAMES MORRISON, ESQ.**
Baker & Hostetler, L.L.P.
999 3rd Ave., Ste. 3900
Seattle, WA  98104

**PAUL G. KARLSGODT, ESQ.**
Baker Hostetler, L.L.P.
1801 California St., Ste. 4400
Denver, CO  80202

For Dignity Health:
**ASHLEY L. SHIVELY, ESQ.**
Holland & Knight, L.L.P.
50 California St., Ste. 2800
San Francisco, CA  94111

United States District Court

**P R O C E E D I N G S**

1

(Court was called to order by the courtroom deputy.)

2

(Proceedings begin at 2:59.)

3

4 COURTROOM DEPUTY:  We will get under way in cases

5 number 22-3580, 22-4293, 22-4680, and 22-4963, *DOE v. Meta*    02:59:58

6 *Platforms, et al.*

7 Counsel, if you would, please, state your appearance

8 for the record.

9 MR. BARNES:  Good afternoon.  Jay Barnes on behalf of

10 the plaintiffs in the first filed Doe case.  Mr. Koncius is    03:00:23

11 here in the first filed Doe case as well on behalf of the

12 plaintiffs.

13 MR. KONCIUS:  Good afternoon.  Jeffrey Koncius

14 K-O-N-C-I-U-S, from Kiesel Law on behalf of plaintiffs,

15 co-counsel with Mr. Barnes in the '3580 Doe case.    03:00:38

16 MR. LEVIS:  Good afternoon, Your Honor.  Christian

17 Levis on behalf of plaintiff in the Jane Doe matter that is

18 docket number 22-cv-04293.

19 MR. GRABER:  Good afternoon Your Honor.  Geoffrey

20 Graber, Cohen, Milstein, on behalf of Doe plaintiff, case    03:00:56

21 number '4680.  Also here with me is my co-counsel, Andre Mura,

22 from Gibbs Law Group.

23 MR. MURA:  Good afternoon, Your Honor.

24 MR. MCGEE:  And good afternoon, Your Honor.  Ryan

25 McGee on behalf of the plaintiffs in the *Doe v. Meta*.  That's    03:01:13

United States District Court

```
 1   be fine with two weeks or a week as we have proposed.          03:08:20

 2           THE COURT:  All right.  Well, if there are a couple

 3   of more cases coming in and people aren't in front of me, I

 4   think probably two weeks makes the most sense.

 5           And then do it on a normal briefing schedule which    03:08:32

 6   means -- I don't have my calendar -- I'll get my calendar up.

 7   Just a sec.

 8           So two weeks from today is the 19th.  That's when

 9   they are due.  Oppositions on the second, reply on the ninth

10   and then I think I'll specially set this for on the 21st, which 03:08:57

11   is a Monday, at 2 o'clock so we don't have to wait through the

12   Thanksgiving week.

13           MS. SHIVELY:  Your Honor, if I may.  Ashley Shively

14   for DHMF.

15           THE COURT:  Yes.                                       03:09:21

16           MS. SHIVELY:  The developments shared by plaintiffs'

17   counsel I think kind of emphasizes and underscore the points we

18   made in our, you know, brief response to the Motion to

19   Consolidate.  Our case, the '4293 case, is really differently

20   situated than all of the others.  Meta's named as a defendant   03:09:39

21   in all of these.  All of those cases identify a health or

22   institution where those plaintiffs sought treatment, used their

23   website, et cetera.  But this particular case is the only one

24   that actually names them as defendants, both the Regents and

25   DHMF.                                                           03:10:03
```

United States District Court

1    I think we're puzzled by how we fit into this.  You    03:10:07

2  know, all the more so because DHMF didn't actually use a pixel

3  on either its public-facing or patient portal.  But we also

4  have this arbitration issue.  You know, if there's going to be

5  a consolidated complaint, it just doesn't seem like DHMF and    03:10:28

6  the health care institutions fit into this case.  We are very

7  much the outlier here.

8    THE COURT:  Well, I was going to suggest that you

9  meet and confer with counsel on getting your motion to compel

10  arbitration on file and you could do that separately.  And then    03:10:48

11  it's going to take a while for the consolidated complaint to be

12  filed.  So why don't you just meet and confer with people and

13  deal with that separate issue?

14    MR. RHODES:  Your Honor, this is Michael Rhodes for

15  Meta.  The only thing I would note is in the three cases that    03:11:09

16  have yet to land before Your Honor, in all three of those

17  cases, the protocol that we negotiated with plaintiffs there

18  was to sever out the health care provider or hospital and let

19  them be standing, because a lot of those have those arbitration

20  clauses as well.  And I don't know whether counsel for the    03:11:25

21  institutions here would want to make a motion to sever.  I

22  would just throw that out as a rhetorical question.

23    MR. LEVIS:  If I can just mention this.  Christian

24  Levis, counsel in the case that names the two health care

25  entities.  That hasn't been a proposal that has been raised and    03:11:41

1  share some of the same concerns as Dignity Health about being  03:24:09

2  lumped in with the overall morass here, but we'll take that up

3  with plaintiffs' counsel and go forward there.

4          THE COURT:  Well, I mean, you ought to be talking

5  with your colleagues on the other side of the case so that you  03:24:24

6  can all figure out what the most seamless and efficient way of

7  getting this case to -- into shape so that it can eventually

8  get resolved is.  So don't wait for me.

9          MR. MORRISON:  We certainly will, Your Honor.

10          THE COURT:  All right.  So I will look forward to  03:24:51

11 seeing you all when I see you all next, which I guess will be

12 on November 9.

13          Thank you.

14          MR. KONCIUS:  Thank you, Your Honor.

15          MS. SHIVELY:  Thank you.  03:25:00

16          MR. RHODES:  Thank you.

17          COURTROOM DEPUTY:  And I believe that concludes our

18 calendar for this afternoon.  Thank you, all.

19          (Whereupon, these proceedings recessed at 3:25 p.m.)

