UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 3:22-cv-03580-WHO<br><br>**DECLARATION OF AMANDA G. FIORILLA IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT LOWEY DANNENBERG P.C., LYNCH CARPENTER LLP, & LOCKRIDGE GRINDAL NAUEN P.L.L.P. AS INTERIM CLASS COUNSEL**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Filing Date: October 19, 2022<br>Hearing Date: November 21, 2022<br>Time: 2:00 PM PT |

### DECLARATION OF AMANDA G. FIORILLA

1. I, Amanda G. Fiorilla, am an attorney admitted to practice law in the State of New York and an attorney at the law firm Lowey Dannenberg P.C. I am admitted *pro hac vice* in the above-referenced matter (the "Action").

2. I submit this declaration in support of Plaintiffs Jane Doe, Malinda Smigda, Kim Naugle, and Afrika Williams' (collectively "Plaintiffs") Motion to Appoint Lowey Dannenberg P.C., Lynch Carpenter LLP, & Lockridge Grindal Nauen P.L.L.P. as Interim Class Counsel.

3. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

4. Attached hereto as **Exhibit A** is a true and accurate copy of the Resume of Lowey Dannenberg P.C.

5. Attached hereto as **Exhibit B** is a true and accurate copy of the Resume of Lynch Carpenter LLP.

6. Attached hereto as **Exhibit C** is a true and accurate copy of the Resume of Lockridge Grindal Nauen P.L.L.P.

I declare under penalty of perjury under the laws of the United States of America that the

1

foregoing is true and correct and was executed on October 19, 2022, in Pompton Lakes, New Jersey.

Dated:  October 19, 2022

                                                        *[signature]*

Amanda Fiorilla
*Counsel for Plaintiff Jane Doe*