**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 3:22-cv-03580-WHO<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL**<br><br>Judge:        Hon. William H. Orrick<br>Ctrm:         2, 17th Floor<br>Filing Date:  October 19, 2022<br>Hearing Date: November 21, 2022<br>Time:         2 pm |

This Court having heard Plaintiffs Jane Doe, Malinda Smigda, Kim Naugle, and Afrika Williams' (collectively "Plaintiffs") Motion to Appoint Lowey Dannenberg P.C., Lynch Carpenter LLP, & Lockridge Grindal Nauen P.L.L.P. as Interim Class Counsel, and considered all papers submitted in support and response thereto, hereby **GRANTS** Plaintiffs' motion.

**IT IS HEREBY ORDERED:**

Pursuant to Fed. R. Civ. P. 23(g), Plaintiffs' efforts in this case shall be led by a three-firm group of co-lead counsel comprised of: (1) Margaret MacLean and Amanda Fiorilla of Lowey Dannenberg, P.C.; (2) (Eddie) Jae K. Kim and Hannah Barnett of Lynch Carpenter, LLP; and (3) Karen Riebel and Kate Baxter-Kauf of Lockridge Grindal Nauen P.L.L.P. (collectively "Interim Class Counsel"). The Court finds, based on review of Plaintiffs' Motion that Interim Class Counsel meet the criteria set forth in Fed. R. Civ. P. 23(g)(1) and that Interim Class Counsel have performed substantial work on behalf of the proposed class(es), have sufficient experience and applicable knowledge necessary to effectively represent the proposed class(es), and have substantial resources to commit to representing the proposed class(es) in this action.

Interim Class Counsel shall have responsibility for, and authority over, the following matters for this case and any related cases:

a. The initiation, response, scheduling, briefing, and argument related to all pleadings or motions;

b. The scope, order, and conduct of all discovery proceedings;

c. Communicating with the Court, Defense Counsel, and all Plaintiffs and Plaintiffs' Counsel;

d. Ensuring all work by Plaintiffs' Counsel is in the best interest of the Plaintiffs and the proposed Class and are based on the qualifications and expertise of the persons assigned particular tasks or responsibilities, counsel's knowledge of the law, facts and issues, efficiency and cost-effectiveness;

e. Directing, supervising and monitoring the activities of additional Plaintiffs' Counsel, if any, and implementing procedures to ensure that schedules are met and unnecessary expenditures of time and funds by counsel are avoided;

f. Employing and consulting with experts;

g. Conducting settlement discussions with Defense Counsel on behalf of the Plaintiffs and the proposed Class to resolve this litigation as Interim Class Counsel deem appropriate and subject to approval of this Court where required;

h. Assessing litigation costs, as appropriate, and to collect such assessments;

i. Reviewing time, lodestar, and expense reports from each Plaintiffs' Counsel, including paralegals and other staff members, at monthly intervals;

j. Allocating attorneys' fees and costs among Plaintiffs' Counsel; and

k. Overseeing the conduct of the litigation so that it proceeds smoothly and efficiently and performing such other duties as necessary or as authorized by further order of the Court.

**IT IS SO ORDERED.**

Dated: _____                     _____
                                             HONORABLE WILLIAM H. ORRICK
                                             UNITED STATES DISTRICT JUDGE