**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | ) Case No. 3:22-cv-03580-WHO |
| | ) |
| | ) |
| | ) |
| | ) |
| This Document Relates to: | ) |
| | ) |
| All Actions | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John A. Yanchunis, Esq., of Morgan & Morgan Complex Litigation Group, hereby enters his appearance as counsel for Plaintiffs and the proposed class, and requests that copies of all pleadings, orders and other papers be served on the undersigned at the address noted below and/or via the ECF filing system.

Dated: October 21, 2022

/S/ John A. Yanchunis
John A. Yanchunis
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
jyanchunis@ForThePeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-223-5505

*Attorney for Plaintiffs and the Proposed Class*

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/S/ John A. Yanchunis
John A. Yanchunis

2