David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
Michael J. Morphew, SBN 304463
*mmorphew@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To:<br><br>22-cv-06020, *Krackenberger* | **PLAINTIFF MICHAEL KRACKENBERGER'S STATEMENT IN RESPONSE TO ORDER REGARDING NEWLY RELATED CASES** |

Plaintiff Michael Krackenberger ("Krackenberger") submits this statement in response to this Court's Order Regarding Newly Related Cases (Dkt. No. 92).

1. Counsel for Krackenberger agrees the motion for preliminary injunction should be heard on November 9, 2022.

2. Counsel for Krackenberger does not request an extension of the briefing schedule as to appointment of interim class counsel.

Dated: October 24, 2022        Respectfully submitted,

By: /s/ *Gayle M. Blatt*
GAYLE M. BLATT
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:    (619) 238-1811
Facsimile:     (619) 544-9232
*dcasey@cglaw.com*
*gmb@cglaw.com*
*jrobinson@cglaw.com*
*camille@cglaw.com*
*mmorphew@cglaw.com*

Nick Wooten
Attorney at Law
Head of Consumer Litigation
**DC LAW, PLLC**
1012 W Anderson Ln
Austin, TX 78757
Telephone:  (512) 220-1800
Facsimile:   (512) 220-1801
nick@texasjustice.com

*Attorneys for Plaintiff Michael Krackenberger*