(Eddie) Jae K. Kim (SBN 236805)
**LYNCH CARPENTER, LLP**
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

*Attorney for Plaintiff Malinda Smidga*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>*Smidga v. Meta Platforms, Inc.,*<br>No. 4:22-cv-05753-WHO | Case No.: 3:22-cv-03580-WHO<br><br>**STATEMENT OF PLAINTIFF SMIDGA** |

In response to this Court's October 21, 2022 Order (ECF 92), Plaintiff Smidga, through her undersigned counsel, states as follows:

1. Plaintiff Smidga's undersigned counsel have already submitted their motion for appointment as interim class counsel in accordance with this Court's original scheduling deadline. *See Motion to Appoint Lowey Dannenberg, P.C., Lynch Carpenter LLP, & Lockridge Grindal Nauen P.L.L.P as Interim Class Counsel* (ECF 86).

2. Plaintiff Smidga agrees that the hearing set for November 9, 2022 should proceed as currently scheduled, and requests the opportunity to participate in the hearing.

| | |
|---|---|
| Dated: October 24, 2022 | */s/ (Eddie) Jae K. Kim*<br>(Eddie) Jae K. Kim<br>**LYNCH CARPENTER, LLP**<br>117 East Colorado Blvd.<br>Suite 600<br>Pasadena, CA 91105<br>Telephone: (626) 550-1250<br>Facsimile: (619) 756-6991<br>ekim@lcllp.com<br><br>Hannah N. Barnett*<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br>Facsimile: (412) 231-0246<br>hannah@lcllp.com<br><br>*Attorneys for Plaintiff Malinda Smidga*<br>**Pro hac vice* application pending |