Paul R. Kiesel, State Bar No. 119854
 kiesel@kiesel.law
Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
Nicole Ramirez, State Bar No. 279017
 ramirez@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.:   310-854-4444
Fax:   310-854-0812

Jason 'Jay' Barnes (admitted *pro hac vice*)
 jaybarnes@simmonsfirm.com
An Truong (admitted *pro hac vice*)
 atruong@simmonsfirm.com
Eric Johnson (admitted *pro hac vice*)
 ejohnson@simmonsfirm.com
Jennifer Paulson (admitted *pro hac vice*)
 jpaulson@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.:   212-784-6400
Fax:   212-213-5949

Stephen M. Gorny (admitted *pro hac vice*)
 steve@gornylawfirm.com
**GORNY DANDURAND, LC**
4330 Belleview Avenue, Suite 200
Kansas City, MO 64111
Tel.:   816-756-5071
Fax:   816-756-5067

Amy Gunn (admitted *pro hac vice*)
 agunn@simonlawpc.com
Elizabeth S. Lenivy (admitted *pro hac vice*)
 elenivy@simonlawpc.com
**THE SIMON LAW FIRM, P.C.**
800 Market St., Suite 1700
St. Louis, MO 63101
Tel.:   314-241-2929
Fax:   314-241-2029

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and
JOHN DOE II, on behalf of themselves and all
others similarly situated

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>*Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-03580-WHO | **Case No. 3:22-cv-03580-WHO**<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:   November 9, 2022<br>Time:  2:00 p.m.<br>Ctrm.:  2, 17th Floor<br>Judge: Hon. William H. Orrick |

Pursuant to Local Civil Rules 7-11 and 79-5 and the Stipulation to File Documents under Seal (Dkt. 77-1), Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed, as indicated below:

| Document | Designating Party | Text Sought to be Sealed |
|---|---|---|
| Declaration of Christopher "Christo" Wilson in Support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction | Meta | ¶ 10<br>¶ 11<br>¶ 12<br>¶ 13<br>¶ 14<br>¶ 15 |
| Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction | Meta | Page 6, line 17 |

On October 17, 2022, Plaintiffs and Defendant Meta Platforms Inc. ("Meta"), collectively filed the Stipulation to File Documents Under Seal. Dkt. 77-1. For purposes of efficiency, Plaintiffs stipulated to Meta's redaction of certain portions of its Opposition to Plaintiffs' Motion for Preliminary Injunction and Declaration of Tobias Wooldridge in Support of Defendant's Opposition. *Id.* Pursuant to Civil Local Rule 79-5(f)(3), Meta, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

In accordance with Civil Local Rule 79-5, the following attachments accompany this motion:

1. A Proposed Order that lists in table format the document sought to be sealed; and
2. An unredacted version of the documents sought to be filed under seal.

DATED: October 26, 2022         KIESEL LAW LLP


By:     /s/ Nicole Ramirez
        Paul R. Kiesel
        Jeffrey A. Koncius
        Nicole Ramirez

        **SIMMONS HANLY CONROY LLC**
        Jason 'Jay' Barnes (admitted *pro hac vice*)
        An Truong (admitted *pro hac vice*)
        Eric Johnson (admitted *pro hac vice*)

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

| | |
|---|---|
| 1 | Jennifer Paulson (admitted *pro hac vice*) |
| 2 | **GORNY DANDURAND, LC** |
| 3 | Stephen M. Gorny (admitted *pro hac vice*) |
| 4 | **THE SIMON LAW FIRM, P.C.** |
| | Amy Gunn (admitted *pro hac vice*) |
| 5 | Elizabeth S. Lenivy (admitted *pro hac vice*) |
| 6 | **TERRELL MARSHALL LAW GROUP PLLC** |
| 7 | Beth E. Terrell, State Bar No. 178181 |
| |   bterrell@terrellmarshall.com |
| 8 | 936 North 34th Street, Suite 300 |
| | Seattle, WA 98103 |
| 9 | Tel.:   (206) 816-6603 |
| | Fax:  (206) 319-5450 |

Attorneys for Plaintiffs
JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, on behalf of themselves and all others similarly situated

### CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Jeffrey A. Koncius, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 26, 2022                              */s/ Jeffrey A. Koncius*
                                                                           Jeffrey A. Koncius