Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone:  415-986-1400
jennie@andrusanderson.com

W. Daniel "Dee" Miles, III (*pro hac vice to be filed*)
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@beasleyallen.com
*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: META PIXEL HEALTHCARE LITIGATION | Case No.: 22-cv-03580-WHO |
| **This document relates to:** *Doe, et al. v. Meta Platform, Inc.* | Case No: 3:22-cv-06665-AGT |
| | **DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12(b)** |

I, Jennie Lee Anderson, declare as follows:

1. I am a member in good standing of the California State Bar, and a partner in the law firm of Andrus Anderson LLP counsel of record for the plaintiffs in *Doe, et al. v. Meta Platform, Inc.*, Case No. 3:22-cv-06665-AGT. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. On October 28, 2022, the *Doe* case was filed in the United States District Court for the Northern District of California. A true and correct copy of the complaint is attached hereto as Exhibit A.

3. As of the date of this Administrative Motion, counsel for the named defendant had not yet made an appearance in the *Doe* matter. Therefore, it was not feasible to obtain stipulation from all counsel prior to filing of this Administrative Motion pursuant to Civ. L.R. 7-11 and also comply with Civ. L.R. 3-12 regarding related cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of October, 2022, San Francisco, California.

/s/ *Jennie Lee Anderson*
Jennie Lee Anderson (SBN 203586)
Lori E. Andrus (SBN 205816)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

W. Daniel "Dee" Miles, III (*pro hac vice to be filed*)
Alison D. Hawthorne (*pro hac vice to be filed*)
Rachel N. Minder (*pro hac vice to be filed*)
Rebecca D. Gilliland (*pro hac vice to be filed*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street
Montgomery, Alabama 36104
Telephone: 334-269-2343
Dee.Miles@Beasleyallen.com
Alison.Hawthorne@beasleyallen.com
Rachel.Minder@beasleyallen.com
Rebecca.Gilliland@Beasleyallen.com

***Counsel for Plaintiffs and the Proposed Classes***

-2-
ANDERSON DECL. ISO ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED