David S. Casey, Jr., SBN 060768
dcasey@cglaw.com
Gayle M. Blatt, SBN 122048
gmb@cglaw.com
Jeremy Robinson, SBN 188325
jrobinson@cglaw.com
P. Camille Guerra, SBN 326546
camille@cglaw.com
Michael J. Morphew, SBN 304463
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Counsel for Plaintiff Michael Krackenberger*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO |
| | **CLASS ACTION** |
| This Document Relates To: <br><br> 22-cv-06020, *Krackenberger* | **STATEMENT ON BEHALF OF PLAINTIFF KRACKENBERGER IN SUPPORT OF SIMMONS HANLY/COHEN MILSTEIN PROPOSED INTERIM COUNSEL LEADERSHIP APPLICATION** |

Counsel for Plaintiff Michael Krackenberger ("Krackenberger") submit this statement in support of the Simmons Hanly/Cohen Milstein proposed leadership structure:

Counsel for Krackenberger support Jay Barnes of Simmons Hanly Conroy LLC and Geoffrey Graber of Cohen Milstein Sellers & Toll, as interim co-lead counsel, and the proposed Executive Committee comprised of Beth Terrell of Terrell Marshall Law Group PLLC, Jeffrey Koncius of Kiesel Law LLP, and Andre Mura of Gibbs Law Group (together, "Proposed Interim Counsel"). Since our initial contact with Proposed Interim

Counsel in September 2022, we have found them to be transparent, collaborative and inclusive in our dealings.

Proposed Interim Counsel has extensive knowledge and experience concerning the subject matter of the Plaintiffs' claims herein, and in our opinion, a well thought out plan for pursuing the litigation.  They also have the substantial resources necessary to pursue this matter.  Since our initial meeting with Proposed Interim Counsel, we have had several further communications that were open and candid, and based upon those discussions, and the other reasons set forth herein, we support the application of Proposed Interim Counsel for leadership in this matter.

Dated: November 2, 2022

Respectfully submitted,

By:  /s/ *David S. Casey, Jr.*
DAVID S. CASEY, JR.
**CASEY GERRY SCHENKFRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:      (619) 238-1811
Facsimile:       (619) 544-9232
*dcasey@cglaw.com*
*gmb@cglaw.com*
*jrobinson@cglaw.com*
*camille@cglaw.com*
*mmorphew@cglaw.com*

NICK WOOTEN
Attorney at Law
Head of Consumer Litigation
**DC LAW, PLLC**
1012 W Anderson Ln
Austin, TX 78757
Telephone:  (512) 220-1800
Facsimile:   (512) 220-1801
nick@texasjustice.com

*Attorneys for Plaintiff Michael Krackenberger*