# EXHIBIT A



**Dee Miles**
Consumer Fraud Section Head | Consumer Protection, Business Litigation

Dee is the firm's Consumer Fraud Section Head

W. Daniel "Dee" Miles, III
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street | Montgomery, AL 36104
Dee.Miles@beasleyallen.com | 800-898-2034

### SUMMARY OF QUALIFICATIONS

- Specific appointments as lead or co-lead counsel in three MDLs and Class Actions to-date:

  o *In re: Reciprocal of America (ROA) Sales Practices Litigation*, United States District Court for the Western District of Tennessee MDL No. 1551, selected *co-lead by Judge J. Daniel Breen.*

  o *In re: American General Life and Accident Insurance Company Industrial Life Insurance Litigation*, United States District Court for the District of South Carolina MDL No. 1429, *selected co-lead by Judge Cameron Currie; and*

  o *In re: Dollar General Corp. Fair Labor Standard Acts Litigation*, United States District Court for the Northern District of Alabama MDL No. 1653, *selected co-lead by Judge U. W. Clemon.*

  o *In re: Banner Life Insurance Company Litigation,* United States District Court for the District of Maryland 1:16-CV-00192-RDB, *selected co-lead by Judge Richard D. Bennett.*

  o *In re: Polaris Industries, Inc. and Polaris Sales Inc.* United States District Court for the District of Minnesota 0:18-CV-00939-WMW-DTS, *selected co-lead by Judge Wilhelmina M. Wright.*

  o *In re: General Motors LLC, GM 5.3 Vortec Engine,* United States District Court for the Northern District of California 3:16-CV-07244-EMC *, selected co-lead by Judge Edward M. Chen;*

  o *In re: Toyota Motor Corporation, Toyota Motor North America, Inc., Denso Corporation and Denso International America, Inc.,* United States District Court for the Eastern District of New York *1:20-cv-00629-WFK-CLP, selected as lead by Judge William F. Kuntz, II;*

  o *In re: Westchester Surplus Lines Insurance Company,* United States District Court for the Northern District of Georgia, Atlanta Division *No. 1:20-cv-01724-WMR and No. 1:20-03519-WMR, selected as co-lead by Judge William M. Ray, II;*

  o *In re: Honda Motor Company Limited,* United States District Court for the Northern District of Alabama 5:20-cv-00666-MHH, selected co-lead interim class counsel by by Judge Madeline Hughes Haikala.*

  o *In re: Weidman et al. v. Ford Motor Company*, United States District Court for the Eastern District of Michigan *Case No. 2:18-cv-12719-GAD-JJCG; appointed Interim Co-Lead Class Counsel for the proposed classes by Judge Gershwin A. Drain*

- PSC Appointments

  - *In re: Chrysler-Dodge-Jeep Eco-diesel Litigation Marketing, Sales and Practices and Products Liability Litigation,* United States District Court for the Northern District of California *3:17-MD-02777-EMC, appointed by Judge Edward M. Chen to the Plaintiffs' Steering Committee;*
  - *In re: Volkswagen "Clean Diesel" Marketing, Sales and Practices and Products Liability Litigation, U*nited States District Court for the Northern District of California *15-MD-2672-CRB, appointed by Judge Charles E. Breyer to the Plaintiffs' Steering Committee;*
  - *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,* United States District Court for the Central District of California *Case No. 8:10-ML-02151-JVS-FMO, appointed to the Plaintiffs' Steering Committee by Judge James V. Selna;*
  - *In re: Target Corporation Customer Data Security Breach Litigation*, United States District Court for the District of Minnesota MDL No. 2522*, appointed to the Plaintiffs' Steering Committee by Judge Paul A. Magnuson;*
  - *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, United States District Court for the Northern District of Georgia MDL No. 2583 *appointed to the Plaintiffs' Steering Committee by Judge Thomas W. Thrash;*
  - *In re: Blue Cross Blue Shield Antitrust Litigation*, United States District Court for the Northern District of Alabama MDL No. 2406, *serving on the Written Submission Committee, Discovery Committee and Alabama Trial Team, Judge R. David Proctor;*
  - *In re: Takata Airbag Products Liability Litigation*, United States District Court for the Southern District of Florida MDL No. 2599, *serving on the discovery committee responsible for two auto manufacturer's discovery, Judge Federico A. Moreno;*
  - *In re: ZF-TRW Airbag Control Units Products Liability Litigation,* United States District Court for the Central District of California MDL No. 20295*, appointed to the Plaintiffs' Steering Committee by Judge John A. Kronstadt; and;*

- Recently served as lead counsel on behalf of eight (8) separate states Attorneys General (Alabama, Alaska, Hawaii, Kansas, Louisiana, Mississippi, South Carolina and Utah) in the Average Wholesale Price (AWP) / Medicaid Fraud Litigation. This effort resulted in over $1.5 billion to the states.
- Currently representing three (3) states on new litigation (Louisiana, New Mexico and Mississippi).
- Served as lead class counsel in several state class actions such as *Robertson v. Liberty National Life Insurance Company, Gadson v. American Medical Security Insurance Company* and *Gouche v. Transamerica Life Insurance Company.*

## PROFESSIONAL EXPERIENCE

*1991-Present* | **Principal & Consumer Fraud Section Head**
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

A Pioneer of consumer fraud and commercial litigation nationwide that has resulted innumerous record-setting verdicts and settlements. In addition to representing clients in litigation, manages the entire Consumer Fraud / Commercial Litigation Section of the firm.

- Settled thousands of cases for clients, with settlement value exceeding $28 billion.
- Regular guest speaker at national, regional, and state seminars.
- Author of numerous publications on consumer fraud, class actions and commercial litigation.
- Serves as counsel to state Attorneys General all over the country on civil litigation matters, particularly pharmaceutical pricing issues.

1990-91 | **Staff Attorney**
Alabama Supreme Court; Justice Henry B. Steagall

1989-90 | **Law Clerk**
Hon. John M. Patterson, Judge of the Alabama Court of Criminal Appeals

1985-86 | **Corporate Internal Auditor**
Amsouth Banc Corporation (now "Regions Bank")

## EDUCATION

University of Alabama at Birmingham (B.S. 1985)
Cumberland School of Law of Samford University (J.D. 1989)
Selected to study Comparative International Law, University Heidelberg, Heidelberg, Germany
(1988)

### ACCOLADES, PROFESSIONAL ASSOCIATIONS AND ADMISSIONS

- Lawdragon 500 Leading Lawyers
- Super Lawyers 2007-2021
- AV Rated – Martindale Hubbell
- Best Lawyers In America 2011-2021
- National Law Journal – "Plaintiff's Hot List" 2014
- Montgomery County Bar Association
- Alabama Bar Association
- Public Justice
- American Association of Justice
- Montgomery Trial Lawyers Association, Past President
- Alabama Law Foundation – Atticus Finch Society
- Business Alabama Magazine - Top 10 Largest Jury Verdict Awards - 2012
- Alabama Association for Justice – Sustaining Member and Executive Committee Member
- Alabama Best Lawyers 2012 - 2021
- Who's Who of Lawyers (Heritage Registry)
- Beasley Allen Litigator of the Year 2008