UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 22-cv-03580-WHO<br><br>**ORDER REGARDING BRIEFING FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Re: Dkt. No. 79 |

On October 5, 2022, I addressed various scheduling matters arising from the four related (and on the verge of being consolidated) putative class actions involving Meta Platforms, Inc. Dkt. No. 73. I set a briefing schedule for the appointment of interim class counsel pursuant to Rule 23(g): motions were due by or before October 19, 2022; opposition briefs were due by or before November 2, 2022, and reply briefs were due by Wednesday, November 9, 2022. *Id.*

On October 19, 2022, two groups of attorneys from various law firms timely filed applications to be appointed interim class counsel. *See* Dkt. Nos. 80, 86. Each filed an opposition brief. Dkt. Nos. 112, 113.

On November 7, 2022, I related a new case, *Doe, et al. v. Meta Platforms, Inc.*, Case No. 22-cv-06665-AGT, to *Doe v. Meta Platforms, Inc.*, Case No. 22-cv-03580. Dkt. No. 119. Counsel from the newly related case has now also moved for appointment as interim co-lead counsel or placement on a plaintiffs' executive committee. *See* Dkt. No. 120.

To give the groups of movant firms an opportunity to respond to the pending motions, I revise the briefing schedule for the appointment of interim class counsel as follows:

- The current reply brief deadline of November 9, 2022, is vacated;

- On November 21, 2022, counsel from (1) Simmons Hanley Conroy LLC and Cohen Milstein Sellers & Toll; and (2) Lowey Dannenberg, P.C., Lynch Carpenter, LLP, and Lockridge Grindal Nauen P.L.L.P. shall respond to Beasley Allen's motion; *see* Dkt. No. 120, and Beasley Allen may respond to the pending motions from the other counsel;
- Reply briefs for all three sets of movant firms are due by November 30, 2022; and
- The hearing that is currently set for November 21, 2022, is continued to December 14, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 8, 2022



William H. Orrick
United States District Judge