UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 22-cv-03580-WHO<br><br>**ORDER REGARDING PRELIMINARY INJUNCTION HEARING**<br><br>Re: Dkt. No. 114 |

On November 4, 2022, I issued a clerk's notice establishing that the hearing on plaintiff John Doe's Motion for a Preliminary Injunction would be a hybrid hearing: counsel may choose to appear in person in my courtroom or may choose to appear remotely on Zoom. Dkt. No. 114. Since that time, several attorneys have indicated their intent to appear in person. *See* Dkt. Nos. 115, 116, 118, and 124. While counsel from the other consolidated or soon-to-be consolidated cases are welcome to attend silently, I will only hear argument from the lawyers who filed or opposed the motion for the preliminary injunction.

**IT IS SO ORDERED.**

Dated: November 8, 2022

William H. Orrick
United States District Judge