United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

Case No. 22-cv-03580-WHO

**ORDER GIVING META LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN RESPONSE TO THE WILSON DECLARATION**

Re: Dkt. No. 111

Plaintiffs John Doe et al. have sought a preliminary injunction to partially enjoin Meta's use of the Meta Pixel in certain circumstances. *See* Dkt. No. 46. On October 26, 2022, in conjunction with their reply brief, plaintiffs submitted a declaration by Christopher Wilson ("Wilson Declaration"). *See* Dkt. 98. On November 2, 2022, Meta objected to the Wilson Declaration and asked me to strike it because Meta lacked an opportunity to respond to it. Dkt. 111.

As I indicated during the preliminary injunction hearing yesterday, I will not strike the Wilson Declaration. Meta may, however, submit a declaration in response to the Wilson Declaration. This declaration should be filed by November 23, 2022. Aside from this declaration, no further briefing with regards to the motion for a preliminary injunction shall be allowed. I will let the parties know if I wish to hear argument with respect to Meta's supplemental declaration.

**IT IS SO ORDERED.**

Dated: November 14, 2022

William H. Orrick
United States District Judge