TERESA C. CHOW (SBN 237694)
*tchow@bakerlaw.com*
ALEXANDER VITRUK (SBN 315756)
*avitruk@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

[Signatures for Plaintiff's counsel and Defendant Dignity Health Medical Foundation's counsel on subsequent pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To: *Doe*, Case No. 3:22-cv-04393-WHO

Case No.: 3:22-cv-03580-WHO

CLASS ACTION

**NOTICE OF UNOPPOSED JOINT MOTION AND UNOPPOSED JOINT MOTION TO SEVER CLAIMS AGAINST UCSF MEDICAL CENTER AND DIGNITY HEALTH MEDICAL FOUNDATION INTO SEPARATE ACTIONS**

DATE: December 21, 2022
TIME: 2:00 p.m.
CTRM: 2
JUDGE: Hon. Willian H. Orrick

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 21, 2022 at 2:00 p.m., in the courtroom of the Hon. William H. Orrick of the United States District Court of the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, 17th Floor, Courtroom 2, or via Zoom platform as circumstances require, Plaintiff Jane Doe and Defendants The Regents of the University of California (the real party in interest for UCSF Medical Center, which Plaintiff named in her complaint) ("USCF") and Dignity Health Medical Foundation ("DHMF") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 21, to sever Plaintiff's claims against UCSF and DHMF into separate actions ("Unopposed Joint Motion").

This Unopposed Joint Motion is based on this notice, the accompanying memorandum of law, all records and papers on file in this action, and such other materials and argument as may be presented before or at the hearing.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: November 16, 2022

**BAKER & HOSTETLER LLP**

By: /s/*Teresa C. Chow*
TERESA C. CHOW (237694)

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated: November 16, 2022

**HOLLAND & KNIGHT LLP**

By: /s/*Ashley Lynn Shively*
ASHLEY LYNN SHIVELY (264912)

*Attorneys for Defendant*
DIGNITY HEALTH MEDICAL FOUNDATION

Dated: November 16, 2022

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: */s/James M. Wagstaffe*
JAMES M. WAGSTAFFE (95535)

*Attorneys for Plaintiff*
JANE DOE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## I. INTRODUCTION

Plaintiff Jane Doe ("Plaintiff"), and Defendants The Regents of the University of California (the real party in interest for "UCSF Medical Center") (hereafter "UCSF"), Dignity Health Medical Foundation ("DHMF"), by and through their respective undersigned attorneys, hereby jointly move the Court to sever Plaintiff's claims against UCSF and DHMF into separate actions ("Unopposed Joint Motion"). The other remaining Defendant, Meta Platforms, Inc. ("Meta"), does not intend to oppose this joint motion.

## II. STATEMENT OF FACTS

Plaintiff Jane Doe filed the action *Doe v. Meta Platforms, Inc.*, *UCSF Medical Center, and Dignity Health Medical Foundation*, 3:22-cv-04293-WHO on July 25, 2022 (the "Action"). In the Action, Plaintiff raises various claims against Meta, UCSF, and DHMF relating to the alleged use of the Meta Pixel browser tracking technology on healthcare provider websites.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

On October 12, 2022, this Court entered an Order Granting Motion to Consolidate and Resolving Other Scheduling Matters (Dkt. 73), consolidating the Action with three other cases against Meta relating to the use of the Meta Pixel on healthcare provider websites:

*John Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-03580-WHO (N.D. Cal.)

*Doe v. Meta Platforms, Inc.,* Case No. 3:22-cv-04680-WHO (N.D. Cal.)

*Jane Doe v Meta Platforms, Inc.*, Case No. 3:22-cv-04963-WHO (N.D. Cal.)

