Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and
JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO**<br><br>CLASS ACTION<br><br>**PLAINTIFFS' RESPONSE TO MOTION TO APPOINT BEASLEY ALLEN AS INTERIM CLASS COUNSEL**<br><br>Date:   December 14, 2022<br>Time:   2:00 p.m.<br>Ctrm.:   2, 17th Floor<br>Judge: Hon. William H. Orrick |

Plaintiffs respectfully submit that Proposed Interim Counsel — consisting of Jay Barnes of Simmons Hanly Conroy LLC and Geoffrey Graber of Cohen Milstein Sellers & Toll as co-lead counsel, and an executive committee comprised of Beth Terrell of Terrell Marshall Law Group PLLC, Jeffrey Koncius of Kiesel Law LLP, and Andre Mura of Gibbs Law Group — has the expertise, resources, and long-standing commitment to vindicating privacy rights that will best serve the interests of the class. Beasley Allen proposes that Rebecca D. Gilliland be appointed as additional co-lead counsel or, alternatively, as a member of a Plaintiffs' Executive Committee or Plaintiffs' Steering Committee. ECF No. 120. Proposed Interim Counsel believes that adding another lawyer as co-lead counsel or to the executive committee is unnecessary and unlikely to meaningfully improve representation of the class.

Proposed Interim Counsel's team is well-rounded and consists of lawyers with deep experience in class action litigation, including data privacy cases against Meta and involving the Meta Pixel. They have invested substantial resources and have worked well together to advance the class's interests, including moving for preliminary injunction and filing substantive complaints bolstered by proprietary expert analysis. While Proposed Interim Counsel have worked well with Beasley Allen in the past, the existing team was carefully assembled through consensus building among counsel and the class would not benefit from the assignment of additional co-lead or executive members. The Beasley Allen motion should be denied.

| | |
|---|---|
| Dated: November 21, 2022 | **SIMMONS HANLY CONROY LLC** |
| | By:   */s/ Jason "Jay" Barnes* |
| |       Jason "Jay" Barnes |

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)

    Attorneys for Plaintiffs in
    *John Doe v. Meta Platforms, Inc.*,
    Case No. 3:22-cv-03580-WHO

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:   */s/Geoffrey Graber*
      Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
Eric Kafka (admitted *pro hac vice*)
Claire Torchiana. State Bar No. 330232

    Attorneys for Plaintiff in
    *Doe v. Meta Platforms, Inc.*,
    Case No. 3:22-cv-04680-WHO

**TERRELL MARSHALL LAW GROUP PLLC**

By:   */s/ Beth E. Terrell*
      Beth E. Terrell

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell

    Attorneys for Plaintiffs in
    *John Doe v. Meta Platforms, Inc.*,
    Case No. 3:22-cv-03580-WHO

**KIESEL LAW LLP**

By:   */s/ Jeffrey A. Koncius*
      Jeffrey A. Koncius

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Paul R. Kiesel, State Bar No. 119854

2
PLAINTIFFS' RESPONSE TO MOTION TO APPOINT BEASLEY ALLEN AS INTERIM CLASS COUNSEL
Consolidated Case No. 3:22-cv-03580-WHO

Nicole Ramirez, State Bar No. 279017

Attorneys for Plaintiffs in
*John Doe v. Meta Platforms, Inc.*,
Case No. 3:22-cv-03580-WHO

**GIBBS LAW GROUP**

By:   */s/ Andre Mura*
         Andre Mura

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
Rosemary M. Rivas, State Bar No. 209147
Hanne Jensen, State Bar No. 336045

Attorneys for Plaintiff in
*Doe v. Meta Platforms, Inc.*,
Case No. 3:22-cv-04680-WHO

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

Dated: November 21, 2022                                  */s/Geoffrey Graber*
                                                          Geoffrey Graber