| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111-4004<br>Telephone:     (415) 693-2000<br>Facsimile:      (415) 693-2222<br><br>GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>(lgoldman@gibsondunn.com)<br>200 Park Avenue<br>New York, NY  10166<br>Telephone:     (212) 351-4000<br>Facsimile:      (212) 351-4035 | GIBSON, DUNN & CRUTCHER LLP<br>ELIZABETH K. MCCLOSKEY (268184)<br>(emccloskey@gibsondunn.com)<br>ABIGAIL A. BARRERA (301746)<br>(abarrera@gibsondunn.com)<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:     (415) 393-8200<br>Facsimile:      (415) 393-8306<br><br>TRENTON J. VAN OSS (*pro hac vice*)<br>(tvanoss@gibsondunn.com)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:     (202) 955-8500<br>Facsimile:      (202) 467-0539 |

Attorneys for Defendant
META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 3:22-cv-3580-WHO<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Trial Date: Not Yet Set<br>Date Action Filed: June 17, 2022 |

1  PLEASE TAKE NOTICE that Cameron J. Clark of Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA, hereby withdraws as counsel of record for Meta Platforms, Inc. All pleadings, orders, and other papers should continue to be served on Cooley LLP. The Court and counsel for all parties are respectfully requested to remove Cameron J. Clark from the service list for this consolidated action.

Dated: December 7, 2022

COOLEY LLP

By: */s/ Michael G. Rhodes*
       Michael G. Rhodes

Michael G. Rhodes (116127)
Kyle C. Wong (224021)
Caroline A. Lebel (340067)

Attorneys for Defendant
META PLATFORMS, INC.

278537902