GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*admitted pro hac vice*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     (415) 393-4622
Facsimile:      (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone:     (213) 229-7311
Facsimile:      (213) 229-6311
akasabian@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 3:22-cv-3580-WHO<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT META PLATFORMS, INC.**<br><br>Action Filed: June 17, 2022<br><br>Trial Date: None Set |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Andrew M. Kasabian of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 313210) and admitted to practice in this Court, hereby appears on behalf of Defendant Meta Platforms, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

> Andrew M. Kasabian
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071 USA
> Telephone:   (213) 229-7311
> Facsimile:   (213) 229-6311
> akasabian@gibsondunn.com

Dated: December 20, 2022            GIBSON, DUNN & CRUTCHER LLP

                                    By:  */s/ Andrew M. Kasabian*
                                         Andrew M. Kasabian

                                    *Attorneys for Meta Platforms, Inc.*