UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS INC., et al.,<br><br>        Defendants. | Case No. 22-cv-09199-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to 22-cv-03580 WHO.

**IT IS SO ORDERED.**

Dated: January 4, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge