| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*admitted pro hac vice*)<br>lgoldman@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-4622<br>Facsimile: (415) 801-7389<br><br>ANDREW M. KASABIAN, SBN 313210<br>333 South Grand Avenue<br>Los Angeles, CA 90071 USA<br>Telephone: (213) 229-7311<br>Facsimile: (213) 229-6311<br>akasabian@gibsondunn.com<br><br>*Attorneys for Defendant Meta Platforms, Inc.* | COOLEY LLP<br>MICHAEL G. RHODES, SBN 116127<br>rhodesmg@cooley.com<br>KYLE C. WONG, SBN 224021<br>kwong@cooley.com<br>CAROLINE A. LEBEL, SBN 340067<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor San Francisco, CA 94111-4004 Telephone: (415) 693-2000 Facsimile: (415) 693-2222 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO<br><br>**DECLARATION OF LAUREN R. GOLDMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><u>CLASS ACTION</u> |

Gibson, Dunn & Crutcher LLP

DECLARATION OF LAUREN R. GOLDMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - CASE NO. 3:22-CV-3580-WHO

I, Lauren R. Goldman, declare as follows:

1. I am a member in good standing of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Meta Platforms, Inc. ("Meta") in the above-captioned action. I make this declaration in support of Meta's Administrative Motion to Consider Whether Cases Should Be Related ("Motion") regarding *John Doe & Jane Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-07557-SI, filed in this District on December 1, 2022 *Katrina Calderon, et al. v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-VKD (collectively, the "Financial Data Cases"), filed in this District on December 29, 2022, and attached to the Motion as Exhibits A and B. I have personal knowledge of the facts contained herein and if called as a witness would and could testify competently thereto.

2. To date, eight other actions with substantially similar facts and parties have been filed in this District: (1) *John Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-03580-WHO ("*John Doe*"); (2) *Jane Doe v. Meta Platforms, Inc., et al.*, Case No. 3:22-cv-04293-WHO ("*Jane Doe I*"); (3) *Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-04680-WHO ("*Doe*"); (4) *Jane Doe v. Meta Platforms, Inc.* ("*Jane Doe II*"), Case No. 3:22-cv-04963-WHO; (5) *Malinda S. Smidga v. Meta Platforms, Inc.* ("*Smidga*"), Case No. 4:22-cv-05753-KAW; (6) *Michael Krackenberger v. Northwestern Memorial Hospital, et al.* ("*Krackenberger*"), Case No. 4:22-cv-06020-DMR; (7) *Doe, et al v. Meta Platforms, Inc.* ("*John Doe I & II*"), Case No. 22-cv-06665-AGT; and (8) *Naugle et al., v. Meta Platforms, Inc*, (Case No. 3:22-cv-09200-AGT ("*Naugle*"). On October 12, 2022, the Court consolidated the *John Doe*, *Jane Doe I*, *Doe*, and *Jane Doe II* actions into one, *In re Meta Pixel Healthcare Litigation* ("Consolidated Action"). On October 19, 2022, this Court consolidated *Smidga* and *Krackenberger* with the Consolidated Action. On November 7, 2022, this Court consolidated *John Doe I & II* with the Consolidated Action.

3. Plaintiffs' counsel in the Financial Data Cases stated over email that they object to Meta's motion to relate the Financial Data Cases to *In re Meta Pixel Healthcare Litigation*. Plaintiffs in the Consolidated Action do not oppose relation of the Financial Data Cases subject to the Motion, but intend to respond with respect to Meta's request for partial consolidation.

-2-

1    I declare under penalty of perjury under the laws of the United States and the State of California
2    that the foregoing is true and correct.
3
4            Executed at New York, New York on the 9th of January, 2023.
5                                                        */s/ Lauren R. Goldman*
6                                                         Lauren R. Goldman