GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*admitted pro hac vice*)
lgoldman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-4622
Facsimile: (415) 801-7389

ANDREW M. KASABIAN, SBN 313210
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone: (213) 229-7311
Facsimile: (213) 229-6311
akasabian@gibsondunn.com

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Case No. 3:22-cv-3580-WHO <br><br> **[PROPOSED] ORDER** <br><br> <u>CLASS ACTION</u> |

1  On January 9, 2023, Defendant Meta Platforms, Inc. filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11, and this Court's October 12, 2022 Order. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *John Doe & Jane Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-07557-SI, and *Katrina Calderon, et al. v. Meta Platforms, Inc.*, Case No. 5:22-cv-09149-VKD (the "Financial Data Cases"), are related to *In re Meta Pixel Healthcare Litigation*, Case No. 3:22-cv-03580-WHO. These actions concern substantially the same parties, property, transactions, or events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. The Financial Data Cases shall be reassigned to the undersigned judge pursuant to Local Rule 3-12. Unless a party objects to consolidation within fourteen days of this Order, the Financial Data Cases shall be consolidated with *In re Meta Pixel Healthcare Litigation* for the limited purposes of discovery.

Dated: _____

                                              Hon. William H. Orrick
                                              United States District Judge