| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:    206-816-6603<br>Fax:    206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:    510-350-9700<br>Fax:    510-350-9701 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO**<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE THE CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO DISMISS** |

1  WHEREAS, on October 12, 2022, the Court set the date for the filing of a Consolidated Class Action Complaint "within thirty days of the entry of an order appointing interim class counsel;" ordered that "Meta shall respond to the consolidated complaint within forty-five days of the filing thereof;" and ordered that any corresponding opposition and reply briefs would be filed within 14 days, in accordance with the Northern District's Local Rules, "unless otherwise agreed by the parties and thereafter ordered" (ECF No. 73);

WHEREAS, on December 21, 2022, the Court appointed interim class counsel (ECF No. 158);

WHEREAS, the Consolidated Class Action Complaint is currently due on January 20, 2023;

WHEREAS, interim class counsel needs additional time to draft the consolidated class action complaint, in order to adequately evaluate the claims alleged, including those of all Plaintiffs named in each of the cases consolidated in this action, among other things;

WHEREAS, due to the complexity of the issues in this matter, the Parties expect that they will need additional time for briefing related to Defendant's anticipated motion to dismiss;

WHEREAS, the Parties met and conferred regarding the deadlines for Plaintiffs' consolidated class action complaint and briefing related to Meta's anticipated motion to dismiss and agreed to the following: a 30 day extension for the filing of the Consolidated Class Action Complaint, an additional 30 day extension for Meta to file a motion to dismiss (so that Meta's motion to dismiss will be due 75 days after the consolidated amended class action complaint is filed), three week extensions on the corresponding opposition and reply briefs, and that the Parties will not be obligated to respond to any discovery requests (Requests for Production, Interrogatories, or Requests for Admission) before Plaintiffs file their Consolidated Class Action Complaint.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, and subject to Court approval, that:

1. The following deadlines apply to Plaintiffs' Consolidated Class Action Complaint and briefing related to Meta's anticipated motion to dismiss:

| Event | Proposed Deadline |
|---|---|
| Consolidated Class Action Complaint | February 21, 2023 |
| Motion to Dismiss | May 8, 2023 |
| Opposition to Motion to Dismiss | June 12, 2023 |
| Reply in Support of Motion to Dismiss | July 17, 2023 |

2. The Parties will not be obligated to respond to any discovery requests (Requests for Production, Interrogatories, or Requests for Admission) before Plaintiffs file their Consolidated Class Action Complaint on February 21, 2023. If the Court lifts the discovery stay on or before January 23, 2023, responses to any discovery served on or before January 23, 2023 will be due on February 22, 2023.

Dated: January 13, 2023

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Lauren Goldman
Lauren Goldman

**COOLEY LLP**

By: /s/ Michael G. Rhodes
Michael G. Rhodes

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

Dated: January 13, 2023

By: /s/ Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400

Fax:    212-213-5949

By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  DATED:_____          _____
3                                          Hon. Judge William H. Orrick
                                           United States District Court Judge

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

Dated: January 13, 2023                    */s/ Geoffrey Graber*
                                                              Geoffrey Graber