# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 17, 2023 | **Time:** 8 minutes<br>2:19 p.m. to 2:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |

**Attorneys for Plaintiffs:**   Geoffrey Graber, An V. Truong, Eric S. Johnson, and Jay Barnes
**Attorneys for Defendants:**   Lauren R. Goldman, Michael G. Rhodes, Abigail A. Barrera, Caroline A. Lebel

**Deputy Clerk:** Jean Davis                                    **Court Reporter:** Digitally recorded

## PROCEEDINGS

Case Management Conference conducted via videoconference.

1. The pending request for an extension of the date to file a consolidated complaint to Feb. 21, 2023, is granted.
2. Defendant recognizes its preservation obligations regarding records and will not be required to provide written disclosures to plaintiffs.
3. Discovery responses are due 20 days after the consolidated complaint is filed.  Plaintiffs indicated that they are withdrawing the pending requests and will serve new ones based on the consolidated complaint. The parties should begin negotiating custodians, search terms, and other prerequisites for discovery now.
4. The parties should finish negotiating the ESI protocol, protective and clawback orders by February 21, 2023.  Any disputes may be presented at the next CMC.
5. The parties should meet and confer concerning expansion of the FRCP discovery limits. Disagreement based on the needs of the case should be presented at the next CMC.
6. Prior to the next CMC, the parties should engage on the case calendar and propose a joint or competing schedules.
7. The Joint CMC Statement is due on March 7, 2023.
8. The Court expresses his desire that this case move to resolution, one way or the other, with dispatch.  Civility and accommodation with opposing counsel to the extent practicable are vital.  The Court agrees that regular CMCs may be helpful in reaching the goals of FRCP 1.

**Further Case Management Conference:  March 14, 2023, at 2:00 p.m.**