# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA d/b/a UCSF MEDICAL CENTER,<br><br>Defendant. | Case No.: 3:22-cv-03580-WHO<br><br>**ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE**<br><br>Amended Complaint Filed: 01/05/2023<br>Response Deadline: 01/19/2023<br>New Response Deadline: 02/20/2023<br>New Opposition Deadline: 03/22/2023<br>New Reply Deadline: 04/05/2023 |

Before the Court is Plaintiff Jane Doe ("Plaintiff") and Defendant The Regents of the University of California d/b/a UCSF Medical Center (hereafter "UCSF") Joint Stipulation for Extension of Time to Respond to Amended Complaint and Subsequent Briefing Schedule (the "Stipulation").

Having read and considered the Stipulation, the pleadings on file in this matter, and good cause appearing for the relief requested in the Stipulation, the Stipulation is hereby APPROVED. Defendant may have up to and including February 20, 2023 to respond to the Amended Complaint, Plaintiff may have up to and including March 22, 2023 to oppose any motion filed by Defendant, Defendant may have up to and including April 5, 2023 to reply to any motion filed by Plaintiff, and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

any motion filed by Defendant shall be noticed for hearing no earlier than April 19, 2023 to permit the Court adequate time to review all briefing on the motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 19, 2023

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE
CASE NO. 3:22-CV-03580-WHO

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES