UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-03580-WHO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Civil Local Rule 72-1, discovery disputes and all discovery matters in this consolidated case are referred to United States Magistrate Judge Virginia K. DeMarchi.

**IT IS SO ORDERED.**

Dated: January 25, 2023



WILLIAM H. ORRICK
United States District Judge

*Rev. 3-20*