UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


RELATED CASE ORDER


A Motion for Administrative Relief to Consider Whether Cases Should be Related (Civil L.R. 3-12) has been filed.  The motion is unopposed. As the judge assigned to case


22-cv-03850-WHO

*In re Meta Pixel Healthcare Litigation*


I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.


| Case | Title | Related | Not Related |
|---|---|---|---|
| 22-cv-09200-AGT | *Naugle v. Meta Platforms Inc.* | WHO | |


**ORDER**


The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.



Dated: February 1, 2023                     By: _____

1

2

William H. Orrick

United States District Judg

2