UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MURPHY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>META PLATFORMS INC.,<br><br>    Defendant. | Case No. 23-cv-00899-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Orrick for consideration of whether the case is related to C-22-3580 WHO.

**IT IS SO ORDERED.**

Dated: March 1, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge