# Exhibit 1

1 | Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.:    212-784-6400
Fax:     212-213-5949

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel.:    202-408-4600
Fax:     202-408-4699

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel.:    310-854-4444
Fax:     310-854-0812

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:     206-319-5450

**Plaintiffs' Interim Class Counsel**

[*Additional counsel listed on signature page*]

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:     510-350-9701

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | |
| All Actions | **PLAINTIFFS' REQUESTS FOR PRODUCTION TO DEFENDANT META PLATFORMS, INC., SET ONE** |

**PROPOUNDING PARTY:**      **PLAINTIFFS**

**RESPONDING PARTY:**      **META PLATFORMS, INC.**

**SET NO.:**          **ONE**

Pursuant to the Federal Rules of Civil Procedure 26 and 34, Plaintiffs, by and through their undersigned counsel, hereby request that Defendant Meta Platforms, Inc. preserve and produce documents responsive to these requests, including non-identical copies, within the time allotted under the Federal Rules of Civil Procedure. Production is to be made to the office of Kiesel Law

1  LLP, 8648 Wilshire Boulevard, Beverly Hills, California 90211-2910, or otherwise by agreement

2  of the parties. Plaintiffs are available to meet and confer to discuss the scope of these Requests.

3       Plaintiffs request that Defendant serve a written response to each request in accordance with

4  the Federal Rules of Civil Procedure, and the instructions, below, within 30 days of the date of

5  service of this set of requests. Plaintiffs further request that Defendant serve supplemental responses

6  if it obtains further or different information, as required by Federal Rule of Civil Procedure 26(e).

7  Plaintiffs reserve the right to serve additional discovery with regard to other matters in this action.

8  **DEFINITIONS**

9       The Definitions provided herein are intended to streamline language used in these Requests

10 for production and facilitate a common understanding of the information sought. Defendant should

11 accept the Definitions provided herein, for the limited purpose of responding to each request for

12 production, even if Defendant disputes a Definition's accuracy or otherwise finds it objectionable.

13      1.    "All" means "any and all," as necessary to bring within the scope of the request all

14 responses that might otherwise be construed to be outside the scope of the request.

15      2.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary

16 to bring within the scope of the request all responses that might otherwise be construed to be outside

17 the scope of the request.

18      3.    "Any" shall be deemed to include and encompass the words "each" and "all," as

19 necessary to bring within the scope of the request all responses that might otherwise be construed

20 to be outside the scope of the request.

21      4.    "Communication" means any contact, oral or documentary, formal or informal, at

22 any time or place or under any circumstances whatsoever, whereby information of any nature is

23 transmitted or transferred, including correspondence, and references to notes, letters, memorandum,

24 e-mail, reports, or any other document by which information is passed or conveyed from one

25 individual to another.

26      5.    "Document(s)" includes any data, document, ESI, or Electronic Media stored in any

27 medium and is synonymous in meaning and equal in scope to the usage of this term in Federal Rule

28 of Civil Procedure 34 and Federal Rules of Evidence 101(4)(6), and 1101, including, but not limited

to, programming source code, electronic or computerized data compilations, Communications, electronic chats, instant messaging, encrypted or self-destructing messages, e-mail Communications, other electronically stored information from personal computers, sound recordings, photographs, and hard copy Documents.

6.  "Each" shall be construed as "every," and "every" shall be construed to include "each."

7.  "Electronic Media" means any magnetic, optical, or other storage media device used to record ESI including but not limited to computer memory, hard disks, floppy disks, flash memory devices, CDs, DVDs, Blu-ray discs, cloud storage (e.g., DropBox, Box, OneDrive, or SharePoint), tablet computers (e.g., iPad, Kindle, Nook, or Samsung Galaxy), cellular or smart phones (e.g., BlackBerry, iPhone, or Samsung Galaxy), personal digital assistants, magnetic tapes of all types, or any other means for digital storage and/or transmittal.

8.  "Electronically Stored Information" or "ESI" means information that is stored in Electronic Media, regardless of the media or whether it is in the original format in which it was created, and that is retrievable in perceivable form and includes, but is not limited to, metadata, system data, deleted data, fragmented data, data pertaining to or maintained in Apps, database contents, and computer code.

9.  "Employee(s)" means, without limitations, any person who acted or purported to act on behalf of any Facebook entity, or another person or persons including, but not limited to, current and former officers, directors, executives, managers, supervisors, department heads, sales personnel, secretaries, staff, messengers, agents, contractors, consultants, accountants and auditors, attorneys, representatives, or any person acting or authorized to act on behalf of Facebook or any division, subsidiary or entity of Facebook, individually or collectively.

10. "Facebook," "Defendant," "Meta," "You," and "Your" means Defendant Meta Platforms, Inc. and any of its corporations, businesses, subsidiaries, divisions, subdivisions, affiliated entities, predecessors, successors, and parents, as well as their respective officers, directors, employees, partners, representatives, agents, attorneys, accountants, or other persons occupying similar positions or performing similar functions.

11.     "Meta Pixel" shall be construed to include "Facebook Pixel."

12.     "Facebook User(s)" means any Person who has registered for an account with Facebook.

13.     "Filter" means the Meta filtering mechanism designed to prevent sensitive health-related data from being ingested into Meta's ads ranking and optimization systems, as described on the Meta Business Help Center webpage, currently available at https://www.facebook.com/business/help/361948878201809, and also as described by Meta Platforms, Inc. in the September 28, 2022 Joint Rule 26(f) Report at 4:20-27 and filed in *John Doe et al. v. Meta Platforms, Inc.*, Case No. 3:22-cv-3580-WHO, attached hereto as Exhibit A.

14.     "HIPAA Authorization" means the authorization required by the HIPAA Privacy Rule (45 C.F.R. § 508).

15.     "Including" shall be construed broadly to mean "including, but not limited to" and "without limitation."

16.     "Information" means written, recorded, graphic, or other electronic data, including metadata, of any nature whatsoever, regardless of how recorded, and whether an original or copy, including: any electronic data conveyed through an Internet communication; any electronic data associated with an Internet communication; any electronic data associated with the user participating in an Internet communication; and any inference, profiling or other association derived from a user's Internet communication, whether in isolation or in aggregate.

