# Exhibit 3

# **<u>FILED UNDER SEAL</u>**