sophieUNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 16, 2023 | **Time:** 24 minutes 2:19 p.m. to 2:43 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |
| **Case No.:** 23-cv-00059-WHO | **Case Name:** Doe v. Hey Favor, Inc. | |

**Case No.: 22cv3580-WHO**
**Attorneys for Plaintiffs:**   Jay Barnes and Geoffrey Graber
**Attorneys for Defendant:**   Lauren R. Goldman and Elizabeth McCloskey

**Case No.: 23cv59-WHO:**
**Attorneys for Plaintiff:**   Amanda G. Fiorilla,
**Attorneys for FullStory:**   Cortlin H. Lannin,
**Attorneys for Meta:**   Elizabeth McCloskey and Lauren R. Goldman
**Attorneys for TikTok:**   Sophie Mancall-Bitel and Tony Weibell

**Deputy Clerk:** Jean Davis              **Court Reporter:** Elaine Cropper

## PROCEEDINGS

Case Management Conference conducted via videoconference.

### Case No.: 23cv59-WHO

The pending severance motion is discussed. Plaintiffs' counsel in the Meta Platforms matter wish to brief the matter further. Any additional briefing in support of the motion to sever should be submitted by Thursday, May 18, 2023; further briefing in opposition may be submitted by Monday, May 22, 2023. The Court will rule thereafter.

A stay in the Hey Favor matter as result of Hey Favor's bankruptcy is discussed. For the time being, that matter is stayed. Plaintiffs may file a motion to lift the stay at their convenience, addressing the merits and impacts on efficiency of litigating the case in federal court while the Chapter 11 proceeding is pending in bankruptcy court.

### Case No.: 22cv3580-WHO

The fact discovery deadline and schedule for class certification briefing are adopted. In advance of the next Case Management Conference, counsel should collaborate to set the remaining litigation deadlines through a 2025 trial.

**Fact discovery cutoff:** March 13, 2024

**Class Certification Schedule:**
**Motion:** April 25, 2024
**Opposition:** July 8, 2024
**Reply:** August 12, 2024
**Hearing:** September 4, 2024, at 2:00 p.m.

**Further Case Management Conference for Case No. 22-3580 is set for July 18, 2023, at 2:00 p.m.**