UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE MAY 17, 2023 DISCOVERY DISPUTE RE PLAINTIFFS' REQUESTS FOR PRODUCTION NOS. 5-7**<br><br>Re: Dkt. No. 247 |
|---|---|

The parties represent that Meta has agreed to produce documents responsive to plaintiffs' Requests for Production Nos. 5-7. Dkt. No. 247. They dispute the timing of Meta's responsive production. The Court orders Meta to produce the documents responsive to this request **by June 30, 2023**.

**IT IS SO ORDERED.**

Dated: June 13, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge