Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

*Attorneys for Plaintiffs and Putative Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO** |
| This Document Relates To:<br><br>All Actions | <u>CLASS ACTION</u><br><br>**DECLARATION OF ERIC KAFKA IN OPPOSITION TO ADMINISTRATIVE MOTION TO EXTEND DEADLINES FOR META TO DISCLOSE ESI SOURCES AND SEARCH TERMS** |

I, Eric Kafka, declare as follows:

1. I am a member in good standing of the State Bar of New York and am admitted to practice before this Court *pro hac vice*. I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC and counsel for Plaintiffs in the above-captioned action. I make this declaration in opposition to Meta's Administrative Motion Seeks to Extend Deadlines to Disclose ESI Sources and Search Terms. I have personal knowledge of the facts contained herein and if called as a witness would and could testify competently thereto.

2. To date, Meta has produced 22 pages of documents and has not proposed any search terms for searching its documents.

3. On February 9, 2023, Plaintiffs served their First Set of Requests for Production.

4. On March 13, 2023, Meta served its written responses and objections to Plaintiffs' First Set of Requests for Production.

5. On May 23, 2023, Plaintiffs served 121 additional requests for production. Many of these requests seek documents that should be located by Meta without using search terms or custodians.

6. During a May 31, 2023 meet-and-confer on a separate topic, Meta asked if Plaintiffs would agree to an extension for Meta to disclose data sources, custodians, and search terms. I asked that Meta put its request in writing.

7. On June 5, 2023, the parties met-and-conferred regarding the intervals for negotiating data sources, custodians, and search terms.

8. At Meta's request, Plaintiffs agreed to add four additional business days to negotiate regarding data sources, custodians, and search terms to the parties' ESI Protocol, so that the parties will negotiate for 19 business days (5 business days for Plaintiffs to provide alternative or additional data sources, custodians, and search terms, and 14 business days to negotiate after Plaintiffs' proposal).

9. On June 9, 2023, Meta requested an additional 39-day extension to disclose custodians and non-custodial data sources.

10. On June 14, 2023, I e-mailed Meta that Plaintiffs would agree to a 7-day extension for Meta to disclose custodians, non-custodial data sources, and search terms.

11. On June 15, 2023, I e-mailed Meta to offer to meet-and-confer to continue to discuss Meta's request for an extension.

12. On June 16, 2023 at 4:58 p.m. ET, Meta informed Plaintiffs that it "has already identified custodial and non-custodial ESI sources with respect to plaintiffs' first set of RFPs in compliance with the Court's order," making no mention of the order at ECF No. 274.

13. In that same June 16 e-mail, Meta informed Plaintiffs for the first time that it intended to file a unilateral motion to extend the deadlines.

14. In that same June 16 e-mail, Meta did not propose times to meet-and-confer or substantively engage with the Plaintiffs.

Executed at New York, New York on the 20th of June 2023.

*/s/ Eric Kafka*__________________

Eric Kafka