| | |
|---|---|
| 1 | Paul R. Kiesel, State Bar No. 119854 |
|   | *kiesel@kiesel.law* |
| 2 | Jeffrey A. Koncius, State Bar No. 189803 |
|   | *koncius@kiesel.law* |
| 3 | Nicole Ramirez, State Bar No. 279017 |
|   | *ramirez@kiesel.law* |
| 4 | Mahnam Ghorbani, State Bar No. 345360 |
|   | *ghorbani@kiesel.law* |
| 5 | **KIESEL LAW LLP** |
|   | 8648 Wilshire Boulevard |
| 6 | Beverly Hills, CA 90211-2910 |
|   | Tel: 310-854-4444 |
| 7 | Fax: 310-854-0812 |
| 8 | *Attorneys for Plaintiffs* |
|   | JOHN DOE, JANE DOE I, JANE DOE II, and |
| 9 | JOHN DOE II, on behalf of themselves and all |
|   | others similarly situated |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO** |
| This Document Relates To: | <u>**CLASS ACTION**</u> |
| *Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-03580-WHO | **NOTICE OF APPEARANCE OF MAHNAM GHORBANI** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mahnam Ghorbani of Kiesel Law LLP hereby appears as counsel for Plaintiffs in the above-captioned action. She is admitted to practice in the State of California and before this Court. Please direct any communications to the following address:

Mahnam Ghorbani, State Bar No. 345360

*ghorbani@kiesel.law*

**KIESEL LAW LLP**

8648 Wilshire Boulevard

Beverly Hills, California 90211-2910

Tel:   310-854-4444

Fax:   310-854-0812

DATED: June 29, 2023            **KIESEL LAW LLP**

By:   */s/ Mahnam Ghorbani*
Paul R. Kiesel
Jeffrey A. Koncius
Nicole Ramirez
Mahnam Ghorbani

Attorneys for Plaintiffs
JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, on behalf of themselves and all others similarly situated