| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 351-4000<br>Facsimile:  (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY (SBN 268184)<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA (SBN 301746)<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>rhodesmg@cooley.com<br>KYLE C. WONG (SBN 224021)<br>kwong@cooley.com<br>CAROLINE A. LEBEL (SBN 340067)<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br>*(formerly known as Facebook, Inc.)* | GEOFFREY GRABER (SBN 211547)<br>ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br><br>*Additional Attorneys in Signature Block*<br><br>*Co-Lead Counsel for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date: July 18, 2023<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Plaintiffs John Doe I, John Doe II, Jane Doe I, Jane Doe II, and Jane Doe III ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference scheduled in the above-captioned case for July 18, 2023 at 2:00 P.M. before the Honorable William H. Orrick, in Courtroom 2, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102.

The parties previously submitted a Joint Rule 26(f) report on September 28, 2022 and case management statements on January 10, 2023, March, 7, 2023, and May 9, 2023. Dkts. 66, 167, 191, 234.

**1. PENDING MOTIONS**

On May 8, 2023, Meta filed its motion to dismiss Plaintiffs' Consolidated Class Action Complaint. Plaintiffs filed their opposition to the motion on June 12, 2023. Meta's reply is due on July 17, 2023. The hearing on the Motion to Dismiss is set for August 16, 2023. Dkt. 195.

**2. UPDATE ON DISCOVERY STATUS**

*Plaintiffs' Statement:*

Plaintiffs appreciate the professionalism that Meta's counsel has displayed during the parties' discovery meet-and-confers but remain concerned about the pace of discovery given existing discovery deadlines. To date, Meta has only produced 176 pages of documents.

On June 30, Meta proposed custodians and data sources. Meta's proposal failed to include senior employees and other obvious sources of data. Meta's deadline to propose search terms is July 12, 2023. Based on the ESI protocol for this matter, the parties have a deadline of July 28, 2023 to negotiate Meta's custodians and data sources, and a deadline of August 8, 2023 to negotiate Meta's search terms. ECF No. 269 at 3-4.

Plaintiffs will continue to work diligently to move discovery forward but remain concerned regarding the current pace of discovery.

*Meta's Statement:*

Meta has begun rolling productions of documents in response to the initial set of 67 Requests for Production served by Plaintiffs. On May 23, 2023, Plaintiffs served an additional 121 Requests for Production spanning 95 pages. The parties continue to engage in frequent and extensive meet and confer discussions regarding Plaintiffs' discovery requests. Meta disagrees with Plaintiffs' characterization of Meta's discovery disclosures in this Statement and will address them before Judge DeMarchi as necessary and appropriate, after the parties have met and conferred on these issues.

On May 23, 2023, Judge DeMarchi held a discovery conference with the parties in this action, the parties in *In re Meta Pixel Tax Filing Cases*, Case No. 3:22-cv-7557-SI (VKD), and the parties in *Gershzon v. Meta*, Case No. 3:23-cv-00083-SI (VKD), which addressed the ESI Protocol, limited discovery coordination across the matters, and interim discovery deadlines.

Following that conference, on May 25, 2023, Judge DeMarchi issued a Discovery Scheduling Order (Dkt. 261) setting forth, among other things, interim discovery deadlines. On June 21, 2023, Judge DeMarchi revised the interim discovery deadlines as reflected below (Dkt. 281):

| Event | Deadline |
| --- | --- |
| Producing party discloses custodial and non-custodial ESI data sources, per ESI Protocol | June 30, 2023 |
| If using search terms, producing party discloses search terms, per ESI Protocol | July 12, 2023 |
| Parties exchange first interim privilege logs | September 1, 2023 |
| Parties exchange second interim privilege logs | December 1, 2023 |
| Parties substantially complete document production | December 22, 2023 |
| Parties exchange final privilege logs | February 2, 2024 |

Judge DeMarchi has also issued a Protective Order and ESI Protocol. Dkts. 242, 269. In addition, to date, Judge DeMarchi has ruled on five separate discovery disputes briefed by the parties. *See* Dkts. 274-278.

Meta continues to work diligently to address the extensive document requests served by Plaintiffs in this litigation.

3. **SCHEDULE**

At the May 16, 2023 case management conference, the Court set a March 13, 2024 fact discovery cut-off.

In the parties' May 9, 2023 case management statement, the parties presented competing schedules. Under Plaintiffs' proposed schedule, the parties would have had one round of expert reports. Under Meta's proposed schedule, the parties will submit two rounds of expert reports, the first of which will be submitted alongside class certification briefing. Plaintiffs appreciate the court's guidance that the parties should submit two rounds of expert reports (with the first round of expert reports to be submitted along with class certification briefing), and the parties have modified the proposed schedule accordingly. The Court also entered the following class certification schedule:

*Motion*: April 25, 2024

*Opposition*: July 8, 2024

*Reply*: August 12, 2024

*Hearing*: September 4, 2024 at 2:00 p.m.

ECF No. 251. Under this schedule, Meta will have 74 days to prepare its opposition to class certification and Plaintiffs' expert reports, while Plaintiffs have 35 days to reply to both. To follow the Court's guidance, under the proposed schedule, Plaintiffs submit their reply in support of class certification and expert reply reports simultaneously. Plaintiffs respectfully request a September 6, 2024 deadline for their class certification reply brief and expert reply reports, which provides Plaintiffs with 60 days (instead of 35 days) for both. Meta does not take a position on Plaintiffs' request to amend the current class certification briefing schedule and defers to the Court.

