UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SANTORO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS INC., <br><br> Defendant. | Case No. 23-cv-03483-JCS <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to 22-cv-03580 WHO.

**IT IS SO ORDERED.**

Dated: July 18, 2023

JOSEPH C. SPERO
United States Magistrate Judge