# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** July 18, 2023 | **Time:** 4 minutes<br>2:08 p.m. to 2:12 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO | **Case Name:** Doe v. Meta Platforms, Inc. | |

**Attorneys for Plaintiffs:** Geoffrey Graber, Jay Barnes, and Jeffrey A. Koncius,
**Attorneys for Defendants:** Lauren R. Goldman and Elizabeth K. McCloskey

**Deputy Clerk:** Jean Davis           **Court Reporter:** Susan Zielie

## PROCEEDINGS

Case Management Conference conducted via videoconference. The parties' schedule will be adopted as proposed, including the dates below. The request to extend the reply on class certification is granted.

**Further Case Management Conference set for September 19, 2023, at 2:00 p.m.**
(Case Management Statement due September 12, 2023.)

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **March 13, 2024** |
| **Motion for Class Certification filed:** | **April 25, 2024** |
| **Hearing on Class Certification:** | **October 9, 2024** |
| **Opening Expert Reports** | **January 15, 2025** |
| **Expert discovery cutoff:** | **May 9, 2025** |
| **Dispositive Motions heard by:** | **August 27, 2025** |
| **Pretrial Conference:** | **September 29, 2025, at 2:00 p.m.** |
| **Trial by jury:** | **December 1, 2025, at 8:30 a.m.** |