| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:   (415) 393-4622<br>Facsimile:   (415) 801-7389<br><br>TRENTON J. VAN OSS (*pro hac vice*)<br>tvanoss@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:   (202) 955-8500<br>Facsimile:   (202) 467-0539<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br><br>*Additional Attorneys in Signature Block* | GEOFFREY GRABER (SBN 211547)<br>ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br><br>*Co-Lead Counsel for Plaintiffs and the Proposed Class*<br><br>*Additional Attorneys in Signature Block* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO (VKD)<br><br><u>PUTATIVE CLASS ACTION</u><br><br>**STIPULATED ADDENDUM TO PROTECTIVE ORDER AND [PROPOSED] ORDER**<br><br>Action Filed:  June 17, 2022<br><br>Honorable Judge Virginia K. DeMarchi<br>Re:  Dkt. No. 290 |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendant Meta Platforms, Inc. (together, "the Parties") by and through their respective counsel of record, respectfully submit this stipulated addendum to the Protective Order and [Proposed] Order.

WHEREAS, on May 5, 2023, the Parties submitted for the Court's approval two competing versions of a protective order to be entered in this action (Dkt. 231);

WHEREAS, the Parties agreed that they would "submit an addendum regarding the process by which handwritten [Source Code] notes are transmitted to the secure eDiscovery/litigation support site," as discussed in Section 8 of the Parties' proposed protective orders (Dkt. 231-1 at 28 n.1; Dkt. 231-2 at 27 n.1);

WHEREAS, on May 16, 2023, the Court entered a Protective Order (Dkt. 242); and

WHEREAS, the Parties have now agreed on the process by which handwritten Source Code notes may be securely transmitted to a secure eDiscovery/litigation support site, and the Parties now wish to submit a stipulated addendum to the Protective Order on this topic;

NOW THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, that the following provisions will be added to the Protective Order to govern the process by which handwritten Source Code notes may be securely transmitted to a secure eDiscovery/litigation support site. The Parties incorporate by reference all terms as defined in the Protective Order.

**Section 8(k)**   Any handwritten Source Code notes may be stored with a secure eDiscovery/litigation support site authorized to receive Disclosure or Discovery Material designated "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to section 7.5(e) after the eDiscovery vendor and its personnel sign the "Acknowledgement and Agreement to Be Bound" (Exhibit A) in order to allow for such notes to be viewed by the Receiving Party's Outside Counsel and/or Experts qualified under Section 7.5(b) of this Order. To transmit handwritten Source Code notes to the authorized eDiscovery/litigation support site, the author of the handwritten Source Code notes may create a single digital copy of the Source Code notes by digitally scanning them using a secure methodology. This single digital copy of the handwritten Source Code notes shall be designated as and labeled "HIGHLY CONFIDENTIAL – SOURCE CODE." Before being transmitted to the

eDiscovery/litigation support site by the author of the handwritten Source Code notes, the electronic Source Code notes file must be password protected.  The author's transmission of any and all Source Code notes—including the single digital copy of handwritten Source Code notes—to the eDiscovery/litigation support site shall be via a secure, password-protected SFTP transmission that aligns with standard industry practices regarding data security, and the transmission via SFTP shall not include any other recipients.  Once the eDiscovery/litigation support site vendor confirms receipt of the digital version of the handwritten Source Code notes, the author of the handwritten Source Code notes must promptly and pJermanently delete (1) the digital copy of the handwritten notes from the SFTP platform, and (2) the digital copy of the handwritten notes in their possession.

Access to such handwritten Source Code notes via the secure eDiscovery/litigation support site will be restricted to the Receiving Party's Outside Counsel and/or Experts qualified under Section 7.5(b) of the Protective Order, and functions allowing for duplication of such notes, including but not limited to printing, emailing, downloading, and saving, will be disabled.  The Receiving Party is otherwise prohibited from creating any copies (physical or electronic) or images of handwritten Source Code notes.

| | |
|---|---|
| DATED: August 4, 2023 | DATED: August 4, 2023 |
| By: /s/ *Nicole Ramirez* | By: /s/ *Lauren R. Goldman* |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Meta Platforms, Inc.* |

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
Nicole Ramirez, State Bar No. 279017
  ramirez@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

TRENTON J. VAN OSS (*pro hac vice*)
tvanoss@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:   (202) 955-8500
Facsimile:   (202) 467-0539

**COOLEY LLP**
MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 4, 2023                         By:     */s/ Lauren R. Goldman*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___August 7___, 2023

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge