UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**INTERIM ORDER RE AUGUST 11, 2023 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 293 |

As discussed at the August 22, 2023 discovery hearing, by **August 25, 2023**, Meta shall file a supplemental statement providing the following information:

1. Meta shall provide the Court with the plaintiffs' interrogator(ies) and Meta's response(s), which Meta referred to during the August 22 hearing, that identify the titles and/or roles of individuals with relevant and responsive decisionmaking responsibility. In addition, Meta shall indicate which of these individuals are also among Meta's 30 proposed custodians.

2. Separately, Meta shall identify the individuals among its 30 proposed custodians who are likely to have documents reflecting decisionmaking relevant to plaintiffs' allegations in their consolidated class action complaint (Dkt. No. 185), including but not limited to the matters described in paragraphs 226-244 of the complaint. The Court envisions that Meta's identification will provide a level of detail similar to that provided in Meta's respons(es) to the interrogator(ies) described above.

Meta's supplemental submission shall not contain additional briefing or argument. Unless otherwise ordered by the Court, no further briefing will be permitted with respect to the parties'

///

///

August 11, 2023 discovery dispute.

**IT IS SO ORDERED.**

Dated: August 22, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge