GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071 USA
Telephone: (213) 229-7311
Facsimile: (213) 229-6311

COOLEY LLP
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO<br><br>**[~~PROPOSED~~] ORDER**<br><br>CLASS ACTION |

On August 22, 2023, Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") filed a Joint Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rules 3-12 and 7-11 and this Court's October 12, 2022 Order. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

The Court finds that *Hartley v. Meta Platforms, Inc.*, Case No. 3:23-cv-03620-WHO, is related to the above-captioned matter. Per Dkt. No. 73, Case No. 23-cv-3620 shall be consolidated into this action unless a party objects to consolidation within fourteen days of the related case order.

Dated: August 23, 2023

Hon. William H. Orrick
United States District Judge