| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY (SBN 268184)<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA (SBN 301746)<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>rhodesmg@cooley.com<br>KYLE C. WONG (SBN 224021)<br>kwong@cooley.com<br>CAROLINE A. LEBEL (SBN 340067)<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant Meta Platforms, Inc.<br>(formerly known as Facebook, Inc.)* | GEOFFREY GRABER (SBN 211547)<br>ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br><br>*Additional Attorneys in Signature Block*<br><br>*Co-Lead Counsel for Plaintiffs and the<br>Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date: September 19, 2023<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Plaintiffs John Doe I, John Doe II, Jane Doe I, Jane Doe II, and Jane Doe III ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference scheduled in the above-captioned case for September 19, 2023 at 2:00 P.M. before the Honorable William H. Orrick, in Courtroom 2, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102.

The parties previously submitted a Joint Rule 26(f) report on September 28, 2022 and case management statements on January 10, 2023, March, 7, 2023, May 9, 2023, and July 11, 2023. Dkts. 66, 167, 191, 234, 283.

**1. UPDATE ON DISCOVERY STATUS**

*Plaintiffs' Statement:*

Six months into discovery, Meta has produced less than 400 pages of documents. Plaintiffs have been diligent in pursuing discovery: Plaintiffs have followed up regarding their discovery requests in over 50 letters to Meta, resulting in the parties briefing 10 discovery disputes before Judge DeMarchi, and holding 3 discovery conferences. Regrettably, the parties will need to seek an extension of the fact discovery deadline, which is set for March 13, 2024.

To move the case forward, it is imperative that Meta commence with meaningful document productions without further delay.

*Meta's Statement:*

Plaintiffs issued RFPs on February 9, 2023 (first set of RFPs), May 23, 2023 (second, third, fourth, fifth, and sixth sets of RFPs), and July 18, 2023 (seventh set of RFPs) and interrogatories on February 9, for a total of 191 RFPs and 5 interrogatories spanning 158 pages.  Meta has been working diligently to respond to the broad and complex written discovery that plaintiffs have served on Meta to date, as well as their voluminous discovery-related correspondence.  Meta will continue the significant work to locate, review, and produce information responsive to plaintiffs' requests (as narrowed through the parties' good faith negotiations), to the extent that information is relevant to the issues in dispute.

Meta has successfully reached agreement with plaintiffs regarding a number of disputes without the need to seek intervention from Judge DeMarchi, and Meta is committed to complying with its discovery obligations while negotiating reasonable limits on discovery consistent with the Federal and Local Rules. Meta is continuing its rolling productions of documents, including making Source Code available for inspection by plaintiffs on a rolling basis. Meta continues to meet and confer with plaintiffs concerning their Requests for Production and discovery-related correspondence, and will continue to make document productions on a rolling basis. As is typical in complex cases involving a significant amount of information, it takes time to identify and review potentially responsive information, and Meta will continue to review and produce responsive, non-privileged documents as quickly as possible.

## 2. AMENDMENT OF PLEADINGS

Pursuant to the Court's September 7, 2023 order, Plaintiffs' deadline to amend their complaint is September 27, 2023. Dkt. 316. Plaintiffs seek a 10-day extension of this deadline, so that Plaintiffs' deadline will be Tuesday, October 10, 2023.

Meta does not oppose this request.

## 3. NEXT CASE MANAGEMENT CONFERENCE

Plaintiffs respectfully request that the Court hold another case management conference on November 14, 2023.

Dated: September 12, 2023          **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
    Lauren Goldman

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

Dated: September 12, 2023

By:   */s/ Jason 'Jay' Barnes*
     Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**

Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:   212-213-5949

By:   */s/ Geoffrey Graber*
     Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:   202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiff*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 12, 2023                    By:     */s/ Lauren Goldman*