Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and
JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO**<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

1  WHEREAS, on July 11, 2023, the parties jointly proposed a schedule that provided Plaintiffs with thirty (30) days to amend their complaint after the Court ruled on Meta's motion to dismiss. (ECF No. 283 at 4.)

WHEREAS, on July 18, 2023, the Court issued a minute order stating that the "parties' schedule will be adopted as proposed, including the dates below." (ECF No. 287.) The Court's minute order did not list a deadline for Plaintiffs to amend their complaint.

WHEREAS, on September 7, 2023, the Court denied in part, and granted in part, Meta's motion to dismiss, including granting Meta's motion to dismiss with leave to amend on seven claims: the privacy, CDAFA, negligence per se, trespass, larceny, UCL, and CLRA claims. (ECF No. 316.)

WHEREAS, the Court ordered Plaintiffs to file their amended complaint within twenty (20) days, which is September 27, 2023. (ECF No. 316 at 26.)

WHEREAS, interim class counsel needs additional time to draft the Consolidated Amended Class Action Complaint, including to adequately evaluate potential amendments to seven claims;

WHEREAS, the Parties met and conferred regarding the deadline for Plaintiffs to file their Consolidated Amended Class Action Complaint and agreed to a ten (10) day extension. Due to the court holiday on October 9, 2023, Plaintiffs' Consolidated Amended Class Action Complaint would be due on Tuesday, October 10, 2023, if the requested extension is granted.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, that:

1. The following deadline applies for Plaintiffs to file their Consolidated Amended Class Action Complaint:

| Event | Proposed Deadline |
|---|---|
| Deadline to File Consolidated Amended Class Action Complaint | October 10, 2023 |

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

Dated: September 18, 2023

By: */s/ Jason 'Jay' Barnes*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949


By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

Dated: September 18, 2023                **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
    Lauren Goldman

LAUREN R. GOLDMAN (admitted *pro hac vice*)
DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   (415) 393-4622
Facsimile:   (415) 801-7389

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  DATED:   September 19, 2023                    _____
3                                                                           Hon. Judge William H. Orrick
                                                                             United States District Court Judge

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

Dated: September 18, 2023                              */s/ Geoffrey Graber*
                                                                          Geoffrey Graber