**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **<u>REDACTED VERSION</u>** |
| All Actions | **[PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 37 MOTION FOR SANCTIONS TO ENFORCE DKT. 275, THE COURT'S JUNE 13, 2023 ORDER FOR PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION NOS. 5-7** |
| | Judge: Hon. Virginia K. DeMarchi<br>Hearing Date: November 7, 2023<br>Hearing Time: 10 a.m.<br>Courtroom: 2, Fifth Floor |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Rule 37 Motion for Sanctions to Enforce Dkt. 275, the Court's June 13, 2023 Order for Production of Documents Responsive to Requests for Production Nos. 5-7. Having considered the parties' papers filed in support of and in opposition to the Motion, all other papers on file, and arguments presented at a hearing, the Court ORDERS as follows:

Plaintiffs' Motion is GRANTED and the Court hereby orders as follows:

Defendant is ordered to comply with the Court's June 13, 2023 Order at Dkt. 275 by producing documents no later than November 14, 2023 that include but are not limited to:

1. Documents concerning Hive, DYI/DYD, Switchboard, Everstore, Manifold, Scuba, logs referenced in Meta's January 2023 white paper titled "Shared Foundations: Modernizing Meta's Data Lakehouse," containers, ███████, ███████, ███████, TAO, MySQL, ZippyDB/Akkio, Memcache, Laser, Puma, Stylus, Swift, and the filter identified in Meta's opposition to Plaintiffs' motion for preliminary injunction, as well as any other data source as yet unknown to Plaintiffs due to Meta's failure to produce responsive documents;

2. The fields within each data source identified, including derived and inferred fields; and

3. Corresponding data flow, including through Meta's backend systems such as Hive and the list included in paragraph 1.

**IT IS SO ORDERED.**

DATED: _____

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge