# EXHIBIT "A"

# Timothy Patrick Libert

webXray LLC, webXray.ai LLC  
Sunnyvale, California  
United States  

Email: tim@webxray.ai  
Homepage: https://timlibert.me

## Academic, Research, & Professional Appointments

Founder and CEO, webXray LLC, webXray.ai, 2023-Present.

Staff Privacy Engineer, Cookie and Web Storage Privacy Lead, Google, 2021-2023.

Founder, webXray LTD, webXray.eu, 2018-2021.

Special Faculty Instructor, Carnegie Mellon University, 2018 - 2021.

Post-Doctoral Research Fellow, University of Oxford, 2017-2018.

Visiting Fellow, Alexander von Humboldt Institute for Internet and Society, Berlin 2016.

Senior Fellow, Information Controls Fellowship Program, Open Technology Fund, 2015.

Visiting Fellow, Center for Media, Data, and Society, Central European University, Budapest 2015.

Research Consultant, Ranking Digital Rights Project, New America Foundation, 2012-2015.

Doctoral Research Fellow, University of Pennsylvania, 2012-2017.

Web Developer and Systems Administrator, New York University, 2005-2012.

Systems Administrator, Computer Forensics, Stroz Friedberg, LLC, 2004-2005.

## Expert Witness

WINSTON SMITH, et al. v. FACEBOOK, INC., et al., Case No. 5:16-cv-01282-EJD, United States District Court, Northern District of California, 2016.

DOE, et al. v. GOOGLE LLC, Case No. 5:23-cv-02431-VC, United States District Court, Northern District of California, 2023.

## Consulting Clients

United States Department of Commerce

Simmons, Hanly, Conroy

## Education

Ph.D. Communication, University of Pennsylvania, 2017.

    Comprehensive exams passed with distinction.

    Interdisciplinary coursework and advisement in Computer Science, Communications Regulation, Law, Business, and Social Theory.

    **Dissertation:** *Track the Planet: A Web-Scale Analysis of How Online Behavioral Advertising Violates Social Norms*

B.A. Major Sociology, Minor Computer Science, New York University, 2004.

# Grants

Digital Health Privacy Initiative, Public Interest Technology University Network (with Penn Medicine). 2021.

Large-Scale Analysis of Medically-Targeted Online Advertising and User Health Privacy Concerns, CyLab. 2020-2021.

Agile Dimorphic Execution for Dispersed Computing, DARPA. 2019-Present.

Third-Party Network Traffic Attribution for IoT, TV, Web, and Mobile, CyLab. 2019-Present.

Flash Grant, Shuttleworth Foundation. 2015.

# Fellowships, & Awards

Best Paper Award, ACM Conference on Web Science. 2018.

Best Paper Nominee, The Web Conference (WWW). 2018.

Dissertation Fellowship, Annenberg School for Communication, University of Pennsylvania. 2016 - 2017.

Research Fellowship, Annenberg School for Communication, University of Pennsylvania. 2012 - 2016.

Top Student Paper, International Communication Association, Communication and Technology Division. 2015.

Consortium on Media Policy Studies Research Fellowship. Summer 2013.

# Courses Taught

Engineering Privacy in Software, Carnegie Mellon University, 2019-Present.

Privacy Policy, Law, and Technology, Carnegie Mellon University, 2018-Present.

Privacy Seminar, Carnegie Mellon University, 2018-Present.

Information Technology Policy: Evidence, Communication, and Advocacy, Carnegie Mellon University, 2019.

## *Courses as Teaching Assistant*

Free Expression, University of Pennsylvania, 2015.

China Today, University of Pennsylvania, 2014.

# Publications

## *Peer-Reviewed*

McCoy, Matthew S; Libert,Timothy; Buckler,David; Grande,David T; Friedman,Ari B (2020). Prevalence of Third-Party Tracking on COVID-19–Related Web Pages *Journal of the American Medical Association (JAMA)*.

Maris, Elena; Libert, Timothy; Henrichsen, Jennifer (2020). Porn, Privacy and the Vulnerable: The Implications of Third-Party Tracking on Porn Websites. *New Media and Society*.

Libert, Timothy; Binns, Reuben (2019). Good News for People Who Love Bad News: Privacy, Trust, and Security Implications of Third-Party Content on U.S. News Websites *ACM Conference on Web Science (WebSci '19)*.

