Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:     212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:     310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and
JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:     202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO (VKD)** <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Virginia K. DeMarchi <br> Hearing Date: November 7, 2023 <br> Hearing Time: 10 a.m. <br> Courtroom: 2, Fifth Floor |
| This Document Relates To: <br><br> All Actions | |

I.  INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order entered in this matter, Dkt. 242, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's (Defendant Meta's) Materials Should Be Sealed. As indicated below, Plaintiffs have redacted portions of their Notice of Motion and Rule 37 Motion for Sanctions to Enforce Dkt. 275, the Declaration of Jay Barnes in support thereof, and accompanying exhibits because they quote, summarize, or otherwise reflect information that Defendant Meta has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

| Document | Portion(s) to Seal |
|---|---|
| Notice of Motion and Motion to Enforce | Highlighted Portions of:<br><br>• Page 2, Line 24<br>• Page 5, Lines 5-6, 13-16<br>• Page 6, Lines 18-21, 26-27<br>• Page 7, Lines 1-2, 6-13, 17, 19-20<br>• Page 10, Lines 22-23<br>• Page 12, Lines 6, 8-9<br>• Page 13, Lines 20-22, 24<br>• Page 19, Lines 4-5, 11-12<br>• Page 20, Lines 2-5, 26-27<br>• Page 21, Lines 25-26<br>• Page 23, Line 1 |
| Declaration of Jay Barnes in Support of Plaintiffs' Motion to Enforce | Highlighted Portions of Pages 2, 3, 4, 5, 10, 11, 12, 14, 16, 21<br>Pictures at Pages 10-11 |
| Proposed Order Granting Motion to Enforce | Highlighted Portions of Page 2 |
| Exhibit 3 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 4 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 8 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 9 to the Declaration of Jay Barnes | Highlighted Portions of Page 1 |
| Exhibit 10 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 15 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 16 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 17 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 20 to the Declaration of Jay Barnes | Highlighted Portions of Pages 2-5 |
| Exhibit 28 to the Declaration of Jay Barnes | Highlighted Portions of Pages 1-2 |
| Exhibit 31 to the Declaration of Jay Barnes | Highlighted Portions of Pages 1-2 |
| Exhibit 32 to the Declaration of Jay Barnes | Entire Document |
| Exhibit 34 to the Declaration of Jay Barnes | Highlighted Portions of Pages 1-2 |

| Document | Portion(s) to Seal |
|---|---|
| Exhibit 42 to the Declaration of Jay Barnes | Highlighted Portions of Pages 2-13 |
| Exhibit 44 to the Declaration of Jay Barnes | Highlighted Portions of Pages 2-3 |
| Exhibit 45 to the Declaration of Jay Barnes | Entire Document |

## II. ARGUMENT

Materials and documents may be filed under seal pursuant to Civil Local Rule 79-5 when the documents, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law, if the request minimizes the information sought to be sealed from public view and is narrowly tailored to Local Rule 79-5(a), (c)(3). Plaintiffs' request is narrowly drawn to seal only the information that Defendant Meta has instructed Plaintiffs to submit under seal.

Plaintiffs seek this relief in good faith because the information sought to be sealed has been designated as Confidential pursuant to the Protective Order entered into between the parties. Civil Local Rule 79-5(f)(3) imposes additional requirements on the Designating Party, Defendant Meta. Plaintiffs do not take a position as to whether these documents and information have been appropriately designated as Confidential and are appropriately filed under seal, pending Defendant Meta's submission of its specific statement of the applicable legal standard and reasons for keeping a document under seal, as required by Local Rule 79-5(f)(3).

## III. NOTICE OF LODGING

Plaintiffs will lodge with the Court and serve on Defendant Meta complete copies of the unredacted documents in accordance with Civil Local Rule 5-1(e).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

Plaintiffs, for the reasons set forth herein, hereby move the Court to consider whether the aforementioned materials should remain under seal and in redacted form pursuant to Defendant Meta's designations.

Dated: October 3, 2023

By: */s/ Jay Barnes*

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:     212-784-6400
Fax:     212-213-5949

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:     202-408-4600
Fax:     202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:     310-854-4444
Fax:     310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:     206-816-6603
Fax:     206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*

1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

### **CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Jeffrey A. Koncius, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 3, 2023                    */s/ Jeffrey A. Koncius*
                                                              Jeffrey A. Koncius