Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II,
and JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO UNSEAL DOCUMENTS FILED IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1  Pursuant to Civil Local Rule 79-5(g)(3), Plaintiffs and Defendant Meta Platforms, Inc.
2  ("Meta") hereby stipulate as follows:
3  WHEREAS, on August 25, 2022, Plaintiffs filed a motion for preliminary injunction (ECF
4  No. 46);
5  WHEREAS, on October 17, 2022, Meta filed its opposition to Plaintiffs' motion for
6  preliminary injunction (ECF No. 76) and an administrative motion to seal portions of Meta's
7  opposition and the supporting Declaration of Tobias Wooldridge (ECF No. 77);
8  WHEREAS, on October 26, 2022, Plaintiffs filed their reply in support of their motion for
9  preliminary injunction (ECF No 97) and an administrative motion to seal the reply and the
10 supporting Declaration of Christopher "Christo" Wilson in Support of Plaintiff's Reply (ECF No.
11 99);
12 WHEREAS, on November 23, 2022, Meta filed the Supplemental Declaration of Tobias
13 Wooldridge (ECF NO. 142) and an administrative motion to seal portions of the declaration (ECF
14 No. 143);
15 WHEREAS, on December 21, 2022, the Court granted the parties' administrative motions
16 to seal (ECF No. 157);
17 WHEREAS, the parties exchanged letters on June 22, 2023, July 19, 2023, August 1, 2023,
18 and August 24, 2023, and met and conferred by telephone on July 6, 2023, and August 17, 2023,
19 regarding unsealing material submitted in connection with Plaintiffs' motion for preliminary
20 injunction;
21 WHEREAS, the parties agree that the unredacted versions of Meta's opposition to
22 Plaintiffs' motion for preliminary injunction (ECF No. 77-3), the Declaration of Tobias
23 Wooldridge (ECF No. 77-4), Plaintiffs' reply in support of their motion for preliminary injunction
24 (ECF No. 99-2), and the Declaration of Christopher "Christo" Wilson in support of Plaintiffs'
25 reply (ECF No. 99-3), should be unsealed in their entirety;
26 WHEREAS, the parties further agree that certain redactions in the Supplemental
27 Declaration of Tobias Wooldridge (ECF No. 142) should be unsealed;
28

WHEREAS, a revised redacted copy of the Supplemental Declaration of Tobias Wooldridge removing those redactions is attached hereto as Exhibit A.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, subject to Court approval, that:

1. The unredacted versions of Meta's opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 77-3), the Declaration of Tobias Wooldridge (ECF No. 77-4), Plaintiffs' reply in support of their motion for preliminary injunction (ECF No. 99-2), and the Declaration of Christopher "Christo" Wilson in support of Plaintiffs' reply (ECF No. 99-3) shall be unsealed.

2. The revised, redacted copy of the Supplemental Declaration of Tobias Wooldridge, attached hereto as Exhibit A, shall replace the publicly filed version of the Supplemental Declaration of Tobias Wooldridge (ECF No. 142).

IT IS SO STIPULATED.

DATED this 11th day of October, 2023.

| | |
|---|---|
| SIMMONS HANLY CONROY LLC | COOLEY LLP |
| By: */s/ Jay Barnes* <br> Jay Barnes, *Admitted Pro Hac Vice* <br> Email: jaybarnes@simmonsfirm.com <br> 112 Madison Avenue, 7th Floor <br> New York, New York 10016 <br> Telephone: (212) 784-6400 | By: */s/ Michael G. Rhodes* <br> Michael G. Rhodes, CSB #116127 <br> Email: rhodesmg@cooley.com <br> Caroline A. Lebel, CSB #340067 <br> Email: clebel@cooley.com <br> Kyle C. Wong, CSB #224021 <br> Email: kwong@cooley.com <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, California 94111-4004 <br> Telephone: (415) 693-2000 |
| COHEN MILSTEIN SELLERS <br>   & TOLL PLLC | GIBSON, DUNN AND CRUTCHER LLP |
| By: */s/ Geoffrey Aaron Graber* <br> Geoffrey Aaron Graber, CSB #211547 <br> Email: ggraber@cohenmilstein.com <br> 1100 New York Avenue NW <br> Suite 500, West Tower <br> Washington, DC 20005 | By: */s/ Lauren R. Goldman* <br> Lauren R. Goldman, *Admitted Pro Hac Vice* <br> Email: LGoldman@gibsondunn.com <br> Darcy Caitlyn Harris, *Admitted Pro Hac Vice* <br> Email: dharris@gibsondunn.com <br> 200 Park Avenue |

| | |
|---|---|
| Telephone: (202) 408-4600 | New York, New York 10166-0193 |
| | Telephone: (212) 351-4000 |
| Beth E. Terrell, CSB #178181 | |
| TERRELL MARSHALL LAW | Elizabeth K. McCloskey, CSB #268184 |
|   GROUP PLLC | Email: EMcCloskey@gibsondunn.com |
| Email: bterrell@terrellmarshall.com | Abigail A. Barrera, CSB #301746 |
| 936 North 34th Street, Suite 300 | Email: abarrera@gibsondunn.com |
| Seattle, Washington 98103 | 555 Mission Street, Suite 3000 |
| Telephone: (206) 816-6603 | San Francisco, California 94105 |
| | Telephone: (415) 393-8200 |
| Paul R. Kiesel, CSB #119854 | |
| Email: kiesel@kiesel.law | Andrew M. Kasabian, CSB #313210 |
| KIESEL LAW LLP | Email: akasabian@gibsondunn.com |
| 8648 Wilshire Boulevard | 3161 Michelson Drive |
| Beverly Hills, California 90211-2910 | Irvine, California 92612 |
| Telephone: (310) 854-4444 | Telephone: (949) 451-4341 |
| | |
| Andre M. Mura, CSB #298541 | Trenton James Van Oss, *Admitted Pro Hac Vice* |
| Email: amm@classlawgroup.com | Email: tvanoss@gibsondunn.com |
| GIBBS LAW GROUP LLP | 1050 Connecticut Avenue, N.W. |
| 1111 Broadway, Suite 2100 | Washington, DC 20009 |
| Oakland, California 94607 | Telephone: (202) 955-8500 |
| Telephone: (510) 350-9700 | |
| | *Attorneys for Defendant Meta Platforms, Inc.* |
| *Attorneys for Plaintiffs* | *(formerly known as Facebook, Inc.)* |

STIPULATION AND [PROPOSED] ORDER TO UNSEAL DOCUMENTS FILED IN CONNECTION WITH
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4
Case No. 3:22-cv-3580-WHO (VKD)

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

DATED this 11th day of October, 2023.

By: */s/ Beth E. Terrell*
      Beth E. Terrell

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 11, 2023

_____
THE HONORABLE WILLIAM H. ORRICK