UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. M.,<br><br>        Plaintiff,<br><br>    v.<br><br>MARINHEALTH MEDICAL GROUP, INC.,<br><br>        Defendant. | Case No. 23-cv-04179-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *In Re Meta Pixel Healthcare Litigation,* 22-cv-03580-WHO.

**IT IS SO ORDERED.**

Dated: October 11, 2023



JON S. TIGAR
United States District Judge