United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROSE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>META PLATFORMS INC.,<br><br>        Defendant. | Case No. 23-cv-05500-SI<br>*Also Filed in 22-cv-3580*<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to Case No. 22-cv-3580, *In re Meta Pixel Healthcare Litigation*.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
SUSAN ILLSTON
United States District Judge