UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

[22-cv-03580-WHO](#)

In Re Meta Pixel Healthcare Litigation

I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 23-cv-05500-SI | Rose v. Meta Platforms, Inc. | WHO | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

Pursuant to the October 12, 2022 Order Granting Motion to Consolidate and Resolving Other Scheduling Matters entered in Case No. 22-cv-03580, this case shall be consolidated into Case No. 22-cv-03580 unless a party objects to consolidation within fourteen days of the date of this Order.

Dated: November 3, 2023

By: /s/ William H. Orrick

William H. Orrick

United States District Judge

1