United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER PROVISIONALLY GRANTING META'S UNOPPOSED REQUEST TO SEAL NOVEMBER 7, 2023 DISCOVERY HEARING**<br><br>Re: Dkt. No. 370 |

The Court provisionally grants Meta's unopposed motion to seal the November 7, 2023 hearing re plaintiffs' motion for discovery sanctions (Dkt. No. 323). If any party orders a transcript of those proceedings, the part(ies) requesting sealing must establish that sealing is justified with respect to all or a portion of the transcript.

**IT IS SO ORDERED.**

Dated: November 6, 2023

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge