| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:   (415) 393-8200<br>Facsimile:    (415) 393-8306<br><br>ANDREW M. KASABIAN, SBN 313210<br>akasabian@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071 USA<br>Telephone:   (213) 229-7311<br>Facsimile:    (213) 229-6311 | COOLEY LLP<br>MICHAEL G. RHODES, SBN 116127<br>rhodesmg@cooley.com<br>KYLE C. WONG, SBN 224021<br>kwong@cooley.com<br>CAROLINE A. LEBEL, SBN 340067<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   (415) 693-2000<br>Facsimile:    (415) 693-2222 |

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br><u>CLASS ACTION</u><br><br>Hon. William H. Orrick |

Gibson, Dunn & Crutcher LLP

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL – CASE NO. 3:22-CV-3580-WHO

1    Meta certifies that it has reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5.

Pursuant to Local Rule 79-5(f), Defendant Meta Platforms, Inc. ("Meta") hereby moves for consideration of whether Plaintiffs' materials should be sealed, in connection with Meta's Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint and Strike Paragraph 357 (attached as Exhibit A).

Meta seeks to redact portions of pages 5 and 6 of its Motion, which reference allegations in Plaintiffs' Amended Consolidated Class Action Complaint ("Amended Complaint") that were redacted by Plaintiffs in the publicly filed Amended Complaint and which Plaintiffs moved to file under seal. The Court previously granted Plaintiffs' motion to file under seal those portions of the Amended Complaint (Dkt. 368). The following portions of Meta's Motion quote, summarize, or otherwise reflect material in the Amended Complaint that has been sealed:

| Provisionally Sealed Portions of Meta's Motion | Evidence Offered in Support of Sealing |
|---|---|
| Highlighted portions of page 5, lines 7-9, 10-11, 13-16, 17-18, 19-21, 22-23 (as indicated in Exhibit A to the Administrative Motion) | Dkt. 368 (granting Dkt. 333, Administrative Motion to File Under Seal portions of the First Amended Complaint) |
| Highlighted portions of page 6, lines 1-3 (as indicated in Exhibit A to the Administrative Motion) | Dkt. 368 (granting Dkt. 333, Administrative Motion to File Under Seal portions of the First Amended Complaint) |

Dated: November 15, 2023

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
    Lauren R. Goldman

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

*Attorneys for Meta Platforms, Inc.*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 15, 2023          **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
    Lauren R. Goldman