```
 1                IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF CALIFORNIA - NORTHERN
 3  ─────────────────────────────────────────────────────────────

 4   IN RE META PIXEL HEALTHCARE        CASE NO.
     LITIGATION                         3:22-CV-03580-WHO
 5
                                        San Francisco, CA
 6                                      November 14, 2023
                                        2:00 p.m.
 7  ─────────────────────────────────────────────────────────────

 8

 9        TRANSCRIPT OF VIDEOCONFERENCE HEARING PROCEEDINGS
                    CASE MANAGEMENT CONFERENCE
10
             BEFORE THE HONORABLE WILLIAM H. ORRICK
11                 UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21
               JANET DAVIS, RDR, FCRR, CRR
22              Federal Official Court Reporter
       2120 Capitol Avenue, Room 2226, Cheyenne, WY  82001
23           307.433.2154 * jbd.davis@gmail.com

24   Proceedings reported by realtime stenographic reporter;
     transcript produced with Computer-Aided Transcription.
25
```

```
1    APPEARANCES:

2    For the Plaintiffs:       Cohen Milstein Sellers Toll PLLC
                                BY:   GEOFFREY A. GRABER
3                               1100 New York Avenue NW
                                Suite 500, West Tower
4                               Washington, DC 20005

5
     For the Defendant
6    Meta Platforms, Inc.:     Gibson Dunn & Crutcher LLP
                                BY:   LAUREN R. GOLDMAN
7                                     DARCY C. HARRIS
                                200 Park Avenue
8                               New York, NY 10166

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       (Proceedings commenced 2:01 p.m., November 14, 2023.)
2           COURTROOM DEPUTY: We will get underway in
3   Case No. 22-3580 in regard to Meta Pixel Healthcare Litigation.
4           Counsel, if you would please state your appearance for
5   the record.
6           MR. GRABER: Good afternoon, Your Honor, Geoffrey
7   Graber, Cohen Milstein, for plaintiffs.
8           MS. GOLDMAN: Good afternoon, Your Honor, Lauren
9   Goldman from Gibson Dunn for Defendant Meta.
10          I'm here with my partner Darcy Harris, and our client
11  Kari Bogner (phonetic) for Meta is on the Zoom.
12          THE COURT: Good afternoon to everybody.
13          Thank you for the case management statement. I'm glad
14  to see that discovery is lumbering its way along and that
15  progress is being made. That's great.
16          I saw your expectations about filing the motions to
17  consolidate. I'll wait to see them to see what I think. I've
18  been trying -- since you all have -- haven't really drawn
19  crystal-clear lines for me, I'm struggling to draw them for
20  you, but I'm -- if you think that there are cases that should
21  be on the other side of the line, I'm -- I'll look at it and
22  see where we are. And if you think this is the right time --
23  because I don't want to see them over and over and over again.
24  So if you think this is the right time to do it, go ahead and
25  let's -- we'll try and figure it out.

1           Then with the calendar that you've proposed, I think
2  it is fine.  The only thing I'm going to do is I'm going to
3  move the hearing for class certification, which is in July of
4  2025, a week earlier, so it will be on July 16th.
5           But otherwise -- not that that date may not change
6  over time, but I'm happy to have it.  But the other date makes
7  sense to me, that you give yourself sufficient time to finish
8  up discovery, and then if all the other dates have to be
9  adjusted, I'm happy to set another CMC on January 23rd.
10          So those were the issues that I saw.
11          Mr. Graber, anything else that we ought to talk about
12 today?
13          MR. GRABER:  No, I think that about covers it.  We
14 appreciate the Court's comments regarding the line drawing, and
15 we'll strive to address that in the papers that will be
16 forthcoming.
17          THE COURT:  Okay.  Ms. Goldman or Ms. Harris, anything
18 else we ought to talk about?
19          MS. GOLDMAN:  I do, Your Honor.  I have one issue that
20 I wanted to put before the Court, and it is apropos of the
21 line-drawing exercise that we have been -- that Your Honor
22 alluded to.
23          So I wanted to take just a second to call the Court's
24 attention to two other cases in which the claims against Meta
25 fall squarely within the proposed class definition in the

1  amended complaint in this case.
2          So one of those cases is the Hey Favor case with which
3  the Court is aware, and the other is the GoodRX case.
4          So this is coming up very quickly in Hey Favor.  We
5  previously moved to sever the claims against Meta in that case
6  and consolidate them with this action, and the Court ruled last
7  May that the Court was not ready to do that at that time
8  because the claims in Hey Favor relate primarily to the use of
9  an app on mobile devices and Meta's SDK tool, and the claims
10 here against Meta, at that time the Court was not clear on
11 whether they encompassed apps and the SDK tool.
12         The amended complaint makes clear that the plaintiff's
13 claims in this case do encompass that, so -- and the Court said
14 at the time that the Court would be willing to revisit this
15 issue if the benefits of consolidation became clearer.
16         I think it is the belief of both parties to this case
17 that the benefits of consolidation are now clearer, so we are
18 going to be filing three motions.  And I apologize for sort of
19 the procedural steps, but we're going to be filing today a
20 motion to strike the exclusion of Hey Favor from the amended
21 complaint in this case.  And we have now talked to plaintiffs
22 just before this case management conference.  My understanding
23 is that they are not going to oppose that relief, although they
24 will be filing a short statement of nonopposition.
25         We will then be filing a motion to sever the claims

1    against Meta in the Hey Favor case, and then we will be filing
2    a motion to relate and consolidate those claims here.
3             And we will be filing a similar sequence of motions in
4    the GoodRX case, which is another case that's pending before
5    Judge Martinez-Olguin in this district, which is a similar one,
6    app healthcare case, in which the plaintiff alleges claims
7    against Meta about data that was collected through SDK and
8    Pixel.
9             THE COURT:  Right.  So those -- and you did foreshadow
10   that in the CMC statement, and I hope that your motion also
11   takes into account the line drawing of providers versus apps
12   versus -- just make sure that you are thinking about all of the
13   different kinds of defendants that could be involved in the
14   litigation, because that's what I've been thinking about.
15            So I'm -- I'm happy to look at what you file, but
16   that's -- that is of interest.
17            MS. GOLDMAN:  Understood, Your Honor.  Thank you very
18   much for that guidance.
19            THE COURT:  Okay.
20            MR. GRABER:  Thank you, Your Honor.
21            THE COURT:  Well, if that's all -- I guess I'll be
22   seeing some of you tomorrow, but for those who I won't see,
23   Happy Thanksgiving, and we will talk more about this at least
24   at the next CMC, if not before.
25            MS. GOLDMAN:  Thank you, Your Honor.

1        MR. GRABER:  Thank you.

2        (Proceedings concluded 2:08 p.m., November 14, 2023.)

3

4

5

6

7

8                         C E R T I F I C A T E

9

10       I, JANET DAVIS, Federal Official Court Reporter for

11  the United States District Court for the District of Wyoming, a

12  Registered Diplomate Reporter, Federal Certified Realtime

13  Reporter, and Certified Realtime Reporter, do hereby certify

14  that I reported by machine shorthand the foregoing proceedings

15  contained herein on the aforementioned subject on the date

16  herein set forth, and that the foregoing pages constitute a

17  full, true and correct transcript.

18        Dated this 24th day of November, 2023.

19

20

21                      /s/ *Janet Davis*

                        _____
22                       *JANET DAVIS, RDR, FCRR, CRR*
                         *Federal Official Court Reporter*

23

24

25