UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**AMENDED DISCOVERY SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 397, 400 |
|---|---|

Having considered defendant Meta Platforms, Inc.'s administrative motion (Dkt. No. 397) and plaintiffs' opposition (Dkt. No. 400), as well as Judge Orrick's November 14, 2023 order (Dkt. No. 385), and for good cause shown, the Court amends its May 25, 2023 discovery scheduling order (Dkt. No. 261) as follows:

| Parties substantially complete document production | April 19, 2024 |
|---|---|
| Parties exchange final privilege logs | August 2, 2024 |

All other provisions of the May 25, 2023 discovery scheduling order remain unchanged.

**IT IS SO ORDERED.**

Dated: January 4, 2024

Virginia K. DeMarchi
United States Magistrate Judge