| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>*jaybarnes@simmonsfirm.com*<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:   212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>*ggraber@cohenmilstein.com*<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:   202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>*koncius@kiesel.law*<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:   310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>*bterrell@terrellmarshall.com*<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated | Andre M. Mura, State Bar No. 298541<br>*amm@classlawgroup.com*<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO**<br><br>CLASS ACTION<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

1 **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

2   Plaintiffs submit for the Court's consideration recent decisions in *Kurowski v. Rush System
3 for Health*, N.D. Ill. Case No. 22 C 5380 (**Exhibit A**), *In Re: Group Health Plan Litig.*, D. Minn.
4 Case No. 23-cv-267 (**Exhibit B**), and *Rodriguez v. Google*, N.D. Cal. Case No. 20-cv-04688
5 (**Exhibit C**). These courts ruled on several issues relevant to the disputes currently before this Court
6 involving Plaintiffs' claims for intrusion upon seclusion, invasion of privacy, and violation of the
7 CDAFA. Accordingly, Plaintiffs submit them as supplemental authority.

8
9  DATED: January 16, 2024        By:   */s/ Jason 'Jay' Barnes*
                                         Jason 'Jay' Barnes
10
11                                      **SIMMONS HANLY CONROY LLC**
                                        Jason 'Jay' Barnes (admitted *pro hac vice*)
12                                         jaybarnes@simmonsfirm.com
                                        112 Madison Avenue, 7th Floor
13                                      New York, NY 10016
                                        Tel:    212-784-6400
14                                      Fax:    212-213-5949

15
                                        By:    */s/ Geoffrey Graber*
16                                              Geoffrey Graber

17                                      **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                        Geoffrey Graber, State Bar No. 211547
18                                         ggraber@cohenmilstein.com
                                        1100 New York Avenue NW, Fifth Floor
19                                      Washington, DC 20005
                                        Tel:    202-408-4600
20                                      Fax:    202-408-4699

21
                                        **KIESEL LAW LLP**
22                                      Jeffrey A. Koncius, State Bar No. 189803
                                           koncius@kiesel.law
23                                      8648 Wilshire Boulevard
                                        Beverly Hills, CA 90211
24                                      Tel:    310-854-4444
                                        Fax:    310-854-0812
25
26                                      **TERRELL MARSHALL LAW GROUP PLLC**
27                                      Beth E. Terrell, State Bar No. 178181
                                           bterrell@terrellmarshall.com
28
1

936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
 *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiffs and Putative Class*

1 **CIVIL L.R. 5-1(i)(3) ATTESTATION**

2   Pursuant to Civil Local Rule 5-1i)(3), I, Beth Terrell, hereby attest under penalty of perjury
3 that concurrence in the filing of this document has been obtained from all signatories.
4 DATED this 16th day of January, 2024.        By:    */s/ Beth E. Terrell*
                                                      Beth E. Terrell