# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** January 17, 2024 | **Time:** 33 minutes<br>1:58 p.m. to 2:31 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 22-cv-03580-WHO | **Case Name:** In Re Meta Pixel Healthcare Litigation | |

**Attorneys for Plaintiff:**  Geoffrey Graber, Jay Barnes,
**Attorneys for Defendant:**  Lauren R. Goldman and Elizabeth K. McCloskey

**Deputy Clerk:** Jean Davis          **Court Reporter:** Kelly Shainline

## PROCEEDINGS

Hearing on motions to dismiss conducted via videoconference (conducted in tandem with related motion in Case No. 23cv59). Argument of counsel heard. Motions taken under submission; written order to follow.