**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO-VKD<br><br>PUTATIVE CLASS ACTION<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW MOHAMMED A. RATHUR AS COUNSEL**<br><br>Action Filed: June 17, 2022<br><br>Honorable Judge William H. Orrick |

DEFENDANT META PLATFORMS, INC.'S STATEMENT OF NON-OPPOSITION
TO MOTION TO WITHDRAW MOHAMMED A. RATHUR AS COUNSEL
CASE NO. 3:22-CV-3580-WHO

Gibson, Dunn & Crutcher LLP

On January 24, 2024, plaintiff Sophia Hartley filed a Motion to Withdraw Mohammed A. Rathur As Counsel which moved the Court for an order authorizing Mohammed A. Rathur of the law firm Stephan Zouras, LLP to withdraw as counsel in the above-captioned action. *See* Dkt. 415.

Pursuant to Local Civil Rule 7-3(b), Defendant Meta Platforms, Inc. ("Meta") respectfully submits this statement informing the Court that Meta does not oppose this motion.

| | |
|---|---|
| Dated: February 7, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: */s/ Lauren R. Goldman* |
| | Lauren R. Goldman |
| | |
| | **COOLEY LLP** |
| | By: */s/ Michael G. Rhodes* |
| | Michael G. Rhodes |
| | *Attorneys for Meta Platforms, Inc.* |