**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO-VKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO ANSWER PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Complaint Filed: October 10, 2023 |

Gibson, Dunn & Crutcher LLP

STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO ANSWER PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT — CASE NO. 3:22-CV-3580-WHO-VKD

Pursuant to Civil Local Rule 6-1(a), plaintiffs and defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 10, 2023, plaintiffs filed their First Amended Consolidated Class Action Complaint ("FAC") (Dkt. 335);

WHEREAS, on November 14, 2023, Meta filed a motion to dismiss plaintiffs' FAC ("Motion to Dismiss") (Dkt. 382);

WHEREAS, on January 17, 2024, this Court heard the parties' arguments on Meta's Motion to Dismiss (Dkt. 411);

WHEREAS, on January 29, 2024, this Court denied Meta's Motion to Dismiss (Dkt. 417);

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Meta is required to serve an Answer to the FAC by February 12, 2024;

WHEREAS, counsel for Meta and counsel for plaintiffs have conferred and agreed to extend the time for Meta to serve its Answer to the FAC to March 13, 2024;

WHEREAS, the proposed extension will not alter the date of any other event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and Meta that Meta's deadline to serve its Answer to the FAC shall be extended to March 13, 2024.

IT IS SO STIPULATED.

Dated: February 7, 2024

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ *Elizabeth K. McCloskey*
      Elizabeth K. McCloskey

**COOLEY LLP**

By: /s/ *Michael G. Rhodes*
      Michael G. Rhodes

*Attorneys for Meta Platforms, Inc.*

-1-

STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO ANSWER PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT — CASE NO. 3:22-CV-3580-WHO-VKD

Dated: February 7, 2024

By:  /s/ Jason 'Jay' Barnes
Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949


By:  /s/ Geoffrey Graber
Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Geoffrey Graber, State Bar No. 211547
ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700

*Attorneys for Plaintiffs*

-2-

STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO ANSWER PLAINTIFFS'
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT — CASE NO. 3:22-CV-3580-WHO-VKD

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth K. McCloskey, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 7, 2024                    **GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Elizabeth K. McCloskey*
          Elizabeth K. McCloskey