UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO META'S MARCH 21, 2024 DISCOVERY LETTER**<br><br>Re: Dkt. No. 434 |

By **5:00 p.m. today**, plaintiffs are directed to file their response to Meta's arguments made in its discovery letter filed on March 21, 2024 (Dkt. No. 434). Plaintiffs' response is limited to 1500 words.

The Court sets this discovery dispute for a hearing on **April 9, 2024, 10:00 a.m.** No party may file any further discovery disputes until after the April 9 hearing. The Court expects the parties to continue to work on resolving their disputes in the meantime.

**IT IS SO ORDERED.**

Dated: March 22, 2024

Virginia K. DeMarchi
United States Magistrate Judge