1

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:     212-784-6400
Fax:     212-213-5949

2

3

4

5

6

Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:     310-854-4444
Fax:     310-854-0812

7

8

9

10

11

*Attorneys for Plaintiffs and Putative Class*

12

[*Additional counsel listed on signature page*]

13

14

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:     202-408-4600
Fax:     202-408-4699

Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:     206-816-6603
Fax:     206-319-5450

Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:     510-350-9700
Fax:     510-350-9701

15

16

17

18

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

19

20

IN RE META PIXEL HEALTHCARE
LITIGATION

21

22

23

This Document Relates To:

24

All Actions

25

26

27

28

Case No. 3:22-cv-03580-WHO (VKD)

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**

Hon. William H. Orrick

1        Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on

2  Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local Rule

3  79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. 242)

4  Plaintiffs move for consideration of whether Defendant Meta Platforms', Inc. ("Meta") materials

5  should be sealed, in connection with Plaintiffs' Response to Meta's March 21, 2024 discovery letter

6  brief regarding Meta's request for a protective order (ECF No. 434).

7        Plaintiffs seek to file their response under seal.

8

| Provisionally Sealed Document | Evidence Offered in Support of Sealing |
|---|---|
| Plaintiffs' response to Meta's March 21, 2024 discovery letter brief regarding Meta's request for a protective order (ECF No. 434). | Substantial portions of Plaintiffs' response reference documents that Meta claims are confidential. |

9
10
11
12
13
14

15  DATED: March 22, 2024           Respectfully submitted,

16                      By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:  202-408-4600
Fax:  202-408-4699

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:  212-784-6400
Fax:  212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211

1

2

Tel:    310-854-4444
Fax:    310-854-0812

3

4

5

6

7

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

8

9

10

11

12

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

13

*Attorneys for Plaintiffs and the Proposed Class*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
Case No. 3:22-cv-03580-WHO (VKD)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

*/s/Geoffrey Graber*
Geoffrey Graber

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
Case No. 3:22-cv-03580-WHO (VKD)