| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>*koncius@kiesel.law*<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs and Putative Class* | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br>CLASS ACTION<br><br>**DECLARATION OF GEOFFREY GRABER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge: Hon. William H. Orrick |

**DECLARATION OF GEOFF GRABER**

I, Geoffrey Graber, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California.

2. I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC, who along with the law firms Simmons Hanly Conroy LLP, Kiesel Law LLP, Terrell Marshall Law Group, PLLC, and Gibbs Law Group, LLP, represent Plaintiffs and the Putative Class in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in accordance with Civil Local Rule 79-5(f)(3) and 79-5(c)(1) in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

5. Plaintiffs move to file their response brief under seal because Meta designated the following material as confidential:

| Provisionally Sealed Document | Evidence Offered in Support of Sealing |
|---|---|
| Plaintiffs' response to Meta's March 21, 2024 discovery letter brief regarding Meta's request for a protective order (ECF No. 434). | Substantial portions of Plaintiffs' response reference documents that Meta claims are confidential. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 22, 2023, in Washington, D.C..

/s/ Geoffrey Graber
_____
Geoffrey Graber