# Plaintiffs' Response to Meta's March 21, 2024 Discovery Letter Brief Regarding Meta's Request for a Protective Order

## FILED UNDER SEAL AT ECF No. 437-3