**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S *UNOPPOSED* ADMINISTRATIVE MOTION TO CLOSE APRIL 9, 2024 HEARING ON PARTIES' DISCOVERY DISPUTE LETTERS (DKT NOS. 428, 430, 434, 437-3)<br><br>Re:  Dkt. No. 447 |

The Court grants Meta's unopposed administrative motion to close the April 9, 2024 hearing regarding the parties' discovery dispute letters (Dkt. Nos. 428, 430, 434, 437-3).

**IT IS SO ORDERED.**

Dated:   April 4, 2024

Virginia K. DeMarchi
United States Magistrate Judge