UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To:

All Actions.

Case No. 22-cv-03580-WHO (VKD)

**ORDER RE REDACTIONS TO ORDER RE DISCOVERY DISPUTES RE DATA SOURCES AND SAMPLING**

The Court's Order re Discovery Disputes re Data Sources and Sampling (Dkt. No. 452) has been filed provisionally under seal in its entirety because it may contain information that the Court has allowed to be filed under seal. *See, e.g.*, Dkt. Nos. 380, 448.

The parties shall confer and by **April 17, 2024** submit a proposed order regarding redactions to the Court's Order. If no redactions are needed or if the parties dispute any proposed redactions, the parties shall submit a statement so advising the Court.

**IT IS SO ORDERED.**

Dated: April 10, 2024

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California