1  **GIBSON, DUNN & CRUTCHER LLP**             **COOLEY LLP**
   LAUREN R. GOLDMAN (*pro hac vice*)          MICHAEL G. RHODES, SBN 116127
2  lgoldman@gibsondunn.com                     rhodesmg@cooley.com
   DARCY C. HARRIS (*pro hac vice*)            KYLE C. WONG, SBN 224021
3  dharris@gibsondunn.com                      kwong@cooley.com
   200 Park Avenue                             CAROLINE A. LEBEL, SBN 340067
4  New York, NY 10166                          clebel@cooley.com
   Telephone:   (212) 351-4000                 3 Embarcadero Center, 20th Floor
5  Facsimile:   (212) 351-4035                 San Francisco, CA 94111-4004
                                               Telephone:   (415) 693-2000
6  ELIZABETH K. MCCLOSKEY, SBN 268184          Facsimile:   (415) 693-2222
   emccloskey@gibsondunn.com
7  ABIGAIL A. BARRERA, SBN 301746
   abarrera@gibsondunn.com
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone:   (415) 393-8200
   Facsimile:   (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*
*(formerly known as Facebook, Inc.)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**[PROPOSED]** ORDER SEALING COURT'S APRIL 10 ORDER RE DISCOVERY DISPUTES RE DATA SOURCES (DKT. NO. 452)<br><br>Re: Dkt. No. 456 |

**IT IS HEREBY ORDERED** that parts of the Court's April 10, 2024 order entered at Dkt. No. 452 be **SEALED** as outlined below. Accordingly, the public shall only have access to the version of the document filed at Dkt. No. 452 that contains the following redactions:

| Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|
| Page 1, fifth word of line 27; Page 2, third word of line 17; Page 3, twelfth word of line 23 | Meta | This text should be redacted because it identifies the number of data sources at issue in this litigation that have been identified as containing potentially relevant Pixel data. If this information was revealed, it could cause Meta competitive harm, and also undermine the integrity of Meta's storage systems. |
| Page 2, names of specific tables in footnote 1 | Meta | This text should be redacted because it identifies by name specific tables within Meta's non-public Hive data storage system. If revealed, disclosure of this information would place Meta at a competitive disadvantage and put the integrity of Meta's data storage system at risk. The Court previously ordered the names of specific Hive tables to be sealed. *See* Dkt. Nos. 339-2, 350-4, and 372. |
| Page 3, line 3 after colon through end of line 5, final word of line 11 | Meta | This text should be redacted because it quotes from a partially sealed Court order, *see* Dkt. No. 379 at 4, and identifies by name a specific, non-public data processing tool used by Meta. Disclosure of this non-public information would competitively disadvantage Meta. The Court previously ordered this information to be sealed. *See* Dkt. Nos. 336, 337, 350-3, 350-4, 350-5, 372, and 379. |

Dated: April 25, 2024

Virginia K. DeMarchi
United States Magistrate Judge