UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION TO SEAL META'S DISCOVERY RESPONSES**<br><br>Re: Dkt. No. 431 |

In connection with the parties' March 18, 2024 discovery letter brief concerning plaintiffs' requests for production (Dkt. No. 430), plaintiffs moved to seal exhibits containing Meta's responses to plaintiffs' request for production (set 1) and Meta's responses to plaintiffs' requests for production (sets 2-6). Dkt. No. 431. Plaintiffs seek to seal these documents in their entirety on the ground that Meta claims they reveal Meta's confidential information. *See id.*

The docket does not indicate that Meta responded to plaintiffs' motion to seal. *See* Civil L.R. 79-5(f); *see also* Civil L.R. 79-5(c). As this may have been an oversight, the Court directs Meta to respond to plaintiffs' pending motion to seal by **May 1, 2024** explaining why the documents in question should remain under seal, either in whole or in part (if at all).

**IT IS SO ORDERED.**

Dated: April 25, 2024

Virginia K. DeMarchi
United States Magistrate Judge