UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER GRANTING PARTIES' MOTIONS TO SEAL MARCH 21, 2024 AND MARCH 22, 2024 DISCOVERY LETTER BRIEFS**<br><br>Re: Dkt. Nos. 435, 437 |
|---|---|

Meta moves to seal portions of a unilateral discovery letter it filed on March 21, 2024. Dkt. No. 435. Relatedly, plaintiffs move to seal their March 22, 2024 response to Meta's March 21, 2024 discovery letter, stating that their letter references information that Meta claims is confidential. Dkt. No. 437. Meta responds that only portions of plaintiffs' March 22, 2024 letter brief should be sealed. *See* Dkt. No. 442. According to Meta, all of the information in question comprises competitively sensitive information regarding Pixel usage metrics, and Meta's data storage repositories, practices, and systems that would put Meta at a competitive disadvantage and security risk if publicly revealed. *See* Dkt. Nos. 435-1, 442.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case," *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1101 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). A party seeking to seal documents or information in connection with such a motion

1  must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c).  *Id*. at 1098-99; *Kamakana*,
2  447 F.3d at 1179-80.
3   Good cause appearing, the Court grants Meta's motion to seal the redacted portions of its
4  March 21, 2024 discovery letter brief.  The unredacted version of that letter brief shall remain
5  under seal.
6   Good cause appearing, the Court grants plaintiffs' motion to seal their March 22, 2024
7  discovery letter brief, as narrowed by Meta.  Meta shall publicly file its proposed revised redacted
8  version of that letter brief by May 1, 2024.
9  **IT IS SO ORDERED.**
10 Dated: April 25, 2024

Virginia K. DeMarchi
United States Magistrate Judge