April 30, 2024

Judge Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

    Re:    *In re Meta Pixel Healthcare Litigation*, **Case No. 22-cv-03580-WHO (VKD),**
             **Joint Status Report Regarding Class Member Data**

Dear Judge DeMarchi,

    Pursuant to the Court's April 10, 2024 Order (ECF No. 452), the parties submit this joint status report regarding the production of class member data.

    On April 17, 2024, Meta provided its sampling proposal to Plaintiffs. On April 24, Plaintiffs wrote in response to Meta's April 17 proposal. Plaintiffs' April 24 letter included Plaintiffs' proposal for the production of class member data; Plaintiffs' proposals to reduce Meta's burden; and Plaintiffs' questions for Meta regarding Meta's proposal and Meta's burden. Plaintiffs' April 24 letter also discussed Plaintiffs' position regarding the relevant data sources and proposed means to identify potentially relevant data sources and data fields.

    On April 26, the parties conferred regarding Meta's sampling proposal, Plaintiffs' counterproposal, data sources, and Plaintiffs' questions. The parties agreed that additional meet-and-confers would assist the parties in clarifying and possibly narrowing the scope of the disputes. The parties agreed that, as part of the joint status report due to the Court on May 8, 2024 regarding relevant data sources,[1] the parties also submit a further status report regarding class member data.

    The parties thus respectfully request that the Court enter the following schedule for the next joint status report:

| | |
|---|---|
| The parties shall continue to meet-and-confer and will submit a joint status report to the Court regarding (i) the production of class member data, and (ii) data sources. The status report shall identify the issues in dispute, without argument, and shall propose an efficient means for presenting the remaining issues to the Court for resolution. | Wednesday, May 8, 2024 |

---

[1] In its April 10, 2024 Order, the Court set a May 8, 2024 deadline for the parties to submit a joint status report regarding data sources.

1

Dated: April 30, 2024          By:     */s/ Jason "Jay" Barnes*

                                                      Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:   212-213-5949


By:     */s/ Geoffrey Graber*
        Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:   202-408-4699

**KIESEL LAW LLP**

Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**

Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**

Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700

Fax: 510-350-9701

*Attorneys for Plaintiffs and Putative Class*

Dated: April 30, 2024  **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
   Lauren Goldman

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
   Michael G. Rhodes

MICHAEL G. RHODES (SBN 116127)
rhodesmg@cooley.com
KYLE C. WONG (SBN 224021)
kwong@cooley.com
CAROLINE A. LEBEL (SBN 340067)
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Meta Platforms, Inc.*

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric A. Kafka, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: April 30, 2024				By:	*/s/ Eric A. Kafka*