UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO SEAL META'S DISCOVERY RESPONSES**<br><br>Re: Dkt. No. 431 |

Plaintiffs moved to seal Meta's discovery responses (Dkt. No. 431), appended as Exhibits 4 and 5 to the parties' March 18, 2024 discovery letter brief (Dkt. No. 430). Plaintiffs stated that Meta claimed those documents revealed Meta's confidential information. Dkt. No. 431. In response to the Court's interim order (Dkt. No. 465), Meta has confirmed that the subject documents do not need to be sealed. *See* Dkt. No. 468.

Accordingly, plaintiffs' motion to seal is denied. By May 13, 2024, the parties shall file the subject exhibits on the public docket.

**IT IS SO ORDERED.**

Dated: May 2, 2024

Virginia K. DeMarchi
United States Magistrate Judge