UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br>This Document Relates To:<br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br>**REDACTED**<br>**ORDER RE FURTHER PROCEEDINGS RE DISCOVERY DISPUTES RE DATA SOURCES AND SAMPLING**<br>Re: Dkt. Nos. 473, 474-3 |

This order concerns the parties' disputes regarding plaintiffs' request for production of class member data and identification of relevant data sources. *See* Dkt. Nos. 430, 434, 438. The Court has reviewed the parties' May 8, 2024 status report (Dkt. No. 474-3) and orders as follows:

1. *Class member data*. The parties appear to have completed their discussions regarding plaintiffs' demand for responsive data for all class members with respect to the [redacted] data sources identified in the Court's prior order, and whether Meta should be permitted to produce samples from those data sources instead.[1] *See* Dkt. No. 452 at 2 n.1. The parties shall file a joint discovery dispute letter that addresses this dispute (and this dispute only) on **May 24, 2024**, unless they mutually agree to submit the dispute on a different date. The submission must comply with the Court's expedited discovery dispute resolution requirements, including word limits, except that the parties may also submit supporting declarations and evidence. These supporting materials *must not contain argument*. In addition, the supporting materials *must not include the parties' discovery-related correspondence*.

[1] Because plaintiffs do not clearly distinguish between these [redacted] data sources and other disputed data sources, the Court relies on Meta's portion of the status report, which advises that the parties have reached an impasse on this point.

United States District Court
Northern District of California

United States District Court
Northern District of California

2. *Relevant data sources*. With respect to additional relevant data sources, beyond the data sources referred to above, the parties agree that further discussions may be productive. The parties shall file a joint status report on **May 17, 2024** regarding the status of their discussions. The report shall identify the remaining issues in dispute, *without argument*, and shall propose an efficient means for presenting those issues to the Court for resolution.

**IT IS SO ORDERED.**

Dated: May 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge