| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY (SBN 268184)<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA (SBN 301746)<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>COOLEY LLP<br>MICHAEL G. RHODES (SBN 116127)<br>rhodesmg@cooley.com<br>KYLE C. WONG (SBN 224021)<br>kwong@cooley.com<br>CAROLINE A. LEBEL (SBN 340067)<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant Meta Platforms, Inc. (formerly known as Facebook, Inc.)* | GEOFFREY GRABER (SBN 211547)<br>ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br><br>*Additional Attorneys in Signature Block*<br><br>*Co-Lead Counsel for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT STATEMENT REGARDING DATA SOURCES** |

1    The parties have continued to meet-and-confer regarding relevant additional data sources. Based on the parties' discussions, Meta has agreed to run certain searches for additional tables, as well as for fields and field descriptions corresponding to those tables, by May 29. The parties agree that they should continue to meet-and-confer, and present their remaining disputes, if any, regarding additional data sources, and the appropriate means to identify them, by June 14.

The parties ask that they be permitted to present any remaining disputes through a joint discovery dispute letter, in accordance with the Court's standing order, except that the parties be permitted to file supporting exhibits and declarations as necessary.

The parties thus ask that the Court enter the following deadline:

| Parties file joint discovery dispute letter regarding relevant data sources, and the appropriate means to identify them, with supporting exhibits and declarations as necessary | Friday, June 14, 2024 |
|---|---|

Dated: May 17, 2024                          **GIBSON, DUNN & CRUTCHER LLP**

                                             By: */s/ Lauren Goldman*
                                                 Lauren Goldman

                                             **COOLEY LLP**

                                             By: */s/ Michael G. Rhodes*
                                                 Michael G. Rhodes

                                             *Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

Dated: May 17, 2024                          By:    */s/ Jason 'Jay' Barnes*
                                                    Jason 'Jay' Barnes

                                             **SIMMONS HANLY CONROY LLC**

                                             Jason 'Jay' Barnes (admitted *pro hac vice*)
                                               jaybarnes@simmonsfirm.com
                                             112 Madison Avenue, 7th Floor
                                             New York, NY 10016
                                             Tel:    212-784-6400
                                             Fax:    212-213-5949

By: */s/ Geoffrey Graber*
Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiff*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric A. Kafka, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 17, 2024                                By:    */s/ Eric Kafka*