UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE MAY 17, 2024 STATUS REPORT**<br><br>Re: Dkt. No. 487 |

Based on the parties' May 17, 2024 joint status report (Dkt. No. 487), the Court orders as follows: By **June 14, 2024**, the parties shall file a joint discovery dispute letter regarding relevant data sources, and the appropriate means to identify them, with supporting exhibits and declarations as necessary. The submission must comply with the Court's expedited discovery dispute resolution requirements, including word limits, except that the parties may also submit supporting declarations and evidence. These supporting materials must not contain argument. In addition, the supporting materials must not include the parties' discovery-related correspondence.

**IT IS SO ORDERED.**

Dated: May 20, 2024

Virginia K. DeMarchi
United States Magistrate Judge