| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:   (415) 393-8200<br>Facsimile:   (415) 393-8306 | **COOLEY LLP**<br>MICHAEL G. RHODES, SBN 116127<br>rhodesmg@cooley.com<br>KYLE C. WONG, SBN 224021<br>kwong@cooley.com<br>CAROLINE A. LEBEL, SBN 340067<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   (415) 693-2000<br>Facsimile:   (415) 693-2222 |

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S *UNOPPOSED* ADMINISTRATIVE MOTION TO CLOSE JUNE 11, 2024 HEARING ON PARTIES' DISCOVERY DISPUTE LETTER (DKT NOS. 494-3, 495)**<br><br>Re:  Dkt. No. 505 |

The Court grants Meta's unopposed administrative motion to close the June 11, 2024 hearing regarding the parties' discovery dispute letter (Dkt. No. 495 (slipsheet); 494-3 (filed under seal)).

**IT IS SO ORDERED.**

Dated: June 7, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge