| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:   (415) 393-8200<br>Facsimile:   (415) 393-8306<br><br>*Attorneys for Defendant Meta Platforms, Inc.*<br>*(formerly known as Facebook, Inc.)* | **COOLEY LLP**<br>MICHAEL G. RHODES, SBN 116127<br>rhodesmg@cooley.com<br>KYLE C. WONG, SBN 224021<br>kwong@cooley.com<br>CAROLINE A. LEBEL, SBN 340067<br>clebel@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   (415) 693-2000<br>Facsimile:   (415) 693-2222 |

*IT IS SO ORDERED*
*Judge Virginia K. DeMarchi*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>[PROPOSED] **ORDER SEALING COURT'S JUNE 13 FURTHER ORDER RE MAY 29, 2024 DISCOVERY DISPUTE RE PRODUCTION OF DATA SOURCES (DKT. NO. 510)**<br><br>Re:  Dkt. No. 520 |

**IT IS HEREBY ORDERED** that parts of the Court's June 13, 2024 order entered at Dkt. No. 510 be **SEALED** as outlined below.  Accordingly, the public shall only have access to the version of the document filed at Dkt. No. 510 that contains the following redactions:

| Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|
| Page 1, last word in line 10 and last word in line 15; Page 2, fourteenth word in line 2, eleventh word in line 4, sixth and seventh words in line 5, and final two words in line 6; Page 3, eighth and ninth words in line 7, ninth word in line 20, and thirteenth and fourteenth words in line 23; Page 4, last word in line 3 and eighth word in line 6 | Meta | This text should be redacted because it identifies the number of data sources that are the subject of the current dispute and the parties' negotiations regarding potentially relevant Business Tools data. Public disclosure of this information would harm Meta competitively. The Court has previously ordered the number of data sources that are the subject of the current dispute and the parties' negotiations regarding potentially relevant Business Tools data to be sealed. *See* Dkt. Nos. 463, 509. |
| Page 1, lines 17–22; Page 2, first four words of line 6, last two words of line 7, first two words of line 8, last two words of line 13, first word of line 14, second and third words of line 18; Page 3, last three words of line 7, first four words of line 8, last three words of line 24, first two words of line 25 | Meta | This text should be redacted because it identifies by name specific tables within Meta's non-public Hive data storage system. Were this information made public, it would competitively harm Meta. Its exposure would also increase the risk to the integrity of Meta's data storage systems. The Court previously issued orders sealing names of specific Hive tables. *See* Dkt. Nos. 339-2, 350-4, 372, 463, 509. |

| Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|
| Page 2, tenth, eleventh, and twelfth words in line 1, last three words in line 3, first twelve words in line 4, last eight words in line 5, first six words in line 7, twelfth word in line 8, last six words in line 10, first four words in line 11, third through thirteenth words in line 14, last four words in line 15, first eight words in line 16, last six words in line 18, first 12 words in line 19, third through seventh words in line 20, fifth word in line 21, fourth through sixth words in line 22, footnotes 2 and 3; Page 3, last fourteen words in line 6, first thirteen words in line 7, last six words in line 19, first four words and last four words in line 20, first six words in line 21, last word in line 23, first six words in line 24 | Meta | This text should be redacted because it reveals specific, non-public information about the sampling proposals that are the subject of the parties' negotiations regarding potentially relevant Business Tools data, which reveals information related to Meta's data storage, including the characteristics and locations of that data. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. The Court has previously ordered this type of information to be sealed. *See* Dkt. No. 509. |