# Redacted Version of Attachment 1

# Operative Log Entries for the Disputed Documents

# (Dkt. No. 475-1)

# Log Entries for Thread E (Iteration E-1) – PIXEL_HEALTH000300598

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | PIXEL_HEALTH00030059 8 | PIXEL_HEALTH00030060 7 | Standalone Document | PIXEL_HEALTH00030059 8 | PIXEL_HEALTH00030060 7 | Email | 10 | 7/12/2022 | Li Zhou █████ | Brett Pailet* ████; Fred Leach ████; Gerardo Cantu ████; James Covey ████; Jamie Wells ████; Krishna Poola ████; Peng Fan ████; Sarah Binning* ████; Tobias Wooldridge ████; William Florkowski* ████; Yi Huang ██ | Abbas Ravjani ████; Anjali Dahiya ████; David Abdul-Malak ████; Emily Dahlberg ████; Fangzi Huang ████; Hongyan Zhou ████; Jack Chen* ████; Jiaxi Wang ████; Jinyi Yao ████; Shantanu Singh ████; Siva Dosapati ████; Victor Zhu ███ | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding business tool data issues prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| 58 | PIXEL_HEAL TH0003005 89 | PIXEL_HEAL TH0003005 97 | Standalone Document | PIXEL_HEAL TH0003005 89 | PIXEL_HEAL TH0003005 97 | Email | 9 | 7/12/2022 | Jamie Wells | Brett Pailet* ■; Fred Leach Gerardo Cantu ; James Covey ■ Krishna Poola Peng Fan Sarah Binning* ■Tobias Wooldridge ; William Florkowski* Yi Huang | Abbas Ravjani ■; Anjali Dahiya ■ David Abdul-Malak b.■; Emily Dahlberg ; Fangzi Huang ; Hongyan Zhou ; Jack Chen* ; Jiaxi Wang ; Jinyi Yao ; Li Zhou Shantanu Singh Siva Dosapati Victor Zhu . | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/bloc king issues. | Attorney Client; Work Product |

| 59 | PIXEL_HEALTH000300580 | PIXEL_HEALTH000300588 | Standalone Document | PIXEL_HEALTH000300580 | PIXEL_HEALTH000300588 | Email | 9 | 7/12/2022 | Brett Pailet* ▇ ▇ | Fred Leach ▇; Gerardo Cantu ▇; James Covey ▇ Krishna Poola ▇ Peng Fan ▇ Sarah Binning* ▇; Tobias Wooldridge ▇; William Florkowski* Yi Huang ▇ ▇ | Abbas Ravjani ▇; Anjali Dahiya ▇; David Abdul-Malak ▇; Emily Dahlberg ▇; Fangzi Huang ▇; Hongyan Zhou ▇; Jack Chen* Jamie Wells ▇; Jiaxi Wang ▇; Jinyi Yao ▇; Li Zhou Shantanu Singh ▇ Siva Dosapati ▇ | | Yi Huang; Fangzi Huang; Tobias Wooldridge; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PIXEL_HEAL TH0003005 73 | PIXEL_HEAL TH0003005 79 | Standalone Document | PIXEL_HEAL TH0003005 73 | PIXEL_HEAL TH0003005 79 | Email | 7 | 7/11/2022 | Krishna Poola ▇ | Fred Leach ▇ James Covey ▇; Peng Fan ▇; Sarah Binning* ▇; Tobias Wooldridge ▇; William Florkowski* ▇; Yi Huang ▇ | Abbas Ravjani ▇; Anjali Dahiya ▇; Brett Pailet* ▇ David Abdul-Malak ▇; Emily Dahlberg ▇; Fangzi Huang ▇ Gerardo Cantu ▇; Hongyan Zhou ▇; Jiaxi Wang ▇; Jinyi Yao ▇; Li Zhou ▇ Shantanu Singh ▇; Siva Dosapati ▇ | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/bloc king issues. | Attorney Client; Work Product |

| 60 | PIXEL_HEAL TH0003005 66 | PIXEL_HEAL TH0003005 72 | Standalone Document | PIXEL_HEAL TH0003005 66 | PIXEL_HEAL TH0003005 72 | Email | 7 | 7/11/2022 | Sarah Binning* ▮▮ | Fred Leach ▮; James Covey ▮▮; Krishna Poola ▮; Peng Fan ▮; Tobias Wooldridge ▮; William Florkowski* ▮; Yi Huang ▮▮ | Abbas Ravjani ▮; Anjali Dahiya ▮; Brett Pailet* ▮; David Abdul-Malak ▮; Emily Dahlberg ▮; Fangzi Huang ▮; Gerardo Cantu ▮; Hongyan Zhou ▮; Jiaxi Wang ▮; Jinyi Yao ▮; Li Zhou ▮; Shantanu Singh ▮; Siva Dosapati ▮ | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/bloc king issues. | Attorney Client; Work Product |

