July 1, 2024

Judge Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, California 95113

Re:   *In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-03580-WHO (VKD)

# Joint Discovery Dispute Letter Brief Regarding Data Sources

# Filed Under Seal