Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and
JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO PROVIDE PLAINTIFFS' PROPOSED SAMPLING METHODOLOGY**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Re: Dkt. No. 528 |

WHEREAS, on June 13, 2024 the Court ordered Meta to produce a one-hour exemplar for the tables listed in ECF 510 at ¶ 1, noting Meta's representation such a production would take 2-3 weeks to complete, stating "Meta will produce [ ] responsive data corresponding to some number of Pixel IDs from each of the [ ] tables listed above" and that "Meta shall investigate the time required to produce these [ ] samples and shall promptly advise plaintiffs of a reasonable timeline for production." [ECF 510 at ¶ 1];

WHEREAS, on June 13, 2024, the Court ordered that "No later than July 3, 2024, plaintiffs shall provide to Meta a proposed sampling methodology . . . ." [ECF 510 at ¶ 5];

WHEREAS, on July 1, 2024, Meta notified the Plaintiffs that Meta anticipates that the production called for in ECF 510 should be available for production on or around July 15, 2024;

WHEREAS, Plaintiffs seek to examine Meta's production before providing a proposed sampling methodology and Plaintiffs believe they would be prejudiced in making such a proposal if they did not first have an opportunity to examine the production;

WHEREAS, Plaintiffs requested that Meta consent to the proposed extension for Plaintiffs to provide their sampling proposal;

WHEREAS, Meta has agreed to the following extension for plaintiffs to provide a sampling proposal, subject to Court approval;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, that the new deadline is as follows:

| Event | Prior Deadline | [Proposed] Deadline |
|---|---|---|
| Plaintiffs' deadline to provide to Meta a proposed sampling methodology for the tables listed in ECF 510 at ¶ 5. | July 3, 2024 | July 30, 2024 |

Dated: July 2, 2024

By: <u>/s/ Jason Jay Barnes</u>

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
jaybarnes@simmonsfirm.com

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO PROVIDE PLAINTIFFS' PROPOSED SAMPLING METHODOLOGY
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

1

|   |   |
|---|---|
| | 112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel: 212-784-6400<br>Fax: 212-213-5949 |
| | By: */s/ Geoffrey Graber* |
| | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel: 202-408-4600<br>Fax: 202-408-4699 |
| | **KIESEL LAW LLP**<br>Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel: 310-854-4444<br>Fax: 310-854-0812 |
| | **TERRELL MARSHALL LAW GROUP PLLC**<br>Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.: 206-816-6603<br>Fax: 206-319-5450 |
| | **GIBBS LAW GROUP LLP**<br>Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.: 510-350-9700<br>Fax: 510-350-9701 |
| Dated: July 2, 2024 | **GIBSON, DUNN & CRUTCHER LLP**<br><br>By: */s/Lauren Goldman*<br>    Lauren Goldman<br><br>LAUREN R. GOLDMAN (admitted *pro hac vice*) |

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO PROVIDE PLAINTIFFS' PROPOSED
SAMPLING METHODOLOGY
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**

By:   */s/ Michael G. Rhodes*
         Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO PROVIDE PLAINTIFFS' PROPOSED SAMPLING METHODOLOGY
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

Dated: July 2, 2024                                         */s/ Claire Torchiana*
                                                                           Claire Torchiana

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 3, 2024

_Virginia K. DeMarchi_
Hon. Judge Virginia K. DeMarchi
United States Magistrate Court Judge