UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>This Document Relates To:<br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART META'S PROPOSED REDACTIONS TO JUNE 18, 2024 DISCOVERY ORDER**<br><br>Re: Dkt. No. 524 |

On June 18, 2024, the Court issued an "Order re May 8, 2024 Discovery Dispute re Privilege Claims," and provisionally sealed that order, pending the parties' submission of proposed redactions. *See* Dkt. No. 517. Meta has requested that portions of the order be redacted to protect its claimed confidential information regarding "specific confidential, non-public strategic issues analyzed by Meta," "internal processes Meta employees used to seek and obtain legal advice," and the "context" and "specific details" about its internal processes for seeking legal advice. Dkt. No. 524.

There is a strong presumption in favor of access by the public to judicial records and documents accompanying dispositive motions that can be overcome only by a showing of "compelling reasons supported by specific factual findings." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citation omitted). However, the presumption does not apply equally to a motion addressing matters that are only "tangentially related to the merits of a case," *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1101 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016). A party seeking to seal documents or information in connection with such a motion must meet the lower "good cause" standard of Fed. R. Civ. P. 26(c). *Id*. at 1098-99; *Kamakana*,

447 F.3d at 1179-80.

Good cause appearing, the Court grants in part Meta's request to redact portions of the June 18, 2024 discovery order. However, Meta's request to seal the following portions of that order are denied, as the subject text is generic and Meta has not established good cause to maintain that information under seal:

Dkt. No. 516 at page 5, line 24; page 8, line 12; page 9, lines 25-26; page 10, lines 5-6, and page 11, lines 3-4 and line 25.

The Court will post a redacted version of its June 18, 2024 discovery order accordingly.

**IT IS SO ORDERED.**

Dated: July 10, 2024

Virginia K. DeMarchi
United States Magistrate Judge