# Joint Status Report Letter Brief Regarding Data Sources
# Filed Under Seal