Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and
JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) |
| | CLASS ACTION |
| This Document Relates To: | **STIPULATION AND ORDER TO EXTEND CASE DEADLINES** |
| All Actions | |

WHEREAS, on November 14, 2023, the Court entered the parties' proposed case management schedule, ECF 385;

WHEREAS, the parties have conferred and determined they will require a six-month extension of time to complete discovery in this case due to the scope of the case and the technical complexity of this matter;

WHEREAS, the parties are still in the process of producing documents;

WHEREAS, the parties are still negotiating the scope of the parties' discovery responses and document productions, including the production of structured data;

WHEREAS, the parties have conferred and agreed to the following proposed modified schedule, subject to Court approval;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to Court approval, that the new case schedule deadlines are as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Deadline for First Settlement Conference | Friday, November 8, 2024 | Friday, May 9, 2025 |
| Close of Fact Discovery | Friday, October 18, 2024 | Friday, April 18, 2025 |
| Motion for Class Certification (and Plaintiffs' class expert reports) | Friday, February 14, 2025 | Friday, June 27, 2025 |
| Opposition to Class Certification (and Meta's class expert reports) | Friday, April 25, 2025 | Friday, September 5, 2025 |
| Reply in Support of Class Certification (and Plaintiffs' class expert reply reports) | Friday, June 27, 2025 | Friday, November 7, 2025 |
| Hearing on Class Certification Motion | Wednesday, July 16, 2025 | Wednesday, December 3, 2025 |
| Opening Expert Reports (merits and non-class) | Friday, October 24, 2025 | Friday, March 13, 2026 |
| Rebuttal Expert Reports (merits and non-class) | Friday, December 5, 2025 | Friday, April 24, 2026 |

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Reply Expert Reports (merits and non-class) | Friday, January 16, 2026 | Friday, June 5, 2026 |
| Expert Discovery Deadline | Friday, February 27, 2026 | Friday, July 17, 2026 |
| Dispositive and Daubert Motions | Friday, March 13, 2026 | Friday, July 31, 2026 |
| Oppositions to Dispositive and Daubert Motions | Friday, April 10, 2026 | Friday, August 28, 2026 |
| Reply to Dispositive and Daubert Motions | Friday, May 1, 2026 | Friday, September 25, 2026 |
| Pre-Trial Conference | June 26, 2026 at 2:00 p.m. | Friday, November 13, 2026 at 2:00 p.m. |
| Trial | September 9, 2026 at 8:30 a.m. by Jury | February 3, 2027 at 8:30 a.m. by Jury |

Dated: July 18, 2024

By: */s/ Jay Barnes*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949


By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211

|   |   |   |
|---|---|---|
| | Tel: | 310-854-4444 |
| | Fax: | 310-854-0812 |

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

Dated: July 18, 2024                **GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ *Lauren Goldman*
        Lauren Goldman

LAUREN R. GOLDMAN (admitted *pro hac vice*)
DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**

By: */s/ Michael Rhodes*
     Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

Dated: July 18, 2024                                       */s/* Eric Kafka
                                                                         Eric Kafka

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 19, 2024

_____
Hon. Judge William H. Orrick
United States District Court Judge