UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No.  22-cv-03580-WHO (VKD)<br><br>**REDACTED**<br><br>**ORDER RE FURTHER DISCOVERY STATUS REPORT RE DATA SOURCES**<br><br>Re: Dkt. No. 545 |

Based on the parties' July 12, 2024 status report (Dkt. No. 545), the Court orders as follows:

By **August 9, 2024**, the parties shall file a joint status report advising the Court of the status of their efforts to resolve their disputes regarding Meta's production of documents from the ▇ tables, including the status of the specific tasks identified in ECF 510.  The status report must not contain argument and must not attach any declarations.  The status report shall identify any remaining areas of disagreement as to these ▇ tables, and shall include the parties' recommendations for next steps.

**IT IS SO ORDERED.**

Dated: July 24, 2024

Virginia K. DeMarchi
United States Magistrate Judge