UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**FURTHER ORDER RE MAY 8, 2024 DISCOVERY DISPUTE RE PRIVILEGE CLAIMS AND DOCUMENT SUBMITTED FOR *IN CAMERA* REVIEW**<br><br>Re: Dkt. Nos. 475, 476, 516, 541 |

Pursuant to the Court's June 18, 2024 order, Meta submitted for *in camera* review the portions of the email thread PIXEL_HEALTH000301080 that correspond to the emails sent by Mr. Jing and other Meta employees on December 21, 2021, January 4, 2022, and January 11, 2022. *See* Dkt. No. 516 at 8 (sealed); Dkt. No. 541 at 8 (public). The Court has reviewed Meta's submission and concludes that the text Meta has redacted and described in its privilege log for these emails is not protected from disclosure by the attorney-client privilege. These emails, like the December 20, 2021 email exchange between Mr. Jing and Mr. Wooldridge (-3001084-086), do not include a request for legal advice and do not summarize or reflect any legal advice.

Accordingly, for the reasons explained in the June 18, 2024 order regarding the Jing/Wooldridge exchange on December 20, 2021, these other emails also must be produced to plaintiffs in unredacted form.[1]

**IT IS SO ORDERED.**

Dated: July 24, 2024

Virginia K. DeMarchi
United States Magistrate Judge

---

[1] The portions of the email thread discussed in the Court's June 18, 2024 order at page 8, lines 6-16 need not be produced.