UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br>All Actions. | Case No.  22-cv-03580-WHO (VKD)<br><br>**ORDER RE STIPULATION TO MODIFY INTERIM DISCOVERY DEADLINES**<br><br>Re: Dkt. No. 568 |

Having considered the parties' August 1, 2024 submission (Dkt. No. 568), the Court adopts the following interim discovery deadlines:

| Event | Deadline |
|---|---|
| Meta produces configuration files and repository for Meta's source code | August 12, 2024 |
| Discovery dispute briefing is re-opened so that parties will be permitted to file joint discovery dispute letters pursuant to the procedures in Judge DeMarchi's Standing Order | August 14, 2024 |
| Parties produce interim privilege log for documents that were withheld from productions made on or before July 31, 2024 | September 27, 2024 |
| Plaintiffs substantially complete production of (1) plaintiffs' patient portal access logs for providers alleged in complaint, (2) responsive documents from plaintiffs' DYI/DYD files, and (3) all documents from non-email sources responsive to Meta's RFP Nos. 5, 7, 8, 21, 26, 29, 31, 32, and 58 | September 27, 2024 |
| Parties substantially complete document production | December 18, 2024 |

| Event | Deadline |
|---|---|
| Parties provide final privilege logs | January 17, 2025 |

**IT IS SO ORDERED.**

Dated: August 2, 2024



Virginia K. DeMarchi
United States Magistrate Judge