**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*admitted pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*admitted pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone     (415) 393-8200
Facsimile     (415) 393-8306

**COOLEY LLP**
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY HEARING DATE RE: DKT. NO. 526** <br><br> Re: Dkt. No. 571 |
| This Document Relates To: <br><br> All Actions | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe VI, Jane Doe VII, Jane Doe IX, Jane Doe X, and Jane Doe XI ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, respectfully submit this stipulation and proposed order to modify the hearing date currently scheduled for August 13, 2024 regarding the parties' discovery dispute discussed at Dkt. No. 526.

WHEREAS, on July 1, 2024, the parties filed a joint discovery dispute letter with the Court regarding the parties' ongoing dispute regarding data sources (Dkt. No. 526);

WHEREAS, on August 2, 2024, the Clerk filed a notice stating that "[t]he Court will hold an in-person discovery hearing re the parties' discovery letter, Dkt. No. 526, on 8/13/2024, 1:30 p.m. in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi," (Dkt. No. 569);

WHEREAS, counsel for Meta notified counsel for plaintiffs on August 3, 2024 that counsel for Meta was unavailable to attend the hearing as scheduled due to previously scheduled personal vacations for several members of the Meta team the week of August 12, 2024 and requested that plaintiffs agree to stipulate to another date for the hearing;

WHEREAS, the parties have come to an agreement to reschedule the hearing on August 21, 2024, at 1:30 p.m., or at another time convenient for the Court; and

WHEREAS, it is Plaintiffs' position that time is of the essence for resolution of this motion for the reasons described in the motion and its attached exhibits. Plaintiffs agreed to stipulate to Meta's request for extension as a professional courtesy so long it is acceptable to the Court and with the understanding that this professional courtesy will never be held against them in this case.

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of this Court, that:

The hearing on the discovery dispute described at Dkt. No. 526 shall be held in person on August 21, 2024, at 1:30 p.m. in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi, or at another time convenient for the Court.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: August 5, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | By: */s/ Elizabeth K. McCloskey* |
| | | Elizabeth K. McCloskey |
| 3 | | |
| 4 | | LAUREN R. GOLDMAN (admitted *pro hac vice*) |
| | | DARCY C. HARRIS (admitted *pro hac vice*) |
| 5 | | lgoldman@gibsondunn.com |
| | | dharris@gibsondunn.com |
| 6 | | 200 Park Avenue |
| | | New York, NY 10166 |
| 7 | | Telephone:     (212) 351-4000 |
| | | Facsimile:      (212) 351-4035 |
| 8 | | |
| 9 | | ELIZABETH K. MCCLOSKEY, SBN 268184 |
| | | emccloskey@gibsondunn.com |
| 10 | | ABIGAIL A. BARRERA, SBN 301746 |
| | | abarrera@gibsondunn.com |
| 11 | | One Embarcadero Center, Suite 2600 |
| | | San Francisco, CA 94111 |
| 12 | | Telephone:     (415) 393-8200 |
| | | Facsimile:      (415) 393-8306 |
| 13 | | |
| 14 | | **COOLEY LLP** |
| 15 | | |
| | | By:     */s/ Michael G. Rhodes* |
| 16 | | Michael G. Rhodes |
| 17 | | MICHAEL G. RHODES, SBN 116127 |
| | | rhodesmg@cooley.com |
| 18 | | KYLE C. WONG, SBN 224021 |
| | | kwong@cooley.com |
| 19 | | CAROLINE A. LEBEL, SBN 340067 |
| | | clebel@cooley.com |
| 20 | | 3 Embarcadero Center, 20th Floor |
| | | San Francisco, CA 94111-4004 |
| 21 | | Telephone:     (415) 693-2000 |
| 22 | | Facsimile:      (415) 693-2222 |
| 23 | | *Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)* |
| 24 | | |

2

STIPULATION AND [PROPOSED] ORDER TO MODIFY HEARING DATE RE: DKT. NO. 526
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO

| | |
|---|---|
| Dated: August 5, 2024 | By: */s/ Jason 'Jay' Barnes*<br>Jason 'Jay' Barnes |

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:  212-213-5949

By: */s/ Geoffrey Graber*
      Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:   202-408-4600
Fax:  202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:  310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:  206-816-6603
Fax:  206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:  510-350-9700
Fax:  510-350-9701

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth K. McCloskey, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 5, 2024                                                        /s/ Elizabeth K. McCloskey

### [*PROPOSED*] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

The hearing on the discovery dispute described at Dkt. No. 526 shall be held in person on August 21, 2024, at ~~1:30 p.m.~~ 10:00 a.m. in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi.

DATED: August 7, 2024

_____
Hon. Virginia K. DeMarchi
United States Magistrate Judge