# *In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-03580-WHO (VKD)

# Status Report Regarding Production of Documents from Certain Sources

# Filed Under Seal