UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**REDACTED**<br><br>**ORDER RE AUGUST 9, 2024 JOINT STATUS REPORT**<br><br>Re: Dkt. No. 575 |
|---|---|

Based on the parties' August 9, 2024 joint status report, they shall continue to confer and to attempt to resolve or narrow their disputes regarding their sampling proposals for the ███████████████████████████████████████████████████████. The parties shall submit a further status report, or if disputes remain, a joint discovery dispute letter (with supporting exhibits and declarations as necessary), by **August 29, 2024**.

**IT IS SO ORDERED.**

Dated: August 12, 2024

Virginia K. DeMarchi
United States Magistrate Judge