| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:   212-784-6400<br>Fax:   212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:   202-408-4600<br>Fax:   202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:   310-854-4444<br>Fax:   310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs* | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER TO CONTINUE HEARING RE: DEFENDANT META PLATFORMS, INC.'S MOTION TO CERTIFY ORDER ON MOTION TO DISMISS FOR INTERLOCUTORY APPEAL AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS**, on August 21, 2024, Meta filed a Motion to Certify Order on Motion to Dismiss for Interlocutory Appeal (Dkt. 584) set for hearing on September 25, 2024;

**WHEREAS**, Plaintiffs' response would be due on September 4, 2024, and Meta's reply would be due on September 11, 2024;

**WHEREAS**, due to the holiday weekend, Plaintiffs requested a two-week extension for Plaintiffs to file their response;

**WHEREAS**, Meta has agreed to Plaintiffs' requested extension, which would make Meta's reply due on September 25;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the approval of this Court, that Plaintiffs' deadline to file their response to Meta's Motion to Certify Order on Motion to Dismiss for Interlocutory Appeal is extended to September 18, 2024, Meta's deadline to file its reply is extended to September 25, 2024, and the hearing on Meta's Motion to Certify Order on Motion to Dismiss for Interlocutory Appeal is rescheduled to October 9, 2024, or to a date otherwise convenient to the Court.

Dated: August 26, 2024

By: /s/ Jay Barnes

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:   212-213-5949


By: /s/ Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO CERTIFY ORDER ON MOTION TO DISMISS FOR INTERLOCUTORY APPEAL AND SETTING BRIEFING SCHEDULE
Consolidated Case No. 3:22-cv-03580-WHO

Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

Dated: August 26, 2024          **GIBSON, DUNN & CRUTCHER LLP**

By:    /s/ Darcy C. Harris
       Darcy C. Harris

Lauren R. Goldman (admitted *pro hac vice*)
  lgoldman@gibsondunn.com
Darcy C. Harris (admitted *pro hac vice*)
  dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Tel.:   212-351-4000
Fax:    212-351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.:   415-393-8200
Fax:    415-393-8306

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO CERTIFY ORDER ON MOTION TO DISMISS FOR INTERLOCUTORY APPEAL AND SETTING BRIEFING SCHEDULE
Consolidated Case No. 3:22-cv-03580-WHO

**COOLEY LLP**

By:  /s/ Michael G. Rhodes
      Michael G. Rhodes

Michael G. Rhodes, SBN 116127
  rhodesmg@cooley.com
Kyle C. Wong, SBN 224021
  kwong@cooley.com
Caroline A. Lebel, SBN 340067
  clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel.:   415-693-2000
Fax:   415-693-2222

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

Dated: August 26, 2024             /s/ Jeffrey A. Koncius
                                                            Jeffrey A. Koncius

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 26, 2024

_____
HON. WILLIAM H. ORRICK