Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>JURY TRIAL DEMAND<br><br>The Honorable William H. Orrick |

Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. 242) Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s ("Meta") materials should be sealed, in connection with Plaintiffs' Opposition to Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal.  Plaintiffs seek consideration of the following documents that were designated as confidential by Defendant Meta:

- Exhibit 1 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Opposition to Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 27th day of August, 2024.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
    Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
    Email: jaybarnes@simmonsfirm.com
    An V. Truong, *Admitted Pro Hac Vice*
    Email: atruong@simmonsfirm.com
    Eric Steven Johnson, *Admitted Pro Hac Vice*
    Email: ejohnson@simmonsfirm.com
    Jennifer M Paulson, *Admitted Pro Hac Vice*
    Email: jpaulson@simmonsfirm.com
    112 Madison Avenue, 7th Floor
    New York, New York 10016
    Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber

1    Geoffrey Aaron Graber, CSB #211547
     Email: ggraber@cohenmilstein.com
2    Eric Alfred Kafka, *Admitted Pro Hac Vice*
     Email: ekafka@cohenmilstein.com
3    Claire T. Torchiana, CSB #330232
     Email: ctorchiana@cohenmilstein.com
4    1100 New York Avenue NW
     Suite 500, West Tower
5    Washington, DC 20005
     Telephone: (202) 408-4600
6

7    TERRELL MARSHALL LAW GROUP PLLC

8    By: /s/ Beth E. Terrell
         Beth E. Terrell, CSB #178181
9        Email: bterrell@terrellmarshall.com
         Amanda M. Steiner, CSB #190047
10       Email: asteiner@terrellmarshall.com
         Ryan Tack-Hooper
11       Email: rtack-hooper@terrellmarshall.com
         Benjamin M. Drachler, *Admitted Pro Hac Vice*
12       Email: bdrachler@terrellmarshall.com
         936 North 34th Street, Suite 300
13       Seattle, Washington 98103
         Telephone: (206) 816-6603
14

15
         Jeffrey A. Koncius, CSB #189803
16       Email: koncius@kiesel.law
         Nicole Ramirez, CSB #279017
17       Email: ramirez@kiesel.law
         Mahnam Ghorbani, CSB # 345360
18       Email: ghorbani@kiesel.law
         Stephanie M. Taft, CSB #311599
19       Email: taft@kiesel.law
         Kaitlyn E. Fry, CSB #350768
20       Email: fry@kiesel.law
         KIESEL LAW LLP
21       8648 Wilshire Boulevard
         Beverly Hills, California 90211-2910
22       Telephone: (310) 854-4444
23

24       Andre M. Mura, CSB #298541
         Email: amm@classlawgroup.com
25       Hanne Jensen, CSB #336045
         Email: hj@classlawgroup.com
26       Delaney Brooks, CSB #348125
         Email: db@classlawgroup.com
27

28

GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs*