August 29, 2024

Judge Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

      **Re:**   *In re Meta Pixel Healthcare Litigation*, **Case No. 22-cv-03580-WHO (VKD)**
              **Status Report Regarding Production of Documents from Certain Sources**

Dear Judge DeMarchi,

    Pursuant to the Court's August 12, 2024 order (ECF No. 576), the parties submit this status report regarding the May 29, 2024 Discovery Dispute re Production of Data from certain sources. ECF No. 510.

    The parties continue to confer to attempt to resolve or narrow their disputes regarding their sampling proposals for the data sources identified by the Court at ECF 510, ¶ 5.

    The parties seek one additional week to attempt to resolve or narrow their disputes regarding their sampling proposals. If the parties are unable to reach agreement by September 5, 2024, the parties propose that they submit a joint discovery dispute letter to the court (with supporting exhibits and declarations as necessary) on September 12, 2024.

    The parties thus ask the Court to adopt the following deadline:

| Event | Deadline |
| --- | --- |
| Parties file joint discovery dispute letter regarding sampling proposals for the sources identified by the Court at ECF 510, ¶ 5, with supporting exhibits and declarations as necessary. | September 12, 2024 |

Dated: August 29, 2024            By:     */s/ Jason "Jay" Barnes*
                                          Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949


                                  By:     */s/ Geoffrey Graber*
                                          Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

**KIESEL LAW LLP**

Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**

Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**

Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700

Fax: 510-350-9701

*Attorneys for Plaintiffs and Putative Class*

Dated: August 29, 2024  **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
　　Lauren Goldman

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
　　Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
KYLE C. WONG, SBN 224021
kwong@cooley.com
CAROLINE A. LEBEL, SBN 340067
clebel@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Meta Platforms, Inc. (formerly known as Facebook, Inc.)*

## **CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric A. Kafka, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 29, 2024                    By:    */s/ Eric Kafka*