UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE AUGUST 29, 2024 STATUS REPORT**<br><br>Re: Dkt. No. 599 |
|---|---|

Based on the parties' August 29, 2024 status report (Dkt. No. 599), the Court orders as follows:

By **September 12, 2024**, the parties shall file a further status report describing their agreed sampling proposals for the data sources identified by the Court at Dkt. No. 510, ¶ 5, or if they do not agree, the parties shall file a joint discovery dispute letter regarding their respective sampling proposals, with supporting exhibits and declarations from appropriate technical/expert declarant(s) as necessary. The parties may not file declarations of counsel.

**IT IS SO ORDERED.**

Dated: August 30, 2024

Virginia K. DeMarchi
United States Magistrate Judge