UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER FOR CLARIFICATION RE SEPTEMBER 13, 2024 AND SEPTEMBER 16, 2024 DISCOVERY FILINGS** |

On September 13, 2024, three discovery dispute letters were filed, along with a request for sealing. *See* Dkt. Nos. 624-627. The Court subsequently received chambers copies of the unredacted versions of those filings. *See* Dkt. No. 627.

On September 16, 2024, plaintiffs made multiple corrective filings to correct a "clerical error" and a previously uploaded "uncorrected document." *See* Dkt. Nos. 629-635. It is unclear from the wholesale corrective filings which "uncorrected document" previously was uploaded in error. On September 17, 2024 the Court received chambers copies of only (1) the unredacted versions of Exhibits C-E to Mr. Barnes's declaration (Dkt. Nos. 632-634) and (2) another copy of the discovery letter concerning plaintiffs' Interrogatory No. 5 and Requests for Production Nos. 6, 7, and 165, as well as the four exhibits appended to that letter.

By **September 18, 2024, 5:00 p.m.**, plaintiffs shall deliver to Judge DeMarchi's chambers a *complete* set of *correct* chambers copies for the three discovery disputes at issue.

**IT IS SO ORDERED.**

Dated: September 17, 2024

Virginia K. DeMarchi
United States Magistrate Judge