1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No.  22-cv-03580-WHO (VKD) |
| This Document Relates To: | **INTERIM ORDER RE PROPOSED REDACTIONS** |
| All Actions. | Re: Dkt. No. 636 |

On September 16, 2024, Meta submitted proposed redactions[1] (Dkt. No. 636) for portions of the Court's September 9, 2024 Order re Protocol for Review and Production of Relevant Data Sources (Dkt. No. 614).  Meta's proposed redactions are somewhat ambiguous in that they refer to "[p]arts" of lines of text, which are not identified with specificity.  By September 23, 2024, Meta must file a PDF of the September 9, 2024 order, with highlights indicating exactly what text Meta believes should remain under seal.  Meta may file the PDF with its proposed highlighted redactions under seal.

**IT IS SO ORDERED.**

Dated: September 19, 2024

Virginia K. DeMarchi
United States Magistrate Judge

---

[1] Meta indicates that its proposed redactions are unopposed.  Dkt. No. 636 at 1.