Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>CLASS ACTION<br><br>The Honorable Virginia K. DeMarchi |

Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. 242) Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s ("Meta") materials should be sealed, in connection with the Joint Status Report regarding Protocol for Review and Production of Relevant Data Sources (Dkt. 614). Plaintiffs seek consideration of the Joint Administrative Omnibus Motion to Seal Dkt. Nos. 526, 526-1, 526-2, 526-3, 526-4, 526-5, 545, 575, 597-1, 611, 619, 630-3, 630-5, 630-6, 630-7, 630-8, 630-9, 630-10, 630-11, 632, 633, 634, 663-3 that contains information designated as confidential by Defendant Meta Platforms, Inc.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 4th day of November, 2024.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
An V. Truong, *Admitted Pro Hac Vice*
Email: atruong@simmonsfirm.com
Eric Steven Johnson, *Admitted Pro Hac Vice*
Email: ejohnson@simmonsfirm.com
Jennifer M Paulson, *Admitted Pro Hac Vice*
Email: jpaulson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
    Geoffrey Aaron Graber, CSB #211547
    Email: ggraber@cohenmilstein.com
    Eric Alfred Kafka, *Admitted Pro Hac Vice*
    Email: ekafka@cohenmilstein.com
    Claire T. Torchiana, CSB #330232
    Email: ctorchiana@cohenmilstein.com
    1100 New York Avenue NW
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Amanda M. Steiner, CSB #190047
    Email: asteiner@terrellmarshall.com
    Ryan Tack-Hooper
    Email: rtack-hooper@terrellmarshall.com
    Benjamin M. Drachler, *Admitted Pro Hac Vice*
    Email: bdrachler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603

    Jeffrey A. Koncius, CSB #189803
    Email: koncius@kiesel.law
    Nicole Ramirez, CSB #279017
    Email: ramirez@kiesel.law
    Mahnam Ghorbani, CSB # 345360
    Email: ghorbani@kiesel.law
    Stephanie M. Taft, CSB #311599
    Email: taft@kiesel.law
    Kaitlyn E. Fry, CSB #350768
    Email: fry@kiesel.law
    KIESEL LAW LLP
    8648 Wilshire Boulevard
    Beverly Hills, California 90211-2910
    Telephone: (310) 854-4444

|   |   |
|---|---|
| 1 | Andre M. Mura, CSB #298541 |
| 2 | Email: amm@classlawgroup.com |
|   | Hanne Jensen, CSB #336045 |
| 3 | Email: hj@classlawgroup.com |
|   | Delaney Brooks, CSB #348125 |
| 4 | Email: db@classlawgroup.com |
|   | GIBBS LAW GROUP LLP |
| 5 | 1111 Broadway, Suite 2100 |
|   | Oakland, California 94607 |
| 6 | Telephone: (510) 350-9700 |

*Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 4
Case No. 3:22-cv-3580-WHO (VKD)