United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To:

All Actions.

Case No. 22-cv-03580-WHO (VKD)

**ORDER RE REDACTIONS TO ORDER RE SEPTEMBER 13, 2024 DISCOVERY DISPUTES**

The Court's order re the parties' September 13, 2024 discovery disputes (Dkt. No. 685) has been filed provisionally under seal in its entirety because it may contain information that a party claims is confidential. The parties shall confer and by **November 19, 2024** file proposed redactions (if any) to the Court's discovery order (i.e., with redactions indicated by highlighting on a PDF of the discovery order), along with a proposed order regarding those redactions. The proposed redactions should be submitted with a motion to seal, as appropriate. If no redactions are needed or if the parties dispute any proposed redactions, the parties shall submit a statement so advising the Court.

**IT IS SO ORDERED.**

Dated: November 12, 2024

Virginia K. DeMarchi
United States Magistrate Judge