UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To:

All Actions.

Case No. 22-cv-03580-WHO (VKD)

**ORDER RE PARTIES' NOVEMBER 6, 2024 DISCOVERY STATUS REPORT**

Re: Dkt. No. 678

The Court has reviewed the parties' November 6, 2024 Joint Status Report re Protocol for Review and Production of Relevant Data Sources. Dkt. No. 678. In addition to reporting on the status of review and production according to the protocol, the parties report their views regarding whether a status conference would be helpful. Plaintiffs believe it is "absolutely critical" for the Court to convene a status conference to resolve "a handful of small disputes." *Id.* at 3. Meta believes a status conference is not necessary, as the disputes to which plaintiffs refer are unrelated to the protocol for review and production of data sources. *Id.*

If the small disputes to which plaintiffs refer are those numbered (1)-(3) at pages 2-3 of the November 6, 2024 status report, the Court is not persuaded that it is absolutely critical for the Court to hear and resolve these by convening a status conference at this time, particularly as some (if not all) of these issues were raised in the parties' competing proposals for a protocol and resolved when the Court issued its September 9, 2024 order setting the protocol. *Compare* Dkt. No. 612-3, Ex. A at 2, *with* Dkt. No. 614. Nevertheless, as the deadline for substantial completion of document production approaches, it may be helpful to have an in-person conference regarding the status of discovery.

As they propose, the parties shall file a further status report by **November 20, 2024**. The

status report shall include a proposed agenda and proposed date for a discovery status conference to be held in in December 2024[1] or January 2025. Nothing in this order relieves any party from the obligation to comply with this Court's discovery dispute resolution procedures or the dispute resolution provisions of the September 9, 2024 order (Dkt. No. 614, sec. III).

**IT IS SO ORDERED.**

Dated: November 12, 2024

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

[1] The Court expects to be in trial December 11-18, 2024.