| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice* | Geoffrey Graber, CSB #211547 |
| Email: jaybarnes@simmonsfirm.com | Email: ggraber@cohenmilstein.com |
| SIMMONS HANLY CONROY LLC | COHEN MILSTEIN SELLERS |
| 112 Madison Avenue, 7th Floor |   & TOLL PLLC |
| New York, New York 10016 | 1100 New York Avenue NW, Fifth Floor |
| Telephone: (212) 784-6400 | Washington, DC 20005 |
| Facsimile: (212) 213-5949 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803 | Beth E. Terrell, CSB #178181 |
| Email: koncius@kiesel.law | Email: bterrell@terrellmarshall.com |
| KIESEL LAW LLP | TERRELL MARSHALL LAW |
| 8648 Wilshire Boulevard |   GROUP PLLC |
| Beverly Hills, California 90211 | 936 North 34th Street, Suite 300 |
| Telephone: (310) 854-4444 | Seattle, Washington 98103 |
| Facsimile: (310) 854-0812 | Telephone: (206) 816-6603 |
| | Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, CSB #298541 |
| | Email: amm@classlawgroup.com |
| [*Additional counsel listed on signature page*] | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |
| | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>CLASS ACTION<br><br>The Honorable Virginia K. DeMarchi |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 1
Case No. 3:22-cv-3580-WHO (VKD)

1  Plaintiffs certify that they have reviewed and complied with the Court's Standing Order
2  on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local
3  Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF
4  No. 242) Plaintiffs seek consideration of the Third Joint Status Report Filed pursuant to Dkts.
5  614 & 687 that contains information designated as confidential by Defendant Meta Platforms,
6  Inc.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 20th day of November, 2024.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
    Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
    Email: jaybarnes@simmonsfirm.com
    An V. Truong, *Admitted Pro Hac Vice*
    Email: atruong@simmonsfirm.com
    Eric Steven Johnson, *Admitted Pro Hac Vice*
    Email: ejohnson@simmonsfirm.com
    Jennifer M Paulson, *Admitted Pro Hac Vice*
    Email: jpaulson@simmonsfirm.com
    112 Madison Avenue, 7th Floor
    New York, New York 10016
    Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
    Geoffrey Aaron Graber, CSB #211547
    Email: ggraber@cohenmilstein.com
    Eric Alfred Kafka, *Admitted Pro Hac Vice*
    Email: ekafka@cohenmilstein.com
    Claire T. Torchiana, CSB #330232
    Email: ctorchiana@cohenmilstein.com
    1100 New York Avenue NW
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
   Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
   Amanda M. Steiner, CSB #190047
   Email: asteiner@terrellmarshall.com
   Ryan Tack-Hooper
   Email: rtack-hooper@terrellmarshall.com
   Benjamin M. Drachler, *Admitted Pro Hac Vice*
   Email: bdrachler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603

   Jeffrey A. Koncius, CSB #189803
   Email: koncius@kiesel.law
   Nicole Ramirez, CSB #279017
   Email: ramirez@kiesel.law
   Mahnam Ghorbani, CSB # 345360
   Email: ghorbani@kiesel.law
   Stephanie M. Taft, CSB #311599
   Email: taft@kiesel.law
   Kaitlyn E. Fry, CSB #350768
   Email: fry@kiesel.law
   KIESEL LAW LLP
   8648 Wilshire Boulevard
   Beverly Hills, California 90211-2910
   Telephone: (310) 854-4444

   Andre M. Mura, CSB #298541
   Email: amm@classlawgroup.com
   Hanne Jensen, CSB #336045
   Email: hj@classlawgroup.com
   Delaney Brooks, CSB #348125
   Email: db@classlawgroup.com
   GIBBS LAW GROUP LLP
   1111 Broadway, Suite 2100
   Oakland, California 94607
   Telephone: (510) 350-9700

*Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 3
Case No. 3:22-cv-3580-WHO (VKD)

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 20, 2024, I caused true and correct copies of the foregoing document to be served via electronic mail upon the following:

Michael Graham Rhodes, CSB #116127
Email: rhodesmg@cooley.com
Caroline Lebel, CSB #340067
Email: clebel@cooley.com
Kyle C. Wong, CSB #224021
Email: kwong@cooley.com
Matthew Lawrence Kutcher
Email: mkutcher@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000

Abigail Augus Barrera, CSB #301746
Email: abarrera@gibsondunn.com
Elizabeth Katharine McCloskey, CSB # 268184
Email: EMcCloskey@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200

Andrew M. Kasabian, CSB #313210
Email: akasabian@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-4341

Gregg Costa, *Admitted Pro Hac Vice*
Email: gcosta@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 4
Case No. 3:22-cv-3580-WHO (VKD)

Darcy Caitlyn Harris, *Admitted Pro Hac Vice*
Email: dharris@gibsondunn.com
Lauren R Goldman, *Admitted Pro Hac Vice*
Email: LGoldman@gibsondunn.com
Lessa Haspel
Email: lhaspel@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000

Trenton James Van Oss, *Admitted Pro Hac Vice*
Email: tvanoss@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20009
Telephone: (202) 955-8500

Jay Minga
Email: jminga@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
310 University Avenue
Pala Alto, California 94301
Telephone: (650) 849-5350

***Attorneys for Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Instagram LLC***

DATED this 20th day of November, 2024.

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 5
Case No. 3:22-cv-3580-WHO (VKD)