Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>CLASS ACTION<br><br>The Honorable Virginia K. DeMarchi |

1  Plaintiffs certify that they have reviewed and complied with the Court's Standing Order
2 on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local
3 Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF
4 No. 242) Plaintiffs seek consideration of the Joint Discovery Dispute Letter Brief regarding
5 Named Plaintiffs' Data that contains information designated as confidential by Defendant Meta
6 Platforms, Inc.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of November, 2024.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
An V. Truong, *Admitted Pro Hac Vice*
Email: atruong@simmonsfirm.com
Eric Steven Johnson, *Admitted Pro Hac Vice*
Email: ejohnson@simmonsfirm.com
Jennifer M Paulson, *Admitted Pro Hac Vice*
Email: jpaulson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
Geoffrey Aaron Graber, CSB #211547
Email: ggraber@cohenmilstein.com
Eric Alfred Kafka, *Admitted Pro Hac Vice*
Email: ekafka@cohenmilstein.com
Claire T. Torchiana, CSB #330232
Email: ctorchiana@cohenmilstein.com
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
   Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
   Amanda M. Steiner, CSB #190047
   Email: asteiner@terrellmarshall.com
   Ryan Tack-Hooper
   Email: rtack-hooper@terrellmarshall.com
   Benjamin M. Drachler, *Admitted Pro Hac Vice*
   Email: bdrachler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603

   Jeffrey A. Koncius, CSB #189803
   Email: koncius@kiesel.law
   Nicole Ramirez, CSB #279017
   Email: ramirez@kiesel.law
   Mahnam Ghorbani, CSB # 345360
   Email: ghorbani@kiesel.law
   Stephanie M. Taft, CSB #311599
   Email: taft@kiesel.law
   Kaitlyn E. Fry, CSB #350768
   Email: fry@kiesel.law
   KIESEL LAW LLP
   8648 Wilshire Boulevard
   Beverly Hills, California 90211-2910
   Telephone: (310) 854-4444

   Andre M. Mura, CSB #298541
   Email: amm@classlawgroup.com
   Hanne Jensen, CSB #336045
   Email: hj@classlawgroup.com
   Delaney Brooks, CSB #348125
   Email: db@classlawgroup.com
   GIBBS LAW GROUP LLP
   1111 Broadway, Suite 2100
   Oakland, California 94607
   Telephone: (510) 350-9700

*Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 3
Case No. 3:22-cv-3580-WHO (VKD)