**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:     (415) 393-8200
Facsimile:      (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional counsel listed on signature page*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>The Honorable Virginia K. DeMarchi |

WHEREAS, on November 22, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal regarding the parties' Joint Discovery Dispute Letter Regarding Named Plaintiff Data (the "Sealing Motion") (Dkt. No. 699);

WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), any response to the Sealing Motion from Defendant Meta Platforms, Inc. ("Meta") is due on Friday, November 29, 2024;

WHEREAS, because Meta's staff and counsel will be observing the Thanksgiving holiday on November 28 and 29, 2024, Meta requested that plaintiffs consent to extend the deadline for Meta to file its response to the Sealing Motion until Tuesday, December 3, 2024; and

WHEREAS, plaintiffs have agreed to the requested extension for Meta to file its response to the Sealing Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of this Court, that Meta's deadline to file its response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Filed Under Seal (Dkt. 699) is extended to December 3, 2024.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of November, 2024.

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Lauren R. Goldman*
         Lauren R. Goldman

LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com
DARCY C. HARRIS (pro hac vice)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*


By:  */s/ Jason 'Jay' Barnes*
         Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:     212-784-6400
Fax:    212-213-5949

---

STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE
FILED UNDER SEAL
CASE NO. 3:22-CV-03580-WHO (VKD)

| | |
|---|---|
| 1 | By:  */s/ Geoffrey Graber* |
| 2 | Geoffrey Graber |

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
 ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:  202-408-4600
Fax:  202-408-4699


By:  */s/ Andre M. Mura*
      Andre M. Mura

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
 amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:  510-350-9700
Fax:  510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:  310-854-4444
Fax:  310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
 bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:  206-816-6603
Fax:  206-319-5450

*Attorneys for Plaintiffs*

---

STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE
FILED UNDER SEAL
CASE NO. 3:22-CV-03580-WHO (VKD)

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 22, 2024          By:     */s/ Lauren R. Goldman*
                                          Lauren R. Goldman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE COURT JUDGE