UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE DECEMBER 6, 2024 JOINT STATUS REPORT**<br><br>Re: Dkt. No. 718 |

Based on the parties' December 6, 2024 joint status report (Dkt. No. 718), the parties shall file a further status report by **December 18, 2024**.

**IT IS SO ORDERED.**

Dated: December 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge