UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br>_____<br>This Document Relates To:<br>All Actions. | Case No.  22-cv-03580-WHO (VKD)<br><br>**ORDER RE DECEMBER 13, 2024 DISCOVERY DISPUTE RE PLAINTIFFS' INTERROGATORIES NOS. 1 AND 3**<br>Re: Dkt. No. 725 |

The Court has reviewed the parties' joint discovery dispute letter at Dkt. No. 725, which concerns Meta's responses to plaintiffs' Interrogatories Nos. 1 and 3. The Court finds this dispute suitable for determination without oral argument. *See* Civil L.R. 7-1(b).

With respect to Interrogatory No. 1, Meta shall complete the search of crawled data it says it has undertaken, and must supplement its response to this interrogatory by **January 10, 2025**.

With respect to Interrogatory No. 3, the Court has reviewed Meta's November 22, 2024 supplemental response. That response complies with the Court's November 12, 2024 order at Dkt. 685. No further response is required to comply with that order. Meta must supplement its response, as appropriate, consistent with the requirements of Rule 26(e).

Plaintiffs' request for relief is otherwise denied.

**IT IS SO ORDERED.**

Dated: December 20, 2024

Virginia K. DeMarchi
United States Magistrate Judge