1   Jason 'Jay' Barnes (admitted *pro hac vice*)
      *jaybarnes@simmonsfirm.com*
2   **SIMMONS HANLY CONROY LLC**
3   112 Madison Avenue, 7th Floor
    New York, NY 10016
4   Tel:   212-784-6400
    Fax:   212-213-5949
5

6   Jeffrey A. Koncius, State Bar No. 189803
      *koncius@kiesel.law*
7   **KIESEL LAW LLP**
8   8648 Wilshire Boulevard
    Beverly Hills, CA 90211-2910
9   Tel:   310-854-4444
    Fax:   310-854-0812
10

11  *Attorneys for Plaintiffs*

12  [*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
   *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   (206) 816-6603
Fax:   (206) 319-5450

Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel:   (510) 350-9700
Fax:   (510) 350-9701

13
14
15  **UNITED STATES DISTRICT COURT**
16  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17

18  IN RE META PIXEL HEALTHCARE
    LITIGATION
19
20  This Document Relates To:
21  All Actions
22
23

Case No. 3:22-cv-03580-WHO (VKD)

**DECLARATION OF GEOFFREY GRABER IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST META AND FOR A HEARING TO ADDRESS RELIEF**

24
25
26
27
28

## <u>DECLARATION OF GEOFFREY GRABER</u>

I, Geoffrey Graber, declare as follows:

1.      I am an attorney at law licensed to practice before all courts of the State of California.

2.      I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC, who along with the law firms Simmons Hanly Conroy LLP, Kiesel Law LLP, Terrell Marshall Law Group, PLLC, and Gibbs Law Group, LLP, represent Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion for Sanctions Against Meta and for a Hearing to Address Relief.

3.      I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4.      A true and correct copy of a letter from Ms. Lauren Goldman to Plaintiffs dated May 18, 2023 is attached hereto as **Exhibit 1**.

5.      A true and correct copy of a document produced by Meta, ███████████ ████████████████████████ and beginning at Bates number PIXEL_HEALTH000106780, is attached hereto as **Exhibit 2**.

6.      A true and correct copy of Defendant's Second Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission is attached hereto as **Exhibit 3**.

7.      A true and correct copy of a document produced by Meta, titled █████████ ██████, and beginning at Bates number PIXEL_HEALTH000000057, is attached hereto as **Exhibit 4**.

8.      A true and correct copy of Defendant's First Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission is attached hereto as **Exhibit 5**.

9.      A true and correct copy of a document produced by Meta, titled █████████ ████████████████, and beginning at Bates number PIXEL_HEALTH000532571, is attached hereto as **Exhibit 6**.

10.     A true and correct copy of a document produced by Meta, ███████████ ███████████████████████████, and beginning at Bates number PIXEL_HEALTH000109588, is attached hereto as **Exhibit 7**.

11.     A true and correct copy of a document produced by Meta, ██████████

and beginning at Bates number PIXEL_HEALTH000291310, is attached hereto as **Exhibit 8**.

12.    A true and correct copy of a document produced by Meta, ████████████ ████████████ and beginning at Bates number PIXEL_HEALTH000288627, is attached hereto as **Exhibit 9**.

13.    A true and correct copy of a document produced by Meta, ████████████ ████████████, and beginning at Bates number PIXEL_HEALTH000000719, is attached hereto as **Exhibit 10.**

14.    A true and correct copy of a document produced by Meta, and beginning at Bates number PIXEL_HEALTH000490121, is attached hereto as **Exhibit 11**.

15.    A true and correct copy of the transcript of the January 17, 2023 hearing held by the Court in this matter (Jan. 17, 2023 Hearing Transcript), excerpted in relevant part, is attached hereto as **Exhibit 12**.

16.    A true and correct copy of the transcript of the April 20, 2023 hearing held by the Court in this matter (Apr. 20, 2023 Hearing Transcript), excerpted in relevant part, is attached hereto as **Exhibit 13**.

17.    A true and correct copy of ████████████████████ ████████████████████ (which Meta produced at Bates number PIXEL_HEALTH000781581), is attached hereto as **Exhibit 14**.

18.    A true and correct copy of a letter that I authored and sent to Meta, dated May 1, 2024, is attached hereto as **Exhibit 15**.

19.    A true and correct copy of Plaintiffs' First Set of Requests For Admission to Meta is attached hereto as **Exhibit 16**.

20.    A true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Admission is attached hereto as **Exhibit 17**.

21.    A true and correct copy of a document produced by Meta, ██████████ ██████████████████████ and beginning at Bates number PIXEL_HEALTH000335197 is attached hereto as **Exhibit 18**.

22.     A true and correct copy of a document produced by Meta, ██████████ ████████████████, and beginning at Bates number PIXEL_HEALTH000639057, is attached hereto as **Exhibit 19**.

23.     A true and correct copy of a document produced by Meta, ██████████ ████████████ and beginning at Bates number PIXEL_HEALTH000084354, is attached hereto as **Exhibit 20**.

24.     A true and correct copy of a document produced by Meta, ██████ ████████████, at Bates number PIXEL_HEALTH000110512, is attached hereto as **Exhibit 21**. ████████████████████████ ██████████████.

25.     A true and correct copy of a document produced by Meta, ██████ ████████████████, at Bates number PIXEL_HEALTH000110508, is attached hereto as **Exhibit 22**. ████████████████████████

26.     A true and correct copy ████████████████████ ██████████████████ (which was produced at Bates number PIXEL_HEALTH000688109) is attached hereto as **Exhibit 23** ██████ ████████████████.

27.     A true and correct copy of ████████████████████ ████████████████ (which was produced at Bates number PIXEL_HEALTH000688110) is attached hereto as **Exhibit 24**. ██████ ████████████████.

28.     A true and correct copy of a document produced by Meta, ██████ ████████████████, and beginning at Bates number PIXEL_HEALTH000035261, is attached hereto as **Exhibit 25**. ████████████.

29.     A true and correct copy of a document produced by Meta, ██████ ████████████e, at Bates number PIXEL_HEALTH000110510, is attached hereto as **Exhibit 26**. ████████████████████████████.

30. A true and correct copy of ████████████████████████ ████████████████████████████████ (which was produced at Bates number PIXEL_HEALTH000688106) is attached hereto as **Exhibit 27**. ███████████ ████████████████████████████

31. On November 8, 2024, Plaintiffs' counsel met-and-conferred with Meta's counsel regarding this motion. ████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, December 30, 2024

By: */s/Geoffrey Graber*
Geoffrey Graber