# Declaration of Dr. Atif Hashmi
# December 27, 2024

# FILED UNDER SEAL