# EXHIBIT 12

```
 1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN FRANCISCO DIVISION

 3

 4   IN RE META PIXEL HEALTHCARE       )  Case No.   22-cv-03580-WHO
     LITIGATION                        )
 5                                     )  San Francisco, California
     _____  )  Tuesday, January 17, 2023
 6                                     )
     This Document Relates To:         )
 7                                     )  ZOOM WEBINAR PROCEEDINGS
     All Actions                       )
 8                                     )
     _____)
 9

10

11              TRANSCRIPT OF CASE MANAGEMENT CONFERENCE
               BEFORE THE HONORABLE WILLIAM H. ORRICK
12                 UNITED STATES DISTRICT COURT JUDGE

13

14   APPEARANCES:  (Via Zoom)

15   For Plaintiffs:                GEOFFREY A. GRABER, ESQ.
                                    Cohen Milstein Sellers & Toll PLLC
16                                  1100 New York Avenue NW
                                    Suite 500, West Tower
17                                  Washington, DC 20005
                                    (202) 408-4600
18
                                    AN V. TRUONG, ESQ.
19                                  ERIC S. JOHNSON, ESQ.
                                    JASON BARNES, ESQ.
20                                  Simmons Hanly Conroy LLC
                                    112 Madison Avenue, 7th Floor
21                                  New York, New York 10016
                                    (212) 784-6400
22

23   [Counsel Appearances Continue on the Following Page]

24

25   Proceedings recorded by electronic sound recording; transcript
     produced by transcription service.
```

2

```
 1  APPEARANCES:  (Cont'd.)

 2  For Defendants:           LAUREN R. GOLDMAN, ESQ.
                              Gibson, Dunn & Crutcher LLP
 3                            200 Park Avenue
                              New York, New York 10166
 4                            (212) 351-4000

 5                            ABIGAIL A. BARRERA, ESQ.
                              Gibson, Dunn & Crutcher LLP
 6                            555 Mission Street, Suite 3000
                              San Francisco, California 94105
 7                            (415) 393-8200

 8                            MICHAEL G. RHODES, ESQ.
                              CAROLYN A. LEBEL, ESQ.
 9                            Cooley LLP
                              3 Embarcadero Center, 20th Floor
10                            San Francisco, California 94111-4004
                              (415) 693-2000
11
    Transcription Service:    Peggy Schuerger
12                            Ad Hoc Reporting
                              2220 Otay Lakes Road, Suite 502-85
13                            Chula Vista, California 91915
                              (619) 236-9325
14

15

16

17

18

19

20

21

22

23

24

25
```

<u>SAN FRANCISCO, CALIFORNIA   TUESDAY, JANUARY 17, 2023   2:19 P.M.</u>

--oOo--

THE CLERK:  All right.  So we are set to begin then in Case No. 22-3580, Doe v. Meta Platforms, Inc.  Counsel, if you would, please, state your appearance for the record.

MR. BARNES:  Jay Barnes, Simmons Hanly Conroy on behalf of the Plaintiffs and the Putative Class.

MR. GRABER:  Geoff Graber, Cohen Milstein also on behalf of Plaintiffs and the Putative Class.

MS. GOLDMAN:  Lauren Goldman, Gibson Dunn for Defendant Meta.

MR. RHODES:  Good afternoon, Your Honor.  Michael Rhodes of Cooley on behalf of the Defendant.

THE COURT:  Good afternoon to all of you.  Let me tell you how I looked at the case management statement and what my theory is, and then I'll let you discuss -- discuss it all.  But -- so I found it somewhat ironic that the Plaintiffs want to expedite discovery and want an extension of time for a month for -- to file a consolidated complaint.  And I do -- I grant the request to delay until February 21st to -- to file that.

It is -- so now I'm going to my theory.  It's hard for me to believe that this case won't survive a motion to dismiss in some form.  And I do want this case to be moving.  And so the -- let's see.  One issue is the Defendant does -- recognizes its preservation obligations.  I'm not going to require them to

1  provide written disclosures of what they have done to the

2  Plaintiffs.  Obviously, if things aren't done properly, there will

3  be spoliation consequences and -- and I'm sure the Defendants are

4  well aware of that.  So --

5          MS. GOLDMAN:  Yes, Your Honor.

6          THE COURT:  As far as discovery itself, what I'm

7  inclined to do is to ask -- tell the Defendants that 20 days after

8  the consolidated complaint is filed, to respond to the written

9  discovery, but now you should be negotiating custodians, search

10 terms, finishing the ESI protocol, the protective orders, and the

11 clawback orders, and that those -- that the ESI protocol, the

12 protective and clawback orders should be finished by February

13 21st.  It seems to me obvious that the case is going to require

14 more than the usual limits on discovery and the Federal Rules of

15 Civil Procedure.  But Plaintiffs need to lay out what's needed and

16 meet and confer with the Defendants, and we can discuss that

17 further at the next CMC.

18          I think it's likely at the end of the day that I'm going

19 to refer this case to a magistrate judge for discovery, but I'm

20 not going to do that at the moment.  If everybody is behaving very

21 nicely and there aren't complicated issues that need to be

22 resolved, then I'll keep it.  But, otherwise, I'll probably --

23 I'll pass it on relatively soon.

24          I think that the Defendants should engage on the case

25 calendar prior to the next CMC.  I -- so -- so I'd like you to do