# EXHIBIT 13

Pages 1 - 149

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Virgina K. DeMarchi, Magistrate Judge

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated, </br></br>      Plaintiffs,</br></br> VS.</br></br>META PLATFORMS, INC.,</br></br>      Defendant. | NO. C 22-03580 WHO (VKD)</br>NO. C 22-07557 SI (VKD) |
| MIKHAIL GERSHZON, on behalf of himself and all others similarly situated,</br></br>      Plaintiffs,</br></br> VS.</br></br>META PLATFORMS, INC.,</br></br>      Defendant. | NO. C 23-00083 SI (VKD) |

San Jose, California
Thursday, April 20, 2023

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING 9:01 a.m. to 12:14 p.m.**

(APPEARANCES CONTINUED ON NEXT PAGE)

Transcribed By:    Marla F. Knox, RPR, CRR, RMR
                           United States Official Court Reporter

```
 1   APPEARANCES:

 2   For Plaintiffs (22-03580 WHO):

 3                   SIMMONS HANLY CONROY
                     231 South Bemiston Avenue - Suite 525
 4                   St. Louis, Missouri  63105
               BY:   JAY BARNES, ATTORNEY AT LAW
 5
                     SIMMONS HANLY CONROY
 6                   112 Madison Avenue - 7th Floor
                     New York, New York  10016
 7             BY:   ERIC S. JOHNSON, ATTORNEY AT LAW

 8                   COHEN MILSTEIN SELLERS & TOLL PLLC
                     1100 New York Avenue NW - Suite 500
 9                   Washington, D.C.  20005
               BY:   GEOFFREY A. GRABER, ATTORNEY AT LAW
10
                     COHEN MILSTEIN SELLERS & TOLL PLLC
11                   88 Pine Street - 14th Floor
                     New York, New York  10005
12             BY:   ERIC A. KAFKA, ATTORNEY AT LAW

13                   KIESEL LAW LLP
                     8648 Wilshire Boulevard
14                   Beverly Hills, California  90211
               BY:   NICOLE RAMIREZ, ATTORNEY AT LAW
15                   JEFFREY A. KONCIUS, ATTORNEY AT LAW

16                   GIBBS LAW GROUP LLP
                     1111 Broadway - Suite 2100
17                   Oakland, California  94607
               BY:   JULIA L. GONZALEZ, ATTORNEY AT LAW
18
     For Plaintiffs (22-7557 SI):
19
                     GEORGE FELDMAN McDONALD PLLC
20                   102 Half Moon Bay Drive
                     Croton on Hudson, New York  10520
21             BY:   LORI G. FELDMAN, ATTORNEY AT LAW

22                   BURSOR & FISHER, P.A.
                     1990 North California Boulevard
23                   Suite 940
                     Walnut Creek, California  94596
24             BY:   NEAL J. DECKANT, ATTORNEY AT LAW

25         (APPEARANCES CONTINUED ON THE FOLLOWING PAGE)
```

```
 1   APPEARANCES:  (CONT'D)

 2   For Plaintiffs (23-0083 SI):

 3                       LIEFF CABRASER HEIMANN BERNSTEIN, LLP
                         275 Battery Street - 29th Floor
 4                       San Francisco, California  94111
                    BY:  MELISSA A. GARDNER, ATTORNEY AT LAW
 5
                         CARNEY BATES PULLIAM, PLLC
 6                       519 West 7th Street
                         Little Rock, Arkansas  72201
 7                  BY:  ALLEN CARNEY, ATTORNEY AT LAW

 8
     For Defendant:
 9                       GIBSON, DUNN & CRUTCHER LLP
                         200 Park Avenue
10                       New York, New York  10166
                    BY:  DARCY C. HARRIS, ATTORNEY AT LAW
11
                         GIBSON, DUNN & CRUTCHER LLP
12                       555 Mission Street - Suite 3000
                         San Francisco, California  94105
13                  BY:  ELIZABETH K. McCLOSKEY, ATTORNEY AT LAW

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   data being received, data being stored, perhaps data being
 2   used; that there are -- that you all are talking about apples
 3   and oranges.  And that's the kind of conversation that I think
 4   you all should have, where you say "no, no, systems logs or
 5   server logs, those are different than what you want.  What you
 6   want is start someplace else.  We are preserving that
 7   information."
 8        Because this will look very bad, as Judge Orrick
 9   highlighted for you, if there's, you know, a question about
10   preservation later when you are on notice, as it appears you
11   are, of what the Plaintiffs are seeking.
12        So that's the kind of conversation -- if you really want
13   to be able to say, you know, we affirmatively want to have
14   everybody agree that we don't have to preserve X, which is a
15   worthy goal, I think, for everyone to -- you know, to achieve
16   that -- makes the obligations clear, then I do think you have
17   to provide some information to the Plaintiffs collectively so
18   that they can agree to that or conversely if they don't agree,
19   you have to persuade me that that data source is something that
20   you shouldn't have to preserve.
21        So you would have to provide the explanation one way or
22   the other eventually to me.  So, okay.  Is there something more
23   that you wanted to share with me about the preservation issue?
24             MS. McCLOSKEY:  I don't think so but I do want to -- I
25   think Plaintiffs' Counsel obviously doesn't understand the way
```