| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class*<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND DEADLINES REGARDING PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Judge: Honorable William H. Orrick III |

Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS**, on December 30, 2024, Plaintiffs filed a Motion for Sanctions (the "Motion") against Meta (Dkt. 740) and requested a hearing for February 19, 2025 before the Honorable William H. Orrick;

**WHEREAS**, Meta's response would be due on January 13, 2025, and Plaintiffs' reply would be due January 21, 2025;

**WHEREAS**, due to the New Year's holiday, Meta requested a two-week extension for Meta to file their opposition to Plaintiffs' Motion;

**WHEREAS**, Plaintiffs have agreed to Meta's requested extension, which would make Meta's opposition due on January 27, 2025;

**WHEREAS**; due to pre-existing commitments for Plaintiffs' counsel during the week of January 27, Plaintiffs requested a four-day extension for Plaintiffs to file their reply in support of Plaintiffs' Motion;

**WHEREAS**; Meta has agreed to Plaintiffs' requested extension, which would make Plaintiffs' reply due on February 7, 2025;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the approval of this Court, that Meta's deadline to file its opposition to Plaintiffs' Motion is extended to January 27, 2025. Plaintiffs' deadline to file their reply in support of Plaintiffs' Motion is extended to February 7, 2025.

Dated: January 3, 2025

By: */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
   *jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949

By: */s/ Geoffrey Graber*
Geoffrey Graber, State Bar No. 211547
   *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

Jeffrey A. Koncius, State Bar No. 189803
   *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

Andre M. Mura, State Bar No. 298541
amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

Dated: January 3, 2025

By:   */s/ Lauren Goldman*

Lauren Goldman
**GIBSON, DUNN & CRUTCHER LLP**

LAUREN R. GOLDMAN (admitted *pro hac vice*)
DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Meta Platforms, Inc.*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric A. Kafka, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 3, 2025                    */s/ Eric A. Kafka*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 6, 2025

_____
Hon. William H. Orrick
United States District Court Judge