**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional counsel listed on signature page*

*Co-Lead Counsel for Plaintiffs and the
Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE
LITIGATION

This Document Relates to:

All Actions.

Case No. 3:22-cv-3580-WHO (VKD)

**STIPULATION TO EXTEND
DEADLINE TO FILE META'S
RESPONSE TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIALS SHOULD BE
FILED UNDER SEAL**

The Honorable William H. Orrick III

1    WHEREAS, on December 30, 2024, plaintiffs filed an Administrative Motion to

2  Consider Whether Another Party's Materials Should be Filed Under Seal regarding plaintiffs'

3  Motion for Sanctions Against Meta (the "Sealing Motion") (Dkt. No. 739);

4    WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), any response to the Sealing Motion

5  from Defendant Meta Platforms, Inc. ("Meta") is due on Monday, January 6, 2025;

6    WHEREAS, due to the New Year's holiday on January 1, 2025 and the large volume of

7  exhibits attached to plaintiffs' Sealing Motion, Meta requested that plaintiffs agree to extend the

8  deadline for Meta to file its response to the Sealing Motion until Monday, January 13, 2025;

9    WHEREAS, plaintiffs have agreed to the requested extension for Meta to file its response

10  to the Sealing Motion;

11    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

12  the parties, subject to the approval of this Court, that Meta's deadline to file its response to

13  plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be

14  Filed Under Seal (Dkt. 739) is extended to January 13, 2025.

15

16    RESPECTFULLY SUBMITTED AND DATED this 3rd day of January, 2025.

17

18

19

20

21

22

23

24

25

26

27

28

1

**GIBSON, DUNN & CRUTCHER LLP**

2

By:  */s/ Lauren R. Goldman*
        Lauren R. Goldman

3

4

LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com

5

DARCY C. HARRIS (pro hac vice)
dharris@gibsondunn.com

6

200 Park Avenue
New York, NY 10166

7

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

8

9

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com

10

ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com

11

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

12

Telephone: (415) 393-8200
Facsimile: (415) 393-8306

13

14

*Attorneys for Defendant Meta Platforms, Inc.*

15

16

By:  */s/ Jason 'Jay' Barnes*
        Jason 'Jay' Barnes

17

**SIMMONS HANLY CONROY LLC**

18

Jason 'Jay' Barnes (admitted *pro hac vice*)
   jaybarnes@simmonsfirm.com

19

112 Madison Avenue, 7th Floor
New York, NY 10016

20

Tel:    212-784-6400

21

Fax:    212-213-5949

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE
FILED UNDER SEAL
CASE NO. 3:22-CV-03580-WHO (VKD)

By:    */s/ Geoffrey Graber*
       Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

By:    */s/ Andre M. Mura*
       Andre M. Mura

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated:  January 3, 2025                                    By:     */s/ Lauren R. Goldman*
                                                                        Lauren R. Goldman

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: January 6, 2025

4

5    HONORABLE WILLIAM H. ORRICK
     UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION TO EXTEND DEADLINE TO FILE META'S RESPONSE TO PLAINTIFFS'
     ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE
     FILED UNDER SEAL
     CASE NO. 3:22-CV-03580-WHO (VKD)