January 14, 2025

Judge Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

      **Re:**    ***In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-03580-WHO (VKD)**

# Document Filed Under Seal