UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br>―――――――――――――――――――――<br>This Document Relates To:<br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE NOVEMBER 26, 2024 DISCOVERY DISPUTE RE REDACTIONS OF NAMED PLAINTIFFS' DATA**<br><br>Re: Dkt. No. 708 |

The parties disagree regarding whether plaintiffs may redact private health-related information from their patient portal activity logs. Dkt. No. 708. The Court held a hearing on this dispute on January 15, 2025. *See* Dkt. No. 737.

As discussed during the hearing, the Court finds that plaintiffs have put at issue in this case the types and categories of health-related information that they have redacted from these records. Plaintiffs have offered no persuasive justification for redacting this information from documents produced during discovery. The protective order entered in this action affords protections that are sufficient to protect plaintiffs' privacy with respect to this information.

Plaintiffs must produce the documents in question without redactions of health-related information by **January 22, 2025**. Plaintiffs may retain redactions of other personal information, as noted in Meta's footnote 2 of the discovery dispute letter.

**IT IS SO ORDERED.**

Dated: January 15, 2025

Virginia K. DeMarchi
United States Magistrate Judge