**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, | Case No. 3:22-cv-3580-WHO |
| | **DECLARATION OF TOBIAS WOOLDRIDGE IN SUPPORT OF META'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS** |
| This Document Relates To: | |
| All Actions | <u>CLASS ACTION</u> |
| | Date: February 19, 2025 |
| | Time: 2:00 p.m. |
| | Courtroom 2 |
| | **HON. WILLIAM H. ORRICK** |

# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

Gibson, Dunn &
Crutcher LLP

1.      I am a software engineer at Meta.  I offer this declaration in support of Defendant Meta Platforms, Inc.'s Opposition to Plaintiffs' Motion for Sanctions.  The information in this declaration is based on my personal knowledge and discussion with relevant personnel.  If called and sworn as a witness, I could and would testify competently to this information.

2.      I have worked at Meta as a software engineer since February 2015.  I am a senior engineer on the Signals team, which bears the primary responsibility for maintaining and updating the Meta Pixel code.  My team is also responsible for maintaining and implementing Meta's systems that detect and filter potentially sensitive data being sent by third-party developers to Meta via the Meta Pixel, among other Business Tools.  I have worked in this area for the duration of my tenure at Meta.

## Pixel Events

3.      The Pixel can be used to send "events," reflecting an action taken on a webpage where the Pixel was deployed.  Each individual developer can currently configure their individual Pixel to transmit one or more of 17 standard events.

4.      For example, a developer could send a standard event, based on a button click, called "CompleteRegistration" (which occurs when users sign up for a particular website offering), "Subscribe" (when a user signs up for a subscription), and "Schedule" (which can track appointment bookings).  Assuming the data is not filtered or blocked by Meta in some way, these types of standard button click events would be stored in the primary tables that store ███████ Pixel data that Meta receives (a table called ████████ and, ████████ a table called ████████, discussed further below).

5.      Developers can also transmit developer-customized events, called "custom events."  For example, a developer could create an event called "SubscribedButtonClick" or "ScheduleAppointment" and assign it to a specific button on their webpage, configuring the pixel to transmit the button's name.  If a developer did so, that data would also be logged in the ███████ and ████████ tables.

## Tables that Store Pixel Data

6.      Meta receives billions of Pixel events every day.  If someone were to ask me which table is the most important table for Pixel data today, I would say ███████ along with its ███

table ██████████████ (which contains data from ████████████

████████████████████).

　　　7.　　The primary tables that store Pixel data and other data sent via the Business Tools have

██████████. Meta has █████████ stored offsite data, sent by third parties, in ████████

tables. As mentioned above, the primary table that stored pixel data historically was called

"████████," which was voluminous and had approximately ██ fields. The primary table that

stored app event data was called █████████, which was also voluminous. Throughout 2020 and 2021,

however, Meta centralized many of these tables and fields into the table called ██████████, which

itself has ████████████.

　　　8.　　I am not aware of a Hive table that specifically stores just "sensitive health" event data

sent from HIPAA or CMIA covered entities through the Pixel.

## SubscribedButtonClick Events

　　　9.　　There is a particular type of event that is called a SubscribedButtonClick event, which

I understand for certain Pixels transmits standard information about buttons on which visitors to that

webpage click, such as the button's name. Not all developers transmit SubscribedButtonClick events

as part of their Pixel configurations; it is something they control.

　　　10.　　In late 2020 and 2021, Meta planned to log ████████████████

████████████████, in ████████████. Even today, the schema describing what data is

stored in █████████ shows it was designed to have a ██████████████████

████████████████████. However, as it turns out, this ██████████████

██. "████████ SubscribedButtonClick events (such as events that ██████████████

████████████████) *are* stored in ██████████. However, ████████████

SubscribedButtonClick events ████████████████ SubscribedButtonClick events are

████████████ stored in the table called ██████████. I suspect that few people at Meta know

about this table because ████████████████ are the primary tables for Pixel event

data, and I do not consider the data stored in ██████████ (and any ██████ button click data

stored in ████████████) to be particularly important to Meta's business, especially compared

to other tables.

-2-

11.     Moreover, when a developer transmits a SubscribedButtonClick event, it can be the case that the same website interaction will ██████ stored in ████████—even for ████████ ████ For example, if the developer has configured their Pixel to transmit a standard event based on a button click (as described above), and the developer has also configured their Pixel to transmit SubscribedButtonClick data, when a user clicks on the button, the interaction will be logged ████ ████████████████████████████ If Meta's systems detect, based on an advertiser's configuration of their pixel, that a SubscribedButtonClick ██████████████████, it will be logged to ████████████ Also, in some instances, ████████████ in ████████ can be called "SubscribedButtonClick" events.  As described above, for custom events, a developer can configure them to transmit the button's name, alongside other data, and can call such events "SubscribedButtonClick."

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration in Kirkland, Washington on this 27th day of January 2025.

/s/ Tobias Wooldridge

Tobias Wooldridge

WOOLDRIDGE DECL. ISO META'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS
CASE NO. 3:22-CV-3580-WHO (VKD)