# EXHIBIT 1

| | | |
|---|---|---|
| **SIMMONS HANLY CONROY LLC**<br>112 MADISON AVENUE, 7TH FL<br>NEW YORK, NY 10016 | **KIESEL LAW LLP**<br>8648 WILSHIRE BOULEVARD<br>BEVERLY HILLS, CA 90211-2910 | **GIBBS LAW GROUP LLP**<br>1111 BROADWAY, STE. 2100<br>OAKLAND, CA 94607 |
| **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>110 NEW YORK AVENUE NW, 5TH FL<br>WASHINGTON, DC 20005 | **TERRELL MARSHALL LAW GROUP PLLC**<br>936 NORTH 34TH ST., STE. 300<br>SEATTLE, WA 98103 | |

**February 22, 2024**

**VIA ELECTRONIC MAIL**
GIBSON, DUNN & CRUTCHER LLP
Lauren Goldman
*lgoldman@gibsondunn.com*

GIBSON, DUNN & CRUTCHER LLP
Darcy Harris
*dharris@gibsondunn.com*

Re:   *In re Meta Pixel Healthcare Litigation*
       Plaintiffs' Requests for Production of Class Member Data

Dear Counsel:

I write to follow-up on Plaintiffs' Requests for Production of Class Member Data, as set forth below. **Please respond to this letter by February 28, 2024.** Pursuant to Judge DeMarchi's Standing Order, Plaintiffs request a lead counsel meet-and-confer regarding the issues discussed in this letter **no later than February 29, 2024.**

With regard to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101, we ask that Meta confirm that it will produce the documents responsive to each of these requests, including the following:

(1) ***Relevant Time Period***: Plaintiffs ask that Meta produce data responsive to each of these requests (Nos. 9, 10, 11, 58-61, 99, 100, and 101) from October 14, 2015 to the present. Please confirm that Meta will do so. If Meta is not willing produce data responsive to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101 for this full time period, please state the time period during which Meta is willing to produce responsive data. Furthermore, to the extent that Meta asserts that the data responsive to these requests is not available for certain time periods, please state the time period (since October 14, 2015) that the responsive data is unavailable.

(2) ***All Meta Collection Tools:*** Plaintiffs' position is that all of their discovery requests "should be read to include information responsive to that discovery request that relates to all Meta Collection Tools [as defined in ¶ 1 of the First Amended Consolidated Class Action Complaint] (rather than the Meta Pixel alone)." Nov. 16, 2023 Letter from Jay Barnes.

Thus, RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101 seeks data relating to "the Meta Pixel, Meta SDK, Meta Conversions API, customer list uploads, social plug-ins, the Meta Graph API, server-to-server transmissions, and any other similar collection tools." Plaintiffs' First Amended Consolidated Class Action Complaint, ¶1.

Please confirm that Meta will produce responsive data for RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101 for all Meta Collection Tools, rather than the Meta Pixel alone.

*(3) All Data Sources That Store Meta Collection Tool Data:* Plaintiffs ask that Meta produce data from all data sources and tables (both disclosed and undisclosed) that contain data responsive to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101, including event-level and derived data.

Please confirm that Meta will produce data from all data sources and tables (both disclosed and undisclosed) that contain data responsive to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101, including event-level and derived data. To the extent that Meta refuses to produce from *all* data sources and tables with data responsive to these requests, please identify (1) the data sources and tables with responsive data that Meta will produce from, (2) the data sources and tables with responsive data that Meta will not produce from, and (3) for each data source and table that Meta will not produce from, Meta's reason for refusing to produce from that data source or table.

*(4) Websites and Applications of All HIPAA and CMIA Covered Entities:* Plaintiffs ask that Meta produce the data responsive to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101 from the websites and applications of all HIPAA and CMIA covered entities.

As you are aware, Plaintiffs' position is that Meta has not adequately answered Interrogatory Nos. 1 and 3, and that Meta has not adequately identified all of the websites and applications of HIPAA and CMIA covered entities on which Meta Collection Tools have been deployed.

In any event, please confirm that Meta will produce the data responsive to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101 from the websites and applications of all HIPAA and CMIA covered entities.

*(5) March 15, 2024 Production:* Plaintiffs ask that Meta produce the data responsive to RFP Nos. 9, 10, 11, 58-61, 99, 100, and 101 by March 15, 2024.

In addition, Meta has objected that several of these requests seek "sensitive" information. So that we fully understand Meta's position, Plaintiffs request a written explanation from Meta of the specific information requested that Meta contends is "sensitive" to justify non-production.

Sincerely,

*/s/ Geoffrey Graber*

Geoffrey Graber
Cohen Milstein Sellers & Toll PLLC

2