# EXHIBIT 2

REDACTED VERSION OF
DOCUMENT FILED UNDER SEAL

| | |
|---|---|
| **From:** | EKafka@cohenmilstein.com |
| **To:** | Harris, Darcy C.; GGraber@cohenmilstein.com; McCloskey, Elizabeth K.; Goldman, Lauren; RHODESMG@cooley.com; Reagan, Matthew C.; Haspel, Leesa; Crowley-Buck, David F. |
| **Cc:** | jaybarnes@simmonsfirm.com; Meta Pixel; jpaulson@simmonsfirm.com; Jennifer Horowitz |
| **Subject:** | RE: Meta Health - Plaintiffs Letter re Class Member Data |
| **Date:** | Friday, March 1, 2024 12:01:36 PM |
| **Attachments:** | image001.png |

**[WARNING: External Email]**

Counsel:

Thank you for participating in the lead counsel meet-and-confer yesterday regarding the Class Member Data Requests for Production (Nos. 9, 10, 11, 58-61, 99, 100, and 101).

As we discussed on the call, Plaintiffs will not agree to sample the responsive data for the Class Member Data RFPs. Meta's position is that it should sample the responsive data for the Class Member Data RFPs. Thus, the parties are at impasse, and Plaintiffs are preparing their half of a joint discovery letter for Judge DeMarchi on this dispute. If Meta is going to propose a specific sampling protocol, Plaintiffs ask that Meta propose the sampling protocol by Monday, March 4.

During the call, Meta also stated that it would search for responsive data for the Class Members RFPs from June 10, 2015 to April 2023 to the extent that it exists in Meta's systems or has been preserved. Meta stated that it would not place any temporal limitations on its search or production of class member data – other than this obvious practical limitation. Plaintiffs noted that they will later request data post-April 2023. Meta also stated that the responsive data has retention periods that range from [REDACTED], so that Meta does not possess responsive data for the entire time period since June 10, 2015. However, Plaintiffs do not accept this representation because Meta has not complied with Dkt. 380 or provided retention periods of any relevant data sources.

Plaintiffs also asked Meta to provide the following information by Monday, March 4: (1) whether Meta will produce class member data for all Meta Collection Tools or only the Meta Pixel, (2) the tables and fields that Meta agrees to produce data from in response to the Class Member Data RFPs (as well as any tables and fields that have responsive data that Meta refuses to produce from), (3) which HIPPA and CMIA covered entities Meta agrees to produce class member data from, and (4) when Meta will produce the class member data.

Thank you,
Eric

**Eric Kafka**
Partner

**Cohen Milstein Sellers & Toll PLLC**
88 Pine Street | 14th Floor
New York, NY 10005
phone 212.838.7797

REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.

**From:** Harris, Darcy C. <DHarris@gibsondunn.com>
**Sent:** Thursday, February 29, 2024 12:58 AM
**To:** Geoffrey Graber <GGraber@cohenmilstein.com>; McCloskey, Elizabeth K. <EMcCloskey@gibsondunn.com>; Goldman, Lauren <LGoldman@gibsondunn.com>; RHODESMG@cooley.com; Reagan, Matthew C. <MReagan@gibsondunn.com>; Haspel, Leesa <LHaspel@gibsondunn.com>; Crowley-Buck, David F. <DCrowleyBuck@gibsondunn.com>
**Cc:** jaybarnes@simmonsfirm.com; Meta Pixel <metapixelleadership@classlawgroup.com>; jpaulson@simmonsfirm.com; Jennifer Horowitz <jhorowitz@cohenmilstein.com>
**Subject:** RE: Meta Health - Plaintiffs Letter re Class Member Data

Counsel,

We can be available to meet and confer at 4pm PT on Thursday. We disagree that the parties are at impasse necessitating a lead counsel meet and confer.

Let us know if this time works.

Thanks,

Darcy

**From:** Geoffrey Graber <GGraber@cohenmilstein.com>
**Sent:** Tuesday, February 27, 2024 9:52 AM
**To:** McCloskey, Elizabeth K. <EMcCloskey@gibsondunn.com>; Harris, Darcy C. <DHarris@gibsondunn.com>; Goldman, Lauren <LGoldman@gibsondunn.com>; RHODESMG@cooley.com; Reagan, Matthew C. <MReagan@gibsondunn.com>; Haspel, Leesa <LHaspel@gibsondunn.com>; Crowley-Buck, David F. <DCrowleyBuck@gibsondunn.com>
**Cc:** jaybarnes@simmonsfirm.com; Meta Pixel <metapixelleadership@classlawgroup.com>; jpaulson@simmonsfirm.com; Jennifer Horowitz <jhorowitz@cohenmilstein.com>
**Subject:** Re: Meta Health - Plaintiffs Letter re Class Member Data

**[WARNING: External Email]**
Counsel, pursuant to the Court's standing order please confirm a time for a lead counsel meet and confer to take place no later than this Thursday as requested in my letter sent below. Thanks.

-Geoff

Sent from my iPhone

> On Feb 22, 2024, at 8:14 PM, Geoffrey Graber <GGraber@cohenmilstein.com> wrote:

Counsel, please see attached letter.

-Geoff

| | |
|---|---|
| **Geoffrey Graber**<br>Partner<br><image001.png> | **Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave. NW \| Fifth Floor<br>Washington, DC 20005<br>phone 202.408.4600<br><br>**website** |

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*

<2-22-24 Ltr re Class Member Data.pdf>

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.