# EXHIBIT 5

| site_domain | homepage_title | has_portal_link |
|---|---|---|
| albertsons.com | Grocery Delivery Near You \| Order Groceries Online \| Albertsons | FALSE |
| costco.com | Welcome to Costco Wholesale | FALSE |
| kroger.com | Kroger : Shop Groceries, Find Digital Coupons & Order Online | FALSE |
| safeway.com | Grocery Delivery Near You \| Order Groceries Online \| Safeway | FALSE |
| tylenol.com | Headache & Pain Relief \| TYLENOLï¿½ | FALSE |
| vons.com | Grocery Delivery - Grocery Pickup - Grocery Store Near Me \| Vons | FALSE |
| walmart.com | Robot or human? | FALSE |
| zyrtec.com | Medicamento para alergias para adultos y niï¿½os \| ZYRTECï¿½ | FALSE |