**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:     (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>―――――――――――――――<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL PARTS OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br><u>CLASS ACTION</u> |

1  Having considered the Administrative Motion to Seal Parts of Meta's Opposition to Plaintiffs'
2  Motion for Sanctions, filed by Meta Platforms, Inc.("Meta") on January 27, 2025, pursuant to Civil
3  Local Rule 79-5(f), all materials submitted in support thereof, and other records on file, and having
4  found that good cause exists for the sealing of the documents listed below:

5  **IT IS HEREBY ORDERED** that parts of defendant Meta Platform, Inc.'s Opposition to
6  Plaintiffs' Motion for Sanctions and supporting documents, which Meta filed on January 27, 2025, be
7  **SEALED** as outlined below.  Accordingly, the public shall only have access to documents that are
8  the subject of the Motion to Seal as detailed below

| Document(s) | Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| Opposition to Plaintiffs' Motion for Sanctions | Parts of page i, line 12; page 1, lines 14, 16-17, 23, 25, 27; page 2, line; page 4, lines 12-13, 15; page 5, lines 23-25, 27-28; page 6, lines 2, 5, 7, 10-11, footnote 1 in line 22, footnote 2 in line 25, footnote 3 in line 28; page 7, lines 5-6, 12-13, 15-16-21; 24-25, footnote 4 in line 28; page 8, lines 2-4, 7-8, 10, footnote 5 in line 27-28; page 9, | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including how the systems work, the names and contents of specific Hive tables, the amount of time for which Meta stores data, the types and amount of data that Meta stores, and Meta's internal, confidential processes for preserving certain types of data.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems.  Judge DeMarchi has previously ordered this type of information to be sealed.  *See, e.g.,* Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |

| Document(s) | Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| | lines 9, 11, 13, 15; page 12, lines 4-6, 10, footnote 7 in line 28; page 14, lines 3, 12-13, 17; page 15 lines 2, 12, 14-16, 19; page 16 line 17; page 17, lines 5, 8, 10; page 18, lines 1-2, 4, 6-7, 9; page 19, lines 13-14, 17, 24, footnote 9 in lines 26-27; page 20, lines 1, 4, 6, 11-12, 14, 23, 25-27. | | |
| Declaration of Elizabeth K. McCloskey in Support of Defendant Meta's Opposition to Plaintiffs' Motion for Sanctions | Parts of page 1, lines 7, 9, 24-25; page 2, lines 4, 9, 13-15, 18, 23-24, 27; page 3, lines 1, 3-4, 7-8, chart in lines 15-22, lines 23-26; page 4, line 3, chart in lines 5-14, lines 15, 17, chart in lines 18-26, line 28; page 5, | Meta | This text and these charts should be redacted because they reveal specific, non-public information about Meta's proprietary data storage systems, including the names and contents of specific Hive tables, the amount of data Meta receives and stores, and how Meta's storage systems are structured. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems.  Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |

| Document(s) | Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| | lines 3, 5-7, 12, 16-21. | | |
| Declaration of Qiwen ("Carrol") Xia in Support of Meta's Opposition to Plaintiffs' Motion for Sanctions | Parts of page 1, lines 15-17; page 2, lines 2-6, 26; page 3, line 26; page 4, lines 14, 17, 19, 23-24, 26; page 5, 1, 3-4, 6-7, 22-23; page 6, lines 4, 7-9, 12-15. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables, the types of information Meta stores, the amount of time for which Meta stores data, the amount of data Meta receives and stores, how the systems can be queried, and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Declaration of Tobias Wooldridge in Support of Meta's Opposition to Plaintiffs' Motion for Sanctions | Parts of page 1, lines 18-19, 24-25, 28; page 2, lines 1-2, 4-9, 17-27; page 3, lines 2-3, 5-8. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names and contents of specific Hive tables and how Meta's data storage systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Exhibit No. 2 to Meta's Opposition to Plaintiffs' Motion for Sanctions | Parts of page 1, paragraph 3. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the amount of time for which Meta stores information. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. |

| Document(s) | Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| | | | Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Exhibit No. 3 to Meta's Opposition to Plaintiffs' Motion for Sanctions | Parts of page 1, paragraph 5, page 2, paragraphs 1-6; page 3, paragraphs 1, 3, 5, 7; page 4, paragraphs 1-2. | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including details about how the systems are organized, the amount of data Meta receives and stores, the time periods for which Meta has stored certain types of data, and the names of specific Hive tables containing data at issue in this litigation. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Exhibit No. 4 to Meta's Opposition to Plaintiffs' Motion for Sanctions | Entire document. | Meta | This entire document should be sealed because it contains specific, non-public information showing Meta's confidential data productions in this case, which reveals highly confidential information about Meta's data storage system, including the name and contents of a specific Hive table. Judge DeMarchi previously ordered information related to Meta's data storage system and its confidential data productions in this case to be sealed. *See, e.g.,* Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |

Dated: _____

_____
William H. Orrick
United States Judge

[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORM, INC'S ADMINISTRATIVE MOTION TO SEAL PARTS OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS— CASE NO. 3:22-CV-03580-WHO (VKD)