UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**INTERIM ORDER RE JANUARY 13, 2025 DISCOVERY DISPUTE RE PLAINTIFFS' INTERROGATORY NO. 12**<br><br>Re: Dkt. Nos. 761, 787 |
|---|---|

By **5:00 p.m. on February 3, 2025**, the parties are requested to file plaintiffs' Interrogatory No. 12, and Meta's response thereto, that is the subject of the parties' January 13, 2025 discovery dispute letter (Dkt. Nos. 761, 787-2). *See* Standing Order for Civil Cases,[1] sec. 4.c. (discovery letters shall include "as an attachment . . . the specific discovery material at issue, including the responses, if any, to it[.]").

**IT IS SO ORDERED.**

Dated: January 30, 2025

　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] https://cand.uscourts.gov/standing-order-for-civil-cases-april-2024/