| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice*<br>Email: jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547<br>Email: ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803<br>Email: koncius@kiesel.law<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>TERRELL MARSHALL LAW<br>  GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class*<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, CSB #298541<br>Email: amm@classlawgroup.com<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**EXHIBIT TO JOINT DISCOVERY DISPUTE LETTER BRIEF REGARDING INTERROGATORY NO. 12 (DKT. 761)**<br><br><u>CLASS ACTION</u><br><br>The Honorable Virginia K. DeMarchi |

**FILED UNDER SEAL**

EXHIBIT TO JOINT DISCOVERY DISPUTE LETTER BRIEF REGARDING
INTERROGATORY NO. 12 (DKT. 761) - 1
Case No. 3:22-cv-3580-WHO (VKD)