| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice* | Geoffrey Graber, CSB #211547 |
| Email: jaybarnes@simmonsfirm.com | Email: ggraber@cohenmilstein.com |
| SIMMONS HANLY CONROY LLC | COHEN MILSTEIN SELLERS |
| 112 Madison Avenue, 7th Floor |   & TOLL PLLC |
| New York, New York 10016 | 1100 New York Avenue NW, Fifth Floor |
| Telephone: (212) 784-6400 | Washington, DC 20005 |
| Facsimile: (212) 213-5949 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803 | Beth E. Terrell, CSB #178181 |
| Email: koncius@kiesel.law | Email: bterrell@terrellmarshall.com |
| KIESEL LAW LLP | TERRELL MARSHALL LAW |
| 8648 Wilshire Boulevard |   GROUP PLLC |
| Beverly Hills, California 90211 | 936 North 34th Street, Suite 300 |
| Telephone: (310) 854-4444 | Seattle, Washington 98103 |
| Facsimile: (310) 854-0812 | Telephone: (206) 816-6603 |
| | Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, CSB #298541 |
| | Email: amm@classlawgroup.com |
| [*Additional counsel listed on signature page*] | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |
| | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>CLASS ACTION<br><br>The Honorable Virginia K. DeMarchi |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 1
Case No. 3:22-cv-3580-WHO (VKD)

1  Plaintiffs certify that they have reviewed and complied with the Court's Standing Order
2  on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local
3  Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF
4  No. 242) Plaintiffs seek consideration of the Exhibit in support of Joint Letter Brief regarding
5  Interrogatory No. 12 that contains information designated as confidential by Defendant Meta
6  Platforms, Inc.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 31st day of January, 2025.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
   Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
   Email: jaybarnes@simmonsfirm.com
   An V. Truong, *Admitted Pro Hac Vice*
   Email: atruong@simmonsfirm.com
   Eric Steven Johnson, *Admitted Pro Hac Vice*
   Email: ejohnson@simmonsfirm.com
   Jennifer M Paulson, *Admitted Pro Hac Vice*
   Email: jpaulson@simmonsfirm.com
   112 Madison Avenue, 7th Floor
   New York, New York 10016
   Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
   Geoffrey Aaron Graber, CSB #211547
   Email: ggraber@cohenmilstein.com
   Eric Alfred Kafka, *Admitted Pro Hac Vice*
   Email: ekafka@cohenmilstein.com
   Claire T. Torchiana, CSB #330232
   Email: ctorchiana@cohenmilstein.com
   1100 New York Avenue NW
   Suite 500, West Tower
   Washington, DC 20005
   Telephone: (202) 408-4600

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)

| | |
|---|---|
| 1 | TERRELL MARSHALL LAW GROUP PLLC |
| 2 | |
| 3 | By: /s/ Beth E. Terrell |
| | Beth E. Terrell, CSB #178181 |
| 4 | Email: bterrell@terrellmarshall.com |
| | Amanda M. Steiner, CSB #190047 |
| 5 | Email: asteiner@terrellmarshall.com |
| | Ryan Tack-Hooper |
| 6 | Email: rtack-hooper@terrellmarshall.com |
| | Benjamin M. Drachler, *Admitted Pro Hac Vice* |
| 7 | Email: bdrachler@terrellmarshall.com |
| | 936 North 34th Street, Suite 300 |
| 8 | Seattle, Washington 98103 |
| 9 | Telephone: (206) 816-6603 |
| 10 | Jeffrey A. Koncius, CSB #189803 |
| | Email: koncius@kiesel.law |
| 11 | Nicole Ramirez, CSB #279017 |
| | Email: ramirez@kiesel.law |
| 12 | Mahnam Ghorbani, CSB # 345360 |
| | Email: ghorbani@kiesel.law |
| 13 | Stephanie M. Taft, CSB #311599 |
| 14 | Email: taft@kiesel.law |
| | Kaitlyn E. Fry, CSB #350768 |
| 15 | Email: fry@kiesel.law |
| | KIESEL LAW LLP |
| 16 | 8648 Wilshire Boulevard |
| 17 | Beverly Hills, California 90211-2910 |
| | Telephone: (310) 854-4444 |
| 18 | |
| 19 | Andre M. Mura, CSB #298541 |
| | Email: amm@classlawgroup.com |
| 20 | Hanne Jensen, CSB #336045 |
| | Email: hj@classlawgroup.com |
| 21 | Delaney Brooks, CSB #348125 |
| | Email: db@classlawgroup.com |
| 22 | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| 23 | Oakland, California 94607 |
| 24 | Telephone: (510) 350-9700 |
| 25 | *Attorneys for Plaintiffs* |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 3
Case No. 3:22-cv-3580-WHO (VKD)