UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE REDACTIONS TO ORDER RE JANUARY 13, 2025 DISCOVERY DISPUTE RE PLAINTIFFS' INTERROGATORY NO. 12** |
|---|---|

The Court's order re the parties' January 13, 2025 discovery dispute re plaintiffs' Interrogatory No. 12 (Dkt. No. 817) has been filed provisionally under seal in its entirety because it may contain information that a party claims is confidential. The parties shall confer and by **February 18, 2025** file proposed redactions (if any) to the Court's discovery order (i.e., with redactions indicated by highlighting on a PDF of the discovery order), along with a proposed order regarding those redactions. The proposed redactions should be submitted with a motion to seal, as appropriate. If no redactions are needed or if the parties dispute any proposed redactions, the parties shall submit a statement so advising the Court.

**IT IS SO ORDERED.**

Dated: February 10, 2025

Virginia K. DeMarchi
United States Magistrate Judge