# Further Proposed Redacted Version of the Declaration of Geoffrey Graber in Support of Plaintiffs' Motion for Sanctions Against Meta and for a Hearing to Address Relief (Dkt. No. 740-1)

| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*) <br> jaybarnes@simmonsfirm.com <br> **SIMMONS HANLY CONROY LLC** <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel: 212-784-6400 <br> Fax: 212-213-5949 | Geoffrey Graber, State Bar No. 211547 <br> ggraber@cohenmilstein.com <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 1100 New York Ave. NW, Suite 800 <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803 <br> koncius@kiesel.law <br> **KIESEL LAW LLP** <br> 8648 Wilshire Boulevard <br> Beverly Hills, CA 90211-2910 <br> Tel: 310-854-4444 <br> Fax: 310-854-0812 | Beth E. Terrell, State Bar No. 178181 <br> bterrell@terrellmarshall.com <br> **TERRELL MARSHALL LAW GROUP PLLC** <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Tel.: (206) 816-6603 <br> Fax: (206) 319-5450 |
| *Attorneys for Plaintiffs* <br><br> [*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541 <br> amm@classlawgroup.com <br> **GIBBS LAW GROUP LLP** <br> 1111 Broadway, Suite 2100 <br> Oakland, CA 94607 <br> Tel.: (510) 350-9700 <br> Fax: (510) 350-9701 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION <br><br> This Document Relates To: <br><br> All Actions | Case No. 3:22-cv-03580-WHO (VKD) <br><br> **DECLARATION OF GEOFFREY GRABER IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST META AND FOR A HEARING TO ADDRESS RELIEF** |

**DECLARATION OF GEOFFREY GRABER**

I, Geoffrey Graber, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California.

2. I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC, who along with the law firms Simmons Hanly Conroy LLP, Kiesel Law LLP, Terrell Marshall Law Group, PLLC, and Gibbs Law Group, LLP, represent Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' Motion for Sanctions Against Meta and for a Hearing to Address Relief.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. A true and correct copy of a letter from Ms. Lauren Goldman to Plaintiffs dated May 18, 2023 is attached hereto as **Exhibit 1**.

5. A true and correct copy of a document produced by Meta, conveying a chat exchange that occurred on December 19, 2019, and beginning at Bates number PIXEL_HEALTH000106780, is attached hereto as **Exhibit 2**.

6. A true and correct copy of Defendant's Second Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission is attached hereto as **Exhibit 3**.

7. A true and correct copy of a document produced by Meta, titled "How the Meta Pixel works", and beginning at Bates number PIXEL_HEALTH000000057, is attached hereto as **Exhibit 4**.

8. A true and correct copy of Defendant's First Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission is attached hereto as **Exhibit 5**.

9. A true and correct copy of a document produced by Meta, titled "Ads Intent Understanding Weekly", and beginning at Bates number PIXEL_HEALTH000532571, is attached hereto as **Exhibit 6**.

10. A true and correct copy of a document produced by Meta, conveying a chat exchange that occurred on June 28, 2022 and an attached diagram, and beginning at Bates number PIXEL_HEALTH000109588, is attached hereto as **Exhibit 7**.

11. A true and correct copy of a document produced by Meta, titled "Integrity DS 2022",

and beginning at Bates number PIXEL_HEALTH000291310, is attached hereto as **Exhibit 8**.

12. A true and correct copy of a document produced by Meta, titled "Introducing ▮▮▮▮▮ table", and beginning at Bates number PIXEL_HEALTH000288627, is attached hereto as **Exhibit 9**.

13. A true and correct copy of a document produced by Meta, conveying an email exchange that occurred on September 22, 2022, and beginning at Bates number PIXEL_HEALTH000000719, is attached hereto as **Exhibit 10.**

14. A true and correct copy of a document produced by Meta, and beginning at Bates number PIXEL_HEALTH000490121, is attached hereto as **Exhibit 11**.

15. A true and correct copy of the transcript of the January 17, 2023 hearing held by the Court in this matter (Jan. 17, 2023 Hearing Transcript), excerpted in relevant part, is attached hereto as **Exhibit 12**.

16. A true and correct copy of the transcript of the April 20, 2023 hearing held by the Court in this matter (Apr. 20, 2023 Hearing Transcript), excerpted in relevant part, is attached hereto as **Exhibit 13**.

17. A true and correct copy of certain rows and columns that Plaintiffs excerpted from Meta's production from the ▮▮▮▮▮ table (which Meta produced at Bates number PIXEL_HEALTH000781581), is attached hereto as **Exhibit 14**.

