# Further Proposed Redacted Version of the Declaration of Dr. Atif Hashmi Regarding Button Click Data (Dkt. No. 739-5)

Jason 'Jay' Barnes (admitted *pro hac vice*)
 jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:      212-784-6400
Fax:     212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:      310-854-4444
Fax:     310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II,
and JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
 ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, State Bar No. 178181
 bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    (206) 816-6603
Fax:    (206) 319-5450

Andre M. Mura, State Bar No. 298541
 amm@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF DR. ATIF HASHMI REGARDING BUTTON CLICK DATA** |

# DECLARATION OF DR. ATIF HASHMI

I, Atif Hashmi, declare as follows:

1. I have been retained by Plaintiffs' counsel in *In Re Meta Pixel Healthcare Litigation*. Plaintiffs' counsel in this matter asked me to review (1) Meta's source code relating to the Meta Pixel, including how Meta receives, stores, and uses data collected by the Meta Pixel ("Pixel Data"), and (2) Meta's source code for Meta's filtering mechanism designed to prevent sensitive health-related data from being ingested into Meta's ads ranking and optimization systems ("Filtering Source Code"). My findings are still preliminary as my review of Meta's source code is ongoing.

2. Plaintiffs' Counsel asked me to determine if Meta possesses user data related to the button click events, including the *SubscribedButtonClick* event, reflecting information about the buttons clicked on third-party webpages by a user ("Button Click Data") that was transmitted to Meta through the Meta Pixel before ▮▮▮▮▮▮ and is the same as the data stored within the ▮▮▮▮▮▮ and the ▮▮▮▮▮▮ tables or can be used to restore the data within these tables.

3. Based on my review of Meta's source code, unless Meta placed a legal hold on tables that contain the Button Click Data, Meta does not possess and cannot restore the Button Click Data for button click events that occurred before ▮▮▮▮▮▮ and is the same as the data stored within the ▮▮▮▮▮▮ and the ▮▮▮▮▮▮ tables.

**My Background and Experience**

4. I have provided details related to my background and experience in my earlier declaration that I submitted on June 13, 2024 ("June 2024 Declaration").

**The ▮▮▮▮▮▮ and the ▮▮▮▮▮▮ Tables**

5. I have reviewed the source code related to the ▮▮▮▮▮▮ and the ▮▮▮▮▮▮ tables. I have also reviewed the data dictionaries as well as the exemplar data stored within the ▮▮▮▮▮▮ table and the ▮▮▮▮▮▮ table provided by

Meta.[1]

6. Among other fields, the ▓▓▓ table includes the ▓▓▓ the ▓▓▓ and the ▓▓▓ fields,[2] which can store the Button Click Data. The ▓▓▓ table also includes the ▓▓▓ field to associate the Button Click Data with a ▓▓▓[3] As an example, for the Adventist Health portal,[4] the ▓▓▓ table stores the "Log in to MyAdventistHealth" value corresponding to the ▓▓▓ field and a value of ▓▓▓ corresponding to the ▓▓▓ field. Based on my review of Meta's source code, I understand that the ▓▓▓ table has a retention period of ▓▓▓[5] This means that the Button Click Data in the ▓▓▓ table is retained for ▓▓▓

7. Among other fields, the ▓▓▓ table includes the ▓▓▓ the ▓▓▓, and the ▓▓▓ fields,[6] which can store the Button Click Data. The ▓▓▓ table also includes the ▓▓▓ field to associate the Button Click Data with a ▓▓▓[7] As an example, for the Adventist Health portal,[8] the ▓▓▓ table stores the "Log in to MyAdventistHealth" value corresponding to the ▓▓▓ field and a value of ▓▓▓ corresponding to the ▓▓▓ field. Based on my review of Meta's source code, I understand that the ▓▓▓ table has a retention period of ▓▓▓[9] This means that the Button Click Data in the

---

[1] See PIXEL_HEALTH000110512 and PIXEL_HEALTH000110508; Also see PIXEL_HEALTH000688109 and PIXEL_HEALTH000688110; I have been informed that the PIXEL_HEALTH000688109 and PIXEL_HEALTH000688110 contain exemplar data stored within the ▓▓▓ table and the ▓▓▓ table.

[2] See PIXEL_HEALTH000110512.

[3] See PIXEL_HEALTH000110512.

[4] See https://accounts.myadventisthealthportal.org/; Also see PIXEL_HEALTH000688110.

[5] ▓▓▓

[6] See PIXEL_HEALTH000110508.

