# Further Proposed Redacted Version of Exhibit 7 to the Motion for Sanctions Against Meta and for a Hearing to Address Relief
# (Dkt. 739-12)

# EXHIBIT 7

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

**From:** Kapil Gupta [███]
**Sent:** 6/28/2022 5:03:18 PM
**To:** Kapil Gupta [███]; Tobias Wooldridge [███]; Srinidhi Viswanathan [███]; Shantanu Singh [███]
**Subject:** [redacted]
**Attachments:** [redacted]

Tobias Henry Wooldridge (6/28/2022 16:51:30 PDT):
[redacted]

Tobias Henry Wooldridge (6/28/2022 16:51:30 PDT):
>#shareadoc

Tobias Henry Wooldridge (6/28/2022 16:51:44 PDT):
[redacted]

Tobias Henry Wooldridge (6/28/2022 16:53:17 PDT):
[redacted]

Tobias Henry Wooldridge (6/28/2022 16:55:24 PDT):
>https://themarkup.org/pixel-hunt/2022/06/16/facebook-is-receiving-sensitive-medical-information-from-hospital-websites\

Tobias Henry Wooldridge (6/28/2022 16:55:25 PDT):
>https://themarkup.org/pixel-hunt/2022/06/16/facebook-is-receiving-sensitive-medical-information-from-hospital-websites

Srinidhi Viswanathan (6/28/2022 17:03:18 PDT):
[redacted]

CONFIDENTIAL

PIXEL_HEALTH000109589