# Further Proposed Redacted Version of Exhibit 8 to the Motion for Sanctions Against Meta and for a Hearing to Address Relief
# (Dkt. 739-13)

# EXHIBIT 8

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Integrity DS 2022

## Things to be ███

1) We have a system which ███ (let's focus on ███ for now). We could come up with ███
2) There is certain data ███ We could analyze ███
3) There are certain features such as ███

███

Need this by Friday June 24th so we can share on Monday.

