# Further Proposed Redacted Version of Exhibit 10 to the Motion for Sanctions Against Meta and for a Hearing to Address Relief (Dkt. 739-15)

# EXHIBIT 10

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**Appointment**

| | |
|---|---|
| From: | Manish Singhal [███] |
| Sent: | 9/22/2022 2:02:47 PM |
| To: | Hao Zhang [███]; Sean Sharma [███]; Tobias Wooldridge [███]; Jerry Luan |
| CC: | Samson Bekele [███] Abhinav Anand [███] |
| BCC: | [BEL2355.07] Book meeting rooms far in advance (Reservable Seats 2 LCD/VC/WB) [███] |
| Subject: | [███] |
| Location: | [BEL2355.07] Book meeting rooms far in advance |
| Start: | 9/23/2022 11:00:00 AM |
| End: | 9/23/2022 11:30:00 AM |
| Show Time As: | Tentative |
| Recurrence: | (none) |

Hi all,

Some context:

Today the pixel sends an event SubscribedButtonClick to Meta. It's used for ███ ███████████████████████████████████████████████████████████████████████████████████

see https://themarkup.org/pixel-hunt/2022/06/16/facebook-is-receiving-sensitive-medical-information-from-hospital-websites)



Setting sometime to discuss around this.

Thanks

Manish

---

**Ways to join**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000000720