Further Proposed Redacted Version of Exhibit 16 to the Motion for Sanctions Against Meta and for a Hearing to Address Relief (Dkt. 739-19)

# EXHIBIT 16

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| 22Jason 'Jay' Barnes, *Admitted Pro Hac Vice*<br>Email: jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLP<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547<br>Email: ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803<br>Email: koncius@kiesel.law<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>TERRELL MARSHALL LAW<br>  GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs*<br><br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, CSB #298541<br>Email: amm@classlawgroup.com<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701 |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | **Case No. 3:22-cv-3580-WHO (VKD)**<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' REQUESTS FOR ADMISSION TO META PLATFORMS, INC. – SET ONE** |

**PROPOUNDING PARTY:**          **PLAINTIFFS**

**RESPONDING PARTY:**            **META PLATFORMS, INC.**

**SET NO.:**                                      **ONE**

Case No. 3:22-cv-3580-WHO (VKD)
PLAINTIFFS' REQUESTS FOR ADMISSION TO META PLATFORMS, INC. – SET ONE

Plaintiffs, by and through their undersigned counsel, hereby serve upon Defendant Meta Platforms, Inc. ("Defendant") the following Requests for Admission, each of which must be answered fully, separately, and pursuant in all respects to Rule 36 of Federal Rules in Civil Procedure.

**DEFINITIONS AND INSTRUCTIONS**

1. "COMMUNICATION(S)" means any oral, written or electronic transmission of information, including but not limited to meetings, discussions, conversations, telephone calls, telegrams, memoranda, letters, telecopies, telexes, conferences, messages, notes or seminars.

2. "DEFENDANT," "YOU" and "YOUR" shall mean Defendant Meta Platforms, Inc. and all of its employees and agents, including attorneys, or other PERSONS acting on its behalf.

3. "DOCUMENT" or "DOCUMENTS" shall mean all documents, electronically stored information, and tangible things as described in Rule 34 of the Federal Rules of Civil Procedure, including without limitation all written and graphic matter and all other means of recording information, whether written, transcribed, taped, filmed, microfilmed, or in any other way produced, reproduced, or recorded, and including but not limited to: originals, drafts, computer-sorted and computer-retrievable information, copies and duplicates that are marked with any notation or annotation or otherwise differ in any way from the original, correspondence, memoranda, reports, notes, minutes, contracts, agreements, books, records, checks, vouchers, invoices, purchase orders, ledgers, diaries, logs, calendars, computer printouts, computer disks, card files, lists of PERSONS attending meetings or conferences, sketches, diagrams, calculations, evaluations, analyses, directions, work papers, press clippings, sworn or unsworn statements, requisitions, manuals or guidelines, audit work papers, financial analyses, tables of organizations, charts, graphs, indices, advertisements and promotional materials, audited and unaudited financial statements, trade letters, trade publications, newspapers and newsletters, photographs, emails, electronic or mechanical records, facsimiles, telegrams and telecopies, and audiotapes. Each draft, annotated, or otherwise non-identical copy is a separate DOCUMENT within the meaning of this term. DOCUMENTS shall also include any removable sticky notes, flags, or other attachments affixed to any of the foregoing,

as well as the files, folder tabs, and labels appended to or containing any DOCUMENTS. DOCUMENTS expressly include all ELECTRONIC RECORDS.

4.  "ELECTRONIC RECORDS" shall mean the original (or identical duplicate when the original is not available) and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means. ELECTRONIC RECORDS includes, by way of example and not by limitation, computer programs (whether private, commercial, or work-in-progress), programming notes and instructions, activity listings of email transmittals and receipts, output resulting from the use of any software program (including word processing documents, spreadsheets, database files, charts, graphs and outlines), electronic mail, and any and all miscellaneous files and file fragments, regardless of the media on which they reside and regardless of whether said ELECTRONIC RECORDS exists in an active file, deleted file, or file fragment. ELECTRONIC RECORDS includes without limitation any and all items stored on computer memories, hard disks, diskettes and cartridges, network drives, network memory storage, archived tapes and cartridges, backup tapes, floppy disks, CD-ROMs, removable media, magnetic tapes of all types, microfiche, and any other media used for digital data storage or transmittal. ELECTRONIC RECORDS also includes the file, folder tabs, and containers and labels appended to or associated with each original and non-identical copy.

5.  "EVENT-LEVEL" means documentation of a specific action or set of actions taken in an event, or set of events, by a particular class member, as identified by information that Meta uses to associate events to specific users including, but not limited to, user ids, device ids, RIDs, and IP addresses.

