# Further Proposed Redacted Version of Exhibit 18 to the Motion for Sanctions Against Meta and for a Hearing to Address Relief (Dkt. No. 739-21)

# EXHIBIT 18

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| From: | Techmeme Alerts [alerts@techmeme.com] |
| Sent: | 6/17/2022 11:48:49 AM |
| To: | Nissa Anklesaria [ ] |
| Subject: | Alert: Facebook Sued For Allegedly Collecting Patient Data From Hospital Sites (Wendy Davis/MediaPost) |

Wendy Davis / MediaPost, at least 1½ hours ago, published this item.
Techmeme is alerting you of the following, since you're tracking Meta news:

| | |
|---|---|
| Title: | **Facebook Sued For Allegedly Collecting Patient Data From Hospital Sites** |
| Source: | **MediaPost** |
| Author: | **Wendy Davis** (@wendyndavis) |
| Pub time: | at least 1½ hours ago |

**Related stories:**
Steve Stroth (@stevestroth) / Bloomberg: Meta Sued Over Claims Patient Data Secretly Sent to Facebook

**Excerpts:**

# Facebook Sued For Allegedly Collecting Patient Data From Hospital Sites

Facebook on Friday was hit with a lawsuit alleging it violates users' privacy by collecting and monetizing sensitive medical data from hospital websites.

"Facebook knows (or should have known) that its pixel tracking tool is being improperly used on hospital websites resulting in the wrongful, contemporaneous, re-direction to Facebook of patient communications," a Maryland resident and MedStar Health patient proceeding as an anonymous "John Doe" alleges in a class-action complaint filed Friday in U.S. District Court for the Northern District of California.

The lawsuit comes one day after The Markup reported that 33 of the country's top 100 hospitals have a Meta pixel — used for tracking — on their sites. That pixel sends Facebook IP addresses of people who use the hospital sites to schedule a doctor's appointment, according to The Markup.

...

For questions, comments, or subscription/unsubscription requests, just reply to this email.

CONFIDENTIAL

PIXEL_HEALTH000335197