Further Proposed Redacted Version of Exhibit 20 to the Motion for Sanctions Against Meta and for a Hearing to Address Relief (Dkt. 739-23)

# EXHIBIT 20

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Message
---

**From:** Paige Guyton [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D1B7E89E499B4634BA1B6044EBC6310B-PAIGEGUYTON]
**Sent:** 7/14/2022 12:39:33 PM
**To:** Calvin Goldsmith [calvingoldsmith@fb.com]; Callie Walsh [calliewalsh@fb.com]; Tyler Stephens [tystephens@fb.com]; Jonathan Hirst [hirst@fb.com]; Trea Kates [tkates@fb.com]; Paige Guyton [paigeguyton@fb.com]; Robert Sniezko [robertsniezko@fb.com]
**Subject:** Message summary {"otherUserFbId":null,"threadFbId":4803677182989232}
**Attachments:** 292067888_1515521318863549_8434399975977986362_n.png


Robert Sniezko (7/14/2022 08:49:29 PDT):
>Does anyone know why a campaign might not be spending/have no results even though they're using CBO?

Robert Sniezko (7/14/2022 08:49:43 PDT):
>Their credit usage is also $0 right now @silent

Jonathan Hirst (7/14/2022 08:50:56 PDT):
>Have you checked IDD? Maybe small audience size or a creative error - you can file a task directly in IDD

Robert Sniezko (7/14/2022 08:56:54 PDT):
>It has a CBO audience discrepancy error saying it might skew towards larger audiences but even the larger ones aren't spending - I actually just saw this error on my end too about the special ads category but I'm not sure if this is only visible on my end since I'm not on the account. Or if I were seeing it on our end does that mean they would need to re-verify their identity?

Robert Sniezko (7/14/2022 08:56:56 PDT):

shared: 292067888_1515521318863549_8434399975977986362_n.png

Jonathan Hirst (7/14/2022 08:58:06 PDT):
>Your client has to verify that information in order to run a social issue, election, or political ad - this may be an incorrect flag as well so i would ask them. But this is likely what is causing the delivery issue since it cannot deliver until this information is verified

Robert Sniezko (7/14/2022 09:28:06 PDT):
>Okay great thanks I'll let them know!

Jonathan Hirst (7/14/2022 12:32:41 PDT):
>Has anyone had a good email response to health clients saying they are removing the pixel due to HIPPA concerns?

Paige Guyton (7/14/2022 12:36:54 PDT):
>i have a little paragraph i send ^!

Paige Guyton (7/14/2022 12:38:38 PDT):
>just sent ur way!

Jonathan Hirst (7/14/2022 12:39:27 PDT):
>Thank you Paige, looks like you took lots of that from the help center articles whcih is great!

Paige Guyton (7/14/2022 12:39:33 PDT):
>yes!!

CONFIDENTIAL

PIXEL_HEALTH000084354