UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**REDACTED**<br><br>**ORDER FOLLOWING FEBRUARY 12, 2025 JOINT STATUS REPORT RE NAMED PLAINTIFFS DATA**<br><br>Re: Dkt. No. 837 |

The Court has reviewed the parties' status report regarding Meta's production of responsive named plaintiffs data. Dkt. No. 837 (public); Dkt. No. 838-3 (sealed). That status report attaches the parties' respective communications on January 22, 2025 and February 5, 2025, further to the Court's January 16, 2025 order. *See* Dkt. No. 838-3 at ECF 10-17.

At the Court's direction, plaintiffs described in writing the ▮▮▮▮ ▮▮▮▮ information they seek from Meta. Dkt. No. 838-3 at ECF 10-14 (January 22, 2025 letter); *see* Dkt. No. 780 at 2. Specifically, for each of the named plaintiffs, plaintiffs asked for the outputs, or information inferred or derived from those outputs, of ▮▮▮▮ that plaintiffs believe Meta uses to ▮▮▮▮ ▮▮▮▮. Dkt. No. 838-3 at ECF 10. In addition, plaintiffs identified ▮▮▮▮ where plaintiffs believe these outputs "flow" and are stored. *Id.* at ECF 11-13. Plaintiffs provided an example of the information they seek, identifying a source code file that "shows what appears to be an ▮▮▮▮ ▮▮▮▮ *Id.* at ECF 13.

Also at the Court's direction, Meta investigated whether it maintains the information

1  plaintiffs describe, for the named plaintiffs, for any period of time before the implementation of
2  CoreSetup in February 2024, and advised plaintiffs of the results of that investigation. *See* Dkt.
3  No. 838-3 at ECF 16-17 (February 5, 2025 letter); *see* Dkt. No. 780 at 2-3.  With respect to the
4  outputs of the ███████████████, Meta advised in relevant part: ██████████████
5  ████████████████████████████████████ and "Meta has not identified named
6  plaintiff data from before February 2024 in Meta's possession ███████████████████
7  ████████████████████████████████████ Dkt. No. 838-3 at ECF 16.
8  With respect to ████████████████████████████████ plaintiffs identified,
9  Meta stated that "[t]he same goes for the sources you reference in your letter,"[1] *id.*, which the
10 Court understands to mean that Meta has not identified named plaintiff data from before February
11 2024 in Meta's possession for any of those data sources.

12    In their joint status report regarding this exchange of information, plaintiffs raise a host of
13 questions about what information Meta has preserved, whether Meta's representations about the
14 ████████████████ is inconsistent with Mr. Wooldridge's earlier declaration regarding this
15 table, and whether Meta believes plaintiffs' "identification of tables in ██████████████
16 ████"—presumably, a reference to the list of data sources in plaintiffs' January 22, 2025
17 letter—is "accurate." *See* Dkt. No. 838-3 at ECF 2-4.  The parties do not appear to have talked to
18 each other about any of these matters.

19    The Court's January 16, 2025 order required the parties to exchange certain information
20 and file a status report because the Court was unable to resolve the parties' November 22, 2024
21 discovery dispute (Dkt. No. 698) based on the information presented in that submission or at the
22 January 15, 2025 hearing.  *See* Dkt. No. 780 at 2.  Plaintiffs now have the answer they were
23 seeking about responsive named plaintiffs data from before Meta's implementation of CoreSetup.
24 The Court understands Meta to represent the following:  The outputs from ██████████
25 ████████ flow to the ███████████████, and Meta does not have named plaintiffs data
26 from before February 2024 in its possession for that table or for ██████████████████

---

[1] Meta noted that several of the data sources plaintiffs listed had errors or were otherwise not correctly described.

2

1  ███ or for any of the other data sources plaintiffs identified in their January 22, 2025 letter.
2  If the Court's reading of Meta's position is not correct, the Court asks Meta to promptly clarify its
3  position. Otherwise, plaintiffs may explore the other questions they have with Meta, either
4  informally, or formally using appropriate discovery tools. The parties should not use a status
5  report for this purpose.
6  　　The Court concludes that no further action is required on the dispute at Dkt. No. 698.
7  **IT IS SO ORDERED.**
8  Dated: February 18, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge