**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional counsel listed on signature page*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SEALING FEBRUARY 19, 2025 HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>The Honorable William H. Orrick |

WHEREAS, on December 30, 2024, plaintiffs filed an administrative motion to consider whether another party's information should be filed under seal (Dkt. 739) regarding information in plaintiffs' motion for sanctions (the "Motion") (Dkt. 740);

1  WHEREAS, on January 27, 2025, Defendant Meta Platforms, Inc. ("Meta") filed an administrative motion to seal (Dkt. 800) regarding information in Meta's opposition to the Motion (the "Opposition") (Dkt. 799);

4  WHEREAS, on February 7, 2025, plaintiffs filed an administrative motion to consider whether another party's information should be filed under seal (Dkt. 813) regarding information in plaintiffs' reply in support of the Motion (the "Reply") (Dkt. 814);

7  WHEREAS, the parties agree that certain information in the Motion, Opposition, and Reply should remain under seal, and that information is currently provisionally sealed while Meta has proposed or is in the process of proposing redactions to the Motion, Opposition, and Reply for the Court's consideration;

11  WHEREAS, the Court has scheduled oral argument on the Motion for February 19, 2025 (the "Hearing"); and

13  WHEREAS, the parties tried to come up with a way to avoid reference to confidential, sealed materials during the Hearing, such that the Hearing itself would not need to be sealed, but believe that avoiding such reference would inhibit the Court's and the parties' ability to fully air the issues associated with the Motion during the Hearing; and

17  WHEREAS, the parties now agree there are no alternatives to closure that would protect Meta's interests in maintaining the confidentiality of the materials filed under seal;

19  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of this Court, that the Hearing shall be sealed and members of the public who are not representatives of any party may not attend or participate in the hearing.

22  RESPECTFULLY SUBMITTED AND DATED this 18th day of February, 2025.

|   |   |
|---|---|
| 1 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | By: */s/ Lauren R. Goldman* |
|   |     Lauren R. Goldman |
| 3 |   |
| 4 | LAUREN R. GOLDMAN (pro hac vice) |
|   | lgoldman@gibsondunn.com |
| 5 | DARCY C. HARRIS (pro hac vice) |
|   | dharris@gibsondunn.com |
| 6 | 200 Park Avenue |
|   | New York, NY 10166 |
| 7 | Telephone: (212) 351-4000 |
|   | Facsimile: (212) 351-4035 |
| 8 |   |
| 9 | ELIZABETH K. MCCLOSKEY (SBN 268184) |
|   | emccloskey@gibsondunn.com |
| 10 | ABIGAIL A. BARRERA (SBN 301746) |
|   | abarrera@gibsondunn.com |
| 11 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111-3715 |
| 12 | Telephone: (415) 393-8200 |
|   | Facsimile: (415) 393-8306 |
| 13 | *Attorneys for Defendant Meta Platforms, Inc.* |

By:  */s/ Jason 'Jay' Barnes*
     Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949


By:  */s/ Geoffrey Graber*
     Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING FEBRUARY 19, 2025 HEARING ON
PLAINTIFFS' MOTION FOR SANCTIONS
CASE NO. 3:22-CV-03580-WHO (VKD)

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER REGARDING SEALING FEBRUARY 19, 2025 HEARING ON
PLAINTIFFS' MOTION FOR SANCTIONS
CASE NO. 3:22-CV-03580-WHO (VKD)

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 18, 2025                    By: /s/ *Lauren R. Goldman*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

        HONORABLE WILLIAM H. ORRICK
        UNITED STATES DISTRICT JUDGE