| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:   212-784-6400<br>Fax:   212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:   202-408-4600<br>Fax:   202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:   310-854-4444<br>Fax:   310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated | Andre M. Mura, State Bar No. 298541<br>amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF GEOFFREY GRABER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Judge: Hon. William H. Orrick |

Case No. 3:22-cv-03580-WHO (VKD)

DECLARATION OF GEOFFREY GRABER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL

**DECLARATION OF GEOFFREY GRABER**

I, Geoffrey Graber, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California.

2. I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC, who along with the law firms Simmons Hanly Conroy LLP, Kiesel Law LLP, Terrell Marshall Law Group, PLLC, and Gibbs Law Group, LLP, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in accordance with Civil Local Rule 79-5(f)(3) and 79-5(c)(1) in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

5. Plaintiffs move to file the following under seal based on Meta's assertions of confidentiality:

- Plaintiffs' Case Management Statement

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 19, 2025, in Washington, D.C.    /s/ Geoffrey Graber
                                                    Geoffrey Graber