**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION,<br><br>―――――――――――――――<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br><u>CLASS ACTION</u> |

1  Having considered the Declaration of Lauren R. Goldman in Further Support of Plaintiffs'
2  Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed by
3  Meta Platforms, Inc. on February 19, 2025, pursuant to Civil Local Rule 79-5(f), all materials
4  submitted in support thereof, and other records on file, and having found that good cause exists for
5  the sealing of the documents listed below:

6  **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is **GRANTED** as outlined
7  below.  Accordingly,

8
9  (1) The unredacted versions of the documents filed at Dkt. Nos. 813-7, 813-10, 813-11, 813-
10  12, 813-13, 813-14, and 842-5 shall remain under seal;

11  (2) The public shall have access only to the versions of the documents filed at Dkt. Nos. 865,
12  866, 867, 868, 869, 870, 871, 872, 873, 874, and 875 that contain the following redactions:

| Document | Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| Plaintiffs' Reply in Support of Their Motion for Sanctions Against Meta (Dkt. No. 813-3) | Parts of page i, line 5; page 1, lines 6, 11-13; page 2, lines 4, 8-10, 18, 24; page 3, lines 5-12, 15-20, footnote 2 in lines 25-26; page 4, lines 1, 7, 10-11, 13-14, footnote 2 in lines 26-28; page 5, lines 5-6, 20-22, 24-27; page 6, lines 1-8, 10-11, 13-14, 22-27; page 7, lines 1-3, 6, 8, 15, 18, 22; page 8, lines 2, 6-9, 16, 19-24; page 9, lines 3-4; page 10 lines 4, 24; page 11, lines 15, 23-25; page 12, lines 1, 10, 17, 19-21, 23-24; page 13, lines 9-10, 15-17; page 14, lines 8, 10-11, footnote 5 in lines 24, 26-28; page 15, lines 10-13, 15-16, footnote 6 in line 26. | Meta | This text should be redacted because it reveals specific, sensitive internal, non-public information regarding strategic issues, analysis, and decision-making by Meta employees and specific, non-public information about Meta's proprietary data storage systems, including the names and contents of specific Hive tables, how the data storage systems are organized and can be searched, the amount and types of data Meta receives and stores, the specific retention periods Meta set for tables at issue in this case (which reveal Meta's competitively sensitive decisions regarding how long to store certain specific types of data in specific data sources), and how Meta processes and stores specific information associated with SubscribedButtonClick events.  If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems.  Judge DeMarchi has previously ordered this type of information to be sealed.  *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED— CASE NO. 3:22-CV-03580-WHO (VKD)

| | | | |
|---|---|---|---|
| | (highlighted in Dkt. No. 865) | | |
| Graber Declaration (Dkt. No. 813-4) | Parts of 1, lines 23-24, 27; page 2, lines 1-2, 4-5, 7-8.<br><br>(highlighted in Dkt. No. 866) | Meta | This text should be redacted because it reveals specific, sensitive internal, non-public information regarding strategic issues, analysis, and decision-making by Meta employees, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Shafiq Declaration (Dkt. No. 813-5) | Parts of page 2, lines 24-25; page 3, lines 1-9, 13-14, 23-24; page 6, footnote 19 in lines 24-27, footnote 20 in line 28; page 7, lines 13, 20, 22; page 8, lines 4-5, 10, 18-22; page 9, lines 1-10, 12, 14-15, 21-22; page 10, lines 3-4, 7-19, footnote 29 in line 27, footnote 31 in line 28; page 11, lines 1-3, 5-6, 10, footnote 32 in line 25.<br><br>(highlighted in Dkt. No. 867) | Meta | This text should be redacted because it reveals specific, confidential information about Meta's proprietary data storage and classification systems, including the names of specific Hive tables, the amount and types of data Meta receives and stores, how Meta processes and stores specific information associated with SubscribedButtonClick events, the specific retention periods Meta set for tables at issue in this case and specific time periods for which Meta has preserved data from those tables (which reveal Meta's competitively sensitive decisions regarding how long to store certain specific types of data in specific data sources), the names and descriptions of Meta's classification systems, and the types of information Meta classifies. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-3, 339-5, 350-6, 372, 503, 509, 510, 522, 703, 734. |
| Exhibit 28 (Dkt. No. 813-6) | Parts of page 2, lines 17, 19-21, 3-9, 11-14; page 3, lines 1-2, 12-13, 17-20, 1-3; page 4, lines 9-12, 14-21, 24-25, 1-4; page 5, lines 6-7, 9-10, 13-21, 25, 2; | Meta | This text should be redacted because it reveals specific, sensitive internal, non-public information regarding strategic issues, analysis, and decision-making by Meta employees, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables, and how the Hive system is |

