# Proposed Redacted Version of the Graber Declaration to the Reply to Motion for Sanctions
# (Dkt. No. 813-4)

| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:     212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Suite 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Tel:     310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:    (206) 816-6603<br>Fax:    (206) 319-5450 |
| *Attorneys for Plaintiffs*<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:    (510) 350-9700<br>Fax:    (510) 350-9701 |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF GEOFFREY GRABER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST DEFENDANT META PLATFORMS, INC.** |

# DECLARATION OF GEOFFREY GRABER

I, Geoffrey Graber, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California.

2. I am a Partner at the law firm of Cohen Milstein Sellers & Toll PLLC, who along with the law firms Simmons Hanly Conroy LLP, Kiesel Law LLP, Terrell Marshall Law Group, PLLC, and Gibbs Law Group, LLP, represent Plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' Reply in Support of their Motion for Sanctions Against Defendant Meta Platforms, Inc.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. A true and correct copy of the Rough Transcript of the Deposition of Tobias Wooldridge is attached hereto as **Exhibit 28**. The Final Transcript was not ready by the time of this filing.

5. A true and correct copy of a document produced by Meta, conveying a data flow diagram for Pixel data and beginning at Bates number PIXEL_HEALTH000000064, is attached hereto as **Exhibit 29**.

6. A true and correct copy of a document produced by Meta, conveying a chat exchange that occurred on November 29, 2018 and beginning at Bates number PIXEL_HEALTH000101923, is attached hereto as **Exhibit 30**.

7. A true and correct copy of a document produced by Meta, conveying a permission request from Meta engineer Abhinav Anand and beginning at Bates number PIXEL_HEALTH000318482, is attached hereto as **Exhibit 31**.

8. A true and correct copy of a document produced by Meta, titled ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇ and beginning at Bates number PIXEL_HEALTH000113924, is attached hereto as **Exhibit 32**.

9. A true and correct copy of a document produced by Meta, conveying the interface and fields of the ▇▇▇▇▇▇▇▇▇▇ table at Bates number PIXEL_HEALTH000885439, is attached hereto as **Exhibit 33**.

1

10. A true and correct copy of a document produced by Meta, titled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" and beginning at Bates number PIXEL_HEALTH000484906 is attached hereto as **Exhibit 34**.

11. A true and correct copy of a document produced by Meta, titled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and beginning at Bates number PIXEL_HEALTH000321689, is attached hereto as **Exhibit 35**.

12. A true and correct copy of a document produced by Meta, titled "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" and beginning at PIXEL_HEALTH000490311, is attached hereto as **Exhibit 36**.

13. A true and correct copy of a document produced by Meta, conveying a chat exchange that occurred on February 15, 2023 and beginning at Bates number PIXEL_HEALTH000644402, is attached hereto as **Exhibit 37**.

14. A demonstrative timeline detailing Meta's conduct related to the spoliation of button click records is attached hereto as **Exhibit 38.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 7, 2025.

By: */s/ Geoffrey Graber*
Geoffrey Graber

2

DECLARATION OF GEOFFREY GRABER ISO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST DEFENDANT META PLATFORMS, INC.
Case No. 3:22-CV-03580-WHO (VKD)