# Proposed Redacted Version of Exhibit 28 to the Reply to Motion for Sanctions
# (Dkt. No. 813-6)

# EXHIBIT 28

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

```
 1              ROUGH DRAFT/REALTIME DISCLAIMER

 2

 3   THIS UNCERTIFIED ROUGH DRAFT/REALTIME TRANSCRIPT CANNOT

 4     BE QUOTED IN ANY PLEADING OR FOR ANY OTHER PURPOSE

 5               AND MAY NOT BE FILED WITH ANY COURT.

 6

 7

 8         Since this deposition transcript is in rough

 9   draft form, please be aware that there may be

10   discrepancies regarding page and line numbers when

11   comparing it to the final transcript.

12         This rough draft transcript may contain

13   untranslated steno, an occasional reporter's note, a

14   misspelled proper name, and/or nonsensical English word

15   combinations.  These are not "mistakes" made by the

16   reporter but are caused by the English language and the

17   limitations imposed by writing it phonetically.  All

18   such entries are corrected on the final certified

19   transcript.

20         If the deposition has been videotaped, the

21   rough draft transcript will be compared against the

22   audio of the videotape in order to assure complete

23   accuracy on the final transcript.
```

```
17    ████████████████████████████████████████████
18    manually and inspect the JavaScript at each one of
19    those domains. ████████████████████████████
20    ████████████████████████████████████████████
21    ████████████
22              MS. MCCLOSKEY:  Object to form.  Asked and
23    answered.  Mischaracterizes the document.
24         A.   If you did want to know very precisely what
25    happened to each specific website, visiting those
```

*** CONFIDENTIAL - ROUGH DRAFT *118

```
1    specific websites would make sense.
2         Q.   But you didn't do that in this case.  You
3    ████████████████████████████████████████████
4    ██████████████████████  Is that correct?
5         A.   I cannot recall ████████████████████████
6    ██████████████████████
7         Q.   The next bullet point you say: ██████████
8    ████████████████████████████████████████████
9    ██████████████████████.  Do you see that?
10        A.   I do see that.
11        Q.   ████████████████████████████████████████
12   ████████████████?
13        A.   ██████████████████████████████████████
14   ██████████████████████████████.
```

```
 9   █████   Exhibit 22 has a metadata indicating it is
10   ████████████████   Do you see that?  The metadata is
11   on page 1.
12        A.   I do see that Exhibit 22 says ████████████
13   ██████
14        Q.   Do you have any reason to suspect that that
15   date on the metadata is incorrect?
16        A.   I would not.
17        Q.   What happened between ██████████████████████
18   ████████████████   relating to ████████████████████
19   ████████████████████████████████████████████████████████
20   ████████
21             MS. MCCLOSKEY:  Object to form.
22        A.   I'm not sure what exactly happened in that
23   time range.
24        Q.   Okay.  The background of this -- what is this
25   document, Exhibit 2022 -- Exhibit 22?
```

                                    *** CONFIDENTIAL - ROUGH DRAFT *147

```
 1        A.   This document is titled "████████████████████
 2   ████████████████████████████████████████████████████████
 3   ████████████████████████████████████████████.
 4        Q.   And what is the purpose of this document?
 5        A.   If I am to take --
 6             MS. MCCLOSKEY:  Object to form.  Sorry.
```

```
 7   Go ahead.
 8       A.  If I am to take it at face value, it is
 9   ███████████████████████████████████████
10   ██████████████████████
11       Q.  Do you recall ████████████████████████
12   ████████████████████████
13       A.  I do not.
14       Q.  Okay.  The ████████████████████████████
15   ████████████████      ████████████████████████
16   ████████████████████████████████████████████████
17   ████████████████████████████████    ████████████
18   ██████
19           ████████████████████████████████████████
20   ████████████████████████████████████████████████
21   ████████████████ relating to this product?
22           MS. MCCLOSKEY:  Object to form.  Vague.
23   Compound.
24       A.  ████████████████████████████████████████
25   ████████████████████████████████████
```

*** CONFIDENTIAL - ROUGH DRAFT *148

```
 1   ████████
 2       Q.  ████████████████████████
 3       A.  ████████████████████████████████
 4       Q.  ████████████████████████████████████████
```

```
 5                MS. MCCLOSKEY:  Object to form.
 6        A.  As we've discussed previously, ████████
 7   ████████████████████████████.
 8        Q.  Okay.  With respect to this particular
 9   ████████████████████████████████████████
10   ████████████
11                MS. MCCLOSKEY:  Object to form.
12        Q.  (By Mr. Barnes)  If you -- I'll give you, on
13   ████████████████████████████   ████████████
14   ████████████████████████████████████████████
15   ████ ████████████████████████████████████████
16   ████
17        A.  Yeah.  ████████████████████████████████
18   ████████████████████████████████
19   ████████████  I don't have a precise recollection of
20   dates, and it says ████████████████ ████████
21   ████████████████████████████████              So I
22   would rather not assume.
23        Q.  You don't have a precise recollection?  And I
24   will not hold you to a specific date.  To the best of
25   your recollection, when was it ████████████
                       *** CONFIDENTIAL - ROUGH DRAFT *149


 1        A.  Honestly, I would be guessing.  I'm sorry.
 2        Q.  ████████████████████████████████████████
```

```
 3      █████████████████████████████████████
 4      ███████████
 5              MS. MCCLOSKEY:  Object to form.  Asked and
 6   answered.
 7      A.  ████████████████████████    ██████
 8   ████████████████████████████████    ██████
 9   ███.
10              ████████████████████████████
11      Q.  Okay.  We're going to move on.  The first
12   document is 686808.  It is going to be Exhibit 23.  The
13   second document is 109836, and it is going to be
14   Exhibit 24.
15              (Exhibit 24 was marked for identification.)
16      Q.  (By Mr. Barnes)  Is -- you've finished
17   reviewing Exhibit 23?
18      A.  I have reviewed 23, yes.
19      Q.  Is this a ████████████████ from what we just
20   discussed in Exhibits 20, 21, and 22 ████████████████
21   ████████████████████████████████?
22      A.  ██████████████████████████████████.
23      Q.  Okay.  ████████████████ this proposal?
24      A.  The metadata says that Manish Singhal.
25      Q.  And up at the top right corner it says Manish
```

*** CONFIDENTIAL - ROUGH DRAFT *150