# Proposed Redaction Version of Exhibit 30 to the Reply to Motion for Sanctions (Dkt No. 813-7)

# EXHIBIT 30

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

**From:** Brian Truong [██████████████████████████████████████]

**Sent:** 11/29/2018 4:29:13 PM
**To:** Shang Jiang [██████████████]; Tobias Wooldridge [████████]; Brian Truong [████████]; Minghao Wang [████████████]; Swathi R Nirmala [████████]
**Subject:** ██████████████████████████████

Shang Jiang (11/29/2018 14:47:06 PST):
>Hi, I created this group chat because I wanted ██████████████ ████████████████████████████████████████ so I'm wondering if you have any advice on this? thanks :)

Tobias Henry Wooldridge (11/29/2018 14:47:21 PST):
██████ █

Ba Quan Truong (11/29/2018 14:48:17 PST):
██████ ██ ██

Tobias Henry Wooldridge (11/29/2018 14:48:40 PST):
>██ ██████ ████ ████ ██ ██ ████

Ba Quan Truong (11/29/2018 14:49:15 PST):
>██ ██ ████████ ████

Tobias Henry Wooldridge (11/29/2018 14:49:26 PST):
>██ ██████ ████ ██ ██ ██ ██ ██ ██

Tobias Henry Wooldridge (11/29/2018 14:49:36 PST):
██ ██ ██ ████

Shang Jiang (11/29/2018 14:49:44 PST):
██ ████ ██ ██ ████ ██ ████ ?

Tobias Henry Wooldridge (11/29/2018 14:49:52 PST):
>██ ████████ ████

Tobias Henry Wooldridge (11/29/2018 14:50:10 PST):
>██████ ██ ██ ████ ██ ██

Ba Quan Truong (11/29/2018 14:50:38 PST):
>So, ██ █ ████ ██████ ██ ██ █ ██ ████

Tobias Henry Wooldridge (11/29/2018 14:50:44 PST):
>From my perspective ██ ████████████████ ██ █ █ ████ ██ █ ████████ ██
████ █

Tobias Henry Wooldridge (11/29/2018 14:51:00 PST):
>Yes, ██ ██ ██ ██ ██ █ ████ ████ ██ ██

Tobias Henry Wooldridge (11/29/2018 14:51:04 PST):
>██ █ ██

Tobias Henry Wooldridge (11/29/2018 14:51:25 PST):
>████████ ████ █ █ ████ ██ ████ ████ ██ ██

Ba Quan Truong (11/29/2018 14:52:31 PST):
>██ ████ █ ████ ██ ████ ██ ████ ████ ██ █ ██ █ ████ █ ██

Tobias Henry Wooldridge (11/29/2018 14:52:46 PST):
██ ██████

Tobias Henry Wooldridge (11/29/2018 14:52:51 PST):
██ █ ██ ██ ██ ██

Tobias Henry Wooldridge (11/29/2018 14:53:08 PST):
>██ ██ ██ ██ ██ ████ ████ ████ ██

Tobias Henry Wooldridge (11/29/2018 14:53:25 PST):
>Before I can answer further questions, can you please explain what you want to do and why?

Swathi Raghavadoss Nirmala (11/29/2018 14:58:33 PST):
>This is my bad, when I spoke to @Shang I believed ███████████████████████████
███████████

Ba Quan Truong (11/29/2018 15:01:07 PST):
>████████████████████████████████████████████████████
████████?

Tobias Henry Wooldridge (11/29/2018 15:02:10 PST):
>██████████████████

Tobias Henry Wooldridge (11/29/2018 15:02:13 PST):
>Sorry, stepping back

Tobias Henry Wooldridge (11/29/2018 15:02:16 PST):
>What are you trying to do and why?

