# Proposed Redacted Version of Exhibit 31 to the Reply to Motion for Sanctions
# (Dkt No. 813-9)

# EXHIBIT 31

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

From: Abhinav Anand ███████
Sent: 8/17/2022 7:21:39 PM
To: Oxana Pelc ███████
Subject: Re: [tasks] ███████ Abhinav Anand

**RECENT ACTIVITY**

**Abhinav Anand** assigned the task to **Emeka Izegbu**

**Abhinav Anand** commented:
Emeka Izegbu Here is a relevant task for this ask - ███████

Comment · Close · Unsubscribe · Assign · Add Subscribers · Tag · Set Priority · Star

| | |
|---|---|
| STATUS | **Open** |
| PRIORITY | High |
| PROGRESS | **None** |
| SIZE | None |
| OWNER | **Emeka Izegbu** |
| CREATED | Aug 17 at 5:38 PM by Abhinav Anand |
| DESCRIPTION |  |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PIXEL_HEALTH000318482

TAGS

SUBSCRIBERS

COMMENT HISTORY

**Abhinav Anand**
Emeka Izegbu Here is a relevant task for this ask -
Aug 17 at 7:14 PM

**Emeka Izegbu**

Aug 17 at 5:46 PM

**Butterfly Bot**
Hi Abhinav Anand,

Thanks,

Aug 17 at 5:38 PM

Customize your notifications at Email Settings

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                          PIXEL_HEALTH000318483