Proposed Redacted Version of Exhibit 37 to the Reply to Motion for Sanctions (Dkt. No. 813-15)

# EXHIBIT 37

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| From: | Abhinav Anand [▮] |
| Sent: | 2/15/2023 3:23:22 PM |
| To: | Michael Manhard [▮]; Abhinav Anand [▮]; Jonathan Samson [▮]; Manish Singhal [▮] |
| Subject: | Message summary |
| Attachments: | ▮ |

```
Michael Manhard (2/15/2023 09:09:19 PST):
>▮

Manish Singhal (2/15/2023 09:24:15 PST):
>▮

Michael Manhard (2/15/2023 09:25:54 PST):
>▮ ▮ ▮ ▮

Manish Singhal (2/15/2023 10:04:39 PST):
▮ ▮

Manish Singhal (2/15/2023 10:04:39 PST):
>seems we got it

Manish Singhal (2/15/2023 10:04:51 PST):
>and this as well

Manish Singhal (2/15/2023 10:04:54 PST):
▮ ▮

Michael Manhard (2/15/2023 10:10:08 PST):
>Nice!!

Manish Singhal (2/15/2023 10:10:33 PST):
>We need to check for ▮ as well

Manish Singhal (2/15/2023 10:10:59 PST):
>▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮ ▮

Manish Singhal (2/15/2023 10:11:27 PST):
>any way to check ▮ ▮ ▮

Michael Manhard (2/15/2023 10:12:01 PST):
>I haven't looked deeply into ▮ ▮ Abhinav would know better than me

Manish Singhal (2/15/2023 10:12:33 PST):
>▮ ▮ ▮ ▮ ▮ ▮

Michael Manhard (2/15/2023 10:12:40 PST):
>Sounds good to me

Manish Singhal (2/15/2023 10:14:48 PST):
>@Abhinav on this, please chime in whenever you get time.

Manish Singhal (2/15/2023 10:20:01 PST):
>▮

Manish Singhal (2/15/2023 10:39:11 PST):
>▮ ▮ ▮ ▮

Abhinav Anand (2/15/2023 10:53:43 PST):
>▮ ▮ ▮

Abhinav Anand (2/15/2023 10:56:00 PST):
>▮ ▮ ▮ ▮ ▮
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          PIXEL_HEALTH000644402

>
>BTW as far as I recall

Abhinav Anand (2/15/2023 11:06:34 PST):

Manish Singhal (2/15/2023 11:07:44 PST):

Jonathan Samson (2/15/2023 11:44:24 PST):

Jonathan Samson (2/15/2023 11:44:26 PST):

Abhinav Anand (2/15/2023 11:49:47 PST):
>Manish looked into this a month ago,
>

Jonathan Samson (2/15/2023 11:51:04 PST):
>Ok, we'll

Manish Singhal (2/15/2023 12:26:35 PST):
>

Michael Manhard (2/15/2023 12:28:44 PST):
>Just curious, how did we

Manish Singhal (2/15/2023 12:29:59 PST):
>we saw this while                                                it caught the attention.

Manish Singhal (2/15/2023 12:30:11 PST):
>

Manish Singhal (2/15/2023 12:31:30 PST):
>Thanks @Michael launching too many things today 😊

Michael Manhard (2/15/2023 12:31:59 PST):
>#movefast

Abhinav Anand (2/15/2023 13:02:39 PST):
>

Abhinav Anand (2/15/2023 13:08:25 PST):
>

Manish Singhal (2/15/2023 13:41:04 PST):
>

Michael Manhard (2/15/2023 15:16:47 PST):
>
>
>- d

>

Jonathan Samson (2/15/2023 15:18:51 PST):
>Don't think I have

Michael Manhard (2/15/2023 15:23:22 PST):
>Does anyone have an issue with me

https:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PIXEL_HEALTH000644403

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                           PIXEL_HEALTH000644404