# Proposed Redacted Version of Exhibit 28 (Corrected) to the Reply to Motion for Sanctions (Dkt. No. 842-4)

# CORRECTED
# EXHIBIT 28

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
    _____
 4
     IN RE: META PIXEL              )
 5   HEALTHCARE LITIGATION          )
                                    )
 6                                  )
                                    ) NO. 3:22-cv-3580-WHO
 7   This document relates to:      )
                                    )
 8   Case 3:22-cv-3580-WHO(Doe)     )
                                    )
 9
    _____
10
                     VIDEO-RECORDED DEPOSITION
11                  UPON ORAL EXAMINATION OF
12                      TOBIAS WOOLDRIDGE
    _____
13
14
15                         8:45 A.M.
16                      JANUARY 31, 2025
17              LOCATION: BELLEVUE, WASHINGTON
18
                    **HIGHLY CONFIDENTIAL**
19
20
21
22
23
24
     REPORTED BY:  VICKY L. PINSON, RPR-CCR Washington 2559
25                 California No. 9845; Oregon No. 16-0442
```

```
                                              Page 122
          *** HIGHLY CONFIDENTIA122**
 1    And so in this particular case Meta
 2  ████████████████████████████████████
 3  ████████████████████████████████████
 4  ██████████████████████████ --
 5  ████████████████████████
 6  ██████████████████████████
 7  ██████████.
 8    Q. So, I'm sorry, I don't think that answers my
 9  question. Why were you looking at the Pixel ████
10  ████████████████████████████████████████
11  ████████████████████████████████████████
12  ████ instead of looking at the JavaScript code on
13  each website?
14          MS. MCCLOSKEY: Object to form. Asked and
15  answered. Calls for speculation.
16    A. Again, in this particular case, this was
17  ████████████████████████████████████
18  ██████████. In this particular case it is a
19  ████████████████████, again, which are not
20  necessarily ████████████████████████
21  ████████████████████████████ It is much more
22  expensive than -- you know, it's quite expensive.
23    Q. What is quite expensive?
24          MS. MCCLOSKEY: Object to form.
25    A. The number of websites to which protections
```

```
                                              Page 123
          *** HIGHLY CONFIDENTIA123**
 1  were applied.
 2    Q. But what is expensive about -- responsive to
 3  my question about why you ████████████████
 4  ████████████████████████████████████
 5  ████████████████████████████
 6          MS. MCCLOSKEY: Object to form. Asked and
 7  answered. I think this is the third time you've asked
 8  this question.
 9    A. I mean, ████████████████████████
10  ████████████████████████████████████
11  ████████████████████████████████
12  ████████████████████████
13    Q. I'm sorry, Mr. Wooldridge --
14    A. ████████████████████████.
15    Q. ████████████████████████████████
16  ████████.
17          MS. MCCLOSKEY: Object to form. Vague.
18    A. In this particular capacity, to look at those
19  ████████████████████████████████████
20  ████████████████████████████████████
21  ████████████████████████
22    Q. And then this question, though, is about
23  specifically Pixel ████████████████████████
24  ████████████████████████████
25  ████████████████████████████████
```

```
                                              Page 124
          *** HIGHLY CONFIDENTIA124**
 1  manually and inspect the JavaScript at each one of
 2  those domains. ████████████████████████
 3  ████████████████████████████████████████
 4  ████████
 5          MS. MCCLOSKEY: Object to form. Asked and
 6  answered. Mischaracterizes the document.
 7    A. If you did want to know very precisely what
 8  happened to each specific website, visiting those
 9  specific websites would make sense.
10    Q. But you didn't do that in this case. You
11  ████████████████████████████████████████
12  ████████████████ Is that correct?
13    A. I cannot recall ████████████████████
14  ████████████████
15    Q. The next bullet point you say: ████████
16  ████████████████████████████████████
17  ████████████████
18    Do you see that?
19    A. I do see that.
20    Q. ████████████████████████████████████
21  ████████████
22    A. ████████████████████████████████████
23  ████████████████
24    Q. Why wouldn't you ████████████████████?
25          MS. MCCLOSKEY: Object to form.
```

