UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: February 19, 2025 | Time: 16 minutes 2:32 p.m. to 3:08 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 22-cv-03580-WHO | Case Name: In Re Meta Pixel Healthcare Litigation | |

**Attorneys for Plaintiff:** Geoffrey A. Graber and Jay Barnes
**Attorneys for Defendant:** Elizabeth McCloskey and Darcy Harris
(Nikki Sokol, client representative, present)

**Deputy Clerk:** Jean Davis          **Court Reporter:** Anne Roldan

PROCEEDINGS

Hearing on Motion for Sanctions conducted via videoconference. The Court provides a brief history and summary of the issue being considered. Argument of counsel heard. The motion is taken under submission. Lead counsel appearing at the hearing are directed to meet and confer concerning the implications stemming from the lost data and the extent to which the information contained in the not-preserved tables is already included in any other data source maintained and produced by Meta for the timeframe at issue (*i.e.*, if Meta had preserved data from the two tables at issue when it preserved the other responsive table data).

Case management conference issues addressed briefly, particularly the pace of production of discovery.