Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br>CLASS ACTION |
| This Document Relates To:<br><br>All Actions | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hon. William H. Orrick III |

## I. INTRODUCTION

This is a privacy case concerning Defendant Meta's unlawful tracking, collection, and monetization of Plaintiffs' private health information from Health Care Provider web-properties. Pursuant to Civil Local Rule 79-5(c) and the Stipulated Protective Order entered by the Court on May 16, 2023 (Dkt. 242),[1] Plaintiffs request that the Court find that Plaintiffs' private health information should be filed under seal.

Specifically, Plaintiffs seek to seal the following portion of Plaintiffs' Opposition to Meta's Motion to Compel Plaintiffs to Proceed Using Their Identities, which refers to Plaintiffs' private health information:

| Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|
| Plaintiffs' Opposition to Meta's Motion to Compel Plaintiffs to Proceed Using Their Identities | Highlighted portion of page 5 | Contains the Named Plaintiffs' medical conditions for which they sought information or treatment. |

Disclosure of this highly sensitive information would be antithetical to the heart of this case—Plaintiffs' desires to prevent their private health information from being disclosed to third parties.

Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5.

## II. LEGAL ARGUMENT

To explain why Plaintiffs must proceed pseudonymously, Plaintiffs, in their Opposition to Meta's Motion to Compel Plaintiffs to Proceed Using Their Identities, refer to some of the private health information they allege Meta intercepted. It is this information Plaintiffs would like redacted from the public filing.[2]

---

[1] The parties have stipulated to an amendment of the protective order, *see* Dkt. 844, which Judge DeMarchi indicated the Court "is prepared to approve," pending the parties' submission of "a complete revised protective order, incorporating the new provisions (and any other prior amendments)" Dkt. 849. The revised protective order was filed today. *See* Dkt. 884. However, the amendment does not alter the protection for Plaintiffs' private health information.

[2] The same information has been redacted in the operative Complaint.

The "good cause" standard applies to Plaintiffs' sealing request because Meta's Motion is unrelated to the merits of this case. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 580 U.S. 815 (2016). Good cause exists to seal "confidential medical and health information." *Ennis v. Aetna Life Ins. Co.*, No. 3:18-cv-01617-WHO, 2018 U.S. Dist. LEXIS 163442, at *10 (N.D. Cal. Sept. 24, 2018) (Orrick, J.) (finding "good cause shown" to seal information protected by HIPAA and the California Constitution); *see also Vangieson v. Austin*, No. 20cv1033-LAB-LL, 2021 U.S. Dist. LEXIS 166040, at *3-4 (S.D. Cal. Aug. 16, 2021) (finding good cause to redact "sensitive and private health information"); *Turner v. United States*, No. 17-cv-02265-WHO, 2018 U.S. Dist. LEXIS 229612, at *13 (N.D. Cal. Oct. 9, 2018) (Orrick, J.) (sealing certain exhibits containing medical records or information from medical records). Plaintiffs' private medical information, in particular, should also be protected because disclosure would exacerbate the privacy harms that Plaintiffs seek to redress.

Plaintiffs' request for sealing is narrowly tailored because it seeks sealing of only one portion of one sentence of their brief—the portion that contains the Named Plaintiffs' medical conditions for which they sought information or treatment.

## III. CONCLUSION

Plaintiffs' respectfully ask the Court to seal the information identified above.

Dated: February 21, 2025

By: */s/ Jason 'Jay' Barnes*
**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600

Fax: 202-408-4699

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 21, 2025

*/s/ Nicole Ramirez Jones*
Nicole Ramirez Jones