Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br>CLASS ACTION |
| This Document Relates To:<br><br>All Actions | **CERTIFICATE OF SERVICE**<br><br>Hon. William H. Orrick |

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I served a true and correct copy of the following documents:

1. Plaintiffs' Opposition To Defendant Meta Platforms, Inc.'s Motion To Compel Plaintiffs To Proceed Using Their Identities (Unredacted version)

upon the following counsel by electronic mail:

Abigail A. Barrera
Email: abarrera@gibsondunn.com
Elizabeth K. McCloskey
Email: EMcCloskey@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200

Attorneys for Defendant
META PLATFORMS, INC.

Gregg Costa
Email: gcosta@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600

Darcy C. Harris
Email: dharris@gibsondunn.com
Lauren R Goldman
Email: LGoldman@gibsondunn.com
Leesa Haspel
Email: lhaspel@gibsondunn.com
David F. Crowley-Buck
Email: dcrowleybuck@gibsondunn.com
GIBSON, DUNN AND CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000

Executed on February 21, 2025, at Beverly Hills, California.

Jessica Mendez