| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice* | Geoffrey Graber, CSB #211547 |
| Email: jaybarnes@simmonsfirm.com | Email: ggraber@cohenmilstein.com |
| SIMMONS HANLY CONROY LLC | COHEN MILSTEIN SELLERS |
| 112 Madison Avenue, 7th Floor |   & TOLL PLLC |
| New York, New York 10016 | 1100 New York Avenue NW, Fifth Floor |
| Telephone: (212) 784-6400 | Washington, DC 20005 |
| Facsimile: (212) 213-5949 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803 | Beth E. Terrell, CSB #178181 |
| Email: koncius@kiesel.law | Email: bterrell@terrellmarshall.com |
| KIESEL LAW LLP | TERRELL MARSHALL LAW |
| 8648 Wilshire Boulevard |   GROUP PLLC |
| Beverly Hills, California 90211 | 936 North 34th Street, Suite 300 |
| Telephone: (310) 854-4444 | Seattle, Washington 98103 |
| Facsimile: (310) 854-0812 | Telephone: (206) 816-6603 |
| | Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, CSB #298541 |
| | Email: amm@classlawgroup.com |
| [*Additional counsel listed on signature page*] | GIBBS LAW GROUP LLP |
| | 1111 Broadway, Suite 2100 |
| | Oakland, California 94607 |
| | Telephone: (510) 350-9700 |
| | Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br>ORDER GRANTING **STIPULATED MOTION FOR RELIEF FROM DEADLINE IN DKT. 850**<br><br>CLASS ACTION<br><br>The Honorable Virginia K. DeMarchi<br>Re: Dkt. No. 897 |

STIPULATED MOTION FOR RELIEF FROM DEADLINE IN DKT. 850 - 1
Case No. 3:22-cv-3580-WHO (VKD)

**STIPULATED MOTION**

On January 15, 2025, the Court ordered Plaintiffs to serve their 30(b)(6) deposition notice by the following week and that "[t]he parties shall promptly confer regarding disagreements regarding the topics in Plaintiffs' Rule 30(b)(6) deposition notice." Dkt. 772.

Plaintiffs served their 30(b)(6) deposition notices on January 20, 2025 and January 24, 2025.

On February 18, 2025, the Court ordered that "[a]ny dispute about plaintiffs' Rule 30(b)(6) deposition notice to Meta must be submitted for resolution no later than March 11, 2025." Dkt. 850.

On February 12 and February 14, 2025, the parties informally discussed some of Meta's concerns as to the 30(b)(6) notices.

Meta served objections to Plaintiffs' 30(b)(6) notices on March 10, 2025.

In order to ensure that the parties are able to fully discuss their disputes before seeking relief from the Court, while at the same time recognizing the goals of Dkt. 850 to prevent delay, the parties jointly move pursuant to Rule 26 and the Court's inherent power to control the case schedule that the Court enter the following order:

1. The deadline for the parties to submit any disputes about Plaintiffs' Notices of 30(b)(6) deposition shall be extended to March 20, 2025.
2. At least one member of each party's lead counsel team must attend a final meet-and-confer concerning Meta's 30(b)(6) objections by March 14, 2025.
3. Plaintiffs must send Meta any draft joint letter briefs on any 30(b)(6) issues remaining after this conference by March 17, 2025.
4. Meta must return its response(s) to Plaintiffs by March 19, 2025 for filing on March 20, 2025.
5. If either party fails to meet any of these deadlines, the other party may file a unilateral motion for appropriate relief as to the 30(b)(6) deposition.

STIPULATED MOTION FOR RELIEF FROM DEADLINE IN DKT. 850 - 2
Case No. 3:22-cv-3580-WHO (VKD)

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 11th day of March, 2025.

| | |
|---|---|
| By: /s/ *Jason 'Jay' Barnes* <br> Jason 'Jay' Barnes | By: /s/ *Lauren R. Goldman* <br> Lauren R. Goldman |
| *Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Defendant Meta Platforms, Inc.* |
| **SIMMONS HANLY CONROY LLC** <br> Jason 'Jay' Barnes (admitted *pro hac vice*) <br>   *jaybarnes@simmonsfirm.com* <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> Tel:   212-784-6400 <br> Fax:  212-213-5949 <br><br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> Geoffrey Graber, State Bar No. 211547 <br>   *ggraber@cohenmilstein.com* <br> 1100 New York Avenue NW, Fifth Floor <br> Washington, DC 20005 <br> Tel:   202-408-4600 <br> Fax:  202-408-4699 <br><br> **KIESEL LAW LLP** <br> Jeffrey A. Koncius, State Bar No. 189803 <br>   *koncius@kiesel.law* <br> 8648 Wilshire Boulevard <br> Beverly Hills, CA 90211 <br> Tel:   310-854-4444 <br> Fax:  310-854-0812 <br><br> **TERRELL MARSHALL LAW GROUP PLLC** <br> Beth E. Terrell, State Bar No. 178181 <br>   *bterrell@terrellmarshall.com* <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Tel.:  206-816-6603 <br> Fax:  206-319-5450 | **GIBSON, DUNN & CRUTCHER LLP** <br> Lauren R. Goldman (*pro hac vice*) <br> lgoldman@gibsondunn.com <br> Darcy C. Harris (*pro hac vice*) <br> dharris@gibsondunn.com <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone:  (212) 351-4000 <br> Facsimile:   (212) 351-4035 <br><br> Elizabeth K. McCloskey (SBN 268184) <br> emccloskey@gibsondunn.com <br> Abigail A. Barrera (SBN 301746) <br> abarrera@gibsondunn.com <br> One Embarcadero Center, Suite 2600 <br> San Francisco, CA 94111 <br> Telephone:  (415) 393-8200 <br> Facsimile:   (415) 393-8306 |

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:         510-350-9701

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2025

Virginia K. DeMarchi
United States Magistrate Judge

STIPULATED MOTION FOR RELIEF FROM DEADLINE IN DKT. 850 - 4
Case No. 3:22-cv-3580-WHO (VKD)