# Joint Letter Brief re: Mr. Zuckerberg's Deposition

*Filed under seal*