| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:   212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:   202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:   310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated<br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |

WHEREAS, on September 24, 2024, the Court entered the parties' proposed case schedule (ECF 655);

WHEREAS, the parties have made substantial progress since September 2024, but need 42 additional days to complete fact discovery;

WHEREAS, the parties have continued to encounter difficulty scheduling some of the Rule 30(b)(1) depositions due to existing personal circumstances with several witnesses;

WHEREAS, the parties continue to work towards resolution of disputes regarding Plaintiffs' Notices of 30(b)(6) deposition;

WHEREAS, on March 11, 2025, the parties submitted a stipulation to the Court regarding the extension of deadlines for the parties to resolve disputes about Plaintiffs' Notices of 30(b)(6) deposition (ECF 897);

WHEREAS, both parties continue to meet-and-confer to attempt to resolve discovery disputes regarding document production and additional time is needed to resolve those disputes and for the possible production of disputed documents;

WHEREAS, the parties agree that the existing schedule sets forth an appropriate amount of time between the end of fact discovery and the deadline for the Plaintiffs' motion for class certification (and Plaintiffs' class expert reports);

WHEREAS, the parties agree that the existing schedule sets forth appropriate intervals for Meta to submit its opposition to class certification and for Plaintiffs to submit their reply in support of class certification;

WHEREAS, the parties agree that the fact discovery deadline—and the corresponding deadlines for class certification briefing and hearing — should be extended by 42 days.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to Court approval, that the new case schedule deadlines are as follows (modifications in bold font):

| Event | Current Deadline | Proposed Modified Schedule |
|---|---|---|
| Deadline for First Settlement Conference | Friday, May 9, 2025 | **Friday, June 20, 2025** |

1

| Event | Current Deadline | Proposed Modified Schedule |
|---|---|---|
| Close of Fact Discovery, Except For Further Production of Data from Data Sets That the Parties Agreed to Sample Before a Decision Regarding Class Certification | Friday, April 18, 2025 | **Friday, May 30, 2025** |
| Motion for Class Certification (and Plaintiffs' class expert reports) | Friday, June 27, 2025 | **Friday, August 8, 2025** |
| Opposition to Class Certification (and Meta's class expert reports) | Friday, September 5, 2025 | **Friday, October 17, 2025** |
| Reply in Support of Class Certification (and Plaintiffs' class expert reply reports) | Friday, November 7, 2025 | **Friday, December 19, 2025** |
| Hearing on Class Certification Motion | Wednesday, December 3, 2025 | **Wednesday, January 14, 2026** |
| Parties meet-and-confer regarding (1) further production of data from data sets that the parties agreed to sample before class certification and deadline for such productions, and (2) modifications to merits expert report deadlines as necessary to accommodate such productions. | 30 Days After a Court Order Certifying a Class (If a Class Is Certified) | |
| Meta will produce from the tables that the parties previously agreed to sample additional data necessary to identify the class members, to the extent that information is in Meta's possession and is reasonably accessible. | 90 Days After a Court Order Certifying a Class (If a Class Is Certified) | |
| Opening Expert Reports (merits and non-class) | Friday, March 13, 2026 | |
| Rebuttal Expert Reports (merits and non-class) | Friday, April 24, 2026 | |
| Reply Expert Reports (merits and non-class) | Friday, June 5, 2026 | |
| Expert Discovery Deadline | Friday, July 17, 2026 | |

| Event | Current Deadline | Proposed Modified Schedule |
|---|---|---|
| Dispositive and Daubert Motions Shall be Filed | Friday, July 31, 2026 | |
| Oppositions to Dispositive and Daubert Motions Shall be Filed | Friday, August 28, 2026 | |
| Reply to Dispositive and Daubert Motions Shall be Filed | Friday, September 25, 2026 | |
| Pre-Trial Conference | Friday, November 13, 2026 at 2:00 p.m. | |
| Trial | Wednesday, February 3, 2027 at 8:30 a.m. by Jury | |

Dated: March 17, 2025         /s/ Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

By: /s/ Jay Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603

Fax: 206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
 amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

Dated: March 17, 2025        **GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ Lauren Goldman
     Lauren Goldman

LAUREN R. GOLDMAN (admitted *pro hac vice*)
DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

*Attorneys for Meta Platforms, Inc.*

---

4
STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE
PURSUANT TO STIPULATED DISCOVERY AGREEMENT
CONSOLIDATED CASE NO. 3:22-cv-03580-WHO (VKD)

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric A. Kafka, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 17, 2025                              */s/ Eric Kafka*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____   _____
Hon. William H. Orrick
United States District Court Judge