Redacted Version of the Notice of Errata Attaching Corrected Exhibits to Dkt. 814
(Dkt. No. 842-3)

| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:     212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:     202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:     310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:    206-816-6603<br>Fax:    206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated.<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:    510-350-9700<br>Fax:    510-350-9701 |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**NOTICE OF ERRATA ATTACHING CORRECTED EXHIBITS TO PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR SANCTIONS AGAINST DEFENDANT META PLATFORMS, INC.** |

PLEASE TAKE NOTICE that Plaintiffs are resubmitting corrected exhibits to Plaintiffs' Reply in Support of Their Motion for Sanctions Against Defendant Meta Platforms, Inc., Dkt. 814, as set forth below:

    1.    Plaintiffs' Reply attached Ex. 28, a Rough Transcript of the Deposition of Tobias Wooldridge. At the time of filing, a Final Transcript was not ready for submission. The attached Corrected Exhibit 28 is the official transcript that was received by Plaintiffs on February 8, 2024. The following citations to the Wooldridge Deposition are corrected as follows:

| Rough Transcript | Final Transcript |
|---|---|
| 118:7-14 | 124:15-23 |
| 147:24-149:9 | 154:12-155:23 |
| 148:8-149:10 | 154:21-155:23 |

    2.    Plaintiffs' Reply attached Exhibit 29, PIXEL_HEALTH000064. Plaintiffs attach Corrected Exhibit 29, a version of it (and legible excerpts) stamped as Exhibit 1 to the Wooldridge Deposition. The pertinent portion appears on page 19, a screenshot of which is pasted here:



    3.    Plaintiffs' Reply attached a Demonstrative Timeline as Exhibit 38. Plaintiffs have discovered a typo in that exhibit. The attached Corrected Exhibit 38 fixes the typo. Specifically, the prior document had a typo stating that Meta launched the "█████████████" on Feb. 15, 2022 and began "preserving the █████████ table" on February 23, 2022. However, both of those events occurred in February 2023, not 2022. For the Court's

convenience, Plaintiffs have identified these changes with blue highlighting in the screenshot pasted below:



DATED: February 13, 2025

Respectfully submitted,

By: /s/ Geoffrey Graber
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
 ggraber@cohenmilstein.com
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

By: /s/ Jason 'Jay' Barnes
**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
 jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law

8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:     310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

/s/ Geoffrey Graber