# Exhibit 29 (Corrected) to the Reply to the Motion for Sanctions Against Meta and for a Hearing to Address Relief (Dkt. No. 842-5)

## DOCUMENT FILED UNDER SEAL