Redacted Version of Exhibit 38 (Corrected) to the Reply to the Motion for Sanctions Against Meta and for a Hearing to Address Relief
(Dkt. No. 842-6)

# CORRECTED
# EXHIBIT 38

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

## Timeline of Events for Pixel-Button-Clicks Spoliation (Corrected)

| DATE | EVENT | CITATION |
|---|---|---|
| Nov. 29, 2018 | Wooldridge explains "the data" in ▮▮▮ and ▮▮▮s▮▮▮ | Ex. 30 |
| Aug. 20, 2020 | Wooldridge creates upstream data flow diagram stating ▮▮▮ | Ex. 29 |
| June 17, 2022 | Plaintiffs file Dkt. 1, identifying Pixel Button Clicks as relevant. | Dkt. 1, ¶¶ 5, 8, 13-136 |
| June 24, 2022 | Wooldridge ▮▮▮ He later testifies that ▮▮▮ | Mot. Ex. 8 Wooldridge Dep. 118:7-14 |
| Aug. 17, 2022 | Meta's Abhinav Anand ▮▮▮ | Ex. 31 |
| Aug. 23, 2022 | Anand explains, ▮▮▮ | Ex. 32 |
| Aug. 25, 2022 | Plaintiffs file motion for preliminary injunction identifying Pixel Button Clicks as relevant. | Dkt. 46 |
| Sept. 22, 2022 | Meta's Manish Singhal ▮▮▮ | Mot. Ex. 10 |
| Oct. 2022 | Meta begins ▮▮▮ | Wooldridge Dep. 147:24-149:9 Ex. 34 |
| Oct. 17, 2022 | Meta opposes preliminary injunction with Wooldridge Declaration addressing Pixel Button Clicks. | Dkt. 76, Dkt. 76-2 |
| Dec. 10, 2022 | Meta's Singhal proposes ▮▮▮ | Ex. 35 |
| Dec. 22, 2022 | The Court rules on Plaintiffs' motion, with sections of the order focused on Pixel Button Clicks. | Dkt. 159 |
| Feb. 15, 2023 | Meta launches ▮▮▮ | Ex. 37 |
| Feb. 23, 2023 | Meta begins preserving the ▮▮▮ table. | Opp. at 8. |
| October 2024 | Meta finally admits that it did not preserve Pixel Button Clicks. | Mot. Ex. 3 (Meta's 2d Supp. Resp. to First Set of RFAs) |