March 24, 2025

Judge Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Re:   *In re Meta Pixel Healthcare Litigation*, Case No. 22-cv-03580-WHO (VKD)

**Joint Discovery Dispute Letter Brief Regarding 30(b)(6) Topics**

**Filed Under Seal**