Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
 GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>JURY TRIAL DEMAND<br><br>The Honorable William H. Orrick |

1    Plaintiffs certify that they have reviewed and complied with the Court's Standing Order

2  on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local

3  Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF

4  No. 242) Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s

5  ("Meta") materials should be sealed in connection with the Joint Discovery Dispute Letter Brief

6  regarding 30(b)(6) Topics that were designated as confidential by Defendant Meta Platforms,

7  Inc.

8                          **SIGNATURE ATTESTATION**

9    The CM/ECF user filing this paper attests that concurrence in its filing has been obtained

10  from its other signatories.

11    RESPECTFULLY SUBMITTED AND DATED this 24th day of March, 2025.

12                          SIMMONS HANLY CONROY LLC

13
                          By: /s/ Jason 'Jay' Barnes
14                            Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
                            Email: jaybarnes@simmonsfirm.com
15                            An V. Truong, *Admitted Pro Hac Vice*
                            Email: atruong@simmonsfirm.com
16                            Eric Steven Johnson, *Admitted Pro Hac Vice*
                            Email: ejohnson@simmonsfirm.com
17                            Jennifer M Paulson, *Admitted Pro Hac Vice*
                            Email: jpaulson@simmonsfirm.com
18                            112 Madison Avenue, 7th Floor
                            New York, New York 10016
19                            Telephone: (212) 784-6400

20

21

22

23

24

25

26

27

28

1

COHEN MILSTEIN SELLERS & TOLL PLLC

2

By: /s/ Geoffrey A. Graber

3

Geoffrey Aaron Graber, CSB #211547
Email: ggraber@cohenmilstein.com
Eric Alfred Kafka, *Admitted Pro Hac Vice*

4

Email: ekafka@cohenmilstein.com
Claire T. Torchiana, CSB #330232

5

Email: ctorchiana@cohenmilstein.com
1100 New York Avenue NW

6

Suite 500, West Tower

7

Washington, DC 20005
Telephone: (202) 408-4600

8

9

TERRELL MARSHALL LAW GROUP PLLC

10

By: /s/ Beth E. Terrell

11

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, CSB #190047

12

Email: asteiner@terrellmarshall.com
Ryan Tack-Hooper

13

Email: rtack-hooper@terrellmarshall.com

14

Benjamin M. Drachler, *Admitted Pro Hac Vice*
Email: bdrachler@terrellmarshall.com

15

936 North 34th Street, Suite 300

16

Seattle, Washington 98103
Telephone: (206) 816-6603

17

18

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law

19

Nicole Ramirez, CSB #279017
Email: ramirez@kiesel.law

20

Mahnam Ghorbani, CSB # 345360
Email: ghorbani@kiesel.law

21

Kaitlyn E. Fry, CSB #350768
Email: fry@kiesel.law

22

KIESEL LAW LLP
8648 Wilshire Boulevard

23

Beverly Hills, California 90211-2910
Telephone: (310) 854-4444

24

25

26

27

28

1

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28