UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER FOR CHAMBERS COPY RE MARCH 25, 2025 DISCOVERY LETTER AND EXHIBITS**<br><br>Re: Dkt. No. 930 |

The Court has not received a chambers copy of the parties' March 25, 2025 discovery letter and exhibits (Dkt. No. 930). The parties shall deliver a chambers copy of their March 25, 2025 discovery letter and exhibits by **April 1, 2025**. In compliance with Judge DeMarchi's Standing Order for Civil Cases, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

**IT IS SO ORDERED.**

Dated: March 31, 2025

Virginia K. DeMarchi
United States Magistrate Judge