United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To:

All Actions.

Case No. 22-cv-03580-WHO (VKD)

**ORDER GRANTING PLAINTIFFS' MOTION RE INCORRECTLY FILED DOCUMENT**

Re: Dkt. No. 945

Plaintiffs' motion regarding an incorrectly filed document (Dkt. No. 940) is granted.

**IT IS SO ORDERED.**

Dated: April 1, 2025

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge