UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE ANTICIPATED DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 951 |

The Court has reviewed defendant Meta's administrative motion, and related request for an expedited response, concerning the parties' current discovery disputes and anticipated discovery dispute letters. Dkt. No. 951. No response to this administrative motion is required, and it is denied without prejudice for the reasons explained below.

The Court cannot review and decide the number of discovery disputes the parties apparently contemplate submitting between now and the close of fact discovery on May 30, 2025.[1] The parties *must* exercise some discernment and judgment regarding discovery that is essential to the case, and they *must* limit the number of disputes that require Court intervention. In addition, the Court will not permit the parties to exceed (again)[2] the word limitations in the undersigned's standing order governing discovery disputes. However, nothing prevents the parties from submitting discovery dispute letters that are *shorter and streamlined.*

In any event, the Court will not entertain a dispute about how to submit discovery disputes to the Court. The Court will consider any reasonable stipulated request the parties may file.

---

[1] According to Meta, there as many as 19 disputes that the parties have not resolved and anticipate briefing to the Court.

[2] *See* Dkt. No. 927.

**IT IS SO ORDERED.**

Dated: April 4, 2025

                                     Virginia K. DeMarchi
                                     United States Magistrate Judge