UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE RE MARK ZUCKERBERG DEPOSITION**<br><br>Re: Dkt. No. 909 |
|---|---|

By **noon on April 10, 2025**, Meta shall file (1) the FTC Consent Order (to which the parties refer in their March 14, 2025 joint discovery letter brief, Dkt. No. 909) and (2) the entire transcript of Mr. Mudd's deposition. Meta need not submit chambers copies of these documents.

**IT IS SO ORDERED.**

Dated: April 9, 2025

Virginia K. DeMarchi
United States Magistrate Judge