UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE MR. MUDD'S DEPOSITION TRANSCRIPT** |
|---|---|

The Court has received an inquiry regarding its order, posted earlier today, for submission of Mr. Mudd's deposition transcript (Dkt. No. 961). Meta may email the entire deposition transcript to Judge DeMarchi's courtroom deputy at vkdcrd@cand.uscourts.gov by noon on April 10, 2025. Meta need file only the portions of the transcript that the parties cite in their March 14, 2025 discovery letter brief (Dkt. No. 909). Meta may have until April 28, 2025 to file those portions of Mr. Mudd's transcript, along with any associated sealing motions.

**IT IS SO ORDERED.**

Dated: April 9, 2025

Virginia K. DeMarchi
United States Magistrate Judge