| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice* <br> Email: jaybarnes@simmonsfirm.com <br> SIMMONS HANLY CONROY LLC <br> 112 Madison Avenue, 7th Floor <br> New York, New York 10016 <br> Telephone: (212) 784-6400 <br> Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547 <br> Email: ggraber@cohenmilstein.com <br> COHEN MILSTEIN SELLERS <br>   & TOLL PLLC <br> 1100 New York Avenue NW, Fifth Floor <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803 <br> Email: koncius@kiesel.law <br> KIESEL LAW LLP <br> 8648 Wilshire Boulevard <br> Beverly Hills, California 90211 <br> Telephone: (310) 854-4444 <br> Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181 <br> Email: bterrell@terrellmarshall.com <br> TERRELL MARSHALL LAW <br>   GROUP PLLC <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* <br><br> [*Additional counsel listed on signature page*] | Andre M. Mura, CSB #298541 <br> Email: amm@classlawgroup.com <br> GIBBS LAW GROUP LLP <br> 1111 Broadway, Suite 2100 <br> Oakland, California 94607 <br> Telephone: (510) 350-9700 <br> Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION <br><br> This Document Relates to: <br><br> All Actions. | Case No. 3:22-cv-3580-WHO (VKD) <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: April 29, 2025 <br> Time: 2:00 p.m. <br> Courtroom: Videoconference <br> Judge: The Honorable William H. Orrick |

**FILED UNDER SEAL**

JOINT CASE MANAGEMENT STATEMENT - 1
Case No. 3:22-cv-3580-WHO (VKD)