UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGAITON<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER GRANTING META'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 993 |
|---|---|

Meta's motion for leave to file a motion for reconsideration of the Court's April 10, 2025 Order re March 14, 2025 Discovery Dispute re Zuckerberg Deposition (Dkt. No. 966) is granted as follows: Meta shall file its motion for reconsideration by **April 30, 2025**. Plaintiffs' response shall be filed by **May 7, 2025**. There will be no reply. Unless otherwise ordered, the matter will be deemed submitted on the papers without oral argument. Civil L.R. 7-1(b).

The parties' respective briefs may not exceed 10 pages. The parties may submit materials necessary to support their arguments. However, any supporting affidavits or declarations must comply with Civil Local Rule 7-5(b), including that "[a]n affidavit or declaration may contain only facts" and "*must avoid conclusions and argument*." Civil L.R. 7-5(b) (emphasis added). An affidavit or declaration that does not comply with Civil Local Rule 7-5 "may be stricken in whole or in part." *Id*.

**IT IS SO ORDERED.**

Dated: April 28, 2025

Virginia K. DeMarchi
United States Magistrate Judge