UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER RE DEPOSITION OF JANE DOE VI**<br><br>Re: Dkt. No. 1016 |
|---|---|

Meta moves for an order compelling the deposition of named plaintiff Jane Doe VI. Dkt. No. 1016. Plaintiffs concede that Meta is entitled to take Jane Doe VI's deposition and that she failed to appear for her previously-noticed deposition. Plaintiffs' counsel represents that they have lost contact with Jane Doe VI and are presently unable to re-schedule her deposition. *Id.*

The Court grants Meta's motion to compel. As there has been no showing that Jane Doe VI is unable to appear for a deposition, the Court orders her to appear for a deposition no later than May 30, 2025, unless the parties stipulate to a date that is after the fact discovery deadline. No later than **May 9, 2025** at **4:00 p.m.**, plaintiffs' counsel shall advise Meta's counsel of the date or dates on which Jane Doe VI is available for deposition. If no such dates are identified, Meta may notice Jane Doe VI's deposition for a date and time Meta selects. If Jane Doe VI is indeed suffering from health issues[1] that impact her ability to testify in deposition, but that can be reasonably accommodated, such as by adjusting the duration, location, or means of taking her deposition, Meta's counsel shall endeavor to make such reasonable accommodations.

If Jane Doe VI fails to appear for deposition or otherwise fails to comply with this order,

---

[1] Plaintiffs refer only to unspecified health issues.

she and/or plaintiffs will be subject to sanctions as provided in Rule 37(d)(3) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: May 7, 2025

Virginia K. DeMarchi
United States Magistrate Judge

2