**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Case No. 3:22-cv-03580-WHO (VKD) <br><br> **DECLARATION OF LAUREN R. GOLDMAN REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Hon. William H. Orrick |

Gibson, Dunn & Crutcher LLP

DECLARATION OF LAUREN R. GOLDMAN REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:22-CV-03580-WHO (VKD)

I, Lauren R. Goldman, state and declare as follows:

1. I am an attorney licensed to practice in the State of New York. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta") in these actions. I am admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. In light of the Court's order at Dkt. No. 1004, Meta does not seek to seal any information contained in the documents that were filed provisionally under seal at Dkt. Nos. 980-3 and 980-4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of May 2025 in New York, New York.

*/s/ Lauren R. Goldman*
Lauren R. Goldman