UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**ORDER FOR FURTHER STATUS REPORT REGARDING REQUESTS FOR PRODUCTION NOS. 284-286**<br><br>Re: Dkt. No. 1028 |
|---|---|

Based on their May 19, 2025 status report (Dkt. No. 1028), the parties shall submit a further joint status report regarding plaintiffs' Requests for Production Nos. 284-286 by **May 27, 2025**.

**IT IS SO ORDERED.**

Dated: May 20, 2025

Virginia K. DeMarchi
United States Magistrate Judge