June 2, 2025

Judge Virginia K. DeMarchi
San Jose Courthouse, Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

**Re:** *In re Meta Pixel Healthcare Litigation*, **Case No. 22-cv-03580-WHO (VKD)**

**Joint Discovery Dispute Letter Brief Regarding
Healthcare Advertiser Revenue**

**Filed Under Seal**