| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice* <br> Email: jaybarnes@simmonsfirm.com <br> SIMMONS HANLY CONROY LLC <br> 112 Madison Avenue, 7th Floor <br> New York, New York 10016 <br> Telephone: (212) 784-6400 <br> Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547 <br> Email: ggraber@cohenmilstein.com <br> COHEN MILSTEIN SELLERS <br>   & TOLL PLLC <br> 1100 New York Avenue NW, Fifth Floor <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803 <br> Email: koncius@kiesel.law <br> KIESEL LAW LLP <br> 8648 Wilshire Boulevard <br> Beverly Hills, California 90211 <br> Telephone: (310) 854-4444 <br> Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181 <br> Email: bterrell@terrellmarshall.com <br> TERRELL MARSHALL LAW <br>   GROUP PLLC <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* <br><br> [*Additional counsel listed on signature page*] | Andre M. Mura, CSB #298541 <br> Email: amm@classlawgroup.com <br> GIBBS MURA LLP <br> 1111 Broadway, Suite 2100 <br> Oakland, California 94607 <br> Telephone: (510) 350-9700 <br> Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION <br><br> This Document Relates to: <br><br> All Actions. | Case No. 3:22-cv-3580-WHO (VKD) <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> JURY TRIAL DEMAND <br><br> The Honorable Virginia K. DeMarchi |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 1
Case No. 3:22-cv-3580-WHO (VKD)

1  Plaintiffs certify that they have reviewed and complied with the Court's Standing Order
2  on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local
3  Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF
4  No. 242) Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s
5  ("Meta") materials should be sealed in connection with the Joint Discovery Dispute Letter Brief
6  regarding Healthcare Advertiser Revenue that were designated as confidential by Defendant
7  Meta Platforms, Inc.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of June, 2025.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
    Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
    Email: jaybarnes@simmonsfirm.com
    An V. Truong, *Admitted Pro Hac Vice*
    Email: atruong@simmonsfirm.com
    Eric Steven Johnson, *Admitted Pro Hac Vice*
    Email: ejohnson@simmonsfirm.com
    Jennifer M Paulson, *Admitted Pro Hac Vice*
    Email: jpaulson@simmonsfirm.com
    112 Madison Avenue, 7th Floor
    New York, New York 10016
    Telephone: (212) 784-6400

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)

| | |
|---|---|
| 1 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 2 | By: /s/ Geoffrey A. Graber |
|   | Geoffrey Aaron Graber, CSB #211547 |
| 3 | Email: ggraber@cohenmilstein.com |
|   | Eric Alfred Kafka, *Admitted Pro Hac Vice* |
| 4 | Email: ekafka@cohenmilstein.com |
|   | Claire T. Torchiana, CSB #330232 |
| 5 | Email: ctorchiana@cohenmilstein.com |
|   | 1100 New York Avenue NW |
| 6 | Suite 500, West Tower |
| 7 | Washington, DC 20005 |
|   | Telephone: (202) 408-4600 |
| 8 | |
|   | TERRELL MARSHALL LAW GROUP PLLC |
| 9 | |
|   | By: /s/ Beth E. Terrell |
| 10 | Beth E. Terrell, CSB #178181 |
|    | Email: bterrell@terrellmarshall.com |
| 11 | Amanda M. Steiner, CSB #190047 |
|    | Email: asteiner@terrellmarshall.com |
| 12 | Ryan Tack-Hooper |
| 13 | Email: rtack-hooper@terrellmarshall.com |
|    | Benjamin M. Drachler, *Admitted Pro Hac Vice* |
| 14 | Email: bdrachler@terrellmarshall.com |
|    | 936 North 34th Street, Suite 300 |
| 15 | Seattle, Washington 98103 |
|    | Telephone: (206) 816-6603 |
| 16 | |
| 17 | Jeffrey A. Koncius, CSB #189803 |
| 18 | Email: koncius@kiesel.law |
|    | Nicole Ramirez, CSB #279017 |
| 19 | Email: ramirez@kiesel.law |
|    | Mahnam Ghorbani, CSB # 345360 |
| 20 | Email: ghorbani@kiesel.law |
|    | Kaitlyn E. Fry, CSB #350768 |
| 21 | Email: fry@kiesel.law |
| 22 | KIESEL LAW LLP |
|    | 8648 Wilshire Boulevard |
| 23 | Beverly Hills, California 90211-2910 |
|    | Telephone: (310) 854-4444 |
| 24 | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 3
Case No. 3:22-cv-3580-WHO (VKD)

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs*

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 4
Case No. 3:22-cv-3580-WHO (VKD)