| | |
|---|---|
| Jason 'Jay' Barnes, *Admitted Pro Hac Vice* <br> Email: jaybarnes@simmonsfirm.com <br> SIMMONS HANLY CONROY LLC <br> 112 Madison Avenue, 7th Floor <br> New York, New York 10016 <br> Telephone: (212) 784-6400 <br> Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547 <br> Email: ggraber@cohenmilstein.com <br> COHEN MILSTEIN SELLERS <br>   & TOLL PLLC <br> 1100 New York Avenue NW, Fifth Floor <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803 <br> Email: koncius@kiesel.law <br> KIESEL LAW LLP <br> 8648 Wilshire Boulevard <br> Beverly Hills, California 90211 <br> Telephone: (310) 854-4444 <br> Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181 <br> Email: bterrell@terrellmarshall.com <br> TERRELL MARSHALL LAW <br>   GROUP PLLC <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* <br><br> [*Additional counsel listed on signature page*] | Andre M. Mura, CSB #298541 <br> Email: amm@classlawgroup.com <br> GIBBS MURA LLP <br> 1111 Broadway, Suite 2100 <br> Oakland, California 94607 <br> Telephone: (510) 350-9700 <br> Facsimile: (510) 350-9701 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION <br><br> This Document Relates to: <br><br> All Actions. | Case No. 3:22-cv-3580-WHO (VKD) <br><br> **DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> The Honorable Virginia K. DeMarchi |

I, Beth E. Terrell, declare as follows:

1. I am a member of the law firm Terrell Marshall Law Group PLLC ("Terrell Marshall"), co-counsel of record for plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bars of the states of Washington and California.

2. I submit this declaration in accordance with Civil Local Rule 79-5(f)(3) and 79-5(c)(1) in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal.

3. Plaintiffs move to file the Joint Discover Dispute Letter Brief regarding Healthcare Advertiser Revenue under seal based on Meta's assertions of confidentiality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 2nd day of June, 2025.

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)