UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 22-cv-03580-WHO<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF**<br><br>Re: Dkt. No. 1035 |

Defendant Meta Platforms, Inc. moves for relief from Magistrate Judge Virginia K. DeMarchi's order and order on reconsideration allowing the limited "apex" deposition of Meta's Chairman and CEO Mark Zuckerberg. Dkt. No. 1035. Meta's motion for relief is DENIED.

I referred discovery matters to Judge DeMarchi on January 25, 2023. Since that time, the parties have brought scores of disputes to her to resolve. She is intimately familiar with the issues in this case, the discovery that has been allowed and prohibited, and the stated and actual needs of the parties so that the merits of this sprawling case can be litigated. She has done an excellent job in parsing through the parties' positions to meet the requirements of the case.

On the pending issue, Judge DeMarchi carefully and thoughtfully weighed the competing interests of Meta and Mr. Zuckerberg against the showing made by plaintiffs of the need for the deposition. Judge DeMarchi acknowledged Meta's concerns regarding the deposition, addressed each of Meta's arguments that the deposition should not be allowed, and ultimately ruled that the deposition should proceed but be limited with respect to time and topics. She addressed all the issues that Meta identified as a reason to prohibit the deposition. I agree with and adopt her analysis and reasoning in its entirety. Her determination was neither clear error nor contrary to

law.  Fed. R. Civ. P. 72(a).  Mr. Zuckerberg's deposition should proceed promptly.

**IT IS SO ORDERED.**

Dated: June 3, 2025



William H. Orrick
United States District Judge