**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO<br><br>**DEFENDANT META PLATFORMS, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF JANE DOE VI'S CLAIMS WITH PREJUDICE**<br><br>CLASS ACTION<br><br>Date: July 9, 2025<br>Time: 2:00 p.m.<br>Courtroom 2<br><br>**HON. WILLIAM H. ORRICK IIII** |

Gibson, Dunn & Crutcher LLP

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF JANE DOE VI'S CLAIMS - CASE NO. 3:22-CV-3580-WHO

1    Plaintiffs' motion for voluntary dismissal before this Court is an attempt to avoid Judge DeMarchi's May 7 Order requiring plaintiff Jane Doe VI to sit for deposition or face sanctions. *See* Dkt. 1017. Since Jane Doe VI failed to appear for deposition, the only question now is what sanctions plaintiffs must face, and that is a question pending before Judge DeMarchi. *See* Dkt. 1052 (Meta's June 5 Motion for Sanctions). Meta requests that the Court hold this Motion in abeyance until Judge DeMarchi rules on that pending motion.

Judge DeMarchi's May 7 Order followed plaintiffs' counsel's unilateral cancellation of Jane Doe VI's deposition just 13.5 hours before the deposition was set to commence. After plaintiffs' counsel repeatedly indicated they would provide alternate dates for the deposition and failed to do so, Meta moved to compel Jane Doe VI's deposition. *See* Dkt. 1016 at 1-2. In ruling on that motion, Judge DeMarchi considered plaintiffs' counsel's position that Jane Doe VI should not be compelled to appear for her deposition due to counsel's loss of contact with her and her alleged, unspecified health conditions. Dkt. 1016 at 3-4. Judge DeMarchi determined that there was "no showing that Jane Doe VI [was] unable to appear for deposition" and warned that "[i]f Jane Doe VI fails to appear for deposition or otherwise fails to comply with this order, she and/or plaintiffs will be subject to sanctions as provided in Rule 37(d)(3) of the Federal Rules of Civil Procedure." Dkt. 1017 at 1-2.

Jane Doe VI still refused to appear for deposition, even after Meta offered to accommodate her alleged unspecified health conditions, including by offering to conduct the deposition remotely over shorter periods or multiple days. Dkt. 1052-1 (Barrera Decl.) ¶¶ 5-6. Further, plaintiffs' counsel waited to raise that Jane Doe VI wanted to withdraw as a named plaintiff until weeks after they missed the deadline Judge DeMarchi set for Jane Doe VI to schedule her deposition date (and just one week before the close of discovery). *Id.* ¶¶ 4-6.

On June 5, Meta moved for sanctions pursuant to Judge DeMarchi's May 7 order. Dkt. 1052. The appropriate sanctions for plaintiffs' refusal to produce Jane Doe VI for deposition is a question currently pending before Judge DeMarchi, and plaintiffs' arguments that Meta's requested sanctions are inappropriate will be considered in due course by Judge DeMarchi. Plaintiffs' attempt to sidestep Judge DeMarchi's authority through this motion for voluntary dismissal is inappropriate.

1

Gibson, Dunn & Crutcher LLP

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF JANE DOE VI'S CLAIMS - CASE NO. 3:22-CV-3580-WHO

Judge DeMarchi should be given the opportunity to rule on Meta's pending motion for sanctions before any decision is made on Jane Doe VI's dismissal from this action. Meta therefore requests that the Court hold this Motion in abeyance until Judge DeMarchi rules on Meta's June 5 Motion for Sanctions.

Dated: June 13, 2025     **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
Lauren R. Goldman

*Attorney for Meta Platforms, Inc.*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF JANE DOE VI'S CLAIMS - CASE NO. 3:22-CV-3580-WHO