# Proposed Redacted Version of Exhibit A

Message

**From:**    Dan Levy ███████████████
**Sent:**    4/28/2021 8:09:08 PM
**To:**    Mark Zuckerberg███████    Adam Mosseri███████████    Alex Schultz██████████    Andrew Bosworth
███████████    Asad Awan███████    Chris Cox██████    Curtiss Cobb███████    David Ginsberg
███████████    David Wehner████    Fidji Simo██████    Xavier Olivan███████
█████████    Jennifer Newstead█████    John Hegeman███████    Michel Protti██████
██████████    Mike Schroepfer██████    Nick Clegg█████    Ning Li███████    Stan
Chudnovsky████    Susan Cooper [███████    Susan Dybbs███████    Susan Li██████
Tucker Bounds█████    Will Cathcart██████    Nipoon Malhotra███████    Andrea
Besmehn████    Vishal Shah████████    Graham Mudd███████    Ash Jhaveri████
████████    David Mortenson███████    Joel Kaplan█████    Marne Levine███████
██████    Mary Ku████    Nikhil Shanbhag████    David Sasaki████
██████    Ty Ahmad-Taylor████    Sheryl Sandberg███████    Rob Sherman████
**CC:**    Andrea Besmehn ██████████
**Subject:**    Ads & Signal loss strategy | Decision A/C Privilege
**Attachments:**    Data Usage Packages - Master Doc (A_C Priv) (1).pdf

Attached please find the pre-read for our discussion on Friday.
Jennifer – please let me know any concerns from legal on these materials.

---

**From** ████████████
**When:** 9:00 AM - 10:00 AM April 30, 2021
**Subject:** Ads & Signal loss strategy | Decision
**Location:** ████████████████████████████████████

4.26: + Ty Ahmad-Taylor for Fischer
4.14: Updating topic and final attendees. We'd previously be holding time for one meeting on April 20th on LTBM strategy + this meeting on April 27th for Subs and Rewards, but we're combining them here.

Join Zoom Meeting



# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL