| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:   (415) 393-8200<br>Facsimile:   (415) 393-8306<br><br>*Additional counsel listed on signature page*<br><br>*Attorneys for Defendant Meta Platforms, Inc.* | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Telephone:  (202) 408-4600<br>Facsimile:   (202) 408-4699<br><br>**SIMMONS HANLY CONROY LLC**<br>Jason 'Jay' Barnes, *Admitted Pro Hac Vice*<br>jaybarnes@simmonsfirm.com<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Telephone:  (212) 784-6400<br>Facsimile:   (212) 213-5949<br><br>*Additional counsel listed on signature page*<br><br>*Co-Lead Counsel for Plaintiffs and the Proposed Class* |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |

WHEREAS, on March 24, 2026, the Court entered the parties' stipulation and proposed order to modify the case schedule (ECF 924);

WHEREAS, under the current case management schedule, the deadline for the parties' first settlement conference is June 20, 2025;

WHEREAS, the parties have discussed and agree that it is premature to engage in ADR at this time;

WHEREAS, the parties agree that the deadline for the parties' first settlement conference should be extended by 60 days;

WHEREAS, extending the deadline for the parties' first settlement conference will not impact any other deadline in this case.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to Court approval, that the deadline for the first settlement conference is extended from June 20, 2025 to August 20, 2025.

Dated: June 20, 2025

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:  /s/ *Geoffrey Graber*
         Geoffrey Graber

Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:     202-408-4600
Fax:     202-408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:     212-784-6400
Fax:     212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:     310-854-4444

|  |  |
|---|---|
|  | Fax:    310-854-0812 |
|  | **TERRELL MARSHALL LAW GROUP PLLC**<br>Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:    206-816-6603<br>Fax:    206-319-5450 |
|  | **GIBBS LAW GROUP LLP**<br>Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:    510-350-9700<br>Fax:    510-350-9701 |
|  | *Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| Dated: June 20, 2025 | **GIBSON, DUNN & CRUTCHER LLP**<br><br>By:  /s/ *Lauren Goldman*<br>       Lauren Goldman<br><br>LAUREN R. GOLDMAN (admitted *pro hac vice*)<br>DARCY C. HARRIS (admitted *pro hac vice*)<br>lgoldman@gibsondunn.com<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:    (212) 351-4000<br>Facsimile:     (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone:    (415) 393-8200<br>Facsimile:     (415) 393-8306<br><br>**LATHAM & WATKINS LLP**<br><br>By: /s/ *Andrew B. Clubok*<br>       Andrew B. Clubok<br><br>ANDREW B. CLUBOK (*pro hac vice*) |

2

*andrew.clubok@lw.com*
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (*pro hac vice*)
*gary.feinerman@lw.com*
300 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (Bar No. 234264)
*melanie.blunschi@lw.com*
KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
*kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Meta Platforms, Inc.*

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 20, 2025                                             /s/ Lauren Goldman

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____    _____
                                  Hon. William H. Orrick
                                  United States District Court Judge