| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:     212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS<br>  & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:     202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:     310-854-4444<br>Fax:    310-854-0812 | Andre M. Mura, State Bar No. 298541<br>amm@classlawgroup.com<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:    510-350-9700<br>Fax:    510-350-9701 |
| Beth E. Terrell, State Bar No. 178181<br>bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW<br>  GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:    206-816-6603<br>Fax:    206-319-5450 | |

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF JASON 'JAY' BARNES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO SANCTION PLAINTIFFS** |

I, Jason 'Jay' Barnes, state and declare as follows:

1. I am an attorney admitted *pro hac vice* in this Court. I am a partner in the law firm of Simmons Hanly Conroy, LLP and have been appointed as Interim Co-Lead Counsel for the Putative Class in this action. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge.

2. Meta produced a document in this litigation with the Bates label PIXEL_HEALTH000781620, which sets forth █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ If the Court so requests, Plaintiffs will provide a copy of the document as produced.

3. On June 16, 2025, Meta's Vice President of Project Management within Monetization Fred Leach was deposed pursuant to Rule 30(b)(6).

4. Attached as **Exhibit 2** is a true and correct copy of excerpts of the unofficial, rough transcript of Mr. Leach's deposition.

5. Mr. Leach testified as follows:



Exhibit 2 at 130:14-19.

Executed June 20, 2025 in Jefferson City, Missouri.

*/s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes

1

DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO SANCTION PLAINTIFFS
Case No. 3:22-cv-03580-WHO (VKD)