Filed under seal

pursuant to protective order.

# EXHIBIT 1