1  Jason 'Jay' Barnes (admitted *pro hac vice*)
   *jaybarnes@simmonsfirm.com*
2  **SIMMONS HANLY CONROY LLP**
   112 Madison Avenue, 7th Floor
3  New York, NY 10016
   Tel:    212-784-6400
4  Fax:    212-213-5949

5

6  Jeffrey A. Koncius, State Bar No. 189803
   koncius@kiesel.law
7  **KIESEL LAW LLP**
   8648 Wilshire Boulevard
   Beverly Hills, CA 90211
8  Tel:    310-854-4444
   Fax:    310-854-0812
9

10

11 *Attorneys for Plaintiffs and the Proposed Class*

12

13

Geoffrey Graber, State Bar No. 211547
   *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS**
   **& TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW**
   **GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

14

15                    **UNITED STATES DISTRICT COURT**
16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-03580-WHO (VKD)** |
| | CLASS ACTION |
| This Document Relates To: | **DECLARATION OF JASON 'JAY' BARNES IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |
| All Actions | |

17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF JASON 'JAY' BARNES

I, Jason 'Jay' Barnes, declare as follows:

1.    I am an attorney admitted *pro hac vice* in this Court.

2.    I am a Partner at the law firm Simmons Hanly Conroy LLP and represent Plaintiffs in the above-captioned matter.

3.    I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4.    I submit this declaration in accordance with Civil Local Rule 79-5 and 7-11 in support of Plaintiffs' Administrative Motion to Seal.

5.    A true and correct copy of the unredacted versions of the documents listed below are being filed herewith. Identified in the table below are the items Plaintiffs move to file under seal.

| Document | Portion(s) to Seal |
|---|---|
| Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Sanction Plaintiffs | Highlighted portions at Page 6, Lines 17-18 |
| Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Sanction Plaintiffs | Highlighted portions at ¶ 2 |
| Exhibit 1 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Sanction Plaintiffs | Entire document |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2025.

*/s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes

DECLARATION OF JASON 'JAY' BARNES IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL