Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
   & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
   GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**CERTIFICATE OF SERVICE**<br><br>CLASS ACTION<br><br>The Honorable Virginia K. DeMarchi |

 I, Beth E. Terrell, hereby certify that on June 20, 2025, I caused true and correct copies of the below mentioned documents to be served via electronic mail upon counsel listed:

- Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Sanction Plaintiffs;

- Declaration of Jason 'Jay' Barnes in support of Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Sanction Plaintiffs with Exhibit 1 and Exhibit 2.

### SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 20th day of June, 2025.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
    Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
    Email: jaybarnes@simmonsfirm.com
    An V. Truong, *Admitted Pro Hac Vice*
    Email: atruong@simmonsfirm.com
    Eric Steven Johnson, *Admitted Pro Hac Vice*
    Email: ejohnson@simmonsfirm.com
    Jennifer M Paulson, *Admitted Pro Hac Vice*
    Email: jpaulson@simmonsfirm.com
    112 Madison Avenue, 7th Floor
    New York, New York 10016
    Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
    Geoffrey Aaron Graber, CSB #211547
    Email: ggraber@cohenmilstein.com
    Eric Alfred Kafka, *Admitted Pro Hac Vice*
    Email: ekafka@cohenmilstein.com
    Claire T. Torchiana, CSB #330232
    Email: ctorchiana@cohenmilstein.com
    1100 New York Avenue NW
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Amanda M. Steiner, CSB #190047
    Email: asteiner@terrellmarshall.com
    Ryan Tack-Hooper
    Email: rtack-hooper@terrellmarshall.com
    Benjamin M. Drachler, *Admitted Pro Hac Vice*
    Email: bdrachler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603

    Jeffrey A. Koncius, CSB #189803
    Email: koncius@kiesel.law
    Nicole Ramirez, CSB #279017
    Email: ramirez@kiesel.law
    Mahnam Ghorbani, CSB # 345360
    Email: ghorbani@kiesel.law
    Stephanie M. Taft, CSB #311599
    Email: taft@kiesel.law
    Kaitlyn E. Fry, CSB #350768
    Email: fry@kiesel.law
    KIESEL LAW LLP
    8648 Wilshire Boulevard
    Beverly Hills, California 90211-2910
    Telephone: (310) 854-4444

    Andre M. Mura, CSB #298541
    Email: amm@classlawgroup.com
    Hanne Jensen, CSB #336045
    Email: hj@classlawgroup.com
    Delaney Brooks, CSB #348125
    Email: db@classlawgroup.com
    GIBBS MURA LLP
    1111 Broadway, Suite 2100
    Oakland, California 94607
    Telephone: (510) 350-9700

    *Attorneys for Plaintiffs*