1  **GIBSON, DUNN & CRUTCHER LLP**
   LAUREN R. GOLDMAN (*pro hac vice*)
2  lgoldman@gibsondunn.com
   DARCY C. HARRIS (*pro hac vice*)
3  dharris@gibsondunn.com
   200 Park Avenue
4  New York, NY 10166
   Telephone:   (212) 351-4000
5  Facsimile:    (212) 351-4035

6  ELIZABETH K. MCCLOSKEY, SBN 268184
   emccloskey@gibsondunn.com
7  ABIGAIL A. BARRERA, SBN 301746
   abarrera@gibsondunn.com
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone:   (415) 393-8200
   Facsimile:    (415) 393-8306
10
   *Additional counsel listed on signature page*
11
   *Attorneys for Defendant Meta Platforms, Inc.*
12

   **COHEN MILSTEIN SELLERS & TOLL
   PLLC**
   Geoffrey Graber, State Bar No. 211547
   ggraber@cohenmilstein.com
   1100 New York Avenue NW, Fifth Floor
   Washington, DC 20005
   Telephone:   (202) 408-4600
   Facsimile:    (202) 408-4699

   **SIMMONS HANLY CONROY LLC**
   Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
   jaybarnes@simmonsfirm.com
   112 Madison Avenue, 7th Floor
   New York, New York 10016
   Telephone:   (212) 784-6400
   Facsimile:    (212) 213-5949

   *Additional counsel listed on signature page*

   *Co-Lead Counsel for Plaintiffs and the
   Proposed Class*

13

14  **UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF CALIFORNIA
15   SAN FRANCISCO DIVISION**

16  IN RE META PIXEL HEALTHCARE
    LITIGATION
17

18  This Document Relates To:

19  All Actions

20

21

**Case No. 3:22-cv-03580-WHO (VKD)**

CLASS ACTION

**STIPULATION AND [PROPOSED] ORDER
TO MODIFY CASE MANAGEMENT
SCHEDULE**

22

23

24

25

26

27

28

1  WHEREAS, on March 24, 2026, the Court entered the parties' stipulation and proposed

2  order to modify the case schedule (ECF 924);

3  WHEREAS, under the current case management schedule, the deadline for the parties' first

4  settlement conference is June 20, 2025;

5  WHEREAS, the parties have discussed and agree that it is premature to engage in ADR at

6  this time;

7  WHEREAS, the parties agree that the deadline for the parties' first settlement conference

8  should be extended by 60 days;

9  WHEREAS, extending the deadline for the parties' first settlement conference will not

10  impact any other deadline in this case.

11  Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject

12  to Court approval, that the deadline for the first settlement conference is extended from June 20,

13  2025 to August 20, 2025.

14

15  Dated: June 20, 2025

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:  /s/ *Geoffrey Graber*
Geoffrey Graber

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444

1

1    Fax:    310-854-0812

2    **TERRELL MARSHALL LAW GROUP PLLC**
     Beth E. Terrell, State Bar No. 178181
3        *bterrell@terrellmarshall.com*
     936 North 34th Street, Suite 300
4    Seattle, WA 98103
     Tel.:    206-816-6603
5    Fax:    206-319-5450

6    **GIBBS LAW GROUP LLP**
     Andre M. Mura, State Bar No. 298541
7        *amm@classlawgroup.com*
     1111 Broadway, Suite 2100
8    Oakland, CA 94607
     Tel.:    510-350-9700
9    Fax:    510-350-9701

10
     *Co-Lead Counsel for Plaintiffs and the Proposed*
11   *Class*

12

13   Dated: June 20, 2025    **GIBSON, DUNN & CRUTCHER LLP**

14                            By:  /s/ *Lauren Goldman*
                                   Lauren Goldman
15

16                            LAUREN R. GOLDMAN (admitted *pro hac vice*)
                              DARCY C. HARRIS (admitted *pro hac vice*)
17                            lgoldman@gibsondunn.com
                              dharris@gibsondunn.com
18                            200 Park Avenue
                              New York, NY 10166
19                            Telephone:    (212) 351-4000
                              Facsimile:    (212) 351-4035
20
                              ELIZABETH K. MCCLOSKEY, SBN 268184
21                            emccloskey@gibsondunn.com
                              ABIGAIL A. BARRERA, SBN 301746
22                            abarrera@gibsondunn.com
                              One Embarcadero Center, Suite 2600
23                            San Francisco, CA 94111
                              Telephone:    (415) 393-8200
24                            Facsimile:    (415) 393-8306

25                            **LATHAM & WATKINS LLP**

26                            By: /s/ *Andrew B. Clubok*
27                                 Andrew B. Clubok

28                            ANDREW B. CLUBOK (*pro hac vice*)

                                        2

*andrew.clubok@lw.com*
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (*pro hac vice*)
*gary.feinerman@lw.com*
300 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (Bar No. 234264)
*melanie.blunschi@lw.com*
KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
*kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Meta Platforms, Inc.*

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE
CASE NO. 3:22-CV-03580-WHO (VKD)

## **CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 20, 2025                                         */s/ Lauren Goldman*

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED:June 23, 2025

4    _____
     Hon. William H. Orrick
5    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE
Case No. 3:22-cv-03580-WHO (VKD)