| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:     212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS**<br>  **& TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:     202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:     310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW**<br>  **GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:     206-816-6603<br>Fax:    206-319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, State Bar No. 298541<br>amm@classlawgroup.com<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:     510-350-9700<br>Fax:    510-350-9701 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br>**NOTICE OF ERRATA ATTACHING OMITTED EXHIBIT TO PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO SANCTION PLAINTIFFS** |

PLEASE TAKE NOTICE that Plaintiffs are submitting the following ERRATA with respect to Plaintiffs' Opposition to Defendant Meta Platforms, Inc.'s Notice of Motion and Motion to Sanction Plaintiffs ("Opposition"), Dkt. 1073. Plaintiff's Opposition quotes a portion of Jane Doe VI's interrogatory responses. However, Plaintiffs inadvertently omitted the exhibit from their filing. Accordingly, Plaintiffs submit a Supplemental Declaration of Jason 'Jay' Barnes in Support of Plaintiffs' Opposition, which attaches as Exhibit 3 a true and correct copy of excerpts of Jane Doe VI's Second Supplemental Objections and Responses to First Set of Interrogatories Propounded by Defendant Meta Platforms, Inc.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 23rd day of June, 2025.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
An V. Truong, *Admitted Pro Hac Vice*
Email: atruong@simmonsfirm.com
Eric Steven Johnson, *Admitted Pro Hac Vice*
Email: ejohnson@simmonsfirm.com
Jennifer M Paulson, *Admitted Pro Hac Vice*
Email: jpaulson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
   Geoffrey Aaron Graber, CSB #211547
   Email: ggraber@cohenmilstein.com
   Eric Alfred Kafka, *Admitted Pro Hac Vice*
   Email: ekafka@cohenmilstein.com
   Claire T. Torchiana, CSB #330232
   Email: ctorchiana@cohenmilstein.com
   1100 New York Avenue NW
   Suite 500, West Tower
   Washington, DC 20005
   Telephone: (202) 408-4600

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
   Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
   Amanda M. Steiner, CSB #190047
   Email: asteiner@terrellmarshall.com
   Ryan Tack-Hooper
   Email: rtack-hooper@terrellmarshall.com
   Benjamin M. Drachler, *Admitted Pro Hac Vice*
   Email: bdrachler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603

   Jeffrey A. Koncius, CSB #189803
   Email: koncius@kiesel.law
   Nicole Ramirez, CSB #279017
   Email: ramirez@kiesel.law
   Mahnam Ghorbani, CSB # 345360
   Email: ghorbani@kiesel.law
   Kaitlyn E. Fry, CSB #350768
   Email: fry@kiesel.law
   KIESEL LAW LLP
   8648 Wilshire Boulevard
   Beverly Hills, California 90211-2910
   Telephone: (310) 854-4444

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs*

NOTICE OF ERRATA ATTACHING OMITTED EXHIBIT TO PLAINTIFFS' OPPOSITION TO DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO SANCTION PLAINTIFFS