**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:     (415) 393-8200
Facsimile:     (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, | Case No. 3:22-cv-03580-WHO (VKD) |
| | **META PLATFORMS, INC.'S NOTICE OF FILING OF DOCUMENTS PURSUANT TO THE COURT'S MAY 21, 2025 ORDER AT DKT. NO. 1030** |
| This Document Relates To: | |
| All Actions | <u>CLASS ACTION</u> |

Gibson, Dunn &
Crutcher LLP

Per the Court's May 21, 2025 Order (Dkt. No. 1030), Defendant Meta Platforms, Inc.

("Meta") hereby files revised redacted versions of the following documents:

- July 1, 2024 Discovery Letter Brief (Dkt. No. 533)

- Barnes Declaration (Dkt. No. 534)

- July 12, 2024 Status Report (Dkt. No. 550)

- August 9, 2024 Status Report (Dkt. No. 578)

- Parties' September 5, 2024 Proposed Discovery Protocol (Dkt. No. 620)

- September 12, 2024 Stipulation Regarding Sampling from Certain Tables (Dkt. No. 643)

- September 16, 2024 Joint Discovery Dispute Letter Re Plaintiffs' Interrogatory No. 3 (Dkt. No. 646)

- September 16, 2024 Joint Discovery Dispute Letter Re Plaintiffs' RFP Nos. 163-164, 204, 243-244 and RFA Nos. 26, 27 (Dkt. No. 647)

- Exhibit 1 to the Joint Discovery Dispute Letter Re Up2X, Plaintiffs' Interrogatory No. 5, RFP Nos. 6, 7, and 165 (Dkt. No. 648)

- September 16, 2024 Joint Discovery Dispute Letter re up2x, Plaintiffs' Interrogatory No. 5, RFP Nos. 6, 7, and 165 (Dkt. No. 649)

- October 16, 2024 Joint Status Report Re: Protocol for Review of Relevant Data Sources (Dkt. No. 668)

- Omnibus Sealing Motion (Dkt. No. 683)

- Second Joint Status Report Re Protocol for Review and Production of Relevant Data Sources (Dkt. No. 689)

- Parties' Third Joint Status Report Filed Pursuant to Dkt. Nos. 641 & 687 (Dkt. No. 709)

- Joint Discovery Dispute Letter Re Named Plaintiff Data (Dkt. No. 713)

- Joint Status Report Regarding Dkt. No. 685 (Dkt. No. 723)

- Joint Discovery Dispute Letter Re Plaintiffs' Interrogatory Nos. 1 and 3 (Dkt. No. 730)

- Exhibit 1 to the Joint Discovery Dispute Letter Re Plaintiffs' Interrogatory Nos. 1 and 3 (Dkt. No. 730-1)

- Exhibit 2 to the Joint Discovery Dispute Letter Re Plaintiffs' Interrogatory Nos. 1 and 3 (Dkt. No. 730-2)

- December 13, 2024 Joint Discovery Dispute Letter (Dkt. No. 731)

- January 7, 2025 Joint Status Report (Dkt. No. 766)

- January 10, 2025 Joint Status Report (Dkt. No. 782)

- January 13, 2025 Joint Discovery Dispute Letter Re Plaintiffs' Interrogatory No. 12 (Dkt. No. 786)

- January 14, 2025 Joint Discovery Dispute Letter Re Additional Custodians (Dkt. No. 788)

- February 12, 2025 Joint Status Report (Dkt. No. 838-3)

- March 14, 2025 Joint Discovery Dispute Letter Re Mr. Zuckerberg's Deposition (Dkt. No. 919)

- March 24, 2025 Joint Discovery Dispute Letter Re 30(b)(6) Topics and Exhibits 1 and 2 (Dkt. Nos. 946, 946-1, 946-2)

- Supplemental Exhibit Re March 24, 2025 Joint Discovery Dispute Letter Re 30(b)(6) Topics Dkt. No. 954-2)

- Exhibit A to the Administrative Motion Re Discovery Dispute Procedure (Dkt. No. 952-3)

- April 25, 2025 Joint Discovery Dispute Letter Re Non-Healthcare Advertiser Revenue and Exhibits (Dkt. No. 1010-2)

Dated:  June 23, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By:   */s/ Lauren R. Goldman*
Lauren R. Goldman

*Attorneys for Meta Platforms, Inc.*