Redacted Version of the Supplemental
Exhibit to the Joint Discovery Dispute
Letter Brief re 30(b)
(6) Topics
(Dkt. No. 939)

**SUPPLEMENTAL EXHIBIT IN SUPPORT OF**

**JOINT DISCOVERY DISPUTE LETTER BRIEF REGARDING 30(b)(6) TOPICS**

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs and the Proposed
Class*

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP
PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-3580-WHO (VKD)** |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | **PLAINTIFFS' NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF META PLATFORMS, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6) AND DKT. 772(1)** |
| All Actions. | |

ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe VI, Jane Doe VII, Jane Doe IX, Jane Doe X, and Jane Doe XI ("Plaintiffs"), by their undersigned counsel, will take the deposition of Defendant Meta Platforms, Inc. on [date and time TBD].

The deposition will be taken before a person authorized by law to administer oaths under Fed. R. Civ. P. 28(a) and shall continue from one day to the next, excluding Sundays and holidays, until the examination is completed. The deposition will be recorded by stenograph by a professional court reporter, and may also be recorded by videotape or audiotape, and by the instant visual display of testimony. The deposition will be taken for the purpose of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure, or any other applicable rules.

Pursuant to Rule 30(b)(6) and Dkt. 772(1), Plaintiffs reasonably believe Tobias Wooldridge may be Defendant's designee and person most knowledgeable or qualified to testify on its behalf concerning the topics identified in Schedule A, below.

Each such designee produced to testify has an affirmative duty to have first reviewed all Documents, internal wiki materials, policies, reports, and other matters known or reasonably known and available to Meta and to familiarize himself or herself with all potential witnesses known or reasonably available to provide informed, binding answers at the deposition, including but not limited to documents that Plaintiffs have specifically asked Meta to produce relating to these topics.

Defendant Meta shall inform Plaintiffs of such designations at a reasonable time prior to the depositions by setting forth the identity of the person(s) designated to testify with respect to the matters specified below. The deposition will continue on the day noticed and for additional days, if necessary, excluding Sundays and holidays until completed.

Plaintiffs reserve the right to notice and conduct additional Rule 30(b)(6) deposition of Defendant on separate, non-duplicative days.

NOTICE IS FURTHER GIVEN that the deponent is directed to produce, no later than five business days prior to the deposition: (1) all documents, electronically stored information, objects, or other tangible items or things that deponent prepared, relied on, and/or considered in any way in preparing for this deposition, and (2) a currivulum vitae for each person Meta anticipates designating to testify on behalf of Defendant Meta.

DATED: January 20, 2024

By: _/s/ Geoffrey Graber_
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
    ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:      202-408-4600
Fax:      202-408-4699


By: _/s/ Jason 'Jay' Barnes_
**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
    jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:      212-784-6400
Fax:      212-213-5949


**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
    koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:      310-854-4444
Fax:      310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
    bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:      206-816-6603
Fax:      206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
    amm@classlawgroup.com
1111 Broadway, Suite 2100

1

Oakland, CA 94607
Tel.:     510-350-9700
Fax:     510-350-9701

2

3

*Attorneys for Plaintiffs and the Proposed Class*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF META PLATFORMS, INC.
Case No. 3:22-cv-3580-WHO (VKD)

**EXHIBIT A**

1. **Health-Related Website and App Classifications** – How Meta classified websites and apps as relating to health during the class period, including:

    a. <u>Advertising Verticals</u> – When Meta created the health-related advertising verticals; how they are assigned or associated to businesses and their domains or apps (such as whether Meta assigns the classification on its own or the advertiser provides information for the assignment, and the specific process through which that occurs); why they are assigned; and how they are used by Meta;

    b. ██████ – How Meta used ██████ to classify websites and apps during the class period, including through ████████████████████ and other tables identified in Plaintiffs' January 13, 2025 letter on this topic, as well as any predecessor or successor tables of data sources containing such information;

    c. ████ How Meta used ████ to classify Facebook pages relating to advertisers with websites or apps that used the Pixel, SDK, or CAPI during the class period; and how the ████ classifications can be associated with domains and apps, including through tables identified in Plaintiffs' January 13, 2025 letter on this topic;

    d. ██████ How Meta used ████████ to attach information to websites and apps during the Class Period;

    e. <u>The Filter List</u>: How Meta developed and used ████████████ ████ subject to treatment from the Filter;

    f. <u>The ████████████ Field</u>: When, why, and how Meta developed the ████████████ field contained in Hive tables, including the criteria by which Meta placed ████████████ into the ████████ category and how Meta used that classification;

    g. ████ Whether Meta attached ██████ to healthcare provider properties, and if so, which ████;

    h. <u>Core Setup</u>: When, why, and how Meta identified health-related websites that it

