UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 22-cv-03580-WHO<br><br>**ORDER DENYING MOST RECENT MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 1070 |

Meta's most recent motion for leave to file a motion for reconsideration is DENIED. There is no justification to revisit this issue yet again. If plaintiffs are, as defendant surmises, "studiously avoid[ing]" securing information critical to their case so that they can proceed with the deposition Judge DeMarchi found was appropriate, that is a risk they will bear.

**IT IS SO ORDERED.**

Dated: June 24, 2025



William H. Orrick
United States District Judge