United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

Case No. 22-cv-03580-WHO

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISAL**

Re: Dkt. Nos. 1038, , 1039

Plaintiffs move to voluntarily dismiss the claims of Jane Doe VI with prejudice. Dkt. No. 1038.[1] Despite my demonstrated history of allowing named plaintiffs to dismiss their claims in this and related class action lawsuits – either with prejudice or without depending on what discovery had been provided or noticed[2] – Meta opposes dismissal, arguing that it is entitled to adverse inference sanctions in light of Judge DeMarchi's May 7, 2025 Order requiring plaintiffs to produce Jane Doe VI for a deposition. Dkt. No. 1052.

Meta asks me to defer ruling on this motion until Judge DeMarchi has the opportunity to consider its pending motion for sanctions: the only sanctions it seeks are adverse inferences. Dkt. No. 1052. Whether adverse inferences are justified, and what impact they would have (if any) on class certification or at trial, are determinations for me, not Judge DeMarchi. *See, e.g., Griffith v. TikTok, Inc.*, No. ED CV 23-964-SB(EX), 2024 WL 4003908, at *2 (C.D. Cal. Aug. 13, 2024) ("Such sanctions should be reserved for the consideration of the District Judge, rather than the Magistrate Judge, and should be reserved for a determination on a fuller evidentiary record in the

---

[1] This matter is appropriate for resolution on the papers. *See* Civ. L.R. 7-1(b). The July 9, 2025 hearing is VACATED. The administrative motion to file under seal, Dkt. No. 1039 is GRANTED for compelling justifications shown.

[2] *See* Dkt. Nos. 975; *see also* Dkt. No. 180 in Case No. 23-cv-00059-WHO.

context of the proceeding(s) to which the sanctions would apply."). On this record, which includes the briefing before Judge DeMarchi, I see no justification for the adverse inferences Meta seeks. Judge DeMarchi is doing an excellent job managing discovery in this case, and she has the authority to impose other types of sanctions if she thinks they are appropriate. But not adverse inferences. There is no reason to delay my ruling on the pending motion.

Meta has not shown that it would suffer any legal prejudice from Jane Doe VI's dismissal with prejudice. *See* Dkt. No. 975. The declaration from Jane Doe VI's counsel demonstrates that despite their attempts to get her agreement to sit for a deposition and despite her prior active participation in the case, Jane Doe VI ceased communication with her counsel, was only tracked down through the use of an investigator, and suffers from significant health care issues. *See* Dkt. No. 1039-4. Plaintiffs' motion to allow Jane Doe VI to voluntarily dismiss her claims with prejudice is GRANTED.

**IT IS SO ORDERED.**

Dated: June 24, 2025

William H. Orrick
United States District Judge