| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:   212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:   202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:   310-854-0812 | Andre M. Mura, State Bar No. 298541<br>amm@classlawgroup.com<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel:    510-350-9700<br>Fax:   510-350-9701 |

Beth E. Terrell, State Bar No. 178181
bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel:    206-816-6603
Fax:   206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br>CLASS ACTION<br><br>**DECLARATION OF LISA M. FREEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. William H. Orrick III |

## DECLARATION OF LISA M. FREEMAN

1. I am an attorney duly admitted to practice before this Court and am a member in good standing of the State Bar of California.

2. I am an associate at the law firm of Kiesel Law LLP, who, along with the law firms Simmons Hanly Conroy LLP, Cohen Milstein Sellers & Toll, PLLC, Terrell Marshall Law Group, PLLC, and Gibbs Mura LLP, represent Plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

4. I submit this declaration in accordance with Civil Local Rule 79-5 in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

5. A true and correct copy of the unredacted versions of the documents listed below are being filed herewith. Highlighted within the documents and identified in the table below are the items Plaintiffs move to file under seal, based on Meta's assertions of confidentiality.

| Document | Portion(s) to Seal |
| --- | --- |
| Plaintiffs' Notice of Motion and Motion For Relief from Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at Page 1, Line 10; Page 3, Lines 16-23; Page 4, Lines 22 and 27-28; Page 5, Lines 20-21; Page 11, Lines 6 and 18-23; Page 12, Lines 1, 3, 8-10, 12, 15-17, 26; Page 13, Lines 3-4, 8, 10-11, 14, and 19-27; and Page 14, Lines 3-12. |
| Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at Page 2, Lines 7-11, 13, 15-17, 20, and 24; Page 4, Lines 6 and 19; Page 8, Line 9; and Page 10, Line 1. |
| Exhibit 1 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Entire document |

2    Case No. 3:22-cv-03580-WHO (VKD)
DECLARATION OF LISA M. FREEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| | |
|---|---|
| Exhibit 2 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at pages 1-3 |
| Exhibit 3 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Entire document |
| Exhibit 4 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at pages 1-3 |
| Exhibit 5 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at pages 1-5 |
| Exhibit 6 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions |
| Exhibit 7 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions on page 120 |
| Exhibit 8 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions on page 237 |
| Exhibit 9 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions on pages 164-165 |

| | |
|---|---|
| Exhibit 10 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions on pages 26-27, 64-65, 69-70, 72-73, 77-78, 85-92, 97-98, 103-104, 107, 110 |
| Exhibit 11 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions on pages 60, 68-69 |
| Exhibit 12 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions on pages 19-20 |
| Exhibit 13 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Entire document |
| Exhibit 14 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Entire document |
| Exhibit 17 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions |
| Exhibit 21 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions |
| Exhibit 22 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at pages 1-2 |

| | |
|---|---|
| Exhibit 24 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions at pages 1-6 |
| Exhibit 25 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Entire document |
| Exhibit 27 to the Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion For Relief From Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain | Highlighted portions |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2025 at Beverly Hills, California.

*/s/ Lisa M. Freeman*
LISA M. FREEMAN

# CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 30, 2025    /s/ *Jeffrey A. Koncius*
                             Jeffrey A. Koncius