United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

Case No. 22-cv-03580-WHO

**ORDER REGARDING MOTION FOR RELIEF**

Re: Dkt. Nos. 1090, 1093

Plaintiffs' motion for relief is a discovery matter within the existing scope of reference to Magistrate Judge Virginia DeMarchi. *See* Dkt. No. 1065. Plaintiffs shall refile this motion for resolution by Judge DeMarchi. The date for hearing on this matter previously noticed on the undersigned's calendar is VACATED.

**IT IS SO ORDERED.**

Dated: July 1, 2025

WILLIAM H. ORRICK
United States District Judge