UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To:

All Actions.

Case No. 22-cv-03580-WHO (VKD)

**ORDER TO FILE JOINT DISCOVERY LETTER RE DINKAR JAIN DEPOSITION**

Re: Dkt. Nos. 1090, 1093

On June 30, 2025, plaintiffs filed a "Motion for Relief from Fact Discovery Deadline to Obtain Deposition Testimony of Dinkar Jain," along with an associated motion to seal portions of their moving papers. Dkt. Nos. 1090, 1093. The presiding judge has referred plaintiffs' motion to this Court for resolution as a discovery matter. Dkt. No. 1095. Accordingly, the Court orders as follows:

By **July 14, 2025**, the parties shall file a joint discovery dispute letter brief, in compliance with the Court's Standing Order for Civil Cases, regarding the dispute about Mr. Jain's deposition.[1] *Before* filing their joint discovery letter brief, the parties shall confer with one another in a good faith effort to reach agreement about what portion(s) of the letter and any exhibits permitted by the Standing Order should be sealed, in the first instance. The parties shall file an administrative motion and response regarding any requests for sealing, in compliance with

///

///

///

[1] This order terminates plaintiffs' motion for relief and associated sealing motion.

United States District Court
Northern District of California

Civil L.R. 79-5, and may address any areas of disagreement in those submissions.

**IT IS SO ORDERED.**

Dated: July 1, 2025

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California