| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:    206-319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:    510-350-9701 |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION TO ENFORCE THE DISTRICT COURT'S ORDER THAT MARK ZUCKERBERG'S DEPOSITION PROCEED PROMPTLY**<br><br>Hon. William H. Orrick |

Pursuant to Civil Local Rule 7-7(e), Plaintiffs file this notice of withdrawal of Plaintiffs' Administrative Motion to Enforce the District Court's Order That Mark Zuckerberg's Deposition Proceed Promptly (Dkt. 1108) *without prejudice*. The parties are conferring regarding available dates for Mr. Zuckerberg's deposition, for which Plaintiffs intend to update the Court no later than July 22, 2025.

DATED: July 14, 2025               Respectfully submitted,

By: */s/ Jay Barnes*

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:   212-213-5949

By: */s/ Geoffrey Graber*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:   202-408-4699

**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444

1
NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO ENFORCE DISTRICT COURT'S ORDERS RE ZUCKERBERG DEPOSITION
Case No. 3:22-cv-03580-WHO (VKD)

Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF WITHDRAWAL OF PLAINTIFFS' ADMINISTRATIVE MOTION
TO ENFORCE DISTRICT COURT'S ORDERS RE ZUCKERBERG DEPOSITION
Case No. 3:22-cv-03580-WHO (VKD)

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

/s/ *Andre M. Mura*
Andre M. Mura