**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

**GIBSON DUNN & CRUTCHER LLP**
Lauren Goldman (admitted *pro hac vice*)
*lgoldman@gibsondunn.com*
Darcy Harris (admitted *pro hac vice*)
*dharris@gibsondunn.com*
200 Park Avenue
New York, New York 10066
Tel: 212-351-4000
Fax: 212-351-4035

Elizabeth McCloskey, State Bar No. 268184
*emccloskey@gibsondunn.com*
Abigail Barrera, State Bar No. 301746
*abarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415-393-8200
Fax: 415-393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To

All Actions

**Case No. 3:22-cv-03580-WHO**

CLASS ACTION

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CLASS CERTIFICATION DEADLINES**

WHEREAS, on March 24, 2025, the Court set the following deadlines for class certification briefing: Plaintiffs' Motion for Class Certification (and Plaintiffs' class expert reports) are due Friday, August 8, 2025; Defendant Meta Platforms' Opposition to Class Certification (and Meta's class expert reports) are due Friday, October 17, 2025; Plaintiffs' Reply in Support of Class Certification (and Plaintiffs' class cert expert reply reports) are due Friday, December 19, 2025; and the Hearing on the Class Certification Motion is set for Wednesday, January 14, 2025 (Dkt. 924 at 3);

WHEREAS, the parties agree that a short extension of these deadlines is warranted and thus propose the following:

WHEREAS, the parties met and conferred regarding the deadlines for Plaintiffs' class certification motion and the parties' related briefing and expert reports, and agreed to the following: a 32-day extension for the filing of Plaintiffs' class certification motion and expert reports, for Meta to file its opposition and expert reports (to avoid Meta's briefing deadline falling over the Thanksgiving weekend), and for Plaintiffs to file their reply in support of class certification and reply expert reports. The parties also suggest that the hearing on the class certification motion be reset to Wednesday, February 25, 2026, to provide the Court with sufficient time to consider the briefing;

WHEREAS, the parties further agreed to extend certain deadlines following an order certifying a class (if a class is certified) to accommodate the later conclusion of class certification briefing

WHEREAS, these alterations *do not* alter the Court's previously ordered schedule for the Pre-Trial Conference and Jury Trial;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the Parties, and subject to Court approval, that:

1. The following deadlines apply to Plaintiffs' consolidated class action complaint and briefing related to Meta's anticipated motion to dismiss:

| **Event** | **Current Deadline** | **Proposed Modified Schedule** |
|---|---|---|
| First Settlement Conference | Wednesday, August 20, 2025 | |

| | | |
|---|---|---|
| Motion for Class Certification (and Plaintiffs' class cert expert reports) | Friday, August 8, 2025 | **Tues., September 9, 2025** |
| Opposition to Class Certification (and Meta's class cert expert reports) | Friday, October 17, 2025 | **Tues., November 18, 2025** |
| Reply in Support of Motion for Class Certification (and Plaintiffs' class cert reply expert reports) | Friday, December 19, 2025 | **Tues., January 20, 2026** |
| Hearing on Motion for Class Certification | Wednesday, January 14, 2025 | **Wed., February 25, 2026** |
| Parties meet-and-confer regarding (1) further production of data from data sets that the parties agreed to sample before class certification and deadline for such productions, and (2) modifications to merits expert report deadlines as necessary to accommodate such productions. | 30 Days After a Court Order Certifying a Class (If a Class Is Certified) | |
| Meta will produce from the tables that the parties previously agreed to sample additional data necessary to identify the class members, to the extent that information is in Meta's possession and is reasonably accessible. | 90 Days After a Court Order Certifying a Class (If a Class Is Certified) | |
| Opening Expert Reports (merits and non-class) | Friday, March 13, 2026 | **Tuesday, April 14, 2026** |
| Rebuttal Expert Reports (merits and non-class) | Friday, April 24, 2026 | **Tuesday, May 26, 2026** |
| Reply Expert Reports (merits and non-class) | Friday, June 5, 2026 | **Tuesday, July 7, 2026** |
| Expert Discovery Deadline | Friday, July 17, 2026 | **Tuesday, August 18, 2026** |
| Dispositive and Daubert Motions Shall be Filed | Friday, July 31, 2026 | **Tuesday, September 1, 2026** |

| | | |
|---|---|---|
| Oppositions to Dispositive and Daubert Motions Shall be Filed | Friday, August 28, 2026 | **Tues., September 29, 2026** |
| Reply to Dispositive and Daubert Motions Shall be Filed | Friday, September 25, 2026 | **Tuesday, October 27, 2026** |
| Pre-Trial Conference | Monday, November 16, 2026 at 2:00 p.m. | |
| Trial | Monday, February 1, 2027 at 8:30 a.m. by Jury | |

Dated: July 14, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
Lauren Goldman

*Attorneys for Meta Platforms, Inc.*

Dated: July 14, 2025

By: */s/ Jay Barnes*

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700

Fax: 510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

**PURSUANT TO STIPULATION, as modified below, IT IS SO ORDERED.**

**The hearing on the motion for class certification shall be on March 4, 2026, at 2:00 p.m.**

DATED: July 14, 2025

Hon. Judge William H. Orrick
United States District Court Judge

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the CM/ECF user filing this document attests that concurrence in its filing has been obtained from its other signatories.

DATED: July 14, 2025

*/s/ Andre Mura*
Andre Mura