1  Jason 'Jay' Barnes (admitted *pro hac vice*)
   *jaybarnes@simmonsfirm.com*
2  **SIMMONS HANLY CONROY LLP**
   112 Madison Avenue, 7th Floor
3  New York, NY 10016
   Tel:     212-784-6400
4  Fax:     212-213-5949

5  Jeffrey A. Koncius, State Bar No. 189803
   *koncius@kiesel.law*
6  **KIESEL LAW LLP**
   8648 Wilshire Boulevard
7  Beverly Hills, CA 90211
   Tel:     310-854-4444
8  Fax:     310-854-0812

9  Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
10 **TERRELL MARSHALL LAW GROUP
   PLLC**
11 936 North 34th Street, Suite 300
   Seattle, WA 98103
12 Tel:     206-816-6603
   Fax:     206-319-5450
13
   *Attorneys for Plaintiffs and the Proposed Class*
14

Geoffrey Graber, State Bar No. 211547
   *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:     202-408-4600
Fax:     202-408-4699

Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel:     510-350-9700
Fax:     510-350-9701

15            **UNITED STATES DISTRICT COURT FOR THE
             NORTHERN DISTRICT OF CALIFORNIA
16                      SAN JOSE DIVISION**

17 IN RE META PIXEL HEALTHCARE          **Case No. 3:22-cv-03580-WHO (VKD)**
   LITIGATION
18                                       <u>CLASS ACTION</u>
19 This Document Relates To:             **DECLARATION OF LISA M. FREEMAN IN
                                         SUPPORT OF PLAINTIFFS'
20 All Actions                           ADMINISTRATIVE MOTION TO
                                         CONSIDER WHETHER ANOTHER
21                                       PARTY'S MATERIAL SHOULD BE SEALED**
22                                       Hon. Virginia K. DeMarchi
23
24
25
26
27
28
                                         Case No. 3:22-cv-03580-WHO (VKD)
   DECLARATION OF LISA M. FREEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO
        CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

1          **<u>DECLARATION OF LISA M. FREEMAN</u>**

2          1.        I am an attorney duly admitted to practice before this Court and am a member in

3    good standing of the State Bar of California.

4          2.        I am an associate at the law firm of Kiesel Law LLP, who, along with the law firms

5    Simmons Hanly Conroy LLP, Cohen Milstein Sellers & Toll, PLLC, Terrell Marshall Law Group,

6    PLLC, and Gibbs Mura LLP, represent Plaintiffs in the above-captioned matter.

7          3.        I have personal knowledge of the facts set forth herein and, if called as a witness,

8    could and would testify competently to them.

9          4.        I submit this declaration in accordance with Civil Local Rule 79-5 in support of

10   Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

11         5.        Plaintiffs move for consideration of whether information concerning Defendant Meta

12   Platforms, Inc. should be sealed, in connection with Plaintiffs' Motion for Leave to File a Motion

13   for Reconsideration regarding the Court's Order on the July 14, 2025 Discovery Dispute concerning

14   the Jain Deposition.

15         6.        A true and correct copy of the unredacted versions of the documents listed below are

16   being filed herewith. Highlighted within the documents and identified in the table below are items

17   Plaintiffs move the Court to consider sealing based on Meta's assertions of confidentiality.

| Document | Portion(s) to Seal |
|---|---|
| Plaintiffs' Motion for Leave to File a Motion for Reconsideration re the Court's Order re July 14, 2025 Discovery Dispute re Jain Deposition | Highlighted portions at:<br><br>Page 5, Lines 11-12, 15, 20-21, 28;<br><br>Page 6, Lines 5-7, 10-11, 16-23, 27-28;<br><br>Page 7, Lines 2-11. |
| Exhibit A to the Declaration of Jeffrey A. Koncius in Support of Plaintiffs' Motion for Leave to File a Motion for Reconsideration re the Court's Order re July 14, 2025 Discovery Dispute re Jain Deposition | Highlighted portions at:<br><br>Page 2, Lines 7-11, 13, 15-17, 20, 24;<br><br>Page 4, Lines 6, 19;<br><br>Page 8, Line 9; |

DECLARATION OF LISA M. FREEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

| | Page 10, Line 1; |
| --- | --- |
| | Ex. 1 - Entire document; |
| | Ex. 3 - Entire document; |
| | Ex. 7 - Highlighted portions on page 120; |
| | Ex. 8 - Highlighted portions on page 237; |
| | Ex. 9 - Highlighted portions on pages 164-165; |
| | Ex. 10 - Highlighted portions on pages 26-27, 64-65, 69-70, 72-73, 77-78, 85-92, 97-98, 103-104, 107, 110; |
| | Ex. 11 - Highlighted portions on pages 60, 68-69; |
| | Ex. 12 - Highlighted portions on pages 19-20; |
| | Ex. 13 - Entire document; |
| | Ex. 14 - Entire document; |
| | Ex. 22 - Highlighted portions at pages 1-2. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 4, 2025 at Beverly Hills, California.

/s/ Lisa M. Freeman
LISA M. FREEMAN

DECLARATION OF LISA M. FREEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED