| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY (SBN 268184)<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA (SBN 301746)<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>*Additional Counsel in Signature Block*<br><br>*Attorneys for Defendant Meta Platforms, Inc.* | GEOFFREY GRABER (SBN 211547)<br>*ggraber@cohenmilstein.com*<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, 8th Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>*jaybarnes@simmonsfirm.com*<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br><br>*Additional Attorneys in Signature Block*<br><br>*Co-Lead Counsel for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT STATUS REPORT RE DKT. NOS. 1085 AND 1106** |

The parties submit the following status report regarding Dkt. Nos. 1085 and 1106.

Plaintiffs sent a list of additional domains and associated Pixel IDs they assert are relevant to this case on August 11, 2025. Meta is reviewing the list, and the parties have a meet and confer scheduled next week. The parties propose to submit a further status update no later than September 15, 2025.

| | |
|---|---|
| Dated: August 14, 2025 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: */s/ Lauren Goldman* <br>      Lauren Goldman |
| | LAUREN R. GOLDMAN (pro hac vice) <br> lgoldman@gibsondunn.com <br> DARCY C. HARRIS (pro hac vice) <br> dharris@gibsondunn.com <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-4035 |
| | ELIZABETH K. MCCLOSKEY (SBN 268184) <br> emccloskey@gibsondunn.com <br> ABIGAIL A. BARRERA (SBN 301746) <br> abarrera@gibsondunn.com <br> One Embarcadero Center, Suite 2600 <br> San Francisco, CA 94111-3715 <br> Telephone: (415) 393-8200 <br> Facsimile: (415) 393-8306 |
| | **LATHAM & WATKINS LLP** |
| | ANDREW B. CLUBOK (pro hac vice) <br> andrew.clubok@lw.com <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004-1304 <br> Telephone: +1.202.637.2200 |
| | GARY S. FEINERMAN (pro hac vice forthcoming) <br> gary.feinerman@lw.com <br> 300 North Wabash Ave, Suite 2800 <br> Chicago, IL 60611 <br> Telephone: +1.312.876.7700 |
| | MELANIE M. BLUNSCHI (Bar No. 234264) <br> melanie.blunschi@lw.com <br> KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635) <br> kristin.whitehead@lw.com <br> 505 Montgomery St., Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: +1.415.391.0600 |
| | *Attorneys for Meta Platforms, Inc.* |

By: /s/ Geoffrey Graber
    Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  ggraber@cohenmilstein.com
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699


By: /s/ Jason 'Jay' Barnes
    Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  bterrell@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  amm@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

*Attorneys for Plaintiffs*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth McCloskey, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 14, 2025                                By:     /s/ Elizabeth McCloskey