1  **GIBSON, DUNN & CRUTCHER LLP**
   LAUREN R. GOLDMAN (*pro hac vice*)
2  lgoldman@gibsondunn.com
   DARCY C. HARRIS (*pro hac vice*)
3  dharris@gibsondunn.com
   200 Park Avenue
4  New York, NY 10166
   Telephone:    (212) 351-4000
5  Facsimile:    (212) 351-4035

6  ELIZABETH K. MCCLOSKEY, SBN 268184
   emccloskey@gibsondunn.com
7  ABIGAIL A. BARRERA, SBN 301746
   abarrera@gibsondunn.com
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone:    (415) 393-8200
   Facsimile:    (415) 393-8306

*Additional counsel listed on signature page*

*Attorneys for Defendant Meta Platforms, Inc.*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone:    (212) 784-6400
Facsimile:    (212) 213-5949

*Additional counsel listed on signature page*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** |
| All Actions | |

1     WHEREAS, on June 23, 2025, the Court entered the parties' stipulation and proposed order to modify the case schedule (ECF 1079);

    WHEREAS, under the current case management schedule, the deadline for the parties' first settlement conference is August 20, 2025;

    WHEREAS, the parties have discussed and agree that it is premature to engage in ADR at this time;

    WHEREAS, the parties agree that the deadline for the parties' first settlement conference should be extended by 188 days in order to take place following the class certification briefing;

    WHEREAS, extending the deadline for the parties' first settlement conference will not impact any other deadline in this case.

    Accordingly, **IT IS HEREBY STIPULATED AND AGREED** between the parties, subject to Court approval, that the deadline for the first settlement conference is extended from August 20, 2025 to February 24, 2026.

Dated: August 20, 2025      **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
    Lauren Goldman

LAUREN R. GOLDMAN (admitted *pro hac vice*)
DARCY C. HARRIS (admitted *pro hac vice*)
lgoldman@gibsondunn.com
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

*//*
*//*

|  |  |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| 2 | By: */s/ Andrew B. Clubok* |
| 3 | Andrew B. Clubok |
| 4 | ANDREW B. CLUBOK (*pro hac vice*) |
|  | *andrew.clubok@lw.com* |
| 5 | 555 Eleventh St., NW, Suite 1000 |
|  | Washington, D.C. 20004-1304 |
| 6 | Telephone: +1.202.637.2200 |

LATHAM & WATKINS LLP

By: */s/ Andrew B. Clubok*
Andrew B. Clubok

ANDREW B. CLUBOK (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (*pro hac vice*)
*gary.feinerman@lw.com*
300 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (Bar No. 234264)
*melanie.blunschi@lw.com*
KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
*kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Meta Platforms, Inc.*

Dated: August 20, 2025

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Geoffrey Graber*
        Geoffrey Graber

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:     202-408-4600
Fax:    202-408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:     212-784-6400

2
STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE
CASE NO. 3:22-CV-03580-WHO (VKD)

Fax: 212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
 *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
 *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
 *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

# CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: August 20, 2025                              */s/ Lauren Goldman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_August 21, 2025

_____
Hon. William H. Orrick
United States District Court Judge