UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Case No. 22-cv-03580-WHO (VKD)<br><br>**INTERIM ORDER RE PLAINTIFFS' SEALING MOTION**<br><br>Re: Dkt. No. 1123 |
|---|---|

In connection with their motion for leave to seek reconsideration of a discovery order regarding a dispute about Mr. Jain's deposition, plaintiffs moved to seal certain portions of their briefing and exhibits based on Meta's assertions of confidentiality. Dkt. No. 1123. The Court granted the parties' joint request extending the deadline for Meta's response to the sealing motion. Dkt. No. 1127. Meta timely filed its response on August 18, 2025. Dkt. Nos. 1133-1134.

In reviewing the matter, it appears that Meta's August 18, 2025 response does not take into account that certain information for which it seeks sealing has been publicly filed in prior filings. *Compare, e.g.*, Dkt. No. 1122 at ECF 9, line 9 *with* Dkt. No. 1134-2 at ECF 10, line 9; *see also* Dkt. No. 1122-1 at ECF 22-29 *and* Dkt. No. 1134-3 at ECF 57-63. These are just some examples.

In view of these discrepancies, the parties are directed to confer about Meta's proposed redactions and to submit a joint proposed set of redactions by **September 3, 2025**. The Court expects that the parties will be able to stipulate to an agreed set of redactions for the materials pertaining to the dispute about Mr. Jain's deposition that are consistent with prior sealing orders of

///

///

///

the presiding judge and this Court.

**IT IS SO ORDERED.**

Dated: August 22, 2025

Virginia K. DeMarchi
United States Magistrate Judge

2