| | |
|---|---|
| Jason 'Jay' Barnes, State Bar No. 362776<br>jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:   212-784-6400<br>Fax:   212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Tel:   202-408-4600<br>Fax:   202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:   310-854-4444<br>Fax:   310-854-0812 | Andre M. Mura, State Bar No. 298541<br>amm@classlawgroup.com<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:   510-350-9701 |

Beth E. Terrell, State Bar No. 178181
bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF JASON 'JAY' BARNES ATTACHING EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. William H. Orrick |

I, Jason 'Jay' Barnes, declare as follows:

1. I am a member in good standing of the Bar of California and the Missouri State Bar. I am a partner at Simmons Hanly Conroy, LLP and was appointed by this court as Interim Co-Lead Class Counsel for the putative class in this matter on December 21, 2022. Dkt. 158. represent Plaintiffs in this matter.

2. I submit this declaration attaching Exhibits in support of Plaintiffs' motion for class certification. I have personal knowledge of the facts set forth below and if called as witnesses, could and would testify competently to them.

3. Attached hereto as **Exhibit 1** is the Supplemental Expert Report of Richard Smith in this matter.

4. Attached hereto as **Exhibit 2** is the Expert Report of Dr. Atif Hashmi in this matter.

5. Attached hereto as **Exhibit 3** is the Expert Report of Dr. Zubair Shafiq in this matter.

6. Attached hereto as **Exhibit 4** is the Expert Report of Glenn Cohen in this matter.

7. Attached hereto as **Exhibit 5** is the Expert Report of Dr. Kathleen Vohs in this matter.

8. Attached hereto as **Exhibit 6** is the Expert Report of Kate Barasz in this matter.

9. Attached hereto as **Exhibit 7** is the Expert Report of Dr. Hal Singer in this matter.

10. Attached hereto as **Exhibit 8** is the Expert Report of Health Capital Consultants in this matter.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Meta's First Set of Supplemental Responses and Objections to Plaintiffs' Fourth Set of Interrogatories.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000000057.

13. Attached hereto as **Exhibit 11** is a true and correct copy of portions of the 30(b)(1) deposition transcript of Graham Mudd in this matter.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000479960 which, along with its accompanying metadata, was marked as Exhibit 105 during the deposition of Graham Mudd.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000685609 which, along with its accompanying metadata, was marked as Exhibit 43 during the 30(b)(1) deposition of Tobias Wooldridge.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a letter sent by Meta to Sen. Mark Warner, dated November 3, 2022.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Meta's Responses and Objections to Plaintiffs' Third Set of Interrogatories,

18. Attached hereto as **Exhibit 16** is a true and correct copy of portions of the 30(b)(6) deposition transcript of Fred Leach in this matter.

19. Attached hereto as **Exhibit 17** is a true and correct copy of portions of the 30(b)(6) deposition transcript of Pushkar Tripathi in this matter.

20. Attached hereto as **Exhibit 18** is a true and correct copy of portions of the 30(b)(1) deposition transcript of Charlotte Narvaez in this matter.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000660826.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH001247903 which was marked as Exhibit 600 during the deposition of Charlotte Narvaez.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000473169 which was marked as Exhibit 604 during the deposition of Charlotte Narvaez.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH0001254513 which, along with its accompanying metadata, was marked as Exhibit 384 during the 30(b)(6) deposition of Tobias Wooldridge.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000925793 which was marked as Exhibit 603 during the deposition of Charlotte Narvaez.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000426055 which, along with its accompanying metadata, was marked as Exhibit 98 during the deposition of Graham Mudd.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000614879, which was marked as Exhibit 605 during the deposition of Charlotte Narvaez.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000888521, which, along with its accompanying metadata, was marked as Exhibit 388 during the 30(b)(6) deposition of Tobias Wooldridge.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000682347, which was marked as Exhibit 606 during the deposition of Charlotte Narvaez.

30. Attached hereto as **Exhibit 28** is a true and correct copy of portions of the 30(b)(1) deposition transcript of Rebecca Reza in this matter.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000018631 which, along with its accompanying metadata, was marked as Exhibit 68 during the deposition of Rebecca Reza.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000018789 which, along with its accompanying metadata, was marked as Exhibit 69 during the deposition of Rebecca Reza.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000018884 which, along with its accompanying metadata, was marked as Exhibit 71 during the deposition of Rebecca Reza.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000018920 which, along with its accompanying metadata, was marked as Exhibit 72 during the deposition of Rebecca Reza.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000018975 which, along with its accompanying metadata, was marked as Exhibit 73 during the deposition of Rebecca Reza.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000077740 which, along with its accompanying metadata, was marked as Exhibit 74 during the deposition of Rebecca Reza.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000077908 which, along with its accompanying metadata, was marked as Exhibit 75 during the deposition of Rebecca Reza.

38. Attached hereto as **Exhibit 36** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000583319 which, along with its accompanying metadata, was marked as Exhibit 76 during the deposition of Rebecca Reza.

39. Attached hereto as **Exhibit 37** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000625039 which, along with its accompanying metadata, was marked as Exhibit 99 during the deposition of Graham Mudd.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000089732

41. Attached hereto as **Exhibit 39** is a true and correct copy of portions of the 30(b)(1) deposition transcript of Brayton Deckard in this matter.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000474517.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000955033 which, along with its accompanying metadata, was marked as Exhibit 83 during the deposition of Rebecca Reza.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000078375 which, along with its accompanying metadata, was marked as Exhibit 85 during the deposition of Rebecca Reza.

