Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) |
| | **DECLARATION OF ANDRE M. MURA IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| This Document Relates To<br><br>All Actions | Hon. William H. Orrick |

I, Andre M. Mura, declare as follows:

1.      I am a member in good standing of the Bar of California and the bar of this Court. I am a partner at Gibbs Mura LLP (formerly Gibbs Law Group) in Oakland, California. The Court appointed me to plaintiffs' executive committee on December 21, 2022. ECF 158 at 7.

2.      I submit this declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the facts set forth below and if called as witnesses, could and would testify competently to them.

3.      Gibbs Mura LLP is a national litigation firm dedicated to representing plaintiffs in class, collective, and mass actions in state and federal courts, and in arbitration. The firm serves clients in consumer protection, financial fraud, antitrust, whistleblower, personal injury, and employment cases. Our attorneys regularly prosecute class actions like this case and have successfully certified classes, developed damages methodologies, and ultimately obtained relief for consumers. A copy of our firm's resume is attached as **Attachment A.**

4.      My firm and I have experience successfully litigating complex consumer privacy cases on behalf of consumers, including in *Brooks v. Thomson Reuters Corp.*, 3:21-cv-01418-EMC-KAW (N.D. Cal.), *In re Vizio Consumer Privacy Litigation*, No. 8:16-ml-02693 (C.D. Cal.), and *In re Lenovo Adware Litigation*, No. 15-md-02624-RMW-HSG (N.D. Cal.).

5.      Gibbs Mura has been actively involved in this litigation. Working at the direction of interim co-lead counsel, I and/or my colleagues, including Hanne Jensen, have drafted amended pleadings, briefed dispositive motions, obtained and reviewed thousands of documents, briefed and argued discovery motions, deposed a Meta account manager and assisted with other depositions of Meta employees, prepared Plaintiffs' to be deposed, defended Plaintiffs' depositions, taken the lead role on appeal in opposing Meta's petition for writ of mandamus, worked with class certification experts, and prepared Plaintiffs' motion for class certification.

6.     The Gibbs Mura attorneys working on this case are committed to prosecuting this litigation to its conclusion. I know of no conflicts that would impede my and my firm's ability to continue to vigorously prosecute this case, and welcome the opportunity to continue to serve in an appointed role on behalf of any plaintiff class.

I declare that the foregoing is true and correct to the best of my knowledge. Executed on September 9, 2025.

*s/ Andre M. Mura*

Andre M. Mura

DECLARATION OF ANDRE M. MURA ISO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:22-cv-03580-WHO (VKD)

# GibbsMura

A LAW GROUP

## Firm Resume

Gibbs Mura is a national litigation firm providing the highest caliber of representation to plaintiffs in class and collective actions in state and federal courts, and in arbitration matters worldwide. The firm serves clients in consumer protection, securities and financial fraud, antitrust, whistleblower, personal injury, and employment cases.

The firm regularly prosecutes multi-state class actions and has one of the best track records in the country for successfully certifying classes, developing practical damages methodologies, obtaining prompt relief for class members victimized by unlawful practices, and working cooperatively with other firms.

Our attorneys take pride in their ability to simplify complex issues; willingness to pursue narrow and innovative legal theories; ability to work cooperatively with other plaintiffs' firms; and desire to outwork and outlast well-funded defense teams.

In less than a decade since its 2014 founding, the firm has recovered over $2.5 billion for its clients. During that time, the firm has been honored repeatedly for the quality of its work and the results delivered to its clients, including:

- Top Law Firm, California Litigation: Mainly Plaintiffs – *Chambers USA*, 2025, 2024, 2023, 2022
- Class Action Practice Group of the Year, *Law360*, 2023, 2019
- Top Boutique Law Firms in California, *Daily Journal*, 2019

These accolades have also included individual recognition of many of the firm's attorneys:

- Top Class Action Attorneys Under 40, *Law360 Rising Stars*, 2024 (Amanda Karl)
- Top Women Lawyers in California, *Daily Journal,* 2024 (Rosemary Rivas)
- California Lawyer of the Year (CLAY) Award, *Daily Journal*, 2023 (Andre Mura, Steven Tindall, Zeke Wald)
- Top Women Lawyers in California, *Daily Journal,* 2023, 2021 (Amy Zeman)
- Top Plaintiff Lawyers in California, *Daily Journal,* 2021 (Andre Mura, Amy Zeman)
- Product Liability MVP, *Law360*, 2021 (Amy Zeman)
- Lawyer of the Year- Mass Torts/ Class Action, *Best Lawyers*, 2022 (Eric Gibbs)
- Titans of the Plaintiffs Bar, *Law360*, 2019 (Eric Gibbs)
- California Lawyer of the Year (CLAY) Award, *Daily Journal*, 2019 (Eric Gibbs)
- California Lawyer of the Year (CLAY) Award, *Daily Journal*, 2019 (Steven Tindall)
- Top Plaintiff Lawyers in California, *Daily Journal*, 2020, 2019, 2016 (Eric Gibbs)
- Cybersecurity and Privacy MVP, *Law360*, 2018 (Eric Gibbs)
- Top Cybersecurity/ Privacy Attorneys Under 40, *Law360 Rising Stars,* 2017 (Andre Mura)

### ATTORNEYS

**Partners**
| | |
|---|---|
| Eric Gibbs | p. 3 |
| Andre Mura | p. 5 |
| David Berger | p. 7 |
| Eileen Epstein Carney | p. 9 |
| Dylan Hughes | p. 10 |
| Amanda Karl | p. 11 |
| Linda Lam | p. 13 |
| Steve Lopez | p. 14 |
| Rosemary Rivas | p. 15 |
| Dave Stein | p. 17 |
| Steven Tindall | p. 19 |
| Amy Zeman | p. 21 |

**Of Counsel & Counsel**
| | |
|---|---|
| Josh Bloomfield | p. 23 |
| Aaron Blumenthal | p. 24 |
| Spencer Hughes | p. 25 |
| Parker Hutchinson | p. 26 |
| Brian Johnson | p. 27 |
| Shawn Judge | p. 28 |
| Daniel Leathers | p. 30 |
| Rosanne Mah | p. 31 |
| Karen Barth Menzies | p. 32 |
| Ashleigh Musser | p. 34 |
| Mark Troutman | p. 35 |

**Associates**
| | |
|---|---|
| Brian Bailey | p. 37 |
| Emily Beale | p. 38 |
| Delaney Brooks | p. 39 |
| Jane Farrell | p. 40 |
| Sadie Hillier | p. 41 |
| Hanne Jensen | p. 42 |
| Anna Katz | p. 43 |
| Jeff Kosbie | p. 44 |
| Emma MacPhee | p. 45 |
| Jake Seidman | p. 46 |
| Jennifer Sun | p. 47 |
| Wynne Tidwell | p. 48 |
| Zeke Wald | p. 49 |
| Tayler Walters | p. 50 |

**Staff Attorneys**
| | |
|---|---|
| Dorry Gardner | p. 51 |
| Sierra Morris | p. 52 |
| Alyssa Prothero | p. 53 |

### SIGNIFICANT RECOVERIES

| | |
|---|---|
| Deceptive Marketing | p. 54 |
| Defective Products | p. 55 |
| Antitrust & Unfair Business Practices | p. 57 |
| Securities & Financial Fraud | p. 59 |
| Data Breach & Privacy | p. 60 |
| Mass Tort | p. 61 |
| Sexual Assault Litigation | p. 61 |
| Government Reform | p. 61 |

## Voting Rights Task Force

Gibbs Mura is proud to have launched our Voting Rights Task Force, through which we have been participating in efforts to protect and expand civic participation across the country. The Task Force seeks to identify specific opportunities for both our attorneys and staff to promote voter engagement and maximize voter participation. We implemented new programs to promote firmwide involvement in protecting and expanding the right to vote, including:

- Making Election Day a firm holiday.
- Allowing support staff to bill a set number of hours per week to Voting Rights Task Force efforts, including with nonprofit organizations.
- Encouraging attorney participation in voter protection volunteer opportunities during elections, including staffing voter protection hotlines, poll watching, and helping triage issues that arise.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
ehg@classlawgroup.com

**Practice Emphasis**
Antitrust & Unfair Competition
Banking and Financial Fraud
Class Actions
Consumer Protection
Mass Personal Injury
Whistleblower

**Education**
Seattle University School of
Law, J.D., 1995
San Francisco State
University, B.A., 1991

**Awards & Honors**
*"Lawyer of the Year," Best
Lawyers in America for Class
Actions/ Mass Tort Litigation
(2022)*
*Nationwide Products Liability:
Plaintiffs – Band 4,*
Chambers USA, 2022-2025
*Lawdragon 500 Leading
Plaintiff Consumer Lawyer,*
2019-2026
*Titans of the Plaintiffs Bar,*
Law360, 2019
*California Lawyer Attorney of
the Year Award,* 2019
*Top Plaintiff Lawyers in
California for 2020, 2019,
2016,* Daily Journal
*Cybersecurity & Privacy
MVP,* Law360, 2018
*Consumer Protection MVP,*
Law360, 2016
*AV Preeminent*® Peer
Review Rated by Martindale-
Hubbell

**Admissions**
California

# Eric H. Gibbs | Partner

Eric prosecutes antitrust, consumer protection, whistleblower, financial fraud and mass tort matters.  He has been appointed to leadership positions in dozens of contested, high profile class actions and coordinated proceedings.  Eric has recovered billions of dollars for the clients and classes he represents and has negotiated groundbreaking settlements that resulted in meaningful reforms to business practices and have favorably impacted plaintiffs' legal rights.

## Reputation and Recognition by the Courts

In over 20 years of practice, Eric has developed a distinguished reputation with his peers and the judiciary for his ability to work efficiently and cooperatively with co-counsel, and professionally with opposing counsel in class action litigation.

"[Mr. Gibbs] efficiently managed the requests from well over 20 different law firms and effectively represented the interests of Non-Settling Plaintiffs throughout this litigation."

- Hon. G. Wu, *In re Hyundai & Kia Fuel Economy Litig.* (C.D. Cal)

"The attorneys who handled the case were particularly skilled by virtue of their ability and experience."

- Hon. D. Debevoise, *In re: Mercedes-Benz Teleaid Contract Litig.* (D. N.J.)

"They are experienced and knowledgeable counsel and have significant breadth of experience in terms of consumer class actions."

- Hon. R. Sabraw, *Mitchell v. Am. Fair Credit Assoc'n* (Alameda Cty. Superior Ct.)

"Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class."

- Hon. J. Fogel, *Sugarman v. Ducati N. Am.* (N.D. Cal)

## Achievements and Leadership

Eric has been recognized as a leading lawyer in class and mass actions.  In 2019, *Law360* recognized Eric among its "Titans of the Plaintiffs Bar," one of only 10 attorneys nationwide to receive the prestigious award.  He also received the 2019 *California Lawyer Attorney of the Year (CLAY) Award* for his work in the Anthem Data Breach Litigation.  *Daily Journal* named him to its coveted list of "Top Plaintiff Lawyers in California" for 2020, 2019 and 2016. *Law360* recognized Eric as a "2016 Consumer Protection MVP," (the only plaintiff-side lawyer in the country selected in that category) and as a "2018 Cybersecurity & Privacy MVP."  Consumer Attorneys of California selected Eric and co-counsel as finalists for *Consumer Attorney of the Year* for achieving a $100 million settlement in the Chase "Check Loan" Litigation.  His cases have been chronicled in major legal and news publications including *NBC News, CNN,* the *National Law Journal, The New York Times, Market Watch,* and *Bloomberg News.* Eric holds a variety of leadership positions in professional associations for consumer advocacy, and he frequently presents on developing trends in the law at conferences throughout the country.

## Litigation Highlights

***In re Anthem, Inc. Data Breach Privacy Litigation*** – Served as a court-appointed member of the Plaintiffs' Steering Committee representing the interests of plaintiffs and putative class members following a massive data breach of approximately 80 million personal records.  The lawsuit settled in August 2018 for $115 million, the largest data breach settlement in history at the time.

***In re Chase Bank U.S.A., N.A. "Check Loan" Contract Litigation*** – multidistrict litigation that alleged Chase Bank wronged consumers by offering long-term fixed-rate loans, only to later more-than-double the required loan payments.  Eric led negotiations in the case, which resulted in a $100 million settlement with Chase eight weeks prior to trial.

***In re Adobe Systems Inc. Privacy Litigation*** – As court-appointed lead counsel, Eric and his team reversed a long line of decisions adverse to consumers whose personal information was stolen in data breaches. Judge Koh issued a 41 page decision in plaintiffs' favor and Eric negotiated a comprehensive reform of Adobe's data security practices. The court's landmark decision on Article III standing in this case marked a sea change and has been cited favorably in over twenty cases in the year since it was issued.

***In re Hyundai & Kia Fuel Econ. Litigation*** – As court-appointed liaison counsel, Eric reconciled the plaintiffs' interests and coordinated discovery and settlement negotiations. He helped finalize a settlement with an estimated value of up to $210 million.

***Skold v. Intel Corp.*** – After more than a decade of litigation, Eric as lead counsel achieved a nationwide class action settlement on behalf of approximately 5 million consumers of Intel Pentium 4 processors. The lawsuit changed Intel's benchmarking practices and Intel agreed to a cash settlement for the class, along with $4 million in charitable donations.

***Parkinson v. Hyundai Motor America*** – Eric served as class counsel in this lawsuit alleging that the flywheel and clutch system in certain Hyundai vehicles was defective.  After achieving nationwide class certification, Hyundai agreed to a settlement that provided for 50-100% reimbursements to class members for their repairs and full reimbursement for rental vehicle expenses.

***De La Cruz v. Masco Retail Cabinet Group*** – Eric served as lead attorney litigating the collective claims of dozens of misclassified account representatives for overtime pay under the Fair Labor Standards Act (FLSA). Successfully certified a class of current and former Masco account representatives and personally arbitrated the case to judgment obtaining full recovery for the class.

***In re Providian Credit Card Cases*** – Eric played a prominent role in this nationwide class action suit brought on behalf of Providian credit card holders alleging that Providian engaged in unlawful and fraudulent business practices in connection with the marketing and fee assessments for its credit cards. The Honorable Stuart Pollack approved a $105 million settlement, plus injunctive relief—one of the largest class action recoveries in the United States arising out of consumer credit card litigation.

## Professional Affiliations

American Association for Justice, Board of Governors, Co-founder and past co-chair of Consumer Privacy and Data Breach Litigation Group, Co-founder and past co-chair of AAJ Litigation Group, Past editor of Class Action Litigation Group newsletter, Creator and co-chair of Class Action Litigation Group Objector Database and Task Force, Law School Committee
American Bar Foundation- Fellow
Consumer Attorneys of California
Equal Justice Society- Advisory Board
National Association of Consumer Advocates
National Consumer Law Center
National Plaintiffs' Law Association, Advisory Board Member
Public Justice Foundation- Former Member, Class Action Preservation Project Committee
San Francisco Trial Lawyers Association
Association of Business Trial Lawyers
American Bar Association



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
amm@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Privacy
Mass Personal Injury

**Education**
The George Washington
University Law School, J.D.,
2004
Williams College, B.A., 2000

**Admissions**
California
District of Columbia

# Andre M. Mura | Partner

Andre represents plaintiffs in class actions and mass torts including in the areas of consumer protection, privacy, and products liability. Before joining Gibbs Mura, Andre was senior litigation counsel at the Center for Constitutional Litigation PC, where he represented plaintiffs in high-stakes appeals in state supreme courts and federal appellate courts.

Andre has been honored twice with a California Lawyer Attorney of the Year Award: in 2023 for his involvement and success at trial in *Patz v. City of San Diego*, and in 2019 for his work in the California Supreme Court in *De La Torre v. CashCall*. He is on the Board of the Civil Justice Research Initiative of Berkeley Law, a Fellow of the American Bar Foundation, a member of the Lawyers Committee of the National Center for State Courts, President of the National Civil Justice Institute, past Chair of the American Association for Justice's LGBT Caucus, past Trustee of the National College of Advocacy, and a member of Williams College's Latino/a and BiGLATA Alumni Network.

## Litigation Highlights

***In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*** – Andre was court-appointed to Plaintiffs' Steering Committee Leadership and has undertaken a wide range of responsibilities, including law and briefing and managing discovery related to the TikTok defendants. The firm also represents children and families in lawsuits in federal and state court against Facebook, Instagram, TikTok, Snap, and YouTube.

***In re: Meta Pixel Healthcare Data Privacy Litigation*** – Andre was court-appointed to the plaintiffs' executive committee in this consolidated litigation, representing millions of patients whose sensitive health data was allegedly collected and shared without their consent. In his appointment decision, Judge Orrick said he chose interim class counsel for their "highly relevant" experience and knowledge.

***Brooks v. Thomson Reuters Corporation*** – Andre is court-appointed class counsel in this data privacy case against Thomson Reuters for its CLEAR product. The lawsuit alleged that Thomson Reuters collected millions of California residents' personal and confidential information and then sold access to it without their knowledge or consent. After the court granted plaintiffs' motion for class certification, the parties reached a class settlement for $27.5 million and substantial injunctive relief. The court granted final approval of the settlement on February 21, 2025.

***In re: 3M Combat Arms Earplug Products Liability Litigation*** – Andre was court-appointed to the plaintiffs' law-and-briefing committee in this multi-district litigation on behalf of military servicemembers and veterans who suffered injuries due to defective 3M earplugs, which were standard-issue for U.S. military members for more than a decade. Andre also served on several bellwether trial teams, securing multiple favorable jury verdicts.

***In re: Taxotere (Docetaxel) Products Liability Litigation*** – Andre was a member of the trial team in a two-week federal jury trial and is member of Plaintiffs' Steering Committee and co-chair of Law and Briefing in this multi-district litigation on behalf of breast cancer survivors who suffered permanent hair loss after using the Taxotere chemotherapy drug. He recently obtained a unanimous decision granting a bellwether plaintiff a new trial. *See* 26 F.4th 256 (5th Cir. 2022)

***In re: Vizio, Inc. Consumer Privacy Litigation*** – Andre is co-lead counsel for the settlement class in this multi-district lawsuit alleging that Vizio collected and sold data about consumers' television viewing habits and their digital identities to advertisers without consumers' knowledge or consent. He negotiated a settlement providing for class-wide injunctive relief transforming the company's data collection practices, as well as a $17 million fund to compensate consumers who were affected.

***De La Torre v. CashCall*** – Andre played a key role in briefing before the California Supreme Court, resulting in a unanimous decision in the plaintiffs' favor. The decision changed decades-old assumptions that lenders in California had a virtual "safe harbor" from unconscionability challenges to loan interest rate terms.

