Jason 'Jay' Barnes, State Bar No. 362776
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel:    510-350-9700
Fax:    510-350-9701

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel:    206-816-6603
Fax:    206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | **Case No. 3:22-cv-3580-WHO (VKD)** |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | **DECLARATION OF JEFFREY A. KONCIUS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| All Actions. | Date:      March 4, 2026 |
| | Time:      2:00 p.m. |
| | Place:     Courtroom 2 – 17th Floor |
| | Judge:     Hon. William H. Orrick |

## DECLARATION OF JEFFREY A. KONCIUS

I, Jeffrey A. Koncius, declare:

1.    I am an attorney duly admitted to practice before this Court and am a member in good standing of the State Bar of California.

2.    I am a partner at the law firm of Kiesel Law LLP ("KL"), who, along with the law firms Simmons Hanly Conroy LLP, Cohen Milstein Sellers & Toll, PLLC, Terrell Marshall Law Group, PLLC, and Gibbs Mura LLP, represent Plaintiffs in the above-captioned matter.

3.    I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

4.    On December 21, 2022 (Dkt. No. 158), I was appointed to leadership in this matter.

5.    In my opinion, and to my knowledge, Plaintiffs are adequate representatives of the proposed Classes for the following reasons:

   a.    Plaintiffs have no antagonism or conflicts of interest with the proposed Classes;

   b.    Plaintiffs' claims arise from the same conduct carried out by Defendant Meta Platforms, Inc.; and

   c.    Plaintiffs have embraced their responsibilities as class representatives by actively participating in the case including, but not limited to, searching for documents, communicating with counsel, responding to discovery, and sitting for their depositions.

6.    The core team of lawyers at KL who are working on this case are Nicole Ramirez Jones (Partner), Lisa Freeman (Associate), Haley Clark (Associate) and me. Attached hereto as Exhibit A is a true and correct copy of my firm's resume which includes information pertaining to the predecessor firms of "Kiesel Boucher Larson LLP" and "Kiesel + Larson LLP." A biography for each core team member is included in Exhibit A.

7.    To date, KL has expended a significant amount of time and resources in this case, diligently investigating the underlying conduct and legal claims prior to filing the lawsuit, drafting pleadings, briefing and arguing various motions, appearing in Court multiple times both in person and virtually, retaining and working closely with experts, engaging in written discovery, and

conducting depositions. More specifically, KL lead negotiations related to the protective order and has reviewed tens of thousands of pages of documents produced by Meta, as well as all documents produced by third-parties. KL has been actively involved in various matters involving the Plaintiffs, including early Plaintiff data preservation, preparing responses to written discovery, preparing document productions, preparing for and defending a Plaintiff deposition in person in North Carolina. The KL team also prepared for and I took the 30(b)(6) deposition of David Abdul-Malak, a data scientist at Meta. KL has worked closely with, and taken the lead as liaison to, one of the experts retained to opine on damages. And KL has worked closely with all co-counsel to prepare the motion for class certification and accompanying documents.

8.    The KL team has the experience and resources necessary to competently and vigorously pursue this action through trial on behalf of Plaintiffs and the proposed Classes. This is evidenced by their extensive track record in prosecuting complex consumer class actions in both State and Federal Courts around the country. As set forth in Exhibit A, KL has a long history of advocating for plaintiffs and consumers in class actions, mass actions and individual actions, nationally and state-wide. In that regard, KL has held lead, liaison or co-lead positions in a variety of actions. In addition, I personally have been appointed class counsel in many cases both in Federal and State Courts in California, New York, and New Jersey. Examples of the firm's experience include:

a.    *Jane Doe v. Virginia Mason Medical Center, et al.*, Case No. 19-2-26674-1 SEA (State of Washington, King Superior Court): KL appointed to serve as Class Counsel in class action alleging Defendant health care provider bugged its web-properties to redirect their patients' identities and confidential communications to third-parties without consent. The parties reached an agreement to resolve the case and the hearing on Plaintiffs' motion for final approval is currently set for October 17, 2025.

b.    *John Doe I, et al. v. Google, LLC*, Case No. 3:23-cv-02431-VC (N.D. Cal.): KL serves as counsel for Plaintiffs and the proposed Class in class action lawsuit against Google LLC for its unauthorized and unlawful tracking,

collection, and monetization of Americans' private health information.

c.   *In re Facebook Internet Tracking Litig.*, United States District Court, Case No. 5:12-md-02314 (N.D. Cal.): KL appointed to Plaintiffs Steering Committee in class action alleging interception of Facebook users' internet communications and activity after logging out of Facebook. The matter was settled and final approval granted for settlement providing for $90 million and deletion of the data. The order approving the class action settlement was affirmed on appeal.

d.   *Southern California Gas Leak Cases*, California JCCP No. 4861 (L.A.S.C.): The Porter Ranch gas leak has widely been reported as the single worst natural gas leak in U.S. history. The Court appointed KL as Liaison Counsel for the private plaintiffs, which includes the business class action complaints filed by local businesses for economic losses, individual class action complaints, and more than 38,000 individual plaintiffs' claims. The matter has been settled for approximately $1.8 billion.

e.   *John Doe v. Partners Healthcare System, Inc., et al.* (Suffolk Superior Court, Mass.): KL served as Class Counsel in privacy action alleging Defendant medical providers did not obtain sufficient consent when placing third-party analytics tools, cookies, and pixels on their websites. Plaintiffs further alleged that the code caused browsers to disclose information about their internet use to third parties through these analytics tools, cookies, pixels, and related technologies. Settlement of $18.4 million approved.

f.   *JUUL Labs Product Cases*, California JCCP No. 5052, Lead Case No. 19STCV22935 (Los Angeles Superior Court). KL appointed Co-Lead Plaintiffs' Counsel for the private plaintiffs in the JUUL JCCP where there were thousands of cases pending. The JUUL JCCP working together with leadership in the JUUL MDL was able to resolve these cases. While the JCCP and MDL personal injury cases settled for an undisclosed amount, the MDL class action resolved for $300 million.

