# EXHIBIT 3

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**PARTIALLY MANUALLY FILED**

| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:   212-784-6400<br>Fax:  212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS &**<br>**TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:   202-408-4600<br>Fax:  202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:   310-854-4444<br>Fax:  310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP**<br>**PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:  206-816-6603<br>Fax:   206-319-5450 |
| *Attorneys for Plaintiffs and the Proposed Classes*<br><br>*[Additional counsel listed on signature page]* | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS MURA LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:  510-350-9700<br>Fax:   510-350-9701 |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | **Case No. 3:22-cv-3580-WHO (VKD)**<br><br>CLASS ACTION<br><br>**EXHIBIT 3 TO THE DECLARATION OF JASON 'JAY' BARNES** |

# MANUAL FILING NOTIFICATION

Regarding:   Exhibit 3 to the Declaration of Jason 'Jay' Barnes

This filing is in paper or physical form only, and is being maintained in the case file in the clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

1. _ Unable to Scan Documents
2. _ Physical Object (please describe):
3. _ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
4. _ Item Under Seal in Criminal Case
5. _ Conformance with the Judicial Conference Privacy Policy (General Order 53)
6. X Other (please describe): Partially Manually Filed Due to Voluminous Filing (Exhibits C, D, E, F, G, H, I J, K, L, M, N to Report of Zubair Shafiq)

DATED: September 9, 2025            Respectfully submitted,

                                    By: /s/ Jason 'Jay' Barnes

                                    **SIMMONS HANLY CONROY LLP**
                                    Jason 'Jay' Barnes (admitted *pro hac vice*)
                                      jaybarnes@simmonsfirm.com
                                    112 Madison Avenue, 7th Floor
                                    New York, NY 10016
                                    Tel:    212-784-6400
                                    Fax:    212-213-5949

                                    By: /s/ Geoffrey Graber

                                    **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                    Geoffrey Graber, State Bar No. 211547

---

1                                                Case No. 3:22-cv-3580-WHO (VKD)
EXHIBIT 3 MANUAL FILING NOTIFICATION

|   |   |
|---|---|
| 1 | ggraber@cohenmilstein.com |
| 2 | Jenna Waldman (State Bar No. 341491) |
|   | jwaldman@cohenmilstein.com |
| 3 | 1100 New York Avenue NW, Suite 800 |
|   | Washington, DC 20005 |
| 4 | Tel:     202-408-4600 |
|   | Fax:    202-408-4699 |
| 5 |   |
| 6 | Eric Kafka (*pro hac vice*) |
|   | ekafka@cohenmilstein.com |
| 7 | 88 Pine Street, 14th Floor, |
|   | New York, NY 10005 |
| 8 | Telephone: (212) 838-7797 |
| 9 |   |
|   | **GIBBS MURA LLP** |
| 10 | Andre M. Mura, State Bar No. 298541 |
|   |   amm@classlawgroup.com |
| 11 | Hanne Jensen, State Bar No. 336045 |
| 12 |   hj@classlawgroup.com |
|   | 1111 Broadway, Suite 2100 |
| 13 | Oakland, CA 94607 |
|   | Tel.:  510-350-9700 |
| 14 | Fax:  510-350-9701 |
| 15 |   |
|   | **KIESEL LAW LLP** |
| 16 | Jeffrey A. Koncius, State Bar No. 189803 |
|   |   *koncius@kiesel.law* |
| 17 | 8648 Wilshire Boulevard |
|   | Beverly Hills, CA 90211 |
| 18 | Tel:     310-854-4444 |
| 19 | Fax:    310-854-0812 |
| 20 |   |
|   | **TERRELL MARSHALL LAW GROUP PLLC** |
| 21 | Beth E. Terrell, State Bar No. 178181 |
|   |   *bterrell@terrellmarshall.com* |
| 22 | 936 North 34th Street, Suite 300 |
|   | Seattle, WA 98103 |
| 23 | Tel.:    206-816-6603 |
|   | Fax:    206-319-5450 |
| 24 |   |
| 25 | *Attorneys for Plaintiffs and the Proposed Classes* |
| 26 |   |
| 27 |   |
| 28 |   |