# EXHIBIT 5

In re Meta Pixel Healthcare Litigation
United States District Court for the Northern District of California
Case No. 3:22-cv-03580-WHO (VKD)

---

**EXPERT REPORT OF DR. KATHLEEN D. VOHS**

---

## I.     SCOPE OF RETENTION AND METHODOLOGY

1.     Counsel for the Plaintiffs in this action retained me as a consumer psychology expert in this matter.

2.     I have been asked to provide an opinion on two questions:

- •     Do people think of health information as more sensitive than other data?
- •     Would people agree and find it acceptable for communications with their healthcare providers to be:

    Collected by a social media company?

    Used for marketing?

    Used to help a social media company train their AI models?

3.     My opinions are consistent with the reasoning commonly used among scholars in psychological science and consumer behavior. I have applied concepts and findings from academic sources and have reviewed material produced in this case, which are listed in the Appendix. A complete list of sources on which I rely in formulating my opinions appears in the References.

4.     Unless otherwise stated, the statements in this report and methods on which I relied are based on my personal knowledge, including knowledge I have obtained from reviewing materials pertaining to this engagement, as well as my decades of experience as a consumer psychology expert. This conclusion comes from my expertise (in terms of training and research expertise) in the areas of psychological science, consumer behavior, and marketing.

## II.    SUMMARY OF OPINIONS

5.     As I explain below, consumers view health information as sensitive information, more so than other information. Consumers, on the whole, would not agree nor find it acceptable for communications with their healthcare providers to be used by a social media company, for marketing purposes, or to help a social media company train their AI models.

## III.   QUALIFICATIONS AND COMPENSATION

6.     I am a full (tenured) professor at the Carlson School of Management, University of Minnesota, where I hold a McKnight Distinguished University Professorship and the Land O'Lakes Chair in Marketing. I received a B. A. from Gustavus Adolphus College, a Ph.D. in Psychological and Brain Sciences from Dartmouth College, and was a post-doctoral fellow at

2

both Case Western Reserve University and University of Utah through funding I obtained from the National Institutes of Mental Health.

7.    Prior to my current endowed chairs at the University of Minnesota, I was named the Land O'Lakes Professor of Excellence in Marketing, McKnight Land-Grant Professor, and McKnight Presidential Fellow. Before coming to the University of Minnesota, I was an Assistant Professor at the University of British Columbia's Sauder School of Business. While there, I was awarded the Canada Research Chair in Marketing Science and Consumer Psychology from the Canadian government.

8.    I have been awarded several honorary professorships. I held the Honorary Chair in Experimental Consumer Research at the Faculty of Economics and Business, Groningen University (Netherlands). I also was awarded the University of Cambridge's (UK) Professor Dame Sandra Dawson Honorary Visiting Professorship at the Judge Business School. I won the Anneliese Maier Research Prize from the Alexander von Humboldt Foundation (German Federal Ministry of Education and Research), which was a competition across all sciences, humanities, law, and economics.

9.    I have received multiple commendations for my research from academic societies and external agencies. I was awarded the Distinguished Scientific Contribution Award from the Society for Consumer Psychology. This award is given to a leading scholar who has made significant contributions to the field of consumer psychology. In 2015, 2016, 2017, 2018, and 2020, I was a Highly Cited Researcher according to Thomson Reuter's ISI Web of Science, a distinction given to the top 1% of scholars worldwide based on research impact (citations). In 2024, I was named a Highly Ranked Scholar by ScholarGPS for being in the top 0.05% of all scholars worldwide according to their rankings.

10.    I currently act as an associate editor of the *Journal of Consumer Psychology*, am on the Editorial Review Boards of *Journal of Experimental Psychology: General, Journal of Personality and Social Psychology,* and *Journal of Experimental Psychology: Applied*, and am the incoming Editor-in-Chief of *Consumer Psychology Review*. My curriculum vitae (including list of publications) is attached hereto as **Exhibit A**. I was an expert witness in a recent case (2023) involving Meta (*A.B. v. Facebook, Inc. et al.*; BCSC File No. S223013), for which I submitted a report. My compensation for work on this case is $1075 per hour and is not dependent on the outcome of this case nor on opinions I express in this matter.

## IV.    HEALTH INFORMATION IS MORE SENSITIVE THAN OTHER INFORMATION

11.     ***Health is a sacred value.*** People[1] treat health differently than many other areas of life, insofar as health is treated as a sacred value (Tetlock et al., 2000). Sacred values are those that a community sees as having transcendental significance. Sacred values include not only health but religion, love, death, and privacy.

12.     Sacred values are considered incompatible with secular values, and are immune to trade-offs, comparisons, and monetization. When people encounter attempts to commoditize a sacred value, such as health, they react with moral contempt. Moral contempt includes anger and derision as well as the desire to punish those who initiated the commoditization. These responses are seen as attempts to protect sacred values from being secularized (Tetlock et al., 2000).

13.     One study tested the idea that health is considered a sacred value and therefore should not be monetized. All participants read that a company was seeking to price its products so as to maximize profits. For some participants, the company was described as a software company. For others, it was described as a pharmaceutical company. People reacted more negatively to a pharmaceutical company pricing its products so as to extract maximum profits from consumers. They were more upset over it, reported finding it more unethical, and reported being more likely to boycott the brand (McGraw et al., 2012).

14.     Drug pricing is not the only corporate behavior that people find unacceptable. As we will see, people object to the use of their online health data for profit-seeking purposes (including by social media companies or for marketing).

## V.    TRUST IN HEALTHCARE PROVIDERS

15.     People have high trust in their healthcare providers. Trust means being willing to be vulnerable or to expose yourself to risk under the expectation that the partner will behave in a way that makes the risk worth it (Mayer, Davis, & Schoorman, 1995). High trust means that people assume that the healthcare provider has their best interests in mind, meaning that patients believe that the healthcare provider's judgments and decisions will be motivated by what is best for patient care and not what is best for the provider or other parties. This high degree of trust

---

[1] The papers on which I rely study what people generally do. They are based on the results of empirical analyses conducted on data collected from samples of people with the aim of coming to conclusions about how people in general think, feel, respond, and behave. The studies do not describe individualized assessments but rather seek to make claims about the human condition more broadly.

allows people to feel confident that their interactions with the healthcare providers are secure and will not be exploited.

### A.    HEALTHCARE PROVIDER WEBSITES AS TRUSTED DIGITAL TOOLS

16.    Healthcare provider websites act as digital tools that patients can use to take control of their care, thus increasing patient empowerment and engagement in their health (Madanian et al 2023)[2]. People place high trust in healthcare provider websites and, as I explain later, effective healthcare depends on patient trust.

### B.    HEALTHCARE PROVIDER WEBSITES AS EXTENSIONS OF THE PATIENT-PROVIDER RELATIONSHIP

17.    There are several reasons why consumers have such high trust in healthcare provider websites. First and most fundamentally, people view the healthcare provider's website as an extension of the healthcare provider him- or herself. Consumers have high trust in their healthcare provider, which recent studies confirm. One nationally-representative study of more than 5800 Americans showed that 95% reported having high trust in their physician when it comes to health information (Mainous et al., 2024). Patients use healthcare provider websites to communicate with providers, order medication, or schedule appointments (e.g., Kruse et al., 2015; Lee et al., 2020) — the very behaviors they perform when physically visiting their healthcare provider. Healthcare provider websites are part of the provider-patient relationship.

### C.    HEALTHCARE PROVIDER WEBSITE OWNERSHIP AS A CUE TO TRUSTWORTHINESS

18.    A second reason that people have high trust in healthcare provider websites is because brands' websites are representations of the overall brand. Studies demonstrate that people use website ownership (e.g., government, commercial, non-profit) as a cue as to the motives behind the brand, for instance, as observed by the ending of a website address (e.g., .org or .com). Nearly 70% of U. S. hospitals are non-profit or government-based (Health Forum LLC: American Hospital Association, 2025).

19.    My own research on brand image shows that merely ending a website address with .org (versus .com) makes brands seem warmer and more caring. That is, when presented

---

[2]  This and other findings hold regardless of whether the health information is protected under HIPAA. That is, research results and my opinion regarding patients' views of healthcare information as being more sensitive than other data, patients' trust in healthcare provider websites, and attitudes about sharing digital health information apply whether or not the health information is or is not protected under HIPAA.

with one of two versions of a website — each containing the same content, same color scheme, same brand name, and so on — but for which the webpage address is altered such that it ends either with .org or .com, we found that consumers seeing the .org website viewed the brand as warmer, kinder, and more generous (Aaker, Vohs, & Mogilner, 2010).

20.    Studies have tested how trust is affected by perceived ownership of websites. One study demonstrated that people found health websites owned by organizations (e.g., healthcare provider organizations) to be more trusted than those owned by commercial entities (e.g., internet firms). As the authors noted, "…website owner/sponsor has been identified as one of the most widely reported indicators consumers applied to evaluate the quality of online health information…internet users take website ownership as an important cue to assess the perceived trustworthiness of health information" (Liu & Shi 2021, Literature Review).

21.    Another study varied the ownership of health websites (organizational, government, commercial, educational) and assessed feelings of trust. As we have seen before, people viewed health websites with an organizational owner (indicated by a website ending of .org) as highly trustworthy. Yet trust and feelings of safety dropped significantly when the .org website also contained marketing (in the form of ad display; Walther et al., 2004).

22.    Healthcare websites, particularly those that are thought to be owned by an organization, are highly trusted. But people's trust in those websites drops when they engage in marketing and commercial activities.

## VI.    HEALTH INFORMATION SHARING: PRIVACY CALCULUS

23.    Patient willingness to have their health data shared can be understood through the lens of the privacy calculus (Angst & Agarwal, 2009). The privacy calculus describes how people assess the potential consequences of a decision by considering the perceived benefits, perceived risks, and whether the benefits may offset the risks.

24.    For the average person, one of the primary benefits of sharing health information is to improve their own individual care (Cascini et al., 2024). The most significant concern for the average person is that their health information will be shared in ways they did not agree to nor have control over (Esmaeilzadeh, 2018). The way that people trade off potential benefits and costs of sharing health data has been investigated in multiple studies.

25.    One study asked consumers whether they would accept store discounts if the store was allowed to collect certain kinds of data on them. The average consumer would not agree to

allow the store to collect information on the health status of themselves or a family member (Turow et al., 2015). The perceived benefits did not warrant the risks.

26.     Studies also have measured patients' willingness to have their digital health data shared with other health organizations. Perceived risks (e.g., concerns that their health data will be sold without their permission) and benefits (e.g., better treatment and care) predicted attitudes toward health sharing, which in turn predicted willingness to consent to data sharing (Esmaeilzadeh, 2018).

27.     These results are echoed in another study. Perceived risks (e.g., worries that their health data will be shared with third parties) and benefits (e.g., potential medical advances) predicted people's intentions to share their health data for secondary use (Kharlamov et al., 2023).

28.     I discussed earlier that patients' trust in healthcare provider websites reflects the high trust they have in healthcare providers as well as cues about its ownership status (i.e., having an .org web address). Some research suggests that a high degree of trust in a health website weakens people's concern about whether their privacy is being violated. The study showed that the more people felt they could trust a health website, the less concerned they were about data privacy (e.g., worries that their digital health information will be sold to another website) (Yuchao et al., 2021).

29.     This finding suggests that by virtue of being on trusted healthcare provider websites, patients are likely to believe that their communications are confidential and will remain confidential. It is ironic that by being on a trusted healthcare website, patients' concerns about confidentiality may be less than they would be on another website, thereby beguiling them into transmitting health information that in fact was not confidential.

## VII.   MEANINGFUL CONSENT

30.     We have seen that patient trust in healthcare provider websites is driven in part by perceptions of the website owners' motives. Motives and intent are also key to patients' willingness to have their health information shared, as are privacy concerns.

31.     A recent paper reviewed 75 studies of patient views on what constitutes meaningful consent when it comes to sharing digital health data. It concluded that patients want to know with whom and for what purposes it will be shared, and how their privacy will be protected (Kassam et al., 2023). I unpack each of these in turn next.

7

A.      WITH WHOM AND FOR WHAT PURPOSES

32.     Multiple studies show that consumers generally have concerns about their health information being shared with people outside their healthcare provider. One study gave patients descriptions of different kinds of health information that may be part of an electronic health record (e.g., contact information; sexual history; genetic data) as well as a set of recipients who may be given access to the information. Patients indicated which types of health information they wanted to share and with whom (Caine & Hanania, 2012).

33.     Potential recipients included their current healthcare provider, other healthcare providers, and those who assist healthcare providers (e.g., pharmacists, emergency medicine providers). Notably, the recipient list did not include technology companies, social media companies, or other companies not involved in healthcare.

34.     The results showed variation among patients in what information people wanted to share and with whom. Yet despite that variation, not one patient thought it acceptable to share everything with everyone. "No patients wanted to share all of the information in their EMR [electronic health record] with all potential recipients under all circumstances" (Caine & Hanania, 2012, p. 10).

35.     The authors concluded that what patients want is to have fine-grained control over what health information is shared and with what parties. "All participants preferred granular control over the sharing of their medical records—that is, all patients wanted to share parts of their record but not other parts with recipients" (Caine & Hanania, 2012, p. 10).

36.     This study illustrates that people take seriously the issue of who can have access to what kinds of information about their health — even when it comes to their own healthcare provider, other healthcare providers, or people who assist healthcare providers.

37.     The specific issue of health information being collected for commercial and for-profit purposes has been examined as well. One study of over 5000 people used research methods that require tradeoffs as a way to elicit what aspects of a choice situation are most relevant to a decision. It used statistical analyses to form groups of patients with similar preferences regarding the acceptability of sharing their digital health data (Biasiotto et al., 2023).

38.     Several findings stand out. All groups of participants reported that having their digital health data shared for the purposes of promotion, advertising, and marketing was the most unacceptable option among the options presented. Further, all groups of participants found it

8

unacceptable to have their digital health data shared with a technology company (Biasiotto et al., 2023).

39.     Multiple literature reviews, combining numerous studies, have examined people's preferences regarding commercial entities accessing their health information. They conclude that people find it unacceptable that their health information would be shared with pharmaceutical companies and other for-profit organizations (Baines et al., 2024; Kassam et al., 2023).

40.     "There is a growing body of evidence highlighting individuals' significant discomfort in sharing their PHI [personal health information] with commercial and for-profit entities, primarily because of a lack of trust in these entities…This discomfort has been predominantly attributed to privacy concerns, loss of control and autonomy over one's PHI, and the potential for misuse of one's PHI (ie, for monetary gains)," (Kassam et al., 2023, p. 9).

### B.     PRIVACY PROTECTIONS

41.     The aforementioned quotation, along with dozens of academic studies, makes clear that patients value privacy protections when it comes to sharing their digital health information. The results of a study I mentioned earlier reinforces that view (Biasiotto et al., 2023).

42.     The findings showed widespread agreement in wanting informed consent before their digital health data were shared. The most consistent factor in determining whether people felt it was acceptable to have their digital health information shared was whether they were informed and asked for consent – with the combination of being informed and giving consent being more acceptable than several other options, including being informed and being allowed to opt-out of sharing their data. "Findings indicated that it is valuable for respondents to exert control over digital health data sharing by being made aware of their data use and providing active consent to such use," (Biasiotto et al., 2023, p. 10).

43.     A literature review concluded that people's preferences with respect to sharing their health information are positively predicted by the presence of consent processes, personal control over the data, and the ability to restrict what information is shared, and negatively predicted by perceptions that they do not have a choice in whether their data are shared and fears that their health information will be shared beyond the stated party (Moon, 2017). The review concluded that, "…personal knowledge of how their health information is used and disclosed is equally as important as the issue of control of their data" (Moon, 2017, p. 15).

C.    THE IMPORTANCE OF CONSENT AND PRIVACY PROTECTIONS
      FOR TECHNOLOGY COMPANIES' COMMERCIAL USE

44.    The importance of privacy controls and control over how their health information is used was demonstrated in a study that allowed for the combination of these factors. This nationally-representative study of more than 3500 Americans tested which dimensions of sharing health data carry the most weight in people's preferences. It presented people with scenarios varying who had access to the data, for what purposes, and whether certain privacy practices (e.g., consent, data deletion) were in place.

45.    The findings showed that people were unwilling to have their data shared without any privacy protections in place – especially when shared with a digital technology company for the purposes of marketing (Gupta et al., 2023; see also Trinidad et al., 2020). These results further bolster the findings mentioned above regarding patients' objection to commercial companies accessing their heath data and using it to make money (Biasiotto et al., 2023; Kassam et al., 2023).

VIII.    IMPLICATIONS OF HEALTH INFORMATION PRIVACY CONCERNS

46.    Privacy concerns have implications for health and well-being. When patients have concerns over who will see their health information, they seem to change their behavior so as to limit what they disclose to their healthcare provider (Caine & Hanania, 2012).

47.    First, some background information on the importance of trust for patient outcomes. Trust between the patient and healthcare provider is a crucial factor in patients' overall health and well-being. The results of a meta-analysis (a study of studies) of 47 studies involving almost 35,000 patients with a host of conditions and disorders found that patients who trust their healthcare provider show numerous indicators of good health. Trust in their healthcare provider predicts patient reports of engaging in healthier behaviors, better day-to-day quality of life, and fewer symptoms (Birkhauer et al., 2017). According to the authors, these findings underscore the "fundamental role of patients' trust in the context of patient-centered care" (Discussion).

48.    Just as high trust predicts beneficial patient outcomes, a lack of trust in healthcare providers is associated with poor health outcomes — in part because patients seem to change their behavior such that they tell their healthcare providers less.

10

49.     A study of 784 U.S. households found that patients who do not trust their healthcare provider's confidentiality withhold health information (Iott et al., 2022). This result was echoed by another nationally-representative sample of more than 7000 Americans (Campos-Castillo & Anthony, 2015). A study of nearly 3300 patients found that those who were not confident about the privacy of their electronic medical information were about twice as likely to conceal information from their healthcare provider relative to patients who felt confident that their health information was kept private (DePuccio et al., 2020).

50.     Hence it is not just that patients believe that their communications with their healthcare provider are private and will stay that way. When health communications are not kept private, patients may not disclose as much to their provider. Withholding information from their healthcare provider means that patients are likely to receive worse care because the provider is unaware of their current health status, relevant symptoms, or factors that may affect treatment results. The end result is that when patients do not trust that their health information is confidential, their health outcomes can suffer.

## IX.    CONCLUSIONS

51.     I was asked to render my opinion on two questions, one regarding how sensitive consumers think health data are and another regarding whether consumers would agree and find it acceptable to have their communications with their healthcare provider shared with a social media company, for marketing purposes, or to help a social media company train their AI models.

52.     Empirical evidence supports the conclusion that people think of health information as more sensitive than other information. People consider health information to be a sacred value. Sacred values (health, but also religion, love, and death) are seen as incommensurate with secular activities, such as monetization. When sacred values become part of the secular sphere (e.g., when healthcare companies price their products so as to maximize profits), people object to the practice, react with anger, and view it as unethical. These findings demonstrate that people think health information is sacred and should not be commoditized.

53.     People have high trust in healthcare provider websites as an extension of the patient-healthcare provider relationship and as suggested by cues as to the ownership of the website (e.g., ending in .org). That trust may lead patients to feel confident that communications with their healthcare provider are confidential and will remain that way. If that confidence results

11

in patients using healthcare provider websites more, it may make them more vulnerable in fact because more of their personal health information is being collected and used by Meta.

54.     When deciding whether to allow their health information to be shared, patients weigh the potential benefits of what sharing could provide for them (e.g., better treatment and health outcomes) versus the harms that could befall them. Patients' paramount concern is that their sacred health information will not be kept confidential.

55.     People's preferences regarding their health communications being shared with a social media company for profit-seeking purposes are clear. People would not agree, nor would they find it unacceptable for communications with their healthcare provider to be shared with a social media company for marketing or other profit-seeking purposes (including training AI models).

56.     There are meaningful consequences to patients feeling that their health information is not kept confidential. Multiple studies show that patients who are concerned about the privacy of their health data withhold information from their healthcare provider. To create situations in which patients elect to hide information from their provider goes against the ethos of the medical profession, wherein the aim of confidentiality is to engender patient trust and openness. Moreover, when people's health and well-being suffer, so does society as a whole.

57.     I reserve the right to supplement my opinions stated herein with any additional documents produced, additional pleadings, data, testing, or depositions. In addition, I reserve the right to amend my opinion stated herein based on any additional material or information that is provided to me.

Dated: September 6, 2025                    Respectfully submitted,

_____
Kathleen D. Vohs, Ph.D.
Distinguished McKnight University Professor
Land O'Lakes Chair in Marketing
Carlson School of Management
University of Minnesota

**APPENDIX**

| Doc ID | Description/Title |
|---|---|
| n/a | First Amended Consolidated Class Action Complaint |
| PIXEL_HEALTH000000057 | How the Meta Pixel works - Wiki |
| PIXEL_HEALTH000018884 | 7/16/2020 email from Rez to Costell re: Pixel Events + SSAPI (Deposition Exhibit 71) |
| PIXEL_HEALTH000113924 | Unfiltered ButtonText field in Custom Data (Deposition Exhibit 202) |
| PIXEL_HEALTH000939293 | Look-alike audience sample (Deposition Exhibit 496) |
| PIXEL_HEALTH000291336 | "Options" (original filename: 290382188_737052497577507_7172025849747631442_n.png) |
| PIXEL_HEALTH000348849 | 9/12/2019 email from Hammon re: Health Systems: Sub-Vertical Overview and attachment called HSVS_WIP1_Health Systems 9.9.19.pptx (Deposition Exhibit 55) |
| PIXEL_HEALTH000420765 | Identity Matching in Layman's Terms - Wiki |
| PIXEL_HEALTH000565837 | Pixel Overview - Wiki |
| PIXEL_HEALTH000685609 | Receiving and Storing Signals (Deposition Exhibit 43) |
| PIXEL_HEALTH000703922 | Uptravi Activating on Facebook: Media & Strategy Considerations (Deposition Exhibit 125) |
| PIXEL_HEALTH000735433 | Excel file with domain names and vertical classifications |
| PIXEL_HEALTH000875689 | OBA Opt-Out - Wiki |
| PIXEL_HEALTH000878422 | Megataxon Allowlist |
| PIXEL_HEALTH000888521 | Automatic Events and Automatic Advanced matching Description (Deposition Exhibit 388) |
| PIXEL_HEALTH000954682 | January 13, 2023 letter and subpoena response to New York Attorney General |
| PIXEL_HEALTH001254513 | Upcoming Enhancements to the Facebook Pixel (Deposition Exhibit 384) |
| PIXEL_HEALTH001317598 | 20161216 Country profiles and data tables vSC |
| n/a | Session Data (Deposition Exhibit 2) |
| n/a | UVA Health Website Screenshot (Deposition Exhibit 3) |
| n/a | Deposition of Jane Doe IV |
| n/a | Deposition of Jacob Ginn |
| n/a | Deposition of Nanette Hector |
| n/a | Deposition of Jennifer Huntley |
| n/a | Deposition o f Joribelle Anne Molina |
| n/a | Deposition of Timothy Shockley |
| n/a | Deposition of Jane Doe IX |

**REFERENCES**

Aaker, J., Vohs, K. D., & Mogilner, C. (2010). Nonprofits are seen as warm and for-profits as competent: Firm stereotypes matter. *Journal of Consumer Research*, *37*(2), 224-237.

Angst, C. M., & Agarwal, R. (2009). Adoption of electronic health records in the presence of privacy concerns: The elaboration likelihood model and individual persuasion. *MIS Quarterly*, 339-370.

Baines, R., Stevens, S., Austin, D., Anil, K., Bradwell, H., Cooper, L., ... & Leigh, S. (2024). Patient and public willingness to share personal health data for third-party or secondary uses: Systematic review. *Journal of Medical Internet Research*, *26*, e50421.

Biasiotto, R., Viberg Johansson, J., Alemu, M. B., Romano, V., Bentzen, H. B., Kaye, J., ... & Mascalzoni, D. (2023). Public preferences for digital health data sharing: Discrete choice experiment study in 12 European countries. *Journal of Medical Internet Research*, *25*, e47066.

Birkhäuer, J., Gaab, J., Kossowsky, J., Hasler, S., Krummenacher, P., Werner, C., & Gerger, H. (2017). Trust in the health care professional and health outcome: A meta-analysis. *PloS One*, *12*(2), Article e0170988.

Caine, K., & Hanania, R. (2013). Patients want granular privacy control over health information in electronic medical records. *Journal of the American Medical Informatics Association*, *20*(1), 7-15.

Campos-Castillo, C., & Anthony, D. L. (2015). The double-edged sword of electronic health records: implications for patient disclosure. *Journal of the American Medical Informatics Association*, *22*(e1), e130-e140.

Cascini, F., Pantovic, A., Al-Ajlouni, Y. A., Puleo, V., De Maio, L., & Ricciardi, W. (2024). Health data sharing attitudes towards primary and secondary use of data: A systematic review. *EClinicalMedicine*, *71*.

DePuccio, M. J., Di Tosto, G., Walker, D. M., & McAlearney, A. S. (2020). Patients' perceptions about medical record privacy and security: Implications for withholding of information during the COVID-19 pandemic. *Journal of General Internal Medicine*, *35*(10), 3122-3125.

Esmaeilzadeh, P. (2018). Healthcare consumers' opt-in intentions to Health Information Exchanges (HIEs): An empirical study. *Computers in Human Behavior*, *84*, 114-129.

Gupta, R., Iyengar, R., Sharma, M., Cannuscio, C. C., Merchant, R. M., Asch, D. A., ... & Grande, D. (2023). Consumer views on privacy protections and sharing of personal digital health information. *JAMA Network Open*, *6*(3), e231305-e231305.

Health Forum LLC (January 2025). https://www.aha.org/statistics/fast-facts-us-hospitals.

