# EXHIBIT 13

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**