| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:  212-784-6400<br>Fax:  212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:  202-408-4600<br>Fax:  202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:  310-854-4444<br>Fax:  310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:  206-816-6603<br>Fax:  206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated.<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:  510-350-9700<br>Fax:  510-350-9701 |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE FILED UNDER SEAL**<br><br>Hon. William H. Orrick |

1  Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on
2  Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local Rule
3  79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. 242)
4  Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s ("Meta") materials
5  should be sealed, in connection with Plaintiffs' Motion for Class Certification and the accompanying
6  documents. Plaintiffs seek provisional sealing of the following documents that were designated as
7  confidential by Defendant Meta Platforms, Inc.:

| Document | Portion(s) to Seal |
|---|---|
| Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 1 to Plaintiffs' Motion for Class Certification – Supplemental Expert Report of Richard Smith | Entire document |
| Exhibit 2 to Plaintiffs' Motion for Class Certification – Expert Report of Dr. Atif Hashmi | Entire document |
| Exhibit 3 to Plaintiffs' Motion for Class Certification – Expert Report of Dr. Zubair Shafiq | Entire document |
| Exhibit 4 to Plaintiffs' Motion for Class Certification – Expert Report of Glenn Cohen | Highlighted portion at Appendix B |
| Exhibit 6 to Plaintiffs' Motion for Class Certification – Expert Report of Kate Barasz | Highlighted portions at:<br>P. 5, paragraphs 12(a), 12(b)<br>P. 8, paragraph 20<br>PP. 8-9, paragraph 21<br>P. 12, paragraph 33<br>P. 15, paragraph 35(b)(ii)<br>P. 16, paragraphs 35(c), 36 |
| Exhibit 7 to Plaintiffs' Motion for Class Certification - Expert Report of Dr. Hal Singer | Entire document |
| Exhibit 8 to Plaintiffs' Motion for Class Certification - Expert Report of Health Capital Consultants | Entire document |
| Exhibit 9 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 10 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 11 to Plaintiffs' Motion for Class Certification –Mudd Deposition Excerpts | Highlighted portions (as provided by Meta) at: 100:1; 100:8-10, 15-16, 18; 101:11-13; 101:11-18; 101:16-18; 101:24-25; 102:2-7, 9-13, 16, 18-24; 102:4-6, 8-11; 102:5-7; 179:1-2, 5-14, 16; 179:20-23; 181:10-11, 15-25 ; 181:15-16; |

| | |
|---|---|
| | 181:18-20; 181:23-25 ; 182:12-13; 182:17-18 ; 182:6-7, 9-10, 12-13, 17-18; 182:9-10; 183:5-10, 14-15; 183:5-6; 184:18; 185:18; 188:2, 5-9, 10, 16-18, 20-22 ; 188:21-22 ; 188:5-9; 189:1-4, 17, 19-20, 22-25; 190:2, 5-10, 13; 190:5-6; 190:9-10; 198:10-16; 198:3-5, 10-21, 24; 199:10-12; 199:2-4, 6-7, 9-12, 15, 24-25; 200:6-7, 10-16, 18-19, 21-25; 229:10-11, 21-22; 230:21-22 ; 232:2-5, 17; 233:25-234:4; 241:25-242:4; 241:4-8; 241:5-8; 242:22-243:2; 247:15-20; 247:7, 15-20, 23; 248:18-25 ; 248:5-8, 13-14, 18-25; 249:14-16, 18-21, 24-25; 250:1, 7, 19-23; 251:17-19, 24-25; 252:3, 7-10, 14-15; 86:25-87:2; 87:10; 87:13-14; 87:5-8; 88:10-25; 89:2-4; 89:8-18; 90:1-2; 90:11-20; 90:5-9; 91:16-17; 91:20-22; 91:24-25; 91:3-5, 9-12; 92:17-20, 23-24; 99:13-15, 21-25; 99:14-15 |
| Exhibit 12 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 13 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 15 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 16 to Plaintiffs' Motion for Class Certification – Leach Deposition Excerpts | Highlighted portions (as provided by Meta) at: 131:5; 132:19-20; 133:19-22; 134:3-15; 135:18-20; 159:24-160:4 |
| Exhibit 17 to Plaintiffs' Motion for Class Certification – Tripathi Deposition Excerpts | Highlighted portions (as provided by Meta) at: 100:1-4; 100:16-17; 100:21-25; 100:9-13; 118:12; 118:19-20; 118:22-23; 118:25-119:4; 118:7; 119:12-14; 119:18-20; 119:7; 1899-12-31 13:08:00; 1899-12-31 13:13:00; 1899-12-31 13:15:00; 37:1-2; 37:10-11; 37:17-18; 37:20-21; 37:24-38:1; 37:4-5; 98:11-12; 98:17-99:11; 98:3-4; 98:6-9; 99:14-18; 99:20-23 |
| Exhibit 19 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 20 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 21 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 22 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 23 to Plaintiffs' Motion for Class Certification | Entire document |

