# EXHIBIT 17

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE ) Case No. 3:22-cv-3580-WHO (VKD)
LITIGATION )
)
______________________________ )
)
This Document Relates to: )
All Actions. )
______________________________ )

CONFIDENTIAL 30(b)(6) DEPOSITION OF PUSHKAR TRIPATHI

Palo Alto, California

Tuesday, May 13, 2025

REPORTED BY: Derek L. Hoagland

CSR No. 13445

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE ) Case No. 3:22-cv-3580-WHO (VKD)
LITIGATION )
)
______________________________ )
)
This Document Relates to: )
All Actions. )
______________________________ )

Videotaped 30(b)(6) Deposition of PUSHKAR TRIPATHI, taken before Derek L. Hoagland, a Certified Shorthand Reporter for the State of California, commencing at 9:42 a.m., Tuesday, May 13, 2025, at Gibson Dunn & Crutcher LLP, 310 University Avenue, Palo Alto, California 94301.

APPEARANCES:

COUNSEL FOR PLAINTIFFS
TERRELL MARSHALL LAW GROUP
936 North 34th Street
Suite 300
Seattle, Washington 98103
BY: RYAN TACK-HOOPER, ESQ.
206.816.6603
rtack-hooper@terrellmarshal.com

-- AND --

SIMMONS HANLY CONROY
One Court Street
Alton, Illinois 62002
BY: ERIC JOHNSON, ESQ.
314.800.5378
ejohnson@simmonsfirm.com

COUNSEL FOR META
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
BY: DARCY C. HARRIS, ESQ.
212.351.4000
dharris@gibsondunn.com

-- AND --

GIBSON DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, California 94111
BY: MATTHEW REAGAN, ESQ.
415.393.8265
mreagan@gibsondunn.com

ALSO PRESENT
CARRIE BODNER IN-HOUSE COUNSEL FOR META
SHAWNA HYNES, VIDEOGRAPHER

BY MR. TACK-HOOPER:

MS. HARRIS: Object to form. Assumes facts. Leading.

BY MR. TACK-HOOPER:

MS. HARRIS: Object to form. Vague.

BY MR. TACK-HOOPER:

MS. HARRIS: Object to form. Vague.

BY MR. TACK-HOOPER:

MS. HARRIS: Object to form. Assumes facts. Vague.

all.

BY MR. TACK-HOOPER:

MS. HARRIS: Object to form. Vague.

MS. HARRIS: Object to form. Assumes facts.

BY MR. TACK-HOOPER:

Q. What is the other version?

MS. HARRIS: Object to form. Vague. Assumes facts.

CONFIDENTIAL

[redacted]

MS. HARRIS: Object to form. Vague. Assumes facts.

[redacted]

BY MR. TACK-HOOPER:

[redacted]

MS. HARRIS: Object to form. Compound. Outside the scope.

BY MR. TACK-HOOPER:

Q. Why have both systems?

MS. HARRIS: Object to form. Vague. Outside the scope.

BY MR. TACK-HOOPER:

Q. So is it the nature of the processing that

MS. HARRIS: Object to form. Vague. Compound.

THE DEPONENT: I think the framing is a little bit incorrect. It's not that the engineer chooses to

MS. HARRIS: Object to form. Vague. Compound. Assumes facts. Outside the scope.

THE DEPONENT: I'm not sure how this data is used or whether those columns are currently populated.

BY MR. TACK-HOOPER:

Q. But do you have an understanding of whether

[redacted]

table?

MS. HARRIS: Object to form. Vague. Assumes facts.

THE DEPONENT: Need not be true. There could be

[redacted]

BY MR. TACK-HOOPER:

Q. Does it have a meaning that's different from deprecated?

MS. HARRIS: Object to form. Vague. Outside the scope.

THE DEPONENT: I'm speculating here based on

[redacted]

BY MR. TACK-HOOPER:

[redacted]

MS. HARRIS: Object to form. Vague.

[redacted]

[redacted]

BY MR. TACK-HOOPER:

Q. At any given time, are all of the tables in the
[redacted]

MS. HARRIS: Object to form. Vague. Assumes facts. Outside the scope.

THE DEPONENT: No.

BY MR. TACK-HOOPER:

[redacted]

MS. HARRIS: Object to form. Vague. Improper hypothetical. Calls for speculation. Outside the scope.

[redacted]

BY MR. TACK-HOOPER:

Q. Do you know what proportion of the tables are no longer used in production?

MS. HARRIS: Object to form. Outside the scope.

THE DEPONENT: No. I don't have this number off

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA ) ss.

I, DEREK L. HOAGLAND, CSR #13445, State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing proceeding was by me sworn to testify to the truth, the whole truth and nothing but the truth;

That said proceeding was taken down by me by stenotype at the time and place therein stated and thereafter transcribed under my direction into computerized transcription.

I further certify that I am not of counsel nor attorney for nor related to the parties hereto, nor am I in any way interested in the outcome of this action.

In compliance with section 8016 of the Business and Professions Code, I certify under penalty of perjury that I am a certified shorthand reporter with license number 13445 in full force and effect.

Witness my hand this 27th day of May, 2025.

___________________________________

DEREK L. HOAGLAND, CSR #13445

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE META PIXEL HEALTHCARE LITIGATION

Case No. 22-cv-03580

**ERRATA SHEET FOR THE TRANSCRIPT OF THE MAY 13, 2025, DEPOSITION OF PUSHKAR TRIPATHI**

| Page(s) | Line(s) | Change | Reason |
|---|---|---|---|
| 62 | 14 | | Mistranscription |
| 62 | 16 | | Mistranscription |
| 63 | 2 | | Mistranscription |
| 68 | 21 | | Mistranscription |
| 95 | 11 | | Mistranscription |
| 98 | 7 | | Mistranscription |
| 99 | 6 | | Mistranscription |
| 101 | 3 | | Mistranscription |
| 101 | 7 | | Mistranscription |
| 101 | 21 | | Mistranscription |
| 102 | 1 | | Mistranscription |

| 102 | 6 | | Mistranscription |
|---|---|---|---|
| 102 | 10 | | Mistranscription |
| 103 | 5 | | Mistranscription |
| 103 | 24 | | Mistranscription |
| 113 | 7 | | Mistranscription |

**CERTIFICATE OF DEPONENT**

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Signed by: Pushkar Tripathi
7F4D51A59889408...

Pushkar Tripathi

26-Jun-2025 | 10:33 PM BST

Date