| | |
|---|---|
| Jason 'Jay' Barnes (admitted *pro hac vice*)<br>  jaybarnes@simmonsfirm.com<br>**SIMMONS HANLY CONROY LLP**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel:    212-784-6400<br>Fax:    212-213-5949 | Geoffrey Graber, State Bar No. 211547<br>  ggraber@cohenmilstein.com<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Avenue NW, Suite 800<br>Washington, DC 20005<br>Tel:    202-408-4600<br>Fax:    202-408-4699 |
| Jeffrey A. Koncius, State Bar No. 189803<br>  koncius@kiesel.law<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>Tel:    310-854-4444<br>Fax:    310-854-0812 | Beth E. Terrell, State Bar No. 178181<br>  bterrell@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel.:   206-816-6603<br>Fax:    206-319-5450 |
| *Attorneys for Plaintiffs*<br>JOHN DOE, JANE DOE I, JANE DOE II, and JOHN DOE II, and DOE, on behalf of themselves and all others similarly situated.<br><br>[*Additional counsel listed on signature page*] | Andre M. Mura, State Bar No. 298541<br>  amm@classlawgroup.com<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>Tel.:   510-350-9700<br>Fax:    510-350-9701 |

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**PLAINTIFFS' MOTION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hon. William H. Orrick |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiffs hereby respectfully request that an order be granted
3  to remove ECF No. 1160-1 from the docket for this matter, on the grounds that the document was
4  incorrectly filed with incomplete redactions.

5      The document filed at ECF No. 1160-1 (Exhibit 84 to Plaintiffs' Motion to Certify Class)
6  contains information that was designated confidential by Meta and was not properly redacted.
7  Plaintiffs moved to seal the confidential portions of this document at ECF No. 1154 and filed a sealed,
8  unredacted version of the document.

9      Plaintiffs have promptly notified this Court's Civil Case Docket Correction email address and
10 the ECF Help Desk of this error. Plaintiffs understand that the ECF Help Desk has temporarily
11 restricted public access to ECF No. 1160-1.

12     Plaintiffs will file a corrected version of the document shortly, and respectfully move the Court
13 to remove the incorrectly filed document permanently.

14

15 DATED: September 16, 2025      Respectfully submitted,

16      By: */s/ Geoffrey Graber*
17      **COHEN MILSTEIN SELLERS & TOLL PLLC**
     Geoffrey Graber, State Bar No. 211547
18        ggraber@cohenmilstein.com
     1100 New York Avenue NW, Suite 800
19      Washington, DC 20005
     Tel:     202-408-4600
20      Fax:    202-408-4699

21

22      **SIMMONS HANLY CONROY LLP**
     Jason 'Jay' Barnes (admitted *pro hac vice*)
23        jaybarnes@simmonsfirm.com
     112 Madison Avenue, 7th Floor
24      New York, NY 10016
     Tel:     212-784-6400
25      Fax:    212-213-5949

26

27      **KIESEL LAW LLP**
     Jeffrey A. Koncius, State Bar No. 189803
28        koncius@kiesel.law
     8648 Wilshire Boulevard

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
   *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Remove Incorrectly Filed Documents (the "Motion"), the court finds good cause to remove ECF No. 1160-1 from the docket.

The Court hereby grants the Motion and orders that ECF No. 1160-1 be removed from the docket in this matter.

**IT IS SO ORDERED**

Dated: _____

                                                                    Hon. William H. Orrick
                                                                    United States District Judge