# EXHIBIT 84

# FILED UNDER SEAL AT ECF 1154-74