**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

*Additional counsel listed on signature page*

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBIT C: EXCEL SPREADSHEET FILED WITH REDACTIONS**<br><br>The Honorable William H. Orrick |

**MANUAL FILING NOTIFICATION**

Regarding:   Exhibit C to Exhibit 3 in support of Plaintiff's Motion for Class Certification.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office in a Black, 16 GB, Thumb Drive containing Exhibit C.  If you are a participant in this case, this filing will be served on you shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):
___ Voluminous Document (PDF file size larger than efiling system allowances)
___ Unable to Scan Documents
___ Physical Object (description):
_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
___ Item Under Seal
___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
_X_ Other (description): Excel spreadsheets containing data illegible in printed or PDF form

MANUAL FILING NOTIFICATION FOR EXHIBIT C: EXCEL SPREADSHEET FILED WITH REDACTIONS
CASE NO. 3:22-CV-03580-WHO (VKD)

|   |   |
|---|---|
| 1 | |
| 2 | **GIBSON, DUNN & CRUTCHER LLP** |
| 3 | By: */s/ Lauren R. Goldman* |
| 4 | LAUREN R. GOLDMAN (*pro hac vice*) lgoldman@gibsondunn.com |
| 5 | DARCY C. HARRIS (*pro hac vice*) dharris@gibsondunn.com |
| 6 | 200 Park Avenue New York, NY 10166 |
| 7 | Telephone: (212) 351-4000 Facsimile: (212) 351-4035 |
| 8 | ELIZABETH K. MCCLOSKEY, SBN 268184 emccloskey@gibsondunn.com |
| 9 | ABIGAIL A. BARRERA, SBN 301746 abarrera@gibsondunn.com |
| 10 | One Embarcadero Center, Suite 2600 San Francisco, CA 94111 |
| 11 | Telephone: (415) 393-8200 Facsimile: (415) 393-8306 |

MANUAL FILING NOTIFICATION FOR EXHIBIT C: EXCEL SPREADSHEET FILED WITH REDACTIONS
CASE NO. 3:22-CV-03580-WHO (VKD)

# EXHIBIT C to
# Exhibit 3 in Support of Plaintiffs' Motion for Class Certification

# MANUALLY FILED NATIVELY