UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE META PIXEL HEALTHCARE LITIGATION

Case No. 22-cv-03580-WHO

**ORDER ON MOTION FOR RELIEF**

Re: Dkt. No. 1140

Plaintiffs' motion for relief regarding the Jain deposition is GRANTED. Recognizing Judge DeMarchi's thorough review of this issue, but considering plaintiffs' position that Jain's testimony is critical to fully explore the extent of and implications from the alleged spoilation of data by Meta, I GRANT plaintiff's request to depose Jain.

The deposition may proceed either remotely or in person in the United States or in India (consistent with Jain's counsel's prior agreement) in October 2025.[1] Plaintiffs shall pay for their own expenses in taking the deposition. Given the delay and mixed messages Meta provided to plaintiffs' when attempting to schedule Jain's deposition in April and May 2025, if the deposition goes forward in India Meta shall pay for Jain's counsel to travel to be present with Jain during the deposition. If Jain's deposition does not produce unique or otherwise as yet undiscovered or unconfirmed information, Meta may seek sanctions against plaintiffs to recover those costs.

**IT IS SO ORDERED.**

Dated: September 30, 2025

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California

[1] Counsel may stipulate to take the deposition after October. Counsel may also stipulate to a slight modification in the Class Certification briefing schedule, if necessary, to accommodate Jain's testimony.