Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

*Attorneys for Plaintiffs and the Proposed Classes*

*[Additional counsel listed on signature page]*

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates to:

All Actions.

**Case No. 3:22-cv-3580-WHO (VKD)**

CLASS ACTION

**PLAINTIFFS' OPPOSITION TO META'S MOTION TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Judge: Hon. William H. Orrick III

## I. INTRODUCTION

Meta moves to hide large and important portions of Plaintiffs' motion for class certification from public view, which would suppress core facts central to understanding Meta's conduct, the claims at issue, and the scope of the proposed class. These materials, though presently kept highly secret and inaccessible to the public, concern matters of significant public interest and therefore should not remain hidden. The Ninth Circuit demands that Meta demonstrate "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006); *McCurley v. Royal Seas Cruises, Inc.*, 2018 WL 3629945, at *2 (S.D. Cal. Jul. 18, 2018). But Meta offers only threadbare, speculative assertions. The public's right to access is strong here and decisively outweighs Meta's unsupported bid for secrecy. Accordingly, Plaintiffs oppose Meta's motion to seal.[1]

## II. ARGUMENT

In determining whether compelling reasons exist, "courts should consider all relevant factors, including: the public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material[.]" *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (cleaned up).

The public right of access to the at-issue information is at its highest level. This case involves allegations that Meta violated "a most fundamental human right" that, if proven, constitutes irreparable harm that "cannot be remedied by damages." Dkt. 159 at 27-28, 31 (cleaned up). Meta's conduct impacts every user of Facebook, the largest social media website in the world, with nearly 200 million registered users in the U.S. It has also been the subject of inquiries from the United States Senate, Federal Trade Commission, state Attorneys Generals, and investigative reporting in prominent general interest publications such as the Wall Street Journal and Washington Post, as well as tech-focused outlets like *The Markup*.

[1] Exhibit 1, attached hereto, sets forth the portions of Meta's sealing motion that Plaintiffs oppose.

Despite the public interest, Meta seeks to seal a broad range of materials that are critical to understanding Plaintiffs' motion for class certification, and for which Meta has not sufficiently articulated a basis for sealing. For instance, Meta proposes sealing internal descriptions and admissions that bear no apparent connection to any risk of misuse,[2] including that it converts at-issue data into [redacted][3] and is in "[redacted][.]"[4] Such statements are not commercially sensitive, but are simply unfavorable facts that Meta prefers to keep hidden. Avoiding public scrutiny is not a "compelling reason" for sealing. *See In re Meta Pixel Tax Filing Case*s, 2025 WL 1872974, at *3 (N.D. Cal. May 9, 2025) ("Although Meta may not want these internal statements to become public, that desire does not suggest any competitive harm will result from their disclosure.").

Meta also seeks to seal the mere names of data systems/field names, [5] at least two of which was already publicly disclosed in other litigation.[6] However, information that "merely identifies the name of a relatively broad aspect of [Meta's] infrastructure but provides no information about how it functions, how it is accessed, or where it may contain weaknesses" should not be sealed. *In re Google Location History Litig*., 514 F. Supp. 3d 1147, 1163 (N.D. Cal. 2021).

Further, Meta proposes to conceal fundamental facts regarding what information it intercepted, how that interception occurred, how it uses the intercepted data, and how it identifies users.[7] Its sealing request covers that it intercepted information from over [redacted] U.S.-based domains it classified as a "Healthcare Provider";[8] that it uses [redacted] to match Pixel data to a specific Facebook Account;[9] and that it introduced the fbp

---

[2] Referred to in Exhibit 1 as "Internal Description/Admission"
[3] Plaintiffs' Motion for Class Certification ("Mtn.") at 3:10.
[4] Mtn. at 9:1-2
[5] Referred to in Exhibit 1 as "Internal Name."
[6] *See In re FB Cons. Privacy Profile Litig*., Case 3:18-md-02843, Dkt. 1085-29 at p. 109, No. 5546 & p. 166, No. 8457.
[7] Referred to in Exhibit 1 as "How Meta Uses Information"; "How/What Meta Intercepts"; and "How Meta Identifies Users"
[8] *See* Mtn. Ex. 72.
[9] Mtn. Ex. 3, ¶ 95.

