1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3         Before The Honorable William H. Orrick, District Judge

4

5   IN RE: META PIXEL HEALTHCARE   ) No. C 22-03580-WHO
    LITIGATION                     )
6   _____)

7                                   San Francisco, California
                                    Tuesday, October 7, 2025
8

9     TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
                 RECORDING 2:00 - 2:05 = 5 MINUTES
10

11  APPEARANCES:

12  For Plaintiff:

13                            Cohen Milstein Sellers & Toll,
                                PLLC
14                            1100 New York Avenue NW
                              Suite 500, West Tower
                              Washington, D.C. 20005
15                     BY:    GEOFFREY A. GRABER, ESQ.

16                            Simmons Hanly Conroy
                              112 Madison Avenue
17                            Suite 7th Floor
                              New York, New York 10016
18                     BY:    JAY BARNES, ESQ.
    For Defendant:
19                            Gibson, Dunn & Crutcher, LLP
                              One Embarcadero Center
20                            Suite 2600
                              San Francisco, California
21                              94111
                       BY:    ELIZABETH K. MCCLOSKEY, ESQ.
22

23

24            (APPEARANCES CONTINUED ON THE NEXT PAGE.)

25

2

1  For Defendant:

2                         Gibson, Dunn & Crutcher, LLP
                          200 Park Avenue
3                         New York, New York 10166
                     BY:  DARCY C. HARRIS, ESQ.
4
   Transcribed by:        Echo Reporting, Inc.
5                         Contracted Court Reporter/
                          Transcriber
6                         echoreporting@yahoo.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

P-R-O-C-E-E-D-I-N-G-S

--oOo--

THE CLERK:  All right.  So, we will get started in Case Number 22-3580, In Re: Meta Pixel Healthcare Litigation.

Counsel, if you would please state your appearance for the record.

MR. GRABER (via Zoom):  Good afternoon, your Honor.  Geoffrey Graber on behalf of Plaintiffs in the class, along with my co-counsel, Mr. Barnes.

MS. HARRIS (via Zoom):  Good afternoon, your Honor.  This is Darcy Harris from Gibson Dunn on behalf of Defendant Meta.  I'm joined by my partner, Elizabeth McCloskey and in-house counsel for Meta, Veronica Nauts.

THE COURT:  Great.  Good afternoon, everybody.

Mr. Graber, what should I know?

MR. GRABER:  Well, your Honor, at long last -- good afternoon.  Sorry.  Good afternoon.  This is Geoff Graber for Plaintiffs.  At long last, we have all of our class papers in.  So, everything's been submitted on our end.  You know, there's further briefing on the opposition and replies, but -- but everything's in.  So, that's all I have.  Mr. Barnes has a -- a few things to add.

THE COURT:  Okay.  Mr. Barnes?

4

1          MR. BARNES (via Zoom):  Your Honor, we've said
2    what we need to say about discovery issues in our papers.
3    Nothing to add here today unless your Honor has any
4    questions.
5          I do want to flag something on the sealing motion that
6    we filed last night.  We filed the first time in the case.
7    We got a lot of disputes.  This is the first time we've
8    opposed a sealing request.  We appreciate that your Honor
9    granted the stip to do it in a bifurcated way.  We did that
10   because we thought the -- the three documents that are at
11   issue on the present sealing motion -- we knew we were going
12   to oppose sealing almost all of them.  And, so, one thing I
13   want to flag for your Honor is that when we were submitting
14   it last night, Meta helpfully submitted their version
15   highlighted of Exhibit 3 -- of all the documents as they
16   wanted them sealed.
17         When we thought about submitting them the same from our
18   perspective, we realized it would be an administrative
19   nightmare because we'd have to refile motions to seal, and
20   then rather than just give you the three documents, we've
21   got 15 more documents headed your way.
22         With respect to the class cert motion, we oppose
23   sealing everything.  So, there's nothing for us to file with
24   you.
25         With respect to the class list, I think it's also

5

1   pretty simple.