20                    * * * * *

21

22

23

24

25

United States District Court

1 C E R T I F I C A T E

2

3         I, ELAINE M. CROPPER, do hereby certify that I am

4 duly appointed and qualified to act as Official Court Reporter

5 for the United States District Court for the District of

6 Arizona.

7

8         I FURTHER CERTIFY that the foregoing pages constitute

9 a full, true, and accurate transcript of all of that portion of

10 the proceedings contained herein, reported through Zoom video

11 conference, had in the above-entitled cause on the date

12 specified therein, and that said transcript was prepared under

13 my direction and control, and to the best of my ability.

14

15         DATED at Phoenix, Arizona, this 10th day of October,

16 2022.

17

18

19

20                         s/Elaine M. Cropper

21                         _____

22                          Elaine M. Cropper, RDR, CRR, CCP

23

24

25

United States District Court

# EXHIBIT "B"



8648 Wilshire Boulevard
Beverly Hills, California 90211

Telephone: (310) 854-4444
E-mail: info@kiesel.law
Facsimile: (310) 854-0812

www.kiesel.law

**Kiesel Law LLP** is one of the most accomplished consumer law firms in the United States. KL successfully represents classes or groups of persons, individuals, businesses, and public and private entities in courts nationwide in the areas of personal injury, mass torts, pharmaceutical and medical device litigation, privacy, construction and product defects, toxic exposure, consumer protection, professional malpractice, financial fraud, insurance bad faith, and human rights. We possess the sophisticated skills and financial resources necessary to litigate and resolve large, complex cases on our clients' behalf.

KL and its predecessor firms have a long history of extensive litigation in complex matters. KL has litigated and resolved some of the most important civil cases in the nation. Our attorneys possess a diverse range of professional skills and come from a wide variety of backgrounds.

## A. CASE PROFILES

### 1. Mass Torts

*Porter Ranch*, California JCCP No. 4861. On October 23, 2015, a catastrophic natural gas blow-out occurred at the Aliso Canyon underground natural gas storage facility operated by SoCalGas. The well, at which the blow-out occurred, continued to leak natural gas into the surrounding environment until February 2016, forcing tens of thousands of residents of nearby Porter Ranch from their homes and causing local businesses to suffer major economic losses. The Porter Ranch gas leak has widely been reported as the single worst natural gas leak in U.S. history. On May 4, 2016, KL was appointed by the Court as Liaison Counsel for the private plaintiffs, which include the business class action complaints filed by local businesses for economic losses, individual class action complaints, and more than 38,000 individual Plaintiffs' claims.

*Clergy Cases I, II, & III*, California JCCP Nos. 4286, 4297, and 4359. In 2002, the state of California passed a law that opened a one-year window of time to file civil suits based on claims of sexual abuse of a minor that would otherwise have been time-barred as of January 1, 2003. That year, in the wake of the very public Clergy sexual abuse scandal involving Boston's Archdiocese, many hundreds of survivors came forward to file civil suits based on these revived claims. These survivors alleged that the Church was liable for the molestations because, among other things, it (1) knew or



had reason to know that the priests were molesting minors, and yet failed to supervise the priests to ensure that the priests would not molest again; (2) concealed facts relating to the priests' molestations; and (3) harbored, aided, and concealed the priests to avoid arrest and prosecution.

KL led the fight for justice and accountability in California against numerous corrupt Church entities on behalf of hundreds of these survivors, and was appointed Liaison Counsel on behalf of hundreds more who filed revived claims against the Dioceses of Orange, Los Angeles, San Diego, and Fresno.

### Diocese of Orange

Ninety survivors of Clergy sexual abuse filed lawsuits against the Roman Catholic Diocese of Orange. In December 2004, after nearly two years of intense negotiations, the firm helped to successfully settle all claims against the Roman Catholic Diocese of Orange ("Diocese of Orange") for $100 million. One of the key terms of the settlement was a promise that the secret files of the Diocese of Orange would be made public.

### Archdiocese of Los Angeles

Five-hundred and eight survivors of clergy sexual abuse filed lawsuits against the Roman Catholic Archbishop of Los Angeles ("Archdiocese of Los Angeles"). KL was appointed Liaison Counsel on behalf of these individuals, all of whom were sexually abused as minors, and many of whom were abused by priests who were incardinated.

Over the course of five years and as a result of hard-fought discovery battles, the mountain of damning evidence in support of the plaintiffs' claims continued to grow. For example, many of the accused priests had multiple victims because they were moved by their superiors from one parish to another as accusations arose. The documents from priest-perpetrator files revealed that the Church had failed time and again to protect its most innocent and vulnerable parishioners from harm.

In July 2007, on the very eve of the first of more than a dozen scheduled trials, KL reached an agreement with the Roman Catholic Archbishop of Los Angeles ("Archdiocese of Los Angeles") to settle all cases against it for $660 million. KL is well-regarded for having successfully negotiated this, the largest settlement with any diocese in the United States. More importantly, KL never faltered in keeping its promise to ensure that the Archdiocese of Los Angeles kept one of the key terms of the settlement: that it make certain of its confidential files public to shed light on exactly what Church officials knew about the abuse accusations, and when they had learned about them.

### Archdiocese of San Diego

One-hundred and forty-four survivors were sexually abused by Clergy members in the



Roman Catholic Diocese of San Diego under lax supervision by the Church. In September 2007, the Diocese agreed to pay nearly $200 million to these 144 survivors. This is the second-largest settlement by a Roman Catholic diocese nationwide since claims of sexual abuse by clergy members came to light in 2002.

*In re Ford Motor Co. DPS6 Powershift Transmission Prods. Liab. Litig*., MDL No. 2814 (C.D. Cal.): KL was appointed by the Court as Lead/Liaison Counsel for plaintiffs who allege Ford breached warranties with respect to cars equipped with the "DPS6 transmission." This matter is currently pending before the Honorable Andre Birotte Jr. in the United States District Court, Central District of California. At the outset, there were more than 1,000 cases within this MDL.