In the Consolidation Order, the Court ordered: "Defendants Dignity Health Medical Foundation and UCSF Medical Center are directed to meet and confer with plaintiffs regarding how best to address the claims pending against them." Consistent with the Court's Order, UCSF, DHMF, and Plaintiff have conferred and jointly determined that the best way to address the claims is to sever Plaintiff's claims against UCSF into one separate action and DHMF into another separate action. Meta has indicated that it will not oppose any joint motion to sever.

On October 19, 2022, the Court issued a Related Case Order (Dkt. 79), relating the following cases to the Consolidated Action:

*Malinda S. Smidga v. Meta Platforms, Inc.*, Case No. 4:22-cv-05753-KAW (N.D. Cal.); and

*Michael Krackenberger v. Northwestern Memorial Hospital, et al.*, Case. No. 4:22-cv-06020-DMR (N.D. Ill.);

On November 7, 2022, the Court issued a Related Case Order (Dkt. 119) relating *Doe v. Meta Platforms, Inc.*, Case No. 22-cv-06665-AGT (N.D. Cal.) to the Consolidated Action.

It is anticipated that these related cases may ultimately be consolidated with the Consolidated Action. The healthcare defendants in these related cases have previously been severed from those actions before they were transferred to this district.

## III. LEGAL STANDARD

"On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party." Fed. R. Civ. P. 21. The decision of whether to sever a party lies within the discretion of the court. *See Corley v. Google, Inc.,* 316 F.R.D. 277, 282 (N.D. Cal. 2016). Severance is appropriate when joinder would cause prejudice to a party or when severance would better comport with "principles of fundamental fairness and would better advance the administration of justice." *See id.* at 289. One factor weighing in favor of severance is when "the claims against the different Defendants most likely will involve separate issues of fact and separate witnesses, different evidence, and different legal theories and defenses, which could lead to jury confusion." *On The Cheap, LLC v. Does 1-5011*, 280 F.R.D. 500, 503 (N.D. Cal. 2011) (quotations and citation omitted).

## IV. ARGUMENT

UCSF and DHMF have concerns about defending themselves as part of a consolidated action with potentially five or more other cases against Meta. The other consolidated cases against Meta involve patients of other healthcare providers' websites besides UCSF or DHMF. The various actions of other healthcare providers, which have nothing to do with UCSF or DHMF, will be at issue in the consolidated litigation and this may unfairly prejudice UCSF or DHMF as the only healthcare defendants. DHMF also intends to file a motion to compel arbitration of Plaintiff's claims. If granted, UCSF would be the only healthcare provider actively in the Consolidated Action, which may prejudice UCSF. UCSF, as a public entity, should not be at the forefront of this litigation that will also involve the actions of many other healthcare providers.

The claims against UCSF, DHMF, and Meta likely present distinct legal issues and some of the claims asserted against Meta and the healthcare providers do not overlap. Further, UCSF and DHMF have separate terms of use and privacy policies that will be at issue in the litigation. Meta, as the developer and provider of the Meta Pixel, is in a different position than the healthcare providers, which are alleged to have (but deny having) placed the Meta Pixel in their respective patient portals. Furthermore, UCSF intends to raise public entity defenses that Meta will not be able to invoke due to sovereign immunity and the replacement of the common-law tort system with the Government Claims Act.

UCSF, DHMF, and Meta are also likely to have different witnesses from their respective organizations. Likewise, the discovery sought by and from the healthcare providers and Meta may vary given their respective positions.

UCSF, as a public entity, has additional concerns about litigating disputes in the same action as Meta. The Consolidated Action is expected to be complex and there are probably going to be significant disputes between Meta and the plaintiffs. By including UCSF in this Consolidated Action, it will likely require this public entity to expend additional litigation costs than it otherwise would in a separate action, which may have the impact of harming the public. Accordingly, the parties agree it will be more efficient to litigate the claims against UCSF in a separate action.

Finally, in the related cases that also named healthcare defendants, those defendants were severed before plaintiffs' claims against Meta were transferred to this district.