17.     "Medical Provider" means a physician, hospital, laboratory, pharmacy, or any other Person who provides medical- or health-related services without regard to whether it is a covered entity under HIPAA.

18.     "Patient Portal" is any Web-Property that requires patients to register and log-in to obtain access to the Web-Property and is used by a Medical Provider to communicate with patients.

19.     "Person(s)" means a legal person; a human being or a non-human entity recognized as having the rights and obligations of a human being and all subsidiaries, affiliates, divisions, departments, branches, or other units thereof.

/ / /

20.     "Personal Information" is information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular Person. It includes references that can create a profile about a Person reflecting the Person's preferences, characteristics, psychological trends, predispositions, behaviors, attitudes, intelligence, abilities, or aptitudes.

21.     "Plaintiff(s)" refers collectively to the Plaintiffs named in the Complaint in the above-referenced Action.

22.     "Policy" or "Policies" means any rule, procedure, practice, or course of conduct, whether formal or informal, written, or unwritten, recorded or unrecorded, that was recognized or followed, explicitly or implicitly.

23.     "Regard," "regarding," "refer," "referring," "relate," "relating," "pertain," "pertaining," means all Documents that explicitly or implicitly, in whole or in part, were prepared or received in conjunction with, or were generated as a result of, the subject matter of the request, including, without limitation, all documents that reflect, record, memorialize, discuss, describe, compare, consider, concern, constitute, embody, evaluate, analyze, review, report on, comment on, impinge upon, or impact the subject matter of the request.

24.     "Web-Property" means a point of presence on the web, including websites.

25.     Except for the terms defined hereof, and unless another meaning is obvious from the context and from a term's plain and ordinary usage, the terms used herein shall have the same meaning as they have in the operative Complaint in this Action.

## **INSTRUCTIONS**

1.     Any request for production that inquires as to the knowledge, conduct, activities, or materials possessed by Defendant shall be taken to include the knowledge, conduct, activities, or materials possessed by Defendant's subsidiaries, parents, affiliates, and merged or acquired predecessors, as well as the present or former investigators, accountants, attorneys, directors, officers, partners, employees, and other agents of Defendant; and references to the "personnel" of Defendant shall include such individuals.

/ / /

2.     For each Request herein, the singular shall be construed to include the plural and the plural shall be construed to include the singular.

3.     For each Request herein, the present tense shall be construed to include the past tense and the past tense shall be construed to include the present tense. The use of a verb in any tense shall be construed to be in the tense necessary to bring within the scope of a request all responses that might otherwise be construed as outside the scope. By way of example, Request for Production No. 13 requests "Documents sufficient to show how the Meta Pixel functions on Web Properties of HIPAA covered entities, as opposed to non-HIPAA covered entities." Documents responsive to Request for Production No. 13 will include those pertaining to the current functionality of the Meta Pixel on Web Properties of HIPAA covered entities and its functionality on Web Properties of HIPAA covered entities at any time during the Relevant Time Period, as defined below. If Meta objects to this instruction and intends to withhold documents based on its objection(s), Plaintiffs request that the parties meet and confer as soon as practicable.

4.     For each Request herein, all undefined terms used in the Requests shall be construed in an ordinary common-sense manner and not in a hyper-technical, strained, overly literal, or otherwise restrictive manner.

5.     If You claim any form of privilege, work product, or other protection, whether based on statute or otherwise, as a ground for not answering a request or any part of a request or declining to produce any Document, You must set forth in detail the facts upon which the assertion is based.

6.     If any Document was but no longer is in Your possession or subject to Your control, please provide a complete and detailed explanation of all circumstances surrounding the disposition of the document including dates and manner of disposition (*e.g.*, lost, destroyed, transferred to a third party, *etc.*).

7.     These Requests are continuing, and Defendant should supplement its responses and production immediately whenever it acquires additional information and Documents pertaining thereto.

8.     Unless otherwise agreed by the parties or ordered by the Court, all Documents, things, and electronically stored information (ESI) shall be in native format.

## RELEVANT TIME PERIOD

The relevant time-period for all areas of inquiry runs from the date when Meta released the Meta Pixel (the "Relevant Time Period") unless otherwise specified by the Request, agreed upon by the Parties, or pursuant to any subsequent Order by the Court. Documents created outside of the time period, but which relate to the subject matter of the operative Complaint, should be included when interpreting the Requests set forth herein. For example, if any request relates to a policy or business practice employed, a Document transmitted or created, a device or product that existed, or an event that occurred during a specific period of time (the "Relevant Time Period," for the purposes of this instruction), but which was first conceived, designed, discussed, drafted, tested, implemented, or used before or after the Relevant Time Period, please provide responses and Documents from outside the Relevant Time Period if they relate to the policy, practices, document, or event at issue.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Documents, Including organizational charts, sufficient to show the hierarchy of Persons responsible for the development, implementation, marketing, and oversight of the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 2:**

Documents, Including organizational charts, sufficient to show the hierarchy of Persons responsible for Meta's sales relating to health, health-related information, or health-related companies.

**REQUEST FOR PRODUCTION NO. 3:**

Documents, Including organizational charts, sufficient to show the hierarchy of Persons responsible for the Filter.

**REQUEST FOR PRODUCTION NO. 4:**

Documents, Including organizational charts, sufficient to show the hierarchy of Persons responsible for data which Meta receives via the Meta Pixel deployed on Medical Provider Web-Properties.

/ / /

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to show the data flow through which Meta receives information via the Meta Pixel deployed on Medical Provider Web-Properties, Including those listed in Exhibit A.

**REQUEST FOR PRODUCTION NO. 6:**

Documents sufficient to identify the databases, logs, or other electronic sources where Meta receives, re-directs, or stores event-level and/or derived data collected through and associated with the Meta Pixel for Medical Provider Web-Properties, Including those listed in Exhibit A.

**REQUEST FOR PRODUCTION NO. 7:**

Documents sufficient to identify and describe each of the fields in databases, logs, or other electronic sources where Meta receives, re-directs, or stores event-level and/or derived data collected through and associated with the Meta Pixel for Medical Provider Web-Properties, Including those listed in Exhibit A. This request includes, but is not limited to, data dictionaries.

**REQUEST FOR PRODUCTION NO. 8:**

Documents sufficient to identify how the databases, logs, or other electronic sources where Meta receives, re-directs, or stores event-level and/or derived data collected through and associated with the Meta Pixel for Medical Provider Web-Properties, Including those listed in Exhibit A, can be searched, extracted, and produced.

**REQUEST FOR PRODUCTION NO. 9:**

The data that Meta received via the Meta Pixel from Medical Provider Web-Properties, Including those listed in Exhibit A.

**REQUEST FOR PRODUCTION NO. 10:**

Documents sufficient to identify all Facebook Users associated with a SubscribedButtonClick transmission from a Medical Provider Web-Property Including those listed in Exhibit A, Including subcategories of Documents sufficient to identify:

a.     All Facebook Users who clicked to sign-up, register, log-in, sign-in, logout, sign-out, or otherwise engaged with a Patient Portal on a Medical Provider Web-Property Including those listed in Exhibit A.

/ / /

b.      All Facebook Users who clicked to create an appointment, seek an opinion, or otherwise engaged with a Medical Provider on its Web-Property Including those listed in Exhibit A.

With respect to this request, the word "identify" means to provide a list of Facebook Users associated with c-user, datr, or other cookies and Personal Information.

**REQUEST FOR PRODUCTION NO. 11:**

For all Facebook Users identified in Request for Production No. 10, documents sufficient to identify the type of data that was transmitted to Meta through the Meta Pixel, the Medical Provider Web-Propert(ies) from which each type data was transmitted, and the date(s) of transmission.

**REQUEST FOR PRODUCTION NO. 12:**

All Documents Regarding Meta policies, discussions, or studies on the Meta Pixel's deployment on Web-Properties for HIPAA-covered entities, whether generated internally or externally.

**REQUEST FOR PRODUCTION NO. 13:**

Documents sufficient to show how the Meta Pixel functions on Web Properties of HIPAA covered entities, as opposed to non-HIPAA covered entities.

**REQUEST FOR PRODUCTION NO. 14:**

All Documents, including Communications, Regarding the use of the Meta Pixel on Medical Provider Web-Properties.

**REQUEST FOR PRODUCTION NO. 15:**

All Documents, including Communications, Regarding the transmission of personal health information from Medical Provider Web-Properties to Meta through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 16:**

All Documents, including Communications, Regarding Meta's knowledge that personal health information was being transmitted to Meta from Medical Provider Web-Properties through the Meta Pixel.

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 17:**

All Communications exchanged with Web-Property administrators, developers, owners, operators, licensees, and licensors for any Medical Providers' Web-Properties, Including those listed in Exhibit A, Regarding the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 18:**

All Communications exchanged with Web-Property administrators, developers, owners, operators, licensees, and licensors for any Medical Providers' Web-Properties Including those listed in Exhibit A, Regarding whether the Medical Provider obtained authorization for use of the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 19:**

Documents sufficient to show All enforcement actions by Meta against any Web-Property administrator, developer, owner, operator, licensee, and licensor for failure to obtain adequate consent from Web-Property users per the Meta Terms of Service.

**REQUEST FOR PRODUCTION NO. 20:**

Documents Regarding the HIPAA Authorization received by Defendant Regarding the use of the Meta Pixel on Medical Provider Web-Properties, Including those listed in Exhibit A.

**REQUEST FOR PRODUCTION NO. 21:**

All internal studies or analyses by Meta or external studies communicated to Meta Regarding the use or deployment of the Meta Pixel on Web-Properties controlled by HIPAA-covered entities, Including Medical Providers, billing companies, medical records companies, and health insurance companies.

**REQUEST FOR PRODUCTION NO. 22:**

Documents sufficient to show the total revenues and profits Meta derived from advertising associated with the use of the Meta Pixel on Medical Provider Web-Properties, Including those listed in Exhibit A.

**REQUEST FOR PRODUCTION NO. 23:**

Documents Regarding the positive and negative targeting campaigns Meta conducted on behalf of Medstar Health System based on deployment of the Meta Pixel on Medstar Health

1  System's Web Properties.

2  **REQUEST FOR PRODUCTION NO. 24:**

3  Documents sufficient to show records Meta keeps Regarding positive and negative targeting

4  campaigns that Meta conducts on behalf of Medical Providers, Including those listed in Exhibit A.

5  **REQUEST FOR PRODUCTION NO. 25:**

6  All Communications between Meta and any state or federal regulators or law enforcement

7  agency Regarding deployment of the Meta Pixel on Medical Provider Web Properties.

8  **REQUEST FOR PRODUCTION NO. 26:**

9  All Documents Meta produced or provided to any state or federal regulator or law

10  enforcement agency Regarding deployment of the Meta Pixel on Medical Provider Web Properties.

11  **REQUEST FOR PRODUCTION NO. 27:**

12  Documents sufficient to show All terms and keywords used by the Filter and its "Block List"

13  to detect potentially sensitive data sent through the Meta Pixel.

14  **REQUEST FOR PRODUCTION NO. 28:**

15  Documents Regarding the design of the Filter, Including how it identifies potentially

16  sensitive data (including the keywords considered sensitive) and what happens to the potentially

17  sensitive data after it is identified as potentially sensitive.

18  **REQUEST FOR PRODUCTION NO. 29:**

19  Documents Regarding the frequency of which the Filter detects sensitive data.

20  **REQUEST FOR PRODUCTION NO. 30:**

21  The source code for the Filter, including revision history.

22  **REQUEST FOR PRODUCTION NO. 31:**

23  Source code, including revisions, relating to the Meta Pixel, including how Meta stores and

24  uses data collected by the Meta Pixel.

25  **REQUEST FOR PRODUCTION NO. 32:**

26  All Documents Regarding the creation of the Filter and subsequent modifications to the

27  Filter.

28  / / /

**REQUEST FOR PRODUCTION NO. 33:**

Documents sufficient to identify all engineers and other Meta Employees responsible for the development, implementation, maintenance, and oversight of the Filter.

**REQUEST FOR PRODUCTION NO. 34:**

Documents sufficient to show the impact of the Filter on re-targeting and re-marketing campaigns.

**REQUEST FOR PRODUCTION NO. 35:**

Documents sufficient to show the design of Meta's Hive storage system.

**REQUEST FOR PRODUCTION NO. 36:**

Documents sufficient to show Meta's policies Regarding collection and storage of Facebook Users' data Meta receives through the Meta Pixel, Including privacy policies, retention policies, and other documents that describe who is involved in collection and storage and where, how and when the data collected and stored.

**REQUEST FOR PRODUCTION NO. 37:**

Documents Regarding Meta's use, disclosure, or sale of data collected through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 38:**

Documents Regarding Meta's policies and practices for the analysis and use of data and information collected through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 39:**

Documents Regarding the technical process, timing, directions, commands, and flow of how data is transmitted, collected, stored, and re-directed when a user participates in an Internet communication on a web-property that includes Facebook Pixel source code, Including:

    a.   The data flow from a user's device to Meta;

    a.   All elements or components of user information that flows through the Pixel to Meta;

    b.   The data flow of a user's information within Meta's internal systems;

    c.   The data flow of a user's information from Meta to any third party; and

    d.   The location and manner in which Meta stores data and information collected through

1     the Facebook Pixel.

2 **REQUEST FOR PRODUCTION NO. 40:**

3     Documents sufficient to show all third parties to whom Meta sells data it receives via the

4 Meta Pixel.

5 **REQUEST FOR PRODUCTION NO. 41:**

6     Documents Regarding the value, monetary or otherwise, of Facebook Users' data Meta

7 collects through the Facebook Pixel.

8 **REQUEST FOR PRODUCTION NO. 42:**

9     Documents Regarding revenue and value Meta obtains from Facebook User data collected

10 through the Meta Pixel, Including:

11     a.     Documents Regarding how Meta monetizes the data it collects through the Meta

12         Pixel;

13     b.     Documents Regarding the revenues Meta earns through the Meta Pixel on a weekly,

14         monthly, quarterly, and annual basis;

15     c.     Documents Regarding the net revenues Meta earns through the Meta Pixel on a

16         weekly, monthly, quarterly, and annual basis;

17     d.     Documents Regarding pricing structure, policy, or guidelines created by Meta

18         Regarding the use of data collected through the Meta Pixel;

19     e.     For all Facebook Users for whom Meta has shared, sold, or disseminated their data

20         collected through the Meta Pixel to other entities, Documents Regarding the revenue

21         associated with Each Facebook User acquired through the sharing, sale, or

22         dissemination of information.

23 **REQUEST FOR PRODUCTION NO. 43:**

24     Documents Regarding the development, marketing, objectives, strategies and goals of the

25 Meta Pixel, Including:

26     a.     Documents Regarding the efficacy, profitability (potential or otherwise), and

27         assessment of consequences (legal or otherwise, potential or otherwise) of the Meta

28         Pixel;

b.      Business plans;

c.      Analyses and studies of competitive threats to the Meta Pixel;

d.      Revenue projections;

e.      Changes to the Meta Pixel;

f.      Market analyses of the Meta Pixel;

g.      Market analyses of competitors' pixel tools;

h.      Strategies for optimizing the collection and use of data collected through the Meta Pixel; and

i.      Strategies for optimizing and increasing Meta's profits through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 44:**

Documents Relating to advertisers' creation of custom audiences based on data collected from Medical Provider Web Properties through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 45:**

Documents Relating to advertisers' creation of lookalike audiences based on data collected from Medical Provider Web Properties through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 46:**

Documents sufficient to show the total revenue and profits Meta derived from advertising that used custom audiences or lookalike audiences derived from data collected from Medical Provider Web Properties through the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 47:**

Documents Regarding complaints from Persons Regarding the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 48:**

Documents Regarding privacy concerns related to Meta's collection, use, disclosure, or sale of data collected through the Meta Pixel, Including documents Regarding fingerprinting, cookie matching, and the re-identifiability of Facebook Users.

**REQUEST FOR PRODUCTION NO. 49:**

Documents Regarding actions Meta takes against HIPAA-covered entities to enforce Meta policies, as a result of the Filter's detection of health-related data.

**REQUEST FOR PRODUCTION NO. 50:**

Documents Regarding HIPAA-covered entities that utilize the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 51:**

All Communications from Meta to developers Regarding warnings that the developers' use of the Meta Pixel violates Meta's policies.

**REQUEST FOR PRODUCTION NO. 52:**

For Each Web-Property, developer, or advertiser identified in response to Interrogatory Nos. 1 and 2, Documents for Each Regarding:

a.   The developer or advertiser's basic account information with Meta, Including their name, contact information, email address[es], billing address, and their Facebook and/or Instagram page[s],

b.   The specific domain of the Web-Propert[ies] where the Meta Pixel was deployed and the dates of such deployment;

c.   A list of all web-pages on the domain where the Meta Pixel was deployed;

d.   A list of all SubscribedButtonClick actions that were tracked on the Web-Property, Including whether SubscribedButtonClick actions were tracked for:

  i.    Patient portal sign-ups or account creation;

  ii.   Patient portal logins;

  iii.  Appointments;

  iv.   When a Person clicked to call the provider by clicking on a phone number on the page;

  v.    Pages with information about doctors or other providers;

  vi.   Pages with information about health conditions;

  vii.  Pages with information about treatments; and

e.   The amount of advertising revenue received by Meta from the Web-Property, developer, and advertiser during the Class Period, with a breakout for the amount of advertising revenue received by Meta that is or was associated with positive or negative retargeting or remarketing.

**REQUEST FOR PRODUCTION NO. 53:**

For Each Web-Property, developer, or advertiser identified in response to Interrogatory Nos. 1 and 2, all "notifications" that Meta sent the Web-Property, developer, or advertiser that their use of the Meta Pixel was not in compliance with Meta's policies, as described in Paragraph 9 of the Wooldridge Declaration (Dkt. 77-4).

**REQUEST FOR PRODUCTION NO. 54:**

All Communications between Meta and Medstar Health System Regarding the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 55:**

All Communications between Meta and Rush University System for Health Regarding the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 56:**

All Communications between Meta and UK Healthcare Regarding the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 57:**

Communications between Meta and UCLA Health Regarding the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 58:**

All data Meta received via the Meta Pixel on Medstar Health System's Web Properties.

**REQUEST FOR PRODUCTION NO. 59:**

All data Meta received via the Meta Pixel on Rush University System for Health's Web Properties.

**REQUEST FOR PRODUCTION NO. 60:**

All data Meta received via the Facebook Pixel on UK Healthcare's Web Properties.

**REQUEST FOR PRODUCTION NO. 61:**

All data Meta received via the Facebook Pixel on UCLA Health's Web Properties.

**REQUEST FOR PRODUCTION NO. 62:**

All Documents Meta sent to Medstar Health System notifying Medstar Health System that META received potentially sensitive data from Medstar Health System via the Meta Pixel.

/ / /

/ / /

**REQUEST FOR PRODUCTION NO. 63:**

All Documents Meta sent to Rush University System for Health notifying Rush University System for Health that META received potentially sensitive data from Rush University System for Health via the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 64:**

All Documents Meta sent to UK Healthcare notifying UK Healthcare that META received potentially sensitive data from UK Healthcare via the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 65:**

All Documents Meta sent to UCLA Health notifying UCLA Health that META received potentially sensitive data from UCLA Health via the Meta Pixel.

**REQUEST FOR PRODUCTION NO. 66:**

All Documents supporting Your contention that a class cannot be certified in this litigation.

**REQUEST FOR PRODUCTION NO. 67:**

All Documents supporting Facebook's defenses in this litigation.

DATED: February 9, 2023                    By: _____
                                                                Nicole Ramirez

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jennifer Paulson (admitted *pro hac vice*)

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
Eric Kafka (admitted *pro hac vice*)
Claire Torchiana. State Bar No. 330232

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
Amanda M. Steiner, State Bar No. 190047

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Paul R. Kiesel, State Bar No. 119854
Nicole Ramirez, State Bar No. 279017

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
Rosemary M. Rivas, State Bar No. 209147
Hanne Jensen, State Bar No. 336045

**Plaintiffs' Interim Class Counsel**

# EXHIBIT "A"

**EXHIBIT A**

1.    abrazohealth.com

2.    adamshospital.org

3.    adena.org

4.    adventisthealth.org

5.    agnesian.com

6.    aikenregional.com

7.    alaskaregional.com

8.    alomerehealth.com

9.    andersonhospital.org

10.   archbold.org

11.   archildrens.org

12.   arnothealth.org

13.   ascension.org

14.   aspenvalleyhospital.org

15.   atchisonhospital.org

16.   aultman.org

17.   baptisthealth.net

18.   barnesjewish.org

19.   barstowhospital.com

20.   baycare.org

21.   bayfront.com

22.   beebehealthcare.org

23.   bellin.org

24.   bethesdaweb.com

25.   bjc.org

26.   blufftonregional.com

27.   bmc.org

28. bonsecours.com

29. brgeneral.org

30. brighamcityhospital.com

31. bristolhospital.org

32. brookwoodbaptisthealth.com

33. browardhealth.org

34. burnettmedicalcenter.com

35. bvhealthsystem.org

36. carle.org

37. carlsbadmedicalcenter.com

38. carondelet.org

39. carsontahoe.com

40. catholicmedicalcenter.org

41. cayugamed.org

42. centennialpeaks.com

43. centerpointmedical.com

44. centrahealth.com

45. chesapeakeregional.com

46. chihealth.com

47. christianacare.org

48. christianhospital.org

49. chsbuffalo.org

50. clarkmemorial.org

51. clinchvalleyhealth.com

52. coloradoallergy.com

53. commonwealthhealth.net

54. conwayregional.org

55. crestwoodmedcenter.com

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

56. crossroadshospital.com

57. crozerkeystone.org

58. cvmc.org

59. dameronhospital.org

60. davisregional.com

61. dchweb.org

62. dekalbregional.com

63. deltaregional.com

64. desertcarenetwork.com

65. desertspringshospital.com

66. detar.com

67. devereux.org

68. doctorsmanteca.com

69. dukehealth.org

70. eamc.org

71. eirmc.com

72. elih.org

73. emersonhospital.org

74. encompasshealth.com

75. enmmc.com

76. evanstonregionalhospital.com

77. fairfaxhospital.com

78. fanninregionalhospital.com

79. flowershospital.com

80. forrestcitymedicalcenter.com

81. frankfortregional.com

82. fremonthealth.com

83. frisbiehospital.com

3

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

84. fultoncountyhealthcenter.org

85. gadsdenregional.com

86. gatewayregional.net

87. geisinger.org

88. glensfallshospital.org

89. goodsamaritanmc.com

90. gottliebhospital.org

91. gradyhealth.org

92. grandviewhealth.com

93. gshvin.org

94. gunnisonvalleyhealth.org

95. guthrie.org

96. gvh.org

97. gvmc.com

98. gwhospital.com

99. hamiltonhealth.com

100. hartfordhospital.org

101. havasuregional.com

102. hcamidwest.com

103. hcasouthatlantic.com

104. healthiertucson.com

105. healthonecares.com

106. henricodoctors.com

107. hf.org

108. hillsdalehospital.com

109. holycrosshealth.org

110. honorhealth.com

111. hshs.org

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

112.  hurleymc.com

113.  infirmaryhealth.org

114.  integrisok.com

115.  iredellhealth.org

116.  jchealthcare.com

117.  jerseyshoreuniversitymedicalcenter.com

118.  lakehealth.org

119.  lakeregional.com

120.  lancastergeneralhealth.org

121.  lanermc.org

122.  laportehealth.com

123.  lawrencegeneral.org

124.  lcmh.org

125.  leehealth.org

126.  leessummitmedicalcenter.com

127.  lifebridgehealth.org

128.  lkmc.com

129.  lnrmc.com

130.  lonepeakhospital.com

131.  longviewregional.com

132.  losalamitosmedctr.com

133.  losrobleshospital.com

134.  lovelace.com

135.  loyolamedicine.org

136.  lutheranhealth.net

137.  maderahospital.org

138.  massenahospital.org

139.  matsuregional.com

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

140. mcehospital.com

141. mclaren.org

142. mcleodhealth.org

143. medstargeorgetown.org

144. memhosp.com

145. mercyhealth.com

146. mercyiowacity.org

147. merithealthnatchez.com

148. methodisthealthsystem.org

149. mhs.net

150. missouridelta.com

151. mmclc.org

152. moberlyregionalmedicalcenter.com

153. monroeclinic.org

154. mountainviewregional.com

155. mountainwestmc.com

156. mountcarmelhealth.com

157. mountsinai.org

158. mrhcia.com

159. munsonhealthcare.org

160. myomc.org

161. navarrohospital.com

162. nemours.org

163. nermc.com

164. newmilfordhospital.org

165. nnmc.com

166. normanregional.com

167. northshore.org

EXHIBIT A

168.   northside.com

169.   northwesthealth.com

170.   nortonhealthcare.com

171.   nwh.org

172.   ochsner.org

173.   ogh.org

174.   oneidahealthcare.org

175.   orlandohealth.com

176.   oumedicine.com

177.   parklandhealthcenter.org

178.   parklandmedicalcenter.com

179.   parkview.com

180.   pennmedicine.org

181.   pikevillehospital.org

182.   pinnaclepointehospital.com

183.   placentialinda.com

184.   plateauhealth.com

185.   poplarbluffregional.com

186.   portstluciehospitalinc.com

187.   regionalhospital.com

188.   restonhospital.com

189.   rhshc.com

190.   rmccares.org

191.   rockymountainhospitalforchildren.com

192.   rushhealthsystems.org

193.   saintfrancishosp.com

194.   saintmarysregional.com

195.   salemhospital.org

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

196. samaritanhealth.com

197. samc.com

198. sanfordhealth.org

199. sanjuanregional.com

200. schuylerhospital.org

201. seattlecca.org

202. sgmc.org

203. sharp.com

204. signature-healthcare.org

205. sih.net

206. silverhillhospital.org

207. smokeypointbehavioralhospital.com

208. southbaldwinrmc.com

209. southnassau.org

210. sparrow.org

211. sphp.com

212. springvalleyhospital.com

213. ssmhealth.com

214. st-johns.org

215. stclair.org

216. stclarememorial.org

217. stcloudregional.com

218. stelizabeth.com

219. stjoeschipfalls.org

220. stjoeshealth.org

221. stjosephhospital.com

222. stmarkshospital.com

223. stmarysmaine.com

EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

224.   stmgb.org

225.   stnicholashospital.org

226.   stoughtonhospital.com

227.   stvincenthospital.com

228.   stvincenthospital.org

229.   stvincents.org

230.   summahealth.org

231.   sunrisehealthinfo.com

232.   tanner.org

233.   templehealth.org

234.   texomamedicalcenter.net

235.   tfhd.com

236.   thehospitalsofprovidence.com

237.   themedcenter.net

238.   tmcaz.com

239.   tmfhc.org

240.   trioshealth.org

241.   twincitieshospital.com

242.   uhcc.com

243.   uhhospitals.org

244.   uihc.org

245.   umiamihealth.org

246.   universityhealthsystem.com

247.   uvahealth.com

248.   uwhealth.org

249.   vailhealth.org

250.   valleyhealthlink.com

251.   valleyhospital.net

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1   252.   valleypres.org

2   253.   vandiestmc.org

3   254.   virtua.org

4   255.   warmc.com

5   256.   wdhospital.org

6   257.   wellforce.org

7   258.   wesleymc.com

8   259.   westvalleymedctr.com

9   260.   witham.org

10   261.   wjmc.org

11   262.   woodlandheights.net

12   263.   wregional.com

13   264.   wvumedicine.org

14   265.   wyomingmedicalcenter.org

15   266.   acmconline.org

16   267.   adirondackhealth.org

17   268.   ahn.org

18   269.   allinahealth.org

19   270.   altru.org

20   271.   alvaradohospital.com

21   272.   amerymedicalcenter.org

22   273.   andalusiahealth.com

23   274.   anmedhealth.org

24   275.   ashleyregional.com

25   276.   aspirus.org

26   277.   athenslimestonehospital.com

27   278.   atlanticare.org

28   279.   atlanticgeneral.org

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

280. atlantichealth.org

281. auburnhospital.org

282. aurorabaycare.com

283. auxilio.com

284. avhospital.org

285. balladhealth.org

286. bannerhealth.com

287. baptist-health.com

288. baptistfirst.org

289. baptisthealth.com

290. baptisthealthsystem.com

291. baptistjax.com

292. bassett.org

293. baxterregional.org

294. baystatehealth.org

295. bch.org

296. bchmed.org

297. beaumont.org

298. beloithealthsystem.org

299. beltonregionalmedicalcenter.com

300. bensonhospital.org

301. bestcare.org

302. beverlyhospital.org

303. binghammemorial.org

304. blessinghealth.org

305. bluegrass.org

306. bmhsc.org

307. bmhvt.org

EXHIBIT A

308. boone.org

309. boonecohealth.org

310. boonehospital.com

311. bourbonhospital.com

312. bradleyhospital.org

313. brighamandwomens.org

314. brookshospital.org

315. bswhealth.com

316. butler.org

317. cachevalleyhospital.com

318. calvaryhospital.org

319. capefearvalley.com

320. capitalhealth.org

321. capitalmedical.com

322. carilionclinic.org

323. caromonthealth.org

324. cartersvillemedical.com

325. casshealth.org

326. castleviewhospital.net

327. cchwyo.org

328. ccmhia.com

329. cedars-sinai.org

330. centegra.org

331. centinelamed.com

332. centracare.com

333. centralcarolinahosp.com

334. centrastate.com

335. centura.org

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

336. childrenscolorado.org

337. chippenhammed.com

338. chistalexiushealth.org

339. christushealth.org

340. chw.org

341. citizensmemorial.com

342. clarkregional.org

343. cmhc.org

344. cmhospital.com

345. codyregionalhealth.org

346. coffeeregional.org

347. coffeyhealth.org

348. coloradoplainsmedicalcenter.com

349. colquittregional.com

350. communitymed.org

351. communitymedical.org

352. conemaugh.org

353. confluencehealth.org

354. cooperhealth.org

355. coxhealth.com

356. craighospital.org

357. crh.org

358. crhealthcare.org

359. crispregional.org

360. crmc.org

361. crossingrivers.org

362. cullmanregional.com

363. cumberlandhealthcare.com

13

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1    364.    cuyunamed.org

2    365.    cvhospital.org

3    366.    cvhp.org

4    367.    cvmc.com

5    368.    cvmchospital.org

6    369.    danvilleregional.com

7    370.    dartmouth-hitchcock.org

8    371.    davishospital.org

9    372.    deaconess.com

10   373.    dekalbhealth.com

11   374.    denverhealth.org

12   375.    dmc.org

13   376.    dvmc.com

14   377.    eastsidemedical.com

15   378.    echn.org

16   379.    ecrmc.org

17   380.    eehealth.org

18   381.    elcaminohospital.org

19   382.    ellishospital.org

20   383.    erlanger.org

21   384.    excelahealth.org

22   385.    fairview.org

23   386.    fauquierhealth.org

24   387.    fcmc.org

25   388.    firsthealth.org

26   389.    flaglerhospital.org

27   390.    flemingcountyhospital.org

28   391.    floyd.org

EXHIBIT A

392. fmh.org

393. franciscanhealth.org

394. fryemedctr.com

395. georgetowncommunityhospital.com

396. gibsongeneral.com

397. goshenhealth.com

398. gulfportmemorial.com

399. gwinnettmedicalcenter.org

400. hackensackmeridianhealth.org

401. hammondhenry.com

402. harbinclinic.com

403. harringtonhospital.org

404. hawaiipacifichealth.org

405. haywardmemorialhospital.com

406. hchin.org

407. helenhayeshospital.org

408. hendrickhealth.org

409. hendryregional.org

410. hennepinhealthcare.org

411. henrycountyhospital.org

412. hgbhealth.com

413. hillcountrymemorial.org

414. hmh.net

415. hoag.org

416. holyname.org

417. holyokehealth.com

418. hospitalhillkc.org

419. houstonmethodist.org

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | | |
|---|---|---|
| 1 | 420. | hudsonhospital.org |
| 2 | 421. | hunterdonhealthcare.org |
| 3 | 422. | huntingtonhospital.org |
| 4 | 423. | huntsvillehospital.org |
| 5 | 424. | hutchhealth.com |
| 6 | 425. | inova.org |
| 7 | 426. | intermountainhealthcare.org |
| 8 | 427. | islandhospital.org |
| 9 | 428. | jacksonhealth.org |
| 10 | 429. | jacksonhosp.com |
| 11 | 430. | jacksonpurchase.com |
| 12 | 431. | jeffersonhealthcare.org |
| 13 | 432. | jfkmc.org |
| 14 | 433. | johnrandolphmedicalcenter.com |
| 15 | 434. | johnsonmemorial.org |
| 16 | 435. | johnstonwillismed.com |
| 17 | 436. | jordanvalleymc.org |
| 18 | 437. | jordanwestvalley.org |
| 19 | 438. | jrmc.org |
| 20 | 439. | jupitermed.com |
| 21 | 440. | kansashealthsystem.com |
| 22 | 441. | kaweahdelta.org |
| 23 | 442. | kch.org |
| 24 | 443. | kennedyhealth.org |
| 25 | 444. | kenthospital.org |
| 26 | 445. | kindredhealthcare.com |
| 27 | 446. | kingsdaughtershealth.com |
| 28 | 447. | kirbyhealth.org |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

448.   ksbhospital.com

449.   lafayettegeneral.com

450.   lakeviewhealth.org

451.   lakeviewhospital.com

452.   lakeviewmedical.com

453.   lcmh.com

454.   leesburgregional.org

455.   lewisgale.com

456.   lexingtonregional.org

457.   libertyhospital.org

458.   licommunityhospital.org

459.   lifespan.org

460.   loganmemorial.com

461.   loganregionalmedicalcenter.com

462.   lorettohospital.org

463.   losalamosmedicalcenter.com

464.   madisonhealth.com

465.   mainehealth.org

466.   mammothhospital.org

467.   maringeneral.org

468.   marshallmedical.org

469.   marylanning.org

470.   maryrutan.org

471.   marywashingtonhealthcare.com

472.   matheny.org

473.   mcmh.org

474.   mdh.org

475.   mdmh.org

17

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

476.  meadowshealth.com

477.  meadowviewregional.com

478.  medstarhealth.org

479.  medstarnrh.org

480.  medstarwashington.org

481.  melrosewakefield.org

482.  memorialcare.org

483.  memorialhermann.org

484.  memorialmedcenter.org

485.  memorialregionalhealth.com

486.  mercy.com

487.  mercycares.com

488.  mercydesmoines.org

489.  mercyhealthsystem.org

490.  mercyone.org

491.  methodisthealth.org

492.  methodisthospital.org

493.  methodisthospitals.org

494.  mhri.org

495.  miamivalleyhospital.org

496.  middlesexhealth.org

497.  milebluff.com

498.  mindenmedicalcenter.com

499.  missionhealth.org

500.  mmcenters.com

501.  mmhealth.org

502.  montefiore.org

503.  monvalleyhospital.com

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

504. mountainpointmedicalcenter.org

505. muhealth.org

506. multicare.org

507. mvhpayson.com

508. mwmc.com

509. myharnetthealth.org

510. mylivingstonhospital.com

511. mymhp.org

512. mymosaiclifecare.org

513. mystfrancis.com

514. nationaljewish.org

515. nationalparkmedical.com

516. nchmd.org

517. nebh.org

518. nebraskamed.com

519. nfmmc.org

520. nghs.com

521. nih.org

522. nkch.org

523. nm.org

524. nnrhospital.com

525. northbay.org

526. northfieldhospital.org

527. northmemorial.com

528. northoaks.org

529. northvistahospital.com

530. northwesternmedicalcenter.org

531. nyp.org

EXHIBIT A

| | |
|---|---|
| 532. | oaklawnhospital.org |
| 533. | och.org |
| 534. | ogdenregional.com |
| 535. | ohiohealth.com |
| 536. | ohiovalleyhospital.org |
| 537. | ohow.com |
| 538. | oloah.org |
| 539. | osfhealthcare.org |
| 540. | overlakehospital.org |
| 541. | parhamdoctors.com |
| 542. | parknicollet.com |
| 543. | parkviewregional.com |
| 544. | parrishhealthcare.com |
| 545. | pbhrmc.com |
| 546. | peacehealth.org |
| 547. | pennstatehealth.org |
| 548. | phelpsmemorial.com |
| 549. | phoenixchildrens.org |
| 550. | piedmont.org |
| 551. | pinnaclehealth.org |
| 552. | portsmouthhospital.com |
| 553. | postacutemedical.com |
| 554. | primehealthcare.com |
| 555. | promedica.org |
| 556. | providencemedical.com |
| 557. | prowersmedical.com |
| 558. | queens.org |
| 559. | raleighgeneral.com |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

560. researchmedicalcenter.com

561. retreatdoctors.com

562. riverwoodhealthcare.org

563. rogersbh.org

564. rookscountyhealthcenter.com

565. roxboroughmemorial.com

566. rrh.org

567. ruskhospital.org

568. sagewesthealthcare.com

569. saintalphonsus.org

570. saintanneshospital.org

571. saintclares.com

572. saintfrancis.com

573. saintmarysreno.com

574. saltlakeregional.org

575. samaritanhealthcare.com

576. sanjuancapestrano.com

577. saukprairiehealthcare.org

578. scottmemorial.com

579. scrmc.org

580. searhc.org

581. seattlechildrens.org

582. sentara.com

583. shastaregional.com

584. sheridanhospital.org

585. sitkamedical.com

586. sjrmc.org

587. skagitregionalhealth.org

EXHIBIT A

588. slhduluth.com

589. smc.health

590. smhfranklin.com

591. smphs.org

592. southcoast.org

593. southerntennessee.com

594. sphealth.org

595. spotsrmc.com

596. springviewhospital.com

597. srmconline.com

598. ssepr.com

599. staloisius.com

600. stdom.com

601. stfrancishealthcare.org

602. stjosephkc.com

603. stlukes-stl.com

604. stmaryskc.com

605. stvincentcharity.com

606. summithealth.org

607. sunhealth.org

608. svmh.com

609. svrmc.com

610. sweetwatermemorial.com

611. swhealth.org

612. tcrh.org

613. tetonhospital.org

614. texashealth.org

615. tgh.org

EXHIBIT A

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

616.  tgmc.com

617.  thayercountyhealth.com

618.  thedacare.org

619.  theouterbankshospital.com

620.  thibodaux.com

621.  thocc.org

622.  thompsonhealth.com

623.  tiftregional.com

624.  timphospital.com

625.  tmh.org

626.  touchette.org

627.  towerhealth.org

628.  trihealth.com

629.  trinityhealthofne.org

630.  tuality.org

631.  uamshealth.com

632.  uhsinc.com

633.  umassmemorialhealthcare.org

634.  umms.org

635.  unitypoint.org

636.  upmc.com

637.  uvmhealth.org

638.  uwmedicine.org

639.  valleyhealth.com

640.  vaughanregional.com

641.  vvh.org

642.  wabashgeneral.com

643.  watertownregional.com

23

644. wcahospital.org

645. wcch.org

646. wellspan.org

647. wellstar.org

648. westerlyhospital.org

649. westfieldshospital.com

650. wheelinghospital.org

651. whhs.com

652. winstonmedical.org

653. wkhs.com

654. wmhs.com

655. wmmc.com

656. woodcountyhospital.org

657. woosterhospital.org

658. wphospital.org

659. wrhs.com

660. wth.org

661. wwhealth.org

662. ynhh.org

663. yorkhospital.com

664. yumaregional.org

EXHIBIT A

**<u>PROOF OF SERVICE</u>**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 8648 Wilshire Boulevard, Beverly Hills, CA 90211-2910.

On February 9, 2023, I served true copies of the following document(s) described as **PLAINTIFFS' REQUESTS FOR PRODUCTION TO DEFENDANT META PLATFORMS, INC., SET ONE**  on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Kiesel Law LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Beverly Hills, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address jmendez@kiesel.law to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2023, at Beverly Hills, California.

Jessica Mendez

1

## SERVICE LIST

2   Michael G. Rhodes                 Attorneys for Defendant
    Kyle C. Wong                     META PLATFORMS, INC.

3   Caroline A. Lebel
    **COOLEY LLP**

4   3 Embarcadero Center, 20th Floor
    San Francisco, CA 94111-4004

5   rhodesmg@cooley.com
    kwong@cooley.com

6   clebel@cooley.com

7   Lauren R. Goldman
    **GIBSON, DUNN & CRUTCHER LLP**

8   200 Park Avenue
    New York, NY 10166-0193

9   lgoldman@gibsondunn.com

10   Elizabeth K. McCloskey
    Abigail A. Barrera

11   **GIBSON, DUNN & CRUTCHER LLP**
    555 Mission Street, Suite 3000

12   San Francisco, CA 94105
    emccloskey@gibsondunn.com

13   abarrera@gibsondunn.com

14   Andrew M. Kasabian
    **GIBSON, DUNN & CRUTCHER LLP**

15   333 South Grand Avenue
    Los Angeles, CA 90071

16   akasabian@gibsondunn.com

17

18

19

20

21

22

23

24

25

26

27

28