The parties have conferred and jointly propose the schedule below:

| Event | Proposed schedule |
|---|---|
| Deadline to Amend Consolidated Complaint | 30 days after Motion to Dismiss is decided |
| Deadline for First Settlement Conference | Monday, November 13, 2023 |
| Close of Fact Discovery | Wednesday, March 13, 2024 |
| Motion for Class Certification (and Plaintiffs' class expert reports) | Thursday, April 25, 2024 |
| Opposition to Class Certification (and Meta's class expert reports) | Monday, July 8, 2024 |

| **Event** | **Proposed schedule** |
|---|---|
| Reply in Support of Class Certification (and Plaintiffs' class expert reply reports) | Friday, September 6, 2024 |
| Hearing on Class Certification Motion | Wednesday, October 9, 2024 |
| Opening Expert Reports (merits and non-class) | Wednesday, January 15, 2025 |
| Rebuttal Expert Reports (merits and non-class) | Monday, March 10, 2025 |
| Reply Expert Reports (merits and non-class) | Wednesday, April 9, 2025 |
| Expert Discovery Deadline | Friday, May 9, 2025 |
| Dispositive and Daubert Motions Shall be Filed | Friday, May 30, 2025 |
| Oppositions to Dispositive and Daubert Motions Shall be Filed | Friday, July 11, 2025 |
| Reply to Dispositive and Daubert Motions Shall be Filed | Monday, August 11, 2025 |
| Pre-Trial Conference | Monday, September 29, 2025 |
| Trial | Monday, December 1, 2025 |

**4.  AMENDMENT OF PLEADINGS**

The parties agree to set a deadline of 30 days following a decision on the motion to dismiss for Plaintiffs to amend their pleadings.

**5.  RELATED CASES**

Twelve cases have already been related by order of this Court: (1) *John Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-03580 (N.D. Cal. June 17, 2022); (2) *Jane Doe v. Meta Platforms, Inc. et al.*, Case No. 3:22-cv-04293 (N.D. Cal. July 25, 2022); (3) *Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-04680 (N.D. Cal. Aug. 15, 2022); (4) *Jane Doe v. Meta Platforms, Inc.*, Case No. 3:22-cv-04963 (N.D. Cal. Aug. 30, 2022); (5) *Krackenberger v. Northwestern Memorial Hospital, et al.*, Case No. 3:22-cv-06020 (N.D. Cal. Aug. 10, 2022); (6) *Smidga v. Meta Platforms, Inc., et al.*, Case No. 3:22-cv-05753 (N.D. Cal Aug. 25, 2022); (7) *Naugle, et al. v. Meta Platforms, Inc., et al.*, Case No. 3:22-cv-9200 (N.D. Cal. Sept. 1, 2022); (8) *C.C. v. Meta Platforms, Inc. et. al.*, Case No. 3:22-cv-09199 (N.D. Cal. Oct. 6, 2022); (9) *Doe, et al v. Meta Platforms, Inc.*, No. 3:22-cv-06665 (N.D. Cal. Oct. 28, 2022); (10) *Murphy v. Meta Platforms, Inc.*, No. 3:23-cv-899 (N.D. Cal. Nov. 22, 2022), (11) *Smart v. Main Line Health*, Case No. 3:23-cv-000528 (N.D. Cal. Dec. 30, 2022), and (12) *Stewart v. Advocate Aurora Health, Inc., et al.*, Case No. 3:23-cv-00900 (N.D. Cal. October 28, 2022).

**6.      NEXT CASE MANAGEMENT CONFERENCE**

Plaintiffs respectfully request that the Court hold another case management conference on September 19, 2023.

Dated: July 11, 2023                    **GIBSON, DUNN & CRUTCHER LLP**

                                        By:  /s/ Lauren Goldman
                                             Lauren Goldman

                                        **COOLEY LLP**

                                        By:  /s/ Michael G. Rhodes
                                             Michael G. Rhodes

                                        *Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

Dated: July 11, 2023                    By:  /s/ Jason 'Jay' Barnes
                                             Jason 'Jay' Barnes

                                        **SIMMONS HANLY CONROY LLC**

                                        Jason 'Jay' Barnes (admitted *pro hac vice*)
                                          jaybarnes@simmonsfirm.com
                                        112 Madison Avenue, 7th Floor
                                        New York, NY 10016
                                        Tel:    212-784-6400
                                        Fax:    212-213-5949

                                        By:  /s/ Geoffrey Graber
                                             Geoffrey Graber

                                        **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                        Geoffrey Graber, State Bar No. 211547
                                          ggraber@cohenmilstein.com
                                        1100 New York Avenue NW, Fifth Floor
                                        Washington, DC 20005
                                        Tel:    202-408-4600
                                        Fax:    202-408-4699

                                        **KIESEL LAW LLP**
                                        Jeffrey A. Koncius, State Bar No. 189803
                                          koncius@kiesel.law
                                        8648 Wilshire Boulevard
                                        Beverly Hills, CA 90211
                                        Tel:    310-854-4444
                                        Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiff*

## CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 11, 2023                         By:     */s/ Lauren Goldman*