Libert, Timothy (2018). An Automated Approach to Auditing Disclosure of Third-Party Data Collection in Website Privacy Policies. *The Web Conference (WWW2018). Best Paper Nominee.*

Binns, Reuben; Lyngs, Ulrik; Van Kleek, Max; Zhao, Jun; Libert, Timothy; Shadbolt, Nigel (2018). Third Party Tracking in the Mobile Ecosystem. *ACM Conference on Web Science (WebSci '18). Best Paper Award.*

Libert, Timothy (2015). Privacy Implications of Health Information Seeking on the Web. *Communications of the Association for Computing Machinery.*

Libert, Timothy (2015). Exposing the Hidden Web: Third-Party HTTP Requests On One Million Websites. *International Journal of Communication*

Libert, Timothy; Grande, David, MD, MPA; Asch, David A. MD (2015). What Web Browsing Reveals About Your Health. *The BMJ (British Medical Journal).*

### *Editorial*

McCoy, Matthew S; Libert,Timothy; Friedman,Ari B (2020). Online privacy loss: another Covid-19 aftershock. *STAT.*

Libert, Timothy (2019). This Article is Spying on You. *The New York Times.*

Libert, Timothy; Repnikova, Maria (2015). Google is returning to China? It never really left. *The Guardian.*

Libert, Timothy; Pickard, Victor (2015). Think you're reading the news for free? New research shows you're likely paying with your privacy. *The Conversation (Republished in Newsweek & Fortune).*

### *Whitepapers*

Libert, Timothy; Graves, Lucas; Nielsen, Rasmus Kleis (2018). Changes in Third-Party Content on European News Websites after GDPR. *Reuters Institute for the Study of Journalism, University of Oxford.*

Libert, Timothy; Nielsen, Rasmus Kleis (2018). Third-Party Web Content on EU News Sites: Potential Challenges and Paths to Privacy Improvement. *Reuters Institute for the Study of Journalism, University of Oxford.*

Open Technology Institute. Health Privacy Online: Patients at Risk. *Comment for Submission to Federal Trade Commission.*

### *Book Chapters*

Media Activism in the Digital Age. Routledge, 2017. *Introduction to Section II: Policy Interventions*

### *Multimedia*

Privacy Implications of Health Information Seeking on the Web (Video)
*Youtube: httpps://www.youtube.com/watch?v=OqW8erWi1Wo*

## Software

webXray, GNU Public License, 2015.
*Project Page: http://webxray.org*
*GitHub: https://github.com/timlib/webxray*

## Invited Lectures and Panel Appearances

Tufts University, The Future of Democracy in the Age of Disinformation: Innovating Policy Solutions for a Networked World, 2019.
*Panelist: Can the Platforms Save Us?*

Netzpolitische Abend, C-Base, Berlin, 2016.
*Web Scale Analysis of Third-Party Tracking with webXray: Techniques and Findings*

School of Public Policy, Central European University, 2015.
*Web Tracking with Chinese Characteristics*

Center for Media, Data, and Society, Central European University, 2015.
*Web Tracking with Chinese Characteristics*

University of Oxford, 2015.
*Web Tracking with Chinese Characteristics*

University of Pennsylvania, 2015.
*Ranking Digital Rights*

University of Pennsylvania, 2014, 2015.
*Internet Censorship in China*

University of Pennsylvania, 2013, 2014.
*The National Security Agency in Context.*

University of Pennsylvania, 2012, 2013.
*Privacy Risks for Online Activists*

## Conference and Seminar Presentations

Social Informatics, 2017
*On the Impossibility of Accepting the Unknown: A Web-Scale Analysis of the Failure of Notice and Choice*

Schloss Dagstuhl: Online Privacy and Web Transparency, 2017
*Surveillance as a Regulatory Model*

Hackers on Planet Earth (HOPE), 2016
*Deconstructing Ad Networks for Fun and Profit*

International Communications Association, 2016
*The Logic of Connective Surveillance*

Princeton Center for Information Technology Policy / University of Vienna Media Innovation Lab Doctoral Workshop, 2016
*Web-Scale Regulatory Failure: An Empirical Examination of Self-Regulation and Violations of Contextual Integrity on the Web*

Computers Privacy and Data Protection, 2016
*The Logic of Connective Surveillance*

The Empiricist's Challenge: Asking Meaningful Questions in the Age of Big Data, Mannheimer Zentrum für Europäische Sozialforschung (MZES), 2015
*Web Tracking with Chinese Characteristics*

International Communications Association, 2015
*Web Tracking with Chinese Characteristics*

Union for Democratic Communication, 2015
*The Logic of Connective Surveillance*

RightsCon Southeast Asia, 2015

*Smartphones and Human Rights: Developing Evaluation Criteria for Complex Systems*

Global Implications of Mobile Ubiquity: Research, Culture, and Policy, 2014
*Ranking Digital Rights: A Framework for Evaluating Human Rights in a Mobile Context*

Chinese Internet Research Conference, 2014
*Web Tracking with Chinese Characteristics: A Critical Perspective on the Emerging Online Surveillance Market in China*

International Communications Association, Data and Discrimination: Converting Critical Concerns into Productive Inquiry, 2014
*Privacy Implications of Health Information Seeking on the Web*

RightsCon Silicon Valley, 2014
*Holding Companies Accountable On Free Expression And Privacy, Group Participant*

New York University Neil Postman Graduate Conference, 2014
*Exposing the Invisible Web: An Analysis of Corporate-Sponsored Data Collection on One Million Websites*

International Open Access Week, University of Pennsylvania Libraries, 2013
*Civic Hacking: Creating an Open Government through Technology, Invited Respondent*

# Selected Press

### Television and Radio

### 2017

*Deutschlandfunk (Germany)*
Und sie wissen, was du tust

### 2015

*Good Morning America*
Online Medical Searches May Be Sold

*All Things Considered, National Public Radio*
Online Health Searches Aren't Always Confidential, Interview with Robert Siegel

*ABC 6 Television News, Philadelphia*
Your Health Info May Be Bought and Sold Online

*WHYY Public Radio, Philadelphia*
Who gets access to the data my Apple Watch collects?

*WHYY Public Radio, Philadelphia*
Most health information web pages are tracked, Penn study finds

### Print and Web

### 2020

*BBC (United Kingdom)*
UK councils' benefits pages push credit card adverts

*Vox (United States)*
Our phones can now detect health problems from Parkinson's to depression. Is that a good thing?

*Cure (United States)*
Full Disclosure, Your Health Information Isn't Private

*Harrogate Advertiser (United Kingdom)*
Harrogate Council found to use third-party advertising cookies on website without asking for consent

*St. Helen's The Reporter (United Kingdom)*

St Helens Council to review cookie use on its website following BBC investigation

*The Packet (United Kingdom)*
Cornwall Council had advertising cookies on website

*Cornwall Live (United Kingdom)*
Cornwall Council accused of sharing people's data without their consent

*Daventry Express (United Kingdom)*
Revealed: Northampton, South Northants councils allow advertisers to gather residents' data without their consent

*Devon Live (United Kingdom)*
Investigation finds Torbay council targeting online ads at people seeking benefits advice

*Northampton Chronicle (United Kingdom)*
Revealed: Northampton, South Northants councils allow advertisers to gather residents' data without their consent

*Portland Tribune (United States)*
Critics: Oregon COVID-19 symptom checker raises privacy concerns

## 2019

*Financial Times (United Kingdom)*
A health warning for your data

*Financial Times (United Kingdom)*
How top health websites are sharing sensitive data with advertisers

*New Scientist (United States)*
Thousands of pornography sites leak data to Google and Facebook

*Daily Mail (United Kingdom)*
Health websites in the UK 'share search terms with advertisers'

*National Magazine (Canada)*
Reforming privacy in the age of AI

*New York Times (United States)*
Facebook and Google Trackers Are Showing Up on Porn Sites

*New Kerala (India)*
Google, Facebook secretly track as you watch porn

*Forbes (United States)*
Google And Facebook Secretly Track Your Activity On Porn Sites

*CNET (United States)*
Google and Facebook might be tracking your porn history, researchers warn

*The Verge (United States)*
Google and Facebook's tracking software is widely used on porn sites, shows new study

*New York Post (United States)*
Facebook and Google can see what porn you're watching

*Business Insider (United States)*
Facebook and Google track what porn you're watching, even when you're in incognito

*The Daily Dot (United States)*
Facebook and Google could be tracking you on porn sites

*Orlando Sentinel (United States)*
Vast majority of porn sites track user data, often without telling you

*Axios (United States)*

Study: Porn sites secretly track users

*ZD Net (United States)*
93% of porn sites leak data to a third-party

*The Daily Mail (United Kingdom)*
Google and Facebook are tracking users as they watch PORN

*Evening Standard (United Kingdom)*
Google porn tracking: Search engine promises to restore private browsing mode following loophole discovery

*Ars Technica (United States)*
How private is your browser's Private mode? Research into porn suggests "not very"

*Gizmodo (United States)*
So, About Your Internet Porn Habits

*MediaPost (United States)*
Ad Trackers On Porn Sites: Yet Another Diamond In Internet's Crown

*ArsTechnica (United States)*
How private is your browser's Private mode? Research into porn suggests 'not very'

*Breitbart (United States)*
Report: Google and Facebook Are Tracking Porn Viewing Habits

*Der Standard (Austria)*
Google und Facebook tracken Pornoseiten auch im Inkognito-Modus

*Heise Online (Germany)*
Google und Facebook tracken auch auf Sex-Websites

*Kenyan Times (Kenya)*
Google and Facebook track you even if you surf porn sites in private mode

*Mashable (United States)*
No, Incognito mode won't keep your porn habits private. This will.

*Metro (United Kingdom)*
Porn sites are collecting your most intimate secrets and incognito mode won't protect you

*National Herald (India)*
Google, Facebook track porn-viewing habits

*NDTV (India)*
Google, Facebook Are Tracking Your Porn-Viewing Habits, and Incognito Mode Won't Save You

*News of Emirates (United Arab Emirates)*
Google And Facebook Might Be Tracking Your Porn History, Researchers Warn

*Olhar Digital (Brazil)*
Google e Facebook rastreiam acessos em sites pornô, diz estudo

*Spider's Web (Poland)*
Kogo ciekawi, jakie porno oglÄ...dasz i dlaczego jest to szef Facebooka?

*Sputnik (Russia)*
Study Claims Google, Facebook Keeping Watchful Eye on Porn Site Surfers

*Stern (Germany))*
Facebook und Google verfolgen uns Überall: Man kann nicht einmal unbeobachtet Pornos schauen

*Süddeutsche Zeitung (Germany)*
Wie Sie beim Pornoschauen beobachtet werden

*The Next Web (US)*

Google and Facebook are tracking your porn preferences - even in incognito mode

*The Register (UK)*
Incognito mode won't stop smut sites sharing your pervy preferences with Facebook, Google and, er, Oracle

*The Star (Malaysia)*
Google and Facebook track you even if you surf porn sites in private mode

*ZDNet (US)*
93 of porn sites leak data to a third-party

### 2018

*CBC News (Canada)*
Think twice before consulting Dr. Google, researchers say

### 2017

*Canadian Bar Association, National Magazine*
The $4 trillion question, How can we protect online privacy without stifling innovation?

### 2016

*Urgente 24 (Argentina)*
Una vergüenza que intereses y burocracia frenen la Historia Clínica Electrónica en hospitales argentinos

*Editor & Publisher*
Shoptalk: Why Journalists Need to Stand Up for Reader Privacy

*Netzpolitik (Germany)*
Tracking durch Drittanbieter auf einer Million Webseiten

*Vice*
What Happens to the Data Collected On Us While We Sleep

### 2015

*20 Minutes (France)*
Les recherches Web sur des problèmes médicaux ne sont pas si privées que ça

*20 Minutes (France)*
Web: Neuf sites sur dix partageraient vos données personnelles

*ADSL Zone (Spain)*
9 de cada 10 webs envían tus datos a terceros

*Advertising Age*
How Google's Alphabet Reorg Could Affect Its Health Data

*Al-Jazeera America*
The CDC knows what ails you — and now, so do many others

*Agence Science-Press (Canada)*
Internet : vous êtes encore plus suivi que vous ne le pensez

*AuthomatiseringGids (Netherlands)*
Op internet kijken minstens 5 partijen mee wat je uitspookt

*Bangor Daily News*
There's no doctor-patient confidentiality on the Internet

*Boy Genius Report*
It's almost impossible to stop Google and Facebook from knowing about your health-related searches

*Business Standard (India)*
Searching medical info online poses privacy risk

*Cambodian Times*
Online health details prone to risk of abuse

*CBS Washington, DC*
Study: 'Invisible Web' Threatens Health Privacy

*CIO*
Patients must know the perils of online medical research

*City A.M. (UK)*
Think you're not being tracked online? Our browsing habits are captured and leaked by nine out of 10 major websites

*Consumer Affairs*
Looking up medical info on the web poses a privacy risk

*elPeriódico (Spain)*
Los datos de actividad carecen de una protección específica

*Fast Company*
The Latest Privacy Risk? Looking Up Medical and Drug Information Online

*Gear & Style Cheat Sheet*
5 Things You Should Never Search on Google

*HIV Plus Magazine*
Your Anonymous Online Health Searches Are Apparently Not So Anonymous

*iHealthBeat*
Many Health-Related Web Pages Share User Data With Third Parties

*Ilta-Sanomat (Finland)*
Pornohistoriasi saattaa paljastua - selaimen yksityistila ei pelasta

*IT Forum 365 (Brazil)*
Nove de dez sites liberam dados de usuários para terceiros

*Komando*
Big business is tracking your online symptom searches

*La Nacion (Argentina)*
La historia clínica, última frontera de la privacidad

*La Nacion (Argentina)*
88% de los sitios web más populares filtran datos a terceros

*LeVif (Belgium)*
Au moins 5 'voyeurs' regardent ce que vous faites sur internet

*Lifehacker*
Why You Probably Shouldn't Look Up Health Symptoms Online

*Medical Marketing & Media*
Vice: Health search queries are being tracked

*MNO (Hungary)*
Adatterrorizmus a digitális küzdőtéren

*Naked Security*
How nine out of ten healthcare pages leak private data

*NBC News*
Cyber Monday: What Happens to Your Data When You Shop Online?

*NDTV (India)*
90 Percent of Websites Leak User Data to Third Parties: Study

*PC Magazine (Greek Edition)*
9 out of 10 website handing your data (Headline Translated)

*R & D Magazine*
Online Tracking: A Plight of the Modern Age?

*Repubblica (Italy)*
Scopre di avere un cancro, su Facebook trova la pubblicità delle pompe funebri: "Scandaloso"

*Rizopoulos Post (Greece)*
Why Facebook is threatened with a fine of EUR 250,000 per day (Headline Translated)

*San Jose Mercury News*
Health searches: Be careful who you tell about those cold sores

*SC Magazine*
Report: Majority of health-related websites leak data to third parties

*Science 2.0*
You're Being Tracked Online More Than You Realize.

*Shape Magazine*
How Safe Are Your Electronic Medical Records?

*Šibenski portal (Croatia)*
POGLEDAJTE ZAŠTO: Ovih pet stvari nikako nemojte pretraživati na internetu

*Sunday Observer (Sri Lanka)*
Health information at serious risk of abuse

*Sympatico (Canada)*
Internet : vous êtes encore plus suivi que vous ne le pensez

*Techlicious*
Third-Party Advertisers Are Spying on Your Medical Searches

*Techsocial (Greece)*
Research shows that 9 out of 10 sites make data leakage to third parties (Headline Translated)

*Tech-WD (Saudi Arabia)*
Study: 90 % of websites leak your data to third parties without your knowledge - the world of technology (Headline Translated)

*Tech Republic*
Online tracking by news organizations is excessive, say researchers

*The Hill*
Overnight Cybersecurity

*The Hindu (India)*
The death of privacy

*The News Lens (Taiwan)*
90% of sites provided tracker quietly put your information with third parties (Headline Translated)

*The Next Web*
Research reveals 9 of 10 websites leak user data to third parties

*The Statesman (India)*
Online health details prone to risk of abuse

*The Tribune (India)*
Searching medical info online poses privacy risk

*Time/Money Magazine*
Your Embarrassing Online Searches About Health Problems Aren't Private

*Times of India*
Latest privacy threat: Looking for health information online

*Times of India*
Facebook, Google may be leaking your data: Study

*Version2 (Denmark)*
Google overvåger brugere på 80 pct. af alle websites og ignorerer 'Do Not Track'-ønsker

*Vice*
Looking Up Symptoms Online? These Companies Are Tracking You

*Vice*
Nine Out of Ten of the Internet's Top Websites Are Leaking Your Data

*Vice*
Your Porn Is Watching You

*Wired*
Security News This Week: 9 Out of 10 Websites Leak Your Data to Third Parties

*Wired (Italian Edition)*
Nove siti su dieci distribuiscono dati a insaputa degli utenti

*Xataka*
Cuando buscas sobre una enfermedad, es muy probable que alguien esté recolectando esos datos

*ZOL.com (China)*
Survey: 90 % site visitor information will be disclosed to third parties (Headline Translated)

**2014**

*Fast Company*
The London Underground Has Its Own Internet Of Things

**2011**

*Al-Jazeera*
Hacktivism for Syria

*The Atlantic*
Study Finds Broad Support for Online Vigilantism (In Some Cases)

*Fast Company*
Occupy Sites Help Cops, Corps Track Occupiers

# Service

Climate Committee, Institute for Software Research, Carnegie Mellon University, 2018-Present

Student Representative, Information Technology Committee, 2014-2015

# Miscellaneous

Programming Languages (Fluent):

*CSS, HTML, Javascript, LATEX, PERL, PHP, Python, Regular Expressions, Shell Scripting, SQL, XML.*

Last updated: July 19, 2023