| 61 | PIXEL_HEALTH00030061 | PIXEL_HEALTH00030065 | Standalone Document | PIXEL_HEALTH00030061 | PIXEL_HEALTH00030065 | Email | 5 | 7/11/2022 | Krishna Poola [redacted] | Fred Leach [redacted]; James Covey [redacted]; Peng Fan [redacted]; Sarah Binning* [redacted]; Tobias Wooldridge [redacted]; William Florkowski* [redacted]; Yi Huang [redacted] | Abbas Ravjani [redacted]; Anjali Dahiya [redacted]; Brett Pailet* [redacted]; David Abdul-Malak [redacted]; Emily Dahlberg [redacted]; Fangzi Huang [redacted]; Gerardo Cantu [redacted]; Hongyan Zhou [redacted]; Jiaxi Wang [redacted]; Jinyi Yao [redacted]; Li Zhou [redacted]; Shantanu Singh [redacted]; Siva Dosapati [redacted] | | Yi Huang; Fangzi Huang; Tobias Wooldridge; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| 62 | PIXEL_HEALTH0003005 56 | PIXEL_HEALTH0003005 60 | Standalone Document | PIXEL_HEALTH0003005 56 | PIXEL_HEALTH0003005 60 | Email | 5 | 7/11/2022 | Sarah Binning* ▮ | Fred Leach ▮; James Covey ▮; Krishna Poola ▮; Peng Fan ▮; Tobias Wooldridge ▮; William Florkowski* ▮; Yi Huang ▮ | Abbas Ravjani ▮; Anjali Dahiya ▮; Brett Pailet* ▮; David Abdul-Malak ▮; Emily Dahlberg ▮; Fangzi Huang ▮; Gerardo Cantu ▮; Hongyan Zhou ▮; Jiaxi Wang ▮; Jinyi Yao ▮; Li Zhou ▮; Shantanu Singh ▮m; Siva Dosapati ▮ | | Yi Huang; Fangzi Huang; Tobias Wooldridge; Peng Fan | Email requesting and providing legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| 63 | PIXEL_HEALTH000300551 | PIXEL_HEALTH000300555 | Standalone Document | PIXEL_HEALTH000300551 | PIXEL_HEALTH000300555 | Email | 5 | 7/11/2022 | James Covey █████ | Fred Leach █; Krishna Poola █████ Peng Fan ████; Sarah Binning* █; Tobias Wooldridge ████; Yi Huang █ | Abbas Ravjani ██; Anjali Dahiya ██████; Brett Pailet* ███; David Abdul-Malak ██; Emily Dahlberg ██; Fangzi Huang ████ Gerardo Cantu ██████; Hongyan Zhou ██; Jiaxi Wang ██; Jinyi Yao █; Li Zhou ████ Shantanu Singh █████ Siva Dosapati ████; | | Yi Huang; Fangzi Huang; Tobias Wooldridge; Peng Fan | Email requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| 64 | PIXEL_HEALTH0003005 47 | PIXEL_HEALTH0003005 50 | Standalone Document | PIXEL_HEALTH0003005 47 | PIXEL_HEALTH0003005 50 | Email | 4 | 7/11/2022 | Fred Leach ▆ | Krishna Poola ▆; Peng Fan ▆; Tobias Wooldridge ▆; Yi Huang ▆ | Abbas Ravjani ▆; Anjali Dahiya ▆; Brett Pailet* ▆; David Abdul-Malak ▆; Emily Dahlberg ▆; Fangzi Huang ▆; Gerardo Cantu ▆; Hongyan Zhou ▆; James Covey ▆; Jiaxi Wang ▆; Jinyi Yao ▆; Li Zhou ▆; Shantanu Singh ▆ | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | PIXEL_HEALTH0003005 43 | PIXEL_HEALTH0003005 46 | Standalone Document | PIXEL_HEALTH0003005 43 | PIXEL_HEALTH0003005 46 | Email | 4 | 7/10/2022 | Krishna Poola ▮ | Fred Leach ▮; Peng Fan ▮; Tobias Wooldridge ▮; Yi Huang ▮ | Abbas Ravjani ▮; Anjali Dahiya ▮; Brett Pailet* ▮; David Abdul-Malak ▮; Emily Dahlberg ▮; Fangzi Huang ▮; Gerardo Cantu ▮; Hongyan Zhou ▮; James Covey ▮; Jiaxi Wang ▮; Jinyi Yao ▮; Li Zhou ▮; Shantanu Singh | | Yi Huang; Fangzi Huang; Tobias Wooldridge; Peng Fan | Email requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| 66 | PIXEL_HEAL TH0003005 39 | PIXEL_HEAL TH0003005 42 | Standalone Document | PIXEL_HEAL TH0003005 39 | PIXEL_HEAL TH0003005 42 | Email | 4 | 7/10/2022 | Peng Fan ▆ | Tobias Wooldridge ▆▆; Yi Huang ▆ | Abbas Ravjani ▆; Anjali Dahiya ▆; Brett Pailet* ▆; David Abdul-Malak ▆; Emily Dahlberg ▆; Fangzi Huang ▆; Fred Leach ▆; Gerardo Cantu g ▆; Hongyan Zhou ▆; James Covey ▆; Jiaxi Wang ▆; Jinyi Yao ▆; Krishna | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/bloc king issues. | Attorney Client; Work Product |

| 67 | PIXEL_HEAL TH0003005 36 | PIXEL_HEAL TH0003005 38 | Standalone Document | PIXEL_HEAL TH0003005 36 | PIXEL_HEAL TH0003005 38 | Email | 3 | 7/5/2022 | Tobias Wooldridge ███ | Peng Fan ███; Yi Huang ███ | Abbas Ravjani ███; Anjali Dahiya ███; Brett Pailet* ███; David Abdul-Malak ███; Emily Dahlberg ███; Fangzi Huang ███; Fred Leach ███; Gerardo Cantu ███; Hongyan Zhou ███; James Covey ███; Jiaxi Wang ███; Jinyi Yao ███; Krishna | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/bloc king issues. | Attorney Client; Work Product |

| 69 | PIXEL_HEAL TH0003005 34 | PIXEL_HEAL TH0003005 35 | Standalone Document | PIXEL_HEAL TH0003005 34 | PIXEL_HEAL TH0003005 35 | Email | 2 | 7/5/2022 | Yi Huang ▮▮ | Peng Fan ▮; Tobias Wooldridge ▮▮ | Abbas Ravjani ▮; Anjali Dahiya ▮▮; Brett Pailet* ▮; David Abdul-Malak ▮; Emily Dahlberg ▮; Fangzi Huang ▮▮; Fred Leach ▮; Gerardo Cantu ▮▮; Hongyan Zhou ▮; James Covey ▮; Jiaxi Wang ▮; Jinyi Yao ▮▮; Krishna | | Yi Huang; Fangzi Huang; Tobias Wooldridge ; Peng Fan | Email requesting legal advice, and requesting information for the purpose of facilitating legal advice, prepared in anticipation of regulatory review and potential litigation regarding data filtering/bloc king issues. | Attorney Client; Work Product |

| 70 | | | | Standalone Document | | | Email | 2 | 7/5/2022 | Tobias Wooldridge ▮▮▮ ▮ | Peng Fan ▮▮▮; Yi Huang ▮▮▮▮ ▮ | Abbas Ravjani ▮▮▮; ▮ ; Anjali Dahiya ▮▮▮▮; ▮; Brett Pailet* ▮▮▮▮; ▮; Fred Leach ▮▮▮; Gerardo Cantu ▮▮▮; Hongyan Zhou ▮▮▮; Jinyi Yao ▮ ; Krishna Poola ▮▮▮; Shantanu Singh ▮▮▮; Siva Dosapati ▮▮▮; William Florkowski* ▮▮▮ | | Yi Huang; Tobias Wooldridge ; Peng Fan | Email requesting legal advice prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

# Log Entries for Thread E (Iteration E-2) – PIXEL_HEALTH000301262

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIXEL_HEALTH000301262 | PIXEL_HEALTH000301263 | Standalone Document | PIXEL_HEALTH000301262 | PIXEL_HEALTH000301263 | Email | 2 | 7/5/2022 | William Florkowski * ▇▇▇▇ | Damian Wandler ▇▇▇▇; Sagar Pilania ▇; Tobias Wooldridge ▇▇▇▇ | | | Tobias Wooldridge | Email providing and requesting legal advice regarding business tool data issues prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

| 70 | | | | Standalone Document | | | Email | 2 | 7/5/2022 | Tobias Wooldridge ▮▮▮▮ ▮ | Peng Fan ▮ ; Yi Huang ▮▮▮▮ ▮ | Abbas Ravjani ▮ ; Anjali Dahiya ▮ ; Brett Pailet* ▮ ; Fred Leach ▮ ; Gerardo Cantu ▮ ; Hongyan Zhou ▮ ; Jinyi Yao ▮ ; Krishna Poola ▮ ; Shantanu Singh ▮ ; Siva Dosapati ▮ ; William Florkowski* ▮▮▮▮ ▮ | | Yi Huang; Tobias Wooldridge ; Peng Fan | Email requesting legal advice prepared in anticipation of regulatory review and potential litigation regarding data filtering/blocking issues. | Attorney Client; Work Product |

# Log Entries for Thread D –
# PIXEL_HEALTH000301080

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | PIXEL_HEALTH000301080 | PIXEL_HEALTH000301086 | Standalone Document | PIXEL_HEALTH000301080 | PIXEL_HEALTH000301086 | Email | 7 | 1/11/2022 | Frank Jing | ▮▮▮; Ryan Weber ▮▮▮ | Arif Dhilla*▮; David Capel ▮; Jack Chen*; Jinyi Yao ▮; Manish Kumar ▮; Nicolas Franchet ▮; Pelham Van Cooten ▮; Steve Shadman ▮; Tim Lamb*; Tobias Wooldridge | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 81 | PIXEL_HEALTH000301063 | PIXEL_HEALTH000301067 | Standalone Document | PIXEL_HEALTH000301063 | PIXEL_HEALTH000301067 | Email | 5 | 1/4/2022 | ▓▓▓ | ▓▓▓ | Arif Dhilla*; David Capel; Jack Chen*; Jinyi Yao; Manish Kumar; Nicolas Franchet; Pelham Van Cooten; Ryan Weber; Steve Shadman; Tim Lamb*; Tobias Wooldridge | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 82 | PIXEL_HEALTH000301059 | PIXEL_HEALTH000301062 | Standalone Document | PIXEL_HEALTH000301059 | PIXEL_HEALTH000301062 | Email | 4 | 1/4/2022 | Arif Dhilla* � | David Capel ▬; Frank Jing ▬; Ryan Weber ▬; Steve Shadman ▬; Tim Lamb* ▬; Tobias Wooldridge | Jinyi Yao ▬; Manish Kumar ▬; Nicolas Franchet ▬; Pelham Van Cooten ▬ | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |
| 83 | PIXEL_HEALTH000301051 | PIXEL_HEALTH000301054 | Standalone Document | PIXEL_HEALTH000301051 | PIXEL_HEALTH000301054 | Email | 4 | 1/4/2022 | David Capel ▬ | Arif Dhilla* ▬; Frank Jing ▬; Steve Shadman ▬; Tim Lamb* ▬; Tobias Wooldridge ▬ | Jinyi Yao ▬; Manish Kumar ▬; Nicolas Franchet ▬; Pelham Van Cooten ▬ | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 84 | PIXEL_HEALTH000301048 | PIXEL_HEALTH000301050 | Standalone Document | PIXEL_HEALTH000301048 | PIXEL_HEALTH000301050 | Email | 3 | 1/4/2022 | Steve Shadman ▮▮ | Arif Dhilla* ▮▮ ▮▮ ; David Capel ; Frank Jing ▮ ; Tim Lamb* ; Tobias Wooldridge ▮▮ | Jinyi Yao ▮ ; Manish Kumar ▮▮ ; Nicolas Franchet ▮ ; Pelham Van Cooten ▮ | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice, and requesting information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |
| 85 | PIXEL_HEALTH000301045 | PIXEL_HEALTH000301047 | Standalone Document | PIXEL_HEALTH000301045 | PIXEL_HEALTH000301047 | Email | 3 | 12/21/2021 | Frank Jing ▮▮ | Arif Dhilla* ▮▮ ; David Capel ; Tim Lamb* ▮ ; Tobias Wooldridge ▮▮ | Jinyi Yao ▮ ; Manish Kumar ▮▮ ; Nicolas Franchet ▮ ; Pelham Van Cooten ▮ ; Steve Shadman ▮▮ | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice, and requesting information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 86 | PIXEL_HEALTH000301042 | PIXEL_HEALTH000301044 | Standalone Document | PIXEL_HEALTH000301042 | PIXEL_HEALTH000301044 | Email | 3 | 12/20/2021 | David Capel [redacted] | Frank Jing [redacted]; Tim Lamb*; Tobias Wooldridge [redacted] | Jinyi Yao [redacted]; Manish Kumar [redacted]; Nicolas Franchet [redacted]; Pelham Van Cooten [redacted]; Steve Shadman [redacted] | | Steve Shadman; Tobias Wooldridge | Email reflecting and requesting legal advice regarding data retention period issues. | Attorney Client |
| | PIXEL_HEALTH000301292 | PIXEL_HEALTH000301293 | Standalone Document | PIXEL_HEALTH000301292 | PIXEL_HEALTH000301293 | Email | 2 | 12/20/2021 | Tobias Wooldridge [redacted] | David Capel [redacted]; Frank Jing [redacted]; Jinyi Yao [redacted] | Manish Kumar [redacted]; Nicolas Franchet [redacted]; Pelham Van Cooten [redacted]; Steve Shadman [redacted] | Uladzimir Pashkevich [redacted] | Steve Shadman; Tobias Wooldridge | Email reflecting legal advice regarding data retention period issues. | Attorney Client |
| | PIXEL_HEALTH000301291 | PIXEL_HEALTH000301291 | Standalone Document | PIXEL_HEALTH000301291 | PIXEL_HEALTH000301291 | Email | 1 | 12/20/2021 | Frank Jing [redacted] | David Capel [redacted]; Jinyi Yao [redacted]; Tobias Wooldridge [redacted]; Uladzimir Pashkevich [redacted] | Manish Kumar [redacted]; Nicolas Franchet [redacted]; Pelham Van Cooten [redacted]; Steve Shadman [redacted] | | Steve Shadman; Tobias Wooldridge | Email reflecting legal advice regarding data retention period issues. | Attorney Client |

# Log Entries for Thread C –
# PRIV IDs 106-108

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | | | Standalone Document | | | Email | 2 | 9/26/2019 | Stephanie Wang ████ | Li Zhou ██████; Tobias Wooldridge ████████; Yura Kostiukevych ██████; Zach Okun ██████ | Adam Shajnfeld* ██████; David Capel ██████; James Turner* ██████; Nimish Shah ████████; ██ | | Yura Kostiukevych; Tobias Wooldridge | Email providing and requesting information for the purpose of facilitating legal advice regarding business tool data issues. | Attorney Client |
| 107 | | | Standalone Document | | | Email | 2 | 9/26/2019 | Tobias Wooldridge ██████ | Li Zhou ██████; Yura Kostiukevych ██████; Zach Okun ██████ | Adam Shajnfeld* ██████; David Capel ██████; James Turner* ██████; Nimish Shah ██████; Stephanie Wang ██████; ████ | | Yura Kostiukevych; Tobias Wooldridge | Email providing and requesting information for the purpose of facilitating legal advice regarding business tool data issues. | Attorney Client |

| 108 | | | Standalone Document | | | Email | 1 | 9/25/2019 | Zach Okun ████ | Li Zhou ████ Tobias Wooldridge ████ | Adam Shajnfeld* ████; David Capel ████; James Turner* ████; Nimish Shah ████; Stephanie Wang ████ | | Tobias Wooldridge | Email providing and requesting information for the purpose of facilitating legal advice regarding business tool data issues. | Attorney Client |
| 194 | | | Standalone Document | | | Email | 1 | 9/26/2019 | Li Zhou ████ | | | | None | Email providing and requesting information for the purpose of facilitating legal advice from James Turner* and Adam Shajnfeld* regarding business tool data issues. | Attorney Client |

| 195 | | | Standalone Document | | | Email | 1 | 9/25/2019 | Stephanie Wang ▮ | Li Zhou ▮ | David Capel ▮ ; Nimish Shah ▮ ; Adam Shajnfeld* ▮ ; James Turner* ▮ | | None | Email requesting information for the purpose of facilitating legal advice regarding business tool data issues. | Attorney Client |

Log Entries for Thread A (Iteration A-1) –
PIXEL_HEALTH000300667

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162 | PIXEL_HEALTH0003006 67 | PIXEL_HEALTH0003006 75 | Standalone Document | PIXEL_HEALTH0003006 67 | PIXEL_HEALTH0003006 75 | Email | 9 | 4/12/2017 | Charlotte Narvaez | Hao Zhang ██████; Maz Sharafi ██████; Yuval Oren ██████ | Darshan Kantak ██████; Dinkar Jain ██████; Hongyan Zhou ██████; James Turner*; ██████; Jose Villalobos ██████; Michael Levinson ██████; Tianshi Gao ██████; Tobias Wooldridge ██████ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 163 | PIXEL_HEALTH0003006 60 | PIXEL_HEALTH0003006 66 | Standalone Document | PIXEL_HEALTH0003006 60 | PIXEL_HEALTH0003006 66 | Email | 7 | 4/12/2017 | Maz Sharafi ▇▇▇ | Hao Zhang ▇▇▇; Yuval Oren ▇▇▇ | Charlotte Narvaez ▇▇▇; Darshan Kantak ▇▇▇; Dinkar Jain ▇▇▇; Hongyan Zhou ▇▇▇; James Turner*▇▇▇; Jose Villalobos ▇▇▇; Michael Levinson ▇▇▇; Tianshi Gao ▇▇▇; Tobias Wooldridge ▇▇▇ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 164 | PIXEL_HEAL TH0003010 93 | PIXEL_HEAL TH0003011 00 | Standalone Document | PIXEL_HEAL TH0003010 93 | PIXEL_HEAL TH0003011 00 | Email | 8 | 4/12/2017 | Maz Sharafi ▆▆ | Hao Zhang ▆▆; Yuval Oren ▆▆ | Charlotte Narvaez ▆; Darshan Kantak ▆▆; Dinkar Jain ▆; Hongyan Zhou ▆; James Turner*▆; Jose Villalobos ▆; Michael Levinson ▆; Tianshi Gao ▆; Tobias Wooldridge ▆▆ | Maz Sharafi mazsharafi@fb .mail.onmicros oft.com | Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 166 | PIXEL_HEALTH0003006 42 | PIXEL_HEALTH0003006 47 | Standalone Document | PIXEL_HEALTH0003006 42 | PIXEL_HEALTH0003006 47 | Email | 6 | 4/12/2017 | Yuval Oren ▇ | Hao Zhang ▇▇▇ | Charlotte Narvaez ▇▇▇; Darshan Kantak ▇▇▇; Dinkar Jain ▇▇▇; Hongyan Zhou ▇▇▇; James Turner* ▇▇▇; Jose Villalobos ▇▇▇; Maz Sharafi ▇▇▇; Michael Levinson ▇▇▇; Tianshi Gao ▇▇; Tobias Wooldridge ▇▇▇ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 167 | PIXEL_HEALTH0003006 36 | PIXEL_HEALTH0003006 41 | Standalone Document | PIXEL_HEALTH0003006 36 | PIXEL_HEALTH0003006 41 | Email | 6 | 4/12/2017 | Hao Zhang ▮▮▮▮ ▮ | Dinkar Jain ▮▮▮▮ | Charlotte Narvaez ▮▮▮▮; Darshan Kantak ▮▮▮▮; Hongyan Zhou ▮▮▮; James Turner* ▮▮▮; Jose Villalobos ▮▮▮; Maz Sharafi ▮▮▮; Michael Levinson ▮▮▮; Tianshi Gao ▮▮▮; Tobias Wooldridge ▮▮; Yuval Oren ▮▮▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 168 | PIXEL_HEALTH0003006 25 | PIXEL_HEALTH0003006 29 | Standalone Document | PIXEL_HEALTH0003006 25 | PIXEL_HEALTH0003006 29 | Email | 5 | 4/12/2017 | Dinkar Jain ▮▮ | James Turner*▮▮; Tobias Wooldridge ▮▮; Yuval Oren ▮▮ | Charlotte Narvaez ▮▮; Darshan Kantak ▮▮; Hao Zhang ▮▮; Hongyan Zhou ▮▮; Jose Villalobos ▮▮; Maz Sharafi ▮▮; Michael Levinson ▮▮; Tianshi Gao ▮▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | PIXEL_HEALTH0003006 20 | PIXEL_HEALTH0003006 24 | Standalone Document | PIXEL_HEALTH0003006 20 | PIXEL_HEALTH0003006 24 | Email | 5 | 4/12/2017 | James Turner* ███ ███ | Dinkar Jain ██; Tobias Wooldridge ██; Yuval Oren ██████ | Charlotte Narvaez ██████; ██; Darshan Kantak ██; ██; Hao Zhang ██; ██; Hongyan Zhou ████; ██; Jose Villalobos ███; ██; Maz Sharafi ████; ██; Michael Levinson ███; ██; Tianshi Gao ████; ██ | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 170 | PIXEL_HEAL TH0003006 16 | PIXEL_HEAL TH0003006 19 | Standalone Document | PIXEL_HEAL TH0003006 16 | PIXEL_HEAL TH0003006 19 | Email | 4 | 4/12/2017 | Tobias Wooldridge ▮ | Dinkar Jain ▮; Yuval Oren ▮ | Charlotte Narvaez ▮; Darshan Kantak ▮; Hao Zhang ▮; Hongyan Zhou ▮; James Turner* ▮; Jose Villalobos ▮; Maz Sharafi ▮; Michael Levinson ▮; Tianshi Gao ▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 172 | PIXEL_HEALTH0003000608 | PIXEL_HEALTH0003000611 | Standalone Document | PIXEL_HEALTH0003000608 | PIXEL_HEALTH0003000611 | Email | 4 | 4/12/2017 | Yuval Oren ▮ | Dinkar Jain ▮ | Charlotte Narvaez ▮; Darshan Kantak ▮; Hao Zhang ▮; Hongyan Zhou ▮; James Turner* ▮; Jose Villalobos ▮; Maz Sharafi ▮; Michael Levinson ▮; Tianshi Gao ▮; Tobias Wooldridge ▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 174 | | | Standalone Document | | | Email | 4 | 4/12/2017 | Dinkar Jain ▇▇ | Tobias Wooldridge ▇▇; Yuval Oren ▇▇ | Charlotte Narvaez ▇▇; Darshan Kantak ▇▇; Hao Zhang ▇▇; Hongyan Zhou ▇▇; James Turner* ▇▇; Jose Villalobos ▇▇; Maz Sharafi ▇▇; Michael Levinson ▇▇; Tianshi Gao ▇▇ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 176 | | | Standalone Document | | | Email | 3 | 4/11/2017 | Tobias Wooldridge ████ ██ | Dinkar Jain ████; Yuval Oren ████████ | Charlotte Narvaez ████; Darshan Kantak ████; Hao Zhang ████; Hongyan Zhou ████; James Turner* ████; Jose Villalobos ████; Maz Sharafi ████; Michael Levinson ████; Tianshi Gao ████ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 178 | | | Standalone Document | | | Email | 3 | 4/11/2017 | Dinkar Jain ▆ | Yuval Oren ▆ | Charlotte Narvaez ▆; Darshan Kantak ▆; Hao Zhang ▆; Hongyan Zhou ▆; James Turner* ▆; Jose Villalobos ▆; Maz Sharafi ▆; Michael Levinson ▆; Tianshi Gao ▆; Tobias Wooldridge ▆ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 179 | | | Standalone Document | | | Email | 2 | 4/11/2017 | Yuval Oren ███ | Dinkar Jain ██ | Charlotte Narvaez ██; Darshan Kantak ██; Hao Zhang ██; Hongyan Zhou ██; James Turner* ███; Jose Villalobos ██; Maz Sharafi ██; Michael Levinson ██; Tianshi Gao ██; Tobias Wooldridge ███ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 180 | | | Standalone Document | | | Email | 2 | 4/11/2017 | Dinkar Jain ▮ | Charlotte Narvaez ▮ ; Jose Villalobos ▮ ; Maz Sharafi ▮ | Darshan Kantak ▮ ; Hao Zhang ▮ om; Hongyan Zhou ▮ ; James Turner* ▮ ; Michael Levinson ▮ ; Tianshi Gao ▮ ; Tobias Wooldridge ▮ ; Yuval Oren ▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 181 | | | Standalone Document | | | Email | 2 | 4/11/2017 | Charlotte Narvaez ▪▪▪; ▪▪▪ | Dinkar Jain ▪; Jose Villalobos ▪; Maz Sharafi ▪▪▪; ▪ | Darshan Kantak ▪; Hao Zhang ▪; Hongyan Zhou ▪; James Turner* ▪; Michael Levinson ▪; Tianshi Gao ▪; Tobias Wooldridge ▪; Yuval Oren ▪▪▪ | | Dinkar Jain; Tobias Wooldridge | Email reflecting legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

Log Entries for Thread A (Iteration A-2) –
PIXEL_HEALTH000300648

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | PIXEL_HEALTH000300648 | PIXEL_HEALTH000300651 | Standalone Document | PIXEL_HEALTH000300648 | PIXEL_HEALTH000300651 | Email | 4 | 4/12/2017 | Dinkar Jain ▉▉ | James Turner* ▉▉ | Darshan Kantak ▉▉; Michael Levinson ▉▉ ▉ | | Dinkar Jain | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |
| 173 | PIXEL_HEALTH000300612 | PIXEL_HEALTH000300615 | Standalone Document | PIXEL_HEALTH000300612 | PIXEL_HEALTH000300615 | Email | 4 | 4/12/2017 | Dinkar Jain ▉▉ | James Turner* ▉▉ | Darshan Kantak ▉▉; Michael Levinson ▉▉ ▉ | | Dinkar Jain | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 175 | | | Standalone Document | | | Email | 3 | 4/12/2017 | James Turner* ▮ ▮ | Dinkar Jain ▮ | Darshan Kantak ▮; Michael Levinson ▮ | | Dinkar Jain | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |
| 177 | | | Standalone Document | | | Email | 3 | 4/11/2017 | Dinkar Jain ▮ | Darshan Kantak ▮; James Turner* ▮; Michael Levinson ▮ | | | Dinkar Jain | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 178 | | | | Standalone Document | | | Email | 3 | 4/11/2017 | Dinkar Jain ▮ | Yuval Oren ▮ | Charlotte Narvaez ▮; Darshan Kantak ▮; Hao Zhang ▮; Hongyan Zhou ▮; James Turner* ▮; Jose Villalobos ▮; Maz Sharafi ▮; Michael Levinson ▮; Tianshi Gao ▮; Tobias Wooldridge ▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 179 | | | | Standalone Document | | | Email | 2 | 4/11/2017 | Yuval Oren ▮ | Dinkar Jain ▮ | Charlotte Narvaez ▮; Darshan Kantak ▮; Hao Zhang ▮; Hongyan Zhou ▮; James Turner*▮; Jose Villalobos ▮; Maz Sharafi ▮; Michael Levinson ▮; Tianshi Gao ▮; Tobias Wooldridge ▮ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 180 | | | | Standalone Document | | | Email | 2 | 4/11/2017 | Dinkar Jain ▆ | Charlotte Narvaez ▆; Jose Villalobos ▆; Maz Sharafi ▆ | Darshan Kantak ▆; Hao Zhang ▆; Hongyan Zhou ▆; James Turner* ▆; Michael Levinson ▆; Tianshi Gao ▆; Tobias Wooldridge ▆; Yuval Oren ▆ | | Dinkar Jain; Tobias Wooldridge | Email requesting and reflecting legal advice, and providing and requesting information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

| 181 | | | | Standalone Document | | | Email | 2 | 4/11/2017 | Charlotte Narvaez ▮▮▮ ▮▮ | Dinkar Jain ▮▮▮▮; Jose Villalobos ▮▮; Maz Sharafi ▮▮ | Darshan Kantak ▮▮; Hao Zhang ▮; ▮; Hongyan Zhou ▮; James Turner* ▮▮; Michael Levinson ▮▮; Tianshi Gao ▮; Tobias Wooldridge ▮▮▮; Yuval Oren ▮▮▮ | | Dinkar Jain; Tobias Wooldridge | Email reflecting legal advice, and requesting and providing information for the purpose of facilitating legal advice, regarding platform terms issues. | Attorney Client |

# Log Entries for Thread B –
# PIXEL_HEALTH000031247

| Privilege ID | Bates Begin | Bates End | Family Relationship | Family Bates Begin | Family Bates End | Document Type | Page Count | Document Date | From / Author | To | CC | BCC | All Custodians | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PIXEL_HEALTH0000312 47 | PIXEL_HEALTH0000312 50 | Standalone Document | PIXEL_HEALTH0000312 47 | PIXEL_HEALTH0000312 50 | Email | 4 | 5/18/2017 | Matt Steiner ▮▮▮▮ | Huajing Li ▮; Jenny Lin ▮ | Darshan Kantak ▮; Dinkar Jain ▮; James Turner*; ▮; Joe Osborne ▮; Jurgen Van Staden ▮; Tianshi Gao ▮; Yaron Fidler | | Joe Osborne; Dinkar Jain | Email requesting and reflecting legal advice, and requesting information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 156 | PIXEL_HEAL TH0003009 92 | PIXEL_HEAL TH0003009 94 | Standalone Document | PIXEL_HEAL TH0003009 92 | PIXEL_HEAL TH0003009 94 | Email | 3 | 5/18/2017 | Jenny Lin | Huajing Li | Darshan Kantak ■; Dinkar Jain ■; James Turner* ■; Joe Osborne ■; Jurgen Van Staden ■; Matt Steiner ■; Tianshi Gao ■; Yaron Fidler | Scott Mellon* smellon@fb.co m | Joe Osborne; Dinkar Jain | Email requesting and reflecting legal advice, and requesting information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 157 | PIXEL_HEAL TH0003009 89 | PIXEL_HEAL TH0003009 91 | Standalone Document | PIXEL_HEAL TH0003009 89 | PIXEL_HEAL TH0003009 91 | Email | 3 | 5/18/2017 | Jenny Lin ▬ | Scott Mellon* ▬ | Darshan Kantak ▬; Dinkar Jain ▬; Huajing Li ▬; James Turner* ▬; Joe Osborne ▬; Jurgen Van Staden ▬; Matt Steiner ▬; Tianshi Gao ▬; Yaron Fidler ▬ | | Joe Osborne; Dinkar Jain | Email requesting and reflecting legal advice, and requesting information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |
| 158 | PIXEL_HEAL TH0003009 86 | PIXEL_HEAL TH0003009 88 | Standalone Document | PIXEL_HEAL TH0003009 86 | PIXEL_HEAL TH0003009 88 | Email | 3 | 5/18/2017 | Tianshi Gao ▬ | Huajing Li ▬; Jenny Lin ▬; Joe Osborne ▬; Jurgen Van Staden ▬ | Darshan Kantak ▬; Dinkar Jain ▬; James Turner* ▬; Matt Steiner ▬; Yaron Fidler ▬ | | Joe Osborne; Dinkar Jain | Email requesting and reflecting legal advice, and requesting information for the purpose of facilitating legal advice, regarding data retention period issues. | Attorney Client |

| 159 | PIXEL_HEAL TH0003009 82 | PIXEL_HEAL TH0003009 83 | Standalone Document | PIXEL_HEAL TH0003009 82 | PIXEL_HEAL TH0003009 83 | Email | 2 | 5/17/2017 | Jenny Lin ▉ | Huajing Li ▉; Joe Osborne ▉; Jurgen Van Staden ▉; Tianshi Gao ▉ | Darshan Kantak ▉; James Turner* ▉; Matt Steiner ▉; Yaron Fidler | | Joe Osborne | Email requesting and reflecting legal advice regarding data retention period issues. | Attorney Client |
| 160 | PIXEL_HEAL TH0003009 80 | PIXEL_HEAL TH0003009 81 | Standalone Document | PIXEL_HEAL TH0003009 80 | PIXEL_HEAL TH0003009 81 | Email | 2 | 5/17/2017 | Huajing Li ▉ | Jenny Lin ▉; Joe Osborne ▉; Jurgen Van Staden ▉; Tianshi Gao ▉ | Darshan Kantak ▉; James Turner* ▉; Matt Steiner ▉; Yaron Fidler | | Joe Osborne | Email requesting legal advice regarding data retention period issues. | Attorney Client |
| 161 | PIXEL_HEAL TH0003009 79 | PIXEL_HEAL TH0003009 79 | Standalone Document | PIXEL_HEAL TH0003009 79 | PIXEL_HEAL TH0003009 79 | Email | 1 | 5/17/2017 | Jenny Lin ▉ | Huajing Li ▉; Joe Osborne ▉; Jurgen Van Staden ▉; Tianshi Gao ▉ | Darshan Kantak ▉; James Turner* ▉; Jurgen Van Staden ▉ Matt Steiner ▉; Yaron Fidler ▉ | | Joe Osborne | Email requesting legal advice regarding data retention period issues. | Attorney Client |