18. A true and correct copy of a letter that I authored and sent to Meta, dated May 1, 2024, is attached hereto as **Exhibit 15**.

19. A true and correct copy of Plaintiffs' First Set of Requests For Admission to Meta is attached hereto as **Exhibit 16**.

20. A true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Admission is attached hereto as **Exhibit 17**.

21. A true and correct copy of a document produced by Meta, conveying an email titled "Alert: Facebook Sued For Allegedly Collecting Patient Data From Hospital Sites (Wendy Davis/MediaPost)," and beginning at Bates number PIXEL_HEALTH000335197 is attached hereto as **Exhibit 18**.

22. A true and correct copy of a document produced by Meta, conveying an email exchange that occurred on July 12, 2022, and beginning at Bates number PIXEL_HEALTH000639057, is attached hereto as **Exhibit 19**.

23. A true and correct copy of a document produced by Meta, conveying a chat exchange that occurred on July 14, 2022, and beginning at Bates number PIXEL_HEALTH000084354, is attached hereto as **Exhibit 20**.

24. A true and correct copy of a document produced by Meta, which is the data dictionary for the ▮▮▮▮▮ data table, at Bates number PIXEL_HEALTH000110512, is attached hereto as **Exhibit 21**. This document is referenced in footnotes 1-3 of the Declaration of Atif Hashmi ("Hashmi declaration").

25. A true and correct copy of a document produced by Meta, which is the data dictionary for the ▮▮▮▮▮ data table, at Bates number PIXEL_HEALTH000110508, is attached hereto as **Exhibit 22**. This document is referenced in footnotes 1, 6, and 7 of the Hashmi declaration.

26. A true and correct copy of certain rows and columns that Plaintiffs excerpted from Meta's production of an exemplar of ▮▮▮▮▮ data (which was produced at Bates number PIXEL_HEALTH000688109) is attached hereto as **Exhibit 23**. PIXEL_HEALTH000688109 is referenced in footnotes 1 and 8 of the Hashmi declaration.

27. A true and correct copy of certain rows and columns that Plaintiffs excerpted from Meta's production of an exemplar of ▮▮▮▮▮ data (which was produced at Bates number PIXEL_HEALTH000688110) is attached hereto as **Exhibit 24**. PIXEL_HEALTH000688110 is referenced in footnotes 1 and 4 of the Hashmi declaration.

28. A true and correct copy of a document produced by Meta, dated September 12, 2022, which includes a conversation between Meta employees, and beginning at Bates number PIXEL_HEALTH000035261, is attached hereto as **Exhibit 25**. This document is referenced in footnote 12 of the Hashmi declaration.

29. A true and correct copy of a document produced by Meta, containing the data dictionary for the ▮▮▮▮▮ data table, at Bates number PIXEL_HEALTH000110510, is attached hereto as **Exhibit 26**. This document is referenced in footnotes 13 and 15 of the Hashmi declaration.

3

DECLARATION OF GEOFFREY GRABER IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST META AND FOR A HEARING TO ADDRESS RELIEF.
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

30. A true and correct copy of certain rows and columns that Plaintiffs excerpted from Meta's production of an exemplar of ▮▮▮▮ data (which was produced at Bates number PIXEL_HEALTH000688106) is attached hereto as **Exhibit 27**. PIXEL_HEALTH000688106 is referenced in footnotes 13 and 14 of the Hashmi declaration.

31. On November 8, 2024, Plaintiffs' counsel met-and-conferred with Meta's counsel regarding this motion. Meta did not deny that it had deleted the data in the ▮▮▮▮ table for transmissions that occurred before ▮▮▮▮ Nor did Meta deny that it had deleted the data in the ▮▮▮▮ table for transmissions that occurred before ▮▮▮▮. Plaintiffs' counsel asked Meta's counsel if it had identified any method to restore the deleted data from the ▮▮▮▮ and ▮▮▮▮ tables. Meta's only proposal was to use the ▮▮▮▮ table as a replacement. Plaintiffs' counsel explained that this was not a sufficient replacement, including because it is my understanding that the ▮▮▮▮ table only includes button click records that are ▮▮▮▮

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, December 30, 2024

By: /s/*Geoffrey Graber*
Geoffrey Graber

4

DECLARATION OF GEOFFREY GRABER IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST META AND FOR A HEARING TO ADDRESS RELIEF.
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)