[7] See PIXEL_HEALTH000110508.

[8] See https://accounts.myadventisthealthportal.org/; Also see PIXEL_HEALTH000688109.

[9] See ▓▓▓

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

1  ▓▓▓▓▓ table is retained for ▓▓▓▓

**Other Tables that Store Button Click Data**

8. As discussed in my June 2024 Declaration, within Meta's source code, I have located the ▓▓▓▓▓ folder, which contains files describing tables within Meta's databases that ▓▓▓▓▓ Some of these tables may also store the Button Click Data.

9. I sought to determine if there are any other tables within the ▓▓▓▓ folder that ▓▓▓▓▓ that can be used to restore the Button Click Data stored within the ▓▓▓▓ table and the ▓▓▓▓ table that was transmitted to Meta through the Meta Pixel before ▓▓▓▓. I searched the ▓▓▓▓ folder to identify any tables that may store Button Click Data and have retention periods longer than the retention periods for the ▓▓▓▓ table and the ▓▓▓▓ table.

10. For the Button Click Data stored within the ▓▓▓▓ table, I limited my analysis to tables based on the following search criteria:

   a. Tables that include one of the ▓▓▓▓ or ▓▓▓▓ fields along with the ▓▓▓▓ field.

11. As discussed earlier, these are the fields that appear within the ▓▓▓▓ table corresponding to the Button Click Data. With this search criteria, I identified a total of ▓ tables within the ▓▓▓▓ folder that contained one of the ▓▓▓▓ and ▓▓▓▓ fields along with the ▓▓▓▓ field.

12. Next, I filtered the ▓ tables that contained one of the ▓▓▓▓ and ▓▓▓▓ fields along with the ▓▓▓▓ field using the following search criteria:

   a. Tables that have retention period of more than ▓▓▓▓

13. This provided me with the tables within the ▓▓▓▓ folder that contained one of the ▓▓▓▓ and ▓▓▓▓ fields along with the ▓▓▓▓ field and retained data for ▓▓▓▓ With this filter criteria, I identified a total of ▓ tables within the ▓▓▓▓ folder. Thus, I ▓▓▓▓ tables within the ▓▓▓▓ folder that contained one of the ▓▓▓▓ and ▓▓▓▓ fields along with

1   the ▮▮ field and retained data for more than ▮▮▮▮). In other words, ▮
2   ▮▮▮ tables within the ▮▮▮ folder that contained the relevant Button Click Data
3   stored within the ▮▮▮ table and had a retention period of ▮▮▮

4   14.   For the Button Click Data stored within the ▮▮▮ table, I limited
5   my analysis to tables based on the following search criteria:

6   a.   Tables that include one of the ▮▮▮ or the ▮▮▮
7   fields along with the ▮▮ field.

8   15.   As discussed earlier, these are the fields that appear within the
9   ▮▮▮ table corresponding to the Button Click Data. With this search criteria, I
10  identified a total of ▮ tables within the ▮▮▮ folder that contained one of the
11  ▮▮▮ or the ▮▮▮ fields along with the ▮▮ field.

12  16.   Next, I filtered the ▮ tables that contained one of the ▮▮▮ or the
13  ▮▮▮ fields along with the ▮▮ field using the following search criteria:

14  a.   Tables that have retention period of ▮▮▮

15  17.   This provided me with the tables within the ▮▮ folder that contained one
16  of the ▮▮▮ or the ▮▮▮ fields along with the ▮▮ field and
17  retained data for ▮▮▮). With this filter criteria, I identified a
18  total of ▮ tables within the ▮▮▮ folder. Thus, I ▮▮▮ tables within the ▮▮▮
19  folder that contained one of the ▮▮▮ or the ▮▮▮ fields along with
20  the ▮▮ field and retained data for ▮▮▮

21  18.   For the Button Click Data stored within the ▮▮▮ table, I also
22  limited my analysis to tables based on the following search criteria:

23  a.   Tables that include one of the ▮▮▮ or the ▮▮▮ fields
24  along with the ▮▮ field.

25  19.   As discussed earlier, these are the fields that appear within the
26  ▮▮▮ table corresponding to the Button Click Data. With this search criteria, I
27  identified a total of ▮ tables within the ▮▮▮ folder that contained one of the ▮▮▮
28  or the ▮▮▮ fields along with the ▮▮ field.

4

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

20. Next, I filtered the ▇ tables that contained one of the ▇▇▇▇ or the ▇▇▇▇ fields along with the ▇▇▇ field using the following search criteria:

   a. Tables that have retention period of ▇▇▇▇

21. This provided me with the tables within the ▇▇▇ folder that contained one of the ▇▇▇ or the ▇▇▇▇ fields along with the ▇▇▇ field and retained data for ▇▇▇▇▇▇▇. With this filter criteria, I identified a total of ▇ table within the ▇▇▇ folder, i.e., the ▇▇▇▇ table with a retention period of ▇▇▇▇ that includes both the ▇▇▇▇ field and the ▇▇▇ field.[10]

22. Upon further investigation, I found that the ▇▇▇▇ table ▇▇▇▇ ▇▇ from the ▇▇▇▇ table.[11] The ▇▇▇▇ table only stores data corresponding to ▇▇ ▇▇▇ ▇▇ ▇ ▇▇▇ ▇▇ ▇▇.[12] Therefore, the ▇▇▇▇ table does not store data reflecting information about ▇▇▇▇ ▇▇▇▇.

23. Thus, I ▇▇▇▇ tables within the ▇▇▇ folder that contained the relevant Button Click Data stored within the ▇▇▇▇ table and had a retention period of ▇▇▇▇.

24. Based on my review of Meta's source code, ▇▇ of Meta's tables that contain the relevant Button Click Data, including data related to the SubscribedButtonClick event, have retention periods of ▇▇▇▇. Given that it is now December 2024, unless Meta placed a legal hold on particular tables, Meta does not possess and cannot restore the Button Click Data for button click events that occurred before ▇▇▇▇ and is the same as the data stored within the ▇▇▇▇ and the ▇▇▇▇ tables.

---

[10] See ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[11] See ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[12] See PIXEL_HEALTH000035261; Also see ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and / ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

**The ▮▮▮▮▮ Table**

25.     I have reviewed the source code related to the ▮▮▮▮▮ tables. I have also reviewed the data dictionaries as well as the exemplar data stored within the ▮▮▮▮▮ table provided by Meta.[13] The exemplar data stored within the ▮▮▮▮▮ table provided by Meta contains data associated with the ▮▮▮▮▮ event category. The event names for all such ▮▮▮▮▮ events are set to ▮▮▮▮▮.[14] Furthermore, for all such ▮▮▮▮▮ events, the ▮▮▮▮▮ fields are set to ▮▮▮▮▮ indicating that the data corresponding to the event ▮▮▮ ▮▮▮ ▮ ▮▮▮ ▮ ▮▮▮▮.[15] For all but ▮▮ ▮▮▮▮▮ events, the ▮▮▮▮▮ field is set to ▮▮▮▮ indicating that such ▮▮▮▮▮ events were ▮▮▮▮▮▮▮▮▮▮▮.[16] For all such ▮▮▮▮▮ events that are identified as ▮▮▮▮▮▮▮▮▮ the ▮▮▮▮▮▮▮▮ field is set to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮ Furthermore, for all such ▮▮▮▮▮ events, the corresponding values for many fields, including the ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are ▮▮▮▮▮.

26.     To determine the reason for the fields corresponding to the ▮▮▮▮▮ events that are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I reviewed Meta's source code that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[17]

27.     Based on my review of Meta's source code that ▮▮▮▮▮▮▮▮▮▮▮

---

[13] See PIXEL_HEALTH000110510; Also see PIXEL_HEALTH000688106; I have been informed that the PIXEL_HEALTH000688106 contain exemplar data stored within the ▮▮▮▮▮ table.

[14] See PIXEL_HEALTH000688106.

[15] See PIXEL_HEALTH000110510.

[16] For the only ▮▮▮▮▮ event that is ▮▮▮▮▮▮▮▮▮▮▮▮▮ the ▮▮▮▮▮ field is set to ▮▮▮▮.

[17] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Also see ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I determined that for any Pixel event, including the ▓▓▓▓▓▓▓▓▓▓ event, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Meta's source code ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ table.[18] For all such ▓▓▓▓▓▓ events, Meta's source code ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Furthermore, for all such events that are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Meta's source code does not ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ within the ▓▓▓▓▓▓▓▓ table.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, December 27, 2024

By: /s/ AGHashmi

Dr. Atif Hashmi

---

[18] See /www/flib/site/x/ads/signals/XSignalsPixelController.php; Also see /www/flib/site/x/ads/signals/processor/website/logger/SignalsPolicyDiscardedEventLogger.php; Also see /www/flib/__generated__/LoggerConfigCodegenConfigMeerkatStep/single_source/key_1137363104967190855/OffsiteSignalsTypedLogger.php