6.  "HEALTHCARE PROVIDER WEB-PROPERTY" means any website, app, server, or other interface through which Meta collects user identified or identifiable data for the Pixel, SDK, CAPI, or other relevant Business Tool.

7.  "INTENTS" means information identical or substantially similar to that which is stored in the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ table (*see* PIXEL_HEALTH000487458).

1   8.   "▊▊▊▊▊▊▊" means information identical or substantially similar to that which is described in PIXEL_HEALTH000465524 or PIXEL_HEALTH000459429 regardless of whether labeled as "▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊" or any other label; or which is or was stored in ▊▊▊▊▊▊▊ (PIXEL_HEALTH000300958) and ▊▊▊▊▊▊▊ (PIXEL_HEALTH000110520).

9.   "PERSON(S)" includes any natural person, firm, association, organization, partnership, business, trust, corporation, governmental or public entity or any other form of legal entity.

10.  "PLAINTIFFS" shall mean Plaintiffs Does.

11.  "RELATING TO," "RELATED TO" or "RELATE(S) TO" means constituting, containing, concerning, embodying, reflecting, identifying, stating, mentioning, discussing, describing, evidencing, or in any other way being relevant to that given subject matter.

12.  "SESSIONIZED" means a collection of events that occurred in the same session.

13.  "STANDARD URL" means a URL that does not include a query parameter with a search term or phrase, user-identifiable information, or specific data inputted by a user separate from typing the URL directly into the toolbar of a browser or clicking a button to navigate to the page/content associated with the URL.

14.  "SubscribedButtonClick" means the Pixel, SDK, or CAPI feature through which Meta acquires the content of specific buttons clicked on specific websites, such as an action taken to "Login" to a patient portal, as specifically described in Dkt. No. 335 ¶ 88.

15.  "USER-ASSOCIATED" means information stored in a database, table, or other source where information is associated with a specific user or their account.

16.  "VERTICALS" means advertiser categorizations assigned by Meta, ▊▊▊▊▊ categories, INTENTS, or any other content categorizations that Meta makes, assigns, infers, or derives about users and/or their Off-Facebook Activity COMMUNICATIONS RELATING TO the Pixel, SDK, CAPI, or other relevant tools.

17.  Whenever possible, the singular form of a word shall be interpreted in the plural or vice versa; verb tenses shall be interpreted to include past, present and future tenses; the terms "and"

as well as "or" shall be construed either conjunctively or disjunctively, as necessary, to bring within the scope of these requests any information that might otherwise be considered outside their purview; and words imparting the masculine shall include the feminine and vice versa.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Meta has not preserved EVENT-LEVEL USER-ASSOCIATED SubscribedButtonClick data for events associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 2:**

Meta has not preserved any named Plaintiff's EVENT-LEVEL SubscribedButtonClick data for events associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 3:**

Meta has not preserved any putative Class Member's EVENT-LEVEL USER-ASSOCIATED SubscribedButtonClick data for events associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 4:**

Meta has not preserved EVENT-LEVEL USER-ASSOCIATED VERTICALS associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 5:**

Meta has not preserved EVENT-LEVEL USER-ASSOCIATED VERTICALS derived from data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 6:**

Meta has not preserved USER-ASSOCIATED VERTICALS associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 7:**

Meta has not preserved USER-ASSOCIATED VERTICALS derived from data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 8:**

Meta has not preserved EVENT-LEVEL USER-ASSOCIATED ▮▮▮▮▮▮ labels attached to data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 9:**

Meta has not preserved EVENT-LEVEL USER-ASSOCIATED INTENTS derived from data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022.

**REQUEST FOR ADMISSION NO. 10:**

Meta has not preserved ▮▮▮▮▮▮ labels it attached to URLs collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022, such that Meta has not preserved its internal mappings of ▮▮▮▮▮▮ labels to the specific URLs and other COMMUNICATIONS data that it collected.

**REQUEST FOR ADMISSION NO. 11:**

Meta has not preserved ▮▮▮▮▮▮ labels it attached to SubscribedButtonClick information collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022, such that Meta has not preserved its internal mappings of ▮▮▮▮▮▮ labels to the specific URLs and other COMMUNICATIONS data that it collected.

**REQUEST FOR ADMISSION NO. 12:**

Meta has not preserved ▮▮▮▮▮▮ labels it attached to Microdata information collected from HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022, such that Meta has not preserved its internal mappings of ▮▮▮▮▮▮ labels to the specific URLs and other COMMUNICATIONS data that it collected.

1  **REQUEST FOR ADMISSION NO. 13:**

2  Meta has not preserved ▮▮▮▮▮▮▮▮ labels it attached to other information collected from
3  HEALTHCARE PROVIDER WEB-PROPERTIES for events which occurred before June 17, 2022,
4  such that Meta has not preserved its internal mappings of ▮▮▮▮▮▮▮▮ labels to the specific
5  URLs and other COMMUNICATIONS data that it collected.

6  **REQUEST FOR ADMISSION NO. 14:**

7  Meta did not preserve data in the ▮▮▮▮▮▮▮▮ table for any events before November
8  26, 2022, that were associated with data collected from HEALTHCARE PROVIDER WEB-
9  PROPERTIES.

10 **REQUEST FOR ADMISSION NO. 15:**

11 Apart from their ordinary retention periods, Meta has not preserved EVENT-LEVEL USER-
12 ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the
13 ▮▮▮▮▮▮▮▮ table.

14 **REQUEST FOR ADMISSION NO. 16:**

15 Apart from their ordinary retention periods, Meta has not preserved EVENT-LEVEL USER-
16 ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the
17 ▮▮▮▮▮▮▮▮ table.

18 **REQUEST FOR ADMISSION NO. 17:**

19 Apart from their ordinary retention periods, Meta has not preserved EVENT-LEVEL USER-
20 ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the
21 ▮▮▮▮▮▮▮▮ table.

22 **REQUEST FOR ADMISSION NO. 18:**

23 Apart from their ordinary retention periods, Meta has not preserved EVENT-LEVEL USER-
24 ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the
25 ▮▮▮▮▮▮▮▮ table.

**REQUEST FOR ADMISSION NO. 19:**

As of June 17, 2022, the ▇▇▇▇▇▇▇ table stored EVENT-LEVEL USER-ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES and had a retention period of greater than 730 days.

**REQUEST FOR ADMISSION NO. 20:**

As of June 17, 2022, the ▇▇▇▇▇▇▇ table stored EVENT-LEVEL USER-ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES and had a retention period of greater than 730 days.

**REQUEST FOR ADMISSION NO. 21:**

As of June 17, 2022, the ▇▇▇▇▇▇▇ table stored EVENT-LEVEL USER-ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES and had a retention period of greater than 730 days.

**REQUEST FOR ADMISSION NO. 22:**

Meta has not preserved any EVENT-LEVEL USER-ASSOCIATED Pixel data collected or derived from data collected from HEALTHCARE PROVIDER WEB-PROPERTIES for Pixel events which occurred before March 30, 2022.

**REQUEST FOR ADMISSION NO. 23:**

Meta has not preserved any EVENT-LEVEL user associated SDK data collected or derived from data collected from healthcare provider apps for app events which occurred before February 22, 2022.

**REQUEST FOR ADMISSION NO. 24:**

Meta maintains ▇▇▇▇▇ and systems that extract and store the specific content of web-pages from which it is collecting data associated with the Pixel, including HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 25:**

Meta did not preserve ▇▇▇▇▇ data associated with HEALTHCARE PROVIDER WEB-PROPERTIES for web-pages before June 17, 2022.

**REQUEST FOR ADMISSION NO. 26:**

Meta has systems that categorize the content of URLs collected via the Pixel on HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 27:**

Meta has systems that categorize the contents and webpages where Meta collects data via the Pixel on HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 28:**

Before June 17, 2022, the Filter did not block collection of SubscribedButtonClick events involving a Log In to a patient portal.

**REQUEST FOR ADMISSION NO. 29:**

Before June 17, 2022, the Filter did not block use of SubscribedButtonClick events involving a Log In to a patient portal.

**REQUEST FOR ADMISSION NO. 30:**

The Filter does not block collection of SubscribedButtonClick events involving a Log In to a patient portal.

**REQUEST FOR ADMISSION NO. 31:**

The Filter does not block use of SubscribedButtonClick events involving a Log In to a patient portal.

**REQUEST FOR ADMISSION NO. 32:**

Before June 17, 2022, the Filter did not block collection of VERTICALS information associated or derived from STANDARD URLs collected from HEALTHCARE PROVIDER WEB-PROPERTIES, such as https://hartfordhospital.org/services/digestive-health/conditions-we-treat/colorectal-small-bowel-disorders/ulcerative-colitis (*see* Dkt. No. 333-3, ¶ 421).

**REQUEST FOR ADMISSION NO. 33:**

Before June 17, 2022, the Filter did not block collection of VERTICALS information associated or derived from STANDARD URLs collected from HEALTHCARE PROVIDER WEB-PROPERTIES, such as https://hartfordhospital.org/services/digestive-health/conditions-we-treat/colorectal-small-bowel-disorders/ulcerative-colitis (*see* Dkt. No. 333-3, ¶ 421).

**REQUEST FOR ADMISSION NO. 34**

Before June 17, 2022, the Filter did not block collection and use of information associated or derived from STANDARD URLs collected from HEALTHCARE PROVIDER WEB-PROPERTIES, such as https://hartfordhospital.org/services/digestive-health/conditions-we-treat/colorectal-small-bowel-disorders/ulcerative-colitis (see Dkt. No. 333-3, ¶ 421).

**REQUEST FOR ADMISSION NO. 35**

Meta did not preserve data in the ▌▌▌▌▌▌▌ table for any events before February 22, 2022, that were associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 36**

Meta did not preserve data in the ▌▌▌▌▌▌▌ table for any events before November 26, 2022, that were associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 37**

Meta did not preserve data in the ▌▌▌▌▌▌▌ table for any events before July 2, 2022, that were associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 38**

Meta did not preserve data in the ▌▌▌▌▌▌▌ table for any events before July 2, 2022, that were associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 39**

Meta did not preserve data in the ▌▌▌▌▌▌▌ table for any events before July 2, 2022, that were associated with data collected from HEALTHCARE PROVIDER WEB-PROPERTIES.

**REQUEST FOR ADMISSION NO. 40:**

Apart from their ordinary retention periods, Meta has not preserved EVENT-LEVEL USER-ASSOCIATED data collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the ▌▌▌▌▌▌▌ table.

**REQUEST FOR ADMISSION NO. 41:**

1  Apart from their ordinary retention periods, Meta has not preserved EVENT-LEVEL USER-
2  ASSOCIATED DATA collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the
3  ███████████ table.

**REQUEST FOR ADMISSION NO. 42:**

5  Apart from their ordinary retention periods, Meta has not preserved SESSIONIZED USER-
6  ASSOCIATED DATA collected from HEALTHCARE PROVIDER WEB-PROPERTIES from the
7  ███████████ table.

Dated: July 12, 2024

By: */s/ Jason 'Jay' Barnes*
**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

By: */s/ Geoffrey Graber*
**COHEN MILSTEIN SELLERS
  & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW
  GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:     510-350-9700
Fax:     510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on July 12, 2024, I caused true and correct copies of the foregoing document to be served via electronic mail upon the following:

Michael Graham Rhodes, CSB #116127
Email: rhodesmg@cooley.com
Caroline Lebel, CSB #340067
Email: clebel@cooley.com
Kyle C. Wong, CSB #224021
Email: kwong@cooley.com
Matthew Lawrence Kutcher
Email: mkutcher@cooley.com
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000

Abigail Augus Barrera, CSB #301746
Email: abarrera@gibsondunn.com
Elizabeth Katharine McCloskey, CSB # 268184
Email: EMcCloskey@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200

Andrew M. Kasabian, CSB #313210
Email: akasabian@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612
Telephone: (949) 451-4341

Gregg Costa, *Admitted Pro Hac Vice*
Email: gcosta@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600

| | |
|---|---|
| 1 | Darcy Caitlyn Harris, *Admitted Pro Hac Vice* |
| 2 | Email: dharris@gibsondunn.com |
| | Lauren R Goldman, *Admitted Pro Hac Vice* |

Darcy Caitlyn Harris, *Admitted Pro Hac Vice*
Email: dharris@gibsondunn.com
Lauren R Goldman, *Admitted Pro Hac Vice*
Email: LGoldman@gibsondunn.com
Lessa Haspel
Email: lhaspel@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000

Trenton James Van Oss, *Admitted Pro Hac Vice*
Email: tvanoss@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20009
Telephone: (202) 955-8500

Jay Minga
Email: jminga@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
310 University Avenue
Pala Alto, California 94301
Telephone: (650) 849-5350

***Attorneys for Defendants Meta Platforms, Inc.,
Facebook Holdings, LLC, Facebook Operations, LLC, Instagram LLC***

DATED this 12th day of July, 2024.

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181