| | | | |
|---|---|---|---|
| | page 6, lines 3-4, 7-10, 19-23.<br><br>(highlighted in Dkt. No. 868) | | organized, the types of information that Meta can query from its systems. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Exhibit 30 (Dkt. No. 813-8) | Parts of page 1, "From" field, "To" field, "Subject" field, messages 1-19; page 2, messages 2-4, 7, 9-19, 22; page 3 messages 7, 9-10, 12-14, 17-19.<br><br>(highlighted in Dkt. No. 869) | Meta | This text should be redacted because it identifies the specific, non-public email addresses of Meta employees and sensitive internal, non-public information and analysis regarding strategic issues considered by Meta, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names and content of specific Hive tables and fields, and information about how the systems are organized. If this information was publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. Disclosure of this sensitive information would also allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.,* Dkt. Nos. 336, 339-5, 372, 509, 510, 522, 703, 734. *See also* Dkt. Nos. 485, 515; Dkt. Nos. 429-3, 451 at 1 n.1, 485, 515. |
| Exhibit 31 (Dkt. No. 813-9) | Parts of page 1, "From" field, "To" field, "Subject" field, paragraphs 1, 3, "Description" field; page 2, "Description" field, "Tags" field," "Subscribers" field, messages 1-3.<br><br>(highlighted in Dkt. No. 870) | Meta | This text should be redacted because it identifies the specific, non-public email addresses of Meta employees and sensitive internal, non-public information and analysis regarding strategic issues considered by Meta, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names and content of specific Hive tables, and information about how the systems are organized. If this information was publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. Disclosure of this sensitive information would also allow bad actors to undermine the integrity of |

| | | | |
|---|---|---|---|
| | | | Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 509, 510, 522, 703, 734. *See also* Dkt. Nos. 485, 515; Dkt. Nos. 429-3, 451 at 1 n.1, 485, 515. |
| Exhibit 37 (Dkt. No. 813-15) | Parts of page 1, "From" field, "To" field, "Subject" field, "Attachments" field, messages 1-4, 7, 9-13, 16-19; page 2, messages 1-11, 14-17, 19.<br><br>(highlighted in Dkt. No. 871) | Meta | This text should be redacted because it identifies the specific, non-public email addresses of Meta employees and sensitive internal, non-public information and analysis regarding strategic issues considered by Meta, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names and content of specific Hive tables. If this information was publicly disclosed, Meta's employees may be inundated with harmful or irrelevant emails from outside Meta, which would disrupt Meta's operations, and Meta would face competitive harm. Disclosure of this sensitive information would also allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 509, 510, 522, 703, 734. *See also* Dkt. Nos. 485, 515; Dkt. Nos. 429-3, 451 at 1 n.1, 485, 515. |
| Exhibit 38 (Dkt. No. 813-16) | Parts of page 1, rows 1-2, 4-6, 8-9, 11, 13-14.<br><br>(highlighted in Dkt. No. 872) | Meta | This text should be redacted because it reveals specific, sensitive internal, non-public information regarding strategic decision-making and/or issues and analysis conducted by Meta employees, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names and contents of specific Hive tables, how the systems are organized, and the types of information Meta can query from its systems. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.,* Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Notice of Errata (Dkt. No. 842-3) | Parts of page 1, image, lines 26-27; page 2, chart rows 1-2, 4-6, 8-9, 11, 13-14. | Meta | This text and image should be redacted because they reveal specific, sensitive internal, non-public information regarding strategic decision-making and/or issues and analysis conducted by Meta employees and reveals specific, |

| | | | |
|---|---|---|---|
| | (highlighted in Dkt. No. 873) | | non-public information about Meta's proprietary data storage systems, including the names and contents of specific Hive tables, how the systems are organized, and the types of information Meta can query from its systems. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Corrected Exhibit 28 (Dkt. No. 842-4) | Parts of page 122, lines 2-7, 9-12, 17-21; page 123, lines 3-5, 9-12, 14-16, 19-21, 23-25; page 124, lines 2-4, 11-17, 20-24; page 125, lines 1, 14, 16, 19, 21-25; page 154, lines 2-9, 12-17, 19-20, 22-23; page 155, lines 1-10, 14, 16-18, 21-24; page 156, lines 9-13, 18-22, 25; page 157, lines 1-13, 15-17, 19-21, 25.<br><br>(highlighted in Dkt. No. 874) | Meta | This text should be redacted because it reveals specific, sensitive internal, non-public information regarding strategic issues, analysis, and decision-making by Meta employees, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables, and how the Hive system is organized, the types of information that Meta can query from its systems. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |
| Corrected Exhibit 38 (Dkt. No. 842-6) | Parts of page 1, rows 1-2, 4-6, 8-9, 11, 13-14.<br><br>(highlighted in Dkt. No. 875) | | This text should be redacted because it reveals specific, sensitive internal, non-public information regarding strategic decision-making and/or issues and analysis conducted by Meta employees, which reveals specific, non-public information about Meta's proprietary data storage systems, including the names and contents of specific Hive tables, how the systems are organized, and the types of information Meta can query from its systems. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.*, Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734. |

Dated: _____

                                _____
                                William H. Orrick
                                United States Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED— CASE NO. 3:22-CV-03580-WHO (VKD)