Tobias Henry Wooldridge (11/29/2018 15:02:34 PST):
>We've gotten far into the ████████████details but I have zero context on what you guys are doing or why :P

Tobias Henry Wooldridge (11/29/2018 15:06:28 PST):
>Have you guys heard of the XY problem before? http://xyproblem.info/

Ba Quan Truong (11/29/2018 15:25:23 PST):
>██████████████████████████████████████████████████████████████████
██████████████████████

Tobias Henry Wooldridge (11/29/2018 15:26:42 PST):
>████████████

Tobias Henry Wooldridge (11/29/2018 15:27:02 PST):
>██████████████████████████████

Tobias Henry Wooldridge (11/29/2018 15:27:50 PST):
>████████████████████████

Tobias Henry Wooldridge (11/29/2018 15:28:09 PST):
>@Minghao████████████████████████████████████████████

Tobias Henry Wooldridge (11/29/2018 15:28:22 PST):
>██████████████████████████████████

Swathi Raghavadoss Nirmala (11/29/2018 15:28:28 PST):
>████████████████████████

Tobias Henry Wooldridge (11/29/2018 15:29:00 PST):
>████████████████████████

Tobias Henry Wooldridge (11/29/2018 15:29:17 PST):
>████████████████████

Ba Quan Truong (11/29/2018 15:29:58 PST):
>@Minghao, ██████████████████████████████████████████████

Ba Quan Truong (11/29/2018 15:30:16 PST):
>████████████████████████?

Tobias Henry Wooldridge (11/29/2018 15:30:24 PST):
>Stepping back further, could you answer why you want to solve that question? :P

Tobias Henry Wooldridge (11/29/2018 15:30:26 PST):
>What is the end goal?

Ba Quan Truong (11/29/2018 15:42:19 PST):
>██████████████████████████████████████████████@Minghao,████████

Tobias Henry Wooldridge (11/29/2018 15:49:25 PST):
>I'm confused; that doesn't answer the question

Tobias Henry Wooldridge (11/29/2018 15:52:54 PST):

>It feels like we've gone in circles for 1:30 hours. What is the question you are looking to answer?

Ba Quan Truong (11/29/2018 15:57:06 PST):
>Sorry. Does it answer your question?

Tobias Henry Wooldridge (11/29/2018 15:57:14 PST):
>Nope

Ba Quan Truong (11/29/2018 15:57:21 PST):
>???

Tobias Henry Wooldridge (11/29/2018 15:57:22 PST):
>Why are you trying to understand it?

Tobias Henry Wooldridge (11/29/2018 15:57:26 PST):
>What will this lead to?

Tobias Henry Wooldridge (11/29/2018 15:57:36 PST):
> ███████████████████████ ██ ██      ██ ██ ██ ██

Tobias Henry Wooldridge (11/29/2018 15:58:22 PST):
>The secrecy here is insane

Minghao Wang (11/29/2018 16:00:54 PST):
███████████████████████ ██ ██ ████████████████████

Ba Quan Truong (11/29/2018 16:04:32 PST):
>??? it's very simple, right? we just want to know ████████████████████████████████████████████

Tobias Henry Wooldridge (11/29/2018 16:04:50 PST):
>Why do you want to know the answer to that though

Minghao Wang (11/29/2018 16:05:43 PST):
████████████████████████████████████

Minghao Wang (11/29/2018 16:06:06 PST):
███████████████████████████

Minghao Wang (11/29/2018 16:09:33 PST):
>@Brian, ████████████████████████████████████████.

Tobias Henry Wooldridge (11/29/2018 16:09:44 PST):
>I'm 100% happy to answer your questions -- frankly I've already drafted all of the answers on the sunday
night diff -- but this is super weird/sneaky/secretive and that is counter Facebook culture :(

Tobias Henry Wooldridge (11/29/2018 16:10:07 PST):
>I don't understand the lack of a straight answer here

Ba Quan Truong (11/29/2018 16:21:19 PST):
>@Tobias, I'm not sure what you are looking for here? We are very straightforward, we are doing an
analysis and ███████████████████████████████████
> ███████████████ It's the roadmap season, time to brainstorm and explore, right? :) █████████
>Thanks, @Minghao! ██████████████      If we couldn't figure it out, we will schedule a meeting but
██ ██ ████ ██

Minghao Wang (11/29/2018 16:29:13 PST):
████████████████████████████████████████████████ @Brian ██ ██ ██
████████████████████████████████████████       t?