```
                                              Page 125
          *** HIGHLY CONFIDENTIA125**
 1    A. ████████████████████
 2    Q. But that's not what you did. Correct?
 3          MS. MCCLOSKEY: Object to form.
 4    A. I can't remember exactly what I did then.
 5    Q. Okay. Let's do A6. Do we have it? Here it
 6  is. We are on 15. It should end in -- Exhibit 15
 7  should end in 109590. Let me know when you're ready,
 8  Mr. Wooldridge.
 9      (Exhibit 15 was marked for identification.)
10    A. I've read the document.
11    Q. Okay. What is this chat about?
12          MS. MCCLOSKEY: Object to form.
13    A. The first message says that it is related to
14  ████████████████████.
15    Q. And down below, Leela Krishna Poola says: We
16  ████████████████████████.
17    Do you see that, on June 30, 2022?
18    A. I see his message later in that conversation.
19    Q. ████████████████████████████████?
20          MS. MCCLOSKEY: Object to form.
21    A. ████████████████████████████████████
22  ████████████████████ Something I mentioned
23  earlier is that ████████████████████████
24  ████████████████████████████████████████
25  ████████████████████████████████████████
```

32 (Pages 122 - 125)

```
                                                    Page 154
                    *** HIGHLY CONFIDENTIA154**
 1    A.  I do not.
 2    Q.  Okay.
 3
 4
 5
 6
 7
 8
 9                      relating to this product?
10        MS. MCCLOSKEY:  Object to form.  Vague.
11  Compound.
12    A.
13
14
15    Q.
16    A.
17    Q.
18        MS. MCCLOSKEY:  Object to form.
19    A.  As we've discussed previously,
20                              .
21    Q.  Okay.  With respect to this particular
22
23
24        MS. MCCLOSKEY:  Object to form.
25    Q.  (By Mr. Barnes)  If you -- I'll give you, on
```

```
                                                    Page 155
                    *** HIGHLY CONFIDENTIA155**
 1
 2
 3
 4
 5
 6    A.  Yeah.
 7
 8              .  I don't have a precise recollection of
 9  dates, and it says
10                                             So I
11  would rather not assume.
12    Q.  You don't have a precise recollection, and I
13  will not hold you to a specific date.  To the best of
14  your recollection, when was it           ?
15    A.  Honestly, I would be guessing.  I'm sorry.
16    Q.
17
18
19        MS. MCCLOSKEY:  Object to form.  Asked and
20  answered.
21    A.
22
23
24
25    Q.  Okay.  We're going to move on.  The first
```

```
                                                    Page 156
                    *** HIGHLY CONFIDENTIA156**
 1  document is 686808.  It is going to be Exhibit 23.  The
 2  second document is 109836, and it is going to be
 3  Exhibit 24.
 4        (Exhibit 23 was marked for identification.)
 5        (Exhibit 24 was marked for identification.)
 6    Q.  (By Mr. Barnes)  Is -- you've finished
 7  reviewing Exhibit 23?
 8    A.  I have reviewed 23, yes.
 9    Q.  Is this a              from what we just
10  discussed in Exhibits 20, 21, and 22
11                              ?
12    A.
13    Q.  Okay.              of this proposal?
14    A.  The metadata says Manish Singhal.
15    Q.  And up at the top right corner it says Manish
16  Singhal is the author.  Correct?
17    A.  It does say that.
18    Q.  Can you explain
19
20
21
22              ?
23        MS. MCCLOSKEY:  Object to form.  Vague and
24  ambiguous.
25    A.
```

```
                                                    Page 157
                    *** HIGHLY CONFIDENTIA157**
 1
 2
 3
 4
 5                         Right?
 6
 7                         .  Right?  As an
 8  example,
 9
10
11    In this particular case,
12
13               .
14    Q.  Let me just be particular.  So when you say,
15
16
17      .  Correct?
18    A.  Yes.  Thank you for clarifying that.
19    Q.  Okay.
20
21
22        MS. MCCLOSKEY:  Object to form.  Are you
23  pointing him to somewhere in the document?
24        MR. BARNES:  No.  I want to know his plain
25  English explanation                  .
```

40 (Pages 154 - 157)