4

placed into "Core Setup," including all systems and levels of such classifications;

      i.   <u>Crawler Based Efforts at Classification</u>: All uses of crawled data for classifications; and

      j.   <u>Any other efforts</u> to classify domains and apps as relating to healthcare provider.

**2.**   **<u>Meta's Initial Collection and Processing of Pixel, SDK, and CAPI Data</u>** – How Meta collected and conducted the initial processing of Pixel and SDK data from healthcare provider web-properties, including:

      a.   The complete list of data types that Meta collects with the Pixel, SDK, or CAPI from healthcare provider web-properties (e.g., events, session, datr, c_user).

      b.   As to each data type identified in (4)(a), the total number of users for whom any such data type was collected, the number of users for each data type, and ▮▮▮▮▮ ▮▮▮▮▮ from which data was collected.

      c.   The nature of Meta's property interest in the collected data.

      d.   Meta's internal knowledge and discussion of what is collected

      e.   Meta policies, discussions, or studies on the Meta Pixel's deployment on health websites/apps

      f.   Meta's internal reaction to this lawsuit

      g.   Changes made to what data is collected during this litigation

      h.   Logging of data to Meta's databases prior to filtering, e.g., ▮▮▮▮▮-▮▮▮▮▮▮ ▮▮▮

      i.   Explain the basic functions of the storage and processors identified in the data flow document produced at PIXEL_HEALTH00000064 and other source code elements, including:



5

1 █████████████
2 ███████████████████
3 ██████████████
4 █████████████
5 ███████████████
6 ████████████████
7 ███████████████
8 █████████████████████████████
9 ███████
10 ████████████████████

3.   **Geo-location** -- Geo-location of class members, healthcare providers, and Meta's servers, including where Meta stored information about the geo-location of class members at the time of an at-issue communication; where Meta stored information about the geo-location of advertisers and their servers; Meta servers in California in PIXEL_HEALTH000878424 and the source code file located at ████████████████████████████ and how any such California-based Meta servers are used by Meta and where Meta stores information about data that flows through or is stored in those servers.

4.   **The Filter** – How the Filter worked during the Class Period, including:

a.   Meta's purpose for creating the Filter (████████████████)

b.   The specific data that the Filter was designed to block or not block, including but not limited to whether it was designed to block or not block (i) Pixel Button Clicks; (ii) Custom Data; (iii) search queries; (iv) data or other information entered into forms; and/or (v) "standard" URLs, i.e. a URL that does not include data in the first four categories, such as www.hospital.org/cancer-treatment.

c.   The amount of time and other resources invested in creating, maintaining, and updating the Filter;

d.   Whether the Filter was designed to scan data collected from all websites and apps or

PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF META PLATFORMS, INC.
Case No. 3:22-cv-3580-WHO (VKD)

subsets of websites and apps with potential health information;

e.  How Meta identified the health-related websites and apps to which it would apply the Filter upon receipt of events from those websites and apps, including specific systems and processes for doing so, including:

    (1)  ███████████████, including ████ or any other rating system and all classifications (to the most detailed level) available to the ███████ that would place a domain into a health category for analysis by the Filter;

    (2)  Machine learning or artificial intelligence

    (3)  Taxonomies or other classifications used to identify such websites and apps

    (4)  The relationship of the classifications that the Filter applied to websites and apps to Meta's other classification systems, including advertiser verticals, ██████████████████████  and  the  field  ██████████████████ contained in Hive tables;

    (5)  The extent to which Filter classifications were used for Core Setup.

f.  The history of the Filter, including who was involved in the creation, when it was created, why it was created, alternative designs considered at the time of creation and during its use, and changes to the Filter over time, including:

    (1)  All efforts Meta made to Filter patient portal data, and when;

    (2)  All efforts, if any, to block "standard" URLs

    (3)  The impact of Core Setup on Filter operations, including the amount of data that the Filter was necessary to filter.

g.  Whether Meta performed audits of the Filter, and if so, when and how and with what results;

h.  Explain the following source code elements.

███████████████████

███████████████

███████████████████████████

1    █████████████

2    ██████████████████

3    ████████████████████ (How are the terms in the table obtained

4    and how often updated?)

5    (7) ████████

6    (8) Role of ████████ able in determining ████████████

7    (9) for ████████████

8    █████████████████████

9    **5.**    **Proposed and Material Modifications to the Pixel, SDK, or CAPI from 2015 to**

10   **the Present**.  All modification to the Pixel, SDK, and COPI from 2015 to present, including but not

11   limited to proposals to stop or modify collection of information from healthcare provider web-

12   properties, actual modifications implemented, and how the proposals and/or modifications changed

13   or would have changed Meta's collection and/or treatment of the information, generally and

14   specifically for healthcare provider web-properties.

15   **6.**    **Tables from Which Meta Made Class-Wide Productions or Class-wide Sampled**

16   **Productions**: Each table from which Meta has produced class-wide data, or class-wide sampled

17   data, including ████████████████████

18   ████████████████████████████

19   ████████████████, including: (1) the meaning of each field in the table;

20   (2) the purpose of the table; (3) whether it is used in advertising production, attribution, and/or

21   measurement; and (4) whether it is part of the ████ Pipeline.

22   **7.**    ████ **Pipelines** – How Meta inferred and used ████████ and features from data

23   collected through the Pixel, SDK, and Business Tools for healthcare provider properties, including:

24       a.  How and why Meta ████████████ in the ██████████ table;

25       b.  All inputs used by the ████████ including whether the ████████ accessed

26           and/or used data that would not be present in the Hive tables from which Meta has

27           produced sampled class-wide data in this case.

28

c. How ████ was used, accessed, or referenced in the ████ process, and, if used, accessed, or referenced, what was its role and what specific type of information was involved

d. If the ████ accessed or used data not present in the Hive tables from which Meta has produced sampled class-wide data, identify the data that is missing and how it is used by the ████

e. How the processors in the ████ work, including each of the ████ ████,[1] with a focus upon process for ████ ████ processors, and the ████ processor.

f. Whether the ████ analyzes every event in the ████ data for its ████ and ████ processors and how it combines and uses its analyses of each event in the ████

g. Locations where the output of the ████ was sent and stored, including the fields identified in the ████ including identification of specific categories, use cases, and tables in ZippyDB, UP2X, and Hive where ████ were sent, stored, and/or used;

h. For each ZippyDB, UP2X, or Hive category or table where ████ were sent, stored, or used:

   (1)  Identify the specific ZippyDB, UP2X, or Hive category or table;

   (2)  Identify the information stored in that category or table;

   (3)  Identify how the information stored in that category or table is used;

   (4)  Identify how it flows into other systems at Meta.

i. Explain how ████, including:

---

[1] ████

(1) How the ███████████████████ are combined, including how and where Meta stores and uses the ██████████████ identified in the ████████████████████

(2) How, where, when, and why ███████████ derived from Pixel and/or SDK data are merged, joined, or commingled with ██████████ derived from other data in Meta's possession, including but not limited to activity on Meta owned-and-operated web-properties;

(3) Where such ██████████ are stored in ZippyDB, UP2X, and/or Hive, including any ██████████ storage where Meta commingled Pixel or SDK-related ██████████ with those derived from other data such that Meta can no longer trace the original source;

(4) How the ██████████ works;

(5) Whether a ██████████ can be created from Pixel or SDK events derived from a single advertiser and if there are any restrictions on its use. If there are any restrictions, identify specific source code files explaining them.

(6) To the extent that ██████████ are used in advertising and other systems, the rules and logic for when a ██████████ that includes information derived in whole or in part from Pixel or SDK data becomes available for use in Meta's advertising and other systems, including the NewsFeed, Facebook Audience Network, Facebook Marketplace, Instagram, and WhatApp;

(7) How Pixel or SDK-inferred or derived ██████ are used in Meta's systems, including how they are used to determine information to show the user through advertisements, the NewsFeed, Facebook Marketplace, Instagram, WhatsApp, and friend suggestions; and

(8) How and why Pixel or SDK-inferred or derived ██████ are joined or

2 ████████████████████████████████████

commingled with ███████s and/or Features inferred or derived from non-Pixel or SDK data;

   j.  Explain how ████████ are transformed into User Features, including:

      (1)  How the ████████████ works;

      (2)  The ████████████████████████████████ ██████████████████;[3]

      (3)  Where such User Features are stored in ZippyDB, UP2X, and/or Hive, including any User Feature storage where Meta commingled Pixel or SDK-related User Features with those derived from other data such that Meta can no longer trace the original source;

      (4)  The rules and logic for when a User Feature that includes information derived in whole or in part from Pixel or SDK data becomes available for use in Meta's advertising and other systems, including the NewsFeed, Facebook Audience Network, Facebook Marketplace, Instagram, and WhatApp;

      (5)  Whether a User Feature can be created from Pixel or SDK events derived from a single advertise and if there any restrictions on such use. If there are any restrictions, identify specific source code files explaining them.

      (6)  How Pixel or SDK-inferred or derived Features are used in Meta's systems, including how they are used to determine information to show the user through advertisements, the NewsFeed, Facebook Marketplace, Instagram, WhatsApp, and friend suggestions; and

      (7)  How and why Pixel or SDK-inferred or derived Features are joined or commingled with Features inferred or derived from non-Pixel or SDK data;

      (8)  Can a user "Feature" be formed based on data from a single advertiser's Pixel? When that happens, would the Feature be available for ad matching

---

[3] ████████████████████████████████████████████████████

with an advertiser other than the original Pixel?

(9) Are ▮▮▮▮▮ created based on analysis of on-platform activity? If yes, are they joined with ▮▮▮▮▮ from the Pixel/SDK to create "features"? What are the rules for that process?

(10) Where does Meta match user "Features" to ad "Features"? How is ▮▮▮▮▮▮▮▮▮▮ up2x category used. What are ▮▮ and ▮▮ categories. How are these categories used?

k. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Are there any differences in terms of the mapping and aggregation operations or ▮▮ is just a different way to implement the same operations as implemented by ▮▮▮.

**8. <u>Specific Hive Tables Related to ▮▮▮▮ and Features</u>** – For each of the following tables,  identify (1) the purpose of the table; (2) whether it is used in advertising production, attribution, and/or measurement; (3) whether it is part of the ▮▮▮▮ Pipeline; (4) whether it contains ▮▮▮ or features derived from non-Pixel or SDK data; and (5) whether the data within it or data derived from it is eventually merged or joined with ▮▮▮▮▮ or Features inferred or derived from non-Pixel or SDK data; (5) how the contents can be searched including the identification and description of any internal tools already created for this purpose; and (6) additional topics as identified below specific to certain tables:

a. ▮▮▮▮▮▮▮▮▮▮▮▮, plus identify the source or sources from which Meta derives or populates the ▮▮▮ fields in this table; why this ▮▮ table is ▮▮▮▮ from ▮▮▮▮▮ instead of ▮▮▮▮▮▮ and whether it fails to include ▮▮ derived from ▮▮▮▮ data;

b. ▮▮▮▮▮▮, plus describe what is meant by statements that certain fields were ▮▮▮▮▮▮ and, if ▮▮▮▮▮▮▮ from the table, where was the information ▮▮▮▮▮▮;

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

▮▮▮▮▮



1 ████████████████████████████, plus what ███ means
2 ███████████████████
3 ████████████████████████, plus what ███ means
4 ███████████████████
5 ████████████████████
6 ██████████████████████
7 ████████████████████████████████
8 █████████████████████
9 ██████████████████████
10 ██████████████████████████
11 ██████████████████
12 █████████████████
13 ████████████████████████
14 ██████████████████████████
15 ████████████████████████
16 ███████████████████
17 ██████████████████████
18 ██████████████████████████████
19 ████████████████████████████████████
20 ██████████████████
21 ████████████████████
22 ████████████████████
23 ██████████████████████████████
24 ███████████████████
25 ██████████████████████

26     ee. Any tables with ████████ or Feature data not identified by Plaintiffs here.

27     **9.     <u>Specific UP2X and ZippyDB Categories</u>** – Identify and explain the specific UP2X

28

and ZippyDB categories involved in the formation and use of ███████ and Features; for each such category, what is stored within them and how they are used; and how the contents can be searched including the identification and description of any internal tools already created for this purpose.

10. **Data Lineage Examples**—Describe the end-to-end flow through Meta's systems of the following examples of a session that a class member engaged in the following actions on hospital website where the Pixel was deployed in default settings: (1) going to the home page of their hospital; (2) searching for a doctor; (3) clicking a link to go to that doctor's page; (4) asking about treatment options for cancer by looking at a page such as www.hospital.org/cancer and (5) signing in to the hospital's patient portal.  Plaintiffs will supplement this Topic by providing specific exemplars of data from Meta's production of sampled class-wide data.

11. **Use of ████ or Feature Data for Advertising, NewsFeed, Marketplace, Facebook Audience Network, Instagram, WhatsApp, or Other Purposes** – How Meta uses ████ and Features for its various systems, including:

    a. How, where, and through what process Meta utilizes the ████████████████████████████████████████████████████████████████████████████████████████████████████████████.[4]

    b. How Meta uses ████████ outputs in these systems, or for any other purpose.

12. **Lookalike Audiences** – Information about Lookalike Audiences, including:

    a. How Lookalike Audiences are created, i.e. how Meta takes the seed set of audience members provided by advertisers and uses information about those users to identify other people to be included in a Lookalike Audience;

    b. Whether Lookalike Audiences are derived in part from ████████ or Features, and, if so, from where Meta extracts those specific ████ and Features – for example, specific ZippyDB, UP2X, and/or Hive categories or tables;

---

[4] ████████████████████████████████████████████████████████████████████████████

PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF META PLATFORMS, INC.
Case No. 3:22-cv-3580-WHO (VKD)

c.  Identification of the source code files that explain these processes;

d.  How and why Lookalike Audiences were deemed by Meta as an alternative to health-related targeted advertising;

13.  **Retargeting or Remarketing** – How remarketing or retargeting worked for healthcare providers with the Pixel, SDK, or other Meta Business Tools on their property.

14.  **Core Setup** – Information about Core Setup, including:

a.  Who was involved in the creation and implementation of Core Setup, from the first person who came up with the idea to present;

b.  How Core Setup changed Meta's collection of at-issue data;

c.  Whether and how Meta tested Core Setup, including:

(1)  Before or after testing of ███████████ tables in Hive;

(2)  Before or after testing of the ████████

(3)  Before or after examples of ██████ outputs

(4)  Before or after testing of ████ or Feature data in ZippyDB, UP2X, or Hive;

(5)  Before or after revenue testing for healthcare provider properties;

(6)  Before or after testing of Lookalike Audiences;

(7)  Before or after testing of Custom Audiences.

d.  How Meta determined the healthcare provider properties to place in Core Setup.

e.  Identification of all categories (at the most precise level) of healthcare provider properties placed in Core Setup

15.  **Crawlers** – How Meta used or uses crawlers in its systems relating to Pixel, SDK, and other business tools, including:

a.  Identification of crawlers that Meta used to ████████████████████ ████████████

b.  What specific content each crawler extracted and from where, such as whether it crawled ████████████████████ ████████████;

15

c. The rules for how each █████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████

d. Where each crawler stored the data that it crawled and extracted;

e. How the crawled data was used or analyzed by Meta;

f. Whether the crawled data can be searched.

Specific crawlers and/or source code files for which Plaintiffs seek testimony include:



1  ████████████████████████████████

2  ██████████████████████

3  ██████████████████████████

4  ████████████████████████████████████ and

5  ███████████████ tables our sources generally.[18]

6  **16.** __Data Lineage Tools and Investigations__ – Testimony about data lineage, including:

7    a.  Tools available for Meta engineers to investigate data lineage in Hive, UP2X,

8        ZippyDB, and across those and other systems;

9    b.  Prior data lineage investigations at Meta and the extent to which they were completed

10       or abandoned prior to completion;

11   c.  How Scuba can be used to investigate data lineage or troubleshoot;

12   d.  The ████████████████████ ) effort, it purpose, its completion, and its use

13 **17.** __Facebook User Identification__ – How Meta identifies users via:

14   a.  Third-party cookies, including the c_user, fr, datr, and other cookies

15   b.  First-party cookies, including the fbp cookie

16   c.  Data other than cookies such as IP address, User-Agent, and/or device IDs

17   d.  By mapping Facebook User IDs to separable IDs.

18 **18.** __Settings or Controls that Meta Contends are Relevant__ – Any user, software,

19 device, advertiser, jurisdictional or other settings or controls from any time period that Meta

20 contends are relevant to (1) class member consent; (2) how or what at-issue data Meta collects; or

21 (3) how Meta used or uses at-issue data, and, for each such setting or purported control:

22   a.  How and why Meta contends it is relevant;

23   b.  How it is enabled or disabled

24 ──────────────────────

25 ██ ████████████████████████████

26 ██ ████████████████████████████████████

27 ██ ████████████████████████████████████

28

c. The impact it has

d. What period of time it was available or imposed;

e. The specific data sources where Meta stores information that directly identifies such settings or controls for class members and their communications or information through which such settings or controls can be inferred.; and

f. Whether and for what time period Meta preserved such information.

19.    **Download Your Information, Off-Facebook Activity or Other Tools Where Facebook Users Can See Information about Themselves** – Explanations of tools where Meta shows users some information that Meta has collected about them, including identification of specific information that Meta exposes about offsite activity through those tools and user information that Meta infers or derives in whole or in part from it; what Meta does not expose with each identified tool; and why.

20.    **Preservation** – Identification of data sources from which Meta preserved data:

a. Any store of data created for the purpose of preserving data that may be at issue in this litigation, when it was created and what it contains;

b. Hive tables from which Meta preserved data, including custom pipelines;

c. UP2X categories from which Meta preserved data, including custom pipelines;

d. ZippyDB categories from which Meta preserved data, including custom pipelines;

e. All properties for which Meta preserved data and what was preserved;

f. Whether Mete preserved any ████████ or feature data and, if so, where and when;

g. Whether Meta preserved any ████████ or feature data and, if so, where and when;

h. All revenue tables and data that Meta preserved.

21.    **Lengthy Retention Periods** — Identification of the data sources at Meta with the longest retention periods that contain records of a User ID, Separable ID, or any other unique identifier for a user or their device plus:

a. Offsite activity collected by Meta about Facebook users when they are not browsing the web with the c_user cookie sent to Facebook on non-Facebook websites and that

18

is detailed enough to include the full URL of the communication that was collected by Meta;

    b.  Offsite activity collected by Meta about Facebook users while browsing the web where the c_user cookie is not sent to Facebook that is detailed enough to include the full URL of the communication that was collected by Meta;

    c.  App activity

    d.  Event-level ███████ outputs or data inferred or derived from ███████ outputs, including ███████, Features, or anything with a similar function.

    e.  ████████████████████████████████████████ outputs, including ███████, Features, or anything with a similar function.

For each identified source, how long data is retained in that source; and what is retained.

    **22.**   **Features Offered with the Pixel, SDK, or CAPI.** Features offered with the Pixel, SDK, or CAPI (including the ███████, Advanced Matching, and Automatic Advanced Matching), including whether Meta permitted advertisers in sensitive verticals to use those features, and how the features changed from 2015 to the present, generally and specifically for healthcare provider web-properties.

    **23.**   **The SubscribedButtonClick Event.** The SubscribedButtonClick event, including when and why Meta decided to collect SubscribedButtonClick event data and the ways that Meta uses SubscribedButtonClick data.

    **24.**   **Meta's Efforts, Policies, Procedures, and Programs to Stop Receipt of Sensitive Healthcare Data.** Meta's efforts, policies, procedures, and programs to stop receipt of sensitive healthcare data, including how they changed from 2015 to the present.

    **25.**   **Meta's Revenue Analyses.** Meta's analysis of the revenue at risk or that it actually lost from proposals, actual changes, or elimination of Pixel, SDK, or CAPI features, modifying the way that Pixel, SDK, or CAPI function, or stopping healthcare provider web-properties from using the Pixel, SDK, or CAPI, including but not limited to analyses of proposals (whether implemented or not), the ███████ ███████ ███████ at PIXEL_HEALTH000291310,

19

PIXEL_HEALTH000294698,PIXEL_HEALTH000109756,    PIXEL_HEALTH000000719,    and

PIXEL_HEALTH000686324; and any ████████████ to the Filter, Core Setup, or other

proposed changes relating to health information.