45. Attached hereto as **Exhibit 43** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000437963 which, along with its accompanying metadata, was marked as Exhibit 84 during the deposition of Rebecca Reza.

46. Attached hereto as **Exhibit 44** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000470871 which was marked as Exhibit 616 during the deposition of Brayton Deckard.

47. Attached hereto as **Exhibit 45** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000470862 which was marked as Exhibit 617 during the deposition of Brayton Deckard.

48. Attached hereto as **Exhibit 46** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000470854 which was marked as Exhibit 618 during the deposition of Brayton Deckard.

49. Attached hereto as **Exhibit 47** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000470959 which was marked as Exhibit 615 during the deposition of Brayton Deckard.

50. Attached hereto as **Exhibit 48** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000005502 which was marked as Exhibit 631 during the deposition of Brayton Deckard.

51. Attached hereto as **Exhibit 49** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000472294 which was marked as Exhibit 627 during the deposition of Brayton Deckard.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by Plaintiffs bearing Bates number PLTFS00013531.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000016082.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000327740.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH001162829.

56. Attached hereto as **Exhibit 54** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000909671 which, along with its accompanying metadata, was marked as Exhibit 111 during the deposition of Graham Mudd.

57. Attached hereto as **Exhibit 55** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000910484 which, along with its accompanying metadata, was marked as Exhibit 118 during the deposition of Graham Mudd.

58. Attached hereto as **Exhibit 56** is a true and correct copy of the documents produced by Meta bearing Bates numbers PIXEL_HEALTH000834324 and PIXEL_HEALTH000834326 which, along with their accompanying metadata, were together marked as Exhibit 120 during the deposition of Graham Mudd.

59. Attached hereto as **Exhibit 57** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000525144 which, along with its accompanying metadata, was marked as Exhibit 5 during the 30(b)(1) deposition of Tobias Wooldridge.

60. Attached hereto as **Exhibit 58** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000291310 which, along with its accompanying metadata, was marked as Exhibit 14 during the 30(b)(1) deposition of Tobias Wooldridge.

61. Attached hereto as **Exhibit 59** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH001333178 which, along with its accompanying metadata, was marked as Exhibit 654 during the deposition of Fred Leach.

62. Attached hereto as **Exhibit 60** is a list of healthcare providers that were verified as healthcare providers by human review after their inclusion on or more lists of healthcare providers, and that had the Pixel at some point in time.

63. Attached hereto as **Exhibit 61** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000868716 which, was marked as Exhibit 636 during the deposition of Fred Leach.

64. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000419948.

65. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000419931.

66. Attached hereto as **Exhibit 64** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000000545.

67. Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000873613.

68. Attached hereto as **Exhibit 66** is a true and correct copy of portions of the 30(b)(1) deposition transcript of Tobias Wooldridge in this matter.

69. Attached hereto as **Exhibit 67** is a true and correct copy of portions of the 30(b)(1) deposition transcript of Abhinav Anand in this matter.

70. Attached hereto as **Exhibit 68** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH000113924 which, along with its accompanying metadata, was marked as Exhibit 202 during the deposition of Abhinav Anand.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH001377978.

72. Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by third-party Protiviti bearing Bates number PROT-MPHL3580-00000685.

73. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH001247717.

74. Attached hereto as **Exhibit 72** is a list of healthcare providers that applies to both the Patient Status Button Click and Patient Health Information classes.

75. Attached hereto as **Exhibit 73** is at-issue drug domains for the Prescription Drug Information Class.

76. Attached hereto as **Exhibit 74** is a true and correct copy of Jane Doe I's responses to Meta's Interrogatories Nos. 4-6.

77. Attached hereto as **Exhibit 75** is a true and correct copy of Jane Doe IV's responses to Meta's Interrogatories Nos. 4-6.

78. Attached hereto as **Exhibit 76** is a true and correct copy of Jane Doe V's responses to Meta's Interrogatories Nos. 4-6.

79. Attached hereto as **Exhibit 77** is a true and correct copy of Jane Doe IX's responses to Meta's Interrogatories Nos. 4-6.

80. Attached hereto as **Exhibit 78** is a true and correct copy of Jane Doe X's responses to Meta's Interrogatories Nos. 4-6.

81. Attached hereto as **Exhibit 79** is a true and correct copy of John Doe II's responses to Meta's Interrogatories Nos. 4-6.

82. Attached hereto as **Exhibit 80** is a true and correct copy of John Doe III's responses to Meta's Interrogatories Nos. 4-6.

83. Attached hereto as **Exhibit 81** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000873668.

84. Attached hereto as **Exhibit 82** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH001179875.

85. Attached hereto **as Exhibit 83** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000419931.

86. Attached hereto as **Exhibit 84** is a true and correct copy of portions of the 30(b)(6) deposition transcript of Tobias Wooldridge in this matter.

87. Attached hereto as **Exhibit 85** is a true and correct copy of the document produced by Meta bearing Bates number PIXEL_HEALTH001333378 which, along with its accompanying metadata, was marked as Exhibit 662 during the deposition of Fred Leach.

88. Attached hereto as **Exhibit 86** is a true and correct copy of a document produced by Meta bearing Bates number PIXEL_HEALTH000027687.

I declare that the foregoing is true and correct to the best of my knowledge. Executed on September 9, 2025.

*s/Jason 'Jay' Barnes*
Jason 'Jay' Barnes

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Geoffrey Graber, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 9, 2025  /s/ *Geoffrey Graber*
Geoffrey Graber