***In re: Lenovo Adware Litigation*** – Andre briefed and argued a motion to dismiss and motion to certify a nationwide litigation class for monetary damages. The court approved a $7.3 million class action settlement to resolve allegations that Lenovo preinstalled software on laptops that caused performance, privacy and security issues for consumers.

***Beaver et. al. v. Tarsadia Hotels, Inc.*** – Andre contributed to briefing before the Ninth Circuit Court of Appeals resulting in a unanimous decision affirming the lower court's ruling that the UCL's four-year statute of limitations (and its accrual rule) applied in claims alleging violations of the Interstate Land Sales Full Disclosure Act (ILSA) even though ILSA has a shorter statute of limitations.

***Watts v. Lester E. Cox Medical Centers***, 376 S.W.3d 633 (Mo. 2012) – Andre successfully argued that a state law limiting compensatory damages in medical malpractice cases violated his client's right to trial by jury. In ruling for Andre's client, the Missouri high court agreed to overturn a 20-year-old precedent.

## U.S. Supreme Court Advocacy

***Merck Sharp & Dohme Corp. v. Albrecht***, 139 S. Ct. 1668 (2019) – Before the U.S. Supreme Court, in a case concerning the scope of federal immunity for brand-name drug manufacturers, Andre represented medical doctors appearing as amici curiae. His amicus brief was discussed at oral argument, with Supreme Court counsel for Albrecht telling the Justices, "It's a beautifully done amicus brief to explain what the scientists knew and when they knew it…."

***Mutual Pharmaceutical Co., Inc. v. Bartlett***, 133 S. Ct. 2466 (2013) – Andre was the lead author of an amicus curiae brief for the American Association for Justice and Public Justice in a case examining whether federal drug safety law preempts state-law liability for defectively designed generic drugs.

## Awards & Honors

California Lawyer Attorney of the Year (CLAY) Award, *Daily Journal* (2023, 2019)
Top Plaintiff Lawyers in California, *Daily Journal* (2021)
Top Cybersecurity & Privacy Attorneys Under 40, *Law360* Rising Stars (2017)
Northern California Super Lawyers (2019-2025); *Rising Star* (2016-2018)

## Professional Affiliations

American Association for Justice- Class Action Litigation Group, Legal Affairs Group,
    LGBT Caucus
American Bar Foundation, Fellow
Consumer Attorneys of California, Member
Civil Justice Research Initiative of Berkeley Law, Board Member
Impact Fund, Board Member
Law360- Cybersecurity & Privacy, Former Editorial Advisory Board Member
National Center for State Courts, Lawyers Committee
National Civil Justice Institute, President

## Select Publications & Presentations

Presenter, "Emerging Issues Affecting Class Actions and Pharma Litigation: Legal Writing," AAJ Annual Convention, July 2025.

Moderator, "The N.D. Guidelines in Practice," Civil Justice Research Initiative, November 2023.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
dmb@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Privacy

**Education**
Northwestern University
School of Law, J.D., 2008
University of Wisconsin,
Madison, B.A., 1998

**Admissions**
California

# David M. Berger │ Partner

David represents plaintiffs in class actions with a special emphasis on data breach, privacy, and financial services litigation. He currently serves as court-appointed co-lead counsel in matters including *In re: MGM Customer Data Sec. Litigation* (D. Nev.); *In re: Equifax, Inc. Fair Credit Reporting Act Litigation* (N.D. Ga.); *In re: Sequoia Benefits and Insurance Data Breach Litigation* (N.D. Cal.); and *In re US Fertility LLC Data Security Litigation* (D. Md.). David also has represented victims in some of the largest and most influential data privacy and security cases, including litigation against Equifax, Anthem, Vizio, Adobe, Banner Health, and Excellus BlueCross BlueShield.  David has repeatedly obtained record-breaking settlements on behalf of his clients, including in the Equifax and Anthem data breach cases, which set successive records for the largest data breach settlement in history.

David is widely regarded as a leader in litigation involving data breach and privacy, which is underscored by his broad technical expertise—from hacking techniques and cybersecurity controls to industry standard IT practices, information security frameworks, and auditing processes.  He has deposed Chief Information Security Officers and information security professionals at Fortune 500 corporations, worked with expert witnesses on cutting-edge cybersecurity and damages theories, and supervised large-scale document review teams poring over millions of technical documents in a compressed timeframe.

Outside of his litigation experience, David is an active member of the class action legal community. He is the former chair of the American Association for Justice's Consumer Privacy and Data Breach Litigation Group. He is also an active member of The Sedona Conference's Working Group on Data Security and Privacy Liability, which identifies and comments on trends in data security and privacy jurisprudence to move the law forward in a reasoned and just way. David was a member of The Sedona Conference's Biometric Security Brainstorming Group, and the Breach Notification Statutes Brainstorming Group. David is also frequently invited to present at conferences and symposia on information security and privacy issues and consumer class actions.

Prior to joining Gibbs Mura, he served as a law clerk to the Honorable Laurel Beeler, Northern District of California (2011-2014). Before law school, David worked as a magazine editor and television presenter in Taiwan and managed an outdoor center on an island off the West Coast of Scotland.

## Litigation Highlights

***In re Equifax, Inc. Customer Data Security Breach Litigation*** – In securing what was described by the court as "the largest and most comprehensive recovery in a data breach case in U.S. history by several orders of magnitude," David played an integral role by negotiating key business practice changes including overhauling Equifax's handling of consumers' personal information and data security and requiring that the company spend at least $1 billion for data security and related technology over five years in addition to comprehensive technical and governance reforms.

***In re Anthem, Inc. Data Breach Privacy Litigation*** – Key member of the litigation team representing interests of plaintiffs and putative class members following massive data breach of approximately 80 million personal records, including names, dates of birth, Social Security numbers, health care ID numbers, email and physical addresses, employment information, and income data.  The lawsuit settled in August 2018 for $115 million, the largest data breach settlement in history.

***Fero v. Excellus Health Plan Inc.*** – Key member of the litigation team representing the interests of 7 million Excellus health plan subscribers and 3.5 million Lifetime subscribers whose personal and medical information was compromised.

*In re Adobe Systems Inc. Privacy Litigation* – Key member of the litigation team that succeeded in reversing a long line of decisions adverse to consumers whose personal information was stolen in data breaches. Judge Koh issued a 41-page decision in plaintiffs' favor and the settlement resulted in a comprehensive reform of Adobe's data security practices. The court's landmark decision on Article III standing marked a sea change and has been cited favorably in over twenty cases in the year since it was issued.

*In re Equifax, Inc. Fair Credit Reporting Act Litigation* – Court-appointed Interim Co-lead counsel in ongoing litigation against Equifax related to the company reporting inaccurate credit information on approximately 2.5 million Americans who applied for mortgages, loans, and credit cards between March 17 and April 6, 2022.

*Smallman v. MGM Resorts International* – Interim Co-lead Counsel in ongoing litigation against MGM, following the 2020 data breach in which the personal data of 10.6 million MGM customers was stolen and posted on underground hacking forums.

*In re Sequoia Benefits Data Breach Litigation* – Court-appointed Interim Class Counsel in ongoing litigation against Sequoia Benefits regarding the 2022 data breach which exposed and compromised the sensitive information of numerous employees, including Social Security numbers, member IDs, and wage data.

## Awards & Honors

Lawdragon 500 Leading Plaintiff Financial Lawyers (2025)
Northern California Super Lawyers (2021-2025)
Rising Star, Northern California Super Lawyers (2016-2018)

## Professional Affiliations

American Association for Justice- Consumer Privacy and Data Breach Litigation Group
  (Former Chair)
Member, Sedona Conference's Working Group on Data Security and Privacy Liability
Co-Chair, Sedona Conference's WG11 Brainstorming Group "Exploring Greater
  Efficiencies in Data Breach and Privacy Class Action Litigation"
Consumer Attorneys of California
National Civil Justice Institute

## Selected Presentations and Publications

Presenter, "Strategies and Tactics in Consumer Privacy and Data Breach Cases: Damage Theories Supporting Class Certification," AAJ Annual Convention, July 2025.

Presenter, "Cybersecurity Issues Affecting Health Benefit Plans," U.S. Department of Labor, Advisory Council on Employee Welfare and Pension Benefit Plans, July 2022.

Presenter, "Internet Data Accumulation and Protection," Pound Civil Justice Institute, The Internet and the Law: Legal Challenges in the New Digital Age, November 2021.

Presenter, "Facial Recognition Technology Bans," The Sedona Conference, Annual Meeting of Working Group 11 on Data Security and Privacy Liability, April 2021.

Presenter, "Privacy and Data Breach Class Actions," Western Alliance Bank Class Action Law Forum 2020, March 2020.

Presenter, "Communicating with the Class," Class Action Mastery Forum, January 2019.

Presenter, "Hot Topics in Consumer Class Actions Against Insurers: Filed Rate Doctrine, Standing, and Reverse Preemption of RICO Claims," Sacramento California Insurance Regulation and Litigation Seminar, Clyde & Co., March 2018.

Presenter, "Winning strategies in privacy and data security class actions: the plaintiffs' perspective," Berkeley Center for Law & Technology, Berkeley Law School, January 2017.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
eje@classlawgroup.com

**Education**
American University
Washington College of Law,
J.D., 2005
Lehigh University, B.A., *magna cum laude, Phi Betta Kappa,*
2002

**Admissions**
Minnesota

## Eileen Epstein Carney | Partner

Eileen represents investors and consumers who have been harmed by financial fraud and other corporate misconduct. This includes oversight of investigation into alleged Ponzi schemes, securities fraud, and other financial scams. Eileen helps run initial case investigations and deploys her substantial experience to ensuring that the victims of financial fraud are made whole.

Eileen is also deeply involved in the day-to-day operations of Gibbs Mura.  She executes on the firm's strategic vision with a focus on recruiting talented and diverse professionals, training, mentorship, community engagement, and client-focused activities. She previously spent seven years as the Director of Business Development at Gibbs Mura, leading the firm's marketing, business development and public relations activities. She has more than 15 years of experience in legal marketing and business development, with a proven track record of success overseeing teams and implementing firm-wide strategies for new business growth, marketing and media relations.

Eileen earned a J.D. from American University, Washington College of Law, and graduated *magna cum laude, Phi Beta Kappa*, from Lehigh University with a B.A. in journalism.

She is admitted to practice law in Minnesota.

## Professional Affiliations

American Association for Justice



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
dsh@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Employment Law
Whistleblower

**Education**
University of California College
of the Law, San Francisco, J.D.,
2000
University of California at
Berkeley, B.A., 1995

**Admissions**
California

# Dylan Hughes │ Partner

Dylan Hughes concentrates his practice on investigating and prosecuting fraud matters on behalf of whistleblowers, consumers and employees who have been harmed by corporate misconduct. He coordinates initial case evaluations and analyses in a variety of practice areas and has substantial experience in matters involving health care fraud, particularly in the Medicare and pharmaceutical contexts. Dylan represents consumers in cases ranging from false advertising to defective products, and employees in misclassification and wage and hour cases under state and federal laws.

Mr. Hughes has extensive experience prosecuting complex personal injury cases. He helped to obtain millions of dollars for women who suffered blood clots and other serious injuries after taking birth control pills. He has also represented clients injured by defective medical devices, including defibrillators, blood filters, as well as back pain implants. Mr. Hughes was part of the team that recently settled a case alleging medical malpractice for a spinal surgery that resulted in partial paralysis.

Mr. Hughes began his career as a law clerk for the Honorable Paul A. Mapes, Administrative Law Judge of the Office of Administrative Law Judges, United States Department of Labor. He is a member of the American Bar Association, Consumer Attorneys of California, American Association for Justice Class Action Litigation Group and the Consumer Rights Section of the Barristers Club.

## Litigation Highlights

*Skold v. Intel Corp.* **–** Key member of the legal team in this decade-long litigation that achieved a nationwide class action settlement on behalf of approximately 5 million consumers of Intel Pentium 4 processors. The lawsuit changed Intel's benchmarking practices and Intel agreed to a cash settlement for the class, along with $4 million in charitable donations.

*In re Adobe Systems Inc. Privacy Litigation* **–** Key member of the litigation team that succeeded in reversing a long line of decisions adverse to consumers whose personal information was stolen in data breaches. Judge Koh issued a 41-page decision in plaintiffs' favor and the settlement resulted in a comprehensive reform of Adobe's data security practices. The court's landmark decision on Article III standing in this case marked a sea change and has been cited favorably in over twenty cases in the year since it was issued.

*Velasco v. Chrysler Group LLP (n/k/a FCA US LLC)* **–** represented consumers who alleged they were sold and leased vehicles with defective power control modules that caused vehicle stalling. In addition to negotiating a recall of all 2012-13 Jeep Grand Cherokee and Dodge Durango vehicles, the lawsuit also resulted in Chrysler reimbursing owners for all repair and rental car expenses, and extending its warranty.

*Parkinson v. Hyundai Motor America* – certified a nationwide class alleging Hyundai sold vehicles with defective flywheel systems, resulting in a favorable settlement for the class.

## Awards & Honors

Northern California Super Lawyer (2012-2025)

## Professional Affiliations

Consumer Attorneys of California
American Association for Justice- Class Action Litigation Group



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9243
amk@classlawgroup.com

**Education**
University of California at
Berkeley, J.D., *Order of the
Coif,* 2014
Columbia University, B.A.,
*magna cum laude,* 2009

**Admissions**
California

# Amanda Karl | Partner

Amanda Karl represents consumers, employees and others who have been harmed by corporations. She has prosecuted a wide range of complex cases, including product defect, failure-to-warn, wage and hour, data breach, sexual assault, and securities cases, within a variety of industries. In 2024 she was honored as a Rising Star by *Law360*, a highly selective award that recognizes top attorneys under the age of 40.

In addition to her case achievements, Amanda is deeply committed to mentorship and expanding the pathway for plaintiffs' lawyers from underrepresented backgrounds. Amanda has supported many law school recruiting efforts, and for the firm's new associates and summer associates, she has helped conceptualize and oversee onboarding and training.

Amanda has also spearheaded the creation of Gibbs Mura's Voting Rights Task Force, which seeks to identify opportunities for both attorneys and staff to promote voter engagement and maximize voter participation. Under Amanda's guidance, the firm has not only participated in voting rights litigation, but has also implemented several internal programs to promote involvement across the firm in protecting and expanding the right to vote.

Amanda is a 2014 graduate (Order of the Coif) of the University of California at Berkeley School of Law, where she served as the Managing Editor of the California Law Review and Director of the Workers' Rights Disability Law Clinic. During law school, she worked as a Clinical Law Student at the East Bay Community Law Center, assisting with litigation targeting criminal record reporting violations, and as a law clerk at Equal Rights Advocates, working on women's employment issues. Following graduation from law school, she served as a law clerk to the Honorable Richard A. Paez, United States Court of Appeals for the Ninth Circuit and to the Honorable Claudia Wilken, Northern District of California. Amanda received her undergraduate degree, *magna cum laude,* in Sociology and Human Rights from Columbia University in 2009.

Outside of work, Amanda serves on the Board of Directors of the East Bay Community Law Center, a legal nonprofit organization that is both the largest provider of free legal services in the East Bay Area and Berkeley Law's largest clinical offering. She also enjoys reading, strength training, and exploring new places and foods with her husband and kids.

## Litigation Highlights

***A.B. v. Regents of the University of California*** – Represented former patients of ex-UCLA OB-GYN Dr. James Heaps in a class action lawsuit alleging Title IX violations and sexual harassment against both Heaps and UCLA. Amanda was a key member of the team that achieved a $73 million dollar settlement, which will compensate over 5,500 women who received treatment from Dr. Heaps. Amanda was involved in nearly all aspects of the litigation, and, among other things, was the primary drafter of the final settlement approval brief; final settlement approval was granted on November 10, 2021.

***Pote v. Handy Technologies*** – In prosecuting a case for alleged Labor Code violations, Amanda spearheaded briefing and argued before the California Court of Appeal that an order denying a motion to compel arbitration should be affirmed. The court ruled unanimously in Plaintiff's favor, affirming the trial court's ruling.

***GreenSky Litigation*** – Represents consumers who took out loans for home maintenance repairs and were charged hidden fees by GreenSky, Inc. In addition to leading the firm's day-to-day work on this case, Amanda spearheaded briefing and led oral arguments to defeat GreenSky's attempt to dismiss plaintiff's claims when GreenSky filed a motion for partial judgment on the pleadings.

***Shuman v. SquareTrade*** – Appointed class counsel to represent consumers who were allegedly underpaid by SquareTrade in connection with their product protection plans. Amanda and the team achieved an uncapped settlement that made 100% reimbursement available to class members and also required SquareTrade to reform its business practices. Amanda and the team overcame three motions to dismiss, a motion for summary judgment, and a motion to compel arbitration. Amanda was personally involved with much of the briefing and spearheaded the firm's offensive discovery efforts.

***Deora v. NantHealth*** – Represented a certified class of investors in litigation alleging multiple violations of federal securities laws related to the healthcare technology company's initial public offering in 2016. Amanda was a member of the team that achieved a $16.5 million dollar settlement in favor of NantHealth investors.

## Awards & Honors

Best Lawyers in America: Ones to Watch (2026)
Top Class Action Attorneys Under 40, *Law360 Rising Stars* (2024)
Rising Star, *Northern California Super Lawyers* (2018-2025)

## Professional Affiliations

East Bay Community Law Center, Pro Bono Chair
American Bar Foundation, Fellow
Consumer Attorneys of California, Former Board Member
American Association for Justice

## Presentations and Articles

Presenter, "Emerging Issues Affecting Class Actions and Pharma Litigation: How to Use Recent SCOTUS Decisions to Your Advantage," AAJ Annual Convention, July 2025.

Presenter, "MSJs, Ex Parte Motions and Injunctive Relief," Pincus 21st Annual Federal Court Boot Camp: The Nuts and Bolts (CA), May 2025.

Presenter, "Artificial Intelligence and Discovery Issues," TLMT Mass Torts & Class Action Conference, February 2025.

Presenter, "The Impact & Implications of Viking River Cruises, Inc. v. Moriana," CAOC Annual Convention, November 2022.

Presenter, "PAGA After the Viking River Decision," Bridgeport Continuing Education, July 2022.

Moderator, "Rapid Response: Recent SCOTUS Ruling—Viking River Cruises, Inc. v. Moriana," American Association for Justice, June 2022.

Presenter, "Rule 12 and Related Motions," Pincus Federal Boot Camp, May 2022.

Presenter, "Looking Forward Post-COVID," CAOC Sonoma Travel Seminar, March 2022.

Author, "Work Unseen: Successfully Effectuating a Damages Class Settlement," Daily Journal, November 2021.

Presenter, "Unpacking Public Interest Law," People's Parity Project, April 2021.

Presenter, "Wage and Hour Litigation & Enforcement Webinar," HB Litigation, February 2020.

Author, "Epic Systems and the Erosion of Federal Class Actions," Law360 Expert Analysis, July 2018.

Presenter, "From Clerkship to Career in Public Interest," Berkeley Consumer Advocacy and Protection Society, October 2017.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
lpl@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection

**Education**
University of California College
of the Law, San Francisco, J.D.,
*magna cum laude,* 2014
University of California Los
Angeles, B.A., 2011

**Admissions**
California

# Linda Lam | Partner

Linda Lam focuses her practice on representing individuals who have been harmed by corporate misconduct. She has prosecuted fraud, breach of contract, and breach of fiduciary duty cases against large banks, insurance companies, and hospitality brands.

Linda has been an advocate for borrowers who suffered foreclosures during the Great Recession. She represented a certified class of over 1,200 borrowers who lost their homes after Wells Fargo wrongfully denied them trial mortgage modifications. The case settled for $40 million, resulting in significant payments to each class member.

Currently, Linda represents victims of a real estate Ponzi scheme in *Camenisch v. Umpqua Bank*. The case concerns Umpqua's alleged aiding and abetting of a fraudulent investment scheme that caused investors, many of whom are senior citizens, to lose hundreds of millions of dollars.

In addition to prosecuting class actions, Linda also represents individual clients in personal injury cases. She recently achieved a favorable settlement for a student who suffered a traumatic brain injury as a result of peer-on-peer harassment at a Bay Area school. She has also represented individuals who have been harmed by medical professionals and negligent drivers.

Before joining Gibbs Mura, Linda represented workers and retirees in cases concerning employee benefits.

## Litigation Highlights

***Steven Cooper v. United States of America*** – represented a veteran of the United States Army who alleged that he received negligent medical care at a VA facility, resulting in a delayed diagnosis of aggressive prostate cancer. The plaintiff alleged that by the time the cancer was discovered and diagnosed, it had become incurable. Linda was part of the trial team that won a $2.5 million judgment for the plaintiff.

***Asokan et. al. v. American General Ins. Co.*** – part of the litigation team in this insurance and investment fraud case against American General Insurance Co, an AIG subsidiary. Linda represented six plaintiffs who were marketed an investment involving a specialized American General whole life policy that, when purchased through a particular defined benefit plan, would supposedly provide a multitude of tax benefits. Plaintiffs alleged that American General knew but concealed from them that its attorney had advised that these plans no longer complied with the law. Plaintiffs suffered losses as a result of this alleged fraudulent concealment. The case settled for a confidential sum eight days into the jury trial.

***Hernandez v. Wells Fargo Bank, N.A.*** – represented a certified class of more than 1,200 mortgage borrowers who lost their homes to foreclosure after Wells Fargo erroneously denied them trial mortgage modifications. The case settled in two phases for a total of $40.3 million, resulting in significant payments to class members.

## Awards & Honors

Northern California Super Lawyers, *Rising Star* (2017-2024)

## Professional Affiliations

American Association for Justice
Consumer Attorneys of California

## Publications & Presentations

Author, *The Real ID Act: Proposed Amendments for Credibility Determinations*, 11 Hastings Race & Poverty L.J. 321, 2014.



## Steve Lopez | Partner

Steve Lopez represents consumers, employees and whistleblowers who have been harmed by corporate misconduct. He has prosecuted a variety of consumer protection cases ranging from false advertising to defective products, as well as complex employment cases involving also involved in the investigation and development of new cases.

He serves on the Board of Directors of Consumer Attorneys of California and was selected from a statewide pool of applicants for the 2015 Diversity Leadership Academy, a prestigious training program aimed to educate the next generation of progressive leaders.

Steve is a 2014 graduate of the University of California, Berkeley School of Law, where he was a Publishing Editor for the California Law Review and an Editor for the Berkeley Journal of Employment and Labor Law. He was also a member of the La Raza Law Students Association and the Legal Aid Society–Employment Law Center's Berkeley Workers' Rights Clinic.

Prior to law school, Mr. Lopez performed research for a consulting firm dedicated to improving justice programs. He received his B.A. in economics and international relations from the University of Virginia in 2008.

1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
sal@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection

**Education**
University of California at Berkeley (Berkeley Law), J.D., 2014
University of Virginia, B.A., 2008

**Admissions**
California

## Litigation Highlights

***Velasco v. Chrysler Group LLC (n/k/a FCA US LLC)*** – Member of the litigation team that represented consumers who alleged they were sold and leased vehicles with defective power control modules that caused vehicle stalling. The lawsuit resulted in a recall of all 2012-13 Jeep Grand Cherokee and Dodge Durango vehicles, as well as reimbursements for all repair and rental car expenses, and extended vehicle warranties.

***In re Hyundai Sonata Engine Litigation*** – Representing plaintiffs who allege that their 2011-2014 Hyundai Sonatas suffered premature and catastrophic engine failures due to defective rotating assemblies. The Court granted preliminary approval to a comprehensive settlement in June 2016.

***Southern California Gas Leak Cases*** – Member of the litigation team representing residents of communities in or near the Los Angeles suburbs of Porter Ranch who were affected by the Aliso Canyon well rupture and ensuing gas leak, the largest methane leak in U.S. history. The lawsuits seek relief for those who were displaced from their homes, suffered illnesses and injuries, sustained property value losses, or lost business due to the leak.

***Smith v. Family Video Movie Club, Inc.*** – Member of the litigation team representing the interests of hourly retail employees who alleged they were not properly compensated for all wages and overtime earned. The Court recently certified a class.

## Awards & Honors

Lawdragon 500 X – The Next Generation (2023-2025)
Northern California Super Lawyers, *Rising Star* (2017-2025)

## Professional Affiliations

American Association for Justice
Consumer Attorneys of California, Former Board Member



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
rmr@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection

**Education**
University of California College
of the Law, San Francisco,
J.D., 2000
San Francisco State
University, B.A., 1997

**Admissions**
California

# Rosemary Rivas | Partner

Rosemary has dedicated her legal career to representing consumers in complex class action litigation involving a wide variety of claims, from false advertising and defective products to privacy violations. She is committed to obtaining justice for consumers and has recovered billions of dollars for her clients and the classes they represent.

Rosemary serves in leadership positions in a number of large, complex class action cases and multi-district litigation. In a highly competitive appointment process, the Honorable Charles R. Breyer appointed Rosemary to the Plaintiffs' Steering Committee in the Volkswagen Clean Diesel Litigation, which resulted in a record-breaking settlement totaling more than $14 billion. The Recorder, a San Francisco legal newspaper, named the lawyers selected by Judge Breyer as a class action "dream team." For her work in the Volkswagen case, Rosemary received the 2018 California Lawyer Attorney of the Year (CLAY) Award, which is given to outstanding California lawyers "whose extraordinary work and cases had a major impact on the law."

She has received numerous awards and honors for the quality of her legal work, including the Bay Area Legal Aid Guardian of Justice Award for her achievements in the law and her role in helping direct *cy pres* (remaining settlement) funds to promote equal access to the legal system. She has been recognized as a *Northern California Super Lawyer* since 2019 and was previously named a *Rising Star* by Super Lawyers Magazine. Rosemary is currently a Lawyer Representative for the Northern District of California and to the Ninth Circuit Judicial Conference.

Rosemary is a fluent Spanish-speaker and previously served on the Board and as Diversity Director of the Barristers Club of the San Francisco Bar Association. She frequently presents at legal conferences on developments in consumer protection and class action litigation.

## Litigation Highlights

***Porsche Gasoline Litigation –*** As part of the Plaintiffs' Steering Committee and as Class Counsel, Rosemary represented consumers alleging that Porsche engaged in practices that skewed emissions and fuel economy test results for certain Porsche vehicles. The Honorable Charles R. Breyer granted final approval of a proposed nationwide class action settlement providing a non-reversionary common fund of $80 million.

***Lash Boost Cases –*** As Class Counsel, Rosemary Rivas represented consumers who alleged that Rodan + Fields failed to disclose material information relating to its Lash Boost product, namely, the potential side effects and risks of adverse reactions presented by the ingredient Isopropyl Cloprostenate. The Honorable Ethan Schulman granted final approval of a proposed nationwide class action settlement providing a non-reversion common fund of $30 million in cash and $8 million in credits.

***In re: Apple Inc. Device Performance Litigation –*** The Honorable Edward J. Davila appointed Rosemary to the Plaintiffs' Executive Committee in this nationwide class action alleging that Apple intentionally slowed down consumers' iPhones. The case settled for $310 million.

***In re: Hill's Pet Nutrition, Inc., Dog Food Products Liability Litigation –*** Rosemary represented consumers alleging that Hill's sold dog food with excessive Vitamin D that was harmful to pets. Chief Judge Julie A. Robinson granted final approval of a nationwide class action settlement providing for a common fund of $12.5 million.

## Awards & Honors

Lawdragon 500 Leading Plaintiff Financial Lawyers (2025)
Top Women Lawyers in California, *Daily Journal* (2024)
Northern California Super Lawyer (2019-2025)
California Lawyer Attorney of the Year (CLAY) Award, *Daily Journal* (2018)

Rising Star, *Northern California Super Lawyers* (2009-2011)
Guardian of Justice Award, *Bay Area Legal Aid* (2015)

## Professional Affiliations

American Association for Justice- Class Action Litigation Group
Consumer Attorneys of California
Law360- Consumer Protection, Editorial Advisory Board Member
Lawyer Representative for the Northern District of California and to the Ninth Circuit
    Judicial Conference
National Civil Justice Institute- Fellow
Public Justice- Class Action Preservation Project

## Publications and Presentations

Presenter, "Current Trends in Consumer Class Actions," Class of Our Own: Litigating Women's Summit, May 2023.

Presenter, "Consumer Class Actions," Western Alliance Bank Class Action Law Forum, 2021 and 2022.

Presenter, "Nationwide Settlement Classes: The Impact of the Hyundai/ Kia Litigation," National Consumer Law Center's Consumer Rights Litigation Conference and Class Action Symposium, 2018.

Presenter, "One Class or 50? Choice of Law Considerations as Potential Impediment to Nationwide Class Action Settlements," 5th Annual Western CLE Program on Class Actions and Mass Torts, 2018.

Presenter, "The Right Approach to Effective Claims," Beard Group- Class Action Money & Ethics, 2018.

Presenter, "False Advertising Class Actions: A Practitioner's Guide to Class Certification, Damages and Trial," The Bar Association of San Francisco, 2017.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
ds@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Financial Fraud
Securities Litigation

**Education**
Emory University School of
Law, J.D., 2007
University of California at
Santa Barbara, B.A., 2003

**Admissions**
California

# Dave Stein | Partner

Dave Stein represents clients in federal and state cases nationwide, ranging from securities and financial fraud class actions, to product liability, privacy, and data breach suits. Courts have appointed Dave as lead counsel in a number of these cases and he has been praised by *Law360* as a tenacious litigator with a "reputation as one of the best consumer advocates around."

The *Daily Journal* recognized Dave as one of the Top 40 attorneys in the state of California under the age of 40, and he was also honored in *Law360's* nationwide list of "Top Class Action Attorneys Under 40." For the last seven years, he has been rated by his colleagues as a Northern California Super Lawyers Rising Star.

Dave is frequently called upon to discuss emerging issues in complex litigation. He currently serves on *Law360's* Product Liability Editorial Advisory Board, advising on emerging trends impacting product liability cases.

Before entering private practice, Dave served as judicial law clerk to U.S. District Court Judge Keith Starrett and U.S. Magistrate Judge Karen L. Hayes.

## Reputation and Recognition by the Courts

Dave has built a reputation for the quality of his representation and tenacious advocacy on behalf of the clients and classes he represents:

"[T]his is an extraordinarily complex case and an extraordinarily creative solution… I [want to] thank you and compliment you gentlemen. It's been a real pleasure to work with you."

- Hon. D. Carter, *Glenn v. Hyundai Motor America* (C.D. Cal.)

"You made it very easy to deal with this case and clearly your years of expertise have carried the day here. Nice work. Thank you."

- Hon. M. Watson, *In re Am. Honda Motor CR-V Vibration Litig.* (S.D. Ohio)

"Exceedingly well argued on both sides. …. Sometimes people really know their stuff on both sides which is what happened today so thank you."

- Hon. J. Tigar, *In re General Motors CP4 Fuel Pump Litig.* (N.D. Cal.)

## Litigation Highlights

***Todd Benjamin International, Ltd. v. Grant Thornton International***, No. 1:20-cv-21808-RNS (S.D. Fla.) – Class counsel for investors in TCA Global Credit Master Fund L.P. and its feeder funds. The investors alleged that the funds' management inflated assets and earnings, and that the funds' auditors knew about the overstatement but failed to take appropriate action. After multiple years of litigation, Gibbs Mura helped secure settlements of $26.5 million for investors. At the hearing granting final approval on May 20, 2025, Judge Scola thanked counsel for their "excellent work in the case."

***In re: Peregrine PFG Best Customer Accounts Litigation*** – Represented investors in a lawsuit against U.S. Bank and JPMorgan Chase arising from the collapse of Peregrine Financial Group, Inc.  The former Peregrine customers were seeking to recover the millions of dollars that was stolen from them out of segregated funds accounts. Plaintiffs' efforts led to settlements with JPMorgan Chase and U.S. Bank worth over $75 million.

***Deora v. NantHealth*** – Lead Counsel for certified classes of investors in litigation alleging violations of federal securities laws related to the healthcare technology company's initial public offering in 2016.  In September 2020, the Court granted final approval to a $16.5 million class action settlement.

***LLE One v. Facebook*** – Represented small businesses who alleged that Facebook overstated, for over a year, how long users were watching video ads on Facebook's platform. After years of litigation, the federal court approved a $40 million settlement for the class.

***Paeste v. Government of Guam*** – Secured a judgment against the Government of Guam and several of its highest-ranking officials in a suit involving the government's unlawful administration of income tax refunds. Mr. Stein defended the judgment in an oral argument before the U.S. Court of Appeals for the Ninth Circuit, leading to a complete victory for the taxpayers in the published decision, *Paeste v. Government of Guam*, 798 F.3d 1228 (9th Cir. 2015)

***Edwards v. Ford Motor Co.*** – In a class action alleging that Ford sold vehicles despite a known safety defect, Mr. Stein twice argued plaintiff's position before the U.S. Court of Appeals for the Ninth Circuit. In the first appeal, Mr. Stein succeeded in obtaining a reversal of the trial court's denial of class certification. In the second, plaintiff again prevailed, with the Ninth Circuit affirming the conclusion that the lawsuit had driven Ford to offer free repairs, reimbursements, and extended warranties to the class.

***In re: Hyundai Sonata Engine Litigation*** – Mr. Stein served as court-appointed co-lead counsel in this nationwide suit involving engine seizures at high speeds. The litigation led to a settlement that included nationwide vehicle recalls, extended warranties, and payments that averaged over three thousand dollars per class member.

***Browne v. American Honda Motor Co., Inc.*** – Represented consumers who alleged that 750,000 Honda Accord and Acura TSX vehicles were sold with brake pads that wore out prematurely. A settlement ensued worth approximately $25 million, with hundreds of thousands of class members electing to participate.

## Awards & Honors

Lawdragon 500 Leading Plaintiff Financial Lawyers (2025)
Northern California Super Lawyer (2021, 2023-2025); Rising Star (2013-2020)
"2017 Top 40 Under 40," *Daily Journal*
Top Class Action Attorneys Under 40, *Law360* Rising Stars (2017)

## Professional Affiliations

American Association for Justice

## Selected Publications & Presentations

Moderator, "A View from the Bench II: Judicial Insights on Managing Complex Litigation and the Pandemic's Lasting Impact," *ABA Tort Trial & Insurance Practice Section, 2022 Motor Vehicle Product Liability Litigation Conference*, April 2022.

Presenter, "Class Damages," *AAJ Class Action Litigation Group,* June 2020.

Co-Author, "Recent Decision Highlights the Importance of Early Discovery in Arbitration," *Daily Journal*, May 2019.

Presenter, "Article III Standing in Data Breach Litigation," AAJ Class Action Seminar, December 2018.

Presenter, "Determining Damages in Class Actions," *Class Action Mastery Conference*, HB Litigation, May 2018.

Presenter, "Mass Torts and Class Actions: The Latest and Greatest, Update on Class Action Standing" *56th Annual Consumer Attorneys of California Convention,* November 2017.

Author, Third Circuit Crystallizes Post-Spokeo Standard, *Impact Fund Practitioner Blog,* July 2017.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
smt@classlawgroup.com

**Practice Emphasis**
Class Actions
Employment Litigation

**Education**
University of California,
Berkeley School of Law, J.D.,
*magna cum laude,* 1996.
Yale University, B.A., *summa
cum laude, Phi Beta Kappa.*

**Admissions**
California

# Steven Tindall | Partner

Steven Tindall represents employees seeking fair pay and just treatment in individual, representative, and class action lawsuits against employers. His cases involve allegations of misclassification, discrimination, sexual harassment, wrongful termination, retaliation, WARN Act, and ERISA violations. He has 25 years of experience representing employees in a variety of industries, including tech, gig economy, financial services, construction, transportation, and private education. Steven also represents consumers in class action litigation and individuals in mass tort personal injury lawsuits. He has been honored twice with the Daily Journal's California Lawyer Attorney of the Year ("CLAY") award: in 2023 for his involvement and success at trial against the City of San Diego on behalf of single-family residential customers challenging San Diego's unconstitutional water rates, and in 2019 for his work litigating before the California Supreme Court on behalf of low-income borrowers challenging CashCall's lending practices.

Steven clerked for Hon. Judith N. Keep of the United States District Court for the Southern District of California and for Hon. Claudia Wilken of the U.S. District Court for the Northern District of California. Prior to joining Gibbs Mura, he was a partner at Rukin Hyland Doria & Tindall, and at Lieff Cabraser Heimann & Bernstein. At Rukin Hyland and Lieff Cabraser, he focused on plaintiffs' class action litigation in the fields of wage and hour and other employment law, antitrust, and consumer protection. Steven also litigated multiple mass tort personal injury and toxic tort cases.

Steven received his B.A. degree in English Literature from Yale University, graduating *summa cum laude,* Phi Beta Kappa, and with distinction in his major. He earned his J.D. degree from the University of California at Berkeley School of Law in 1996. While at Berkeley Law, Steven co-directed the East Bay Workers' Rights Clinic.

## Litigation Highlights

***San Diego and Otay Water District Tiered Water Rates Lawsuits –*** Key member of the litigation team achieving a $79.5 million verdict on behalf of single-family customers in a lawsuit charging the City of San Diego with setting water rates that are noncompliant with the California Constitution. Steven was instrumental in challenging San Diego's asserted justifications for its unconstitutional water rates. The case is currently on appeal.

Key member of the litigation team achieving a $24 million verdict on behalf of single-family residential customers in a lawsuit challenging the Otay Water District with setting unconstitutional water rates. The case is currently on appeal.

***Breach of Contract –*** As co-lead counsel, Steven helped recover over $29 million on behalf of hundreds of employees in a class action lawsuit involving breach of contract claims against a global consulting company.

***Retirement Benefits –*** Represented retirees whose retirement benefits were slashed after a corporate spinoff. The litigation resulted in a $9 million recovery paid out to class members.

***Gig Economy –*** Represents thousands of individual clients in multiple gig economy cases alleging that they were misclassified as independent contractors and should be entitled to minimum wage, overtime pay, and expense reimbursement under California and other state labor laws.

***Consumer Loans –*** Represents over 100,000 borrowers in a certified class action lawsuit against online lender, CashCall, alleging that they preyed on low-income borrowers through high-interest-rate loans. Steven was part of the litigation team that achieved a ruling from the Trial Court awarding $245 million in restitution for class members, which defendant may appeal. Previously, Steven had helped achieve a unanimous ruling from the CA Supreme Court regarding the possible unconscionability of the loan contracts involved in the case.

## Awards & Honors

Best Lawyers in America, Employment Law – Individuals (2026)
California Lawyer Attorney of the Year (CLAY) Award (2023, 2019)
Northern California Super Lawyers (2009-2025)

## Publications & Presentations

Presenter, "When to Consider a Mass Arbitration, What to Expect and How to Reach a Successful Conclusion," California Employment Lawyers Association (CELA) Advanced Wage & Hour Seminar, April 25, 2025.

Presenter and Panelist, "Arbitrating Wage and Hour Cases from Start to Finish," California Employment Lawyers Association (CELA) Annual Conference, September 30, 2023.

Co-Author, "DoorDash: Quick Food, Slow Justice," Daily Journal, March 24, 2020.

Presenter, "Damages & Penalties in Exemption and Misclassification Cases," Bridgeport Independent Contractor, Joint Employment Misclassification Litigation Conference, July 26, 2019.

Contributor, "Can Interest Rates be Unconscionable?"  Daily Journal Appellate Report Podcast, July 6, 2018.

Co-Author, "Epic Systems and the Erosion of Federal Class Actions," Law360 Expert Analysis, July 5, 2018.

Co-Author, "Senate Should Reject Choice Act and Its Payday Free Pass," Law360 Expert Analysis, July 12, 2017.

Presenter, "Understanding and Litigating PAGA Claims," Bridgeport Continuing Legal Education, March 3, 2017.

Contributing Author, California Class Actions Practice and Procedure, Matthew Bender & Co., Inc., 2006

Author, *Do as She Does, Not as She Says: The Shortcomings of Justice O'Connor's Direct Evidence Requirement in Price Waterhouse v. Hopkins*, Berkeley Journal of Employment and Labor Law, 17, No. 2, 1996.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
amz@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Mass Personal Injury
Whistleblower/ Qui Tam

**Education**
University of California
College of the Law, San
Francisco, J.D., *magna cum
laude,* 2010.
University of Missouri, B.A.,
*summa cum laude*, 1998.

**Admissions**
California
Florida

# Amy Zeman | Partner

Amy has built a reputation in the plaintiffs' bar for delivering results and justice to consumers and sexual assault survivors in class action and mass tort litigation. She secured a $73 million settlement from UCLA on behalf of sexual assault survivors who brought claims against gynecologist Dr. James Heaps and achieved an historic $14.975 million dollar jury verdict as co-lead trial counsel on behalf of Pacific Fertility Center patients whose genetic material was destroyed in a catastrophic cryo-preservation tank failure. Media throughout the country have hailed the verdict as groundbreaking, and the Washington Post noted it as "a historic verdict that could have far-reaching consequences for the loosely regulated U.S. fertility industry."

The Daily Journal recognized Amy among the Top Women Lawyers in California for 2023, and Northern California Super Lawyers named her a 2024 Super Lawyer. Amy has previously served in leadership roles for the American Association for Justice's Class Action and Qui Tam Litigation Groups.

Amy is currently litigating a class action on behalf of investors who lost their savings as a result of a multi-decade Ponzi scheme the investors allege was aided and abetted by Umpqua Bank. The certified class action is scheduled for trial in September 2024. Amy also represents consumers whose Honda vehicles are subject to dangerous unintentional braking. Amy has previously litigated successful class actions on behalf of Nissan Altima owners, Ducati motorcyclists, Chase Bank credit card holders, Helzberg Diamonds customers, and many more.

Amy currently represents clients in a variety of mass injury matters, including service members injured by 3M's Combat Arms earplugs and individuals harmed by the chemotherapy drug Taxotere (docetaxel). Amy has previously represented clients injured by transvaginal mesh, the birth control medications Yaz and Yasmin, the diabetes drug Actos, and the antipsychotic medication Risperdal.

Amy is also a member of our California whistleblower attorney practice group, representing qui tam whistleblowers alleging false claims against the government in the medical industry. Amy currently represents a relator who was the first to file particular whistleblower allegations in 2013 that Kaiser Permanente was overcharging Medicare through improper diagnostic coding; the case was unsealed upon intervention by the federal government in 2021.

Prior to attending law school, Amy pursued a career in the financial sector, acting as the Accounting and Compliance Manager for the Marin County Federal Credit Union for almost seven years. Amy was a spring 2010 extern for the Honorable Marilyn Hall Patel of the United States District Court, Northern District of California.

## Litigation Highlights

### Mass Tort Litigation

*Pacific Fertility Center Litigation* – Amy served as co-lead trial counsel in a three-week trial on behalf of several patients who tragically lost eggs and embryos in a catastrophic cryo-preservation tank failure at San Francisco's Pacific Fertility Center in 2018. The jury found the cryogenic tank manufacturer, Chart Inc., liable on all claims, and awarded $14.975 million in aggregate damages to the five plaintiffs. Amy led the Gibbs Mura team, which first filed the lawsuit in March 2018 with co-counsel, and represented dozens of PFC patients whose frozen eggs and embryos were harmed or destroyed as a result of the tank failure. The trial addressed claims for four families and was the first trial in consolidated litigation that included claims for over 150 families, with five additional trials for 25 more families scheduled for 2022 and 2023. All cases in the consolidated federal litigation were settled in early 2023. Claims against the IVF clinic and its laboratory were pursued separately through arbitration and settled in 2022.

*In re Risperdal and Invega Product Liability Cases* – appointed by a California judge to serve as liaison counsel, responsible for coordinating and overseeing the lawsuits filed on behalf of thousands of male children who took the popular antipsychotic drug Risperdal and suffered irreversible gynecomastia, or male breast growth.

*Taxotere (Docetaxel) Products Liability Litigation* – selected to serve on the discovery committee in this multi-district litigation on behalf of breast cancer survivors who suffered permanent, disfiguring hair loss after using the Taxotere chemotherapy drug.

*Yaz & Yasmin Birth Control Litigation* – represented women throughout the country who suffered serious side effects after taking Yaz, Yasmin and Ocella birth control.  The federal litigation resulted in settlements worth approximately $1.6 billion.

## Defective Product and Consumer Protection Litigation

*Sanborn, et al. v. Nissan North America, Inc.* – appointed as class counsel with Eric Gibbs and others.  Obtained a settlement 11 days before trial was set to begin on claims that the dashboards in certain Nissan vehicles were melting into a shiny, sticky surface that produced a dangerous glare.  The settlement allowed class members to obtain a $1500-$2000 dashboard replacement for just $250, or equivalent reimbursement for prior replacements.

*Chase Bank U.S.A., N.A. "Check Loan" Contract Litigation* – key member of the litigation team in this multidistrict case alleging that Chase Bank wronged consumers by offering long-term fixed-rate loans, only to later more-than-double the required loan payments.  The litigation resulted in a $100 million settlement eight weeks prior to trial.

*Sugarman v. Ducati North America, Inc.,* - represented Ducati motorcycle owners whose fuel tanks on their motorcycles degraded and deformed due to incompatibility with the motorcycles' fuel.  In January 2012, the Court approved a settlement that provided an extended warranty and repairs, writing, "The Court recognizes that class counsel assumed substantial risks and burdens in this litigation. Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class."

## Awards & Honors

Lawdragon 500 Leading Plaintiff Financial Lawyers (2025)
Lawdragon 500 Leading Plaintiff Consumer Lawyers (2023-2025)
Top Women Lawyers in California, Daily Journal (2023, 2021)
Winning Litigators Finalist, National Law Journal (2021)
Product Liability MVP, Law360 (2021)
Top Plaintiff Lawyers in California, Daily Journal (2021)
Northern California Super Lawyer (2021-2025); Rising Star (2013-2020)

## Professional Affiliations

American Association for Justice - Co-Vice Chair of the Class Action Litigation Group; Past Co-Chair of the Qui Tam Litigation Group; Member of the Women Trial Lawyers Caucus
Consumer Attorneys of California

## Select Publications & Presentations

Presenter, "Fighting the Sealing of Settlements," AAJ Annual Convention, July 2023.

Presenter, "Trial Skills Workshop: Strategies for Cross Examination," CAOC Sonoma Seminar, March 2023.

Presenter, "Fees in Class Action Cases," and "Qui Tam Case Strategies," Mass Tort Med School and Class Action Conference, March 2017.

Presenter, "Claims-processing in Large and Mass-Tort MDLs," Emerging Issues in Mass-Tort MDLs Conference, Duke University, October 2016.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
jjb@classlawgroup.com

**Practice Emphasis**
Antitrust
Class Actions
Consumer Protection

**Education**
UCLA School of Law, J.D., 2000
University of Pennsylvania, B.A., *with honors*, 1996

**Admissions**
California

# Josh Bloomfield | Counsel

Josh Bloomfield represents plaintiffs in class and other complex litigation, with particular experience in antitrust, consumer protection and data breach matters. He is a member of the California Bar and is admitted to practice before the United States District Courts for the Northern, Central and Southern Districts of California.

At Gibbs Mura, Josh has been an advocate for borrowers who lost their homes to foreclosure during the financial crisis, individuals harmed by corporate misconduct related to the COVID-19 pandemic, and consumers and employees who have suffered the consequences of antitrust conspiracies.

During more than 20 years of practice, Josh has represented clients in a variety of civil, criminal and administrative matters - from a distinguished professor of aeronautics and astronautics in a National Science Foundation research misconduct investigation, to several Major League Baseball teams in player arbitrations. Josh also served as vice president and general counsel to an innovative business venture in the second-home alternative marketplace, offering investors direct participation in ownership of a portfolio of luxury vacation properties.

## Litigation Highlights

***Hernandez v. Wells Fargo Bank, N.A.*** – Represents a certified class of more than 1,200 home mortgage borrowers who lost their homes to foreclosure after Wells Fargo erroneously denied them trial mortgage modifications. The case settled in two phases for a total of $40.3 million, resulting in significant compensation payments to each class member.

***Disposable Contact Lens Antitrust Litigation*** – Represents a class of consumers in the Disposable Contact Lens Antitrust Litigation, which challenges a series of "minimum pricing" policies imposed by contact lens manufacturers. The suit alleges that consumers paid supracompetitive prices as a result of a conspiracy among optometrists, manufacturers and a distributor of disposable contact lenses.

***In re Anthem, Inc. Data Breach Privacy Litigation*** – Represented interests of plaintiffs and putative class members following massive data breach of approximately 80 million personal records, including names, dates of birth, Social Security numbers, health care ID numbers, email and physical addresses, employment information, and income data.

***Jiffy Lube Antitrust Litigation*** – Represents Jiffy Lube workers who were harmed by a "no-poach" policy whereby Jiffy Lube required its franchisees to agree not to solicit or hire current or former employees of other franchisees. The suit alleges that workers' wages were suppressed by this restraint on the market for their labor.

***Airbnb Host Class Action Lawsuit*** – Represents Airbnb hosts – in federal court and in individual arbitrations - who allege that Airbnb took advantage of the COVID-19 pandemic and seized funds that belonged to hosts while claiming that the money would be refunded to guests.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9714
ab@classlawgroup.com

**Education**
University of California,
Berkeley Law, J.D., *Order of
the Coif,* 2015
University of California at
Berkeley, B.A., *Phi Beta
Kappa,* 2008

**Admissions**
California

# Aaron Blumenthal | Counsel

Aaron Blumenthal represents employees, whistleblowers, and consumers in complex and class action litigation. He is a member of our California whistleblower attorney practice group.

Aaron attended law school at the University of California at Berkeley, where he graduated *Order of the Coif*, the highest level of distinction. While in law school, Aaron wrote an article about class action waivers that was published by the California Law Review, one of the top law reviews in the country. He also served as a research assistant to Professor Franklin Zimring, who described Aaron in the acknowledgements section of one of his books as a "statistical jack-of-all-trades."

## Litigation Highlights

*In Re Anthem, Inc. Data Breach Litigation* – represented consumers whose personal information was impacted by the Anthem data breach, which was announced in 2015 as affecting nearly 80 million insurance customers. The case resulted in a $115 million settlement, which offered extended credit monitoring to affected consumers.

*LLE One v. Facebook* – key member of the litigation team representing video advertisers in a putative class action against Facebook alleging that the company inflated its metrics for the average time users spent watching video ads, causing the plaintiffs to spend more for video advertising on Facebook than they otherwise would have.

*JPMorgan Chase Litigation* – represented a class of mortgage borrowers against JPMorgan Chase, alleging that the bank charged them invalid "post-payment interest" when they paid off their loans. The case resulted in an $11 million settlement.

## Awards & Honors

**Rising Star,** Northern California Super Lawyers, 2018-2025

## Presentations and Articles

Presenter, "Impact of the Viking River Cruises Ruling on PAGA and Mass Arbitrations," Simpluris Podcast, October 2022

Author, "Why Justices' PAGA Ruling May Not Be Real Win For Cos.," Law360 Employment Authority, July 2022

Co-author, "DoorDash: Quick Food, Slow Justice," Daily Journal, March 2020

Co-author, "In the Breach," Trial Magazine, American Association for Justice, September 2017

Author, "Winning Strategies in Privacy and Data Security Class Actions: The Plaintiffs' Perspective," Berkeley Center for Law & Technology, January 2017

Author, "Circumventing Concepcion: Conceptualizing Innovative Strategies to Ensure the Enforcement of Consumer Protection Laws in the Age of the Inviolable Class Action Waiver," 103 Calif. L. Review 699, 2015

Author, "Religiosity and Same-Sex Marriage in the United States and Europe," 32 Berkeley J. Int'l. L 195, 2014.



T 510.250.4840
shughes@classlawgroup.com

**Education**
Duke University School of
Law, J.D., 2017
Iowa State University, B.A.,
2014

**Admissions**
California
District of Columbia

# Spencer Hughes | Counsel

Spencer represents consumers against corporations in all stages of litigation. He practices in complex class actions involving consumer protection violations and corporate wrongdoing. Spencer is experienced in state and federal courts in both trial-level and appellate litigation, frequently briefing and arguing novel questions of law across the country.

Before joining Gibbs Mura, Spencer practiced at a plaintiffs' class action boutique and one of the largest defense firms in the country. He has represented a U.S. Senator in the Supreme Court, victims of cryptocurrency fraud and Ponzi schemes, university students misled by systemic fraud in prominent college rankings, and more.

Spencer clerked for the Honorable Gerald Bard Tjoflat on the U.S. Court of Appeals for the Eleventh Circuit. He graduated from Duke University School of Law and Iowa State University. At Duke, Spencer was an editor for the Duke Law Journal. At Iowa State, Spencer was student body president.

## Litigation Highlights

***Murthy v. Missouri*** – represented United States Senator as amicus curiae to the Supreme Court of the United States, arguing to protect the U.S. intelligence community's ability to counter foreign malign influence in our elections.

***Bielski v. Coinbase, Inc.*** – represented consumers in district court, appellate, and Supreme Court litigation against cryptocurrency exchange, bringing novel claims under federal statutory protections for financial fraud victims.

## Awards & Honors

**Rising Star,** Virginia Super Lawyers, 2023-2024

## Presentations and Articles

Co-author, "Tools To Fight Delay From Arbitrability Appeals After Coinbase," Law360, August 2023



T 510.350.9254
pnh@classlawgroup.com

**Education**
Columbia Law School, J.D., 2009
Tulane University, B.A., *cum laude,* 2004

**Admissions**
New York
Louisiana

# Parker Hutchinson | Counsel

Parker Hutchinson represents plaintiffs in class actions and other complex litigation, with extensive practice in the field of prescription drug product liability. Parker currently represents clients in multi district litigation including servicemembers who suffered hearing loss or tinnitus from defective 3M ear plugs and cancer survivors who suffered permanent disfiguring hair loss from the chemotherapy drug Taxotere. Prior to joining Gibbs Mura, Parker wrote extensive briefing *In re Taxotere* as a member of the Plaintiffs' Law & Briefing Committee. In his appellate advocacy work, Parker has also achieved an expansion of the definition of "adverse employment action" under Title VII in an issue of first impression.

Parker is a 2009 graduate of Columbia Law School, where he was a leader at the Columbia Journal of European Law. During law school, Parker was a judicial extern with the Honorable Stanwood Duval, Jr. of the Eastern District of Louisiana. Before law school, Parker worked as a congressional staffer, a musician, and a writer. He involved himself closely in New Orleans's recovery following Hurricane Katrina, including the resurrection of progressive community radio station WTUL. He received his undergraduate degree, *cum laude,* from Tulane University in 2004.

## Professional Affiliations

American Association for Justice
Louisiana State Bar Association
National Civil Justice Institute



T 510-340-4181
bej@classlawgroup.com

**Education**
George Washington
University School of Law,
J.D., 2012
Webster University, M.A,
2007
Missouri State University,
B.A., *magna cum laude*, 2005

**Admissions**
District of Columbia
Missouri
Virginia

# Brian Johnson │ Counsel

Brian is passionate about holding businesses accountable when they mislead or abuse consumers, because everyone is a consumer, and enforcing consumer rights protects us all. Brian represents consumers in a wide range of consumer protection class actions, including false advertising, data breach, and product liability and warranty claim class actions. He brings to bear extensive state court consumer protection law experience which is essential to addressing emergent statutory rights and injury-in-fact Article III standing requirement issues.

Prior to joining Gibbs Mura, Brian focused his practice on consumer protection in D.C. at a leading plaintiff-side firm. Previously, he represented consumers in Missouri in financial lawsuits involving the Fair Debt Collection Practices Act, Fair Credit Reporting Act and the Telephone Consumer Protection Act. Following law school, Brian served as a Law Clerk for the Honorable Margaret L. Sauer and the Honorable Janette K. Rodecap, 16th Circuit Court of Jackson County, Missouri.

Brian has also worked with the Heartland Center for Jobs & Freedom, a non-profit advocacy organization focused on helping low-wage workers. He assisted the organization in expanding its advocacy efforts in consumer rights and tenant rights.

Brian is a graduate of Missouri State University, where he received a dual B.A., *magna cum laude*, in History and German in 2005. Brian earned his J.D. from the George Washington University Law School in 2012. Brian also studied at Webster University in Vienna, Austria, earning a M.A. in International Relations in 2007.

## Awards & Honors

Best Lawyers in America: Ones to Watch (2026)
Washington, DC Super Lawyers, *Rising Star* (2017-2020, 2023)



T 510-340-4217
skj@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection

**Education**
The Ohio State University
Moritz College of Law, J.D.,
1998
Wright State University, M.A,
1995
The College of Wooster, B.A.,
*with honors*, 1993

**Admissions**
Ohio

# Shawn Judge | Counsel

Shawn protects consumer rights through complex litigation matters, including class actions and mass torts, and has frequently been appointed to leadership positions and Special Master duties. Shawn is also an experienced mediator offering private mediation services.

Prior to joining Gibbs Mura, Shawn was a member of a class action practice group of a leading Ohio firm. He has served as a judicial clerk for the U.S. District Court for the Southern District of Ohio, the Supreme Court of Ohio, and Ohio's Ninth District Court of Appeals. Shawn received his J.D. with honors from The Ohio State University Moritz College of Law and also holds an M.A. in English from Wright State University.

## Complex Litigation

Shawn has served as Special Counsel for the Ohio Attorney General litigating claims against five of the country's largest pharmaceutical companies for their role in the nation's opioid crisis. He currently serves as co-lead counsel in a class action for lessors of a major oil and gas operator and dozens of class actions nationwide against banks and credit unions litigating over their overdraft fee practices.

## Special Master

Shawn is a member of the Academy of Court-Appointed Neutrals. He served as the appointed Chair to two federal court pipeline compensation commissions under Federal Rule of Civil Procedure 71.1. Shawn currently serves as Special Master in three federal lawsuits arising from the largest public corruption scandal in Ohio history.

## Mediation

Shawn is a leading mediator for those looking to avoid or end costly litigation. He received mediation training at the Harvard Negotiation Institute at Harvard Law School and the Straus Institute for Dispute Resolution at the Pepperdine University School of Law. He mediates civil disputes filed in or heading to federal or state court, excluding domestic relations and juvenile division cases. Shawn offers both in-person and virtual mediation services.

## Consultant and Educator

Shawn routinely serves as an invited speaker on civil litigation and mediation. He has also served as an adjunct professor at The Ohio State University Moritz College of Law, Ohio Northern University Pettit College of Law, and Capital University Law School. Shawn is a former Ohio Bar Examiner and was an editorial consultant to the Ohio Judicial Conference's Ohio Jury Instructions Committee for twenty years.

# Awards & Honors

Ohio Super Lawyer (2021, 2023-2025)

# Professional Affiliations

Co-Chair, Class Actions/Consumer Law, Central Ohio Association for Justice
Ohio Mediation Association
Ohio Association for Justice
National Civil Justice Institute
American Association for Justice
Columbus Bar Association
Ohio State Bar Association
Federal Bar Association
American Bar Association

## Litigation Highlights

***State of Ohio ex rel. Dave Yost, Ohio Attorney General v. Purdue Pharma L.P.:***
Represents the State of Ohio in litigation alleging that the six major manufacturers of prescription opioids created a public nuisance, which caused billions of dollars in damages to the state and its citizens. The litigation is ongoing.

***Eaton v. Ascent Resources – Utica, LLC:*** Represents a class and sub-classes of oil and gas lessors with leases with Ascent Resources – Utica, LLC.  Plaintiffs claim that Ascent takes improper post-production deductions from their royalty payments that are either not allowed under their contracts or are unreasonable in amount.  On August 4, 2021, the Court granted class certification in the case, which marks one of the first cases of a court certifying an Ohio class action regarding the underpayment of oil and gas royalties.  The lawsuit is ongoing.



T 510.372.1430
drl@classlawgroup.com

**Education**
Case Western Reserve
University, J.D., *cum laude*,
2009
Pennsylvania State
University, B.A., 2005

**Admissions**
New Jersey
New York
Pennsylvania

# Daniel Leathers │ Counsel

Dan is passionate about his clients and holding corporations accountable for recovering on their behalf in complex medical cases and mass actions, including complex pharmaceutical and medical device multidistrict litigations centralized throughout the country.

Before joining Gibbs Mura, Dan worked at a leading plaintiff-side law firm and helped revise the law in favor of injured persons. In his appellate advocacy work, Dan, in a matter of first impression in front of New York's highest court, helped expand New York's strict medical malpractice statute of limitations to not begin until birth. *B.F. v. Reprod. Med. Assocs. of New York, LLP*, 30 N.Y.3d 608 (N.Y. 2017). Dan also briefed and argued an appeal that resulted in a full reversal of a trial court grant of a motion for summary judgment in a complex medical malpractice matter, allowing his client to vindicate her rights at the trial court. *Hall v. Bolognese*, 210 A.D.3d 958 (NY 2d Dept., 2022).

Prior to joining the private practice of law, Dan clerked for the second judge in the State of New Jersey assigned to the State's mass-tort docket: the Honorable Carol Higbee, a New Jersey Superior Court Civil Division Presiding Judge (since deceased).

Dan completed his J.D., *cum laude*, at Case Western Reserve University School of Law, and he served as the Executive Articles Editor of the Case Western Reserve Journal of International Law. At graduation, Dan received awards for Trial Tactics, Trial Advocacy excellence, and Constitutional Law. His student note on data privacy is published: Giving Bite to the EU-U.S. Data Privacy Safe Harbor, 41 *Case W. Res. J. Int'l L*. 193.

Before law school, Dan worked at the ACLU of the National Capital Area, protecting and advocating for individual constitutional rights.

Dan is admitted to practice in New York, New Jersey, and Pennsylvania.

## Awards & Honors

New York Metro *Super Lawyer* (2023-2025)
New York Metro Super Lawyers, *Rising Star* (2013-2017, 2019-2022)
New Jersey Super Lawyers, *Rising Star* (2018)

## Professional Affiliations

American Association for Justice
New Jersey Association for Justice

## Presentations and Articles

Author, "Giving Bite to the EU-U.S. Data Privacy Safe Harbor," 41 Case W. Res. J. Int'l L. 193, 2009.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
rlm@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection

**Education**
University of San Francisco
School of Law, J.D., 2005
University of California at
Santa Cruz, B.A., 1995

**Admissions**
California

# Rosanne Mah | Counsel

Rosanne Mah represents consumers in complex class action litigation involving deceptive or misleading practices, false advertising, and defective products. She is a member of the California Bar and is admitted to practice before the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California.

Rosanne is integrally involved in the discovery and client outreach process for the Boy Scouts of America Lawsuits, where she represents sexual abuse survivors who were abused by leaders and other affiliates within the organization. She is also involved in communicating with class members and clients for the Midwestern Pet Food lawsuit alleging that over 70 dogs have died after eating food contaminated with dangerous levels of aflatoxin, a mold toxin, which settled for $6.75 million and received final approval.

Rosanne has 17 years of experience in providing the highest level of legal representation to individuals and businesses in a wide variety of cases. Throughout her career she has specialized in consumer protection, defective products, cybersecurity, data privacy, and employment law at several law firms, all while running her own practice. Rosanne attended the University of San Francisco, School of Law, during which she was a judicial extern with the Honorable Anne Bouliane of the San Francisco Superior Court.



kbm@classlawgroup.com

**Practice Emphasis**
Class Actions
Mass Personal Injury

**Education**
University of California, Davis
King Hall School of Law, J.D.,
1995
Colorado State University,
B.A., 1989

**Admissions**
California

# Karen Barth Menzies | Of Counsel

Karen is a nationally recognized mass tort attorney with more than twenty years of experience in federal and state litigation. Courts throughout the country have appointed Karen to serve in leadership positions including Lead Counsel, Liaison Counsel and Plaintiff Steering Committee in some of the largest pharmaceutical and device mass tort cases. Karen currently serves in leadership positions in the Taxotere Litigation (federal court), Zoloft Birth Defect Litigation (federal and California state courts), Transvaginal Mesh Litigation (federal and California state courts), Fosamax Femur Fracture Litigation (California state court), Lexapro/Celexa Birth Defect Litigation (Missouri state court).

Karen is particularly focused on women's health issues and sexual abuse claims, including a current Boy Scouts of America sexual abuse lawsuit investigation involving claims of abuse by scoutmasters, troop leaders and other adults affiliated with the Boy Scouts of America. She also represents women suffering permanent baldness following breast cancer chemotherapy treatments with Taxotere, and children who experienced severe side effects after taking the widely prescribed medication Risperdal. Karen believes in advocating for the victims who've been taken advantage of, and helping to ensure drug safety in the face of profit-driven corporations that hide the risks of their products. She has testified twice before FDA advisory boards as well as the California State Legislature on the safety concerns regarding the SSRI antidepressants and the manufacturers' misconduct. She has also advised victim advocacy groups in their efforts to inform governmental agencies and legislative bodies of harms caused by corporations.

Karen frequently publishes and presents on issues involving drug safety, mass tort litigation, FDA reform and federal preemption for both legal organizations (plaintiff and defense) and medical groups.

## Awards & Honors

*AV Preeminent*® Peer Review Rated by Martindale-Hubbell
Best Lawyers in America, Personal Injury Litigation (2013, 2018, 2021-2023)
Individual Recognition Chambers USA: Product Liability Plaintiffs (2020)
Southern California Super Lawyer (2004-2023)
Lawyer of the Year by *Lawyer's Weekly USA* (2004)
California Lawyer of the Year by *California Lawyer* magazine (2005)
Consumer Attorney of the Year Finalist by CAOC (2006)

## Professional Affiliations

American Association for Justice, Co-Chair, Taxotere Litigation Group
Consumer Attorneys of California
Consumer Attorneys of Los Angeles
American Bar Association (appointed member of the Plaintiffs' Task Force)
Women En Mass
The Sedona Conference (WG1, Electronic Document Retention and Production)
The National Trial Lawyers
National Women Trial Lawyers Association
LA County Bar Association
Women Lawyers Association of Los Angeles
Public Justice

## Select Publications & Presentations

Author, "Prepping for the Prescriber Deposition," Trial Magazine, American Association for Justice, January 2020.

Presenter, "Deposing the Treating/ Prescribing Physician, Learned Intermediary, the One Potentially Fatal Fact Witness," American Association for Justice Convention: Discovery and Litigation Strategies for Drug and Device Cases, February 2019.

Presenter, "A Funny Thing Did Happen on the Way to the Forum:  Navigating the New Landscape of Personal Jurisdiction Challenges," ABA Section of Litigaiton 2019 Environmental & Energy, Mass Torts, and Products Liability Litigation Committees' Joint CLE Seminar, March 2018.

Presenter, "Federal and State Court Coordination of Mass Tort Litigation:  Navigating State Court vs. Multidistrict Litigation, Mass Torts Made Perfect Conference, October 2018.

Presenter, "Taxotere Litigation:  Federal MDL 2740, New Orleans and State Court Jurisdictions, Mass Torts Made Perfect Conference, October 2018.

Presenter, "505(b)(2) Defendants – The Non-Generic Alternative; Social Media and Support Groups; Settlement Committees," AAJ Section on Torts, Environmental and Product Liability (STEP): On the Cutting Edge of Torts Litigation, July 2018.

Presenter, "Location, Location, Location Part II: State Court Consolidations," AAJ Mass Torts Best Practices Seminar, July 2017.

Presenter, "Personal Jurisdiction in Mass Torts and Class Actions:  Bristol-Myers Squibb Co. v. Superior Court (Cal. 2016)," Mass Torts Judicial Forum with Judge Corodemus and JAMS, April 2017.

Author, "Bringing the Remote Office Closer," Trial Magazine, American Association for Justice, March 2017.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9708
aam@classlawgroup.com

**Education**
Seattle University School of
Law, J.D., 2014
Bates College, B.A., 2010

**Admissions**
California

# Ashleigh Musser | Counsel

Ashleigh represents consumers and employees in class actions and mass arbitration involving consumer protection and employment law. She litigates complex cases involving misclassification, discrimination, and wage and hour claims brought under state law, including under the Private Attorneys General Act (PAGA). She currently represents thousands of gig economy workers in legal actions alleging that they were misclassified as independent contractors and should be entitled to minimum wage, overtime pay, and expense reimbursement under California and other state labor laws. Ashleigh is a proficient Spanish speaker and has experience representing and working with Spanish-speaking clients.

Ashleigh previously worked at a litigation firm in San Francisco, representing clients in criminal and civil proceedings, with an emphasis in personal injury, real estate, and wrongful death claims. More recently, she counseled and represented plaintiffs in individual and representative labor and employment matters at a boutique law firm in San Francisco. She has extensive experience protecting the rights of employees in cases involving California Labor Code violations, California Family Rights Act violations, and violations of the California Fair Employment and Housing Act, which includes representing plaintiffs with sexual harassment, disability and pregnancy discrimination, and retaliation claims.

Ashleigh is a 2014 graduate of Seattle University School of Law, where she served as the treasurer of the Moot Court Board, and as a chair of the International Law Society. During her time in law school, Ashleigh externed at the AIDS Legal Referral Panel of San Francisco, and subsequently volunteered as a licensed lawyer, where she represented clients facing eviction, and researched issues including the impact lump sum payments have on Section 8, the Housing Choice Voucher Program. As a law student, Ashleigh studied abroad at the University of Witwatersrand in Johannesburg, South Africa, focusing on how businesses adversely impact human rights, primarily in African countries. Ashleigh further diversified her legal experience by becoming a licensed to practice intern in Washington State, allowing her to practice law as a law student for the City Prosecutor's Office. In this role, she had to balance defending the City with the rights of the individuals that came before her in court.

## Awards & Honors

Rising Star**,** Northern California Super Lawyers (2021-2025)

## Professional Affiliations

California Employment Lawyers Association
San Francisco Trial Lawyers Association

## Presentations and Articles

Author, "The Estrada decision on review: What to do with "unmanageable" PAGA claims?" Daily Journal, July 2022



T 510-350-4214
mht@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection

**Education**
The Ohio State University
Moritz College of Law, J.D.,
2003
The Ohio State University,
B.A, *summa cum laude*,
2000

**Admissions**
Ohio

# Mark Troutman | Counsel

Mark Troutman is dedicated to vindicating the rights of consumers against corporate misdeeds. He has led class action efforts on behalf of plaintiffs across the country, battling some of the world's largest and most sophisticated companies.

Mark has been appointed to leadership roles in many of his complex litigation cases. Mark served as Special Counsel for the Ohio Attorney General in bringing claims against five of the country's largest pharmaceutical companies alleging misrepresentations and deceptive marketing that have caused the nation's current devastating opioid crisis.

As lead counsel in a consumer class action against Porsche, Mark achieved a $45 million settlement for the class. Previously, Mark has been lead counsel in a consumer class action against a fitness chain, and co-lead counsel in a class action claiming improper deductions from royalty payments to lessors of a major oil and gas operator.

Before joining Gibbs Mura, Mark co-led the class action practice group of a leading Ohio firm. Mark has been honored by Ohio Super Lawyers and as a top plaintiff-side Class Action Litigator by the Best Lawyers in America. He co-authored the leading guide on Ohio Consumer Law for more than 10 years, and he continues to help advance the Ohio plaintiffs bar as a member of the Ohio Association for Justice.

## Awards & Honors

Best Lawyers in America for Mass Tort Litigation/Class Action-Plaintiffs
American Association for Justice Roxanne Barton Conlin Certificate of Recognition, 2024
American Association for Justice Leadership Academy, Class of 2024
Super Lawyer, Ohio Super Lawyers, 2025
Rising Star, Ohio Super Lawyers, 2012-2018

## Professional Affiliations

Central Ohio Association for Justice, Vice President and Class Actions/Consumer Law Co-Chair
American Association for Justice, Class Action Litigation Section, Past-Chair
American Association for Justice, Evergreen Committee Co-Chair and Member, Convention Planning Committee, International Relations Committee, Judiciary Committee, National Finance Committee, Political Action Committee, and Section and Litigation Group Coordination Committee
Ohio Association for Justice, AAJ Delegate and Trustee
Ohio State Bar Association
Columbus Bar Association
Columbus Bar Foundation
Public Justice Foundation

## Litigation Highlights

***State of Ohio ex rel. Dave Yost, Ohio Attorney General v. Purdue Pharma L.P.:***
Represents the State of Ohio in litigation alleging that the six major manufacturers of prescription opioids created a public nuisance, which caused billions of dollars in damages to the state and its citizens. The litigation is ongoing.

***In re Porsche Cars North America, Inc. Coolant Tubes Product Liability Litigation:***
Represented a class of nearly 50,000 Porsche Cayenne vehicle owners alleging that Porsche defectively designed its 2003-2010 model year vehicles with plastic coolant tubes, which due to their positioning, would prematurely wear them down from the vehicle's heat and require costly repairs. The settlement compensated class members for a significant portion of the repair costs, with an estimated settlement value of more than $40 million.

***Gascho v. Global Fitness Holdings:*** Represented a class and sub-classes of current and former gym members alleging that the Urban Active gym chain took excessive and/or unauthorized fees from gym members, which were not included in class members' contracts or in violation of state law. The settlement reimbursed class members for the improper charges to their accounts.

***Eaton v. Ascent Resources – Utica, LLC:*** Represents a class and sub-classes of oil and gas lessors with leases with Ascent Resources – Utica, LLC. Plaintiffs claim that Ascent takes improper post-production deductions from their royalty payments that are either not allowed under their contracts or are unreasonable in amount. On August 4, 2021, the Court granted class certification in the case, which marks one of the first cases of a court certifying an Ohio class action regarding the underpayment of oil and gas royalties. The lawsuit is ongoing.



T 510.956.5256
bwb@classlawgroup.com

**Education**
Texas A&M University
School of Law, J.D., 2016
Colorado Technical
University, B.S., *with honors*

**Admissions**
Texas

# Brian Bailey | Associate

Brian represents clients harmed by corporate misconduct in complex litigation including employment discrimination, personal injury, and consumer protection cases. He represents employees and consumers in our cases against Honda, IBM, Amazon, and PG&E. Brian was an integral member of the team that secured $1.5 billion in compensation for over 6,000 survivors of utility-caused wildfires in Northern California, and he currently represents survivors of the Eaton Fire in Los Angeles.

Prior to joining the firm, Brian worked at the Federal Labor Relations Authority in Dallas, Texas where he conducted investigations on federal unfair labor practices and coordinated federal union elections. Previously, Brian represented a high volume of disabled individuals in administrative hearings.

Brian is a 2016 graduate of Texas A&M University School of Law, where he served as the president of the TAMU Black Law Student Association. During law school, he interned for the Honorable Justice Ken Molberg when he was District Judge at the 95th Texas Civil District Court and served as a research assistant for Professors Michael Z. Green and Sahar Aziz. Prior to law school, Brian worked as an international flight attendant at United Airlines and volunteered as an Occupational Injury Representative at the Association of Flight Attendants, Local Council 11 in Washington D.C.

## Awards & Honors

The National Black Lawyers, Top 100
AAJ Leadership Academy – Graduate, Diversity & Inclusion Committee, Class of 2022

## Professional Affiliations

American Association for Justice: Diversity, Equity, Inclusion, & Accessibility Committee; Membership Oversight Committee; Minority Caucus, Member Committee Co-Chair; LGBT Caucus
Shades of Mass, Board Member
L. Clifford Davis Legal Association
The International Legal Honor Society of Phi Delta Phi
The American Constitution Society for Law & Policy
Texas Young Lawyers Association
State Bar of Texas: African-American Lawyers (AALS), Consumer and Commercial Law, Labor and Employment Law, LGBT Law

## Presentations and Articles

Presenter, "Broadening the Pathway: Implementing Hiring Efforts to Reach Underserved Communities," National Consumer Law Center (NCLC) Consumer Rights Litigation Conference and Class Action Symposium, October 2024.
Presenter, "A Movement to Defend, Avoiding Exclusionary Hiring Practices," American Association for Justice (AAJ) Annual Convention, July 2024.



T 510.340.4732
eb@classlawgroup.com

**Education**
Seattle University School of
Law, J.D., *summa cum laude*,
2020
University of Washington,
B.A., 2015

**Admissions**
Washington
New York

# Emily Beale | Associate

Emily Beale represents individuals and consumers harmed by financial fraud and corporate misconduct in complex class actions.

Prior to joining Gibbs Mura, Emily clerked for the Honorable Benjamin H. Settle in the Western District of Washington.

Emily is a 2020 graduate, *summa cum laude*, of Seattle University School of Law, where she graduated first in her class. During law school, Emily advocated for incarcerated and accused individuals at the Fred T. Korematsu Center for Law and Equity in its Civil Rights Clinic. Emily aided in the Korematsu Center's amicus brief to the Washington State Supreme Court on the unconscious bias associated with the use of restraints on incarcerated criminal defendants, which resulted in a unanimous decision prohibiting such practices in Washington state. *See State v. Jackson*, 195 Wash.2d 841 (2020).

While in law school, Emily served as Managing Editor for the Seattle University Law Review and on the Moot Court Board. She represented Seattle University at a regional National Moot Court Competition and received eight CALI awards for highest grade. Emily received her undergraduate degree in Law, Societies, and Justice with a minor in French from the University of Washington in 2015.

## Litigation Highlights

***Todd Benjamin International, Ltd. v. Grant Thornton International***, No. 1:20-cv-21808-RNS (S.D. Fla.) – Class counsel for investors in TCA Global Credit Master Fund L.P. and its feeder funds. The investors alleged that the funds' management inflated assets and earnings, and that the funds' auditors knew about the overstatement but failed to take appropriate action. After multiple years of litigation, Gibbs Mura helped secure settlements of $26.5 million for investors. At the hearing granting final approval on May 20, 2025, Judge Scola thanked counsel for their "excellent work in the case."

## Presentations and Articles

Author, "Unfair-but-not-Deceptive: Confronting the Ambiguity in Washington State's Consumer Protection Act," 43 Seattle U. L. R. 1011 (2020)



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.956.5262
db@classlawgroup.com

**Education**
University of California,
Berkeley School of Law, J.D.,
2022
Northwestern University, B.A.,
2016

**Admissions**
California

# Delaney Brooks | Associate

Delaney Brooks represents plaintiffs in class action lawsuits, primarily in cases alleging hidden fees and product defects.

Delaney graduated from the University of California, Berkeley School of Law in 2022. While there, Delaney was a member of Berkeley Law's Moot Court team, where she and her teammates were regional champions at the 2021 National Appellate Advocacy Competition. As a teaching assistant to Professor Patricia Hurley, Delaney helped first-year law students hone their legal writing and advocacy skills. Delaney pursued pro bono work throughout law school, assisting juvenile boys incarcerated in Contra Costa County through the Youth Advocacy Project, and later by researching litigation strategies to curb gun violence with the Gun Violence Prevention Project. Delaney also worked as a judicial extern for the Honorable William H. Alsup, Northern District of California.

Delaney received her undergraduate degree from Northwestern University in 2016, with a major in Psychology and a minor in Legal Studies. Prior to law school, Delaney worked in marketing at a major financial services company, giving her insider knowledge of the challenges consumers face in accessing credit.

## Litigation Highlights

*GreenSky Litigation* – Represents consumers who took out loans for home maintenance repairs and were charged allegedly unlawful fees by GreenSky, Inc.

*Destination Fees Litigation* – Represents vehicle owners from 13 states who overpaid when they purchased new vehicles because FCA inflated its delivery fees to include extra profit.

*Porsche PCM Malfunction Litigation* – Represented Porsche owners whose vehicles received a software update that allegedly damaged the vehicles' infotainment systems. The Honorable Mark H. Cohen granted final approval to a nationwide class action settlement that included cash reimbursements of up to $7,500 per class member.

## Professional Affiliations

California Lawyers Association, Antitrust and Unfair Competition Law Section



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.929.4495
jgf@classlawgroup.com

**Education**
University of California, Los
Angeles School of Law, J.D.,
2020 (David J. Epstein
Program in Public Interest
Law and Policy)
Emory University, B.A., 2011

**Admissions**
California

## Jane Farrell | Associate

Jane is passionate about telling clients' stories and holding employers and corporations accountable. Prior to joining Gibbs Mura, Jane worked as an associate at two leading plaintiff-side employment law firms. At those firms, she assisted in a range of matters, including class actions involving worker misclassification, discrimination, and wage theft, as well as individual and mass arbitrations. Jane also clerked for the Honorable Kimberly J. Mueller, Chief Judge of the United States District Court for the Eastern District of California.

As a student at UCLA School of Law, Jane specialized in public interest law and policy. She served as editor in chief of the UCLA Journal of Gender and the Law and as chair of the Race, Work, and Economic Justice Clinic, which partnered with the Los Angeles Black Worker Center and Legal Aid at Work to provide free legal services for workers. During law school, Jane externed for the Honorable Jacqueline H. Nguyen on the U.S. Court of Appeals for the Ninth Circuit and clerked for a plaintiff-side employment firm. As a research assistant for Professors David Marcus and Blake Emerson, she researched issues relating to complex and multidistrict litigation, class certification, and administrative guidance.

Before law school, Jane was a policy advisor to then-Secretary Tom Perez at the U.S. Department of Labor, where she helped expand access to earned sick time and paid family and medical leave. Prior to joining the Obama Administration, she researched and wrote about the changing nature of work, rising inequality, equal pay, and women's rights at the Center for American Progress and then the Clinton Foundation, authoring dozens of publications over five years.

Jane has published articles in three law journals, including the Berkeley Journal of Employment and Labor Law, the leading law review for employment and labor law scholarship.



T 510.350.9249
seh@classlawgroup.com

**Education**
Harvard Law School, J.D., 2020
University of North Texas, B.A., 2015

**Admissions**
Texas
Massachusetts

## Sadie Hillier | Associate

Sadie is passionate about protecting clients' rights and holding corporations accountable. She represents consumers primarily in class action lawsuits with a special emphasis on privacy and data breach litigation.

Prior to joining Gibbs Mura, Sadie spent two years as an Assistant Federal Public Defender representing indigent clients on death row in late-stage federal appeals. She then transitioned to civil law, representing clients in a variety of civil rights cases centered on reproductive rights, First Amendment, police brutality, LGBTQ rights, and the right to privacy.

Sadie graduated from Harvard Law School in 2020. While in law school, she was heavily involved with and served as the Executive Director of the Harvard Prison Legal Assistance Project, where she spent three years advocating for the rights of incarcerated people in disciplinary and parole hearings, through policy advocacy with the Massachusetts legislature, and in civil rights lawsuits. Sadie was also on the board of the Harvard Civil Rights—Civil Liberties Law Review, served as President of HLS Child & Youth Advocates, and completed a variety of public interest internships and externships, including at the Civil Rights Division of the Department of Justice, Civil Rights Corps, and the Orange County (California) Public Defender. At the Orange County Public Defender, Sadie worked on the case that ultimately made public the fact that Global Tel Link (GTL), the nation's largest jail and prison phones vendor, had a history of nationwide system problems causing it to illegally record thousands of attorney-client phone calls.

## Professional Affiliations

The LGBTQ+ Bar
American Bar Association, Privacy and Data Security Committee
Dallas LGBT Bar Association



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9244
hj@classlawgroup.com

**Education**
University of California at
Berkeley (Berkeley Law), J.D.,
2020
Whitman College, *magna cum
laude*, B.A., 2014

**Admissions**
California

# Hanne Jensen | Associate

Hanne represents plaintiffs in class action and complex litigation involving consumer protection, workers' rights, products liability, privacy law, and constitutional law.

Hanne graduated from the University of California, Berkeley, School of Law in 2020. While in law school, Hanne served as the Senior Notes editor for the California Law Review, an executive editor for the Berkeley Journal of Employment and Labor Law, and a co-Editor-in-Chief of the Berkeley Journal of Gender, Law, and Justice. As a member of the Consumer Advocacy and Protection Society, Hanne contributed public comments to the Federal Trade Commission and Federal Deposit Investment Corporation concerning rules that affect consumers' financial rights, and helped draft an amicus brief for the Berkeley Center of Consumer and Economic Justice supporting mortgage applicants who had been wrongfully denied loans by an error in an AI underwriting servicer. Hanne also served as a research assistant for Professor Catherine Fisk's work on teachers' strikes and Professor Andrew Bradt's work on personal jurisdiction in complex litigation, as well as an oral advocacy teaching assistant for Professor Cheryl Berg. Prior to joining Gibbs Mura, Hanne clerked for the Honorable Chief Judge Miranda M. Du in the District of Nevada in her beautiful hometown of Reno, Nevada.

Hanne received her undergraduate degree with majors in English and Philosophy from Whitman College, *magna cum laude*. At Whitman, Hanne was a member of Phi Beta Kappa and served as the co-Editor-in-Chief of the literary magazine *blue moon*. Prior to law school, Hanne was a Fulbright English Teaching Assistant in Germany.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.450.7297
ajk@classlawgroup.com

**Education**
University of California at
Berkeley (Berkeley Law), J.D.,
*Order of the Coif*, 2023
Duke University, *magna cum
laude*, B.A., 2018

**Admissions**
California

# Anna Katz │ Associate

Anna represents plaintiffs in class action and complex litigation involving corporate wrongdoing and financial fraud.

Anna attended law school at the University of California, Berkeley, School of Law, where she graduated *Order of the Coif* in 2023. While in law school, Anna served as an Editor for the California Law Review and on the Editorial Board of the Berkeley Journal of Gender, Law, and Justice. Anna also worked to build enthusiasm for plaintiff-side practice as the Career Development Director of Berkeley Law's new Plaintiff's Law Association. For her dedication to public interest work involving reproductive justice, workers' rights, and indigent defense, Anna earned pro bono honors with distinction and a Public Interest and Social Justice Certificate. Anna also served as a research assistant for Professor Jonathan Glater's research on unfair corporate practices and predatory student debt.

Anna received her undergraduate degree, *magna cum laude* and Phi Beta Kappa, from Duke University, with majors in African and African American Studies and Global Health. Prior to law school, Anna was a reproductive health researcher in Oakland.

## Professional Affiliations

American Association for Justice
Public Justice



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9711
jbk@classlawgroup.com

**Education**
Northwestern University School
of Law, J.D., *magna cum laude*,
2015
Northwestern University
Graduate School, Ph.D., 2015
Brandeis University, B.A.,
*summa cum laude, Phi Beta
Kappa*, 2006

**Admissions**
California

# Jeff Kosbie | Associate

Jeff Kosbie represents workers and consumers in class actions and other complex lawsuits involving data breaches and consumer privacy, employment law, and other corporate misconduct. He previously worked as a staff attorney in the United States Court of Appeals for the Ninth Circuit (2017-2018) and served as a Multidistrict Litigation Law Clerk to the Judges Lucy Koh, Beth Freeman, and Edward Davila of the Northern District of California (2018-2019).

Jeff serves as Treasurer of Bay Area Lawyers for Individual Freedom ("BALIF"), the nation's oldest association of lesbian, gay, bisexual and transgender (LGBTQI) persons in the field of law, and he is on the board of the BALIF Foundation.  He was also selected to serve on the California Lawyers Association Litigation Section Executive Committee.  He has published multiple articles in law reviews related to the history of LGBTQ rights. Jeff is a 2015 graduate, *magna cum laude,* of Northwestern University School of Law and Northwestern University Graduate School where he received a J.D. and a Ph.D. in Sociology. While in law school, Jeff served as an Articles Editor of the Northwestern Journal of Law and Social Policy.  He received his undergraduate degree, *summa cum laude*, *Phi Beta Kappa,* in Sociology from Brandeis University in 2006.

## Awards & Honors

Best Lawyers in America: Ones to Watch, 2023-2026
Rising Star, Northern California Super Lawyers, 2021-2025
Best LGBTQ+ Lawyers Under 40, LGBT Bar Association, 2021
Unity Award, Minority Bar Coalition, 2019

## Professional Affiliations

American Association for Justice
Bay Area Lawyers for Individual Freedom, Former Co-chair, Former Treasurer
BALIF Foundation, Former Treasurer
California Lawyers Association, Litigation Section Executive Committee Advisor
Consumer Attorneys of California
Bar Association of San Francisco, Finance Committee; Justice and Diversity Center, Board
    Member

## Select Presentations and Articles

Presenter, "Navigating Complex Diversity, Equity and Inclusion Issues in a Rapidly Changing Environment"; Organizer, "Core Skills: Jury Selection"; CLA Litigation & Appellate Summit, May 2023.

Presenter, "An Important Discussion re Civil Rights: Racism, Diversity, Equity, and Inclusion while Surviving COVID-19," California Lawyers Association Litigation and Appellate Summit, May 2021.

Presenter, "LGBTQ+ Employment Discrimination Claims in Practice," BALIF CLE Series, February 2021.

Author, "Overdue Protection for LGTBQ Workers," Trial Magazine, American Association for Justice, September 2020.

Author, "How the Right to be Sexual Shaped the Emergence of LGBT Rights," 22 U. Pa. J. Const. L. 1389, August 2020.

Author, "Donor Preferences and the Crisis in Public Interest Law," 57 Santa Clara L. Rev. 43, 2017.

Author, "(No) State Interests in Regulating Gender: How Suppression of Gender Nonconformity Violates Freedom of Speech," 19 Wm. & Mary J. Women & L. 187, 2013.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.450.7232
em@classlawgroup.com

**Education**
University of California at
Berkeley (Berkeley Law), J.D.,
2023
New York University, *magna
cum laude*, B.A., 2018

**Admissions**
California

# Emma MacPhee | Associate

Emma represents plaintiffs harmed by corporate wrongdoing and survivors of sexual assault.

Emma graduated from the University of California, Berkeley School of Law in 2023. While in law school, she was on the Submissions team for the Berkeley Journal of International Law and received a Public Interest and Social Justice Certificate for the pro bono work she pursued during law school. She was a law clerk for the Youth Law Center, where she supported litigation projects related to the juvenile justice and child-welfare systems in California. During law school, she advocated for voting rights, fair electoral maps, and democracy reform with the Political and Election Empowerment Project. As a Clinical Law Student for the International Human Rights Clinic, she researched corporate accountability related to the digital privacy of children. She was also a student researcher for the Human Rights Center at Berkeley Law, where she worked on a research project with the Center for Investigative Reporting that was focused on national access to reproductive rights.

Emma received her undergraduate degree, *magna cum laude*, from New York University in 2018, with majors in International Relations and French. Before law school, Emma worked as an investigative analyst and was responsible for conducting investigations into sex and labor trafficking in New York City.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.929.4166
jms@classlawgroup.com

**Education**
Stanford Law School, J.D.,
2022
Columbia University, *magna
cum laude*, B.A., 2017

**Admissions**
California

# Jake Seidman | Associate

Jake represents plaintiffs in products liability and mass tort cases focused on redressing harms of corporate wrongdoing.

Jake graduated from Stanford Law School in 2022 with high pro bono distinction and academic awards in torts, state constitutional law, and criminal procedure. While in law school, he worked on briefs for clients in civil and criminal matters before the United States Supreme Court as part of Stanford's Supreme Court Litigation Clinic and served as Special Issues Editor and Lead Online Editor for the *Stanford Journal of Civil Rights & Civil Liberties* and the *Stanford Law & Policy Review*, respectively.

As a student, Jake pursued his abiding interest in state and local government efforts to reimagine law enforcement through affirmative litigation and justice system reforms. As part of the law school's Litigation & Policy Partnership with the Santa Clara County Counsel, he assisted with County consumer protection litigation. He also co-authored a Stanford Criminal Justice Center report on non-police approaches to public safety.

Prior to joining Gibbs Mura, Jake served as a law clerk to Magistrate Judge Sallie Kim in the Northern District of California. He also worked as a Legal Fellow at Public Rights Project, where his work focused on state constitutional litigation combating backlash to local criminal justice reforms.

Jake received his undergraduate degree *magna cum laude* and Phi Beta Kappa from Columbia University, where he double majored in Political Science and Russian Language & Culture. Prior to law school, he worked on jail planning and reforms in the New York City Mayor's Office.

## Professional Affiliations

American Association for Justice
National Center for State Courts, Young Lawyers Committee



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.929.4271
jsun@classlawgroup.com

**Education**
University of California,
Berkeley School of Law, J.D.,
2023
University of Pennsylvania,
B.A., 2014

**Admissions**
California

# Jennifer Sun | Associate

Jennifer advocates on behalf of consumers primarily in data privacy and data breach class action lawsuits.

Jennifer graduated from the University of California, Berkeley School of Law in 2023. During law school, she explored ways to regulate technology in the public interest at the Electronic Frontier Foundation and the Knight First Amendment Institute at Columbia University. As a Samuelson Law, Technology & Public Policy Clinic student, Jennifer argued before the federal district court in Minnesota in support of the public's right to access court records for electronic surveillance warrants. She also investigated copyright and telecommunications policy as a research assistant to Professors Pamela Samuelson and Tejas Narechania. Jennifer also served on the boards of the *Asian American Law Journal* and the Asian Pacific American Law Students Association.

Before law school, Jennifer was a product manager at Dotdash Meredith and *The Atlantic*, where she worked closely with executives, business partners, and engineers and built a technical understanding of the digital advertising technology behind the open internet.

Jennifer received a B.S. Economics from The Wharton School at the University of Pennsylvania in 2014, where she served as President and Executive Editor of *The Daily Pennsylvanian*.

## Professional Affiliations

American Association for Justice
Asian American Bar Association of the Greater Bay Area
National Asian Pacific American Bar Association
Federal Bar Association



# Wynne Tidwell | Associate

Wynne Tidwell works with consumers harmed by corporate wrongdoing and financial fraud.

Wynne graduated from the University of California, Berkeley School of Law in 2022. In law school, she served as an Editor for the California Law Review and received a Public Interest and Social Justice Certificate. Wynne also directly advocated for veterans affected by military sexual assault or experiencing homelessness through the Veterans Law Practicum. Additionally, she externed for the District Court for the District of Columbia and for the Consumer Protection Section of the Office of the California Attorney General.

Wynne received her undergraduate degree in Government from the College of William & Mary in 2017 with highest honors. Before law school, Wynne worked in public policy and communications in Washington, D.C.

1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9707
ewt@classlawgroup.com

**Education**
University of California,
Berkeley School of Law, J.D.,
2022
College of William & Mary, B.A.,
*summa cum laude*, 2017

**Admissions**
California



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9700
F 510.350.9701
zsw@classlawgroup.com

**Education**
University of California at
Berkeley, Berkeley Law, J.D.,
2021
University of California at Santa
Barbara, B.A., highest honors,
2016

**Admissions**
California

# Zeke Wald | Associate

Zeke is dedicated to representing plaintiffs in class action and complex litigation concerning consumers' and workers' rights, products liability, privacy law, and constitutional law. In 2023, he won the California Lawyer Attorney of the Year Award, which recognizes outstanding California lawyers "whose extraordinary work and cases had a major impact on the law."

Zeke graduated from the University of California, Berkeley School of Law in 2021, where he was an Articles editor for the California Law Review, a research assistant for Professor Sean Farhang's work on complex litigation, and an advocate with the East Bay Community Law Center's Community Economic Justice clinic. Zeke also co-founded the Law and Political Economy society, which focuses on bringing students deeper into critical legal theory, and served as a leader of Berkeley's Gun Violence Prevention Project, an organization that supported the Giffords Law Center and the Brady Center's national, state, and local litigation efforts and policy advocacy on behalf of survivors of gun violence.

Zeke received his undergraduate dual degrees in Economics and Psychology from the University of California, Santa Barbara with highest honors. Prior to law school, Zeke worked for a tech startup dedicated to providing consumers with access to objective, unbiased information about products and services, and as a legal secretary at a family law firm focusing on complex parentage and custody cases and assisted reproduction law.

## Litigation Highlights

***Brooks v. Thomson Reuters Corporation*** – Zeke is court-appointed class counsel in this data privacy case against Thomson Reuters for its CLEAR product. The lawsuit alleged that Thomson Reuters collected millions of California residents' personal and confidential information and then sold access to it without their knowledge or consent. After the court granted plaintiffs' motion for class certification, the parties reached a class settlement for $27.5 million and substantial injunctive relief. The court granted final approval of the settlement on February 21, 2025.

***San Diego and Otay Water District Tiered Water Rates Lawsuits*** – Key member of the litigation team achieving a $79.5 million verdict on behalf of single-family customers in a lawsuit charging the City of San Diego with setting water rates that are noncompliant with the California Constitution. Zeke was a member of the trial team at the remedies stage and is part of the appellate team defending the Court's judgment in favor of the class. The case is currently on appeal.

Key member of the litigation team achieving a $24 million verdict on behalf of single-family residential customers in a lawsuit challenging the Otay Water District with setting unconstitutional water rates. The case is currently on appeal.

***In re: 3M Combat Arms Earplug Products Liability Litigation*** – This multi-district litigation concerns allegations that 3M's dual-ended Combat Arms earplugs were defective and caused servicemembers and civilians to develop hearing loss or tinnitus. Zeke is a member of the team supporting the Law, Briefing, and Legal Drafting Committee.

## Awards & Honors

California Lawyer Attorney of the Year (CLAY) Award, *Daily Journal* (2023)

## Presentations and Articles

Presenter, "Data Security and Privacy Issues in 2024," Practising Law Institute's 29th Annual Consumer Financial Services Institute, September 23, 2024.

Author, "Election Law's Efficiency-Convergence Dilemma," October 2020.



1111 Broadway, Suite 2100
Oakland, CA 94607
T 510.350.9247
tlw@classlawgroup.com

**Education**
University of San Francisco
School of Law, J.D., *magna cum laude,* 2020
University of Colorado
Boulder, B.A., 2017

**Admissions**
California

# Tayler Walters | Associate

Tayler works with employees and consumers in mass arbitrations and mass torts to combat unfair business practices by corporations. She represents gig workers who have been misclassified and denied fair pay and consumers whose personal information has been compromised in large-scale data breaches. Tayler specializes in developing scalable systems to improve client communication and legal processes so her case teams can provide high quality representation to over 50,000 clients.

Previously, she coordinated case management and client outreach efforts for hundreds of lawsuits against dozens of national banks who have charged customers improper overdraft fees. Her efforts helped recover millions of dollars for bank customers across the country.

Before Gibbs Mura, Tayler worked in a plaintiff's law firm advocating for consumers in a range of areas, including personal injury, product liability, premises liability, employment law, and elder abuse. Tayler is a 2020 graduate, *magna cum laude,* of the University of San Francisco School of Law. In law school, she served on the Moot Court Board where she coached her fellow students and competed in the National Appellate Advocacy Competition. Tayler received a Merit Scholarship, earned CALI awards for receiving the highest grade in Professional Responsibility and in Contracts Law, and externed for California Supreme Court Chief Justice Tani Cantil-Sakauye.

## Professional Affiliations

American Association for Justice, Mass Arbitration Group



## Dorry Gardner | Staff Attorney

Dorry reviews and researches documents for e-discovery in a wide range of complex class actions cases involving products liability and mass torts. She is highly experienced in review for e-discovery in cases concerning various issues, including breach of contract, securities, antitrust civil and regulatory matters, and FCPA investigations.

Dorry attended law school at Fordham University, where she was Stein Scholar for public interest law and recipient of the esteemed Archibald R. Murray award as servant for social justice.

T 510.340.5567
ddg@classlawgroup.com

**Education**
Fordham School of Law, J.D.

**Admissions**
New York



T 510.956.5292
smm@classlawgroup.com

**Education**
Tulane University Law School,
J.D., 2020
College of Charleston, B.A.,
2016

**Admissions**
District of Columbia

## Sierra Morris | Staff Attorney

Sierra advocates for consumers harmed by corporate misconduct in class action litigation. She coordinates case management and client outreach efforts for lawsuits against dozens of banks and credit unions who have charged customers improper overdraft fees.

Prior to joining Gibbs Mura, Sierra worked at a leading plaintiff-side firm on matters ranging from securities fraud to holding corporations accountable for injuries caused by environmental hazards.

Sierra graduated from Tulane University Law School in 2020 with a certificate in International and Comparative Law and a CALI award in International Protection of Human Rights. While there, she was a student attorney in the Juvenile Law Clinic, an executive board member of the Public Interest Law Foundation, and a research assistant for Professor David Katner's work on child abuse. She also worked as a law clerk at the ACLU Foundation of Louisiana on issues including immigration, prison reform and the First Amendment, and as a legal volunteer for several other non-profit organizations.



T 510.350.9242
aprothero@classlawgroup.com

**Education**
Quinnipac University School of
Law, J.D., *cum laude,* 2020
Virginia Tech, B.A., *summa
cum laude*, 2015

**Admissions**
Connecticut
Washington

## Alyssa Prothero | Staff Attorney

Alyssa works on class action and complex litigation cases involving privacy law, workers' rights, and consumer protection.

Alyssa attended law school at the Quinnipiac University School of Law where she graduated *cum laude* in 2018. While in law school, Alyssa served as the Executive Managing Editor for the Quinnipiac Probate Law Journal. Alyssa also worked for the Quinnipiac Tax Clinic as a legal intern where she helped low-income individuals with tax disputes against the IRS and the Connecticut Department of Revenue Services. For her interest in tax law and her work with the Tax Clinic, she received awards for Excellence in Tax Controversy and Excellence in Clinical Work.

After law school, Alyssa was a Legal Research Law Clerk for the Superior Court of Connecticut. While working for the Superior Court, Alyssa worked on a variety of cases with issues that included employment discrimination, premises liability, foreclosures, class certification, and governmental and sovereign immunity.

Alyssa completed her undergraduate degree, *summa cum laude* and Phi Beta Kappa, from Virginia Tech in 2015. She majored in Psychology and had minors in Sociology and Political Science.

## SIGNIFICANT RECOVERIES

Some examples of the cases in which our lawyers played a significant role are described below:

# Deceptive Marketing

*Hyundai and Kia Fuel Economy Litigation*, No. 2:13-md-2424 (C.D. Cal.). In a lawsuit alleging false advertising of vehicle fuel efficiency, the court appointed Eric Gibbs as liaison counsel. Mr. Gibbs regularly reported to the Court, coordinated a wide-ranging discovery process, and advanced the view of plaintiffs seeking relief under the laws of over twenty states. Ultimately Mr. Gibbs helped negotiate a revised nationwide class action settlement with an estimated value of up to $210 million. The Honorable George H. Wu wrote that Mr. Gibbs had "efficiently managed the requests from well over 20 different law firms and effectively represented the interests of Non-Settling Plaintiffs throughout this litigation. This included actively participating in revisions to the proposed settlement in a manner that addressed many weaknesses in the original proposed settlement."

*In re Mercedes-Benz Tele Aid Contract Litigation*, MDL No. 1914, No. 07-cv-02720 (D.N.J.). Gibbs Mura attorneys and co-counsel served as co-lead class counsel on behalf of consumers who were not told their vehicles' navigation systems were on the verge of becoming obsolete. Counsel successfully certified a nationwide litigation class, before negotiating a settlement valued between approximately $25 million and $50 million. In approving the settlement, the court acknowledged that the case "involved years of difficult and hard-fought litigation by able counsel on both sides" and that "the attorneys who handled the case were particularly skilled by virtue of their ability and experience."

*In re Providian Credit Card Cases*, JCCP No. 4085 (Cal. Super. Ct. San Francisco Cty). Mr. Gibbs played a prominent role in this nationwide class action suit brought on behalf of Providian credit card holders. The lawsuit alleged that Providian engaged in unlawful, unfair and fraudulent business practices in connection with the marketing and fee assessments for its credit cards. The Honorable Stuart Pollack approved a $105 million settlement, plus injunctive relief—one of the largest class action recoveries in the United States arising out of consumer credit card litigation.

*In re Hyundai and Kia Horsepower Litigation,* No. 02CC00287 (Cal. Super. Ct. Orange Cty). In a class action on behalf of U.S. Hyundai and Kia owners and lessees, contending that Hyundai advertised false horsepower ratings in the United States, attorneys from Gibbs Mura negotiated a class action settlement valued at between $75 million and $125 million which provided owners nationwide with cash payments and dealer credits.

*Skold v. Intel Corp.*, No. 1-05-cv-039231 (Cal. Super. Ct. Santa Clara Cty.). Gibbs Mura attorneys represented Intel consumers through a decade of hard-fought litigation, ultimately certifying a nationwide class under an innovative "price inflation" theory and negotiating a settlement that provided refunds and $4 million in cy pres donations. In approving the settlement, Judge Peter Kirwan wrote: "It is abundantly clear that Class Counsel invested an incredible amount of time and costs in a case which lasted approximately 10 years with no guarantee that they would prevail…. Simply put, Class Counsel earned their fees in this case."

*Steff v. United Online, Inc.,* No. BC265953 (Cal. Super. Ct. Los Angeles Cty.). Mr. Gibbs served as lead counsel in this nationwide class action suit brought against NetZero, Inc. and its parent, United Online, Inc., by former NetZero customers. Plaintiffs alleged that defendants falsely advertised their internet service as unlimited and guaranteed for a specific period of time. The Honorable Victoria G. Chaney of the Los Angeles Superior Court granted final approval of a settlement that provided full refunds to customers whose services were cancelled and which placed restrictions on Defendants' advertising.

*Khaliki v. Helzberg's Diamond Shops, Inc.*, No. 11-cv-00010 (W.D. Mo.). Gibbs Mura attorneys and co-counsel represented consumers who alleged deceptive marketing in connection with the sale of princess-cut diamonds. The firms achieved a positive settlement, which the court approved, recognizing "that Class Counsel provided excellent representation" and achieved "a favorable result relatively early in the case, which benefits the Class while preserving judicial resources." The court went on to recognize that "Class Counsel faced considerable risk in pursuing this litigation on a contingent basis, and obtained a favorable result for the class given the legal and factual complexities and challenges presented."

# Defective Products

*In re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586 (N.D. Cal). Gibbs Mura attorneys served as co-lead trial counsel in an almost three-week trial on behalf of several patients who tragically lost eggs and embryos in a catastrophic cryo-preservation tank failure at San Francisco's Pacific Fertility Center in 2018. The jury found cryogenic tank manufacturer, Chart Inc., liable on all claims, determining that the tank contained manufacturing and design defects, and that Chart had negligently failed to recall or retrofit the tank's controller, despite having known for years that the controller model was prone to malfunction. For each claim, the jury found that the deficiency was a substantial factor in causing harm to the plaintiffs, and the jury awarded $14.975 million in aggregate damages. The trial addressed claims for four families and was the first trial in consolidated litigation that included claims for over 150 families, with five additional trials for 25 more families scheduled for 2022 and 2023. All cases in the consolidated federal litigation were settled in early 2023. Claims against the IVF clinic and its laboratory were pursued separately through arbitration and settled in 2022.

*In re: American Honda Motor Co., Inc., CR-V Vibration Marketing and Sales Practices Litigation,* No. 2:15-md-02661 (S.D. Ohio) Gibbs Mura attorneys served as co-lead counsel in this multidistrict litigation on behalf of Honda CR-V owners who complained that their vehicles were vibrating excessively. After several lawsuits had been filed, Honda began issuing repair bulletins, setting forth repairs to address the vibration. Honda did not publicize the repairs well and as a result, Plaintiffs' alleged many CR-V owners and lessees—including those who had previously been told that repairs were unavailable—continued to experience the vibration. In early 2018, the parties negotiated a comprehensive settlement to resolve the multidistrict litigation on a class-wide basis. The settlement ensured that all affected vehicle owners were made aware of the free warranty repairs, including requiring Honda to proactively reach out to CR-V owners and dealers in several ways to publicize the repair options available.

*Glenn v. Hyundai Motor America*, Case No. 8:15-cv-02052 (C.D. Cal.). Gibbs Mura attorneys represented drivers from six states who alleged their vehicles came with defective sunroofs that could shatter without warning. The case persisted through several years of fiercely contested litigation before resolving for a package of class-wide benefits conservatively valued at over $30 million. In approving the settlement, U.S. District Court Judge David O. Carter praised the resolution: "[T]his is an extraordinarily complex case and an extraordinarily creative solution.

*Amborn et al. v. Behr Process Corp.,* No. 17-cv-4464 (N.D. Ill.) Gibbs Mura served as co-lead counsel in this coordinated lawsuit against Behr and Home Depot alleging that Behr's DeckOver deck resurfacing product is prone to peeling, chipping, bubbling, and degrading soon after application. The team negotiated a class-wide settlement, which provided class members who submitted claims with 1) a refund for their purchase; and 2) substantial compensation for money spent removing DeckOver or repairing their deck. The settlement was granted final approval on December 19, 2018.

***In re Hyundai Sonata Engine Litigation***, Case No. 5:15-cv-01685 (N.D. Cal.).   Gibbs Mura attorneys served as court-appointed co-lead class counsel on behalf of plaintiffs who alleged their 2011-2014 Hyundai Sonatas suffered premature and catastrophic engine failures due to defective rotating assemblies. We negotiated a comprehensive settlement providing for nationwide recalls, warranty extensions, repair reimbursements, and compensation for class members who had already traded-in or sold their vehicles at a loss.  The average payment to class members exceeded $3,000.

***Sugarman v. Ducati North America, Inc.***, No. 10-cv-05246 (N.D. Cal.). Gibbs Mura attorneys served as class counsel on behalf of Ducati motorcycle owners whose fuel tanks on their motorcycles degraded and deformed due to incompatibility with the motorcycles' fuel. In January 2012, the Court approved a settlement that provided an extended warranty and repairs, writing, "The Court recognizes that class counsel assumed substantial risks and burdens in this litigation. Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class."

***Parkinson v. Hyundai Motor America***, No. 06-cv-00345 (C.D. Cal.). Gibbs Mura attorneys served as class counsel in this class action featuring allegations that the flywheel and clutch system in certain Hyundai vehicles was defective. After achieving nationwide class certification, our lawyers negotiated a settlement that provided for reimbursements to class members for their repairs, depending on their vehicle's mileage at time of repair, from 50% to 100% reimbursement. The settlement also provided full reimbursement for rental vehicle expenses for class members who rented a vehicle while flywheel or clutch repairs were being performed. After the settlement was approved, the court wrote, "Perhaps the best barometer of … the benefit obtained for the class … is the perception of class members themselves. Counsel submitted dozens of letters from class members sharing their joy, appreciation, and relief that someone finally did something to help them."

***Browne v. Am. Honda Motor Co., Inc.,*** No. 09-cv-06750 (C.D. Cal.). Gibbs Mura attorneys and co-counsel represented plaintiffs who alleged that about 750,000 Honda Accord and Acura TSX vehicles were sold with brake pads that wore out prematurely. We negotiated a settlement in which improved brake pads were made available and class members who had them installed could be reimbursed. The settlement received final court approval in July 2010 and provided an estimated value of $25 million.

***In re General Motors Dex-Cool Cases.***, No. HG03093843 (Cal. Super Ct. Alameda Cty). Gibbs Mura attorneys served as co-lead counsel in these class action lawsuits filed throughout the country, where plaintiffs alleged that General Motors' Dex-Cool engine coolant damaged certain vehicles' engines, and that in other vehicles, Dex-Cool formed a rusty sludge that caused vehicles to overheat. After consumer classes were certified in both Missouri and California, General Motors agreed to cash payments to class members nationwide. On October 27, 2008, the California court granted final approval to the settlement.

***In re iPod Cases***, JCCP No. 4355 (Cal. Super. Ct. San Mateo Cty). Mr. Gibbs, as court appointed co-lead counsel, negotiated a settlement that provided warranty extensions, battery replacements, cash payments, and store credits for class members who experienced battery failure. In approving the settlement, the Hon. Beth L. Freeman said that the class was represented by "extremely well qualified" counsel who negotiated a "significant and substantial benefit" for the class members.

***Roy v. Hyundai Motor America***, No. 05-cv-00483 (C.D. Cal.). Gibbs Mura attorneys served as co-lead counsel in this nationwide class action suit brought on behalf of Hyundai Elantra owners and lessees, alleging that an air bag system in vehicles was defective. Our attorneys helped negotiate a settlement whereby Hyundai agreed to repair the air bag systems, provide reimbursement for transportation expenses, and administer an alternative dispute resolution program for trade-ins and buy-backs. In approving the settlement, the Honorable Alicemarie H. Stotler presiding, described the settlement as "pragmatic" and a "win-win" for all involved.

***Page 56 of 61***

*Velasco v. Chrysler Group LLC (n/k/a FCA US LLC)*, No. 2:13-cv-08080 (C.D. Cal.).  In this class action, consumers alleged they were sold and leased vehicles with defective power control modules that caused vehicle stalling. Gibbs Mura attorneys and their co-counsel defeated the majority of Chrysler's motion to dismiss and engaged in extensive deposition and document discovery.  In 2015, the parties reached a settlement contingent on Chrysler initiating a recall of hundreds of thousands of vehicles, reimbursing owners for past repairs, and extending its warranty for the repairs conducted through the recall. When he granted final settlement approval, the Honorable Dean D. Pregerson acknowledged that the case had been "hard fought" and "well-litigated by both sides."

*Edwards v. Ford Motor Co.*, No. 11-cv-1058 (S.D. Cal.). This lawsuit alleged that Ford sold vehicles despite a known safety defect that caused them to surge into intersections, through crosswalks, and up on to curbs. The litigation twice went to the U.S. Court of Appeals for the Ninth Circuit, with plaintiff prevailing in both instances. In the first instance, the appellate court reversed the trial court's denial of class certification.  In the second, the Ninth Circuit affirmed the ruling below that plaintiff's efforts had generated free repairs, reimbursements, and extended warranties for the class.

*Sanborn, et al. v. Nissan North America, Inc.*, No. 00:14-cv-62567 (S.D. Fla.).  Gibbs Mura litigated this action against a vigorous defense for two years, seeking relief for Nissan Altima owners whose dashboards were melting into a sticky, shiny, gooey surface that they alleged caused a substantial and dangerous glare.  After largely prevailing on a motion to dismiss, Gibbs Mura attorneys and their co-counsel prepared the case to the brink of trial, reaching a settlement just ten days before the scheduled trial start. The settlement allowed class members to obtain steeply discounted dashboard replacements and reimbursement toward prior replacement costs.

*Bacca v. BMW of N. Am.*, No. 2:06-cv-6753 (C.D. Cal.)  In a class action alleging that BMW vehicles suffered from defective sub-frames, we negotiated a settlement with BMW in which class members nationwide received full reimbursement for prior sub-frame repair costs as well as free nationwide inspections and program.

## Antitrust and Unfair Business Practices

*In re: Wells Fargo Collateral Protection Insurance Litigation*, MDL Case No.: 8:17-ML-2797 (C.D. Cal.).  Eric Gibbs was appointed to the three-firm Plaintiffs' Steering Committee in this multi-district litigation on behalf of consumers who took out car loans from Wells Fargo and were charged for auto insurance they did not need.  The parties announced a proposed settlement of at least $393.5 million for affected consumers and the Court granted final approval in November 2019.

*In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.). Gibbs Mura attorneys were among the team serving as liaison counsel in this multi-district antitrust litigation against numerous TFT-LCD (Flat Panel) manufacturers alleging a conspiracy to fix prices, which has achieved settlements of more than $400 million to date.

*In re Natural Gas Antitrust Cases I, II, III and IV*, JCCP No. 4221 (Cal. Super. Ct. San Diego Cty). Gibbs Mura attorneys served in a leadership capacity in this coordinated antitrust litigation against numerous natural gas companies for manipulating the California natural gas market, which has achieved settlements of nearly $160 million.

*Beaver v. Tarsadia Hotels*, No. 11-cv-1842 (S.D. Cal.); Gibbs Mura attorneys served as co-lead counsel representing buyers of San Diego Hard Rock Hotel condominium units in this class action lawsuit against real estate developers concerning unfair competition claims.  The lawsuit settled for $51.15 million.

*Page 57 of 61*

*LLE One, LLC et al. v. Facebook, Inc.,* No. 4:16-cv-6232 (N.D. Cal.); Gibbs Mura attorneys represent small businesses and other advertisers in a class action lawsuit alleging that Facebook overstated its metrics for the average time spent watching video ads on its platform. The Court granted final approval to a $40 million class action settlement on June 26, 2020.

*Hernandez v. Wells Fargo Bank, N.A.,* No. 3:18-cv-07354-WHA (N.D. Cal.); Gibbs Mura attorneys served as court-appointed co-lead counsel representing a certified class of more than 1,200 home mortgage borrowers who lost their homes to foreclosure after Wells Fargo erroneously denied them trial mortgage modifications. The case settled in two phases for a total of $40.3 million. Class members received significant compensation payments of up to $120,000.

*In re LookSmart Litigation*, No. 02-407778 (Cal. Super. Ct. San Francisco Cty). This nationwide class action suit was brought against LookSmart, Ltd. on behalf of LookSmart's customers who paid an advertised "one time payment" to have their web sites listed in LookSmart's directory, only to be later charged additional payments to continue service. Plaintiffs' claims included breach of contract and violation of California's consumer protection laws. On October 31, 2003, the Honorable Ronald M. Quidachay granted final approval of a nationwide class action settlement providing cash and benefits valued at approximately $20 million.

*Lehman v. Blue Shield of California*, No. CGC-03-419349 (Cal. Super. Ct. S.F. Cty.). In this class action lawsuit alleging that Blue Shield engaged in unlawful, unfair and fraudulent business practices when it modified the risk tier structure of its individual and family health care plans, Gibbs Mura attorneys helped negotiate a $6.5 million settlement on behalf of former and current Blue Shield subscribers residing in California. The Honorable James L. Warren granted final approval of the settlement in March 2006.

*Wixon v. Wyndham Resort Development Corp.*, No. 07-cv-02361 (N.D. Cal.). Gibbs Mura attorneys served as class and derivative counsel in this litigation brought against a timeshare developer and the directors of a timeshare corporation for violations of California state law. Plaintiffs alleged that the defendants violated their fiduciary duties as directors by taking actions for the financial benefit of the timeshare developer to the detriment of the owners of timeshare interests. On September 14, 2010, Judge White granted approval of a settlement of the plaintiffs' derivative claims.

*Berrien, et al. v. New Raintree Resorts, LLC, et al.*, No. 10-cv-03125 (N.D. Cal.). Gibbs Mura attorneys filed this class action on behalf of timeshare owners, challenging the imposition of unauthorized special assessment fees. On November 15, 2011, the parties reached a proposed settlement of the claims asserted by the plaintiffs on behalf of all class members who were charged the special assessment. On March 13, 2012, the Court issued its Final Class Action Settlement Approval Order and Judgment, approving the proposed settlement.

*Benedict, et al. v. Diamond Resorts Corporation, et al.*, No. 12-cv-00183 (D. Hawaii). In this class action on behalf of timeshare owners, Gibbs Mura attorneys represented plaintiffs challenging the imposition of an unauthorized special assessment fee. On November 6, 2012, the parties reached a proposed settlement of the claims asserted by the plaintiffs on behalf of all class members who were charged the special assessment. On June 6, 2013, the Court approved the settlement.

*Allen Lund Co., Inc. v. AT&T Corp.*, No. 98-cv-1500 (C.D. Cal.). This class action lawsuit was brought on behalf of small businesses whose long-distance service was switched to Business Discount Plan, Inc. Gibbs Mura attorneys served as class counsel and helped negotiate a settlement that provided full cash refunds and free long-distance telephone service.

*Mackouse v. The Good Guys - California, Inc.*, No. 2002-049656 (Cal. Super Ct. Alameda Cty). This nationwide class action lawsuit was brought against The Good Guys and its affiliates alleging violations of the Song-Beverly Warranty Act and other California consumer statutes. The Plaintiff alleged that The Good Guys failed to honor its service contracts, which were offered for sale to customers and designed to protect a customer's purchase after the manufacturer's warranty expired. In May 9, 2003, the Honorable Ronald M. Sabraw granted final approval of a settlement that provides cash refunds or services at the customer's election.

*Mitchell v. Acosta Sales, LLC*, No. 11-cv-01796 (C.D. Cal. 2011). Gibbs Mura attorneys and co-counsel served as class counsel representing Acosta employees who alleged that they were required to work off-the-clock and were not reimbursed for required employment expenses. We helped negotiate a $9.9 million settlement for merchandiser employees who were not paid for all the hours they worked. The Court granted final approval of the settlement in September 2013.

*Rubaker v. Spansion, LLC*, No. 09-cv-00842 (N.D. Cal. 2009). Gibbs Mura attorneys and co-counsel filed a class action lawsuit on behalf of former Spansion employees that alleged that the company had failed to provide terminated employees from California and Texas with advance notice of the layoff, as required by the Workers Adjustment and Retraining Notification Act (WARN Act). The bankruptcy court approved the class action settlement we and co-counsel negotiated in 2010. The settlement was valued at $8.6 million and resulted in cash payments to the former employees.

## Securities and Financial Fraud

*Todd Benjamin International, Ltd. v. Grant Thornton International*, No. 1:20-cv-21808-RNS (S.D. Fla.) – Gibbs Mura served as class counsel for investors in TCA Global Credit Master Fund L.P. and its feeder funds. The investors alleged that the funds' management inflated assets and earnings, and that the funds' auditors knew about the overstatement but failed to take appropriate action. After multiple years of litigation, Gibbs Mura helped secure settlements of $26.5 million for investors. At the hearing granting final approval on May 20, 2025, Judge Scola thanked counsel for their "excellent work in the case."

*Deora v. NantHealth*, No. 2:17-cv-1825 (C.D. Cal.) – Gibbs Mura served as Co-lead Counsel for certified classes of investors in litigation alleging violations of federal securities laws related to the healthcare technology company's statements in connections with its initial public offering in 2016 and afterward. In September 2020, the Court granted final approval to a $16.5 million class action settlement.

*In re Peregrine Financial Group Customer Litigation*, No. 12-cv-5546 (N.D. Ill.). Mr. Stein was among the attorneys serving as co-lead counsel for futures and commodities investors who lost millions of dollars in the collapse of Peregrine Financial Group, Inc. Through several years of litigation, counsel helped deliver settlements worth more than $75 million from U.S. Bank, N.A., and JPMorgan Chase Bank, N.A.

*In re Chase Bank USA, N.A. "Check Loan" Contract Litigation*, No. 09-2032 (N.D. Cal.). Gibbs Mura attorneys and counsel from several firms led this nationwide class action lawsuit alleging deceptive marketing and loan practices by Chase Bank USA, N.A. After a nationwide class was certified, U.S. District Court Judge Maxine M. Chesney granted final approval of a $100 million settlement on behalf of Chase cardholders.

*Mitchell v. American Fair Credit Association*, No. 785811-2 (Cal. Super. Ct. Alameda Cty); *Mitchell v. Bankfirst, N.A.*, No. 97-cv-01421 (N.D. Cal.). This class action lawsuit was brought on behalf of California members of the American Fair Credit Association (AFCA). Plaintiffs alleged that AFCA operated an illegal credit repair scheme. The Honorable James Richman certified the class and appointed the firm as class counsel. In February 2003, Judge Ronald Sabraw of the Alameda County Superior Court and Judge Maxine Chesney of the U.S. District Court for the Northern District of California granted final approval of settlements valued at over $40 million.

# Data Breach and Privacy

*Brooks et al. v. Thomson Reuters Corporation, Case No. 21-cv-01418-EMC* (N.D. Cal.) Gibbs Mura attorneys serve as court-appointed class counsel in this data privacy case against Thomson Reuters for its CLEAR product. The lawsuit alleged that Thomson Reuters collected millions of California residents' personal and confidential information and then sold access to it without their knowledge or consent. After the court granted plaintiffs' motion for class certification, the parties reached a class settlement for $27.5 million and substantial injunctive relief. The court granted final approval of the settlement on February 21, 2025.

*In re Equifax, Inc. Customer Data Security Breach Litig.,* MDL No. 2800, No. 1:17-md-2800 (N.D. Ga.) Gibbs Mura attorneys served on the Plaintiffs' Executive Committee in this nationwide class action stemming from a 2017 data breach that exposed social security numbers, birth dates, addresses, and in some cases, credit card numbers of more than 147 million consumers. On January 13, 2020, the Court granted final approval to a settlement valued at $1.5 billion. Gibbs Mura attorneys played an integral role in negotiating key business practice changes, including overhauling Equifax's handling of consumers' personal information and data security.

*In re Anthem, Inc. Data Breach Litig.*, MDL No. 2617, No. 15-md-02617 (N.D. Cal.). Gibbs Mura attorneys served as part of the four-firm leadership team in this nationwide class action stemming from the largest healthcare data breach in history affecting approximately 80 million people. On August 15, 2018, the Court granted final approval to a $115 million cash settlement.

*In re: Vizio, Inc. Consumer Privacy Litigation*, MDL No. 8:16-ml-02963 (C.D. Cal.). Gibbs Mura attorneys served as co-lead counsel in this multi-district lawsuit alleging that Vizio collected and sold data about consumers' television viewing habits and their digital identities to advertisers without consumers' knowledge or consent. Counsel achieved an important ruling on the application of the Video Privacy Protection Act (VPPA), a 1988 federal privacy law, which had never been extended to television manufacturers. The firm negotiated a settlement providing for class-wide injunctive relief transforming the company's data collection practices, as well as a $17 million fund to compensate consumers who were affected. In granting preliminary approval, Judge Josephine Staton stated, "I'm glad I appointed all of you as lead counsel, because -- it probably is the best set of papers I've had on preliminary approval." She also noted "[E]very class member will benefit from the injunctive relief." On July 31, 2019, the Court granted final approval of the settlement.

*In re Adobe Systems Inc. Privacy Litig.*, No. 13-cv-05226 (N.D. Cal.). In this nationwide class action stemming from a 2013 data breach, attorneys from Gibbs Mura served as lead counsel on behalf of the millions of potentially affected consumers. Counsel achieved a landmark ruling on Article III standing (which has since been relied upon by the Seventh Circuit Court of Appeals and other courts) and then went on to negotiate a settlement requiring Adobe to provide enhanced security relief—including the implementation and maintenance of enhanced intrusion detection, network segmentation, and encryption.

*Whitaker v. Health Net of Cal., Inc., et al.*, No. 11-cv-00910 (E.D. Cal.); *Shurtleff v. Health Net of Cal., Inc.*, No. 34-2012-00121600 (Cal. Super Ct. Sacramento Cty). Gibbs Mura attorneys served as co-lead counsel in this patient privacy case. On June 24, 2014, the court granted final approval of a settlement that provided class members with credit monitoring, established a $2 million fund to reimburse consumers for related identity theft incidents, and instituted material upgrades to and monitoring of Health Net's information security protocols.

*Smith v. Regents of the University of California, San Francisco*, No. RG-08-410004 (Cal. Super Ct. Alameda Cty). Gibbs Mura attorneys represented a patient who alleged that UCSF's disclosure of its patients' medical data to outside vendors violated California medical privacy law. The firm succeeded in negotiating improvements to UCSF's privacy procedures on behalf of a certified class of patients of the UCSF medical center. In approving the stipulated permanent injunction, Judge Stephen Brick found that "plaintiff Smith has achieved a substantial benefit to the entire class and the public at large."

## Mass Tort

*In re Actos Pioglitazone-Products Liability Litigation*, No. 6:11-md-2299 (W.D. La.). Gibbs Mura partners represented individuals who were diagnosed with bladder cancer after taking the oral diabetic drug Actos. The federal litigation resulted in a $2.37 billion settlement.

*In re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation*, MDL No. 2385, No. 3:09- md-02100 (S.D. Ill.). Gibbs Mura attorneys represented women throughout the country who suffered serious side effects after taking Yaz, Yasmin and Ocella birth control. The federal litigation resulted in settlements worth approximately $1.6 billion.

*In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385, No. 3:12-md-02385 (S.D. Ill.), Gibbs Mura attorneys represented patients who suffered irreversible internal bleeding after taking Pradaxa blood thinners.  Lawsuit resolved for settlements of approximately $650 million.

## Sexual Assault Litigation

*A.B. v. Regents of the University of California* No. 2:20-cv-9555 (C.D. Cal.) – Gibbs Mura represents former patients of UCLA OB-GYN Dr. James Heaps in a class action lawsuit alleging assault, abuse and harassment violations, and accusing UCLA of failing to protect patients after first becoming aware of the doctor's misconduct.  Final settlement approval was granted on November 10, 2021, providing $73 million in compensation to former patients of Dr. Heaps as well as requiring a series of business practice reforms by UCLA for better handling of sexual assault investigations and practices going forward.  The settlement is innovative for its flexible, tiered, trauma-informed approach, which allowed women to choose their own level of engagement in a non adversarial process.

## Government Reform

*Paeste v. Government of Guam*, No. 11-cv-0008 (D. Guam); Gibbs Mura attorneys and co-counsel served as Class Counsel in litigation alleging the Government of Guam had a longstanding practice of delaying tax refunds for years on end, with the Government owing over $200 million in past due refunds. After certifying a litigation class, Plaintiffs prevailed on both of their claims at the summary judgment stage, obtaining a permanent injunction that reformed the government's administration of tax refunds.  The judgment and injunction were upheld on appeal in a published decision by the Ninth Circuit.  *Paeste v. Gov't of Guam*, 798 F.3d 1228 (9th Cir. 2015).