4    Case No. 3:22-cv-3580-WHO (VKD)

g.    *The Rick Nelson Co., LLC v. Sony Music Entm't*, United States District Court, Case No. 1:18-cv-08791-LLS (S.D.N.Y.): KL appointed class counsel for artists who alleged that Sony improperly reduced and failed to adequately pay foreign streaming royalties for use of their artistic works. Class settlement of more than $12 million in cash and an increase of royalty rates for future foreign streaming approved.

h.    *Clergy Cases I, II, & III*, California JCCPs 4286, 4297, and 4359 (L.A.S.C.): KL litigated childhood sexual abuse cases against Los Angeles Archdiocese with total settlement exceeding $1.2 billion.

i.    *In re: Wright Medical Tech., Inc., Conserve Hip Implant Prods. Liab. Litig.*, MDL No. 2329 (N.D. Ga.): KL appointed Co-Lead Counsel in MDL arising out of injuries sustained as a result of defective metal-on-metal hip devices. KL was then part of bellwether trial team that obtained an $11 million verdict in Atlanta, GA, in November 2015, including $10 million in punitive damages.

9.    KL has sufficient attorneys and other professionals to staff this case and have designated a primary team of attorneys who bring unique skills and experience to representing the proposed Classes. My firm routinely advances the costs of litigation and has demonstrated an ability and willingness to dedicate substantial resources to vigorously prosecute the claims through trial, while maintaining reasonable fees and expenses.

10.    To that end, KL has worked cooperatively and efficiently with co-counsel to meet the elements required for class certification, and is committed to prosecuting this matter through trial. I know of no conflicts that could interfere with our vigorous prosecution of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 4, 2025, at Beverly Hills, California.

_____
Jeffrey A. Koncius

DECLARATION OF JEFFREY A. KONCIUS IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# EXHIBIT "A"



8648 Wilshire Boulevard
Beverly Hills, California 90211

Telephone:  (310) 854-4444
E-mail:  info@kiesel.law
Facsimile:  (310) 854-0812

www.kiesel.law

**Kiesel Law LLP** is one of the most accomplished consumer law firms in the United States. KL successfully represents classes or groups of persons, individuals, businesses, and public and private entities in courts nationwide in the areas of personal injury, mass torts, pharmaceutical and medical device litigation, privacy, construction and product defects, toxic exposure, consumer protection, professional malpractice, financial fraud, insurance bad faith, and human rights. We possess the sophisticated skills and financial resources necessary to litigate and resolve large, complex cases on our clients' behalf.

KL and its predecessor firms have a long history of extensive litigation in complex matters. KL has litigated and resolved some of the most important civil cases in the nation. Our attorneys possess a diverse range of professional skills and come from a wide variety of backgrounds.

### A.     CASE PROFILES

1.     <u>Mass Torts</u>

*Southern California Gas Leak Cases*, California JCCP No. 4861 (Los Angeles Superior Court): The Porter Ranch gas leak was widely reported as the single worst natural gas leak in U.S. history. The Court appointed KL as Liaison Counsel for the private plaintiffs, which included the business class action complaints filed by local businesses for economic losses, individual class action complaints, and more than 38,000 individual plaintiffs' claims. The matter settled for approximately $1.8 billion.

*Clergy Cases I, II, & III*, California JCCP Nos. 4286, 4297, and 4359. In 2002, the state of California passed a law that opened a one-year window of time to file civil suits based on claims of sexual abuse of a minor that would otherwise have been time-barred as of January 1, 2003. That year, in the wake of the very public Clergy sexual abuse scandal involving Boston's Archdiocese, many hundreds of survivors came forward to file civil suits based on these revived claims. These survivors alleged that the Church was liable for the molestations because, among other things, it (1) knew or had reason to know that the priests were molesting minors, and yet failed to supervise the priests to ensure that the priests would not molest again; (2) concealed facts relating to the priests' molestations; and (3) harbored, aided, and concealed the priests to avoid arrest and prosecution.

Kiesel Law LLP
Page 2

KL led the fight for justice and accountability in California against numerous corrupt Church entities on behalf of hundreds of these survivors, and was appointed Liaison Counsel on behalf of hundreds more who filed revived claims against the Dioceses of Orange, Los Angeles, San Diego, and Fresno.

### Diocese of Orange

Ninety survivors of Clergy sexual abuse filed lawsuits against the Roman Catholic Diocese of Orange. In December 2004, after nearly two years of intense negotiations, the firm helped to successfully settle all claims against the Roman Catholic Diocese of Orange ("Diocese of Orange") for $100 million. One of the key terms of the settlement was a promise that the secret files of the Diocese of Orange would be made public.

### Archdiocese of Los Angeles

Five-hundred and eight survivors of clergy sexual abuse filed lawsuits against the Roman Catholic Archbishop of Los Angeles ("Archdiocese of Los Angeles"). KL was appointed Liaison Counsel on behalf of these individuals, all of whom were sexually abused as minors, and many of whom were abused by priests who were incardinated.

Over the course of five years and as a result of hard-fought discovery battles, the mountain of damning evidence in support of the plaintiffs' claims continued to grow. For example, many of the accused priests had multiple victims because they were moved by their superiors from one parish to another as accusations arose. The documents from priest-perpetrator files revealed that the Church had failed time and again to protect its most innocent and vulnerable parishioners from harm.

In July 2007, on the very eve of the first of more than a dozen scheduled trials, KL reached an agreement with the Roman Catholic Archbishop of Los Angeles ("Archdiocese of Los Angeles") to settle all cases against it for $660 million. KL is well-regarded for having successfully negotiated this, the largest settlement with any diocese in the United States. More importantly, KL never faltered in keeping its promise to ensure that the Archdiocese of Los Angeles kept one of the key terms of the settlement: that it make certain of its confidential files public to shed light on exactly what Church officials knew about the abuse accusations, and when they had learned about them.

### Archdiocese of San Diego

One-hundred and forty-four survivors were sexually abused by Clergy members in the Roman Catholic Diocese of San Diego under lax supervision by the Church. In September 2007, the Diocese agreed to pay nearly $200 million to these 144 survivors. This is the second-largest settlement by a Roman Catholic diocese nationwide since claims of sexual abuse by clergy members came to light in 2002.

*In re Ford Motor Co. DPS6 Powershift Transmission Prods. Liab. Litig.*, MDL No. 2814 (C.D. Cal.): KL was appointed by the Court as Lead/Liaison Counsel for plaintiffs who allege Ford breached warranties with respect to cars equipped with the "DPS6 transmission." This matter is currently pending before the Honorable Andre Birotte Jr. in the United States District Court, Central District of California. At the outset, there were more than 1,000 cases within this MDL.

*In re Ford Motor Warranty Cases,* California JCCP No. 4856 (Los Angeles Superior Court): KL was appointed by the Court as Liaison Counsel for plaintiffs who allege Ford breached warranties with respect to cars equipped with the DPS6 transmission. This "Southern California" JCCP covered the California counties of Los Angeles, Orange, Imperial, Kern, Riverside, San Bernardino, San Diego, Santa Barbara, and Ventura. There were more than 100 cases pending within this JCCP.

*Chatsworth Metrolink Collision Cases*, Lead Case No. PC043703 (Los Angeles Superior Court). In the afternoon on Friday, September 12, 2008, Metrolink Train 111 collided head-on with a Union Pacific freight train in the Chatsworth district of Los Angeles, resulting in twenty-four passenger deaths and numerous passenger injuries, many of them serious and permanent. The family members of deceased passengers and most of the injured passengers filed suit against Metrolink and other defendants to recover through the California judicial system. KL represented passengers and family members in eleven of the cases, and in 2008, Paul Kiesel was selected and appointed Plaintiffs' Liaison Counsel in the coordinated proceedings. Working closely with other members of the Plaintiffs' Steering Committee and with counsel for the defendants, Mr. Kiesel successfully negotiated the recovery of $200 million for the plaintiffs, the maximum amount that the defendants could be required to pay under federal law.

*Federal Express Vehicle Collision Cases*, California JCCP No. 4788 (Los Angeles Superior Court). Interim Lead and Liaison Counsel for Plaintiffs. On Thursday, April 10, 2014, a Federal Express truck driver towing two 28 foot-long freight trailers began to make a lane change from the southbound Interstate-5, number two lane, into the number one southbound lane. However, the tractor and trailers did not stop and, instead, crossed over the rumble strip on the eastern edge of the southbound lanes, veered into and crashed through and across a 58' center median, crossed over the rumble strip on the western edge of the northbound lanes, entered into the northbound number one lane of I-5 where it struck a Nissan Altima automobile, continued into the number two northbound lane and, four seconds after beginning his original lane change, struck a northbound 2014 Setra bus. The impact was so massive that it forced the tractor trailer and the bus onto the shoulder where they caught fire and burned in an uncontrolled conflagration.

2.    <u>Privacy</u>

*In re: Pellicano Cases*, Lead Case No. BC316318 (Los Angeles Superior Court). Once a high-profile private investigator, Anthony Pellicano is currently serving a lengthy

**KIESEL LAW**
LLP

Kiesel Law LLP
Page 4

sentence in federal prison for unlawful wiretapping and racketeering. In 2008, KL was appointed Co-Lead Class Counsel in this putative class action case arising from Mr. Pellicano's wiretapping in violation of California Penal Code Sections 630, *et seq*.

*Nader v. Capital One Bank (U.S.A.), N.A.*, Case No. 12-CV-01265-DSF (C.D. Cal.); *Stone v. Howard Johnson International, Inc.*, Case No. 12-CV-1684-PSG (C.D. Cal.); *Greenberg v. E-Trade Financial Corporation*, Case No. BC360152 (Los Angeles Superior Court); *Mount v. Wells Fargo Home Mortgage, Inc*., Case No. BC395959 (Los Angeles Superior Court); *Raymond v. Carsdirect.com*, Case No. BC256282 (Los Angeles Superior Court). Businesses must provide the familiar admonition that telephone calls with consumers "may be recorded for quality assurance and training purposes" in order to comply with California law, which requires the consent of all parties to a telephone conversation before it may be recorded. Failure to comply with this requirement constitutes a serious personal privacy violation for which consumers may recover monetary damages. In these cases, KL represented classes of California individuals, in both federal and state court, whose calls were recorded without their knowledge or permission.

3.   <u>Medical Privacy</u>

*Jane Doe v. Virginia Mason Medical Center, et al.*, Case No. 19-2-26674-1 SEA (State of Washington, King Superior Court): KL appointed to serve as Class Counsel in class action alleging Defendant health care provider bugged its web-properties to redirect their patients' identities and confidential communications to third parties without consent. On September 27, 2021, the Court granted Plaintiffs' motion for class certification. The matter has since settled and a Motion for Preliminary Approval granted.

*John Doe v. Partners Healthcare System, Inc., et al*., (Suffolk Superior Court, Mass.): KL served as Class Counsel in privacy action alleging Defendant medical providers did not obtain sufficient consent when placing third-party analytics tools, cookies, and pixels on their websites. Plaintiffs further alleged that the code caused browsers to disclose information about their internet use to third parties through these analytics tools, cookies, pixels, and related technologies. Settlement of $18.4 million approved.

*Jane Doe I v. Sutter Health*, Case No. 34-2019-00258072-CU-BT-GDS (Sacramento Superior Court): KL served as Class Counsel in privacy class action on behalf of more than 1.6 million consumers alleging that confidential information was disclosed to third-parties without consent as a result of how defendant's website was configured. Settlement of $21.5 million is awaiting preliminary approval.

*In re Meta Pixel Healthcare Litig.*, United States District Court, Case No. 3:22-cv-03580-WHO (N.D. Cal.): KL appointed to Executive Committee in proposed class action filed on behalf of all patients whose information was allegedly intercepted and transmitted to Meta without their consent when those patients were engaged in what

they thought were secure communications with their medical providers. Expert research showed that at least 664 hospital systems or medical provider web properties sent such HIPAA-protected data to Meta via the Facebook Pixel which is an invisible piece of code that was placed on the medical websites.

*John Doe I, et al. v. Google, LLC*, United States District Court, Case No. 3:23-cv-02431-VC (N.D. Cal.): KL serves as counsel for Plaintiffs and the proposed Class in class action lawsuit against Google LLC for its unauthorized and unlawful tracking, collection, and monetization of Americans' private health information.

## 4.     Construction Defect

*In Re: Galvanized Steel Pipe Litigation*, Case No. BC174649 (Los Angeles Superior Court). As Class Counsel, KL prosecuted and settled claims made on behalf of thousands of named plaintiff and class member homeowners against the developer defendants and cross-defendants for defective plumbing in this complex suit involving nineteen separate individual and class action product liability cases. The actions resolved for more than $41 million.

*Silver v. Del Webb,* Nevada Case No. A437325. Paul Kiesel and Bill Larson were appointed Lead Counsel in this certified class construction defect suit to recover for the installation of faulty plumbing systems in approximately 3,000 new homes in Las Vegas. KL negotiated a resolution of the case for $21 million on the day before trial was to begin. At the time, this was the largest construction defect case in Nevada history.

## 5.     Economic Injury Product Defects

*In Re: Avandia Marketing, Sales Practices and Product Liability Litigation*, MDL No. 1871 (E.D. Pa.). The Plaintiffs' Steering Committee for this multi-district litigation selected Paul Kiesel to serve as Lead Counsel for the Plaintiffs' Steering Committee in March 2011. This national litigation involved numerous federal lawsuits brought against defendant GlaxoSmithKline PLC, manufacturer of the onetime "blockbuster" type 2 diabetes drug Avandia.

*In re: Rio Hair Naturalizer Products Liability Litigation*, MDL 1055 (E.D. MI). In 1995, Paul Kiesel was appointed Co-Lead Counsel in multi-district litigation arising from a defective hair straightening product that injured over 50,000 plaintiffs. The matter resolved successfully as a limited fund, non-opt-out class action.

*In re: Packard Bell Consumer Certified Class Action Litigation*, Case No. BC125671 (Los Angeles Superior Court). In 1995, Paul Kiesel was a member of the Plaintiffs' Steering Committee in this consumer class action involving product defect claims, which resolved successfully.

Kiesel Law LLP
Page 6

*Mikhail v. Toshiba America Inc.*, Case No. BC278163 (Los Angeles Superior Court); *Kan v. Toshiba, Inc.*, Case No. BC327273 (Los Angeles Superior Court). KL was appointed Lead Counsel in these class actions brought to recover for the distribution of faulty computers. The cases resolved with class members eligible to receive up to $36 million (*Kan*) and $50 million (*Mikhail*).

*Anderson v. Toshiba America*, Case No. BC299977 (Los Angeles Superior Court). In 2003, KL was counsel for the plaintiffs in a class action alleging product defects, which resolved successfully.

6.    <u>Personal Injury Product Defects</u>

*JUUL Labs Product Cases*, California JCCP No. 5052, Lead Case No. 19STCV22935 (Los Angeles Superior Court). KL appointed Co-Lead Plaintiffs' Counsel for the private plaintiffs in the JUUL JCCP where there were thousands of cases pending. The JUUL JCCP working together with leadership in the JUUL MDL was able to resolve these cases. While the JCCP and MDL personal injury cases settled for an undisclosed amount, the MDL class action resolved for $300 million.

*Echeverria v. Johnson & Johnson*, Case No. BC628228 (Los Angeles Superior Court). Working closely with a number of other highly regarded Plaintiffs' law firms, KL obtained a record-setting jury award of $417 million dollars against Johnson & Johnson and its subsidiary for the companies' failure to warn of the elevated risk of ovarian cancer associated with its Baby Powder and Shower to Shower talcum powder products. The award is the highest ever obtained against Johnson & Johnson in connection with their talc-based products, and included a punitive damage award of $347 million. Defendants' post-trial motions were granted, which rulings were then partially reversed on appeal and remanded for further proceedings.

*Hilario Cruz v. Nissan North America*, Case No. BC493949 (Los Angeles Superior Court). On August 29, 2012, an Infiniti QX56 driven by Solomon Methenge collided with a mini-van, killing the driver and her two young children. Although Methenge maintained that the accident was caused by a sudden failure of the van's brakes, Methenge was charged with vehicular manslaughter. Unbeknownst to him, the Infiniti suffered from a systemic brake defect which had served as the basis for a class action lawsuit against Nissan. After prosecutors learned of the vehicle's defect, the criminal charges against him were dropped. Methenge and the Cruz family then sued Nissan for their respective injuries and losses as co-Plaintiffs. The case was tried to a Los Angeles jury in July 2017, which returned a verdict of over $24 million collectively to Methenge and the Cruz family. Courtroom View Network selected it as the #3 most impressive Plaintiff Verdict of 2017.

*Wright Hip System Cases*, California JCCP No. 4710 (Los Angeles Superior Court). In November 2012, KL was appointed Liaison Counsel in this coordinated proceeding involving injuries arising out of the defective design of metal-on-metal hip implants.

*In Re: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation*, MDL No. 2329 (N.D. Ga.): KL appointed Co-Lead Counsel in MDL arising out of injuries sustained as a result of defective metal-on-metal hip devices. KL was then part of bellwether trial team that obtained an $11 million verdict in Atlanta, GA, in November 2015, including $10 million in punitive damages.

*Yaz, Yasmin and Ocella Contraceptive Cases*, California JCCP No. 4608. KL was appointed Co-Liaison Counsel in this litigation arising out of injuries and deaths that occurred following the ingestion of oral contraceptives.

*In Re: Toyota Motor Corp. Hybrid Brake Marketing, Sales Practices, and Products*, MDL No. 2172. KL was appointed Liaison Counsel in this case involving defective automotive brakes.

*Serrano v. City of Los Angeles*, Case No. BC144230 (Los Angeles Superior Court). Paul Kiesel was appointed Lead Counsel in this multi-fatality product liability litigation which led to an $8.2 million settlement.

*In Re: Diet Drug Litigation*, California JCCP No. 4032. In 2003, KL served as the Plaintiffs' Lead Counsel in this action involving claims arising out of use of the diet drug Phen-Fen, which settled confidentially.

*Algario et al. v. Eli Lilly and Company et al.*, Lead Case No. BC347855 (Los Angeles Superior Court). In 2006, KL was appointed Lead Counsel in this class action to recover for injuries resulting from ingestion of the medication Zyprexa. The case settled favorably.

*In Re: Vioxx Cases*, California JCCP No. 4247. In 2007, KL served on the Plaintiffs' Executive Committee which involved claims arising out of the use of the drug Vioxx.

7.   <u>Unfair Employment Practices</u>

*In Re: The Securitas Security Services*, California JCCP 4460. KL represented the plaintiffs in this class action to recover for violations of California labor laws, which resolved successfully.

8.   <u>Toxic Exposure</u>

*In Re: Unocal Refinery Litigation*, Case No. C94-0414. Paul Kiesel served as a member of the Direct Action Steering Committee and as Chair of the Allocation Committee in this case involving the toxic contamination of several communities.  Mr. Kiesel developed a methodology and plan of allocation for an $80 million settlement on behalf of approximately 1,500 plaintiffs.

KIESEL LAW
—— LLP ——

Kiesel Law LLP
Page 8

*Zachary, et al. v. Arco, et al.*, Case No. BC 209944 (Los Angeles Superior Court). Paul Kiesel was appointed Lead Counsel in this mass toxic tort case resulting from a ruptured oil pipeline. The case resolved successfully.

*Tosco Refinery Fire*, Lead Case No. NC028924 (Los Angeles Superior Court). KL was appointed Lead Counsel in the Tosco Refinery Fire mass toxic tort litigation, in which thousands of people were affected as a result of an explosion and blaze at the Tosco refinery facility in Wilmington, California. The toxic plume caused by this massive fire affected over three thousand people. The matter settled with all defendants on July 1, 2005.

9.    <u>Consumer Protection</u>

*Salas v. Toyota Motor Sales, USA, Inc., et al.*, United States District Court, Case No. 2:15-cv-08629-FMO-E (C.D. Cal.): KL was appointed Trial Counsel for a certified class of more than 260,000 Toyota Camry owners relating to a moldy odor emanating from the air conditioning system. The matter settled days before trial and final approval granted resulting in reimbursements to consumers for out of pocket payments to address the defect.

*Victorino v. FCA US LLC*, United States District Court, Case No. 3:16-cv-01617-GPC-JLB (S.D. Cal.): KL was appointed Trial Counsel for a certified class of approximately 2,000 manual transmission Dodge Dart owners relating to defective clutches. The matter was settled shortly before trial and final approval granted.

*The Rick Nelson Co., LLC v. Sony Music Entm't*, United States District Court, Case No. 1:18-cv-08791-LLS (S.D.N.Y.): KL appointed class counsel for artists who alleged that Sony improperly reduced and failed to adequately pay foreign streaming royalties for use of their artistic works. Class settlement of more than $12 million in cash and an increase of royalty rates for future foreign streaming approved.

*Sherman Grove Apartments, LLC v. WASH Multifamily Laundry Systems, LLC*, Case No. 18STCV00129 (Los Angeles Superior Court): Litigated breach of contract case on behalf of about 40,000 landlords against commercial laundry service. KL was appointed class counsel and final approval granted to settlement of $18 million returned to class members which represented approximately 87% of the money allegedly owed.

*Colin Higgins Prods., Ltd. v. Universal City Studios, LLC*, Case No. BC499180 (Los Angeles Superior Court), *Colin Higgins Prods., Ltd. v. Paramount Pictures Corp.*, Case No. BC499179 (Los Angeles Superior Court), *Martindale, et al. v. Sony Pictures Entm't, Inc.*, Case No. BC499182 (Los Angeles Superior Court) and *Stanley Donen Films, Inc. v. Twentieth Century Fox Film Corp.*, Case No. BC499181 (Los Angeles Superior Court): The firm was appointed class counsel in connection with class settlements totaling more than $50 million as to how the movie studios calculated profit participation

KIESEL LAW
LLP

Kiesel Law LLP
Page 9

relating to revenue derived from the sale of home video and electronic sell-through of certain motion pictures.

*Pilkington v. U.S. Search.com*, Case No. BC234858 (Los Angeles Superior Court). In 2000, Paul Kiesel was appointed Lead Counsel in this matter involving a technically flawed online search facility which purported to provide adoptees and their biological parents with information about one another upon demand.

*Black v. Blue Cross of America*, Case No. BC250339 (Los Angeles Superior Court). KL was co-counsel in this class action against the largest health care service plan in California for improper mid-year contract modifications. KL prosecuted and settled claims made on behalf of the named plaintiff and class members. Following a finding of liability against the insurer for breach of contract and breach of the covenant of good faith and fair dealing, KL successfully reached agreement to settle all claims for $25 million. The terms of the settlement called for a reimbursement of 100 percent of the actual damages to nearly 66,000 overpaying subscribers.

*Draucker Development and True Communication, Inc. v. Yahoo!, Inc.*, Case No. CV06-2737 JFW (Rcx) (C.D. Cal.). KL was a member of the Plaintiffs' Steering Committee in this matter in which advertisers sought to recover from an online search engine for breach of contract and unfair business practices.

*In re Carrier IQ, Inc. Consumer Privacy Litigation*, Case No. 3:12-md-2330 EMC (N.D. Cal). KL was a member of the Plaintiffs' Executive Committee in this class action involving alleged interception and manipulation of consumers' personal communications on smart phones.

*In re Facebook Internet Tracking Litigation*, Case No. 5:12-md-02314 (N.D. Cal.). KL appointed to Plaintiffs Steering Committee in class action alleging interception of Facebook users' internet communications and activity after logging out of Facebook. The matter was settled and final approval granted for settlement providing for $90 million and deletion of the data.

*Skeen v. BMW, United States District Court*, Case No. 2:13-cv-1531-WHW-CLW (Dist. N.J.). Nationwide class action alleging defective timing chain tensioner in certain turbo model MINI Cooper automobiles which resulted in engine damage. Class settlement approved which provided for refunds to consumers, free repairs and an extended warranty.

*In re: Warner Music Group Corp. Digital Downloads Litig.*, Case No. 3:12-cv-00559-RS (N.D. Cal.). Appointed interim co-lead class counsel on a contested motion and litigated class case against major record label relating to the manner in which the label paid royalties to artists for digital downloads. Final approval granted of class settlement of more than $11 million.

Kiesel Law LLP
Page 10

10.  <u>Antitrust</u>

*In re: Wholesale Electricity Antitrust Cases I & II*, California JCCP Nos. 4204-00005 and 4204-00006. In 2000, Paul Kiesel was a member of the Plaintiffs' Steering Committee in this litigation which the plaintiffs sought to recover damages from energy traders for unfair business practices.

11.  <u>Financial Misconduct</u>

*Kevin Risto v. SAG-AFTRA, et al.*, United States District Court, Case No. 2:18-cv-07241-CAS (C.D. Cal.). KL was appointed co-lead class counsel in certified class action for breach of fiduciary duties, and related claims, alleging Trustees of statutory royalties fund had unlawfully taken money owed to backup vocalists and musicians. Class settlement, reached days before trial, valued at over $11 million in combined economic and injunctive relief, received final court approval.

*In re: Transient Occupancy Tax Cases*, California JCCP No. 4472. In 2004, KL acted as Co-Lead Counsel representing the City of Los Angeles in a class action on behalf of all cities in the state of California to recover unremitted occupancy taxes from certain online travel companies.

*American Medical Association, et al. v. Wellpoint, Inc.*, MDL 09-2074 (C.D. Cal.). In 2009, KL was appointed Co-Lead Counsel in this multi-district litigation in which physicians and physician groups sought to recover payments for treatment that they provided to certain of their medical patients.

*Murray v. Belka - "First Pension"*, California JCCP No. 3131. KL joined forces with Aguirre & Meyer to take on a corrupt pension plan administrator, one of the nation's largest law firms, and the world's largest accounting firm to achieve settlements in providing full restitution for 340 mostly elderly consumers who had lost their life savings to a Ponzi scheme. In July 2000, after a six month trial, the jury found the accounting firm liable for fraud, misrepresentation, aiding and abetting fraud, and concealment, and issued eighteen findings supporting punitive damages. PWC subsequently settled for a confidential amount which made the investors whole.

*In re: Hilton Hotels Corporation Shareholder Litigation*, Case No. BC373765 (Los Angeles Superior Court). In 2007, KL was appointed Co-Lead Counsel in this class action in which Hilton shareholders sought to block a proposed merger with the Blackstone Group.

12.  <u>Insurance Bad Faith</u>

*In re: Northridge Earthquake Litigation*, Lead Case No. BC265082 (Los Angeles Superior Court). In 2002, KL served as Plaintiffs' Liaison Counsel in suits against State

Farm Insurance, 21st Century Insurance, Farmers Insurance, and the USAA Insurance Company.

## B.    FIRM BIOGRAPHY

### 1.    Partners

**PAUL R. KIESEL,** admitted to practice in California, 1985; admitted to practice before the United States Supreme Court; United States District Court, Central District of California; United States District Court, Northern District of California; Southern District of California; United States District Court, Eastern District of California. *Education.* Connecticut College, B.A. 1982; Whittier College School of Law, J.D. 1985, Honorary Doctor of Law 2005. *Awards and Honors.* California Judicial Council 2014 Distinguished Service Award—Stanley Mosk Defender Of Justice Award; 2014 State Bar President's Access to Justice Award; 2014 Daily Journal Top 100 Attorneys in California; Chief Justice Award for Exemplary Service and Leadership, 2012; Named one of the Twelve Techiest Lawyers in America, ABA Journal, 2012; Access to Justice Award Lawyers' Club of San Francisco, 2012. Named one of 500 Leading Lawyers in America, Lawdragon, 2009-2011; AV Peer Review Rated, Martindale-Hubbell; Named one of the one hundred most influential attorneys in California by the California Business Journal; Named one of the top fifty trial lawyers in Los Angeles by the Los Angeles Business Journal. *Publications and Presentations.* Co-author, Matthew Bender Practice Guide: California Pretrial Civil Procedure (treatise); Co-author, Matthew Bender Practice Guide: California Civil Discovery (treatise); frequent presenter for continuing legal education programs; frequent speaker and writer on subjects related to technology in the practice of law. *Member.* California State Bar Association; Appointed by California Supreme Court Chief Justice Ronald George to the California Judicial Council Civil and Small Claims Advisory Committee; Executive Committee, Prior President, Los Angeles County Bar Association; Co-Chair, California Open Courts Coalition; Board of Governors, Association of Business Trial Lawyers, 2001-2005; Emeritus Member of the Board of Governors, Consumer Attorneys of California; Emeritus Member of the Board of Governors, Consumer Attorneys Association of Los Angeles.

**CHERISSE HEIDI A. CLEOFE**, admitted to practice in California, 2013, U.S. District Court, Central District of California, 2013. *Education.* University of California, San Diego, B.S. in Management Science, 2003, University of San Francisco School of Law, J.D., 2012. *Employment.* Practice Development Coordinator for JAMS, 2012-2013; Frank C. Newman Intern for the University of San Francisco International Human Rights Clinic, 2012; Law Clerk for Law Offices of Waukeen McCoy, 2011; Acción Política y Redes Legal Research Intern for ALBOAN. *Awards and Honors*: Super Lawyers Rising Star, 2022; University of San Francisco Student Bar Association Award, 2012; Zeif Award Scholarship Recipient, 2011; Blum Fund Scholarship Recipient, 2009. *Member.* State Bar of California, American Bar Association, Los Angeles County Bar Association, Orange County Bar Association, Philippine American Bar Association.

KIESEL LAW
LLP

Kiesel Law LLP
Page 12

*Community Service*: Volunteer Attorney at Legal Aid Society of Orange County, 2013 - 2014.

**D. BRYAN GARCIA**, admitted to practice in California, 2002, Arizona, 2005, Nevada, 2005, U.S. District Court, Eastern District of California, U.S. District Court, Central District of California, and U.S. District Court, Northern District of California. *Education.* University of California, Berkeley, B.A. in Political Science, 1998; University of California, Hastings, J.D., 2001. *Experience.* Garcia Law Firm, 2001-2006; Chapman, Glucksman, & Dean, 2006-2008; Biren & Katzman, 2008-2010; Callahan & Blaine, 2010-2016. *Awards and Honors.* Super Lawyer Rising Star, 2011-2013; Super Lawyer 2014-2018. *Membership.* Elected Los Angeles representative for California Young Lawyers Association, State Bar Law Practice Management and Technology Section.

**NICOLE RAMIREZ JONES,** joined Kiesel Law LLP in 2016, where her practice focuses on consumer class actions, mass tort litigation, catastrophic personal injury, and other complex litigation in federal and state court. Prior to joining Kiesel Law, Ms. Ramirez Jones represented clients in the area of general liability at a national law firm. During law school, Ms. Ramirez Jones externed for the Honorable Valerie Baker Fairbank of the U.S. District Court, Central District of California, and clerked for the Los Angeles County District Attorneys' Office. Ms. Ramirez Jones earned her B.A. in both Psychology and Spanish from Pepperdine University and her J.D. from Loyola Law School. While in law school, Ms. Ramirez Jones was a member of the Loyola of Los Angeles Law Review. Ms. Ramirez Jones is licensed to practice before all courts of the State of California as well as the United States District Courts of the Central District, Southern District, Northern District and Eastern District of California. Ms. Ramirez Jones has been an active member of the State Bar of California since 2011. Ms. Ramirez Jones serves on the Class Action Preservation Project Committee for the Public Justice Foundation. She also served on the Board of Governors for the Women Lawyers Association of Los Angeles. Ms. Ramirez Jones has also served as a volunteer for Court Appointed Special Advocates ("CASA"), where she advocated for foster youth in the judicial system.

**JEFFREY A. KONCIUS**, admitted to practice in California, 1997; New Jersey, 1995; New York, 1997; admitted to practice before the United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; United States District Court, Eastern District of California; United States District Court, District of New Jersey; United States District Court, Eastern District of New York; United States District Court, Southern District of New York; United States Court of Appeals for the Ninth Circuit. *Education.* Johns Hopkins University, B.A., 1989; Benjamin N. Cardozo School of Law, J.D., 1995. *Reported Decisions. Warner Bros. Entm't Inc. v. Superior Court*, 29 Cal. App. 5th 243 (2018); *Ford Motor Warranty Cases*, 11 Cal. App. 5th 626 (2017); *Loeffler v. Target Corp.*, 58 Cal. 4th 1081 (2014); *Lopez v. Brown*, 217 Cal. App. 4th

1114 (2013); *Spielman v. Ex'pression Center for New Media*, 191 Cal. App. 4th 420 (2010); *Pioneer Electronics (USA) Inc. v. Superior Court*, 40 Cal. 4th 360 (2007); *Bush v. Cheaptickets, Inc*., 425 F.3d 683 (9th Cir. 2005); *Morohoshi v. Pacific Home*, 34 Cal. 4th 482 (2004); *Bird, Marella, Boxer & Wolpert v. Superior Court*, 106 Cal. App. 4th 419 (2003). *Awards and Honors*. Supervising Editor, Cardozo Law Review, 1994-95. *Employment*. Cohn Lifland Pearlman Herrmann & Knopf, 1995-97; Law Office of Joseph J.M. Lange, 1997-2000; Lange & Koncius, LLP, 2000-11; Kiesel Law LLP, 2011-present. *Member*. President, Federal Bar Association (Los Angeles); Member, Merit Selection Panel (United States District Court, Central District of California); Past Co-Chair (Complex Courts Committee), Los Angeles County Bar Association; Executive Committee Member (Litigation Section Committee), Los Angeles County Bar Association; Committee Member (PIABA Bar Journal), The Public Investors Arbitration Bar Association; California State Bar Association; New York State Bar Association; New Jersey State Bar Association; American Association for Justice; Consumer Attorneys Association of Los Angeles; Public Justice Foundation; California Indian Law Association; Consumer Attorneys Association of Los Angeles; Consumer Attorneys of California. *Additional*. Past entrepreneur.

**MARIANA McCONNELL,** admitted to practice in California, 2010; admitted to practice before the United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; United States District Court, Eastern District of California; *Education.* Pepperdine University, B.A., 2007; Southwestern Law School, J.D., *cum laude*, 2010; *Awards and Honors.* Paul Wildman Merit Scholarship, 2007-2010; Dean's Merit Scholarship, 2008-2010; Dean's List, 2008-2010; Super Lawyers Rising Star, 2015; *Employment.* Judicial Extern for the Honorable S. James Otero, 2007; Girardi & Keese, 2008-2013. *Member*. Los Angeles County Bar Association, Barristers Section Executive Committee Member, 2012-Present, Barristers Vice President, 2015-16; Consumer Attorneys of California, Board of Governors; Consumer Attorneys Association of Los Angeles. *Community Service.* Junior League of Los Angeles.

**MELANIE MENESES PALMER**, admitted to practice in California, 2012, U.S. District Court, Northern District of California, 2012. *Education*. University of San Francisco, B.A. in Psychology, 2009; University of San Francisco School of Law, J.D., 2012. *Experience*. Deputy City Attorney for the City of Los Angeles, 2013-2014; Certified Clerk, Child Advocacy Clinic for the University of San Francisco School of Law, 2011-2012; Certified Clerk, Children's Law Center Los Angeles, 2011; Criminal Defense Extern, Law Office of Jonah Chew, 2010; Juvenile Rights Intern, Legal Aid of Cambodia, 2010. *Awards and Honors*. Grant from the University of San Francisco Public Interest Law Foundation, 2011. *Member*. State Bar of California, American Bar Association, Los Angeles County Bar Association, Philippine American Bar Association, Beverly Hills Bar Association, Consumer Attorneys Association of Los Angeles. Community Service: Board Member, Search to Involve Pilipino Americans, 2014;

**KIESEL LAW**
LLP

Kiesel Law LLP
Page 14

Americorps VISTA, Los Angeles County Community Development Commission, 2009-2010.

2.  <u>Associates</u>

**LENA P. ANDREWS** joined Kiesel Law LLP as an associate in 2025. Her practice focuses on complex civil litigation, mass tort litigation, catastrophic personal injury, and consumer class actions. Ms. Andrews earned her bachelor's degree from the University of Denver with degrees in Psychology and English-Creative Writing, graduating magna cum laude with an honors distinction. Ms. Andrews then completed her J.D. at the University of Colorado Boulder, earning her spot on the Dean's List and receiving the William O. DeSouchet Award for Best Performance in Trial Advocacy. During law school, Ms. Andrews interned with the Colorado Public Defendants Complex Crimes Unit, working primarily on the defense of the last death penalty case to be prosecuted in Colorado, and the Korey Wise Innocence Project. Prior to joining Kiesel Law, Ms. Andrews was a Plaintiffs side civil rights attorney at Burris, Nisenbaum, Curry & Lacy, specializing in cases of government misconduct, police brutality, and wrongful death. At BNCL, Ms. Andrews assisted in securing millions of dollars in compensation for the victims of police misconduct. Ms. Andrews is a member of the Consumer Attorneys Association of Los Angeles and the Los Angeles County Bar Association. She is a member of the state bar of California and is admitted to practice in all federal districts in California and has worked on cases as a pro hac vice attorney in the federal courts in Arkansas, Florida, Mississippi, Missouri, and New Mexico.

**ERIN A. BARLOW** joined Kiesel Law as an associate in 2025. Her practice focuses on mass tort litigation, consumer class actions, complex civil litigation, and catastrophic personal injury. Prior to joining Kiesel Law, Ms. Barlow worked as a Staff Attorney at Orange County Coastkeeper and Inland Empire Waterkeeper bringing citizen suits against industrial facilities for Clean Water Act violations. Before that, Ms. Barlow worked as an associate for Gibbs Mura, A Law Group, primarily focused on class action lawsuits against financial institutions for wrongful overdraft fees. Ms. Barlow earned dual degrees from the University of California, Santa Cruz—a Bachelor of Science in Marine Biology and a Bachelor of Arts in Politics with Honors—in 2014. She received her J.D., cum laude, from UC Law San Francisco (formerly UC Hastings) in 2021, with a concentration in environmental law. While in law school, Ms. Barlow clerked with Shute, Mihaly & Weinberger LLP, Danko Meredith, Sierra Club, and the California Coastal Commission.

**HALEY G. CLARK** joined Kiesel Law LLP in 2023 as a post-bar law clerk and became an associate after passing the July 2023 Bar Exam. Haley is a member of the Consumer Attorneys Association of Los Angeles, California Indian Law Association, Federal Bar Association, and the Southwestern Law School Nickel Club. Her practice focuses on catastrophic personal injury, wrongful death, and financial services litigation. In addition, Haley also has experience with and routinely represents consumers in class actions. Haley earned her B.A. from University of the Ozarks,

Kiesel Law LLP
Page 15

graduating *summa cum laude*. She then completed her J.D. through Southwestern Law School's SCALE 2-Year J.D. Program. During this time, Haley was a member of the Trial Advocacy Honors Program after becoming a finalist in its intramural competition. She then became a member of its Board of Governors. Haley was also a regional semi-finalist in the Texas Young Lawyers Association National Trial Competition. Haley is licensed to practice law before all courts of the State of California as well as the United States District Courts of the Central District, Southern District, and Northern District, and the 9th Circuit Court of Appeal.

LISA M. FREEMAN joined Kiesel Law as an associate in 2025. Her practice focuses on consumer class actions and catastrophic personal injury cases. She began her career as a litigation associate at Simpson Thacher & Bartlett LLP, where she represented Fortune 100 companies in securities, antitrust, and insurance matters. Ms. Freeman has briefed, argued, and prevailed on appeal in cases in the California Court of Appeal and the United States Court of Appeals for the Ninth Circuit. Before joining Kiesel Law, Ms. Freeman served as a judicial attorney for Justice John Segal at the California Court of Appeal. She also served as a law clerk for the Honorable Jerome A. Holmes, Chief Judge of the United States Court of Appeals for the Tenth Circuit, and for the Honorable Tena Campbell, then-Chief Judge of the United States District Court for the District of Utah. She is a graduate of Yale Law School and a member of the American Association of Justice, Consumer Attorneys of California, Consumer Attorneys Association of Los Angeles, Women Lawyers Association of Los Angeles, and the Beverly Hills Bar Association. Ms. Freeman is a member of the state bars of California and New York, and admitted to practice in the Supreme Court of the United States, the U.S. Court of Appeals for the Ninth and Tenth Circuits, and the U.S. District Courts for the Central District of California, the Northern District of California, the Southern District of New York, and the Eastern District of New York.

LAUREN M. KIESEL joined Kiesel Law as an associate in 2024. Ms. Kiesel focuses her practice on complex civil litigation, mass tort litigation, catastrophic personal injury, and consumer class actions. Prior to joining Kiesel Law, Ms. Kiesel worked at Kids in Need of Defense (KIND) where she represented unaccompanied children in their immigration cases. At KIND Ms. Kiesel specialized in applications for relief including Special Immigrant Juvenile Status and Asylum, and frequently appeared in immigration, family, and probate court. Ms. Kiesel received her bachelor's degree from Lehigh University in Bethlehem, PA, where she graduated summa cum laude with a degree in Spanish, Political Science, and Global Studies. She subsequently received her Juris Doctorate from UCLA School of Law. During law school, Ms. Kiesel clerked at Casey Gerry in San Diego where she advanced her litigation, research, and writing skills while working on catastrophic personal injury cases. Ms. Kiesel also clerked at Lansky, Gangzer, Goeth + Partner in Vienna, Austria where she gained experience in international law and human rights.

KIESEL LAW
LLP

Kiesel Law LLP
Page 16

**NIMA M. SADEGHI** joined Kiesel Law as an associate in 2024. Mr. Sadeghi focuses his practice on complex civil litigation, mass tort litigation, catastrophic personal injury, and wrongful death claims. He received his bachelor's degree from California State University, Northridge, majoring in Biology, and subsequently completed his J.D. at Chapman, Fowler School of Law. While at Chapman, Mr. Sadeghi participated in the school's Mediation Clinic, where he successfully mediated over 50 cases at Orange County's Central Justice Center. In the three years Mr. Sadeghi has been practicing, he has helped secure millions of dollars in settlements and jury verdicts. Outside of Kiesel Law, Mr. Sadeghi works pro bono as a volunteer Guardian Ad Litem for minor children in Special Immigrant Juvenile Status cases. He is also a member of the New Lawyers Committee for the Consumer Attorneys Association of Los Angeles.

**KATRINA N. YU** joined Kiesel Law in 2025 and is licensed to practice before all State Courts in the State of California, as well as, United States District Court of California for the Southern, Eastern, and Central District. Since 2013, Ms. Yu has helped her clients obtain justice in the areas of product liability, catastrophic personal injury (including sexual assault/molestation), complex business litigation, civil rights, and insurance bad faith. In 2018, Ms. Yu was part of the trial team that obtained the second largest jury verdict against the city of Los Angeles for $9.1 million after her client suffered brain damage from a bicycle crash on city-maintained property. To date, Ms. Yu has been awarded over $30 million for her clients through settlements and/or verdicts. Ms. Yu was selected as a 'Super Lawyers Rising Star' from 2015 through 2020, and 2022-2023; and became an associate fellow for The Litigation Counsel of America in 2019. The Litigation Counsel of America is a trial lawyer honorary society composed of less than one-half of one percent of American lawyers. Ms. Yu was also selected as America's Top 100 Personal Injury Attorneys from 2020 until 2023; and was a member of Consumer Attorneys Association of Los Angeles (CAALA), Consumer Attorneys of California (CAOC), and American Association of Justice (AAJ). Ms. Yu is fluent in Chinese (Cantonese and Mandarin) and is well known amongst her peers for her attention to detail, relentless spirit, tenacious attitude, and forensic computer skills.