Iott, B. E., Campos-Castillo, C., & Anthony, D. L. (2020, March). Trust and privacy: how patient trust in providers is related to privacy behaviors and attitudes. In *AMIA Annual Symposium Proceedings* (Vol. 2019, p. 487).

Kassam, I., Ilkina, D., Kemp, J., Roble, H., Carter-Langford, A., & Shen, N. (2023). Patient perspectives and preferences for consent in the digital health context: state-of-the-art literature review. *Journal of Medical Internet Research*, *25*, Article e42507.

Kharlamov, A., Hohmann, R., & Parry, G. (2023). Data sharing decisions: perceptions and intentions in healthcare. *Strategic Change*, *32*(6), 223-237.

Kruse, C. S., Bolton, K., & Freriks, G. (2015). The effect of patient portals on quality outcomes and its implications to meaningful use: A systematic review. *Journal of Medical Internet Research*, *17*(2), e44.

Lee, J. L., Rawl, S. M., Dickinson, S., Teal, E., Baker, L. B., Lyu, C., Tarver, W. L., & Haggstrom, D. A. (2020). Communication about health information technology use between patients and providers. *Journal of General Internal Medicine*, *35*(9), 2614–2620.

Liu, L., & Shi, L. (2021). Does the ownership of health website matter? A cross-sectional study on Chinese consumer behavior. *International Journal of Medical Informatics*, *152*, 104485.

Madanian, S., Nakarada-Kordic, I., Reay, S., & Chetty, T. H. (2023). Patients' perspectives on digital health tools. *PEC innovation*, *2*, 100171.

Mainous III, A. G., Sharma, P., Yin, L., Wang, T., Johannes, B. L., & Harrell, G. (2024). Conflict among experts in health recommendations and corresponding public trust in health experts. *Frontiers in Medicine*, *11*, 1430263.

Mayer, R. C., Davis, J. H., & Schoorman, F. D. (1995). An integrative model of organizational trust. *The Academy of Management Review, 20*(3), 709–734.

McGraw, A. Peter, Schwartz, J. A., & Tetlock, P. E. (2012). From the commercial to the communal: Reframing taboo trade-offs in religious and pharmaceutical marketing. *Journal of Consumer Research*, *39*(1), 157-173.

Moon, L. A. (2017). Factors influencing health data sharing preferences of consumers: A critical review. *Health Policy and Technology*, *6*(2), 169-187.

Tetlock, P. E., Kristel, O. V., Elson, S. B., Green, M. C., & Lerner, J. S. (2000). The psychology of the unthinkable: Taboo trade-offs, forbidden base rates, and heretical counterfactuals. *Journal of Personality and Social Psychology, 78*(5), 853–870.

Trinidad, M. G., Platt, J., & Kardia, S. L. (2020). The public's comfort with sharing health data with third-party commercial companies. *Humanities and Social Sciences Communications*, *7*(1), 1-10.

Turow, J., Hennessy, M., & Draper, N. (2015). The tradeoff fallacy: How marketers are misrepresenting American consumers and opening them up to exploitation. *Available at SSRN 2820060*.

Walther, J. B., Wang, Z., & Loh, T. (2004). The effect of top-level domains and advertisements on health web site credibility. *Journal of Medical Internet Research*,*6*(3), e79.

Yuchao, W., Ying, Z., & Liao, Z. (2021). Health privacy information self-disclosure in online health community. *Frontiers in Public Health*, *8*, 602792.

**EXHIBIT A: CV of Dr. Kathleen D. Vohs**

## CURRICULUM VITAE
### Kathleen D. Vohs

**Office Address**

3-150 321 19th Ave S.
Carlson School of Management
University of Minnesota
Minneapolis, MN 55455

Office phone: 612-625-8331
Departmental fax: 612-624-8804
Email: vohsx005@umn.edu

**Education**

| | |
|---|---|
| *Dartmouth College* | Ph.D., Psychological and Brain Sciences, 2000 |
| *Gustavus Adolphus College* | B.A., *summa cum laude*, 1996 |

**Employment Experience**

Case Western Reserve University, Post-Doctoral Fellow, 2000-2002
University of Utah, Post-Doctoral Fellow, 2002-2003
University of British Columbia, Sauder School of Business, *Canada Research Chair in Marketing Science and Consumer Psychology*, Assistant Professor of Marketing, Associate Faculty in Psychology, 2003-2005
University of Minnesota, Carlson School of Management, Assistant Professor, 2005–2008
University of Minnesota, *McKnight Land-Grant Professor*, 2007 – 2009
University of Minnesota, *McKnight Presidential Fellow*, Associate Professor, 2008 – 2011
University of Minnesota, Carlson School of Management, Professor, 2011-present
University of Minnesota, Carlson School of Management, *Land O'Lakes Professor of Excellence in Marketing*, 2011-2014
*Honorary Chair in Experimental Consumer Research*, Department of Marketing, Faculty of Economics and Business, Groningen University, 2012 – 2016
University of Minnesota, Carlson School of Management, *Land O'Lakes Chair in Marketing*, 2014 - present
University of Minnesota, *Distinguished McKnight University Professor*, 2016 - present

**Honors and Awards**

- Keynote: Organization for Cooperation and Economic Development (OECD), 2025
- Highly Ranked Scholar by ScholarGPS. Top 0.05% of all scholars worldwide according to the ScholarGPS rankings, 2024.
- Affiliate Professor, Stockholm School of Economics, Center for Happiness, Wellbeing and Welfare (2023 - present)
- Society of the Improvement of Psychological Science commendation award for Vohs et al., (2021, *Psychological Science*) paradigmatic replication of ego depletion
- *Park Best Paper Award* for Sarial-Abi, Vohs, Hamilton and Ulqinaku (*Journal of Consumer Psychology*, 2017), 2020

- Eminent Visiting Scholar, University of Melbourne, Faculty of Business and Economics, 2020
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2020
- *Outstanding Service Award,* Carlson School of Management, 2019
- *Faculty of the Year*, as voted by the graduating class of part-time MBA students, 2019
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2019
- *Science* Consulting Editor, 2018 — present
- Highly Cited Researcher, Thomson Reuters ISI Web of Science, 2018. This honor is bestowed to the top 1% of scholars worldwide in terms of citations
- 25 Top Behavioral Economists by thebestschools.org, a member of the National Association for College Admission Counseling, 2018
- *Faculty of the Year*, as voted by the graduating class of part-time MBA students, 2018
- *Distinguished Scientist Award*, Society for Consumer Psychology (SCP), 2018
- Inaugural speaker, joint psychology/marketing annual seminar, Ohio State University, 2018
- Highly Cited Researcher, Thomson Reuters ISI Web of Science, 2017. This honor is bestowed to the top 1% of scholars worldwide in terms of citations
- Keynote speaker, Eastern Psychological Association's (EPA) annual conference, 2017
- *Business Week Undergraduate Faculty of the Year* Nominee, 2017
- *Professor Dame Sandra Dawson Honorary Visiting Professorship*, Judge Business School, University of Cambridge, UK (Honorary Fellow, Cambridge Sidney Sussex College), 2016
- *Distinguished McKnight University Professor,* University of Minnesota, 2016
- *Faculty of the Year*, as voted by the graduating class of part-time MBA students, 2016
- Midwestern Psychological Association's (MPA) Presidential Speaker, 2016
- Society for Personality and Social Psychology (SPSP) annual meeting featured presentation, 2016
- Highly Cited Researcher, Thomson Reuters ISI Web of Science, 2016. According to their website, this honor is bestowed to the top 1% of scholars worldwide in terms of citations
Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2016
- Highly Cited Researcher, Thomson Reuters ISI Web of Science, 2015. According to their website, this honor is bestowed to the top 1% of scholars worldwide in terms of citations
- *Top Researcher Award*, Carlson School of Management, University of Minnesota, 2015
- Best Presentation of the Year, Marketing Science Institute (MSI), 2015
- Association for Consumer Research (ACR) annual meeting post-tenure workshop speaker, 2015
- Featured in SPSP Member Spotlight, 2015
- Editorial Board member, *Journal of Personality and Social Psychology: Intergroup Relations and Group Processes*, 2015 to 2017
- Association for Consumer Research Post-Tenure Workshop speaker, 2015
    1. Society for Personality and Social Psychology Spotlighted Member, 2015
    2. Google SciFoo invitee and chosen speaker, Mountain View, CA, 2015
- Keynote speaker, Psychology Outside the Box conference, Ottawa, 2015
- *Land O'Lakes Chair in Marketing,* 2014
- 10th most cited researcher according to Journal of Marketing Education, 2014

- <u>7 Breakthrough Business Thinkers to Watch</u>, Inc.com, 2014
- Top productive author in premier marketing journals 2010-2014, American Marketing Association, (AMA), 2014
- Featured in "How to Publish High Quality Research," American Psychological Association (APA), 2014
- Miami University's Elizabeth Burckhardt Distinguished Speaker, Farmer School of Business and Department of Psychology, 2014
- St. Olaf College Juta R. Millert Memorial Distinguished Lecturer, Department of Psychology, 2014
- Minnesota Public Radio's Green Line Scholarship Expert, 2014
- Association for Psychological Science, Convention Program Social Psychology Chair, 2014-2017
- One of the 4*0 Best Business School Professors Under 40*, Poets and Quants, 2014
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2014
- *Anneliese Maier Research Award* from the Alexander von Humboldt Foundation, German Federal Ministry of Education and Research. €250,000 (~$340,000), direct costs. 2014-2019.
- Russell Sage Foundation fellow, 2013-2014
- One of the Top 6 Psychology Findings of 2013, thedailymuse.com, for Vohs, Redden, and Rahinel, 2013, *Psychological Science.*
- One of the 15 Best Behavioral Science Graphs of 2010-2013 for Hofmann, Vohs, and Baumeister, 2013, *Psychological Science*.
- One of the Top Scientific Insights of 2013 from the Science of a Meaningful Life for Baumeister, Vohs, Aaker, and Garbinsky, *Journal of Positive Psychology.*
- American Marketing Association DocSig "Top Author Productivity for 2009-2013."
- Winner of 2013 Free Will Essay Prize, Templeton Foundation: Shariff and Vohs (2014) "What Would You Do If You Didn't Have Free Will?" *Scientific American.*
- "Star Series" Speaker, Bocconi University, 2013
- "Does High Self-Esteem Cause Better Performance, Interpersonal Success, Happiness, or Healthier Lifestyles?" (Baumeister, Campbell, Krueger, & Vohs, 2003): #1 most cited article per year of any APS journal article, and most cited APS journal article published in the 10 years since its publication
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2013
- USC Marshall School of Business Distinguished Marketing Ph.D. Mentor, 2013
- *Honorary Chair in Experimental Consumer Research*, Faculty of Economics and Business, Groningen University, 2012 – 2016
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2012
- American Marketing Association's Sheth Consortium faculty fellow, 2011
- Editorial Review Board member, *Journal of Experimental Psychology: General*, 2011-2016; 2019-present
- *Land O'Lakes Professor of Excellence in Marketing*, 2011-2014
- Gustavus Adolphus College's Distinguished Kendall lecture, 2011
- Affiliated faculty of the University of Minnesota Law School, 2011

- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2011
- Elected as Fellow, Society for Personality and Social Psychology, 2010
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2010
- Minnesota Psychological Association Distinguished Scholar lecture, 2010
- Top researcher award; Carlson School of Management, University of Minnesota, 2009
- Outstanding reviewer award from *Journal of Consumer Research,* 2010
- Editorial Board member, *Journal of Personality and Social Psychology: Attitudes and Social Cognition*, 2011 to present
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2009
- Best of 2009: "Study: Your Brain Thinks Money is a Drug." National Public Radio
- Editorial Review Board member, *Journal of Experimental Social Psychology*, 2009-2014
- Society for Medical Decision Making annual meeting travel award, 2009
- Associate, Behavioral and Brain Sciences, 2009
- Elected as Fellow, Society for Experimental Social Psychology, 2009
- Elected as Fellow, Association for Psychological Science, 2009
- Editorial Review Board member, *Psychological Science*, 2009-present
- Editorial Review Board member, *Journal of Neuroscience, Psychology, and Economics*, 2009-present
- Editorial Review Board member, *Journal of Experimental Social Psychology*, 2009-present
- *McKnight Presidential Fellowship*, University of Minnesota, 2008-2011
- International Society for Self and Identity Outstanding Early Career Award, 2009
- SAGE Young Scholars Award, in conjunction with the Foundation for Social and Personality Psychology, 2008
- Honorable mention, Theoretical Innovation Prize, Society for Personality and Social Psychology (SPSP), with Baumeister, Dewall, and Zhang, 2008
- Early Career Award Finalist, International Society for Self and Identity, part of the Society for Personality and Social Psychology (SPSP), 2008
- Editorial Board member *Journal of Consumer Research*, 2008 to 2018
- Editorial Board member, *Journal of Personality and Social Psychology: Intergroup Relations and Group Processes*, 2007 to 2018
- University of Minnesota, Carlson School Faculty Media Star Award, 2007
- Advisory Board Member, University of Minnesota Law School Institute for Law and Rationality, 2007
- *McKnight Land-Grant Professorship*, University of Minnesota, 2007-2009
- Member of the graduate faculty, Interpersonal Relationships Research, University of Minnesota
- Selected as mentor by the Graduate Student Council, Society for Personality and Social Psychology (SPSP), 2007
- Affiliate Member, Center for Cognitive Sciences, University of Minnesota, 2006
- Associate Member, Interpersonal Relationships research stream, Institute for Child Development, University of Minnesota, 2006
- First Decade Alumni Award Finalist, Gustavus Adolphus College, 2006

- International Affiliate, Centre for Research on Self and Identity, University of Southampton, England, 2005
- Center for Advanced Study in the Behavioral Science Summer Scholar: Institute on Emotions and Decision Making, 2004
- MENSA Award for Research in Excellence, with Schmeichel and Baumeister, 2004
- *Canada Research Chair in Marketing Science and Consumer Psychology*, 2003
- Editorial Board member *Journal of Personality and Social Psychology: Personality Processes and Individual Differences*, 2003 to 2009
- 1st Alumni Recognition Address, Gustavus Adolphus College, 2003
- Finalist, Nicosia Award, Best Competitive Paper, Assoc. for Consumer Research, 2002
- Hannah T. Croasdale Graduate Scholar Award, Dartmouth College, 2000
- American Psychological Association (APA) Dissertation Research Award, 1999
- Society for Personality and Social Psychology (SPSP) Student Travel Award, 1999
- Society for Personality and Social Psychology (SPSP) Student Travel Award, 1998
- Phi Beta Kappa Society, 1996

## Research Grants

"Self-Regulatory Resources and Interpersonal Functioning," Kathleen D. Vohs (PI). Individual Post-Doctoral National Research Service Award, National Institutes of Mental Health, #MH12794. Funding period July 2000 to July 2003.

"Effects of Money on Self and Identity," Kathleen D. Vohs (PI). Humanities and Social Science Research Grant/ HSS Small Grants Bridging Program. Funding period October 2003 – March 2004. $2000 CND.

"Self-Esteem and Purchasing Decisions," Kathleen D. Vohs (PI), HSS Small Research Award. Funding period April 2004 – April 2005. $1294.49 CND.

"Effects of Money on Control, Efficacy, Power, and Behaviour," Kathleen D. Vohs (PI). Social Sciences and Humanities Research Council of Canada. Funding period 2003-2005. $97,000 CND.

"Destructive Effects of Social Rejection," Roy F. Baumeister (PI); Kathleen D. Vohs, Consultant. National Institutes of Health, #MH65559. $960,621. Funding period 2003 – 2007.

"On Resisting and Yielding to Temptation: A Resource-Depletion Account of the Impact of Social Influence Techniques," Bob Fennis (PI); Kathleen D. Vohs, Consultant. Netherlands Organization for Scientific Research (NOW). Funding period 2005 – 2009. $169,000 Euro.

"Making Choices and Self-Control," Kathleen D. Vohs (PI). Institute for Research in Marketing, Carlson School of Management, University of Minnesota. Summer 2006. $3,428.

"A Tripartite Model of Compulsive Spending: What Predicts Who Will Develop Overspending Problems?" Kathleen D. Vohs (PI). Transformative Consumer Research Grant, Association for Consumer Research. Funding period 2006 – 2008. $2,500.

"The Importance of Self-Regulation for Preventing Skin Cancer" Kathleen D. Vohs (PI). American Cancer Society Institutional Research Grant. Funding period January 2007 – December 2007. $18,345.

"The Neuroanatomical Basis of Anti-Drug Media Messages: The Impact of Effectiveness and Risk Factors" Angus W. MacDonald & Marco Yzer (co-PIs), Kathleen D. Vohs (I). National Institutes of Drug Abuse (NIH). Funding period September 2007 – April 2012. $1,120,000.

"The Role of Self-Control and Exchange-Based Processes in Close Relationships," Kathleen D. Vohs (PI). Netherlands Organization for Scientific Research (NWO). Funding period 2008. $9,000 Euro.

"The Economics and Psychology of Deductibles and the Coverage Gap in Medicare Part D," Kathleen D. Vohs and Robert J. Town (PIs), Medical Industry Leadership Institute of Carlson School of Management, University of Minnesota. Funding period 2009-2010. $19,229.

"Draining the Will for Peace or War: Understanding How Social Influence and Self-Regulation Processes Interact in Conflict," Winnifred Louis (PI), Joanne Smith (I), and Kathleen D. Vohs (I), Australian Research Council Discovery Projects. Funding period 2009 – 2013. $90,000(AU).

"A Multi-Dimensional Construct and Measurement Scale of Impulse Purchases," Karen A. Machleit, Frank R. Kardes, John B. Dinsmore, and Kathleen D. Vohs. Marketing Science Institute (MSI). Funding period 2011 – 2013. $7,667.

"The Psychology of Free Will: Beliefs about Free Will and Behavioral Effects of Altering those Beliefs" Kathleen D. Vohs, Thomas Nadelhoffer, Eddy Nahmias, and Jonathan Schooler (PIs), John Templeton Foundation. Funding period 2011-2013. $293,209.

"From Free Will Beliefs to Virtuous Behaviors," Roy F. Baumeister and Kathleen D. Vohs (PIs), John Templeton Foundation. Funding period 2012-2014. $249,599.

"The Symbolic Meaning of Money and Control: Research on Money as a Psychological Resource Used in Self-Regulation," Agata Gasiorowska (PI), Kathleen D. Vohs, Tomasz Zaleskiewicz, and Pelin Kesebir (co-PIs). Polish National Science Center. Funding period 2014-2016. 332,440 PLN (ca. $110,000 USD).

"The Consequences of the Repeated Activation of the Concept of Money," Anna Kuzminska (PI) and Kathleen D. Vohs (I). Polish National Science Center. Funding period 2014-2016. 67,040 PLN (ca. $22,100 USD).

"Adaptive Prospection: Wisdom, Intensity Bias, and Forecasting Accuracy," Igor Grossmann and Kathleen D. Vohs (PIs). John Templeton Foundation. Funding period 2014-2016. $164,676.

"Endocrinal Reactions to Handling Money and Their Effect on Risk Tolerance," John Dinsmore (PI), Eric Stenstrom, Jonathan Kunstman, and Kathleen D. Vohs (Is). Wright State University/Rike Consumer Research Foundation Funding. period 2015-2017, $14,280.

"Complementary Benefits of First- and Third-Person Perspectives for Self-Control," E. J. Masicampo, Shaun Nichols, and Kathleen D. Vohs (PIs). John Templeton Foundation. Funding period 2015-2017, $201,491.

"Cognitive and Self-Regulatory Mechanisms of Obesity Study (COSMOS)," Misty Hawkins (PI), Kathleen D. Vohs (Consultant). National Institute of Diabetes and Digestive and Kidney Diseases. Funding period 2015-2020. $852,157 (Direct Costs).

"Fighting Over-Indebtedness: Self-Regulation and Consumer Environment," Mário Ferreira (PI), Kathleen D. Vohs (co-I). FCT (Portuguese Science Foundation). Funding period 2016-2019. $217,000 (Direct Costs).

"Eat the Rich: On the Moral Motivation to Punish the Beneficiaries of Inequality Rather than Help its Victims." Azim Shariff, Lara Aknin, Kyoungmi Lee, and Kathleen D. Vohs (PIs). Tobin Project on Inequality. Funding period 2016-2018. $20,000.

"Replication Outcomes: Does Experimenter Behavior Play a Role?" Kathleen D. Vohs (PI), Metascience Grant, Fetzer Franklin Fund, Funding period 2019-2021, $11600.

**Teaching Grants**
Teaching/Professional Development Grant. Office of the Dean, University of Minnesota Carlson School of Management ($3,030). Funding period 2016-2017.

**Conference Grants**
Emotion and Decision Making Conference. George Loewenstein, Roy F. Baumeister, and Kathleen D. Vohs (PIs). University of California-Berkeley July 08 – 14, 2005. Sponsored by Russell Sage Foundation. ($20,000).

The Meaning of Money: State of the Field Conference. Kathleen D. Vohs (PI). Russell Sage Foundation, Winter 2013. Sponsored by Russell Sage Foundation ($16,000), Wells Fargo Bank ($20,000), and the Carlson School of Management's Institute for Research in Marketing ($2,500).

**Refereed Articles**
1.    Vohs, Kathleen D., Anna M. Bardone, Thomas E. Joiner Jr., Lyn Y. Abramson, and Todd F. Heatherton (1999), "Perfectionism, Perceived Weight Status, and Self-Esteem Interact to Predict Bulimic Symptoms: A Model of Bulimic Symptom Development," *Journal of Abnormal Psychology,* 108 (November), 695-700.

2.    Vohs, Kathleen D. and Todd F. Heatherton (2000), "Self-Regulation Failure: A Resource-Depletion Approach," *Psychological Science*, 11 (May), 249-54.

23

3.    Heatherton, Todd F. and Kathleen D. Vohs (2000), "Interpersonal Evaluations Following Threats to Self: Role of Self-Esteem," *Journal of Personality and Social Psychology,* 78 (April), 725-736.

4.    Joiner, Thomas E., Jr., Kathleen D. Vohs, and Norman B. Schmidt (2000), "Social Appraisal as Correlate, Antecedent, and Consequence of Mental and Physical Health Outcomes," *Journal of Social and Clinical Psychology*, 19 (Fall), 336-351.

5.    Joiner, Thomas E., Jr., Kathleen D. Vohs, and Todd F. Heatherton (2000), "Three Studies on the Factorial Distinctiveness of Binge Eating and Bulimic Symptoms Among Non-Clinical Men and Women," *International Journal of Eating Disorders,* 27 (March), 198-205.

6.    Bardone, Anna M., Kathleen D. Vohs, Lyn Y. Abramson, Todd F. Heatherton, and Thomas E. Joiner (2000), "The Confluence of Perfectionism, Body Dissatisfaction, and Low Self-Esteem Predicts Bulimic Symptoms: Clinical Implications," *Behavior Therapy,* 31 (Spring), 265-280.

7.    Vohs, Kathleen D., and Todd F. Heatherton (2001), "Self-Esteem and Threats to Self: Implications for Self-Construals and Interpersonal Perceptions," *Journal of Personality and Social Psychology,* 81 (December), 1103-1118.

8.    Baumeister, Roy F., Kathleen Catanese, and Kathleen D. Vohs (2001), "Is There a Gender Difference in Strength of Sex Drive? Theoretical Views, Conceptual Distinctions, and a Review of Relevant Evidence," *Personality and Social Psychology Review,* 5 (3), 242-273.

9.    Vohs, Kathleen D., Todd F. Heatherton, and Marcia Herrin (2001), "Disordered Eating and the Transition to College: A Prospective Study," *International Journal of Eating Disorders,* 29 (April), 280-288.

10.    Baumeister, Roy F., Ellen Bratslavsky, Catrin Finkenauer, and Kathleen D. Vohs (2001), "Bad is Stronger Than Good," *Review of General Psychology,* 5 (December), 323-370.

11.    Vohs, Kathleen D., Zachary R. Voelz, Jeremy W. Pettit, Anna M. Bardone, Jennifer Katz, Lyn Y. Abramson, Todd F. Heatherton, and Thomas E. Joiner, Jr. (2001), "Perfectionism, Body Dissatisfaction, and Self-Esteem: An Interactive Model of Bulimic Symptom Development," *Journal of Social and Clinical Psychology,* 20 (Winter), 476-497.

12.    Baumeister, Roy F., and Kathleen D. Vohs (2002), "The Collective Invention of Language to Access the Universe of Possible Ideas," *Behavioral and Brain Sciences,* 25 (December), 675-676.

13. Vohs, Kathleen D. and Brandon J. Schmeichel (2003), "Self-Regulation and the Extended Now: Controlling the Self Alters the Subjective Experience of Time," *Journal of Personality and Social Psychology,* 85 (2), 217-30.

14. Vohs, Kathleen D. and Todd F. Heatherton (2003), "The Effects of Self-Esteem and Ego Threat on Interpersonal Appraisals of Men and Women: A Naturalistic Study," *Personality and Social Psychology Bulletin,* 29 (November), 1407-1420.

15. Baumeister, Roy F., Jennifer D. Campbell, Joachim I. Krueger, and Kathleen D. Vohs (2003), "Does High Self-Esteem Cause Better Performance, Interpersonal Success, Happiness, or Healthier Lifestyles?" *Psychological Science in the Public Interest,* 4 (May), 1-44.

16. Schmeichel, Brandon J., Kathleen D. Vohs, and Roy F. Baumeister (2003), "Intellectual Performance and Ego Depletion: Role of the Self in Logical Reasoning and Other Information Processing," *Journal of Personality and Social Psychology*, 85 (July), 33-46.

17. Joiner, Thomas E., Jr., Kathleen D. Vohs, Jennifer Katz, Paul Kwon, and John P. Kline (2003), "Excessive Self-Enhancement in Roommate Relationships: Her Virtue is His Vice?," *Self and Identity,* 2 (1), 21-30.

18. Joiner, Thomas E., Jr., Kathleen D. Vohs, M. David Rudd, Norman B. Schmidt, and John W. Pettit (2003), "Problem-Solving and Cognitive Scars in Mood and Anxiety Disorders: The Sting of Mania," *Journal of Social and Clinical Psychology*. 22 (June), 192-212.

19. Schuchardt, Jane, Sharon DeVaney, Kathleen D. Vohs, Ronald J. Faber, Michael Gutter, and Michael Finke (2003), "The Economic and Psychological Determinants of Household Savings Behavior," *Consumer Interests Annual,* 49 (April), 230-231.

20. Vohs, Kathleen D. and Todd F. Heatherton (2004), "Ego Threat Elicits Different Social Comparison Processes Among High and Low Self-Esteem People: Implications for Interpersonal Perceptions," *Social Cognition,* 22 (February), 168-191.

21. Baumeister, Roy F., Liqing Zhang, and Kathleen D. Vohs (2004), "Gossip as Cultural Learning," *Review of General Psychology,* 8 (June), 111-121.

22. Baumeister, Roy F. and Kathleen D. Vohs (2004), "Sexual Economics: Sex as Female Resource for Social Exchange in Heterosexual Interactions," *Personality and Social Psychology Review*, 8 (4), 339-363.

23. Baumeister, Roy F., Jennifer D. Campbell, Joachim I. Krueger, and Kathleen D. Vohs (2005), "Exploding the Self-Esteem Myth," *Scientific American,* 292 (January), 84 – 91. Reprinted in *Scientific American Mind: Thought, ideas, brain science* (2005), 16 (4), 50-57.

24. Vohs, Kathleen D., Roy F. Baumeister, and Natalie Ciarocco (2005), "Self-Regulation and Self-Presentation: Regulatory Resource Depletion Impairs Impression Management and Effortful Self-Presentation Depletes Regulatory Resources, "*Journal of Personality and Social Psychology,* 8 (April), 632-657.

25. Perez, Marisol, Kathleen D. Vohs, and Thomas E. Joiner, (2005), "Discrepancies Between Self- and Other-Esteem as Correlates of Aggression," *Journal of Social and Clinical Psychology,* 24 (August), 607-620.

26. Wallace, Harry M., Kathleen D. Vohs, and Roy F. Baumeister (2005), "Audience Support and Choking Under Pressure: A Home Disadvantage?" *Journal of Sports Science*s, 23 (April), 429-438.

27. Holt-Denoma, Jill M., Kathryn H. Gordon, Ana M. Bardone, Kathleen D. Vohs, Lyn Y. Abramson, Todd F. Heatherton, and Thomas E. Joiner (2005), "A Test of an Interactive Model of Bulimic Symptomatology in Adult Women," *Behavioral Therapy,* 36 (Fall), 311-321.

28. Heine, Steven J., Travis Proulx, and Kathleen D. Vohs (2006), "Meaning Maintenance Model: On the Coherence of Social Motivations," *Personality and Social Psychology Review,* 10 (2), 88-110.

29. Bardone-Cone, Anna M., Lyn Y. Abramson, Kathleen D. Vohs, Todd F. Heatherton, and Thomas E. Joiner, Jr. (2006), "Predicting Bulimic Symptoms: An Interactive Model of Self-Efficacy, Perfectionism, and Perceived Weight Status," *Behavior Research and Therapy,* 44 (January), 27-42.

30. Bruyneel, Sabrina, Siegfried Dewitte, Kathleen D. Vohs, and Luk Warlop (2006), "Repeated Choosing Increases Susceptibility to Affective Product Features," *International Journal of Research in Marketing,* 23, (June), 215-225.

31. Vohs, Kathleen D., Nicole L. Mead, and Miranda R. Goode (2006), "The Psychological Consequences of Money," *Science,* 314 (5802), 1154-1156.

32. Vohs, Kathleen D. and Ronald J. Faber (2007), "Spent Resources: Self-Regulatory Resource Availability Affects Impulse Buying," *Journal of Consumer Research*, 33 (March), 537-547. This article was the most cited article one year later of those published in *JCR* in 2008.

33. Baumeister, Roy F., Kathleen D. Vohs, Nathan DeWall, and Liqing Zhang (2007), "How Emotion Shapes Behavior: Feedback, Anticipation, and Reflection, Rather Than Direct Causation," *Personality and Social Psychology Review,* 11 (May), 167-203.

34. Vohs, Kathleen D., Roy F. Baumeister, and Jason Chin (2007), "Feeling Duped: Emotional, Motivational, and Cognitive Aspects of Being Exploited by Others," *Review of General Psycholog*y, 11 (2), 127-141.

35.    Baumeister, Roy F. and Kathleen D. Vohs (2007), "Self-Regulation, Ego Depletion, and Motivation," *Social and Personality Psychology Compass,* 1 (November), 115-128.

36.    Baumeister, Roy F., Vohs, Kathleen D., and Funder, David C. (2007), "Psychology as the Science of Self-Reports and Finger Movements: Whatever Happened to Actual Behavior?" *Perspectives on Psychological Science*, 2 (December), 396-403. REPRINTED IN: Agnew, C. R., Carlston, D. E., Graziano, W. G., & Kelly, J. R. (Eds.), *Then a miracle occurs: Focusing on behavior in social psychological theory and research.* New York: Oxford University Press, 12-27.

37.    Baumeister, Roy F., Kathleen D. Vohs, and Dianne M. Tice (2007), "The Strength Model of Self-Control," *Current Directions in Psychological Science,* 16 (6), 351-355.

38.    Vohs, Kathleen D., Roy F. Baumeister, Brandon J. Schmeichel, Jean M. Twenge, Noelle M. Nelson and Dianne M. Tice (2008), "Making Choices Impairs Subsequent Self-Control: A Limited Resource Account of Decision Making, Self-Regulation, and Active Initiative," *Journal of Personality and Social Psychology,* 94 (5), 883-898.

39.    Vohs, Kathleen D. and Jonathan W. Schooler (2008), "The Value of Believing in Free Will: Encouraging a Belief in Determinism Increases Cheating," *Psychological Science,* 19 (1), 49-54.

40.    Vohs, Kathleen D., Nicole L. Mead and Miranda R. Goode (2008), "Merely Activating the Concept of Money Changes Personal and Interpersonal Behavior," *Current Directions in Psychological Science* 17 (3), 208-212.

41.    Holt-Denoma, Jill M., Thomas E. Joiner, Kathleen D. Vohs and Todd F. Heatherton (2008), "The 'Freshman Fifteen' (the Freshman Five Actually): Predictors and Possible Explanations," *Health Psychology,* 27 (1, Suppl), S3 – S9.

42.    Krueger, Joachim I., Kathleen D. Vohs, and Roy F. Baumeister (2008), "The Allure of Self-Esteem: A Mirage After All?" *American Psychologist*, 63 (1), 64-65.

43.    Janssen, Loes, Bob M. Fennis, Ad Th. H. Pruyn, and Kathleen D. Vohs (2008), "The Role of Regulatory Resource Depletion in the Effectiveness of Social Influence Techniques," *Journal of Business Research*, 61 (10), 1041-1045.

44.    DeWall, C. Nathan, Roy F. Baumeister and Kathleen D. Vohs (2008), "Satiated With Belongingness? Effects of Acceptance, Rejection, and Task Framing on Self-Regulatory Performance," *Journal of Personality and Social Psychology*, 95 (6), 1367-1382.

45.    Cain, Angela S., Anna M. Bardone-Cone, Lyn Y. Abramson, Kathleen D. Vohs and Thomas E. Joiner, Jr. (2008), "Refining the Relationships of Perfectionism, Self-Efficacy, and Stress to Dieting and Binge Eating: Examining the Appearance, Interpersonal, and

Academic Domains," *International Journal of Eating Disorders*, 41 (December), 713-721.

46.    Fennis, Bob M., Loes Janssen, and Kathleen D. Vohs (2009), "Acts of Benevolence: A Limited-Resource Account of Compliance with Charitable Requests," *Journal of Consumer Research,* 35 (6), 906-924.

47.    Schmeichel, Brandon J. and Kathleen D. Vohs (2009), "Self-Affirmation and Self-Control: Affirming Core Values Counteracts Ego Depletion," *Journal of Personality and Social Psychology*, 96 (4), 770-782.

48.    Zhou, Xinyue, Kathleen D. Vohs, and Roy F. Baumeister* (2009), "The Symbolic Power of Money: Reminders of Money Alter Social Distress and Physical Pain," *Psychological Science,* 20 (6), 700-706. *Authorship input equal.

49.    Fennis, Bob M., Loes Janssen, and Kathleen D. Vohs (2009), "Impaired Self-Control Can Promote Prosocial and Health-Fostering Behavior," *Psychology and Health,* 24, 25 (Supplement 1).

50.    Dahl, Darren, Jaideep Sengupta, and Kathleen D. Vohs* (2009), "Sex in Advertising: Gender Differences and the Role of Relationship Commitment," *Journal of Consumer Research,* 36 (August), 215 – 231. *Authorship input equal.
        REPRINTED IN*, Recherche et Applications en Marketing*, Journal of the French Marketing Association, 2010, 25 (1).

51.    Cain, Angela S., Anna M. Bardone-Cone, Lyn Y. Abramson, Kathleen D. Vohs and Thomas E. Joiner, Jr. (2010), "Prospectively Predicting Dietary Restraint: The Role of Interpersonal Self-Efficacy, Weight/Shape Self-Efficacy, and Interpersonal Stress," *International Journal of Eating Disorders,* 43 (6), 505-512.

52.    Stillman, Tyler F., Roy F. Baumeister, Kathleen D. Vohs, Nathan M. Lambert, Frank D. Fincham and Lauren E. Brewer (2010), "Personal Philosophy and Personnel Achievement: Belief in Free Will Predicts Better Job Performance," *Social Psychological and Personality Science* 1 (January), 43-50.

53.    Harakeh, Zeena, Rutger Engels, Rick van Baaren, James D. Sargent, and Kathleen D. Vohs (2010), "Exposure to Movie Smoking, Antismoking Ads, and Smoking Intensity: An Experimental Study with a Factorial Design," *Tobacco Control,* 19, 185-190.

54.    Proulx, Travis, Steven J. Heine, Kathleen D. Vohs (2010), "When Is the Unfamiliar the Uncanny?: Meaning Affirmation After Exposure to Absurdist Literature, Humor, and Art," *Personality and Social Psychology Bulletin*, 36 (6), 817-829*.

55.    Aaker, Jennifer L., Kathleen D. Vohs, Cassie Mogilner (2010), "Non-Profits Are Seen as Warm and For-Profits as Competent: Firm Stereotypes Matter," *Journal of Consumer Research,* 37 (2), 224-237*.

56.     Ciarocco, Natalie J., Kathleen D. Vohs, and Roy F. Baumeister (2010), "Some Good News About Rumination: Task-Focused Thinking After Failure Facilitates Performance Improvement." Journal *of Social and Clinical Psychology,* 29 (10), 1057-1073.

57.     Baumeister, Roy F., E. J. Masicampo, and Kathleen D. Vohs (2011), "Do Conscious Thoughts Cause Behavior?" *Annual Review of Psychology,* 62*,* 331-362.

58.     DeWall, C. Nathan, Roy F. Baumeister, Nicole L. Mead, Kathleen D. Vohs (2011), "How Leaders Self-Regulate Their Task Performance: Evidence that Power Promotes Diligence, Depletion, and Disdain," *Journal of Personality and Social Psychology,* 100 (1), 47-65.

59.     Sundie, Jill M., Douglas T. Kenrick, Vladas Griskevicius, Joshua M. Tybur, Kathleen D. Vohs, and Daniel J. Beal (2011), "Peacocks, Porsches, and Thorstein Veblen: Conspicuous consumption as a sexual signaling system," *Journal of Personality and Social Psychology,* 100 (4), 664-680*.*

60.     Rawn, Catherine D. and Kathleen D. Vohs (2011), "People Use Self-Control To Risk Personal Harm: An Intra-Interpersonal Dilemma," *Personality and Social Psychology Review*, 15 (3), 267-289.

61.     Mead, Nicole L., Roy F. Baumeister, Tyler F. Stillman, Catherine D. Rawn, and Kathleen D. Vohs (2011), "Social Exclusion Causes People to Spend and Consume Strategically in the Service of Affiliation," *Journal of Consumer Research*, 35 (February), 902-919.

62.     Vohs, Kathleen D., Catrin Finkenauer and Roy F. Baumeister (2011), "The Sum of Friends' and Lovers' Self-Control Scores Predicts Relationship Quality," *Social Psychological and Personality Science,* 2 (2), 138-145.

63.     Schmeichel, Brandon J., Kathleen D. Vohs and S. Cristina Duke (2011), "Self-Control at High and Low Levels of Mental Construal," *Social Psychological and Personality Science,* 2 (2), 182-189.

64.     Vohs, Kathleen D., Brian D. Glass, W. Todd Maddox, and Arthur B. Markman (2011), "Ego Depletion is Not Just Fatigue: Evidence from a Total Sleep Deprivation Experiment," *Social Psychological and Personality Science,* 2 (2), 166-173.

65.     Hamilton, Ryan, Kathleen D. Vohs, Anne-Laure Sellier, and Tom Meyvis (2011), "Being of Two Minds: Switching Mindsets Exhausts Self-Regulatory Resources," *Organizational Behavior and Human Decision Processes,* 115 (May), 13-24*.*

66.     Lee, Kyoungmi, Hakkyun Kim, and Kathleen D. Vohs (2011), "Stereotype Threat in the Marketplace: Consumer Anxiety and Purchase Intentions," *Journal of Consumer Research*, 38 (August), 343-357.

67. Yzer Marco C., Kathleen D. Vohs, Monica Luciana, Bruce N. Cuthbert, and Angus W. McDonald (2011), "Affective Antecedents of the Perceived Effectiveness of Antidrug Advertisements: An Analysis of Adolescents' Momentary and Retrospective Evaluations," *Prevention Science,* 12 (3), 278-288.

68. Fransen, Marieke L., Bob M. Fennis Ad T. H. Pruyn, and Kathleen D. Vohs (2011), "When Fit Fosters Favoring: The Role of Private Self-Focus," *Journal of Experimental Social Psychology,* 47 (Feb), 202-207.

69. Stillman, Tyler F., Frank D. Fincham, Nathaniel M. Lambert, Christa A. Phillips and Kathleen D. Vohs (2012), "The Material and Immaterial in Conflict: Spirituality Reduces Conspicuous Consumption Motives," *Journal of Economic Psychology,* 33, 1-7.

70. Teunissen, Hanneke, Renske Spijkerman, Tim Schoenmakers, Kathleen D. Vohs, and Rutger C. M. E. Engels (2012), "The Effect of Self-Control Depletion on Attentional Bias for Alcohol Cues in Male Heavy Drinkers," *Journal of Applied Social Psychology,* 42 (3), 776-792

71. Hofmann, Wilhelm, Roy F. Baumeister, Georg Förster, and Kathleen D. Vohs (2012), "Everyday Temptations: An Experience Sampling Study of Desire, Conflict, and Control," *Journal of Personality and Social Psychology,* 102 (6), 1318-1335.

72. Sweeny, Kate and Kathleen D. Vohs (2012), "On Near Misses and Completed Tasks: The Nature of Relief," *Psychological Science,* 23 (5), 464-468

73. Hofmann, Wilhelm, Kathleen D. Vohs, and Roy F. Baumeister (2012), "What People Desire, Feel Conflicted About, and Try to Resist in Everyday Life," *Psychological Science,* 23 (6), 582-588.

74. Rudd, Melanie, Kathleen D. Vohs, and Jennifer L. Aaker (2012), "Awe Expands People's Perception of Time, Alters Decision Making, and Enhances Well-Being," *Psychological Science*, 23 (10), 1130-1136.

75. Hedgcock, William M., Kathleen D. Vohs, and Akshay Rao (2012), "Reducing Self-Control Depletion Effects through Enhanced Sensitivity to Implementation: Evidence from fMRI and Behavioral Studies," *Journal of Consumer Psychology,* 22, 486-495.

76. Roese, Neal J. and Kathleen D. Vohs (2012), "Hindsight Bias," *Perspectives on Psychological Science,* 7 (5), 411-426.

77. Vohs, Kathleen D., Roy F. Baumeister, and Brandon J. Schmeichel (2013), "Motivation, Personal Beliefs, and Limited Resources All Contribute to Self-Control," *Journal of Experimental Social Psychology,* 49, 184-188.

78.    Vohs, Kathleen D., Ji Park, and Brandon J. Schmeichel (2013), "Self-Affirmation Can Enable Goal Disengagement," *Journal of Personality and Social Psychology,* 104 (1), 14-27.

79.    Yang, Qing, Xiaochang Wu, Xinyue Zhou, Nicole L. Mead, Kathleen D. Vohs, and Roy F. Baumeister (2013), "Diverging Effects of Clean Versus Dirty Money on Attitudes, Values, and Interpersonal Behavior," *Journal of Personality and Social Psychology,* 104 (3), 473-489.

80.    Caruso, Eugene M., Kathleen D. Vohs, Brittani Baxter, and Adam Waytz (2013), "Mere Exposure to Money Increases Endorsement of Free Market Systems and Social Inequality," *Journal of Experimental Psychology: General,* 142 (May), 301-306.

81.    Paharia, Neeru, Kathleen D. Vohs, and Rohit Deshpandé (2013), "Sweatshop Labor is Wrong Unless the Shoes are Cute: Cognition Can Both Help and Hurt Moral Motivated Reasoning," *Organizational Behavior and Human Decision Processes,* 121 (1)*,* 81-88*.*

82.    Vohs, Kathleen D., Yajin Wang, Francesca Gino, and Michael I. Norton (2013), "Rituals Enhance Consumption," *Psychological Science,* 24 (September), 1860-1867

83.    Vohs, Kathleen D., Joseph P. Redden, and Ryan Rahinel (2013), "Physical Order Produces Healthy Choices, Generosity, Conventionality, Whereas Disorder Produces Creativity," *Psychological Science,* 24 (September), 1714-1721.

84.    Vohs, Kathleen D., Jaideep Sengupta and Darren W. Dahl (2014), "The Price Had Better Be Right: Women's Reactions to Sexual Stimuli Vary with Market Factors," *Psychological Science,* 25 (1), 278-283.

85.    Ramsay, Ian, Marco Yzer, Monica Luciana, Kathleen D. Vohs, and Angus MacDonald (2013), "Affective and Executive Network Processing Associated with Persuasive Anti-Drug Messages," *Journal of Cognitive Neuroscience*, 25 (7), 1136-1147.

86.    Baumeister, Roy F., Kathleen D. Vohs, Jennifer L. Aaker, and Emily N. Garbinsky (2013), "Some Key Differences between a Happy Life and a Meaningful Life," *Journal of Positive Psychology*, 8 (6), 505-516.

87.    Buyukcan-Tetik, Asuman, Catrin Finkenauer, Sofie Kuppens, and Kathleen D. Vohs (2013), "Both Trust and Self-Control are Necessary to Prevent Intrusive Behaviors: Evidence from a Longitudinal Study of Married Couples," *Journal of Family Psychology,* 27 (4), 671-676.

88.    Hofmann, Wilhelm, Maike Luhmann, Rachel R. Fisher, Kathleen D. Vohs, and Roy F. Baumeister (2014), "Yes, But Are They Happy? Effects of Trait Self-Control on Affective Well-Being and Life Satisfaction," *Journal of Personality,* 82 (4), 265-277.

89.    Hofmann, Wilhelm, Marieke Adriaanse, Kathleen D. Vohs, and Roy F. Baumeister (2014), "Dieting and the Self-Control of Eating in Everyday Environments: An Experience Sampling Study," *British Journal of Health Psychology,* 19 (3), 523-539.

90.    Xie, Wenwen, Boya Yu, Xinyue Zhou, Constantine Sedikides, and Kathleen D. Vohs (2014), "Money, Moral Transgressions, and Blame," *Journal of Consumer Psychology,* 24 (3), 299-306.

91.    Molenberghs, Pascal, Rebecca Bosworth, Zoie Nott, Winnifred R. Louis, Joanne R. Smith, Catherine E. Amiot, Kathleen D. Vohs, and Jean Decety (2014), "The Influence of Group Membership and Individual Differences on Neural Responses When Punishing and Rewarding Others," *Human Brain Mapping,* 35 (10), 4989-4999.

92.    Ainsworth, Sarah E., Roy F. Baumeister, Daniel Ariely and Kathleen D. Vohs (2014), "Ego Depletion Decreases Trust in Economic Decision Making," *Journal of Experimental Social Psychology,* 54 (September), 40-49.

93.    Shariff, Azim F., Joshua D. Greene, Johan C. Karremans, Jamie Luguri, Cory J. Clark, Jonathan W. Schooler, Roy F. Baumeister and Kathleen D. Vohs (2014), "Free Will and Punishment: A Mechanistic View of Human Nature Reduces Retribution," *Psychological Science,* 25 (8), 1563-1570.

94.    Lasaleta, Jannine D., Constantine Sedikides and Kathleen D. Vohs (2014), "Nostalgia Weakens the Desire for Money," *Journal of Consumer Research,* 41 (3), 713-729.

95.    Hamilton, Ryan, Kathleen D. Vohs and Ann L. McGill (2014), "We'll Be Honest, This Won't Be the Best Article You'll Ever Read: The Use of Dispreferred Markers in Word-of-Mouth Communication," *Journal of Consumer Research, 41* (1), 197-212.

96.    MacKenzie, Michael J., Kathleen D. Vohs, and Roy F. Baumeister (2014), "Disbelief in Free Will Decreases Feelings of Gratitude," *Personality and Social Psychology Bulletin,* 40 (12), 1423-1434.

97.    Vohs, Kathleen D. and Roy F. Baumeister (2015), "Correcting Some Misrepresentations about Gender and Sexual Economics Theory: Comment on Rudman and Fetteroff (2014)," *Psychological Science,* 26 (9)*,* 1522-1523.

98.    Greenaway, Katherine, Katherine R. Storrs, Michael C. Philipp, Winnifred R. Louis, Matthew J. Hornsey, and Kathleen D. Vohs (2015), "Loss of Control Stimulates Approach Motivation," *Journal of Experimental Social Psychology*, 56 (January), 235-241.

99.    Finkenauer, Catrin, Asuman Buyukcan-Tetik, Roy F. Baumeister, Kim Schoemaker, Meike Bartels, and Kathleen D. Vohs (2015), "Out of Control: Identifying the Role of Self-Control Strength in Family Violence," *Current Directions in Psychological Science,* 24 (4), 261-266.

100.  Baumeister, Roy F., Jessica L. Alquist, and Kathleen D. Vohs (2015), "Illusions of Learning: Irrelevant Emotions Inflate Judgments of Learning," *Journal of Behavioral Decision Making*, 28 (2), 149-158.

101.  Vohs, Kathleen D. (2015), "Money Priming Can Change People's Thoughts, Feelings, Motivations, and Behaviors: An Update on 10 Years of Experiments," *Journal of Experimental Psychology: General*, 144 (4), e86-e93

102.  Gasiorowska, Agata, Lan N. Chaplin, Sandra Wygrab, Tomasz Zaleskiewicz, and Kathleen D. Vohs (2016), "Money Cues Increase Agency and Decrease Prosociality Among Children: Early Signs of Market Mode Behaviors," *Psychological Science,* 27 (3), 331-344.

103.  Baumeister, Roy F., Kathleen D. Vohs and Gabriele Oettingen (2016), "Pragmatic Prospection: How and Why People Think about the Future," *Review of General Psychology,* 20 (1), 3-16.

104.  Savani, Krishna, Nicole L. Mead, Tyler Stillman, and Kathleen D. Vohs (2016), "No Match for Money: Even in Intimate Relationships and Collectivistic Cultures Reminders of Money Weaken Sociomoral Responses," *Self and Identity,* 15 (3), 342-355.

105.  Polman, Evan and Kathleen D. Vohs (2016), "Decision Fatigue, Choosing for Others, and Self-Construal," *Social Psychological and Personality Science,* 7 (5), 471-478.

106.  Bianchi, Emily C. and Kathleen D. Vohs (2016), "Social Class and Social Worlds: Income Affects the Frequency and Nature of Social Contact," *Social Psychological and Personality Science,* 7 (5), 479-486. *Most read article in SPPS May, June, July 2016.

107.  Ainsworth, Sarah E., Roy F. Baumeister and Kathleen D. Vohs (2016), "Differentiation of Individual Selves Facilitates Group-Level Benefits of Ultrasociality," *Behavioral and Brain Sciences*, 39, e93.

108.  ten Brinke, Leanne, Dana R. Carney and Kathleen D. Vohs (2016), "Can Ordinary People Detect Deception After All?," *Trends in Cognitive Sciences,* 20 (8), 579-588.

109.  Donnelly, Grant E., Masha Ksendzova, Ryan T. Howell, Kathleen D. Vohs, and Roy F. Baumeister (2016), "Buying to Blunt Negative Feelings: Materialism as Escape from the Self," *Review of General Psychology,* 20 (3), 272-316.

110.  Loth, Katie A., Andrea B. Goldschmidt, Stephen A. Wonderlich, Jason M. Lavender, Dianne Neumark-Sztainer, and Kathleen D. Vohs (2016), "Could the Resource Depletion Model of Self-Control Help the Field to Better Understand Momentary Processes that Lead to Binge Eating?," *International Journal of Eating Disorders,* 49 (11), 998-1001.

111.   Baumeister, Roy F., Sarah E. Ainsworth and Kathleen D. Vohs (2016), "Are Groups More or Less than the Sum of their Members? The Moderating Role of Individual Identification," Target article, *Behavioral and Brain Sciences,* 39, e137. doi:10.1017/S0140525X15000618.

112.   Ainsworth, Sarah E., Roy F. Baumeister, and Kathleen D. Vohs (2016), "Differentiating Selves Facilitates Group Outcomes," *Behavioral and Brain Sciences,* 39, e167. doi:10.1017/S0140525X15001697.

113.   Baumeister, Roy F. and Kathleen D. Vohs (2016), "Misguided Effort with Elusive Implications," *Perspectives on Psychological Science*, 11(4), 574-575.

114.   Sezer, Ovul, Michael I. Norton, Francesca Gino, and Kathleen D. Vohs (2016), "Family Rituals Improve the Holidays," *Journal of the Association for Consumer Research,* 1(4), 509- 526.

115.   Sarial-Abi, Gülen, Kathleen D. Vohs, Ryan Hamilton, and Aulona Ulqinaku (2017), "Stitching Time: Vintage Consumption Connects the Past, Present, and Future," *Journal of Consumer Psychology,* 27 (2), 182-194.

116.   Monroe, Andrew E., Sarah E. Ainsworth, Kathleen D. Vohs, and Roy F. Baumeister (2017), "Fearing the Future? Increasing Future-Oriented Thought Leads to Heightened Aversion to Risky Investments, Trust, and Immorality," *Social Cognition,* 35 (1), 66-78.

117.   Vonasch, Andrew J., Cory J. Clark, Stephan Lau, Kathleen D. Vohs, and Roy F. Baumeister (2017), "Ordinary People Associate Addiction with Loss of Free Will," *Addictive Behaviors Reports,* 5, 56-66.

118.   Martin, Nathan, Davide Rigoni, and Kathleen D. Vohs (2017), "Free Will Beliefs Predict Attitudes toward Unethical Behavior and Criminal Punishment: A Global Analysis," *Proceedings of the National Academy of Sciences of the United States of America,* 114 (28), 7325-7330.

119.   Baumeister, Roy F., Tania Reynolds, Bo Winegard and Kathleen D. Vohs (2017), "Competing for Love: Applying Sexual Economics Theory to Mating Contests," *Journal of Economic Psychology*, 63, 230-241.

120.   Vonasch, Andrew J., Kathleen D. Vohs, Anastasiya P. Ghosh, and Roy F. Baumeister (2017), "Ego Depletion Induces Mental Passivity: Behavioral Effects Beyond Impulse Control Motivation Science," *Self and Identity*, 3 (4), 321-336.

121.   Banker, Sachin, Sarah E. Ainsworth, Roy F. Baumeister, Dan Ariely, and Kathleen D. Vohs (2017), "The Sticky Anchor Hypothesis: Ego Depletion Increases Susceptibility to Situational Cues," *Journal of Behavioral Decision Making,* 30 (5), 1027-1040.

122.   Wiese, C. W., Tay, L. Duckworth, A., D'Mello, S., Kuykendall, L., Hofmann, W., Baumeister, R. F., & Kathleen D. Vohs (2018), "Too Much of a Good Thing? Exploring

the Inverted-U Relationship between Self-Control and Happiness," *Journal of Personality,* 86 (May), 380-396.

123. Stenstrom, Eric, John Dinsmore, Johnathan Kuntsman, and Kathleen D. Vohs (2018), "The Effects of Money Exposure on Testosterone and Risk-Taking, and the Moderating Role of Narcissism," *Personality and Individual Differences,* 123 (March), 110-114.

124. Baumeister, Roy F., Heather M. Maranges, and Kathleen D. Vohs (2018), "Human Self as Information Agent: Functioning in a Social Environment Based on Shared Meanings," *Review of General Psychology,* 22 (1), 36-47.

125. Mead, Nicole L., Roy F. Baumeister, Anika Stuppy, and Kathleen D. Vohs (2018), "Power Increases the Socially Toxic Component of Narcissism Among Individuals with High Baseline Testosterone," *Journal of Experimental Psychology: General,* 147(4), 591-596.

126. Trendel, Olivier, Marc Mazodier, and Kathleen D. Vohs (2018), "Making Warnings About Misleading Advertising and Product Recalls More Effective: An Implicit Attitude Perspective," *Journal of Marketing Research*, 55 (2), 265-276.

127. Hafenbrack, Andrew C. and Kathleen D. Vohs (2018), "Mindfulness Meditation Impairs Task Motivation but Not Performance," *Organizational Behavior and Human Decision Processes,* 147 (July), 1-15.

128. Rudd, Melanie, Christian Hildebrand and Kathleen D. Vohs (2018), "Inspired to Create: Awe Enhances Openness to Learning and the Desire for Experiential Creation," *Journal of Marketing Research, 55* (5)*,* 766-781.

129. Mendonça, Cristina, André Mata and Kathleen D. Vohs (2019), "Self-Other Asymmetries in the Perceived Validity of the Implicit Association Test," *Journal of Experimental Psychology: Applied, 25(2),* 192-218.

130. Stavrova, Olga, Daniel Ehlebracht, and Kathleen D. Vohs (2020), "Victims, Perpetrators, or Both? The Vicious Cycle of Disrespect and Cynical Beliefs about Human Nature," *Journal of Experimental Psychology: General, 49(9)*, 1736–1754.

131. Baumeister, Roy F., Wilhelm Hofmann, Amy Summerville, Philip T. Reiss, and Kathleen D. Vohs (2020), "Everyday Thoughts in Time: Experience Sampling Studies of Mental Time Travel," *Personality and Social Psychology Bulletin*, *46 (12)*, 1631-1648.

132. Chaplin, Lan Nguyen, Tina M. Lowrey, Ayalla A. Ruvio, L. J. Shrum, and Kathleen D. Vohs (2020), "Age Differences in Children's Happiness from Material Goods and Experiences: The Role of Memory and Theory of Mind," *International Journal of Research in Marketing,* 37 (3), 572-586.

133. Mann, Frank D., Robert F. Krueger and Kathleen D. Vohs (2020), "Personal Economic Anxiety in Response to COVID-19," *Personality and Individual Differences,* 167 (1), 110233.

134. Grossmann, Igor, Anna Dorfman, Harrison Oakes, Henri C. Santos, Kathleen D. Vohs, and Abigail A. Scholer (2021), "Training for Wisdom: The Distanced Self-Reflection Diary Method," *Psychological Science,* 32 (3), 381-394.

135. Vohs, Kathleen D., Brandon J. Schmeichel, Sophie Lohmann, Quentin F. Gronau, Anna J. Finley.... E-J. Wagenmakers, and Dolores Albarracín (2021), "A Multi-Site Preregistered Paradigmatic Test of the Ego Depletion Effect," *Psychological Science,* 32 (10)*,* 1566-1581*.*

136. Vohs, Kathleen D. and Alex R. Piquero (2021), "Self-Control at 220 Miles Per Hour: Steering and Braking to Achieve Optimal Outcomes During Adolescence," *Current Directions in Psychological Science,* 30 (4)*,* 351-357.

137. Hagtvedt Henrik and Kathleen D. Vohs (2022), "Viewing Challenging Art Lends Meaning to Life by Stimulating Integrative Complexity," *Journal of Positive Psychology,* 17 (6), 876-887.

138. Kim, Sangmin, Olga Stavrova and Kathleen D. Vohs (2022), "Do Voting and Election Outcomes Predict Changes in Conspiracy Beliefs? Evidence from Two High-Profile U.S. Elections," *Journal of Experimental Social Psychology,* 103, 104396.

139. Schertz, Kathryn E., Jillian E. Bowman, Hiroki P. Kotabe, Elliot A. Layden, Jenny Zhen, Tanvi Lakhtakia, Muxuan Lyu, Olivia A. Paraschos, Stephen C. Van Hedger, Nak Won Rim, Kathleen D. Vohs and Marc G. Berman (2022), "Environmental Influences on Affect and Cognition: A Study of Natural and Commercial Semi-Public Spaces," *Journal of Environmental Psychology*, 83, 101852.

140. Schertz, Kathryn E., Schertz, Hiroki P. Kotabe, Kimberly L. Meidenbauer, Elliot A. Layden, Jenny Zhen, Jillian E. Bowman, Tanvi Lakhtakia, Muxuan Lyu, Olivia A. Paraschos, Elizabeth A. Janey, Anya L. Samtani, Andrew J. Stier, Kathryn Gehrke, Stephen C. Van Hedger, Kathleen D. Vohs and Marc G. Berman (2023), "Nature's path to thinking about others and the surrounding environment," *Journal of Environmental Psychology*, 89, 102046.

141. Zhang, Jinyi, Kathleen D. Vohs and Stephanie M. Carlson (2024), "Imagining the Future Improves Savings in Preschoolers," *Journal of Experimental Child Psychology,* 246, 105966.

142. Chapman, Linnéa M., Ana Valenzuela and Kathleen D. Vohs (2024), "More Than Just Your Name: Public Donations Drive Inferences of Egoistic and Altruistic Motives," *Psychology & Marketing,* 4I (August), 1854-1867.

143. Chapman, Linnéa M. and Kathleen D. Vohs (2025), "Should You Post That? A Social Mindfulness Approach to Sharing Information about Others Online," *Journal of the Association of Consumer Research,* 10 (3), 264-276.

144. Lowe, Michael, Wooyong Jo, Morgan Ward and Kathleen D. Vohs (in press), "The Sound of Status: Product Volume as a Status Signal of Dominance or Prestige," *Journal of Marketing Research*.

## <u>Invited Articles</u>

1. Heatherton, Todd F. and Kathleen D. Vohs, (1998), "Why Is It So Difficult to Inhibit Behavior?" *Psychological Inquiry,* 9 (3), 212-215.

2. Vohs, Kathleen D. and Roy F. Baumeister (2000), "Escaping the Self Consumes Regulatory Resources: A Self-Regulatory Model of Suicide," In Thomas E. Joiner, Jr. and M. David Rudd (Eds.), *Suicide science: Expanding boundaries,* Boston, MA: Kluwer Academic Publishing, 33-42.

3. Heatherton, Todd F. and Kathleen D. Vohs (2000), "Self-Esteem," In Edgar F. Borgatta and Rhonda J.V. Montgomery (Eds.), *Encyclopedia of sociology 2nd Edition,* New York, NY: Macmillan, 2511-2518.

4. Baumeister, Roy F. and Kathleen D. Vohs (2001), "Narcissism as Addiction to Esteem," *Psychological Inquiry,* 12 (October), 206-209.

5. Vohs, Kathleen D. and Brandon J. Schmeichel (2002), "What Makes Hope Hopeful? The Relationship Between Hope and Self-Regulation," *Psychological Inquiry,* 13 (4), 318-321.

6. Baumeister, Roy F. and Kathleen D. Vohs (2002), "The Pursuit of Meaningfulness in Life," In C. Richard Snyder and Shane J. Lopez (Eds.), *Handbook of positive psychology,* New York, NY: Oxford University Press, 608-628.

7. Baumeister, Roy F. and Kathleen D. Vohs (2003), "Willpower, Choice, and Self-Control," In George Loewenstein, Daniel Read, and Roy F. Baumeister (Eds.), *Time and decision: Economic and psychological perspectives on intertemporal choice,* New York, NY: Russell Sage Foundation Press, 201-216.

8. Baumeister, Roy F. and Kathleen D. Vohs (2003), "Self-Regulation and the Executive Function of the Self," In Mark R. Leary, and June Price Tangney (Eds.), *Handbook of self and identity*, New York, NY: Guilford Press, 197-217.

9. Vohs, Kathleen D. and Roy F. Baumeister (2004), "Understanding Self-Regulation: An Introduction," In Roy F. Baumeister and Kathleen D. Vohs (Eds.), *Handbook of Self-Regulation: Research, theory, and applications,* New York, NY: Guilford Press, 1-9.

10.  Vohs, Kathleen D. and Natalie J. Ciarocco (2004), "Interpersonal Functioning Requires Self-Regulation," In Roy F. Baumeister and Kathleen D. Vohs (Eds.), *Handbook of Self-Regulation: Research, theory, and applications,* New York, NY: Guilford Press, 392-410.

11.  Faber, Ronald and Kathleen D. Vohs. (2004), "To Buy or Not to Buy?: Self-Control and Self-Regulatory Failure in Purchase Behavior," In  (Eds.), *Handbook of Self-Regulation: Research, theory, and applications,* New York, NY: Guilford Press, 509-524.

12.  Baumeister, Roy F. and Kathleen D. Vohs (2004), "Four Roots of Evil," In Arthur G. Miller (Ed.) *The social psychology of good and evil: Understanding our capacity for kindness and cruelty,* New York, NY: Guilford Press, 85-101.

13.  Vohs, Kathleen D. and Roy F. Baumeister (2004), "Sexual Passion, Intimacy, and Gender," In Debra Mashek and Arthur Aron (Eds.), *Handbook of closeness and intimacy*, Mahwah, NJ: Erlbaum, 189-199.

14.  Vohs, Kathleen D. and Roy F. Baumeister (2004), "Ego-Depletion, Self-Control, and Choice," In Jeff Greenberg, Sander Leon Koole, and Tom Pyszczynski (Eds.), *Handbook of experimental existential psychology,* New York, NY: Guilford Press. 398-410.

15.  Vohs, Kathleen D., Kathleen Catanese, and Roy F. Baumeister (2004), "Sex in "His" Versus "Her" Relationships," In John Harvey, Susan Sprecher, and Amy Wenzel (Eds.), *Handbook of sexuality in close relationships,* Mahwah, NJ: Erlbaum. 455-474.

16.  Vohs, Kathleen D. and Roy F. Baumeister (2004), "Self-Control," In Celia Spielberg (Ed.) *Encyclopedia of applied psychology*, San Diego, CA: Academic Press.

17.  Baumeister, Roy F., Jennifer D. Campbell, Joachim I. Krueger, and Kathleen D. Vohs (2004), "Exploding the Self-Esteem Myth," *Scientific American Mind,* 16 (December), 50-57.

18.  Baumeister, Roy F. and Kathleen D. Vohs (2004), "Self-Regulation and Self-Control," In Christopher Peterson and Martin E.P. Seligman (Eds.), *Character strengths and virtues,* Washington DC: American Psychological Association; New York, NY: Oxford University Press. 499-516.

19.  Baumeister, Roy F. and Kathleen D. Vohs (2004), "Social Psychology Articles from the 1980s and 1990s: Some New Classics and Overlooked Gems," *Psychological Inquiry,* 14 (3-4), 193-195.

20.  Koole, Sandra L., Julius Kuhl, Nils Jostmann, and Kathleen D. Vohs (2005), "On the Hidden Benefits of State Orientation: Can People Prosper Without Efficient Affect Regulation Skills?," In Abraham Tesser, Joanne V. Wood, and Diederik Stapel (Eds.), *On building, defending and regulating the self,* New York, NY: Psychology Press. 217-244.

21.  Vohs, Kathleen D. (2005), "Marketing and Psychology," *APS Observer,* 18 (May), 46.

22.    Vohs, Kathleen D., Nicole Mead, Brandon Schmeichel, and Sabrina Bruyneel (2005),
       "Self-Regulatory Resource Depletion Makes People More Extreme in Their Emotions
       and Judgments: A Possible Mechanism for Depletion," In Cornelia Pechmann and L. L.
       Price *Advances in Consumer Research,* 33, October.

23.    Abramson, Lyn Y., Ana M. Bardone-Cone, Kathleen D. Vohs, Thomas E. Joiner, Jr., and
       Todd F. Heatherton (2005), "Cognitive Vulnerability to Bulimia," In (Eds.), *Cognitive
       Vulnerability to Emotional Disorders,* Hillsdale N.J.: Erlbaum, 329-364.

24.    Finkel, Eli J. and Kathleen D. Vohs (2006), "Introduction: Self and Relationships," In
       (Eds.), *Self and relationships: Connecting intrapersonal and interpersonal processes,*
       New York: Guilford Press, 1-14.

25.    Park, Lora E., Jennifer Crocker, and Kathleen D. Vohs (2006), "Contingencies of Self-
       Worth and Self-Validation Goals: Implications for Close Relationships," In (Eds.), *Self
       and relationships: Connecting intrapersonal and interpersonal processes,* New York,
       NY: Guilford Press, 84-103.

26.    Rawn, Catherine D. and Kathleen D. Vohs (2006), "The Importance of Self-Regulation
       for Interpersonal Functioning," In (Eds.), *Self and relationships: Connecting
       intrapersonal and interpersonal processes,* New York, NY: Guilford Press, 15-31.

27.    Vohs, Kathleen D. (2006), "Self-Regulatory Resources Power the Reflective System:
       Evidence from Five Domains," *Journal of Consumer Psychology*, 16 (3), 217-223.

28.    Baumeister, Roy F., Kathleen D. Vohs, and Dianne M. Tice (2006), "Emotional
       Influences on Decision Making," In Joseph P. Forgas (Ed.) *The role of affect in social
       thinking and behavior*, New York: Psychology Press, 143-160.

29.     Vohs, Kathleen D. (2006), "Entries on Social Psychology," In Gary R. VandenBos (Ed.)
       *The APA dictionary of psychology*, Washington, DC: American Psychological
       Association.

30.    Baumeister, Roy F. and Kathleen D. Vohs (2006), "Are Personality and Social
       Psychologists Behaving Themselves?" *Dialogue: Newsletter of the Society for
       Personality and Social Psychology,* 21, 3-7.

31.    Baumeister, Roy F., Brandon J. Schmeichel, and Kathleen D. Vohs (2007), "Self-
       Regulation and the Executive Function: The Self as Controlling Agent," In (Eds.), *Social
       psychology: Handbook of basic principles (2nd Edition),* New York, NY: Guilford Press,
       515-539.

32.    Vohs, Kathleen D. (2007), "Need to Belong," In (Eds.), *Encyclopedia of Social
       Psycholog*y, Thousand Oaks, CA: Sage, 615-617.

33.     Vohs, Kathleen D. (2007), "Barnum Effect," In Roy F. Baumeister and Kathleen D. Vohs
        (Eds.), *Encyclopedia of Social Psycholog*y, Thousand Oaks, CA: Sage, 101-102.

34.     Vohs, Kathleen D. (2007), "Sexual Economics," In Roy F. Baumeister and Kathleen D.
        Vohs (Eds.), *Encyclopedia of Social Psycholog*y, Thousand Oaks, CA: Sage, 863-864.

35.     Vohs, Kathleen D. and Brandon J. Schmeichel (2007), "Self-Regulation: How and Why
        People Reach (and Fail to Reach) Their Goals," In Constantine Sedikides and Steven
        Spencer (Eds.), *Frontiers in social psychology: The self,* Philadelphia, PA: Psychology
        Press, 139-162.

36.     Vohs, Kathleen D. and Roy F. Baumeister (2007), "Can Satisfaction Reinforce Wanting?
        A New Theory About Long-Term Changes in Strength of Motivation," In James Shah
        and Wendi Gardner (Eds.), *Handbook of Motivational Science*, New York: Guilford
        Press, 373-392.

37.     Baumeister, Roy F., Brandon J. Schmeichel, C. Nathan DeWall, Kathleen D. Vohs
        (2007), "Is the Conscious Self a Help, a Hindrance, or an Irrelevance to the Creative
        Process?," In  (Ed.) *Advances in Psychology Research, 53,* Nova Science Publishers,
        137-152.

38.     Vohs, Kathleen D. and Noelle M. Nelson (2007), "Self-Esteem and Likability: The
        Importance of Threat in Interpersonal Inclusion," In  (Eds.), *Researching the Self:
        Interdisciplinary Perspectives,* Newcastle (UK), Cambridge Scholars Publishing, 153-
        171.

39.     Nelson, Noelle M. and Kathleen D. Vohs (2007), "Integrating Self-Esteem and Level of
        Complexity: Implications for Interpersonal Interaction Research," In  (Eds.), *Researching
        the Self: Interdisciplinary Perspectives,* Newcastle (UK), Cambridge Scholars
        Publishing, 206-208.

40.     Vohs, Kathleen D. and Roy F. Baumeister (2007), "Introduction to Special Issue:
        Emotion and Decision Making," *Review of General Psychology,* 11 (2), 98.

41.     Rawn, Catherine D., Nicole L. Mead, Peter Kerkhof, and Kathleen D. Vohs (2007),
        "Decision Making Trade Offs After Ego Threat: Taking Care of the Self Versus Taking
        Care of Others Depends on Level of Self-Esteem," In  (Eds.), *Do emotions help or hurt
        decision making? A Hedgefoxian perspective,* New York: Russell Sage Foundation Press,
        157-182.

42.     Loewenstein, George, Kathleen D. Vohs, and Roy F. Baumeister (2007), "Introduction:
        The Hedgefox," In Kathleen D. Vohs, Roy F. Baumeister, and George Loewenstein
        (Eds.), *Do emotions help or hurt decision making? A Hedgefoxian perspective,* New
        York: Russell Sage Foundation Press, 15-31.

43.  Vohs, Kathleen D., Roy F. Baumeister, and Dianne M. Tice (2008), "Self-Regulation: Goals, Consumption, and Choices," In  (Eds.), *Handbook of Consumer Psychology*, New York: LEA/Psychology Press, 349-366.

44.  Baumeister, Roy F., Sparks, Erin A., Stillman, Tyler F., and Vohs, Kathleen D. (2008), "Free Will In Consumer Behavior: Self-Control, Ego Depletion, and Choice," *Journal of Consumer Psychology,* 18 (1), 4-13.

45.  Shariff, Azim F., Jonathan Schooler, and Kathleen D. Vohs (2008), "The Hazards of Claiming to Have Solved the Hard Problem of Free Will," In John Baer, James C. Kaufman, & Roy F. Baumeister (Eds.), *Are we free? Psychology and free will,* New York: Oxford University Press, 181-204.

46.  Baumeister, Roy F., C. Nathan DeWall, Nicole L. Mead and Kathleen D. Vohs (2008), "Social Rejection Can Reduce Pain and Increase Spending: Further Evidence that Money, Pain, and Belongingness Are Interrelated," *Psychological Inquiry*, 19 (3/4), 145-147.

47.  Vohs, Kathleen D. and Roy F. Baumeister (2009), "Addiction and Free Will," *Addiction Research and Theory,* 17 (3), 231-235.

48.  Baumeister, Roy F., C. Nathan DeWall, and Kathleen D. Vohs (2009), "Social Rejection, Control, Numbness, and Emotion: How Not To Be Fooled by Gerber and Wheeler (2009)," *Perspectives in Psychological Science*, 4 (5), 489-493.

49.  Vohs, Kathleen D. (2009), "Better Know a Marketing Professor," *Dialogue: Newsletter of the Society for Personality and Social Psychology,* 24 (1), 6-7.

50.  Baumeister, Roy F. and Kathleen D. Vohs (2009), "Determinism is Not Just Causality," *Dialogue: Newsletter of the Society for Personality and Social Psychology,* 24 (1), pp. 12, 15.

51.  Baumeister, Roy F., C. Nathan DeWall, Kathleen D. Vohs, and Jessica L. Alquist (2010), "Does Emotion Cause Behavior (Apart from Making People Do Stupid, Destructive Things)?," In Christopher R. Agnew, Donal E. Carlston, William G. Graziano, and J. R. Kelly, (Eds.), *Then a Miracle Occurs: Focusing on Behavior in Social Psychological Theory and Research*, New York: Oxford University Press, 119-136.

52.  Vohs, Kathleen D. (2010), "The Mere Thought of Money Makes You Feel Less Pain," *Harvard Business Review,* 88 (3), 28-29.

53.  Roese, Neal J. and Kathleen D. Vohs (2010), "The Visualization Trap," *Harvard Business Review,* 88 (5), 26.

54.  Vohs, Kathleen D. (2010), "Free Will is Costly: Action Control, Making Choices, Mental Time Travel, and Impression Management Use Precious Volitional Resources," In Roy F.

Baumeister, Alfred R. Mele, and Kathleen D. Vohs (Eds.), *Free Will and Consciousness: How Might They Work?* New York: Oxford University Press, 66-81.

55.    Mele, Alfred R., Kathleen D. Vohs, and Roy F. Baumeister (2010), "Free Will and Consciousness: An Introduction and Overview of Perspectives," In Roy F. Baumeister, Alfred R. Mele, and Kathleen D. Vohs (Eds.), *Free Will and Consciousness: How Might They Work*? New York: Oxford University Press. 1-7.

56.    Vohs, Kathleen D. and Mary Frances Luce (2010), "Judgment and Decision Making," In Roy F. Baumeister and Eli J. Finkel (Eds.), *Advanced Social Psychology: The State of the Science,* New York: Oxford University Press, 733-756.

57.    Rawn, Catherine D. and Kathleen D. Vohs (2011), "When People Strive for Self-Harming Goals: Sacrificing Personal Health for Interpersonal Success," In Kathleen D. Vohs and Roy F. Baumeister, (Eds.), *Handbook of Self-Regulation: Research, Theory, and Applications,* New York: Guilford, 374-389.

58.    Vohs, Kathleen D. and Roy F. Baumeister (2011), "What's the Use of Happiness? It Can't Buy You Money," *Journal of Consumer Psychology*, 21 (2), 139-141.

59.    Vohs, Kathleen D. and Ayelet Fishbach (2011), "Self-Regulation," In Jagdish Sheth and Naresh K. Malhotra (Eds.), *Wiley International Encyclopedia of Marketing*, Vol. 3, Chichester, UK: John Wiley & Sons, 231-238.

60.    Faber, Ronald J. and Kathleen D. Vohs (2011), "Impulsive and Compulsive Buying," In Joseph Alba (Ed.) *Marketing Insights from Consumer Research*, Cambridge, MA: Marketing Science Institute, 93-96.

61.    Faber, Ronald J. and Kathleen D. Vohs (2012), "A Model of Self-Regulation: Insights for Impulsive and Compulsive Problems with Eating and Buying," In David Mick, Simone Pettigrew, Julie L. Ozanne, and Cornelia Pechmann (Eds.), *Transformative Consumer Research for Personal and Collective Wellbeing*. New York: Taylor and Frances, 467-484.

62.    Dahl, Darren W., Jaideep Sengupta, and Kathleen D. Vohs (2011), "Sex in Advertising ... only on Mars and not on Venus?," *Marketing Intelligence Review-GFK*, 3(1), 54-57.

63.    Baumeister, Roy F. and Kathleen D. Vohs (2012), "Self-Regulation and the Executive Function of the Self," In Mark R. Leary and June Price Tangney (Eds.), *Handbook of self and identity,* 2nd edition, New York, NY: Guilford, 180-197.

64.    Baumeister, Roy F. and Kathleen D. Vohs (2012), "Introduction to New Directions in Social Psychology*,"* In Roy F. Baumeister and Kathleen D. Vohs (Eds.), *New Directions of Social Psychology, Volumes I – V.* SAGE Library of Social Psychology.  London: SAGE Publications.

65.   Baumeister, Roy F. and Kathleen D. Vohs (2012), "What Do We Know about Self and Identity?" In Kathleen D. Vohs and Roy F. Baumeister (Eds.), *Self and Identity, Volumes I – IV.* SAGE Library of Social Psychology. London: SAGE Publications.

66.   Aaker, Jennifer L., Emily N. Garbinsky, and Kathleen D. Vohs (2012), "Cultivating Admiration in Brands: Warmth, Competence, and Landing in the 'Golden Quadrant,'" *Journal of Consumer Psychology,* 22 (2), 191-194.

67.   Baumeister, Roy F. and Kathleen D. Vohs (2012), "Sexual Economics, Culture, Men, and Modern Sexual Trends," *Society,* 49 (6), 520-524.

68.   Vohs, Kathleen D. (2013), "The Poor's Poor Mental Power," *Science,* 341, 969-970.

69.   Vohs, Kathleen D. (2013), "It's Not 'Mess.' It's Creativity," *New York Times,* Sunday September 15, 2013, Sunday Review section, 12.

70.   Baumeister, Roy F. and Kathleen D. Vohs (2013), "Recent Empirical Findings on Meaning and How It Differs from Happiness: A Socially Psychological Perspective," T*he International Forum for Logotherapy,* 36 (2), 87-94.

71.   Vohs, Kathleen D. (2014), "Touching Boxers Makes Women Think Differently: Sexy Objects Encourage People To Seek Immediate Rewards," *Scientific American* blog.

72.   Schooler, Jonathan, Thomas Nadelhoffer, Eddy Nahmias, Eddy, and Kathleen D. Vohs (2014), "Measuring and Manipulating Beliefs about Free Will and Related Concepts: The Good, the Bad, and the Ugly," In Alfred Mele (Ed.) *Surrounding Free Will: Philosophy, Psychology, Neuroscience*, New York, NY: Oxford University Press, 72-94.

73.    Shariff, Azim F. and Kathleen D. Vohs (2014), "The World Without Free Will," *Scientific American,* 310 (June), 76-79*. *Winner of Free Will Essay Prize, Big Questions in Free Will, Templeton Foundation.

74.   Baumeister, Roy F., E. J. Masicampo and Kathleen D. Vohs (2015), "Conscious Thoughts and the Causation of Behavior," In M. Mikulincer, P. Shaver (Eds.), E. Borgida, and J. Bargh (Assoc. Eds.), *APA handbook of personality and social psychology: Vol. 1. Attitudes and social cognition*. Washington, DC: American Psychological Association.

75.   Baumeister, Roy F., Kathleen D. Vohs and EJ Masicampo (2014), "Maybe It Helps To Be Conscious, After All: Commentary on Newell and Shanks," *Behavioral and Brain Sciences,* 37 (1), 20-21.

76.   Kathleen D. Vohs (2014), "Belief in Free Will Supports Ethical Behavior." Piece for Slate.com's Big Ideas Series. http://www.slate.com/bigideas/are-we-free/essays-and-opinions/kathleen-vohs-opinion

77.     Lopez, Richard B., Dylan D. Wagner, Kathleen D. Vohs, and Todd F. Heatherton (2015), "Self-Regulatory Strength: Neural Mechanisms and Implications for Training," In Guido H. E. Gendolla, Mattie Tops, and Sander L. Koole (Eds.), *Biobehavioral Foundations of Self-Regulation*. New York: Springer, 43-54.

78.     Hofmann, Wilhelm, Hiroki P. Kotabe, Kathleen D. Vohs and Roy F. Baumeister (2015), "Desire and Desire Regulation," In Wilhelm Hofmann and Loren F. Nordgren (Eds.), *The Psychology of Desire,* New York: Guilford, 61-81.

79.     Vohs, Kathleen D. (2015), "Review of *Mindwise*: Why We Misunderstand What Others Think, Believe, Feel, and Want" by Nicholas Epley, *Society for Personality and Social Psychology Newsletter,* October 22, 2015.

80.     Hofmann, Wilhelm and Kathleen D. Vohs (2016), "Desire and Self-Regulation," In Kathleen D. Vohs and Roy F. Baumeister (Eds.), *Handbook of Self-Regulation research: Research, theory, and application* (3rd edition)*,* New York: Guilford, x-xii.

81.     Vohs, Kathleen D. and Roy F. Baumeister (2016), "Handbook of Self-Regulation: An Introduction," *Handbook of Self-Regulation research: Research, theory, and application* (3rd edition), New York: Guilford, 76-94.

82.     Baumeister, Roy F. and Kathleen D. Vohs (2016), "Introduction to Special Issue: The Science of Prospection," *Review of General Psychology, 20,* 1-2.

83.     Chaplin, Lan N., Kathleen D. Vohs and Agata Gasiorowska (2016), "Even Small Children are Less Helpful After Touching Money: Contact with Currency Shifts our Behavior," *Scientific American* blog*.*

84.     Monroe, Andrew E., Kathleen D. Vohs and Roy F. Baumeister (2016)," Free Will Evolved for Morality and Culture," In Arthur Miller (Ed.), *The Social Psychology of Good and Evil* (2nd ed), New York: Guilford Press, 41-51.

85.     Lee, Angela Y. and Kathleen D. Vohs (2016), "Introduction to Special Issue on the Science of Hedonistic Consumption," *Journal of the Association of Consumer Research*, 1 (4), 477-478.

86.     Baumeister, Roy F. and Kathleen D. Vohs (2016), "Strength Model of Self-Regulation as Limited Resource: Assessment, Controversies, Updates," In James Olson and Mark Zanna (Eds.), *Advances in Experimental Social Psychology* Vol 54, Cambridge MA: Academic Press, 67-127.

87.     Hagtvedt, Henrik and Kathleen D. Vohs (2017), "Art Enhances Meaning by Stimulating Integrative Complexity and Aesthetic Interest," *Behavioral and Brain Sciences*, 34 (2), 430-441.

88.     Baumeister, Roy F. and Kathleen D. Vohs (2018), "Revisiting Our Reappraisal of the (Surprisingly Few) Benefits of High Self-Esteem," *Perspectives on Psychological*

*Science,* 13 (2), 137-140.

89.    Baumeister, Roy F., Dianne M. Tice, and Kathleen D. Vohs (2018), "The Strength Model of Self-Regulation: Conclusions from the Second Decade of Willpower Research," *Perspectives on Psychological Science,* 13 (2), 141-145.

90.    Vohs, Kathleen D. and Andrew C. Hafenbrack (2018), "Hey Boss, You Don't Want Your Employees to Meditate," *New York Times* Review, Sunday June 14 (print and online).

91.    Vohs, Kathleen D. (2019), "Why Money Manages Us," *Harvard Business Review, https://hbr.org/2019/01/why-money-manages-us.*

92.    Vohs, Kathleen D., Jennifer L. Aaker and Rhia Catapano (2019), "It's Not Going to Be that Fun: Negative Experiences Can Add Meaning to Life," *Current Opinion in Psychology, 26*(April), 11-14.

93.    Baumeister, Roy F., Jessica A. Maxwell, Geoffrey P. Thomas, and Kathleen D. Vohs (2019)," The Mask of Love and Sexual Gullibility," In Joseph Forgas and Roy F. Baumeister (Eds.), *The Social Psychology of Gullibility: Fake News, Conspiracy Theories, and Irrational Beliefs*, New York: Routledge Press, 21-41.

94.    Vohs, Kathleen D. (2019), "The Psychological Phenomenon that Blinds Trump Supporters to his Racism," *Washington Post*, Sunday July 21 (print and online).

95.    Greenaway, Katharine H. and Kathleen D. Vohs (2019), "Avoiding Regulatory Rigidity and Approaching Regulatory Flexibility," *Psychological Inquiry, 30*(3), 155-157.

96.    Maranges, Heather M., Roy F. Baumeister and Kathleen D. Vohs (2020), "The Sense of Moral Obligation Facilitates Information Agency and Culture," *Behavioral and Brain Sciences*, *43*, e78.

**Books**
1.    Baumeister, Roy F. and Kathleen D. Vohs (2004), *Handbook of Self-Regulation: Research, Theory, and Applications*. New York, NY: Guilford.

2.    Vohs, Kathleen D. and Eli J. Finkel (2006), *Self and Relationships: Connecting Intrapersonal and Interpersonal Processes.* New York: Guilford.

3.    Baumeister, Roy F. and Kathleen D. Vohs (2007), *Encyclopedia of Social Psychology.* Thousand Oaks, CA: Sage.

4.    Vohs, Kathleen D., Roy F. Baumeister, and George Loewenstein (2007), *Do Emotions Help or Hurt Decision Making? A Hedgefoxian Perspective.* New York: Russell Sage Foundation Press.

5.    Baumeister, Roy F., Alfred R. Mele, and Kathleen D. Vohs (2010), *Free Will and Consciousness: How Might They Work*, New York: Oxford University Press.

6.    Vohs, Kathleen D. and Roy F. Baumeister (2011), *Handbook of Self-Regulation: Research, Theory, and Applications* (2nd edition). New York, NY: Guilford.

7.    Baumeister, Roy F. and Kathleen D. Vohs (2012), *New Directions of Social Psychology, Volumes I – V.* SAGE Library of Social Psychology. London: SAGE Publications.

8.    Vohs, Kathleen D. and Roy F. Baumeister (2012), *Self and Identity, Volumes I – IV.* SAGE Library of Social Psychology. London: SAGE Publications.

9.    Vohs, Kathleen D. and Roy F. Baumeister (2016), *Handbook of Self-Regulation: Research, Theory, and Applications* (3rd edition). New York: Guilford.

## Other Scholarly Publications

Vohs, Kathleen D. (2002), *Test item file to accompany psychological science* (Michael S. Gazzaniga and Todd F. Heatherton, textbook authors; 1st edition), Norton.

Vohs, Kathleen D. (2002), *Test item file to accompany social psychology* (Stephen L. Franzoi, textbook author; 3rd edition), McGraw Hill.

## Journal Editorships

Vohs, Kathleen D. and Roy F. Baumeister (2007), Emotion and Decision Making: Special Issue. *Review of General Psychology*, 11 (2).

Baumeister, Roy F. and Kathleen D. Vohs (2016), The Science of Prospection: Special Issue. *Review of General Psychology*, 20 (1).

## Conference Organizer

Vohs, Kathleen D. and Roy F. Baumeister (July 2005), *Emotion and Decision Making Conference*. University of California-Berkeley. Sponsored by Russell Sage Foundation and UC-Berkeley's XLab.

Wolford II, George L. and Kathleen D. Vohs (June 2007), *Summer institute for informed patient choice*. Dartmouth College/Center for Evaluative Clinical Sciences, Dartmouth Medical School.

Vohs, Kathleen D. and Roy F. Baumeister (January 2014), *Meaning of money.* Russell Sage Foundation, New York City.

Baumeister, Roy F. and Vohs, Kathleen D. (October 2014), *Science of prospection*. Sponsored by John Templeton Foundation, Barcelona.

Vohs, Kathleen D. (May 2015) Association for Psychological Science Annual Convention, social area program chair. New York City. 5,000 Attendees.

Baumeister, Roy F. and Vohs, Kathleen D. (April 2016), *Meaning of meaning*. Sponsored by John Templeton Foundation, Barcelona.

Vohs, Kathleen D. (May 2016) Association for Psychological Science Annual Convention, social area program chair. Chicago. 4,400 Attendees.

Vohs, Kathleen D. (May 2017) Association for Psychological Science Annual Convention, social area program chair. Boston.

## Competitive Presentations

1.    Heatherton, Todd F., and Kathleen D. Vohs (October, 1997), Do We Really Love Those Who Love Themselves? New England Social Psychological Association, Williams College, Williamstown, MA.

2.    Heatherton, Todd F., and Kathleen D. Vohs (October, 1997), The Exhausted Executor Gives Into Temptation. Society of Experimental Social Psychology, Toronto, Ont.

3.    Heatherton, Todd F., and Kathleen D. Vohs (May, 1998), The Exhausted Executor Gives Into Temptation. American Psychological Society, Washington, DC.

4.    Joiner, Thomas E., Jr., Kathleen D. Vohs Anna M. Bardone, Lyn Y. Abramson, and Todd F. Heatherton (November, 1998), Perfectionism, Perceived Weight Status, and Self-Esteem: Predicting Bulimic Symptoms. Society for Psychopathology Research, Boston, MA.

5.    Vohs, Kathleen D., Thomas E. Joiner Jr., Anna M. Bardone, and Lyn Y. Abramson (February, 2000), Predicting Bulimic Symptoms From Perfectionism, Perceived Weight Status, and Self-Esteem. Society for Personality and Social Psychology, Nashville, TN.

6.    Vohs, Kathleen D., and Todd F. Heatherton. (February, 2001), The Transition to College and Disordered Eating Patterns: A longitudinal study. Society for Personality and Social Psychology, San Antonio, TX.

7.    Joiner, Thomas E., Marisol Perez, Kathleen D. Vohs, Zachary R. Voelz, John W. Pettit, Anna M. Bardone, Jennifer Katz, Lyn Y. Abramson, and Todd F. Heatherton. (February, 2001), Perfectionism, Body Dissatisfaction, and Self-Esteem: An Interactive Model of Bulimic Symptom Development. Society for Personality and Social Psychology, San Antonio, TX.

8.    Abramson, Lyn, Anna Bardone, Kathleen D. Vohs, Thomas Joiner, and Todd F. Heatherton (February, 2001), An Interactive Model of Perfectionism, Perceived Weight Status, and Self-Efficacy in the Prediction of Bulimic Symptoms. Society for Personality and Social Psychology, San Antonio, TX.

9.    Schmeichel, Brandon J., and Kathleen D Vohs (May, 2001), Self-Regulation and Subjective Time Experience. Midwestern Psychological Association, Chicago, IL.

10.     Baumeister, Roy F., and Kathleen D Vohs (May, 2001), Self-Regulation and
        Intertemporal Choice. Intertemporal Choice Meeting, New York City, NY.

11.     Vohs, Kathleen D. (June, 2001), Nonconscious Self-Regulation: A Resource Depletion
        Approach. American Psychological Society, Toronto, Ont.

12.     Vohs, Kathleen D., and Todd F. Heatherton. (October, 2001), Self-Esteem, Self-
        Construals, and Interpersonal Functioning: High and Low Self-Esteem People Self-
        Protect Differently Against Threat. Society of Experimental Social Psychology, Spokane,
        WA.

13.     Vohs, Kathleen D., and Todd F. Heatherton. (February, 2002), Self-Esteem, Self-
        Construals, and Interpersonal Functioning: High and Low Self-Esteem People Self-
        Protect Differently Against Threat. Society of Personality and Social Psychology,
        Savannah, GA. (also symposium chair and organizer)

14.     Vohs, Kathleen D., and Todd F. Heatherton. (June, 2002), Self-Esteem, Self-Construals,
        and Interpersonal Functioning: Differences in How High and Low Self-Esteem People
        Cope With Threat. European Association for Experimental Social Psychology, San
        Sebastian, Spain.

15.     Vohs, Kathleen D., and Ronald Faber. (October, 2002), Self-Regulation and Impulsive
        Spending Patterns. Association for Consumer Research, Atlanta, GA.

16.     Vohs, Kathleen D., and Brandon J. Schmeichel. (October, 2002), Self-Regulation and the
        Subjective Experience of Time. Self Preconference at Society for Experimental Social
        Psychology, Columbus, OH.

17.     Vohs, Kathleen D., and Brandon J. Schmeichel. (January, 2003), Self-Regulation and the
        Subjective Experience of Time: Time crawls When You're Self-Regulating. Social
        Psychology Winter Conference, Park City, UT.

18.     Vohs, Kathleen D., Natalie J. Ciarocco, and Roy F. Baumeister. (February, 2003), Self-
        Regulation and Impression Management: A Resource-Depletion Account. Self
        Preconference at Society for Personality and Social Psychology, Los Angeles, CA.

19.     Vohs, Kathleen D., and Brandon J. Schmeichel. (February, 2003), Self-Regulation and
        the Subjective Experience of Time. Society for Personality and Social Psychology, Los
        Angeles, CA. (also symposium chair and organizer)

20.     Baumeister, Roy F., and Kathleen D. Vohs. (November 2003), Decision Fatigue: Making
        Choices Consumes a Limited Resource. Society for Judgment and Decision Making,
        Vancouver, BC.

21.     Vohs, Kathleen D. (January 2004), The Health of Romantic Relationships Relies on Self-Regulation. Society for Personality and Social Psychology, Austin, TX. (also symposium chair and organizer)

22.     Vohs. Kathleen D. (February 2004), Do We Love Those Who Love Themselves? American Association for the Advancement of Science, Seattle, WA.

23.     Vohs, Kathleen D., Roy F. Baumeister, and Ronald J. Faber. (November 2004), Making Choices Impairs Subsequent Self-Regulation: Evidence of a Decision-Fatigue Effect. Society for Judgment and Decision Making, Minneapolis, MN.

24.     Vohs, Kathleen D. (January, 2005), Self-Presentation and Self-Regulation: Presenting Oneself Effectively Consumes Self-Regulatory Resources. Winter Conference in Social Psychology, Park City, Utah.

25.     Vohs, Kathleen D., Roy F. Baumeister, Jean M. Twenge, Brandon Schmeichel, and Dianne Tice. (January, 2005), Decision Fatigue: Making Choices Consumes a Limited Resource. Society for Personality and Social Psychology, New Orleans, LA.

26.     Vohs, Kathleen D. (March 2005), Self-Esteem, Threat, and Interpersonal Perceptions: Using the Interpersonal Context to Change Feelings About the Self. 8th Annual Sydney Symposium of Social Psychology ("Hearts and Minds"), Sydney, New South Wales.

27.     DeWall, Nathan C., Kathleen D. Vohs, and Roy F. Baumeister, (May 2005), Recovering from Rejection: Undoing the Self-Regulation Deficits Stemming from Social Exclusion. Annual Meeting of the Midwestern Psychological Association. Chicago, IL.

28.     Vohs, Kathleen D., Nicole L. Mead, Brandon Schmeichel and Sabrina Bruyneel (October 2005), Self-Regulatory Resource Depletion Makes People More Extreme in Their Emotions and Judgments: A Possible Mechanism for Depletion. Association for Consumer Research. San Antonio, TX.

29.     Vohs, Kathleen D. and Jennifer Crocker. (November 2005), Two Faces of Choice. Society for Judgment and Decision Making. Toronto Ont, Canada.

30.     Vohs, Kathleen D. (January 2006), Nonconscious and Conscious Self-Regulation and the Depletion of Self-Regulatory Resources. Society for Personality and Social Psychology, Palm Springs, CA.

31.     Vohs, Kathleen D. and Ronald J. Faber. (February 2006), Spent Resources: A Loss of Self-Regulatory Resources Leads to Impulsive Spending. Society for Consumer Psychology, Miami, FL (Carnival Cruise Lines).

32.     Vohs, Kathleen D., Nicole L. Mead, Brandon Schmeichel, and Sabrina Bruyneel (February 2006), Self-Regulatory Resource Depletion Leads to More Extreme Emotions and Judgments. Society for Consumer Psychology, Miami, FL (Carnival Cruise Lines).

49

33.    Vohs, Kathleen D. (May 2006), Making Choices Impairs Self-Regulation: A limited-Resource Approach. Association for Psychological Science, New York.

34.    Vohs, Kathleen D. and Jungkeun Kim (September 2006), The Bidirectional Nature of Making Choices and Self-Regulation. Association for Consumer Research, Orlando, FL.

35.    Vohs, Kathleen D. and Matthew Gailliot (September 2006), A Loss of Self-Regulatory Resources Makes People Passive. Association for Consumer Research, Orlando, FL.

36.    Baumeister, Roy F. and Kathleen D. Vohs (January 2007), Beyond the Group Self: Do Groups Promote Differentiated Selves? Annual Meeting of Society for Personality and Social Psychology, Memphis TN. (Vohs chaired the session.)

37.    Vohs, Kathleen D. (June 2007), "Money Changes Personal and Interpersonal Behavior," Fundamental Dimensions of Social Judgment meeting, Namur, Belgium.

38.    Vohs, Kathleen D. (July 2007), "Who Will Develop Overspending Problems? A Tripartite Model of Compulsive Spending," Transformative Consumer Research conference, Tuck School of Business, Dartmouth College, Hanover NH.

39.    Vohs, Kathleen D. (October 2007), "How Money Transforms Social Relations," Society for Experimental Social Psychology, Chicago IL.

40.    Vohs, Kathleen D., Mead, Nicole L., and Goode, Miranda R. (October 2007), "Money Changes the Self," Association for Consumer Research, Memphis TN. (Vohs chaired the session.)

41.    Vohs, Kathleen D. (October 2007), "Self-Regulation over Long Periods of Time: Practicing a Controlled Activity Reduces Depletion of Self-Regulatory Resources," Association for Consumer Research, Memphis TN.

42.    Vohs, Kathleen D., Finkenauer, Catrin, and Burger, Nina (October 2007), "Sexual Behavior as Predicted by a Social Exchange Model: Three Tests of Sexual Economics. Association for Consumer Research, Memphis TN.

43.    Mead, Nicole L., Vohs, Kathleen D., Baumeister, Roy F., and Rawn, Catherine D. (October 2007), "Reconnection Through Consumption: Socially Excluded People Adapt Consumption Patterns to Serve Affiliation Needs. Association for Consumer Research, Memphis TN.

44.    Vohs, Kathleen D., Bob Fennis, and Loes Janssen (January 2008), "A Resource Depletion Account Of Social Influence Techniques," Winter Conference in Social Psychology, Park City, Utah.

45.   Vohs, Kathleen D., Bob Fennis, and Loes Janssen (January 2008), "A Resource Depletion Account Of Social Influence Techniques," Kurt Lewin Institute Workshop, Radboud University, Nijmegen, NL.

46.   Vohs, Kathleen D. (January 2008), "Self-Regulation and Selfishness," Kurt Lewin Institute Workshop, Radboud University, Nijmegen, NL.

47.   Baumeister, Roy F., Kathleen D. Vohs, C. Nathan DeWall and Liqing Zhang (February 2008), "Does Emotion Cause Behavior, or Vice Versa? A Radical New Theory of Emotion," Society for Personality and Social Psychology Annual Meeting, Albuquerque, New Mexico. (Vohs chaired the session.)

48.   Vohs, Kathleen D. (June 2008), "Self-Regulation and Impression Management: A Resource Depletion Account," European Association for Experimental Social Psychology, Opatija, Croatia.

49.   Vohs, Kathleen D. and Roy F. Baumeister (June 2008), "Effects of Power on Self-Control," European Association for Experimental Social Psychology, Opatija, Croatia.

50.   Vohs, Kathleen D., Nicole L. Mead and Brandon Schmeichel (July 2008), "Self-Regulatory Resource Depletion Makes People Feel Things More: A Possible Mechanism for Self-Regulatory Resource Depletion," International Congress for Psychology, Berlin, Germany.

51.   Vohs, Kathleen D. Bob Fennis and Loes Janssen (October 2008), "Why Do People Fall Prey to Social Influence Techniques? A Limited-Resource Account of Compliance," Association for Consumer Research, San Francisco, CA.

52.   Vohs, Kathleen D., Catherine D. Rawn and Noelle M. Nelson (October 2008), "Why Do Choices Tax Self-Regulatory Resources? Three Tests of Candidates to Explain Decision Fatigue," Association for Consumer Research, San Francisco, CA.

53.   Caruso, Eugene, Nicole L. Mead and Kathleen D. Vohs (October 2008), "There's No "You" In Money: Thinking of Money Increases Egocentrism," Association for Consumer Research, San Francisco, CA.

54.   Fransen, Marieke, Bob Fennis and Kathleen D. Vohs (October 2008), ""Fit For Charity": The Moderating Role of Private Self-Focus in the Persuasiveness of Regulatory Fit, " Association for Consumer Research, San Francisco, CA.

55.   Vohs, Kathleen D., On Amir and Ravi Dhar (November 2008), "A Breakdown Of Executive Control Leads To Risk Seeking, "Society for Judgment and Decision Making Annual Conference, Chicago, IL.

56. Vohs, Kathleen D., Ryan Hamilton, Anne-Laure Sellier, and Tom Meyvis (January 2009), "The Cost of Being of Two Minds: Switching Mindsets Exhausts Self-Regulatory Resources," Association for Consumer Research - Asia, Hyderabad, India.

57. Vohs, Kathleen D., Darren Dahl and Jaideep Sengupta (February 2009), "When Will Women Tolerate Gratuitous Sexual Images?" Society for Personality and Social Psychology, Tampa FL. (Vohs chaired the session.)

58. Vohs, Kathleen D., Bob Fennis and Loes Janssen (February 2009), "Why Do People Fall Prey to Social Influence Techniques? A Limited-Resource Account of Compliance," Society for Consumer Psychology, San Diego, CA. (Vohs chaired the session.)

59. Vohs, Kathleen D., On Amir and Ravi Dhar (February 2009), "Self-Regulatory Resource Depletion and Risk Aversion," Society for Consumer Psychology, San Diego, CA.

60. Hedgcock, W., Kathleen D. Vohs, Akshay Rao (September 2009), "Neurological Correlates of Diminished Self-Control," Neuroeconomics, Evanston, IL.

61. Vohs, Kathleen D. (October 2009), "Small Reminders of Money Alter Pain Perceptions," Society for Medical Decision Making, Hollywood, CA.

62. Vohs, Kathleen D. (October 2009), "Social Rejection, Physical Pain, and Desire For Money," Association for Consumer Research, Pittsburgh, PA.

63. Mead, Nicole L., Kathleen D. Vohs, Krishna Savani, Tyler F. Stillman, Roy F. Baumeister (October 2009), "Reminders of Money Weaken Sociomoral Responses," Association for Consumer Research, Pittsburgh, PA.

64. Vohs, Kathleen D., Xinyue Zhou, and Roy F. Baumeister (January 2010), "Money Reminders Affect Social and Physical Pain," Society for Personality and Social Psychology, Las Vegas. (Vohs co-chaired the session.)

65. Schmeichel, Brandon J. and Kathleen D. Vohs (January 2010), "Low Levels of Construal and Ego Depletion Can Improve Self-Control," Society for Personality and Social Psychology, Las Vegas.

66. Vohs, Kathleen D., Xinyue Zhou, and Roy F. Baumeister (June 2010), "Money is More than a Financial Resource: Merely Thinking About Money Lessens Pain," European Marketing Academy (EMAC), Copenhagen, Denmark.

67. Yzer, Marco, Vohs, Kathleen D., Luciana, Monica, Faber, Ronald, Cuthbert, Bruce, and MacDonald, Angus (June 2010)," Affective Antecedents of the Perceived Effectiveness of Antidrug Advertisements: An Analysis of Adolescents, Momentary and Retrospective Evaluations," International Communication Association's Matters of Communication: Political, Cultural and Technological Challenges. Singapore.

68.  Vohs, Kathleen D., Roy F. Baumeister and E. J. Masicampo (October 2010), "Does Consciousness Cause Behavior?" Society for Experimental Social Psychology annual meeting, Minneapolis MN.  (Vohs chaired the session.)

69.  Vohs, Kathleen D. and Converse, B. A. (October 2010), "On Ignorance and Confusion in Goal Pursuit," Society for Experimental Social Psychology annual meeting, Minneapolis MN. (Vohs and Converse chaired the session.)

70.  Paharia, Neeru, Rohit Deshpandé and Kathleen D. Vohs (October 2010), "Sweatshop Labor is Wrong Unless the Jeans are Really Cute: Motivated Moral Disengagement," Association for Consumer Research annual meeting, Jacksonville, FL.

71.  Mead, Nicole L. Roy F. Baumeister, Kathleen D. Vohs, Tyler F. Stillman and Catherine D. Rawn (October 2010), "Does a Broken Heart Lead to an Empty Wallet? Exclusion Increases Willingness to Pay for Unappealing and Illegal Products," Association for Consumer Research annual meeting, Jacksonville, FL.

72.  Sundie, Jill, Kathleen D. Vohs and Vladus Griskevicius (October 2010), "Peacocks, Porsches and Thorstein Veblen: Conspicuous Consumption as a Mating Signaling System," Association for Consumer Research annual meeting, Jacksonville, FL.

73.  Aaker, J., Kathleen D. Vohs and Cassie Mogilner (October 2010), "Non-Profits Are Seen as Warm and For-Profits as Competent: Firm Stereotypes Matter," Association for Consumer Research annual meeting, Jacksonville, FL.

74.  Vohs, Kathleen D., Catrin Finkenauer and Roy F. Baumeister (January 2011), "The Sum of Friends' and Lovers' Self-Control Scores Predicts Relationship Quality," Society for Personality and Social Psychology annual meeting, San Antonio, TX. (Vohs co-chaired the session.)

75.  Vohs, Kathleen D. (June 2011), "The Psychology of Money," International Conference on Behavioral Decision Making, Herzliya, Israel.

76.  Hofmann, Wilhelm, Kathleen D. Vohs and Roy Baumeister (October 2011), "Everyday Temptations: An Experience Sampling Study on How People Control Their Desires," Association for Consumer Research Annual Conference, St. Louis. (Vohs chaired the session.)

77.  Lasaleta, Jannine, Kathleen D. Vohs and Constantine Sedikides (October 2011), "Nostalgia Weakens the Desire for Money," Association for Consumer Research Annual Conference, St. Louis.

78.  Vohs, Kathleen D., Roy Baumeister, Nicole Mead, Suresh Ramanathan and Brandon Schmeichel (October 2011), "Engaging in Self-Control Intensifies Desires and Feelings," Association for Consumer Research Annual Conference, St. Louis. (Vohs chaired the session.)

79.    Vohs, Kathleen D. and Ezgi Akpinar (October 2011), "Can Religion and Money Substitute for Each Other?" Association for Consumer Research Annual Conference, St. Louis.

80.    Vohs, Kathleen D. (January 2012), "Money talks," Competitive presentation at Society for Personality and Social Psychology Annual Meeting, San Diego. (Vohs chaired the session.)

81.    Vohs, Kathleen D. and Roy F. Baumeister (January 2012), "A Rollercoaster Named Desire: The Interplay of Motivation and Self-Regulation," Session organized at the Society for Personality and Social Psychology Annual Meeting, San Diego.

82.    Hofmann, Wilhelm, Kathleen D. Vohs and Roy F. Baumeister (January 2012), "Getting Beeped With the Hand In The Cookie Jar: Sampling Desire, Conflict, and Self-Control in Everyday Life," Competitive presentation at Society for Personality and Social Psychology Annual Meeting, San Diego. (Vohs chaired the session.)

83.    Baumeister, Roy F., Kathleen D. Vohs, Nicole L. Mead, Suresh Ramanathan, Wilhelm Hofmann, and Brandon J. Schmeichel (January 2012), "What Depletion Feels Like: All Desires and Urges Are Amplified," Competitive presentation at Society for Personality and Social Psychology Annual Meeting, San Diego. (Vohs chaired the session.)

84.    Vohs, Kathleen D., Wilhelm Hofmann, and Roy F. Baumeister (May 2012), "Getting Beeped With the Hand In The Cookie Jar: Sampling Desire, Conflict, and Self-Control in Everyday Life," Competitive presentation at Association for Psychological Science Annual Meeting, Chicago. (Vohs chaired the session.)

85.    Baumeister, Roy F., Kathleen D. Vohs, Nicole L. Mead, Suresh Ramanathan, Wilhelm Hofmann, and Brandon J. Schmeichel (May 2012), "What Depletion Feels Like: All Desires and Urges Are Amplified," Competitive presentation at Association for Psychological Science Annual Meeting, Chicago. (Vohs chaired the session.)

86.    Vohs, Kathleen D., Cassie Mogilner, George Newman, and Jennifer Aaker (October 2012), "Reminders of Money Focus People on What's Functional," Association for Consumer Research Annual Conference, Vancouver, BC. (Vohs co-chaired the session.)

87.    Vohs, Kathleen D., Qing Yang, Xiaochang Wu, Nicole Mead, and Roy F. Baumeister (October 2012), "Clean and Dirty Money Produce Wildly Different Effects on Behavior, "Association for Consumer Research Annual Conference, Vancouver, BC. (Vohs co-chaired the session.)

88.    Sarial-Abi, Gülen and Kathleen D. Vohs (October 2012), "The Mere Presence of Money Motivates Goal Achievement," Association for Consumer Research Annual Conference, Vancouver, BC.

89.   Vohs, Kathleen D., Roy Baumeister, Brandon Schmeichel (October 2012), "Motivation, Personal Beliefs, and Limited Resources All Contribute to Self-Control," Association for Consumer Research Annual Conference, Vancouver, BC. (Vohs co-chaired the session.)

90.   Vohs, Kathleen D., Yajin Wang, Francesca Gino, and Michael Norton (October 2012), "Rituals Enhance the Experience of Consumption," Association for Consumer Research Annual Conference, Vancouver, BC. (Vohs chaired the session.)

91.   Vohs, Kathleen D. and Bob Fennis (October 2012), "Are the Rich or Poor the More Generous Ones? It Depends on the Way the Appeal is Framed," Association for Consumer Research Annual Conference, Vancouver, BC.

92.   Trendel, Olivier, Marc Mazodier, and Kathleen D. Vohs, (October 2012), "Pictures versus Words in Changing Implicit Attitudes in Ambush Marketing Disclosure: The Role of Valence of Mental Images, "Association for Consumer Research Annual Conference, Vancouver, BC.

93.   Vohs, Kathleen D. (January 2013), "Motivation, Personal Beliefs, and Limited Resources All Contribute to Self-control," Lay Theory Preconference Society for Personality and Social Psychology annual meeting, New Orleans LA. (Vohs co-organized the session.)

94.   Vohs, Kathleen. D. (January 2013), "Self-regulatory Resource Depletion Amplifies Feelings and Urges," Self-Regulation Preconference Society for Personality and Social Psychology annual meeting, New Orleans LA. (Vohs co-organized the session.)

95.   Vohs, Kathleen D. (January 2013), "What's Really the Difference Between a Happy Life and a Meaningful Life?" Society for Personality and Social Psychology annual meeting, New Orleans LA. (Vohs co-organized the session.)

96.   E. J. Masicampo and Vohs, Kathleen D. (January 2013), "Making Plans Helps Goal Attainment - But How? Mental Simulations Are the Key," Society for Personality and Social Psychology annual meeting, New Orleans LA. (Vohs co-organized the session.)

97.   William M. Hedgcock and Vohs, Kathleen D. (January 2013), "Reducing Self-Control Depletion Effects Through Enhanced Sensitivity to Implementation: Evidence from fMRI and Behavioral Studies," Society for Personality and Social Psychology annual meeting, New Orleans LA. (Vohs co-organized the session.)

98.   Jonanthan W. Schooler and Vohs, Kathleen D. (January 2013), "Why Does Discrediting Free Will Affect Behavior?" Society for Personality and Social Psychology annual meeting, New Orleans LA.

99.   Vohs, Kathleen D. (May 2013), "Money Reminders Kick People into Functionality Mode, Making Them More and Less Concerned with Others," Association for Psychological Science, Washington DC. Vohs chaired the session.

100.    Park, Ji Kyung, and Kathleen D. Vohs (October 2013), "Effects of Self-Affirmation on the Personal Self & the Interpersonal Self" Association for Consumer Research North American Conference, Chicago IL. (Vohs co-chaired the session.)

101.    Park, Ji Kyung, and Kathleen D. Vohs (October 2013), "Self-Affirmation has the Power to Offset the Harmful Effects of Money Reminders," Association for Consumer Research North American Conference, Chicago IL.

102.    Vohs, Kathleen D. (October 2013), "Changing the Way We Think About Consumer Financial Decision-Making: Bridging Theory, Practice, & Relevance in Household Financial Decision-Making," Association for Consumer Research North American Conference, Chicago IL.

103.    Ramanathan, Suresh and Kathleen D. Vohs (October 2013), "How do Friends and Strangers Interpret Shared Experiences? Synchrony as Relationship-Bolstering or Experience-Heightening," Association for Consumer Research North American Conference, Chicago IL.

104.    Torelli, Carlos and Kathleen D. Vohs (October 2013), "Sex as Power: Attractive Women Link Sexuality and Power for Personal Gain," Association for Consumer Research North American Conference, Chicago IL.

105.    Vohs, Kathleen D. (October 2013), "Mechanical Turk 2.0: Issues, Limitations, & Solutions for Collecting Data in a Mechanical World," Association for Consumer Research North American Conference, Chicago IL.

106.    Olson, Nicholas and Kathleen D. Vohs (October 2013), "Choices & the Self from Cognition to Motivation to Physical Expression," Association for Consumer Research North American Conference, Chicago IL. (Vohs co-chaired this session.)

107.    Olson, Nicholas and Kathleen D. Vohs (October 2013), "Thinking That Choices Reflect the Self Leads to Maximizing Behavior," Association for Consumer Research North American Conference, Chicago IL.

108.    Goodman, Joseph and Kathleen D. Vohs (October 2013), "One of Each: Variety Seeking to Avoid Choice Difficulty," Association for Consumer Research North American Conference, Chicago IL.

109.    Shah, Avni and Kathleen D. Vohs (October 2013), "Beyond Reciprocity: Examining the Interplay Between Money & Relationships," Association for Consumer Research North American Conference, Chicago IL. (Vohs co-chaired this session.

110.    Vohs, Kathleen D. (October 2013), "With Friends Like These Who Needs Money? Three Tests of the Substitutability Hypothesis of Money and Social Support," Association for Consumer Research North American Conference, Chicago IL.

111.   Vohs, Kathleen D. (October 2013), "Mere Exposure to Money Motivates Goal Attainment," Association for Consumer Research North American Conference, Chicago IL.

112.   Vohs, Kathleen D. (October 2013), "Consumption Addiction: A Research Agenda of the Progression from Adaptive to Maladaptive Categories of Consumption Behaviors," Association for Consumer Research North American Conference, Chicago IL.

113.   Vohs, Kathleen D. and Yael Zemack-Rugar (October 2013), "Exploring the Self in Self-Regulation: Unexpected Impacts on Goal Engagement," Association for Consumer Research North American Conference, Chicago IL. (Vohs co-chaired this session.)

114.   Mead, Nicole L. and Kathleen D. Vohs (October 2013), "Monetary Cues Alter Interpersonal Harmony Because They Activate an Exchange-Orientation" Association for Consumer Research North American Conference, Chicago IL.

115.   Park, Ji Kyung and Kathleen D. Vohs (October 2013), "Self-Affirmation Can Enable Goal Disengagement," Association for Consumer Research North American Conference, Chicago IL.

116.   Vohs, Kathleen D. (February 2014), "Everything You Always Wanted to Know About Self-Affirmation But Were Afraid to Ask: How Does It Work? Is It Always Good? And Why Should I Care?" Society for Personality and Social Psychology, Austin TX. (Vohs chaired the session.)

117.   Vohs, Kathleen D.  (February 2014), "Rituals Make Life Better – By Enhancing Consumption, Communicating Social Norms, Treating Illness, and Relieving Grief," Society for Personality and Social Psychology, Austin TX. (Vohs chaired the session.)

118.   Vohs, Kathleen D.  (February 2014), "Like Water for the Fish: Features of the Environment Produce Big Effects on Cooperation, Attention, Self-Control and even Creativity" Society for Personality and Social Psychology, Austin TX. (Vohs chaired the session.)

119.   Wang, Yajin and Kathleen D. Vohs, (March 2014), "Rituals Enhance Consumption," Society for Consumer Psychology annual meeting, Miami, FL.

120.   Ward, Morgan K. and Vohs, Kathleen D. (March 2014), "Searching for Meaning in a Secondhand Store: How Consumption of Vintage Products Offers Personal Meaning" Society for Consumer Psychology annual meeting, Miami, FL.

121.   Ward, Morgan K. and Vohs, Kathleen D. (March 2014), "And Now For Something Completely Different: The Meaning of Life," Society for Consumer Psychology annual meeting, Miami, FL. (Vohs co-chaired the session.)

122. Kim, Soyoon, Marco Yzer, Angus MacDonald, and Kathleen D. Vohs (April 2014), "Convincing Health Messages Reduce Effects of Psychological Reactance," Kentucky Conference on Health Communication. Lexington KY.

123. Vohs, Kathleen D. (May 2014), "You Could Be More Creative: Four Commonplace (But Unexpected) Factors That Affect Innovative and Fresh Creations" Association for Psychological Science, San Francisco. (Vohs chaired the session.)

124. Vohs, Kathleen D., Joseph Redden and Ryan Rahinel (May 2014), "Physical Order and Disorder: Healthy Choices and Doing What's Expected versus Creative Outputs and Preferring What's New," Association for Psychological Science, San Francisco. Vohs chaired the session.

125. Vohs, Kathleen D., Eugene Caruso, Adam Waytz, Cassie Mogilner, George Newman, and Jennifer Aaker (June 2014), "Mere Exposure to Money Increases Support for Free Market Systems and Decreases Concern for the Socially Disadvantaged: A Functionality Approach," International Society of Justice Research, New York, NY.

126. Morry, Marian M., Kathleen D. Vohs, and Tamara A. Sucharyna (July 2014), "The Interpersonal Distancing Effects of Money: Distancing the Dating Partner or a Stranger," International Association for Relationship Research, Melbourne.

127. Vohs, Kathleen D., Roy F. Baumeister, and Jessica Alquist (July 2014), "The Illusion of Learning," Behavioral Decision Research in Management, London, England.

128. Wen Wan, Echo, Zhansheng Chen, and Kathleen D. Vohs (October 2014), "Socially Excluded People Value Money for What it Can Do for Them — Restore Belongingness or Control," Association for Consumer Research North American Conference, Baltimore, MD.

129. Merdin, Ezgi, Gulen Sarial Abi, Zeynep Gurhan Canli, and Kathleen D. Vohs (October 2014), "Evaluations of Iconic versus Genuine Experiences Depend on Attitude Functions," Association for Consumer Research North American Conference, Baltimore, MD.

130. Polman, Evan and Kathleen D. Vohs (October 2014), "When Choosing for Others is More Fun (and Less Depleting) Than Choosing for the Self," Association for Consumer Research North American Conference, Baltimore, MD.

131. Wang, Yajin and Kathleen D. Vohs (October 2014), "Negative Moods Spur Effortful Attainment: A Mood Improvement Strategy," Association for Consumer Research North American Conference, Baltimore, MD.

132. Baumeister, Roy F., Kathleen D. Vohs, and Wilhelm Hofmann (February 2015), "What Were You Thinking? Past, Present, and Future in a Random Sample of Everyday Thoughts," Society for Personality and Social Psychology, Long Beach, CA.

133.   Wang, Yajin and Kathleen D. Vohs (February 2015), "Who Says Bad Moods Always Lead to Self-Control Failure?: Goal Attainment Cures a Bad Mood but People Don't Know It," Society for Personality and Social Psychology, Long Beach, CA. (Vohs chaired the session.)

134.   Shariff, Azim, Joshua Green, Johan Karremans, Jamie Luguri, Cory Clark, Jonathan Scholer, Roy Baumeister and Kathleen D. Vohs (February 2015), "The Double-Edged Future of a World Without Free Will," Society for Personality and Social Psychology, Long Beach, CA. (Vohs chaired the session.)

135.   Vohs, Kathleen D., Agata Gasiorowska, Tomasz Zaleskiewicz, Sandra Wygrab, and Lan N. Chaplin (February 2015), "Don't Show Them the Money?: Kids from a Former Communist and a Highly Capitalistic Culture Get Better at Personal Goals but Worse at Generosity after Handling Money," Society for Personality and Social Psychology, Long Beach, CA. (Vohs co-chaired the session.)

136.   Vohs, Kathleen D. (May 2015), "Everyday Temptations: An Experience Sampling Study of People and Their Desires," Motivation Science Interdisciplinary Conference, Columbia University, New York City.

137.   Vohs, Kathleen D. (May 2015), "Self-control is a Depletable Inner Resource," Marketing Science Institute (MSI), Duke University, Durham NC. *Winner: Best Presentation of the Year, Marketing Science Institute (MSI).

138.   Vohs, Kathleen D. (June 2015), "Depletion Intensifies Urges and Feelings," University of Cologne, social and economics colloquium, Cologne Germany.

139.    Vohs, Kathleen D. (June 2015), "The Idea of Money Changes People's Behavior," Google SciFoo unconference, Mountain View, CA.

140.   Vohs, Kathleen D., Kees van den Bos, Marc-André Reinhard and Philip A. Müller (September 2015), "The Uncertain Self is Good at Detecting Lies: The Influence of Personal Uncertainty on the Process of Deception Detection," Society for Experimental Social Psychology's annual meeting, Denver, CO. (Vohs co-chaired the session.)

141.   Rudd, Melanie and Kathleen D. Vohs (October 2015), "Awe Enhances Openness to Learning and Experiential Creation," Association for Consumer Research's annual meeting, New Orleans.

142.   Vohs, Kathleen D., Gülen Sarial-Abi, Aulona Ulqinaku and Ryan Hamilton (October 2015), "Reminders of Death Stimulate Intertemporal Connections and a Preference for Vintage," Association for Consumer Research's annual meeting, New Orleans.

143.   Vohs, Kathleen D. (November 2015), "The Illusion of Learning," Society for Judgment and Decision Making's annual meeting, Chicago.

144. Vohs, Kathleen D. (May 2016), "When Choosing for Others is Less Depleting (and More Fun) Than Choosing for the Self," Society for the Science of Motivation talk, Chicago.

145. Knobe, Joshua, Igor Grossmann, Kathleen D. Vohs, and Roy F. Baumeister, (August 2016), "Fresh Looks at Classic Perspectives: Social Dimensions of Essentialism, Reasoning, Mental Time Travel, and Consciousness," International Conference on Thinking, Providence RI. (Vohs organized and chaired the session.)

146. Vohs, Kathleen D., Roy F. Baumeister, Wilhelm Hofmann, Amy Summerville, and Phil Reiss, (August 2016), "What Were You Thinking? Past, Present, and Future in a Random Sample of Everyday Thoughts," International Conference on Thinking, Providence RI. (Vohs organized and chaired the session.)

147. Vohs, Kathleen D. (October 2016), "With Friends Like These, Who Needs Money? Feeling Socially Supported Weakens the Desire for Money," Annual meeting of the Society of Experimental and Social Psychology, Santa Monica CA. (Vohs chaired the session.)

148. Vohs, Kathleen D. (October 2016), "Belief in Free Will Predicts Tolerance of Unethical Behavior, Desire to See Criminals Punished, and Addictive Tendencies: Data from Large-Scale, Multi-Country Studies and Experiments," Annual meeting of the Society of Experimental and Social Psychology, Santa Monica CA.

149. Vohs, Kathleen D. (October 2016), "Happiness and Meaning: What's the Difference?" University of Minnesota Dakota County Alumni Network, Stillwater MN.

150. Vohs, Kathleen D., Leanne ten Brinke, and Dana R. Carney, (November 2016), "Can Ordinary People Detect Deception After All?," Society for Judgment and Decision Making Annual Conference, Boston, MA.

151. Vohs, Kathleen D., Leanne ten Brinke, Leanne, and Dana R. Carney, (January 2017), "Maybe People Can Detect Lies, After All," Society for Personality and Social Psychology, San Antonio, TX. (Vohs chaired the session.)

152. Baumeister, Roy F., Vohs, Kathleen D., and Sarah E. Ainsworth, (January 2017), "Unique Selfhood Helps Groups Thrive," Society for Personality and Social Psychology, San Antonio, TX. (Vohs chaired the session.)

153. Vohs, Kathleen D., and Emily C. Bianchi, (January 2017), "Social Class and Social Worlds: Income Predicts the Frequency and Nature of Social Contact," Society for Personality and Social Psychology, San Antonio, TX.

154. Vohs, Kathleen D., Licht, John-Gabriel, and Sophie Leroy, (February 2017), "The Relational Self is Immoral Too: Having an Interdependent Self-Construal Makes People

Behave Unethically to Benefit Others," Society for Consumer Psychology annual meeting, San Francisco, CA.

155.   Vohs, Kathleen D. (March 2017), "Group Flourishing Benefits From Hope, Wisdom, Blame, and Social Roles," International Convention of Psychological Science, Vienna. (Vohs chaired the session.)

156.   Trendel, Olivier, Marc Mazodier, and Vohs, Kathleen D. (October 2017), "Images Change Implicit Attitudes More than Text: Evidence from Corrective Advertising Attempts," Association for Consumer Research annual meeting, San Diego. (Vohs chaired the session.)

157.   Hagvdedt, Henrik and Vohs, Kathleen D. (October 2017), "Meaningfulness versus Happiness: The Psychological Impact of High and Low Art," Association for Consumer Research annual meeting, San Diego.

158.   Vohs, Kathleen D. (March 2018), "Depletion Replication Project," Society for Personality and Social Psychology, Atlanta. (Vohs chaired the session.)

159.   Vohs, Kathleen D. (September 2018), "The Demotivating Power of Now," European Social Cognition Network, Cologne Germany.

160.   Vohs, Kathleen D. (February 2019), "The Psychological Value of Material Goods," Society for Consumer Psychology annual conference, Savannah. (Joseph Goodman presented the talk.)

161.   Vohs, Kathleen D. (February 2019), "The Demotivating Power of Now," Society for Personality and Social Psychology annual conference, Portland. (Vohs chaired the session.)

162.   Vohs, Kathleen D. (June 2019), "Victims, Perpetrators, or Both? The Vicious Cycle of Feeling Disrespected and Adopting Dark, Cynical Beliefs about Human Nature," Marketing Science Annual Conference, Rome.

163.   Chapman, Lennay and Kathleen D. Vohs (2021), "Phones and Selves: Self-Smartphone Overlap, Online Self-Disclosure, and Privacy Concerns," Society for Consumer Psychology Conference.

164.   Jung, Han Young and Kathleen D. Vohs (2021), "You Are What You Use? Perceptions of Consumers Using Digital versus Analog Goods," Association for Consumer Research Annual Conference.

165.   Kim, Sangmin, Kathleen D. Vohs, and Olga Stavrova (2021), "Can Voting Reduce Conspiracy Beliefs? Evidence from Two High-Profile U.S. Elections," Association for Consumer Research Annual Conference.

166.    Huang, Yunhui, Kathleen D. Vohs, Selin Malkoc, and Joseph K. Goodman (2021), "Stockpiling Goods as Indicators of Loneliness and Anxiety: Hoarding Behavior in Times of Crisis," Association for Consumer Research Annual Conference.

**Invited Addresses**

1.    Vohs, Kathleen D. (October 2001), "Self-Regulation and Impulse control: Possible Effects for Personal Economics," Presented to National Family Economics Research Coordinating Committee Meeting, a division of the U.S. Department of Agriculture: Cooperative State Research, Education, and Extension Service, Economic and Community Systems. Washington DC.

2.    Vohs, Kathleen D. (July 2002), "Nonconscious Self-Regulation: A Resource-Depletion Approach," Presented to National Institutes of Health (NIDA) conference on Nonconscious Processes in Self-Regulation: Application to Drug Abuse and Addiction, Rockville, MD.

3.    Vohs, Kathleen D. (June 2003), "Self-Regulatory Resources and Psychopathology: Dieting, Approach/Avoidance, Intensity of Desire, and Time Perception," Keynote presentation at conference on "Impulse Control Failures, Impulsiveness, and Psychopathology," Nijmegen, the Netherlands.

4.    Vohs, Kathleen D. (November 2003), "Self-Esteem and Threats to the Self: Interacting With High and Low Self-Esteem People When They Feel Threatened," Alumni Recognition address, Gustavus Adolphus College, St. Peter MN.

5.    Vohs, Kathleen D. (December 2003), "Self-Regulation and Impulsive Spending," Presented to Department of Communication Sciences, Free University, Amsterdam, the Netherlands.

6.    Vohs, Kathleen D. (December 2003), "The Relationship Between Active Choice and Self-Regulatory Resources," Presented to Department of Applied Economics, Katholieke Universite Leuven, Belgium.

7.    Vohs, Kathleen D. (December 2003), "Self-Regulation and Impulsive Spending," Presented at the 7th Annual Marketing Wintercamp, Department of Economics, Katholieke Universite Leuven, Belgium.

8.    Vohs, Kathleen D. (August 2004), "Self-Esteem and Threats to Self: Implications for Interpersonal Relationships and Self-Construals," Presented at Psykologia, Annual Conference for the Finnish Psychological Society, Turku, Finland.

9.    Vohs, Kathleen D., Kathleen Catanese, and Roy F. Baumeister. (December 2004), "Sex Exchange: An Economic Analysis of Heterosexual Sexual Behaviour," Presented at the 8th Annual Marketing Wintercamp, Department of Applied Economics, Katholieke Universite Leuven, Belgium.

10.  Vohs, Kathleen D. (December 2004), "Active Choice Depletes Self-Regulatory Resources," Presented to Department of Communication Sciences, Free University, Amsterdam, Netherlands.

11.  Vohs, Kathleen D. (January 2005), "Active Choice Depletes Self-Regulatory Resources," Marketing Department colloquium series, University of Chicago.

12.  Vohs, Kathleen D., Nicole L. Mead, and Miranda Selinger. (April 2005), "Money and the Self: Money Makes People More Self-Reliant and Less Connected to Others," London Business School, London England.

13.  Vohs, Kathleen D. (April 2005), "Self-Esteem, Ego Threat, and Interpersonal Perceptions: How High and Low Self-Esteem People Respond to Threat Determines Perceptions of Likability and Personality Traits," International workshops for The Behavioural Science Institute of the Radboud University. Nijmegen, Holland.

14.  Vohs, Kathleen D. (April 2005), "Self-Regulatory Resources: Implications for Overeating, Overspending, Impulse Control, and Interpersonal Relationships," International workshops for The Behavioural Science Institute of the Radboud University. Nijmegen, Holland.

15.  Heine, Stephen J., Travis Proulx, and Kathleen D. Vohs (April 2005), "Meaning Maintenance: On the Coherence of Social Motivations," Symposium presentation at the 6th Biennial conference of the Asian Association for Social Psychology, Wellington, New Zealand.

16.  Vohs, Kathleen D. (May 2005), "Decision Making and Self-Regulation: A Limited Resource Account," Marketing Department seminar series, Duke University, Durham, NC.

17.  Vohs, Kathleen D. (July 2005), "Money Changes the Self," Emotion and Decision Making Conference, Berkeley CA.

18.  Vohs, Kathleen D. (January 2006), "Self-Presentation and Self-Regulation," Seminar at Free University, Amsterdam, the Netherlands.

19.  Vohs, Kathleen D., Nicole L. Mead, and Miranda Selinger, (January 2006), "Money Makes the Self more Independent and Less Interdependent," Self and Identity Preconference; Society for Personality and Social Psychology, Palm Springs, CA

20.  Vohs, Kathleen D. (February 2006), "Making Choices Impairs Self-Regulation: A limited Resource Approach," Marketing department seminar series Stanford University, Palo Alto, CA.

21.     Vohs, Kathleen D. (February 2006), "Making Choices Impairs Self-Regulation: A Limited Resource Approach," Marketing department seminar series, Wharton School of Business, University of Pennsylvania, Philadelphia, PA.

22.     Vohs, Kathleen D. (February 2006), "Money Makes People More Self-Sufficient But Less Connected To Others," Psychology department colloquium, Texas A&M University, College Station, TX.

23.     Vohs, Kathleen D. (May 2006), "Spent Resources: Self-Regulatory Resource Availability Affects Impulsive Spending," Marketing department colloquium, Tulane University, New Orleans, LA.

24.     Vohs, Kathleen D. (May 2006), "Making Choices Impairs Self-Regulation: A Limited Resource Approach," Marketing department colloquium, Kellogg School of Business, Northwestern University, Chicago.

25.     Vohs, Kathleen D., Nicole L. Mead, and Miranda Selinger, (June 2006), "Money Makes People More Independent and Less Interdependent," Applied economics department colloquium, Katholieke Universite Leuven, Belgium.

26.     Vohs, Kathleen D. (June 2006), "Making Choices Impairs Self-Regulation: A Limited-Resource Approach," INSEAD Summer Marketing Camp, INSEAD Singapore.

27.     Vohs, Kathleen D., Nicole L. Mead, and Miranda R. Goode (August 2006), "The Psychological Consequences of Money," Dartmouth College.

28.     Vohs, Kathleen D. (November 2006), "The Limited-Resource Model of Self-Regulation: Implications for Eating, Spending, and Making Choices. Small Group Meeting in Consumer Psychology: Unconscious and Controlled Processes," University of Twente, Enschede, the Netherlands.

29.     Vohs, Kathleen D. (January 2007), "Self-Esteem and Threats to the Self: An Interpersonal Perspective," Radboud University, Nijmegen, Netherlands.

30.     Vohs, Kathleen D. (January 2007), "Money Changes Personal and Interpersonal Behavior," Behavioral Science Institute seminar. Radboud University, Nijmegen, Netherlands.

31.     Vohs, Kathleen D. (January 2007), "Money Changes Personal and Interpersonal Behavior" Behavioral Law seminar series. University of Minnesota Law School. Minneapolis MN.

32.     Vohs, Kathleen D., Nicole L. Mead, and Miranda R. Goode (February 2007), "The Psychological Consequences of Money" Institute for Research in Marketing Board of Directors meeting. University of Minnesota, Minneapolis MN.

33.   Vohs, Kathleen D., Nicole L. Mead, and Miranda R. Goode (March 2007), "Money Changes Personal and Interpersonal Behavior," Department of Psychology, Arizona State University, Tempe AZ.

34.   Vohs, Kathleen D. (March 2007), "How and Why People Fail at Self-Control: A Limited-Resource Approach. Department of Marketing," W. P. Carey School of Business, Arizona State University, Tempe AZ.

35.   Vohs, Kathleen D., Nicole L. Mead, and Miranda R. Goode (March 2007), "Money Changes Personal and Interpersonal Behavior" Colloquium, Macalaster College, Minneapolis MN.

36.   Vohs, Kathleen D. (April 2007), "Sexual Economics: Heterosexual Sexual Behavior As Predicted by Basic Economic Principles," Self and Other: Cognitive Perspectives on Trust, Empathy and the Self. University of Minnesota, Institute for Law and Rationality. Minneapolis MN.

37.   Vohs, Kathleen D. (April 2007), "Self-Control Is Governed by a Limited Resource," University of Miami Small Group Meeting on Religion and Self-Control. Miami, FL.

38.   Vohs, Kathleen D. (April 2007), "Money Changes Personal and Interpersonal Behavior," Kurt Lewin Institute workshop, Free University-Amsterdam, Holland.

39.   Vohs, Kathleen D. (April 2007), "Selfishness and Self-Regulation," Kurt Lewin Institute workshop, Free University-Amsterdam, Holland.

40.   Vohs, Kathleen D. (April 2007), "Money Changes Personal and Interpersonal Behavior," Tilburg University, Holland.

41.   Vohs, Kathleen D. (May 2007), "Money Changes Personal and Interpersonal Behavior," Keynote address, Western Psychological Association, Vancouver BC.

42.   Vohs, Kathleen D. (May 2007), "Money Changes Personal and Interpersonal Behavior," NYU Marketing Camp, New York.

43.   Vohs, Kathleen D. (January 2008), "Making Choices Depletes the Self," Department of Marketing, University of California Los Angeles, CA.

44.   Vohs, Kathleen D. (January 2008), "Making Choices Depletes the Self," Department of Marketing, University of California San Diego, San Diego, CA.

45.   Vohs, Kathleen D. (February 2008), "Sex Exchange: Heterosexual Sexual Behavior As Predicted by Basic Economic Principles," University of Texas at Austin Marketing Department, Austin, TX.

46.     Vohs, Kathleen D. (February 2008), "A Limited-Resource Model of Self-Control: Implications for Overeating, Overspending, and the Effects of Choice," University of Texas at Austin Marketing Department, Austin, TX.

47.     Vohs, Kathleen D. (February 2008), "Making Choices Depletes the Self and Harms Self-Regulation," Melbourne Business School, Departmental Colloquium, Melbourne, Australia.

48.     Vohs, Kathleen D. (February 2008), "The Psychological Consequences of Money," The Ohio State University, departmental colloquium.

49.     Vohs, Kathleen D. (March 2008), "Sexual Economics," Melbourne Social Psychology Group, Melbourne, Australia.

50.     Vohs, Kathleen D., Bob Fennis, Jannine Lasaleta, Nicole Mead, and Brandon Schmeichel (March 2008), "Self-Regulatory Resource Depletion: Implications for the Interpersonal Self, Feelings, and Urges," 11th Annual Sydney Symposium in Social Psychology, Sydney, Australia.

51.     Vohs, Kathleen D. (April 2008), "Sexual Economics," Melbourne Social Psychology Group, Melbourne, Australia

52.     Vohs, Kathleen D. (April 2008), "A Limited-Resource Model of Self-Control: Implications for Time Perception, Rational Thought, and Making Choices," Templeton Foundation meeting on Conscious Process and Free Action, Amelia Island, FL.

53.     Vohs, Kathleen D. (April 2008), "Self-Regulatory Resource Depletion Heightens Feelings and Urges," Department of Social Psychology, Free (VU) University, Amsterdam Netherlands.

54.     Vohs, Kathleen D. (April 2008), "Psychology, Marketing, Academia, and the Rest of Life," Workshop, Tilburg University, Tilburg, the Netherlands.

55.     Vohs, Kathleen D. (April 2008), "Sexual Economics: Heterosexual Men and Women in a Sexual Marketplace, Kurt Lewin Institute keynote speech, Zeist, the Netherlands.

56.     Vohs, Kathleen D. (May 2008), "Self-Regulatory Resource Depletion Heightens Feelings and Urges," TIBER Presentation, Tilburg University, Tilburg, the Netherlands.

57.     Vohs, Kathleen D. (May 2008), "Making Choices Depletes the Self," Department of Psychology colloquium, University of Koln, Germany.

58.     Vohs, Kathleen D. (June 2008), "Mere Reminders of Money Change Personal and Interpersonal Behavior," Department of Psychology colloquium, University of Heidelberg, Germany.

59.    Vohs, Kathleen D. (June 2008), "Making Choices Depletes the Self," Department of Psychology colloquium, University of Basel, Switzerland.

60.    Vohs, Kathleen D. (June 2008), "Mere Reminders of Money Change Personal and Interpersonal Behavior," Graduiertenprogramm Oberrhein (Graduate Workshop), University of Basel, Switzerland.

61.    Vohs, Kathleen D. (June 2008), "Sexual Economics and Heterosexual Sexual Behavior," Graduiertenprogramm Oberrhein (Graduate Workshop), University of Basel, Switzerland.

62.    Vohs, Kathleen D. (July 2008), "Money Changes Personal and Interpersonal Behavior," Department of Psychology, Leiden University, Leiden, the Netherlands.

63.    Vohs, Kathleen D. (August 2008), "Self-Regulation and the Limited-Resource Model: An Overview," Department of Psychology, University of Bergen, Bergen, Norway.

64.    Vohs, Kathleen D. (September 2008), "Money Changes Personal and Interpersonal Behavior," Department of Marketing, Desautels Faculty of Management, McGill University.

65.    Vohs, Kathleen D. (October 2008), "Money Talks: Even Small Reminders of Money Change People," The Market Research Event, Anaheim, CA.

66.    Vohs, Kathleen D. (October 2008), "Roundtable: Understanding and Improving Consumer Personal Finances," Association for Consumer Research, San Francisco, CA.

67.    Vohs, Kathleen D. (October 2008), "Sexual Economics: Using Sex-Based Advertising to Uncover Notions About Sex And Exchange," University of Chicago, Booth School of Business, Marketing Seminar.

68.    Vohs, Kathleen D. (October 2008), "Money Talks: Even Small Reminders of Money Change People," Northwestern University, Kellogg School of Management, Marketing Seminar.

69.    Vohs, Kathleen D. (November 2008), "Small Reminders of Money Change People," University of Chicago, Booth School of Business, MOB Seminar.

70.    Vohs, Kathleen D. (November 2008), "Money Changes Personal and Interpersonal Behavior," University of British Columbia, Department of Psychology.

71.    Vohs, Kathleen D. (December 2008), "Sexual Economics: Using Sex-Based Advertising to Uncover Notions About Sex And Exchange," Radboud University Nijmegen, Behavioral Science Institute Seminar.

72.    Vohs, Kathleen D. (February 2009), "The Prepotent Self," International Society for Self and Identity preconference early career award address, Society for Personality and Social Psychology, Tampa FL.

73.    Vohs, Kathleen D. (February 2009), "Money Changes Personal And Interpersonal Behavior: Evidence From Helping, Work, Play, Physical Distance, Perspective Taking, Likability, and Pain Tolerance," Society for Judgment and Decision Making, Society for Personality and Social Psychology, Tampa FL.

74.    Vohs, Kathleen D. (March 2009), "Small Reminders of Money Change Personal Behavior," Stanford University Psychology department social laboratory seminar.

75.    Vohs, Kathleen D. (March 2009), "Small Reminders of Money Change Personal Behavior," Washington University, Experimental Economics colloquium.

76.    Vohs, Kathleen D. (March 2009), "Reminders of Money Change Personal Behavior," MIT Management Science seminar.

77.    Vohs, Kathleen D. (April 2009), "Money Changes Personal Behavior," University of Toronto Rotman School of Business, Marketing Department seminar.

78.    Vohs, Kathleen D. (April 2009), "Career Advice for Postgraduate Students," Society of Australasian Social Psychology, Melbourne, Australia.

79.    Vohs, Kathleen D. (April 2009), "Small Reminders of Money Change Personal and Interpersonal Behaviour," Keynote address, Society of Australasian Social Psychology, Melbourne, Australia.

80.    Vohs, Kathleen D. (May 2009), 'Small Reminders of Money Change Behavior," Collaborative and Multidisciplinary Research Conference, Yale University, New Haven, CT.

81.    Vohs, Kathleen D. (May 2009), "Engaging in Self-Control Uses Limited Resources: New Perspectives," University of Groningen, the Netherlands.

82.    Vohs, Kathleen D. (May 2009), "Engaging in Self-Control Uses Limited Resources," Free University Amsterdam, Marketing Department, the Netherlands.

83.    Vohs, Kathleen D. (May 2009), Key participant in "Ignite09: A Symposium on the Convergence of Behavioral Economics and Healthcare," Capitol Hill, Washington DC.

84.    Vohs, Kathleen D. (June 2009), "Self-Control as a Limited Resource," Language Research Center, Georgia State University.

85.    Vohs, Kathleen D. (June 2009), "Writing for Publication," Psychology Department, Sun Yat-Sen University, Guangzhou, China.

86.    Vohs, Kathleen D. (June 2009), "Money Changes People's Behavior," Psychology Department, Sun Yat-Sen University, Guangzhou, China.

87.    Vohs, Kathleen D. (June 2009), "Self-Control and Choices," Psychology Department, Sun Yat-Sen University, Zhuhai, China.

88.    Vohs, Kathleen D. (July 2009), "Free Will Beliefs Change People's Behavior," Templeton Foundation meeting on neuroscience, psychology, and experimental philosophy, New York City.

89.    Vohs, Kathleen D. (August 2009), "Money Changes People's Behavior," Marketing Department, Erasmus University, Rotterdam, the Netherlands.

90.    Vohs, Kathleen D. (September 2009), "The Science of Money and Self-Control," Tutorial, Marketing Department, Erasmus University, Rotterdam, the Netherlands.

91.    Vohs, Kathleen D. (September 2009), "Do Consumers Make Rational Decisions Based On Economics?" Buyers Health Care Action Group Employer Leadership Summit, Minneapolis MN.

92.    Vohs, Kathleen D. (September 2009), "Depletion of Self-Control Resources Increases Impulsive Spending," University of Michigan, Psychology Series on Storing, Spending and Saving: The Psychology and Evolution of Decisions about Resources. Ann Arbor, MI.

93.    Vohs, Kathleen D. (September 2009), "Money Changes People's Behavior," Harvard Business School workshop on Leadership and Corporate Accountability. Cambridge, MA.

94.    Vohs, Kathleen D. (October 2009), "Social Influence Techniques and Self-Regulation," Speech, Language, and Hearing Sciences. University of Minnesota, Minneapolis, Minnesota.

95.    Vohs, Kathleen D. (October 2009), "Self-Regulation: A Limited Resource Account," Center for Cognitive Science. University of Minnesota, Minneapolis, Minnesota.

96.    Vohs, Kathleen D. (October 2009), "Studying Self-Regulation in the Laboratory: The Case of the Materialistic Consumer," Doctoral Symposium, Association for Consumer Research, Pittsburgh, PA.

97.    Vohs, Kathleen D. (November 2009), "The Psychological Consequences of Money," SITE International Conference. Aruba, Dutch Antilles.

98.    Vohs, Kathleen D. (January 2010), "Depletion Strengthens Urges and Feelings," Winter Conference in Social Psychology, Park City, Utah.

99.    Baumeister, Roy F., E. J. Masicampo, and Kathleen D. Vohs (January, 2010), "Can Consciousness Cause Behavior?" Winter Conference in Social Psychology, Park City, Utah.

100.    Baumeister, Roy F., E. J. Masicampo, and Kathleen D. Vohs (January, 2010), "Can Consciousness Cause Behavior?" Experimental Philosophy Conference, Tallahassee, FL.

101.    Vohs, Kathleen D. (January 2010), "Manipulated Belief in Free Will," Experimental Philosophy Conference, Tallahassee, FL.

102.    Vohs, Kathleen D. (February 2010), "The Very Thought of Money Makes People Less Prosocial," Stanford Graduate School of Business Conference: Small Steps, Big Leaps Briefing: The Science of Getting People to Do the Right Thing, Palo Alto, CA.

103.    Vohs, Kathleen D. (March 2010), "Neural Underpinnings of Self-Regulatory Resource Depletion, " MRI users group, University of Minnesota, Minneapolis MN.

104.    Vohs, Kathleen D. (April 2010), "Free Will Beliefs and Morality," Law and Economics Seminar Series, University of Minnesota Law School, Minneapolis MN.

105.    Vohs, Kathleen D. (May 2010), "Money Reminders and Consumer Behavior," Marketing Department, University of Groningen, the Netherlands.

106.    Vohs, Kathleen D. (June 2010), "The Role of Self-Control in Impulsive Spending," MSI's Shopper Marketing Meeting, New York.

107.    Vohs, Kathleen D. (July 2010), "Self-Control as a Limited Resource," Brisbane Symposium on Self and Identity, University of Queensland, Brisbane, QLD.

108.    Vohs, Kathleen D. (September 2010), "The Role of Self-Control in Impulsive Spending," Institute for Research in Marketing Board Meeting, Minneapolis MN.

109.    Hofmann, Wilhelm, Kathleen D. Vohs, Georg Förster, and Roy F. Baumeister (September 2010), "Everyday Temptations: An Experience Sampling Study on How People Control Their Desires, "Department of Psychology, Leiden University, Leiden, The Netherlands.

110.    Vohs, Kathleen D. (October 2010), "Small Reminders of Money Change People's Behavior," Distinguished Scholar lecture for the Minnesota Psychological Association, Minneapolis Minnesota.

111.    Vohs, Kathleen D. (October 2010), "A Limited Resource Model of Self-Control," Marketing Department, Southern Methodist University, Dallas TX.

112.   Vohs, Kathleen D. (November 2010), "Temporary Depletion of Self-Control Leads to Overeating Among Dieters," Meeting on Experimental Research into the Psychopathology of Obesity at the Royal Netherlands Academy of Arts and Sciences, Amsterdam, NL.

113.   Vohs, Kathleen D. (November 2010), "Small Reminders of Money Bring About Big Changes in People's Behavior," Marketing Department, London Business School, London, UK.

114.   Vohs, Kathleen D. (November 2010), "Small Reminders of Money Bring About Big Changes in People's Behavior," London Judgment and Decision Making group, London, UK.

115.   Vohs, Kathleen D. (November 2010), "Free Will Beliefs," Psychology Department, University of Southampton, Southampton, UK.

116.   Vohs, Kathleen D. (November 2010), "Targeting Low Self-Control People for Sustainable Behaviors Initiatives," TransForum Multiple Selves and Sustainability Development Symposium, Amsterdam, NL.

117.   MacDonald, Angus W., III, Ian Ramsay, Madelyn Steen, Ron J. Faber, Monica Luciana, Kathleen D. Vohs, and Marco Yzer (November 2010), "Persuasion Neuroscience? Functional MRI of Effective and Ineffective Anti-Drug Messages in Adolescents," Presentation at the nanosymposium, "Opiates: Diversity of Approaches and Treatment Implications" at Neuroscience 2010. San Diego, CA.

118.   Vohs, Kathleen D. (January 2011), "Small Reminders of Money Produce Big Changes in Behavior," Fisher College of Business Marketing Research Camp at The Ohio State University, Columbus, Ohio.

119.   Vohs, Kathleen D., Roy F. Baumeister and E. J. Masicampo (January 2011), "Does Consciousness Cause Behavior?" Consciousness Preconference for the Society for Personality and Social Psychology annual meeting, San Antonio TX. (Vohs co-organized the entire preconference.)

120.   Vohs, Kathleen D. (February 2011), "Small Reminders of Money Produce Big Changes in Behavior," Department of Psychology colloquium, University of Manitoba, Winnipeg, MB.

121.   Vohs, Kathleen D. (February 2011), "Small Reminders of Money Produce Big Changes in Behavior," Kendall honorary lecture, Psychology Department, Gustavus Adolphus College, St. Peter, MN.

122.   Preuss, Greg S., Tyler F. Stillman, Nicole L. Mead, and Kathleen D. Vohs (February 2011), "Fool Me Once, Shame On Me: Development of the Sucker Rumination Scale," Society for Consumer Psychology meeting, Atlanta, GA.

123.   Hedgcock, William, Kathleen D. Vohs, and Akshay Rao (February 2011), "Neurological Correlates of Diminished Self-Control," Society for Consumer Psychology meeting, Atlanta, GA.

124.   Vohs, Kathleen D. (March 2011), "A Lack of Self-Control Can Make People More Persuadable," Amsterdam School of Communications Research Distinguished Lecture Series "The Entertainization of Society," University of Amsterdam.

125.   Louis, Winnifred R., Joanne R. Smith, and Kathleen D. Vohs (April 2011), "Bring It On, Baby! Does Exposure to Intergroup, Interpersonal, and Intrapersonal Conflict Heighten Self-Regulation?" Society for Australasian Social Psychology, Sydney, Australia.

126.   Vohs, Kathleen D. (April 2011), "Reminders of Money Change Consumers' Behavior," Marketing Camp, Wharton School of Business, University of Pennsylvania, Philadelphia, PA.

127.   Vohs, Kathleen D. (April 2011), "Reminders of Money Change Consumers' Behavior," Marketing Department Colloquium, Haas School of Business, University of California, Berkeley.

128.   Vohs, Kathleen D. (May 2011), "Reminders of Money Change Consumers' Behavior," Marketing Camp, Columbia School of Business, Columbia University, New Paltz, NY.

129.   Vohs, Kathleen D. (June 2011), "Reminders of Money Change Consumers' Behavior," Marketing Department Colloquium, Grenoble Ecole de Management, Grenoble, France.

130.   Louis, Winnifred R., Joanne R. Smith. Kathleen D. Vohs, Jessica Beaton, and Jack Leggett (July 2011), "Collective Action Evokes Apathy and Resistance from Outside and Within the Disadvantaged Group," Symposium at the European Association of Experimental Social Psychology, Stockholm, Sweden.

131.   Vohs, Kathleen D. (July 2011), "A Limited Resource Model of Self-Control: Implications for Better Eating," The 13th Annual Postgraduate Nutrition Symposium: Your Brain Can Help You Eat Better, Harvard Medical School.

132.   Vohs, Kathleen D. (July 2011), "Self-Regulatory Resource Depletion Intensifies Feelings and Urges," Yale School of Management, New Haven, CT.

133.   Vohs, Kathleen D. (August 2011), "Seven Thousand Desires: Urges and Control Over Them in Everyday Life," Psychology Department colloquium, University of Queensland, Brisbane, Australia.

134.   Vohs, Kathleen D. (September 2011), "Self-Regulatory Resource Depletion Intensifies Feelings and Urges," Kellogg School of Management, Northwestern University, Chicago.

135.   Vohs, Kathleen D. and Jia (Elke) Liu (November 2011), "What Are the Psychological Meanings of Money?" Meaning Conference, Tilburg University, Tilburg, the Netherlands.

136.   Hofmann, Wilhelm, Kathleen D. Vohs and Roy F. Baumeister (January 2012), "Everyday Temptations," Utah Winter Conference, Park City, Utah.

137.   Vohs, Kathleen D. (February 2012), "Money Talks But Isn't Very Cooperative: Mere Reminders Of Money Make People Feel Threatened And Reactant Against Social Influence," Marketing Department colloquium, University of San Antonio.

138.   Vohs, Kathleen D. (March 2012), "Secret Things that Money Does to Your Head," American Association of Individual Investors (Denver chapter). Webinar.

139.   Vohs, Kathleen D. (April 2012), "Self-Regulatory Resource Depletion Amplifies Feelings and Urges," Institute for Child Development, University of Minnesota, Minneapolis.

140.   Vohs, Kathleen D. (May 2012), "Money Talks, and Has Lots to Say — about Personal Motivation and Interpersonal Connections," Rice University Inaugural Marketing Camp, Houston.

141.   Vohs, Kathleen D. (May 2012), "Money Talks, and Has Lots to Say — about Personal Motivation and Interpersonal Connections," Catolica Universidade Marketing Department, Lisbon.

142.   Vohs, Kathleen D. (May 2012), "How Do Psychologists Think About Creativity? How Can People Be More Creative More Often?" Gruter Institute Conference on Innovation, Economic Growth and Human Behavior, Squaw Valley, CA.

143.   Vohs, Kathleen D. (June 2012), "A General (But Limited) Resource Model of Self-Control," Clinical Child and Family Studies, VU University, Amsterdam.

144.   Vohs, Kathleen D. (August 2012), "Money Talks, and Has Lots To Say — about Goals, Motivation, and Dealings with Others," Keynote speech at 4th Biennial Symposium on Personality and Social Psychology, Kazimierz Dolny, Poland.

145.   Vohs, Kathleen D. (August 2012), "Self-Control as a Limited Resource: Review and Some Fresh New Findings," Forschergruppe Research Unit on Decision Making, University of Mannheim, Germany.

146.   Vohs, Kathleen D. (September 2012), "Money Talks, and Has Lots To Say — about Goals, Motivation, and Dealings with Others," Kahneman Lecture (Keynote) at International Association for Research in Economic Psychology, Wroclaw, Poland.

147.  Vohs, Kathleen D. (September 2012), "Money Talks, and Has Lots To Say — about Goals, Motivation, and Dealings with Others," Marketing Department Colloquium, Ivey School of Business, University of Western Ontario, London, Ontario, Canada.

148.  Vohs, Kathleen D. (October 2012), "Misperceptions and Mistakes," Doctoral Symposium Panel, Association for Consumer Research Annual Conference, Vancouver, BC.

149.  Vohs, Kathleen D. (January 2013), "Free Will Belief Manipulations and Findings: The Good, the Bad, the Ugly," Templeton Free Will Symposium, Florida State University, Tallahassee, FL.

150.  Vohs, Kathleen D. (January 2013), "Motivation, Personal Beliefs, and Limited Resources All Contribute to Self-Control," Lay Theory Preconference Society for Personality and Social Psychology annual meeting, New Orleans LA.

151.  Vohs, Kathleen D. (January 2013), "Self-Regulatory Resource Depletion Amplifies Feelings and Urges," Self-Regulation Preconference Society for Personality and Social Psychology annual meeting, New Orleans LA.

152.  Vohs, Kathleen D. (February 2013), "The Psychology of Money," Law School Colloquium, University of Minnesota.

153.  Vohs, Kathleen D. (February 2013), "The Psychology of Money," Sponsored Projects Conference Keynote speaker, University of Minnesota.

154.  Vohs, Kathleen D. (February 2013), "Self-Control as a Limited Resource," Carlson School Breakfast Series, University of Minnesota.

155.  Vohs, Kathleen D. (February 2013), "Money Talks: The Psychology of Money," Minne-College UMN-Arizona Day speaker, Phoenix, AZ.

156.  Vohs, Kathleen D. (February 2013), "Self-Control as a Limited Resource, " Institute for Research in Marketing, Carlson School of Management, University of Minnesota.

157.  Vohs, Kathleen D. (March 2013), "Money Talks, and Has Lots To Say — about Goals, Motivation, and Dealings with Others," Marketing Department Colloquium, Pompeu Fabra University, Barcelona, Spain.

158.  Vohs, Kathleen D. (June 2013), "Money Talks" Marketing Department, Star Series speaker," Bocconi University, Milan, Italy.

159.  Vohs, Kathleen D. (July 2013), "Money Talks" Marketing Department speaker, National University Singapore.

160.  Vohs, Kathleen D. (September 2013), "Rituals Enhance Consumption" Gollwitzer Oettingen lab meeting, New York University.

161. Vohs, Kathleen D. (September 2013), "Is There Anything Good about Mess?" Columbia University Marketing Colloquium.

162. Vohs, Kathleen D. (October 2013), "Depletion Enhances Urges and Feelings" Social Psychology Colloquium, New York University.

163. Vohs, Kathleen D. (October 2013), "The Psychology of Money" Jencks Meeting on Inequality, Harvard Kennedy School.

164. Vohs, Kathleen D. (October 2013), "Behavioral Economics," Keynote panelist, The Market Research Event, Nashville.

165. Vohs, Kathleen D. (October 2013), "The Psychology of Money" Russell Sage Foundation, New York.

166. Vohs, Kathleen D. (October 2013), "Looking Back: What I Am Glad I Did and What I wish I Hadn't," Association for Consumer Research, Chicago IL.

167. Vohs, Kathleen D. (November 2013), "Mindset Switching" Harvard Learning Innovation Laboratory.

168. Vohs, Kathleen D. (November 2013), "Negative Affect Can Improve Self-Control," Trope lab meeting, New York University.

169. Vohs, Kathleen D. (November 2013), "Sexual Economics," Sprouts lab meeting, School of Management, Yale University.

170. Schooler, J. W. and Kathleen D. Vohs. (December 2013), "Free Will Belief Manipulations and Findings: The Good, the Bad, the Ugly (Redux)," Templeton Free Will Symposium, Florida State University, Tallahassee, FL.

171. Vohs, Kathleen D. (January 2014), "Messy and Tidy Environments: Is there Anything Good About Mess?" Katz Marketing Camp, Katz Graduate School of Business, University of Pittsburg, Pittsburg, PA.

172. Vohs, Kathleen D. (January 2014), "Money and the Agentic Self: Kids, God, Esteem, and Affirmation," Meaning of money meeting, Russell Sage Foundation, New York City.

173. Vohs, Kathleen D. (February 2014), "Self-Control as a Limited Resource: Review and Some Fresh New Findings," Department of Economics, University of Heidelberg, Heidelberg, Germany.

174. Vohs, Kathleen D. (February 2014), "The Meanings of Money," Center for Wealth and Inequality, Columbia University, New York, NY.

175. Vohs, Kathleen D., Joseph Redden, Ryan Rahinel, Aparna Labroo, Jackson Lu, Eric Abrahamson, and Ravi Dhar (February 2014), "Messy and Tidy Environments: Is There Anything Good About Mess?" Marketing Department, New York University Stern School of Business, New York, NY.

176. Vohs, Kathleen D. (March 2014), "Is There Anything Good About Mess?" Art, Mind, and Markets, Yale University, New Haven, CT.

177. Vohs, Kathleen D. (March 2014), "The Meaning of Money: Beyond Pragmatics," Management Department, Columbia University, New York, NY.

178. Vohs, Kathleen D. (April 2014), "Is There Anything Good About Mess?" WU Wien Department of Marketing, University of Vienna, Vienna, Austria.

179. Vohs, Kathleen D. (April 2014), "The Meaning of Money: Beyond Pragmatics," WU Wien Department of Marketing, University of Vienna, Vienna, Austria.

180. Vohs, Kathleen D. (April 2014), "The Meaning of Money: Beyond Pragmatics," Paduano Symposium, New York University, New York, NY.

181. Vohs, Kathleen D. (May 2014), "The Meaning of Money: Beyond Pragmatics," Meaning of Money Meeting, Association for Psychological Science Annual Convention, San Francisco, CA.

182. Vohs, Kathleen D. (July 2014), "Depletion Amplifies Urges and Emotions," Psychology Department, Clinical Psychology, University of Heidelberg.

183. Vohs, Kathleen D. (July 2014), "The Meaning of Money: Beyond Pragmatics," Psychology Department, Social Psychology, University of Heidelberg, Heidelberg, Germany.

184. Vohs, Kathleen D. (July 2014), "Money, Creativity, Charity: Overview and Stimulation," Minnesota Public Radio, Minnesota.

185. Vohs, Kathleen D. and Igor Grossman (August 2014), "Adaptive Prospection: Wisdom and Forecasting Accuracy," Prospection Seminar, University of Pennsylvania, Philadelphia, PA.

186. Vohs, Kathleen D. (September 2014), "Self-Control is Governed by a Limited Inner Resource," Anneliese Maier Award Ceremony, Heidelberg University, Heidelberg, Germany.

187. Vohs, Kathleen D. (September 2014), "Depletion Stimulates Urges and Feelings," Elizabeth Burckhardt Distinguished Speaker, Miami University, Oxford, OH.

188.   Vohs, Kathleen D. (September 2014), "Money: Beyond the Pragmatic," Elizabeth Burckhardt Distinguished Speaker, Miami University, Oxford, OH.

189.   Vohs, Kathleen D. (September 2014), "Sex Exchange: Heterosexual Sexual Behavior As Predicted by Basic Economic Principles," Heidelberg University Social Psychology Group, Heidelberg, Germany.

190.   Vohs, Kathleen D. (September 2014), "The Meaning of Money: Beyond Pragmatics," University of Mannheim Social Psychology Group, Mannheim, Germany.

191.   Vohs, Kathleen D. (October 2014), "Depletion and Failures to Consider the Future," Barcelona Prospection Meeting, Barcelona, Spain (Vohs organized the meeting).

192.   Vohs, Kathleen D. (October 2014), "Self-Control Depletion Affects Healthy Eating, Wise Spending, Social Interactions At Work, and the Brain," HelloWallet Forum Series: Benefits and Behavioral Change, Minneapolis, MN.

193.   Vohs, Kathleen D. (October 2014), Faculty participant in, "Research Scrums," Doctoral Symposium, Association for Consumer Research North American Conference, Baltimore, MD.

194.   Sweeny, Kate and Kathleen D. Vohs (February 2015), "On Near Misses and Completed Tasks: The Nature and Consequences of Relief," Invited presentation and Target Article for the Time, Tense, and the Psychology of Relief workshop, University of Warwick, Coventry, UK.

195.   Grossmann, Igor and Kathleen D. Vohs (August 2015), "Adaptive Prospection: Wisdom, Intensity Bias, and Forecasting Accuracy," University of Pennsylvania, John Templeton Foundation Prospection grant meeting, Philadelphia.

196.   Vohs, Kathleen D. (September 2015), "Self-Control is a Limited Resource," Presentation for Denver CO alumni chapter of Carlson School of Management, University of Minnesota.

197.   Vohs, Kathleen D. (September 2015), "What Underlies Happiness from Past Experiences? Evidence from Longitudinal and Experimental Studies of Children," Colloquium, University of Colorado Boulder, Leeds School of Business, Marketing Department, Boulder, CO.

198.   Vohs, Kathleen D. (November 2015), "Why is Self-Control so Difficult? Investigations into Humans' Greatest Strength," Carlson School Endowed Chair Research Lecture Series, University of Minnesota.

199.   Vohs, Kathleen D. (April 2016), "Meaning Maintenance, Meaningful Thoughts & Meaningfulness: Making connections," Meaning of Meaning Conference, Barcelona, Spain. (Vohs organized the meeting).

200.   Vohs, Kathleen D. (May 2016), "Self-Control is a Depletable Inner Resource," Carlson School Alumni Presentation, Chicago, IL.

201.   Vohs, Kathleen D. (May 2016), "Methods and Communication of Discovery in Business Behavioral Sciences," Judge School of Business, University of Cambridge, Cambridge, UK.

202.   Vohs, Kathleen D. (May 2016), "What do People Desire? 7000 Experience Sampling Reports of Everyday Desire, Conflict, Restraint, and Behavior," Judge School of Business, University of Cambridge, Cambridge, UK.

203.   Vohs, Kathleen D. (May 2016), "The Mind on Money: Money as a Window into Large Group Sociality," Midwestern Psychological Association's annual meeting, Chicago.

204.   Shariff, Azim, Brett Mercier, Dylan Wiwad, Lara Aknin, Kyoungmi Lee, and Kathleen D. Vohs, (August 2016), "Punitive Inequity Aversion: Do Americans Want to Eat the Rich?," Inequality and decision making, a Tobin Project Conference, Cambridge MA.

205.   Vohs, Kathleen D. (October 2016), "The Costs of Decision Fatigue for Leadership, Wisdom, and Control," Keynote to the Association of Governing Boards of Universities and Colleges, at the request of the University of Minnesota Board of Regents, Minneapolis MN.

206.   Vohs, Kathleen D. (December 2016), "Meaning: Making connections," Hong Kong University of Science and Technology, Hong Kong.

207.   Vohs, Kathleen D. (January 2017). Here We Are (with Shane Mauss), Live Podcast.

208.   Vohs, Kathleen D. (February 2017), "The Costs of Decision Fatigue for Leadership, Wisdom and Control," First Tuesday Luncheon, Minneapolis MN.

209.   Vohs, Kathleen D. (February 2017), "The Surprising Costs of Decision Making," Emotion, Health and Psychophysiology Lab, University of California, San Francisco, San Francisco CA.

210.   Vohs, Kathleen D. (February 2017), "The Costs of Decision Fatigue for Leadership, Wisdom, and Control," Talk to the San Francisco Bay area alumni chapter of Carlson School of Management, San Francisco, CA.

211.   Rudd, Melanie, Kathleen D. Vohs, and Christian Hildebrand, (February 2017), "Inspired to Create: Awe Enhances Openness to Learning and the Desire for Experiential Creation," Society for Consumer Psychology annual meeting, San Francisco, CA.

212.   Vohs, Kathleen D. (March 2017), "Can Ordinary People Detect Lies, After All?" Keynote at the Eastern Psychological Association annual meeting, Boston MA.

213. Vohs, Kathleen D. (March 2017). What Underlies Happiness from Past Experiences? Evidence from Longitudinal and Experimental Studies of Children," University of Kentucky Gatton College of Business and Economics, Marketing Department, Lexington, KY.

214. Vohs, Kathleen D. (April 2017), "What Money Does to You," Women, Wine, and Wise Words, Office of President, hosted by Karen Kaler. University of Minnesota.

215. Vohs, Kathleen D. (April 2017), "How Consumers Find Meaning in Material Goods and Art," HEC Paris annual Marketing Research Camp, Paris.

216. Vohs, Kathleen D. (April 2017), "Beliefs and Preferences Across Cultures and Development," University of Toronto's Rotman School of Management, Toronto.

217. Vohs, Kathleen D. (April 2017), "Differences Between a Happy and Meaningful Life," Women's Leadership Conference, Carlson School of Management, University of Minnesota, Minneapolis.

218. Vohs, Kathleen D. (May 2017), "Where do We Go from Here? The Future of Ego Depletion," Association for Psychological Science annual convention, Boston, MA.

219. Vohs, Kathleen D. (May 2017), "The Decision Making Hangover: Consumer Fatigue in the Wake of Choice," Keynote, CEB Sales and Marketing Summit, Las Vegas NV.

220. Vohs, Kathleen D. (May 2017), "How Can You Be More Creative More Often?," Keynote, Studio BV Annual Retreat, Minneapolis.

221. Vohs, Kathleen D. (October 2017), "What Money Does to You," Carlson School of Management Board of Overseers meeting, Minneapolis.

222. Vohs, Kathleen D. (October 2017), "Friends with Money: The Interplay of Social and Financial Well-Being," Roundtable, Association for Consumer Research annual meeting, San Diego, CA.

223. Vohs, Kathleen D. (February 2018), "Writing the Killer Paper," Society for Consumer Psychology's annual conference, Doctoral Consortium, Dallas.

224. Vohs, Kathleen D. (February 2018), "Writing for General Audiences," Society for Consumer Psychology's annual conference, Preconference, Dallas.

225. Vohs, Kathleen D. (February 2018), "Distinguished Scientific Contribution Award Address," Society for Consumer Psychology's annual conference, Doctoral Consortium, Dallas.

226.   Vohs, Kathleen D. (March 2018), "Consuming Art Can Enhance Meaning In Life (or Happiness)," Harvard Business School, Marketing.

227.   Vohs, Kathleen D. (April 2018), "Happiness from Past Events: Longitudinal and Experimental Investigations of Kids," Inaugural joint psychology and marketing seminar, Fisher College of Business, Ohio State University.

228.   Vohs, Kathleen D. (April 2018), "Consuming Art Can Enhance Meaning In Life (or Happiness)," 2nd annual Studio BV retreat, Minneapolis MN.

229.   Vohs, Kathleen D. (May 2018), "Costs of Decision Making for Wisdom, Leadership, and Control," Carlson Day at 3M, St. Paul MN.

230.   Vohs, Kathleen D. (May 2018), "Images Change Implicit Attitudes More than Text: Evidence from Corrective Advertising Attempts," Foster School of Business Marketing Camp, University of Washington, Seattle.

231.   Vohs, Kathleen D. (June 2018), "Social Class and Social Worlds," Centre for Experimental Research on Fairness, Inequality and Rationality, NHH Norwegian Business School, Bergen Norway.

232.   Vohs, Kathleen D. (July 2018), "The Demotivating Power of Now," Coller Conference on Behavioral Economics, Tel Aviv University, Israel.

233.   Vohs, Kathleen D. (August 2018), "The Demotivating Power of Now," Volition and Self-Control: From Metaphors to Mechanisms, Technische Universität Dresden, Germany.

234.   Vohs, Kathleen D. (January 2019), "Hidden Costs of Decision Making," Keynote speech, National Institute on the Teaching of Psychology, St. Pete Beach, Florida.

235.   Vohs, Kathleen D. (January 2019), "Decision Fatigue: Implications for Self-Control, Wisdom, and Leadership," Keynote to the National Institute on the Teaching of Psychology, St. Pete Beach.

236.   Vohs, Kathleen D. (March 2019), "How Money Handles You," Behavior MN talk, Minneapolis.

237.   Vohs, Kathleen D. (March 2019), "The Hidden Costs of Decision Making," Sequel Response, Minneapolis.

238.   Vohs, Kathleen D. (March 2019), "Self-control and decision making as limited resources: Implications for healthy gambling choices," New Horizons in Responsible Gambling conference, Vancouver BC.

239.   Vohs, Kathleen D. (April 2019), "Who Needs Executive Function Anyways," Theater of Public Policy, Minneapolis.

240.   Vohs, Kathleen D. (April 2019), "The Hidden Costs of Decision Making," Keynote speech, Minnesota Undergraduate Research Conference, St. Peter MN.

241.   Vohs, Kathleen D. (April 2019), "The Demotivating Power of Now," Pyschology department talk, University of Zurich.

242.   Vohs, Kathleen D. (May 2019), "Hidden Costs of Decision Making for Wisdom, Rationality, and Leadership," Carlson Alumni Board meeting, Minneapolis.

243.   Vohs, Kathleen D. (July 2019), "Reflective and Automatic Decision Making," Värde Partners' annual off-site meeting, Minneapolis.

244.   Vohs, Kathleen D. (May 2019), "Belief in Free Will, Does it Matter?" Psychology department talk, University of Utrecht, Netherlands.

245.   Vohs, Kathleen D. (July 2019), "Sexual Economics," Behavioral Grooves meet-up talk, Minneapolis.

246.   Vohs, Kathleen D. (August 2019), "Hidden Costs of Decision Making for Wisdom, Rationality, and Leadership," Carlson School Centennial Celebration, Chicago.

247.   Vohs, Kathleen D. (September 2019), "Paradigmatic Replication and Ego Depletion," Metascience 2019, Stanford CA.

248.   Vohs, Kathleen D. (November 2019), "Hidden Costs of Decision Making for Health, Wealth, and Life Success," Colby College Psychology Department Colloquium, Waterville ME.

249.   Vohs, Kathleen D. (November 2019), "The Fragility of High-Level Thought: Implications for Health, Wealth, and Welfare," Unreasonable Conference, Indianapolis.

250.   Vohs, Kathleen D. (December 2019), "What Makes Kids Happier, Goods or Experiences? Adventures in Retrospective Utility," Emory University Department of Marketing Colloquium, Atlanta.

251.   Vohs, Kathleen D. (December 2019), "What Makes Kids Happier, Goods or Experiences? Adventures in Retrospective Utility," Marketing in Israel, Tel Aviv.

252.   Vohs, Kathleen D. (February 2020), "Writing the Killer Paper," Melbourne Business School, University of Melbourne, AUS.

253.   Vohs, Kathleen D. (February 2021), "Sexual Economics: Heterosexual Sexual Interactions Predicted by Basic Economic Principles," Undergraduate Women in Economics Group, University of Missouri. (Virtual presentation.)

254. Vohs, Kathleen D. (April 2021), "What's the Difference Between a Happy and Meaningful Life?" Graduate Women in Business, Carlson School of Management, University of Minnesota (Virtual presentation.)

255. Vohs, Kathleen D. (May 2021), "The Hidden Costs of Decision Fatigue," US Bank Carlson School alumni group. (Virtual presentation.)

256. Vohs, Kathleen D. (February 2023), "Do Voting and Election Outcomes Predict Changes Conspiracy Beliefs? Evidence from Two High-Profile U.S. Elections," Stanford GSB Marketing Department seminar series.

257. Vohs, Kathleen D. (May 2023), "Do Voting and Election Outcomes Predict Changes Conspiracy Beliefs? Evidence from Two High-Profile U.S. Elections," Indiana University Marketing Department camp.

258. Vohs, Kathleen D. (June 2023), "Psychology of Money," Federal Reserve Bank of New York, NYC.

259. Vohs, Kathleen D. (September 2023), "Do Voting and Election Outcomes Predict Changes Conspiracy Beliefs? Evidence from Two High-Profile U.S. Elections," University of Texas-Austin Marketing Department seminar series.

260. Vohs, Kathleen D. (November 2023), "Consumer Decision Making: Explained and Illustrated" General Mills, Minneapolis MN.

261. Vohs, Kathleen D. (April 2024), "A Dual System Approach to Emotion and a New Take on Emotion Regulation," Psychology Department Mercado Colloquium, University of Potsdam, Germany.

262. Vohs, Kathleen D. (May 2024), "The Psychology of Money: What's Driving Your Financial Decisions," Old National Bank / 1834, Minneapolis MN.

263. Vohs, Kathleen D. (January 2025), "The Upside of Incompetence" Marketing department seminar series, Wharton School of Business, University of Pennsylvania, Philadelphia, PA.

264. Vohs, Kathleen D. (January 2025), "The Upside of Brand Incompetence" Marketing department seminar series, Tec de Monterrey, Mexico City.

265. Vohs, Kathleen D. (April 2025), "The Upside of Incompetence" Marketing department camp, UCLA's Anderson School of Business, Los Angeles CA.

**Editorial Roles**
Consulting Editorship
*Science* (2018 to 2021)

**Associate Editorship**
- *Journal of Personality and Social Psychology: Attitudes and Social Cognition* **(2014 to 2017)**
- *Journal of Consumer Psychology* **(2024-2027)**

**Guest Editorship**
- *Review of General Psychology* **(2007, 2016, 2017)**
- *Journal of the Association of Consumer Research* (2016)

**Editorial Board Member**
- *Journal of Experimental Psychology: General* **(2011 to 2016; 2019 to present)**
- *Journal of Personality and Social Psychology: Attitudes and Social Cognition* (2011 to present)
- *Psychological Science* (2009 to 2022)
- *Journal of Neuroscience, Psychology, and Economics* (2009 to 2018)
- *Journal of Consumer Research* (2008 to 2017)
- *Journal of Experimental Psychology: Applied* **(2019 to present)**
- *Compass*, Blackwell Publishing (2006 to 2010)
- *Journal of Personality and Social Psychology: Intergroup Relations and Group Processes* (2007 to 2014; 2016 to 2017)
- *Journal of Experimental Social Psychology* (2009 to 2014)
- *Journal of Personality and Social Psychology: Personality Processes and Individual Differences* (2003 to 2010)
- *Personality and Social Psychology Bulletin* (2003 to 2005)

**<u>Professional Services</u>**

Organizer: *Emotion and Decision Making Conference*. University of California-Berkeley July 08 – 14, 2005. Sponsored by Russell Sage Foundation and UC-Berkeley Haas School of Business's Xlab.

2008, Association for Consumer Research (ACR) annual meeting, Associate Editor for Competitive Paper track.

2001, 2002, 2003, 2005, 2009, 2011, Society for Personality and Social Psychology (SPSP), program committee.

2009, 2011, 2012, 2015 Society for Consumer Psychology (SCP) program committee.

2011, Association for Consumer Research (ACR) Doctoral Symposium co-chair.

2012, Society for Personality and Social Psychology (SPSP) program co-chair.

2012, Association for Consumer Research (ACR) special session reviewing committee.

2012, Society for Consumer Psychology (SCP) program committee.

2013, Society for Personality and Social Psychology (SPSP) past program co-chair.

2013-2017, Society for Personality and Social Psychology (SPSP) media award committee.

2013-2016, Society for Personality and Social Psychology (SPSP) media award committee.

2015-2017, Association for Psychological Science (APS) Annual Convention Area Chair

2017-present, Society for Personality and Social Psychology (SPSP) communications advisory board.

2018 – present, Summer Institute of Social and Personality Psychology (SISPP), committee member.

2018 – 2020, Journal of the Association of Consumer Research Policy Board, member.

2019, Association for Consumer Research (ACR) annual meeting program committee member.

2019 – 2022, Society for Consumer Psychology's (SCP) Scientific Affairs Committee Chair.

2018 – 2023, Summer Institute of Social and Personality Psychology (SISPP), committee member. (Co-chair during 2022-2023.)

2022 - 2023, Association for Consumer Research (ACR) annual meeting, Mid-Career Track co-chair.

2023 - 2024, Association for Consumer Research (ACR) annual meeting, Workshops and Roundtables Track co-chair.

2024 - 2025, Association for Consumer Research (ACR) annual meeting, Conference Co-Chair.