| | |
|---|---|
| Exhibit 24 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 25 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 26 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 27 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 28 to Plaintiffs' Motion for Class Certification – Reza Deposition Excerpts | Highlighted portions (as provided by Meta) at: 129:20; 129:25; 130:1-3; 130:17-19; 130:18-19; 133:3; 133:5; 134:2-3; 135:1-3; 143:12-13; 143:13; 143:22-25; 143:4; 143:9; 144:16; 224:15-17; 224:20-22; 224:24-225:3; 224:3; 224:7; 224:8-11; 225:17-19; 235:11-13; 235:21-236:1; 28:17-21; 29:11; 29:15-16; 29:21; 29:4-16; 29:4-5; 29:7-8; 30:15; 30:17-23; 30:2; 30:2-5; 30:21; 30:25-31:2; 30:4-5; 30:8-15; 30:9-10; 35:13; 35:15-18; 35:25-36:3; 36:17; 36:7-11; 36:8-11; 36:8-19 |
| Exhibit 29 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 30 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 31 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 32 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 33 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 34 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 35 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 36 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 37 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 38 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 39 to Plaintiffs' Motion for Class Certification – Deckard Deposition Excerpts | Highlighted portions (as provided by Meta) at: 221:10-15; 221:19-23; 221:6-7; 222:10-12; 222:18-20; 222:23-223:3; 222:3-8; 223:13-17; 223:19-22; 224:15-18; 224:3-8; 225:1-4; 226:1-4; 227:11-16; 227:12-16; 227:18-19; 227:24-228:2; 228:16-17; 228:20-22; 228:24-25; 229:12-15; 229:18-20; 229:23-230:1; 230:10- |

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
Case No. 3:22-cv-03580-WHO (VKD)

| | |
|---|---|
| | 11; 230:17-24; 231:22-24; 231:5-6; 232:1-7; 232:15-17; 232:16-17; 232:20-21; 233:14-19; 234:20-24; 234:8-11; 234:8-12; 235:18-20; 235:18-24; 236:13-16; 236:18-22; 236:20-22; 236:24-237:2; 23:25-24:8; 23:4-5; 23:7-10; 243:18-20; 243:19-20; 243:23-24; 243:23-244:1; 244:14-20; 244:25-245:16; 244:4-10; 245:19-25; 246:11-16; 246:23-247:7; 248:22-249:1; 248:7-10; 249:7-12; 250:17-20; 253:7; 254:18-20; 255:23-24; 255:23-25; 25:4-5; 46:17-47:1; 47:16-19; 47:18-19; 47:21-24; 47:3-4; 47:7-9 |
| Exhibit 40 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 41 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 42 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 43 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 44 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 45 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 46 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 47 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 48 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 49 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 51 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 52 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 53 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 54 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 55 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 56 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 57 to Plaintiffs' Motion for Class Certification | Entire document |

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:22-cv-03580-WHO (VKD)

| | |
|---|---|
| Exhibit 58 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 59 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 60 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 66 to Plaintiffs' Motion for Class Certification – Wooldridge 30(b)(1) Deposition Excerpts | Highlighted portions (as provided by Meta) at: 198:14-15; 198:21 |
| Exhibit 67 to Plaintiffs' Motion for Class Certification – Anand Deposition Excerpts | Highlighted portions (as provided by Meta) at: 91:1-4; 91:15; 91:19-25; 91:7-12 |
| Exhibit 68 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 69 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 70 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 71 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 72 to Plaintiffs' Motion for Class Certification (filed manually) | Entire document |
| Exhibit 73 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 84 to Plaintiffs' Motion for Class Certification – Wooldridge 30(b)(6) Deposition Excerpts | Highlighted portions (as provided by Meta) at: 141:18-142:1; 142:18-19; 142:22-143:16; 142:3-5; 142:7-16; 146:1-5; 146:11-13; 146:15-16; 146:21; 146:23-147:19; 146:9; 148:1-4; 148:11-14; 148:16-149:11; 148:18-149:11; 149:15; 149:18; 149:21-150:1; 149:22-148:9; 80:11; 80:11-81:3; 80:12; 80:14-15; 80:21; 80:24; 80:8; 81:10-15; 81:17-19; 81:24-25; 81:5-6; 81:8; 82:2-7; 82:21-24; 82:4-5; 83:1; 83:1-2; 84:15-16; 84:15-17; 84:24-85:1 |
| Exhibit 85 to Plaintiffs' Motion for Class Certification | Entire document |
| Exhibit 86 to Plaintiffs' Motion for Class Certification | Entire document |

DATED: September 10, 2025              Respectfully submitted,

By: */s/ Geoffrey Graber*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
 ggraber@cohenmilstein.com
1100 New York Avenue NW, Suite 800

5

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
Case No. 3:22-cv-03580-WHO (VKD)

Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
   *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
   *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

6

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIALS SHOULD BE SEALED
Case No. 3:22-cv-03580-WHO (VKD)