cookie [redacted] [redacted] [redacted] [redacted] [redacted]

Meta further seeks to conceal portions of Dr. Shafiq's report describing Meta's Filter process,[12] including that the [redacted] because it [redacted] [redacted]

Despite these wide-ranging sealing requests, Meta does not explain how the disclosure of the at-issue information could actually result in improper use, instead lodging boilerplate claims that disclosure might cause competitive harm or security issues because the information is secret and proprietary. These broad, unsubstantiated allegations of harm do not establish "specific prejudice or harm" and thus fail the compelling reasons standard. *Foltz*, 331 F.3d at 1130; *In re Google Play Store Antitrust Litig.,* 556 F. Supp. 3d 1106, 1107 (N.D. Cal. 2021) (*ipse dixit* rationale insufficient); *Travelers Property Cas. Co. of Am. v. Centex Homes*, 2013 WL 707918, at *1 (N.D. Cal. Feb. 26, 2013) ("Information does not have value to a competitor merely because the competitor does not have access to it.").[14]

---

[10] Mtn. Ex. 3, ¶ 89.

[11] Mtn. Ex. 3, ¶ 91.

[12] Referred to in Exhibit 1 as "Ineffectiveness of the Filter"

[13] Mtn. Ex. 3, ¶ ¶ 12(d), 161-164, 167, 168.

[14] *See also Hodges v. Apple, Inc*., No. 13-cv-01128-WHO, 2013 WL 6070408, at *2 (N.D. Cal. Nov. 18, 2013) ("unsupported assertion of unfair advantage to competitors without explaining how a competitor would use the information to obtain an unfair advantage is insufficient."); *In re Google Location Hist. Litig.*, 514 F. Supp. 3d 1147, 1162 (N.D. Cal. Jan. 25, 2021) (the fact that defendant stores information in a "data store" called "Footprints" does not reveal proprietary data infrastructure or the functions that infrastructure performs); *In re Pacific Fertility Ctr. Litig.*, 2021 WL 1081129, *2 (N.D. Cal. Feb. 18, 2021) (defendant's generalized statement that exposure of commercially sensitive business information would allow potential competitors to gain insight into its operations failed to show compelling reasons); *Apple Inc. v. Samsung Elecs. Co.*, 2013 WL 412864, at *2 (N.D. Cal. Feb. 1, 2013) (defendant recited boilerplate terms that information was proprietary and confidential without providing particularized showing of how disclosure would be detrimental ); *Welle v. Provident Life & Accident Ins. Co*., 2013 WL 6055369, at *2 (N.D. Cal. Nov. 14, 2013) ("although [defendant] identifies the information at issue as proprietary and confidential, it does not provide reasons beyond the boilerplate references to competitive disadvantage"); *Digital Reg of Texas, LLC v. Adobe Sys. Inc*., 2013 WL 4049686, at *1 (N.D. Cal. Aug. 8, 2013) (denying sealing where party "failed to state what harm [it] would experience if this material were publicly

As mentioned above, the information Meta seeks to seal is critical to the Court's consideration of the Motion for Class Certification. An understanding of the types of information Meta collects and how it does so provides necessary background for any member of the public seeking to read and understand the Court's orders or discern whether they fall within the class. These matters are of widescale public concern, namely grave privacy concerns within the largest social media platform available. The materials at-issue are necessary and of interest to many individuals besides Meta's competitors. *See TML Recovery, LLC v. Cigna Corp.*, 714 F. Supp. 3d 1214, 1221-22 (C.D. Cal. 2024) (refusing to prevent disclosure of a limited sub-set of a defendant's business strategies including descriptions of methodologies, financial terms of agreements, whitepapers, and portions of testimony discussing pricing methodologies, *which were central to resolving the parties' disputes*).

Meta also fails to identify a specific security threat or concern and why that would result from public disclosure of the identified material. *See U.S. Ethernet Innovations, LLC v. Acer, Inc.*, 2013 WL 4426507, *2 (N.D. Cal. 2013) (declining to seal material based on general claims of harm by public disclosure that would result in security concerns for it and its customers); *Meta Pixel Tax Filing*, 2025 WL 1872974, at *3 ("Meta has not demonstrated how revealing" material related to "categories of user data Meta allegedly collects from various tax websites, internal Meta communications, and the name of a team within Meta" exposes it to security threats, especially when the materials did not divulge any actual details about its system infrastructure or security policies.). Disclosure may be inappropriate where revealing sensitive information could "endanger

disclosed or to provide any specific reasons, supported by facts, that could outweigh the public policy favoring public access to court filings."); *Ochoa v. McDonald's Corp.*, 2015 WL 3545921, at *1 (N.D. Cal. June 5, 2015) ("An unsupported assertion of unfair advantage to competitors without explaining how a competitor would use the information to obtain an unfair advantage is insufficient."); *Avalyn Pharma, Inc. v. Vincent*, 2023 WL 11891787, *2 (S.D. Jan. 11, 2023) (same); *Digital Reg of Texas, LLC v. Adobe Sys. Inc.*, 2013 WL 4049686, at *1-2 (N.D. Cal. Aug. 8, 2013) (both parties failed to state what harm they would experience if the material were publicly disclosed or to provide fact-supported, specific reasons to outweigh policy favoring public access); *In re Xyrem (Sodium Oxybate) Antitrust Litig.*, 2025 WL 1810009, at *5-7 (N.D. Cal. 2025) (a party must provide facts to explain how, exactly, disclosing at-issue information would cause competitive harm of the sort that disclosing a trade secret can cause).

lives or threaten national security." *TML Recovery, LLC,* 714 F. Supp. 3d at 1222 (citing *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410 (5th Cir. 2021)). But that is not what Meta claims here.[15]

## III. CONCLUSION

Simply put, Meta has not carried its burden of articulating compelling reasons, much less supported such reasons with specific factual findings, to demonstrate that sealing is warranted here. The public interest in this highly relevant, core-to-the-case information outweighs Meta's desire to keep their internal and unfavorable admissions or general terminology and high-level process descriptions secret.

RESPECTFULLY SUBMITTED AND DATED this 6th day of October, 2025.

SIMMONS HANLY CONROY LLC

By: /s/ Jason 'Jay' Barnes
Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
An V. Truong, *Admitted Pro Hac Vice*
Email: atruong@simmonsfirm.com
Eric Steven Johnson, *Admitted Pro Hac Vice*
Email: ejohnson@simmonsfirm.com

---

[15] In its hybrid declaration/motion, Meta cites a variety of cases to bolster its position that the compelling interest standard is met due to security or competitive harm concerns, but these cases are distinguishable because they involved much more detailed descriptions of internal systems than the high-level descriptions here, among other reasons. *See Music Grp. Macao Com. Offshore Ltd. v. Foote*, 2015 WL 3993147, at *6 (N.D. Cal. June 30, 2015) (found compelling reason to seal exhibits discussing network infrastructure and security systems information where disclosing server data may encourage another cyber-attack); *Clark v. InComm Fin. Servs., Inc.,* 2024 WL 1600631, at *3 (C.D. Cal. Mar. 13, 2024) (at-issue declaration described defendant's internal processes for storing cardholder email addresses, identifying past customers, and conducting searches of transactions and users on its internal systems); *Activision Publ'g, Inc. v. EngineOwning* UG, 2023 WL 2347134, at *1-2 (C.D. Cal. Feb. 27, 2023) (allowed sealing of a *specific* reference to the number of accounts banned using a *specific* software because it may impede the plaintiff's ability to identify and combat future fraud); *Bottoms v. Block, Inc.,* No. 2:23-CV-01969-MJP, 2025 WL 774913, at *1 (W.D. Wash. Mar. 11, 2025) (sealing of confidential name of defendant's database and names and descriptions of certain fields of data warranted because the information risked exposure of "confidential personal and financial information of [defendant's] customers"); *see also Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (analyzed under the "good cause" standard for a protective order); *Calhoun v. Google LLC*, 2022 WL 1122843, at *3 (N.D. Cal. Apr. 14, 2022) (court found redactions were "narrowly tailored" to protect confidential technical information regarding sensitive features of defendant's internal systems and operations, including information about proprietary functions); *Ojmar US, LLC v. Security People, Inc.,* 2016 WL 6091543, at *2 (N.D. Cal. Oct. 19, 2016) (small number of pages sealed in complaint, narrowly tailored to protect non-public information in customer agreements).

Jennifer M Paulson, *Admitted Pro Hac Vice*
Email: jpaulson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Geoffrey A. Graber
Geoffrey Aaron Graber, CSB #211547
Email: ggraber@cohenmilstein.com
Eric Alfred Kafka, *Admitted Pro Hac Vice*
Email: ekafka@cohenmilstein.com
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

Mark Vandenberg, *Admitted Pro Hac Vice*
Email: mvandenberg@cohenmilstein.com
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, CSB #190047
Email: asteiner@terrellmarshall.com
Benjamin M. Drachler, *Admitted Pro Hac Vice*
Email: bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
Nicole Ramirez, CSB #279017
Email: ramirez@kiesel.law
Mahnam Ghorbani, CSB # 345360
Email: ghorbani@kiesel.law
Kaitlyn E. Fry, CSB #350768
Email: fry@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910

Telephone: (310) 854-4444

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from its other signatories.

DATED this 6th day of October, 2025.

By: /s/ *Beth E. Terrell*
Beth E. Terrell, CSB #178181

# EXHIBIT 1

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| 1 | Dkt. 1154-3; 3:10 | Internal Name | [ ] Grant<br>[ ] Deny |
| 2 | Dkt. 1154-3; 3:25 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| 3 | Dkt. 1154-3; 4:2-4 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| 4 | Dkt. 1154-3; 21:1 | Internal Name | [ ] Grant<br>[ ] Deny |
| 5 | Dkt. 1154-3; 4:18-20 | Internal Name | [ ] Grant<br>[ ] Deny |
| 6 | Dkt. 1154-3; 4:24 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| 7 | Dkt. 1154-3; 5:1-2 | Internal Description/Admission With no Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| 8 | Dkt. 1154-3; 5:8-9 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| 9 | Dkt. 1154-3; 5:9-13 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| 10 | Dkt. 1154-3; 5:20-24 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **11** | Dkt. 1154-3; 5:26 | Internal Name<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **12** | Dkt. 1154-3; 6:18 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **13** | Dkt. 1154-3; 6:18-23 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **14** | Dkt. 1154-3; 7:21-22 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **15** | Dkt. 1154-3; 8:21-22 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **16** | Dkt. 1154-3; 8:27-28 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **17** | Dkt. 1154-3; 9:1-2 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **18** | Dkt. 1154-3; 9:4-6 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **19** | Dkt. 1154-3; 9:11-12 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **20** | Dkt. 1154-3; 9:13-14 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **21** | Dkt. 1154-3; 9:26 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **22** | Dkt. 1154-3; 10:1-17 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **23** | Dkt. 1154-3; 10:17 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| **Row** | **Document; Page: Line/Paragraph** | **Plaintiffs' Categorization** | **Order** |
|---|---|---|---|
| **24** | Dkt. 1154-3; 10:6 | Internal Name | [ ] Grant<br>[ ] Deny |
| **25** | Dkt. 1154-3; 12:26 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **26** | Dkt. 1154-3; 24:5-6 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **27** | Dkt. 1154-3; 27:28 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **28** | Dkt. 1154-3; 10:22 | Internal Name | [ ] Grant<br>[ ] Deny |
| **29** | Dkt. 1154-3; 14:14 | Internal Name | [ ] Grant<br>[ ] Deny |
| **30** | Dkt. 1154-3; 11:19-20 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **31** | Dkt. 1154-3; 11:22-26 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **32** | Dkt. 1154-3; 12:1 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **33** | Dkt. 1154-3; 12:18-19 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **34** | Dkt. 1154-3; 24:25 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **35** | Dkt. 1154-3; 4:n. 2; 27-28 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **36** | Dkt. 1154-3; 4:n. 2; 28 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **37** | Dkt. 1154-3; 15:3 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **38** | Dkt. 1154-6; 5:para. d | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **39** | Dkt. 1154-6; 77:161-173 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **40** | Dkt. 1154-6; 78:164, 166 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **41** | Dkt. 1154-6; 79:167-169 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **42** | Dkt. 1154-6; 81:175 | Core Setup Description<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **43** | Dkt. 1154-6; 83:176 | Core Setup Description<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **44** | Dkt. 1154-6; 18:50 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **45** | Dkt. 1154-6; 19:first heading | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **46** | Dkt. 1154-6; 19:51 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **47** | Dkt. 1154-6; 19:chart | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **48** | Dkt. 1154-6; 20:52-54 | Internal Name | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **49** | Dkt. 1154-6; 21:chart | Internal Name | [ ] Grant<br>[ ] Deny |
| **50** | Dkt. 1154-6; 21:56 | Internal Name | [ ] Grant<br>[ ] Deny |
| **51** | Dkt. 1154-6; 21:n. 104 | Internal Name | [ ] Grant<br>[ ] Deny |
| **52** | Dkt. 1154-6; 22:57 | Internal Name | [ ] Grant<br>[ ] Deny |
| **53** | Dkt. 1154-6; 22:heading | Internal Name | [ ] Grant<br>[ ] Deny |
| **54** | Dkt. 1154-6; 22:58 | Internal Name | [ ] Grant<br>[ ] Deny |
| **55** | Dkt. 1154-6; 22:chart | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **56** | Dkt. 1154-6; 22:n. 105-106 | Internal Name | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **57** | Dkt. 1154-6; 23:chart | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **58** | Dkt. 1154-6; 23:59-60 | How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |
| **59** | Dkt. 1154-6; 24:62 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **60** | Dkt. 1154-6; 24:64 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **61** | Dkt. 1154-6; 25:65-66 | Internal Name<br><br>Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **62** | Dkt. 1154-6; 25:n. 116 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **63** | Dkt. 1154-6; 25:n. 119 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **64** | Dkt. 1154-6; 26:71 | Internal Name | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **65** | Dkt. 1154-6; 26:n. 125 | Internal Name | [ ] Grant<br>[ ] Deny |
| **66** | Dkt. 1154-6; 75:155-166 | Ineffectiveness of the Filter and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br>[ ] Deny |
| **67** | Dkt. 1154-6; 94:201 | Internal Name | [ ] Grant<br>[ ] Deny |
| **68** | Dkt. 1154-6; 95: 205 | Internal Name | [ ] Grant<br>[ ] Deny |
| **69** | Dkt. 1154-6; 96:206-207 | Internal Name | [ ] Grant<br>[ ] Deny |
| **70** | Dkt. 1154-6; 98:209(b) | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **71** | Dkt. 1154-6; 20:52-53 | Internal Name | [ ] Grant<br>[ ] Deny |
| **72** | Dkt. 1154-6; 26:69 | Internal Name | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **73** | Dkt. 1154-6; 49:117 | How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |
| **74** | Dkt. 1154-6; 49:n. 167 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **75** | Dkt. 1154-6; 50:118-120 | Internal Name<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **76** | Dkt. 1154-6; 50:n. 168 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **77** | Dkt. 1154-6; 51:120-122 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **78** | Dkt. 1154-6; 52:123-124 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **79** | Dkt. 1154-6; 57:129(a)-(d) | Internal Name | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **80** | Dkt. 1154-6; 57:image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 5 but do oppose sealing the field names in the first column of rows 2 and 5** | [ ] Grant<br><br>[ ] Deny |
| **81** | Dkt. 1154-6; 58:first image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 5 but do oppose sealing the field names in the first column of rows 2 and 5** | [ ] Grant<br><br>[ ] Deny |
| **82** | Dkt. 1154-6; 58:second image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 5 but do oppose sealing the field names in the first column of rows 2 and 5** | [ ] Grant<br><br>[ ] Deny |
| **83** | Dkt. 1154-6; 59:image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the value in the second column of row 2 but do oppose sealing the field name in the first column of row 2** | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **84** | Dkt. 1154-6; 60:first image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the value in the second column of row 2 but do oppose sealing the field name in the first column of row 2** | [ ] Grant<br><br>[ ] Deny |
| **85** | Dkt. 1154-6; 60:second image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the value in the second column of row 2 but do oppose sealing the field name in the first column of row 2** | [ ] Grant<br><br>[ ] Deny |
| **86** | Dkt. 1154-6; 61:first image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the value in the second column of row 6 but do oppose sealing the field name in the first column of row 6** | [ ] Grant<br><br>[ ] Deny |
| **87** | Dkt. 1154-6; 61:second image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 13 but do oppose sealing the field names in the first column of rows 2 and 13** | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **88** | Dkt. 1154-6; 62:image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 6 but do oppose sealing the field names in the first column of rows 2 and 6** | [ ] Grant<br><br>[ ] Deny |
| **89** | Dkt. 1154-6; 63:first image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 6 but do oppose sealing the field names in the first column of rows 2 and 6** | [ ] Grant<br><br>[ ] Deny |
| **90** | Dkt. 1154-6; 63:second image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 6 but do oppose sealing the field names in the first column of rows 2 and 6** | [ ] Grant<br><br>[ ] Deny |
| **91** | Dkt. 1154-6; 64:first image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 6 but do oppose sealing the field names in the first column of rows 2 and 6** | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **92** | Dkt. 1154-6; 64:second image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 5 but do oppose sealing the field names in the first column of rows 2 and 5** | [ ] Grant<br><br>[ ] Deny |
| **93** | Dkt. 1154-6; 65:image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 16 but do oppose sealing the field names in the first column of rows 2 and 16** | [ ] Grant<br><br>[ ] Deny |
| **94** | Dkt. 1154-6; 66:image | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the values in the second column of rows 2 and 6 but do oppose sealing the field names in the first column of rows 2 and 6** | [ ] Grant<br><br>[ ] Deny |
| **95** | Dkt. 1154-6; 66:135 | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **96** | Dkt. 1154-6; 67:chart<br>Dkt. 1154-6; 67:136 | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **97** | Dkt. 1154-6; 67:n 186 | Internal Name<br>**Footnote 186 contains personal health information of an absent class member, which Plaintiffs inadvertently omitted from their motion to seal. Footnote 186 also contains information that does not meet the compelling reasons standards and which Meta has not moved to seal. Plaintiffs intend to file a motion to seal with respect to only those portions of Footnote 186 that contain the personal health information.** | [ ] Grant<br>[ ] Deny |
| **98** | Dkt. 1154-6; 68:136 | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **99** | Dkt. 1154-6; 68:chart | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **100** | Dkt. 1154-6; 68:139 | Internal Name | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **101** | Dkt. 1154-6; 69:139 | Internal Name | [ ] Grant<br>[ ] Deny |
| **102** | Dkt. 1154-6; 69:140 | Internal Name | [ ] Grant<br>[ ] Deny |
| **103** | Dkt. 1154-6; 69:141 | Internal Name | [ ] Grant<br>[ ] Deny |
| **104** | Dkt. 1154-6; [70]:143 | Internal Name | [ ] Grant<br>[ ] Deny |
| **105** | Dkt. 1154-6; 69:n. 192-193 | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **106** | Dkt. 1154-6; 73:148 | Internal Names<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **107** | Dkt. 1154-6; 73:150 | Internal Names<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **108** | Dkt. 1154-6; 73:n. 204-206 | Internal Names | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **109** | Dkt. 1154-6; 74:150 | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **110** | Dkt. 1154-6; 74:chart | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **111** | Dkt. 1154-6; 75, 155-156 | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **112** | Dkt. 1154-6; 88:187 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **113** | Dkt. 1154-6; 93:4-6 | **Possible scrivener's error** | [ ] Grant<br><br>[ ] Deny |
| **114** | Dkt. 1154-6; 93:200 | Internal Name<br><br>Interrogatory Response With no Apparent Connection to Business Harm | [ ] Grant<br><br>[ ] Deny |
| **115** | Dkt. 1154-6; 94:201 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **116** | Dkt. 1154-6; 95:202 | How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **117** | Dkt. 1154-6; 96:209(a) | Internal Name | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **118** | Dkt. 1154-6; 97:[209](b) | Internal Name | [ ] Grant<br>[ ] Deny |
| **119** | Dkt. 1154-6; 98:chart | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **120** | Dkt. 1154-6; 98:n. 243 | **Plaintiffs agree the patient PHI in n. 243 should be sealed**<br>Internal Name | [ ] Grant<br>[ ] Deny |
| **121** | Dkt. 1154-6; 99:chart | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **122** | Dkt. 1154-6; 29:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **123** | Dkt. 1154-6; 30:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **124** | Dkt. 1154-6; 31:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **125** | Dkt. 1154-6; 32:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **126** | Dkt. 1154-6; 32:86 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **127** | Dkt. 1154-6; 33:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **128** | Dkt. 1154-6; 34:first image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
| --- | --- | --- | --- |
| **129** | Dkt. 1154-6; 34:second image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **130** | Dkt. 1154-6; 35:95 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| **Row** | **Document; Page: Line/Paragraph** | **Plaintiffs' Categorization** | **Order** |
|---|---|---|---|
| **131** | Dkt. 1154-6; 34:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **132** | Dkt. 1154-6; 35:first image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **133** | Dkt. 1154-6; [36]:second image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **134** | Dkt. 1154-6; [36]:97 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **135** | Dkt. 1154-6; 37:first image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| **Row** | **Document; Page: Line/Paragraph** | **Plaintiffs' Categorization** | **Order** |
|---|---|---|---|
| **136** | Dkt. 1154-6; 37:second image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **137** | Dkt. 1154-6; 37:third image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **138** | Dkt. 1154-6; 39:103 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |
| **139** | Dkt. 1154-6; 40:103 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| **Row** | **Document; Page: Line/Paragraph** | **Plaintiffs' Categorization** | **Order** |
|---|---|---|---|
| **140** | Dkt. 1154-6; 40:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **141** | Dkt. 1154-6; 40:105 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **142** | Dkt. 1154-6; 41:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **143** | Dkt. 1154-6; 42:first image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **144** | Dkt. 1154-6; 42:second image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **145** | Dkt. 1154-6; 43:first image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |

| **Row** | **Document; Page: Line/Paragraph** | **Plaintiffs' Categorization** | **Order** |
|---|---|---|---|
| **146** | Dkt. 1154-6; 43:second image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **147** | Dkt. 1154-6; 44: first image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **148** | Dkt. 1154-6; 44:second image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **149** | Dkt. 1154-6; 44:111 | Internal Name<br><br>Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **150** | Dkt. 1154-6; 45:111 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **151** | Dkt. 1154-6; 45:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **152** | Dkt. 1154-6;45:113 | Internal Name<br><br>Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **153** | Dkt. 1154-6; 46:113-114 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Identifies Users and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **154** | Dkt. 1154-6; 90:192-195 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |
| **155** | Dkt. 1154-6; 91:195 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |
| **156** | Dkt. 1154-6; 91:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **157** | Dkt. 1154-6; 91:197 | Internal Name | [ ] Grant<br><br>[ ] Deny |
| **158** | Dkt. 1154-6; 92:image | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **159** | Dkt. 1154-6; 80:n. 219 | Internal Name | [ ] Grant<br>[ ] Deny |
| **160** | Dkt. 1154-6, Ex. C; Col. B | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br>Internal Name | [ ] Grant<br>[ ] Deny |
| **161** | Dkt. 1154-6, Ex. C; Cell C1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **162** | Dkt. 1154-6, Ex. D; Row 1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **163** | Dkt. 1154-6, Ex. D; Col. A | **Plaintiffs do not oppose sealing Column A** | [ ] Grant<br>[ ] Deny |
| **164** | Dkt. 1154-6, Ex. D; tab name | Internal Nam | [ ] Grant<br>[ ] Deny |
| **165** | Dkt. 1154-6, Ex. E; Col. C | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **166** | Dkt. 1154-6, Ex. E; tab name | Internal Name | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **167** | Dkt. 1154-6, Ex. F; Sheet1:Cell B1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **168** | Dkt. 1154-6, Ex. F; Sheet1:Col. B | How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br>[ ] Deny |
| **169** | Dkt. 1154-6, Ex. F; Sheet 1:Cell C1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **170** | Dkt. 1154-6, Ex. F; Sheet 1:Col. C. | How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br>[ ] Deny |
| **171** | Dkt. 1154-6, Ex. F; Sheet 2:Col. B. | **Plaintiffs do not oppose sealing Column B** | [ ] Grant<br>[ ] Deny |
| **172** | Dkt. 1154-6, Ex. F; Sheet 2:Cell C1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **173** | Dkt. 1154-6, Ex. F; Sheet 2:Col. C | How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>Internal Name | [ ] Grant<br>[ ] Deny |
| **174** | Dkt. 1154-6, Ex. F; Shet 2:Cell D1 | Internal Name | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **175** | Dkt. 1154-6, Ex. F; Shet 2:Col. D | Internal Name | [ ] Grant<br>[ ] Deny |
| **176** | Dkt. 1154-6, Ex. G; Sheet1:Col. B | **Plaintiffs do not oppose sealing Column B** | [ ] Grant<br>[ ] Deny |
| **177** | Dkt. 1154-6, Ex. G; Sheet 1:Cell C1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **178** | Dkt. 1154-6, Ex. G; Sheet 1:Cell D1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **179** | Dkt. 1154-6, Ex. G; Sheet 2:Cell B1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **180** | Dkt. 1154-6, Ex. G; Sheet 2:Cell C1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **181** | Dkt. 1154-6, Ex. H; Cell B1 | Internal Name | [ ] Grant<br>[ ] Deny |
| **182** | Dkt. 1154-6, Ex. J | **Plaintiffs do not oppose sealing Exhibit J** | [ ] Grant<br>[ ] Deny |
| **183** | Dkt. 1154-6, Ex. K | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse<br>Internal Name<br>**Plaintiffs do not oppose sealing class member PHI** | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **184** | Dkt. 1154-6, Ex. L | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **185** | Dkt. 1154-6, Ex. M | **Plaintiffs do not oppose sealing Exhibit M** | [ ] Grant<br><br>[ ] Deny |
| **186** | Dkt. 1154-6, Ex. O (Biktary); 1:5-6 | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **187** | Dkt. 1154-6, Ex. O (Biktary); 1:9-10 | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **188** | Dkt. 1154-6, Ex. O (Biktary); 2:chart | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **189** | Dkt. 1154-6, Ex. O (Biktary); 2:right two columns | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **190** | Dkt. 1154-6, Ex. O (Biktary); 3:chart | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **191** | Dkt. 1154-6, Ex. O (Biktary); 3:right two columns | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **192** | Dkt. 1154-6, Ex. O (MedStar); 1:5-6 | Internal Name<br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **193** | Dkt. 1154-6, Ex. O (MedStar); 1:9-10 | Internal Name<br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **194** | Dkt. 1154-6, Ex. O (MedStar); 2:chart | Internal Name<br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **195** | Dkt. 1154-6, Ex. O (MedStar); 2:righthand column | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **196** | Dkt. 1154-6, Ex. O (MedStar); 3:chart | Internal Name<br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |
| **197** | Dkt. 1154-6, Ex. O (MedStar); 3:righthand column | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br>[ ] Deny |

| Row | Document; Page: Line/Paragraph | Plaintiffs' Categorization | Order |
|---|---|---|---|
| **198** | Dkt. 1154-6, Ex. O (MedStar); 4:chart | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **199** | Dkt. 1154-6, Ex. O (MedStar); 4:righthand column | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **200** | Dkt. 1154-6, Ex. O (MedStar); 5:chart | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **201** | Dkt. 1154-6, Ex. O (MedStar); 5:righthand column | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **202** | Dkt. 1154-6, Ex. O (MedStar); 6:chart | Internal Name<br><br>How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **203** | Dkt. 1154-6, Ex. O (MedStar); 6:righthand column | How/What Meta Intercepts and No Apparent Connection to Risk of Harm or Misuse | [ ] Grant<br><br>[ ] Deny |
| **204** | Dkt. 1154-67 | Internal Description/Admission and No Apparent Connection to Risk of Harm or Misuse<br><br>How Meta Uses Information and No Apparent Connection to Risk of Harm or Misuse<br><br>**Plaintiffs do not oppose sealing the Pixel IDs and App IDs** | [ ] Grant<br><br>[ ] Deny |