2       With respect to the Shafik declaration, we thought it

3   might be helpful for your Honor to see a highlighted version

4   submitted by us, and we thought since we were talking today,

5   that we could just ask if we can submit an in-camera version

6   of it with highlights from us, without going through all of

7   the normal sealing procedures, because whatever your Honor

8   decides on the underlying motion is going to be -- is going

9   to govern that document, right.  And, so, we didn't think it

10  -- it would make any sense to bury you in more paperwork

11  rather than just request, if you would like it, we can

12  submit our version of Exhibit 3 with our highlights, what we

13  think should be sealed.

14          THE COURT:  Okay.  So, you'll be shocked to know

15  that I haven't looked at anything that's been filed,

16  certainly not sealing motions, which I tried not to look at

17  for a really long time.

18      The -- so, I don't know.  Ms. Harris or Ms. McCloskey,

19  do you have anything to put this into context?

20          MS. HARRIS:  I'm not sure that I followed

21  everything that Mr. Barnes said.  This is Darcy Harris.

22  Apologies.  I would say we think the material that we've

23  asked to be sealed is reasonable and appropriate and kind of

24  follows the guidance that your Honor has provided in the

25  past when we've moved to seal information.

6

1    To the extent Mr. Barnes wants kind of competing

2 versions submitted to your Honor so that you can kind of see

3 exactly what we're seeking to seal, I -- we would just ask

4 that we can submit kind of the same information.  We've done

5 that already, but just to understand exactly what they are

6 submitting so you have our version as well if you're kind of

7 looking at both of them.

8         THE COURT:  Well, so, the Shafik declaration is --

9 whose declaration is it, and -- and, Ms. Harris, have you

10 already provided your perspective on what should be sealed

11 in it?

12         MS. HARRIS:  That's right.  So, it's a declaration

13 that Plaintiffs have submitted in support of their class

14 certification motion.  We then moved to seal content within

15 that that reflects Meta's internal confidential information.

16 So, we filed that motion I believe on September 29th, and

17 then Plaintiffs opposed it yesterday.

18         MR. BARNES:  So, your Honor, if I could clarify,

19 because Ms. Harris said she didn't understand what I said,

20 which I take as meaning I wasn't clear enough.  In our

21 opposition last night, we filed a chart that identified our

22 position.  When Meta submitted its Exhibit 3, it submitted

23 the actual exhibit with highlights.  All we're -- all I'm

24 talking about is sending an in-camera version of that same

25 document with highlights of what we've agreed should be

7

1  sealed.  That's -- that's all I mean.

2       THE COURT:  Oh, I see.  So, that -- that sounds

3  fine to me.  Make sure, you know, serve -- serve Meta with

4  whatever you're doing, and -- and then I'll -- I'll take a

5  look at it at the same time that I look at everything else.

6       MR. BARNES:  Okay.  Thank you.  I apologize for

7  being long winded and confusing in that -- what should have

8  been a simple explanation.

9       THE COURT:  All right.  Anything else that you

10 wanted to -- to say that was relevant to this?

11      MR. BARNES:  No, your Honor.

12      THE COURT:  Okay.  Ms. Harris, is there anything

13 else that we ought to be talking about right now?

14      MS. HARRIS:  No, your Honor.  We don't have

15 anything to raise right now.

16      THE COURT:  Okay.  Well, then let's proceed.  I

17 will look forward to talking to you next month.  I'm excited

18 that -- that the class motion is underway.  And, so, good on

19 you.  We'll see you next month.

20      ALL:  Thank you, your Honor.

21      THE COURT:  Thank you.

22   (Proceedings adjourned at 2:05 p.m.)

23

24

25

8

<u>CERTIFICATE OF TRANSCRIBER</u>

1    
2    I certify that the foregoing is a true and correct

3 transcript, to the best of my ability, of the above pages of

4 the official electronic sound recording provided to me by

5 the U.S. District Court, Northern District of California, of

6 the proceedings taken on the date and time previously stated

7 in the above matter.

8    I further certify that I am neither counsel for,

9 related to, nor employed by any of the parties to the action

10 in which this hearing was taken; and, further, that I am not

11 financially nor otherwise interested in the outcome of the

12 action.

Echo Reporting, Inc., Transcriber

Tuesday, October 14, 2025