*In re Ford Motor Warranty Cases,* California JCCP No. 4856 (Los Angeles Superior Court): KL was appointed by the Court as Liaison Counsel for plaintiffs who allege Ford breached warranties with respect to cars equipped with the DPS6 transmission. This "Southern California" JCCP covers the California counties of Los Angeles, Orange, Imperial, Kern, Riverside, San Bernardino, San Diego, Santa Barbara, and Ventura. There are approximately 143 cases pending within this JCCP.

*Chatsworth Metrolink Collision Cases*, Lead Case No. PC043703 (Los Angeles Superior Court). In the afternoon on Friday, September 12, 2008, Metrolink Train 111 collided head-on with a Union Pacific freight train in the Chatsworth district of Los Angeles, resulting in twenty-four passenger deaths and numerous passenger injuries, many of them serious and permanent. The family members of deceased passengers and most of the injured passengers filed suit against Metrolink and other defendants to recover through the California judicial system. KL represented passengers and family members in eleven of the cases, and in 2008, Paul Kiesel was selected and appointed Plaintiffs' Liaison Counsel in the coordinated proceedings. Working closely with other members of the Plaintiffs' Steering Committee and with counsel for the defendants, Mr. Kiesel successfully negotiated the recovery of $200 million for the plaintiffs, the maximum amount that the defendants could be required to pay under federal law.

*Federal Express Vehicle Collision Cases*, California JCCP No. 4788 (Los Angeles Superior Court). Interim Lead and Liaison Counsel for Plaintiffs. On Thursday, April 10, 2014, a Federal Express truck driver towing two 28 foot-long freight trailers began to make a lane change from the southbound Interstate-5, number two lane, into the number one southbound lane. However, the tractor and trailers did not stop and, instead, crossed over the rumble strip on the eastern edge of the southbound lanes, veered into and crashed through and across a 58' center median, crossed over the rumble strip on the western edge of the northbound lanes, entered into the northbound number one lane of I-5 where it struck a Nissan Altima automobile, continued into the number two northbound lane and, four seconds after beginning his original lane change, struck a northbound 2014 Setra bus. The impact was so massive that it forced the tractor trailer and the bus onto the shoulder where they caught fire and burned in an uncontrolled conflagration.



2. <u>Privacy</u>

*In re: Pellicano Cases*, Lead Case No. BC316318 (Los Angeles Superior Court). Once a high-profile private investigator, Anthony Pellicano is currently serving a lengthy sentence in federal prison for unlawful wiretapping and racketeering. In 2008, KL was appointed Co-Lead Class Counsel in this putative class action case arising from Mr. Pellicano's wiretapping in violation of California Penal Code Sections 630, *et seq.*

*Nader v. Capital One Bank (U.S.A.), N.A.*, Case No. 12-CV-01265-DSF (C.D. Cal.); *Stone v. Howard Johnson International, Inc.*, Case No. 12-CV-1684-PSG (C.D. Cal.); *Greenberg v. E-Trade Financial Corporation*, Case No. BC360152 (Los Angeles Superior Court); *Mount v. Wells Fargo Home Mortgage, Inc.*, Case No. BC395959 (Los Angeles Superior Court); *Raymond v. Carsdirect.com*, Case No. BC256282 (Los Angeles Superior Court). Businesses must provide the familiar admonition that telephone calls with consumers "may be recorded for quality assurance and training purposes" in order to comply with California law, which requires the consent of all parties to a telephone conversation before it may be recorded. Failure to comply with this requirement constitutes a serious personal privacy violation for which consumers may recover monetary damages. In these cases, KL represented classes of California individuals, in both federal and state court, whose calls were recorded without their knowledge or permission.

3. <u>Medical Privacy</u>

*Jane Doe I v. Sutter Health*, Case No. 34-2019-00258072-CU-BT-GDS (Sacramento Superior Court); *Jane Doe v. Virginia Mason Medical Center, et al.*, Case No. 19-2-26674-1 SEA (State of Washington, King Superior Court); *John Doe v. Partners Healthcare System, Inc., et al.*, Case No. 1984CV01651 (Commonwealth of Massachusetts, Suffolk Superior Court); *Jane Doe v. Medstar Health, Inc., et al.*, Case No. 24-C-20-000591 OG (Circuit Court of Maryland for Baltimore City). Health care entity websites frequently represent to their patients that data shared with the entities online will stay private and not be disclosed to third parties. However, data is in fact leaked to third party marketers. In these class actions, KL represents classes of individuals throughout the states where they are filed seeking to enforce the privacy promises that have been made to patients.

4. <u>Construction Defect</u>

*In Re: Galvanized Steel Pipe Litigation*, Case No. BC174649 (Los Angeles Superior Court). As Class Counsel, KL prosecuted and settled claims made on behalf of thousands of named plaintiff and class member homeowners against the developer defendants and cross-defendants for defective plumbing in this complex suit involving nineteen separate individual and class action product liability cases. The actions resolved for more than $41 million.



***Silver v. Del Webb,*** Nevada Case No. A437325. Paul Kiesel and Bill Larson were appointed Lead Counsel in this certified class construction defect suit to recover for the installation of faulty plumbing systems in approximately 3,000 new homes in Las Vegas. KL negotiated a resolution of the case for $21 million on the day before trial was to begin. At the time, this was the largest construction defect case in Nevada history.

5.      Economic Injury Product Defects

*In Re: Avandia Marketing, Sales Practices and Product Liability Litigation*, MDL No. 1871 (E.D. Pa.). The Plaintiffs' Steering Committee for this multi-district litigation selected Paul Kiesel to serve as Lead Counsel for the Plaintiffs' Steering Committee in March 2011. This national litigation involved numerous federal lawsuits brought against defendant GlaxoSmithKline PLC, manufacturer of the onetime "blockbuster" type 2 diabetes drug Avandia.

*In re: Rio Hair Naturalizer Products Liability Litigation*, MDL 1055 (E.D. MI). In 1995, Paul Kiesel was appointed Co-Lead Counsel in multi-district litigation arising from a defective hair straightening product that injured over 50,000 plaintiffs. The matter resolved successfully as a limited fund, non-opt-out class action.

*In re: Packard Bell Consumer Certified Class Action Litigation*, Case No. BC125671 (Los Angeles County Superior Court). In 1995, Paul Kiesel was a member of the Plaintiffs' Steering Committee in this consumer class action involving product defect claims, which resolved successfully.

*Mikhail v. Toshiba America Inc.*, Case No. BC278163 (Los Angeles Superior Court); *Kan v. Toshiba, Inc.*, Case No. BC327273 (Los Angeles Superior Court). KL was appointed Lead Counsel in these class actions brought to recover for the distribution of faulty computers. The cases resolved with class members eligible to receive up to $36 million (*Kan*) and $50 million (*Mikhail*).

*Anderson v. Toshiba America*, Case No. BC299977 (Los Angeles Superior Court). In 2003, KL was counsel for the plaintiffs in a class action alleging product defects, which resolved successfully.

6.      Personal Injury Product Defects

*JUUL Labs Product Cases*, California JCCP No. 5052, Lead Case No. 19STCV22935 (Los Angeles Superior Court). On February 18, 2020, Paul R. Kiesel was appointed Co-Lead Plaintiffs' Counsel for the private plaintiffs in the JUUL JCCP. Currently there are approximately 2,500 cases pending in the JCCP, and more cases are continuing to be filed. The litigation is just now entering the discovery phase. The JUUL JCCP is currently working together with leadership in the JUUL MDL to litigate these cases.



*Echeverria v. Johnson & Johnson*, Case No. BC628228 (Los Angeles Superior Court). Working closely with a number of other highly regarded Plaintiffs' law firms, KL obtained a record-setting jury award of $417 million dollars against Johnson & Johnson and its subsidiary for the companies' failure to warn of the elevated risk of ovarian cancer associated with its Baby Powder and Shower to Shower talcum powder products. The award is the highest ever obtained against Johnson & Johnson in connection with their talc-based products, and included a punitive damage award of $347 million. Defendants' post-trial motions were granted, which rulings were then partially reversed on appeal and remanded for further proceedings.

*Hilario Cruz v. Nissan North America*, Case No. BC493949 (Los Angeles Superior Court). On August 29, 2012, an Infiniti QX56 driven by Solomon Methenge collided with a mini-van, killing the driver and her two young children. Although Methenge maintained that the accident was caused by a sudden failure of the van's brakes, Methenge was charged with vehicular manslaughter. Unbeknownst to him, the Infiniti suffered from a systemic brake defect which had served as the basis for a class action lawsuit against Nissan. After prosecutors learned of the vehicle's defect, the criminal charges against him were dropped. Methenge and the Cruz family then sued Nissan for their respective injuries and losses as co-Plaintiffs. The case was tried to a Los Angeles jury in July 2017, which returned a verdict of over $24 million collectively to Methenge and the Cruz family. Courtroom View Network selected it as the #3 most impressive Plaintiff Verdict of 2017.

*Wright Hip System Cases*, California JCCP No. 4710 (Los Angeles County Superior Court). In November 2012, KL was appointed Liaison Counsel in this coordinated proceeding involving injuries arising out of the defective design of metal-on-metal hip implants.

*In Re: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation*, MDL No. 2329. In May 2012, KL was appointed Co-Lead Counsel in this federal coordinated action arising out of injuries sustained as a result of implantation of defective metal-on-metal hip devices.

*Yaz, Yasmin and Ocella Contraceptive Cases*, California JCCP No. 4608. KL was appointed Co-Liaison Counsel in this litigation arising out of injuries and deaths that occurred following the ingestion of oral contraceptives.

*In Re: Toyota Motor Corp. Hybrid Brake Marketing, Sales Practices, and Products*, MDL No. 2172. KL was appointed Liaison Counsel in this case involving defective automotive brakes.

*Serrano v. City of Los Angeles*, Case No. BC144230 (Los Angeles County Superior Court). Paul Kiesel was appointed Lead Counsel in this multi-fatality product liability litigation which led to an $8.2 million settlement.



*In Re: Diet Drug Litigation*, California JCCP No. 4032. In 2003, KL served as the Plaintiffs' Lead Counsel in this action involving claims arising out of use of the diet drug Phen-Fen, which settled confidentially.

*Algario et al. v. Eli Lilly and Company et al.*, Lead Case No. BC347855 (Los Angeles Superior Court). In 2006, KL was appointed Lead Counsel in this class action to recover for injuries resulting from ingestion of the medication Zyprexa. The case settled favorably.

*In Re: Vioxx Cases*, California JCCP No. 4247. In 2007, KL served on the Plaintiffs' Executive Committee which involved claims arising out of the use of the drug Vioxx.

7.    <u>Unfair Employment Practices</u>

*In Re: The Securitas Security Services*, California JCCP 4460. KL represented the plaintiffs in this class action to recover for violations of California labor laws, which resolved successfully.

8.    <u>Toxic Exposure</u>

*In Re: Unocal Refinery Litigation*, Case No. C94-0414. Paul Kiesel served as a member of the Direct Action Steering Committee and as Chair of the Allocation Committee in this case involving the toxic contamination of several communities.  Mr. Kiesel developed a methodology and plan of allocation for an $80 million settlement on behalf of approximately 1,500 plaintiffs.

*Zachary, et al. v. Arco, et al.*, Case No. BC 209944 (Los Angeles County Superior Court). Paul Kiesel was appointed Lead Counsel in this mass toxic tort case resulting from a ruptured oil pipeline. The case resolved successfully.

*Tosco Refinery Fire*, Lead Case No. NC028924 (Los Angeles Superior Court). KL was appointed Lead Counsel in the Tosco Refinery Fire mass toxic tort litigation, in which thousands of people were affected as a result of an explosion and blaze at the Tosco refinery facility in Wilmington, California. The toxic plume caused by this massive fire affected over three thousand people. The matter settled with all defendants on July 1, 2005.

9.    <u>Consumer Protection</u>

*Salas v. Toyota Motor Sales, USA, Inc., et al.*, United States District Court, Case No. 2:15-cv-08629-FMO-E (C.D. Cal.): KL was appointed Trial Counsel for a certified class of more than 260,000 Toyota Camry owners relating to a moldy odor emanating from the air conditioning system.



*Victorino v. FCA US LLC*, United States District Court, Case No. 3:16-cv-01617-GPC-JLB (S.D. Cal.): KL was appointed Trial Counsel for a certified class of approximately 2,000 manual transmission Dodge Dart owners relating to defective clutches.

*The Rick Nelson Co., LLC v. Sony Music Entm't*, United States District Court, Case No. 1:18-cv-08791-LLS (S.D.N.Y.): KL was appointed class counsel for Class who alleged that Sony improperly reduced and failed to adequately pay foreign streaming royalties for the use of their artistic works. Class settlement of more than $12 million in cash and an increase of royalty rates for future foreign streaming given final approval.

*Sherman Grove Apartments, LLC v. WASH Multifamily Laundry Systems, LLC*, Case No. 18STCV00129 (Los Angeles Superior Court): Litigated breach of contract case on behalf of about 40,000 landlords against commercial laundry service. KL was appointed class counsel and final approval granted to settlement of $18 million returned to class members which represented approximately 87% of the money allegedly owed.

*Colin Higgins Prods., Ltd. v. Universal City Studios, LLC*, Case No. BC499180 (Los Angeles Superior Court), *Colin Higgins Prods., Ltd. v. Paramount Pictures Corp.*, Case No. BC499179 (Los Angeles Superior Court), *Martindale, et al. v. Sony Pictures Entm't, Inc.*, Case No. BC499182 (Los Angeles Superior Court) and *Stanley Donen Films, Inc. v. Twentieth Century Fox Film Corp.*, Case No. BC499181 (Los Angeles Superior Court): The firm was appointed class counsel in connection with class settlements totaling more than $50 million as to how the movie studios calculated profit participation relating to revenue derived from the sale of home video and electronic sell-through of certain motion pictures.

*Pilkington v. U.S. Search.com*, Case No. BC234858 (Los Angeles Superior Court). In 2000, Paul Kiesel was appointed Lead Counsel in this matter involving a technically flawed online search facility which purported to provide adoptees and their biological parents with information about one another upon demand.

*Black v. Blue Cross of America*, Case No. BC250339 (Los Angeles Superior Court). KL was co-counsel in this class action against the largest health care service plan in California for improper mid-year contract modifications. KL prosecuted and settled claims made on behalf of the named plaintiff and class members. Following a finding of liability against the insurer for breach of contract and breach of the covenant of good faith and fair dealing, KL successfully reached agreement to settle all claims for $25 million. The terms of the settlement called for a reimbursement of 100 percent of the actual damages to nearly 66,000 overpaying subscribers.

*Draucker Development and True Communication, Inc. v. Yahoo!, Inc.*, Case No. CV06-2737 JFW (Rcx) (C.D. Cal.). KL was a member of the Plaintiffs' Steering Committee in this matter in which advertisers sought to recover from an online search engine for breach of contract and unfair business practices.



*In re Carrier IQ, Inc. Consumer Privacy Litigation*, Case No. 3:12-md-2330 EMC (N.D. Cal). KL was a member of the Plaintiffs' Executive Committee in this class action involving alleged interception and manipulation of consumers' personal communications on smart phones.

*In re Facebook Internet Tracking Litigation*, Case No. 5:12-md-02314 (N.D. Cal.). KL serves on the Plaintiffs' Counsel Executive Committee in this proceeding alleging the interception of Facebook users' internet communications and activity after logging out of Facebook. Settlement of $90 million and deletion of data obtained for more than 124 million Class members preliminarily approved.

*Skeen v. BMW, United States District Court*, Case No. 2:13-cv-1531-WHW-CLW (Dist. N.J.). Nationwide class action alleging defective timing chain tensioner in certain turbo model MINI Cooper automobiles which resulted in engine damage. Class settlement approved which provided for refunds to consumers, free repairs and an extended warranty.

*In re: Warner Music Group Corp. Digital Downloads Litig*., Case No. 3:12-cv-00559-RS (N.D. Cal.). Appointed interim co-lead class counsel on a contested motion and litigated class case against major record label relating to the manner in which the label paid royalties to artists for digital downloads. Final approval granted of class settlement of more than $11 million.

10.  Antitrust

*In re: Wholesale Electricity Antitrust Cases I & II*, California JCCP Nos. 4204-00005 and 4204-00006. In 2000, Paul Kiesel was a member of the Plaintiffs' Steering Committee in this litigation which the plaintiffs sought to recover damages from energy traders for unfair business practices.

11.  Financial Misconduct

*Kevin Risto v. SAG-AFTRA, et al.*, United States District Court, Case No. 2:18-cv-07241-CAS (C.D. Cal.). KL was appointed co-lead class counsel in certified class action for breach of fiduciary duties, and related claims, alleging Trustees of statutory royalties fund had unlawfully taken money owed to backup vocalists and musicians. Class settlement, reached days before trial, valued at over $11 million in combined economic and injunctive relief, received final court approval.

*In re: Transient Occupancy Tax Cases*, California JCCP No. 4472. In 2004, KL acted as Co-Lead Counsel representing the City of Los Angeles in a class action on behalf of all cities in the state of California to recover unremitted occupancy taxes from certain online travel companies.


*American Medical Association, et al. v. Wellpoint, Inc.*, MDL 09-2074 (C.D. Cal.). In 2009, KL was appointed Co-Lead Counsel in this multi-district litigation in which physicians and physician groups sought to recover payments for treatment that they provided to certain of their medical patients.

*Murray v. Belka - "First Pension"*, California JCCP No. 3131. KL joined forces with Aguirre & Meyer to take on a corrupt pension plan administrator, one of the nation's largest law firms, and the world's largest accounting firm to achieve settlements in providing full restitution for 340 mostly elderly consumers who had lost their life savings to a Ponzi scheme. In July 2000, after a six month trial, the jury found the accounting firm liable for fraud, misrepresentation, aiding and abetting fraud, and concealment, and issued eighteen findings supporting punitive damages. PWC subsequently settled for a confidential amount which made the investors whole.

*In re: Hilton Hotels Corporation Shareholder Litigation*, Case No. BC373765 (Los Angeles Superior Court). In 2007, KL was appointed Co-Lead Counsel in this class action in which Hilton shareholders sought to block a proposed merger with the Blackstone Group.

12.  Insurance Bad Faith

*In re: Northridge Earthquake Litigation*, Lead Case No. BC265082 (Los Angeles Superior Court). In 2002, KL served as Plaintiffs' Liaison Counsel in suits against State Farm Insurance, 21st Century Insurance, Farmers Insurance, and the USAA Insurance Company.

## B. FIRM BIOGRAPHY

1.  Partners

PAUL R. KIESEL, admitted to practice in California, 1985; admitted to practice before the United States Supreme Court; United States District Court, Central District of California; United States District Court, Northern District of California; Southern District of California; United States District Court, Eastern District of California. *Education.* Connecticut College, B.A. 1982; Whittier College School of Law, J.D. 1985, Honorary Doctor of Law 2005. *Awards and Honors.* California Judicial Council 2014 Distinguished Service Award—Stanley Mosk Defender Of Justice Award; 2014 State Bar President's Access to Justice Award; 2014 Daily Journal Top 100 Attorneys in California; Chief Justice Award for Exemplary Service and Leadership, 2012; Named one of the Twelve Techiest Lawyers in America, ABA Journal, 2012; Access to Justice Award Lawyers' Club of San Francisco, 2012. Named one of 500 Leading Lawyers in America, Lawdragon, 2009-2011; AV Peer Review Rated, Martindale-Hubbell; Named one of the one hundred most influential attorneys in California by the California Business Journal; Named one of the top fifty trial lawyers in Los Angeles by the Los Angeles Business Journal. *Publications and Presentations.* Co-author, Matthew



Bender Practice Guide: California Pretrial Civil Procedure (treatise); Co-author, Matthew Bender Practice Guide: California Civil Discovery (treatise); frequent presenter for continuing legal education programs; frequent speaker and writer on subjects related to technology in the practice of law. *Member.* California State Bar Association; Appointed by California Supreme Court Chief Justice Ronald George to the California Judicial Council Civil and Small Claims Advisory Committee; Executive Committee, Prior President, Los Angeles County Bar Association; Co-Chair, California Open Courts Coalition; Board of Governors, Association of Business Trial Lawyers, 2001-2005; Emeritus Member of the Board of Governors, Consumer Attorneys of California; Emeritus Member of the Board of Governors, Consumer Attorneys Association of Los Angeles.

**STEVEN D. ARCHER**, admitted to practice in California, 1975; United States Supreme Court, 1980; United States District Court, Central District of California, 1975; United States District Court, Eastern District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; United States District Court, Eastern District of Pennsylvania; United States Court of Appeals, Ninth Circuit; United States Court of Federal Claims. *Education.* University of California at Los Angeles, B.A. in American History, Dean's List, 1970; Loyola Law School, Los Angeles, J.D., Dean's Honor List, 1974. *Employment.* Silber, Benezra & Taslitz, 1973-78; Belli & Choulos / Belli, Sayre, Archer & Sabih, Associate, Partner, 1978-82; Simke, Chodos, Silberfeld & Soll, Inc. / Simke, Chodos, Silberfeld & Anteau, Inc., Associate, Partner, 1982-95; Robins, Kaplan, Miller & Ciresi L.L.P., Partner, 1995-2010; Kiesel Law LLP, Partner, 2010-present. *Awards & Honors.* AV Peer Review Rated, Martindale-Hubbell; Super Lawyer, Law & Politics, 2006-present; Humanitarian Award, American Civil Liberties Union of Southern California, 2008; Advocate of the Year, Public Counsel, 2009; Nominee, Consumer Lawyer of the Year, Consumer Attorneys of California, 2009. *Publications.* *Update: Increased Concern over Mounting Numbers of Reported Deaths and Serious Injuries Prompt the FDA to Order Testing of Medical Devices Containing Heparin*, June 13, 2008; *Consumer Alert: Digitek Heart Failure Medications Recalled - A Serious Risk of Injury or Death to the Patient*, May 21, 2008; *Federal Judge Approves Settlement Over Baxter Infusion Pumps*, July 13, 2006; *Consumer Alert: Bausch & Lomb's Renu with MoistureLoc Soft Contact Lens Solution Recalled*, April 26, 2006; *The Dangers of the "Usual Stipulation" in Deposition Practice*, Los Angeles County Bar Association New Lawyers Manual, Fall 2005; *Consumer Alert: F.D.A. Orders Class 1 Recall of Baxter International's Colleague Volumetric Infusion Pumps*, July 13, 2006; *Consumer Alert: Guidant Ancure Endograft System Abdominal Aortic Stents*, September 2003; *Consumer Alert: St. Gobain Prozyr Zirconia Ceramic Coated Femoral Head Hip Implant Components*, February 2002; *A Practical Guide to Code of Civil Procedure Section 2032 - Taking Control of Defense Medical Examinations*, The Advocate, September 2000; *Trying the Soft Tissue Damages Case in California*, The National Business Institute, October 1995 (co-authored); Auto Accident Manual, Los Angeles Trial Lawyers Association, March 1985 (contributing author); *Using Thermograms to Argue Soft Tissue Damages*, Trial



Magazine, February 1983.  *Presentations.*  Using Tort Law to Effect Social Change, Pepperdine University School of Law,  November 17, 2009; Getting the Most Out of Discovery: Parts I and II, State Bar of California Continuing Education of the Bar, July 13, 2009, August 3, 2009; Discovery - Planning, Strategy and Dealing with Abusive Discovery Tactics, State Bar of California Continuing Education of the Bar, July 25, 2008; The Art of Advocacy: Tailoring the Message - Storytelling and Framing (moderator), American Association for Justice, July 14, 2008; Mock Mediation: Strategies for Successful Mediation of the Toxic Tort Case, ABA Tort Trial and Insurance Practice Section, April 12, 2008.  *Member.*  State Bar of California; American Association of Justice; Public Justice; Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles; Los Angeles County Bar Association. *Community Service.*  Pending Legislation Sub-Committee, Consumer Attorneys of California; Past Vice-Chair, Member, Client Relations Committee, Los Angeles County Bar Association; Los Angeles County Bar Association Lawyer Referral and Information Service (past member); Dependency Court Tort Committee, Los Angeles Juvenile Court (past member); Advisory Board, Loyola Law School Center for Conflict Resolution; Board of Directors, Public Counsel; Board of Directors, Los Angeles Conservancy (past member); Member Development Committee, Los Angeles Conservancy (past member); Legal Committee, Los Angeles Conservancy (past member); Board of Directors, Mt. Olympus Property Owners' Association (past member); Legal Counsel to the Board of Directors, Mt. Olympus Property Owners' Association.

**D. BRYAN GARCIA**, admitted to practice in California, 2002, Arizona, 2005, Nevada, 2005, U.S. District Court, Eastern District of California, U.S. District Court, Central District of California, and U.S. District Court, Northern District of California. *Education.* University of California, Berkeley, B.A. in Political Science, 1998; University of California, Hastings, J.D., 2001. *Experience.* Garcia Law Firm, 2001-2006; Chapman, Glucksman, & Dean, 2006-2008; Biren & Katzman, 2008-2010; Callahan & Blaine, 2010-2016. *Awards and Honors.* Super Lawyer Rising Star, 2011-2013; Super Lawyer 2014-2018. *Membership.* Elected Los Angeles representative for California Young Lawyers Association, State Bar Law Practice Management and Technology Section.

**JEFFREY A. KONCIUS**, admitted to practice in California, 1997; New Jersey, 1995; New York, 1997; admitted to practice before the United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; United States District Court, Eastern District of California; United States District Court, District of New Jersey; United States District Court, Eastern District of New York; United States District Court, Southern District of New York; United States Court of Appeals for the Ninth Circuit. *Education.*  Johns Hopkins University, B.A., 1989; Benjamin N. Cardozo School of Law, J.D., 1995. *Reported Decisions.  Warner Bros. Entm't Inc. v. Superior Court*, 29 Cal. App. 5th 243 (2018); *Ford Motor Warranty Cases*, 11 Cal. App. 5th 626 (2017); *Loeffler v. Target Corp.*, 58 Cal. 4th 1081 (2014); *Lopez v. Brown*, 217 Cal. App. 4th



1114 (2013); *Spielman v. Ex'pression Center for New Media*, 191 Cal. App. 4th 420 (2010); *Pioneer Electronics (USA) Inc. v. Superior Court*, 40 Cal. 4th 360 (2007); *Bush v. Cheaptickets, Inc*., 425 F.3d 683 (9th Cir. 2005); *Morohoshi v. Pacific Home*, 34 Cal. 4th 482 (2004); *Bird, Marella, Boxer & Wolpert v. Superior Court*, 106 Cal. App. 4th 419 (2003). *Awards and Honors*. Supervising Editor, Cardozo Law Review, 1994-95. *Employment*. Cohn Lifland Pearlman Herrmann & Knopf, 1995-97; Law Office of Joseph J.M. Lange, 1997-2000; Lange & Koncius, LLP, 2000-11; Kiesel Law LLP, 2011-present. *Member*. Secretary-elect, Federal Bar Association (Los Angeles); Co-Chair (Complex Courts Committee), Los Angeles County Bar Association; Executive Committee Member (Litigation Section Committee), Los Angeles County Bar Association; Committee Member (PIABA Bar Journal), The Public Investors Arbitration Bar Association; Association of Business Trial Lawyers (Los Angeles); California State Bar Association; New York State Bar Association; New Jersey State Bar Association; American Association for Justice; Consumer Attorneys Association of Los Angeles; Public Justice Foundation; California Indian Law Association; Consumer Attorneys Association of Los Angeles; Consumer Attorneys of California. *Additional*. Past entrepreneur.

**MARIANA McCONNELL,** admitted to practice in California, 2010; admitted to practice before the United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; United States District Court, Eastern District of California; *Education.* Pepperdine University, B.A., 2007; Southwestern Law School, J.D., *cum laude*, 2010; *Awards and Honors.* Paul Wildman Merit Scholarship, 2007-2010; Dean's Merit Scholarship, 2008-2010; Dean's List, 2008-2010; Super Lawyers Rising Star, 2015; *Employment.* Judicial Extern for the Honorable S. James Otero, 2007; Girardi & Keese, 2008-2013. *Member*. Los Angeles County Bar Association, Barristers Section Executive Committee Member, 2012-Present, Barristers Vice President, 2015-16; Consumer Attorneys of California, Board of Governors; Consumer Attorneys Association of Los Angeles. *Community Service.* Junior League of Los Angeles.

2. <u>Senior Associates</u>

**CHERISSE HEIDI A. CLEOFE**, admitted to practice in California, 2013, U.S. District Court, Central District of California, 2013. *Education*. University of California, San Diego, B.S. in Management Science, 2003, University of San Francisco School of Law, J.D., 2012. *Employment.* Practice Development Coordinator for JAMS, 2012-2013; Frank C. Newman Intern for the University of San Francisco International Human Rights Clinic, 2012; Law Clerk for Law Offices of Waukeen McCoy, 2011; Acción Política y Redes Legal Research Intern for ALBOAN. *Awards and Honors*: Super Lawyers Rising Star, 2022; University of San Francisco Student Bar Association Award, 2012; Zeif Award Scholarship Recipient, 2011; Blum Fund Scholarship Recipient, 2009. *Member*. State Bar of California, American Bar Association, Los Angeles County Bar



Association, Orange County Bar Association, Philippine American Bar Association. *Community Service*: Volunteer Attorney at Legal Aid Society of Orange County, 2013 - 2014.

**MELANIE MENESES PALMER**, admitted to practice in California, 2012, U.S. District Court, Northern District of California, 2012. *Education*. University of San Francisco, B.A. in Psychology, 2009; University of San Francisco School of Law, J.D., 2012. *Experience*. Deputy City Attorney for the City of Los Angeles, 2013-2014; Certified Clerk, Child Advocacy Clinic for the University of San Francisco School of Law, 2011-2012; Certified Clerk, Children's Law Center Los Angeles, 2011; Criminal Defense Extern, Law Office of Jonah Chew, 2010; Juvenile Rights Intern, Legal Aid of Cambodia, 2010. *Awards and Honors*. Grant from the University of San Francisco Public Interest Law Foundation, 2011. *Member*. State Bar of California, American Bar Association, Los Angeles County Bar Association, Philippine American Bar Association, Beverly Hills Bar Association, Consumer Attorneys Association of Los Angeles. Community Service: Board Member, Search to Involve Pilipino Americans, 2014; Americorps VISTA, Los Angeles County Community Development Commission, 2009-2010.

3.   <u>Associates</u>

**NICHOLAS "NICO" L. BRANCOLINI,** joined Kiesel Law LLP in 2019. He works across the firm's consumer class actions, mass tort, and catastrophic personal injury practice areas. Prior to joining Kiesel Law, Mr. Brancolini worked for a national plaintiffs' firm in class action litigation involving automobile safety and deceptive banking practices. Mr. Brancolini attended Claremont McKenna College, graduating with a B.A. in American Studies, and earned his J.D. at Loyola Law School of Los Angeles. While at Loyola, he served as Executive Symposium Editor of the *International and Comparative Law Review* and, together with Loyola's Center for the Study of Law and Genocide, co-organized a Commemoration of the Nuremberg Trials' 70th anniversary. Mr. Brancolini also studied international and comparative law at the University of Bologna. Mr. Brancolini is licensed to practice before all courts of the State of California and the U.S. District Court for the Central District of California. In 2022 he was recognized by Super Lawyers as a Rising Star. Mr. Brancolini is a member of the American Association for Justice, Consumer Attorneys Association of Los Angeles, Federal Bar Association, Italian American Lawyers Association, Los Angeles County Bar Association, and serves in leadership for the American Bar Associations LGBT Law & Litigation Section and Lambda Legal's Emerging Leaders Council.

**NICOLE RAMIREZ,** joined Kiesel Law LLP in 2016, where her practice focuses on consumer class actions, mass tort litigation, catastrophic personal injury, and other complex litigation in federal and state court. Prior to joining Kiesel Law, Ms. Ramirez represented clients in the area of general liability at a national law firm. During law school, Ms. Ramirez externed for the Honorable Valerie Baker Fairbank of the U.S. District Court, Central District of California, and clerked for the Los Angeles County



District Attorneys' Office. Ms. Ramirez earned her B.A. in both Psychology and Spanish from Pepperdine University and her J.D. from Loyola Law School. While in law school, Ms. Ramirez was a member of the Loyola of Los Angeles Law Review. Ms. Ramirez is licensed to practice before all courts of the State of California as well as the United States District Courts of the Central District, Southern District, Northern District and Eastern District of California. Ms. Ramirez has been an active member of the State Bar of California since 2011. Ms. Ramirez serves on the Class Action Preservation Project Committee for the Public Justice Foundation. She also served on the Board of Governors for the Women Lawyers Association of Los Angeles. Ms. Ramirez has also served as a volunteer for Court Appointed Special Advocates ("CASA"), where she advocated for foster youth in the judicial system.

**STEPHANIE TAFT** is a sixth-year attorney and focuses her practice on complex tort litigation, catastrophic personal injury and wrongful death claims stemming from motor vehicle accidents, dangerous premises and defective products. Ms. Taft has helped to secure millions of dollars in settlements for her clients and has assisted with cases that have resulted in multi-million dollar verdicts. Ms. Taft graduated cum laude from Loyola Law School in Los Angeles after securing her B.A. degree from California Polytechnic University in San Luis Obispo. While at Loyola, Ms. Taft participated in the school's Scott Moot Court Team and competed in the "National Competition" for appellate advocacy where she won the Regional Best Brief Award. Ms. Taft is active in her local community and sits on the Board of Trustees for both the Los Angeles County Bar Association – Barristers Section, and the Santa Monica Bar Association. She is also active with the CAALA Board of Directors.

**KEVIN D. ZIPSER** joined Kiesel Law in 2021. His practice focuses on consumer class actions, mass tort litigation, and catastrophic personal injury. Before joining Kiesel Law, Mr. Zipser worked at a large insurance litigation firm in Los Angeles, where he focused on general casualty and business litigation. Mr. Zipser earned his Juris Doctorate from Loyola Law School, Los Angeles, where he was selected for membership on the Scott Moot Court Honors Board, and served as a staffer and editor for the *International & Comparative Law Review*. Mr. Zipser competed in the National Moot Court Competition and was the principal editor of his team's brief, where they won First Place and Best Brief in the Southern California Region, and Third Best Brief across the Nation. As a member of the *International & Comparative Law Review*, Mr. Zipser published three case summaries for the Inter-American Court of Human Rights and edited twelve summaries into publication the subsequent year. While in law school, Mr. Zipser worked as a judicial extern to the Honorable James J. Di Cesare of the Superior Court of California of the County of Orange. Mr. Zipser received his Bachelor of Arts in Cognitive Sciences from the University of California, Irvine. Mr. Zipser is a member of the Consumer Attorneys Association of Los Angeles, Association of Business Trial Lawyers, and the Los Angeles County Bar Association where he also serves on the Law Student Outreach Committee.