## V. CONCLUSION

For the foregoing reasons, Plaintiff, UCSF, and DHMF respectfully ask the Court to sever Plaintiff's claims against UCSF and DHMF into individual, separate actions from one another. The moving parties further request that the Court enter an order giving Plaintiff 45 days to file any amended complaint in this Court against each of UCSF and DHMF.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: November 16, 2022

**BAKER & HOSTETLER LLP**

By: */s/Teresa C. Chow*
TERESA C. CHOW (237694)

*Attorneys for Defendant*
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dated: November 16, 2022

**HOLLAND & KNIGHT LLP**

By: */s/Ashley Lynn Shively*
ASHLEY LYNN SHIVELY (264912)

*Attorneys for Defendant*
DIGNITY HEALTH MEDICAL FOUNDATION

Dated: November 16, 2022

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: */s/James M. Wagstaffe*
JAMES M. WAGSTAFFE (95535)

*Attorneys for Plaintiff*
JANE DOE

**LR 5-1(h)(3) ATTESTATION**

I, Teresa C. Chow, hereby attest that the other signatories hereto, Ashley Shively and James M. Wagstaffe, have concurred in the filing of the foregoing Unopposed Joint Motion.

*/s/Teresa C. Chow*
Teresa C. Chow

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I electronically transmitted the following document **NOTICE OF UNOPPOSED JOINT MOTION AND UNOPPOSED JOINT MOTION TO SEVER CLAIMS AGAINST UCSF MEDICAL CENTER AND DIGNITY HEALTH MEDICAL FOUNDATION INTO SEPARATE ACTIONS** to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing on the following:

James M. Wagstaffe (95535)
Frank H. Busch (258288)
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
100 Pine Street, Suite 2250
San Francisco, CA 94111
Telephone: 415-357-8900
Facsimile: 415-357-8910
Emails: wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Attorneys for Plaintiff*
JANE DOE, individually and on behalf of all other persons similarly situated

Ashley Lynn Shively (264912)
Jacqueline Nicole Harvey (322165)
**HOLLAND & KNIGHT LLP**
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415-742-6970
Facsimile: 415-743-6910
Emails: ashley.shively@hklaw.com
jacqueline.harvey@hklaw.com

*Attorneys for Defendant*
DIGNITY HEALTH MEDICAL FOUNDATION

Michael Graham Rhodes (116127)
Caroline Lebel (340067)
Kyle Christopher Wong (224021)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111- 4004
Telephone: 415-693-2000
Facsimile: 415-693-2222
Emails: rhodesmg@cooley.com
clebel@cooley.com
kwong@cooley.com

*Attorneys for Defendant*
META PLATFORMS INC. (formerly known as Facebook, Inc.)

Abigail Augus Barrera (301746)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-393-8306
Emails: abarrera@gibsondunn.com

I further certify that a copy of the foregoing document was mailed via U.S. Mail and transmitted via e-mail to the person(s) listed below:

Christian Levis (admitted pro hac vice)
Amanda Grace Fiorilla (admitted pro hac vice)
Rachel Kesten (admitted pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Facsimile: 914-997-0035
Emails: clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com

*Attorneys for Plaintiff*
JANE DOE, individually and on behalf of all other persons similarly situated

Mark S Melodia (pro hac vice forthcoming)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, NY 10019
Telephone: 212-513-3200
Email: Mark.Melodia@hklaw.com

*Attorneys for Defendant*
DIGNITY HEALTH MEDICAL FOUNDATION

Lauren R. Goldman (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212-351-4000
Email: lgoldman@gibsondunn.com

*Attorneys for Defendant*
META PLATFORMS INC. (formerly known as Facebook, Inc.)

Trenton James Van Oss (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
2543 13th St. NW #2
Washington, DC 200009
Telephone: 202-887-3716
Email: tvanoss@gibsondunn.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2022, at Los Angeles, California.

*/s/Teresa C. Chow*
TERESA C. CHOW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES