# Proposed Redacted Version of Exhibit 2 (Dkt. No. 1154-5)

# EXHIBIT 2

EXPERT REPORT OF DR. ATIF HASHMI

(September 9, 2025)

In re Meta Pixel Healthcare Litig. (N.D. Cal).

Case No. 3:22-cv-03580

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Table of Contents

I.      INTRODUCTION ................................................................................................4

II.     QUALIFICATIONS ...........................................................................................4

III.    COMPENSATION ..............................................................................................6

IV.     ASSIGNMENT AND SUMMARY OF OPINIONS ........................................6

V.      BACKGROUND OF CASE ............................................................................11

VI.     MATERIALS CONSIDERED .........................................................................12

VII.    TECHNICAL BACKGROUD .........................................................................12

   A.   General Principles of a Computer Program ................................................ 12

   B.   Clients and Servers .................................................................................... 13

   C.   Computer Databases .................................................................................. 14

   D.   Universal Resource Locator ....................................................................... 15

   E.   Key-Value Data Organization .................................................................... 15

   F.   Meta's Pixel ............................................................................................... 16

   G.   Conversions API ........................................................................................ 16

   H.   Mobile SDK ............................................................................................... 17

VIII.   ANALYSIS ......................................................................................................18

   A.   Organization of the Meta Source Code ...................................................... 18

   B.   Processing of User Data ............................................................................. 19

      1.   Pixel Plugin .........................................................................................20

         a)   Receiving User Data ........................................................................ 20

         b)   Validating User Data ....................................................................... 20

         c)   Logging User Data Prior to Filtering ............................................... 22

      2.   Conversions API .................................................................................23

         a)   Receiving User Data ........................................................................ 23

         b)   Validating User Data ....................................................................... 23

         c)   Logging User Data Prior to Filtering ............................................... 23

      3.   Application Events ..............................................................................24

         a)   Receiving User Data ........................................................................ 24

         b)   Validating User Data ....................................................................... 24

         c)   Logging User Data Prior to Filtering ............................................... 26

   C.   User Data Filtering ..................................................................................... 26

      1.   Stateful Data Filtering .........................................................................26

         a)   Determination of Filtering Rules by Meta's Backend Servers ......... 27

      (1)    ████████████ Data Detector ........................................... 28

      (2)    █████████ Data Detector ....................................................... 29

      (3)    ███████████ ..................................................................... 31

    b)  Removal of Health Term by Meta's Frontend Server ................. 31

  2.    Stateless Data Filtering ...............................................................33

    a)  Detection of Health Terms ...................................................... 33

    b)  Removal of Health Terms ...................................................... 34

D.  Writing User Data to Tables ................................................................... 35

E.  Mapping of Captured Data to User Representation .......................................... 38

  1.    ███████████ ........................................................................40

  2.    █████████████ and Featurization ................................................41

F.  Ad Selection Based on User Representation .................................................. 44

G.  Button Click Event Processing for Sensitive Verticals ................................... 45

  1.    Manual Event Tracking.................................................................45

  2.    Automatic Event Tracking.............................................................46

IX.   CONCLUSION.........................................................................................49

I, Atif Hashmi, provide the following expert disclosures.

## I. INTRODUCTION

1. My name is Atif Hashmi. I have been retained by Plaintiffs' counsel in *In Re Meta Pixel Healthcare Litigation* ("Plaintiffs' Counsel") to review Meta Platforms, Inc. ("Meta") source code to assess the issues set forth and to provide my opinions about the issues.

2. This report is based on information currently available to me. To the extent that additional information becomes available, I reserve the right to continue my investigation and thus may expand, modify, or supplement my opinions as my investigation continues. I also reserve the right to supplement my opinions in response to any additional information that becomes available to me, any matters raised by the Defendant and/or opinions rendered by the Defendant's experts, or in light of any relevant orders from the Court.

## II. QUALIFICATIONS

3. I am an engineer with nearly two decades of experience in software engineering. I am currently the President and Chief Scientist at Bitwise Forensics Research, Inc., where I provide engineering consulting services, including source code analysis services for litigation consulting. My clients have included large computer and technology companies as well as smaller companies and startups. Details on my education and work experience are contained in my curriculum vitae (Exhibit 1). My CV contains my qualifications, including a list of all publications I authored within the preceding 10 years, a listing of all other cases in which I have testified as an expert at trial or by deposition within the preceding four years, and a listing of all other cases in which I have submitted expert reports. In addition, a summary of my qualifications is included below.

4. I hold an M.S. and a Ph.D. degree in Electrical Engineering from the University of Wisconsin, Madison. My educational training and research have been focused on software engineering, computer architecture, machine learning, operating systems, and design and development of hardware circuits and software for computing systems. I have more than 20 years of experience in software design and development for distributed systems, embedded devices, server-client based systems, mobile platforms, operating systems, neural networks, and machine learning based platforms. I have studied and developed software using

4

programming languages including C, C++, Visual Basics, Java, Python, JavaScript, Embedded C, Assembly Language, PHP, SQL, and others.

5. Prior to starting Bitwise Forensics Research, Inc., I was the co-founder and the Chief Technology Officer of Thalchemy Corporation, a company that commercializes software and hardware technology for modern smartphones and wearable devices. At Thalchemy, I designed and implemented software for data processing, machine learning, the collection and transmission of data obtained from smartphones and wearable devices to remote servers, and the processing and storage of data at remote servers. I also designed and implemented software for embedded devices, user interfaces and websites, and smartphone applications. Over the years, Thalchemy received several grants and awards from the National Science Foundation to support research and development activities.

6. Some of my other relevant professional experience include working at Intel Corporation, where I worked on both software and hardware projects related to the design and implementation of Intel's next generation graphics processing cores and operating systems. I also collaborated with research and development teams at IBM developing complex software and hardware systems that emulate the functionality of the mammalian brain. This project was funded by the United States Department of Defense under the DARPA SyNAPSE program.

7. I have published research papers related to machine learning, artificial intelligence, computer hardware, and software in peer-reviewed computer science and electrical engineering conferences. Several of these publications have received best research awards. I have been an invited speaker at venues including academic conferences and technology companies. I have been an expert due-diligence panelist for the National Science Foundation to evaluate proposals submitted to NSF in the areas of sensor-based systems and machine learning. I am a named inventor on patents and patent applications for neural network software and hardware for processing sensory data. A complete list of patents and patent applications on which I am a named inventor is included in my CV.

8. I have performed source code analysis in over 100 cases, including analyzing the source code developed by Meta, Inc., Apple, Inc., Google LLC., Nokia Corporation, Microsoft Corporation, Amazon, Inc., and Samsung Electronics, Inc.

9.  In at least three prior cases, I submitted expert reports based on my analysis of Meta's source code: *In re Facebook Biometric Information Privacy Litigation*, Case No. 15-cv-03747-JD (N.D. Cal.), *Zellmer et al. v. Facebook*, Case No. 18-cv-01881-JD (N.D. Cal.), and *DZ Reserve et al. v. Meta Platforms, Inc.*, Case No 3:18-cv-04978 (N.D. Cal.).

10. My CV lists the cases where I provided testimony at a deposition or at a trial.

## III.    COMPENSATION

11. I am being compensated for my work on this matter at my standard rate of $500 for source code review and $650 per hour for other services. I am also being reimbursed for all expenses incurred. No part of my compensation is contingent upon the outcome of this litigation. I have no other interest in this litigation or with any of the parties.

## IV.    ASSIGNMENT AND SUMMARY OF OPINIONS

12. Plaintiffs' Counsel asked me to review (1) Meta's source code relating to Meta's Pixel, Conversions API ("CAPI"), and mobile SDK, including how Meta's servers receive, store, and use data collected by Meta's Pixel, CAPI, and mobile SDK ("Meta Source Code") and (2) the Meta Source Code that filters certain terms related to health conditions and treatments ("Health Terms")[1].

13. Based on my review of the Meta Source Code, including versions from July 2018 until October 2023, Meta's servers executing the Meta Source Code related to receiving, filtering, storing, and using data collected by Meta's Pixel, CAPI, and mobile SDK operate as discussed in this report. Some of the key aspects include:

14. First, upon receiving the data transmitted by Meta's Pixel, CAPI, and mobile SDK (collectively, "Captured Data"), Meta's servers process the Captured Data using a set of ███████████████████████ that determine if the ███████████ ███████████████████████████████████████████████ ███████████████████

    a.  Meta's servers started utilizing the ████████████ on or before July 2018.

    b.  Beginning in December 2022, Meta's servers started utilizing a ███████████ called the ██████████████████████████████████ █████ that checks and blocks certain Captured Data transmitted via Meta's Pixel or CAPI if the

---

[1] See PIXEL_HEALTH000000176 for examples of such Health Terms.

domain associated with the Captured Data contains one of the terms relating to patient portals (e.g., `mychart`, `healthelife`, `patient-portal`, `patient portal`, and `patientportal`).

c. Prior to December 2022, Meta's servers did not use the  checker to block certain Captured Data transmitted via Meta's Pixel or CAPI if the domain associated with Captured Data contained one of the terms relating to ██████████████████ ███████████ ██████████████ ████████ ██████████████

d. **Thus, Meta's servers started blocking Captured Data from domains containing terms relating to patient portals using the** ████████████████████████ **checker no earlier than December 2022.**

15. Second, Meta's servers utilize a stateful process ("Stateful Data Filter") to detect and remove certain Health Terms from certain portions of the Captured Data. Specifically, the Stateful Data Filter detects and removes certain Health Terms from the ██████████████ ████████████████████████████████ ██████████ associated with the Captured Data. The Stateful Data Filter does not detect and remove such Health Terms from the ████████████████████.

a. For the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK, Meta's servers started utilizing the Stateful Data Filter beginning in December 2019.

b. The Stateful Data Filter detects certain Health Terms present in the ██████████████ ██████████████████████ included in the Captured Data transmitted by sources (e.g., websites, domains, and mobile apps) (collectively, "Data Capture Sources"), which are categorized as health related by Meta's servers, using a restricted data detector (i.e., a list of Health Terms) and a machine learning based data detector and associates such Health Terms with the corresponding Pixel IDs. Subsequently, the Stateful Data Filter removes such Health Terms from the ██████████████████

---

[2] A URL (also known as a URI) specifies the address of a resource on the internet and consists of a domain name/path part, which is optionally followed by a query part (also known as a parameter part). For example, within the URL https://example.com/page?utm_source=newsletter#, the portion "https://example.com/page" constitutes the host name/path part while the portion "?utm_source=newsletter#" constitutes the query or parameter part (e.g., see https://dl.acm.org/doi/pdf/10.17487/RFC3986).

████████████████████ included in the Captured Data transmitted by such Data Capture Sources categorized as health related by Meta's servers.

c. Beginning in February 2020 and at least until October 2023, the Stateful Data Filter did not detect or filter Health Terms in ██████ (identified by the ████████ key) within the Captured Data.

d. **Thus, at least until October 2023, Meta's Stateful Data Filter did not detect or remove Health Terms from the ██████████████████. Furthermore, starting in February 2020 and at least until October 2023, Meta's Stateful Data Filter did not detect or remove Health Terms in ████████ (identified by the ████████ key).**

16. Third, Meta's servers utilize a stateless process ("Stateless Data Filter") to detect and remove certain Health Terms from certain portions of the Captured Data. Specifically, the Stateless Data Filter detects and removes certain Health Terms from the ████████████ ██████████ associated with the Captured Data transmitted by the Data Capture Sources. The Stateless Data Filter does not detect and remove such Health Terms from the ██████████████

a. For the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK, Meta's servers started utilizing the Stateless Data Filter to detect and remove certain Health Terms beginning in April 2023.

b. The Stateless Data Filter detects and removes certain Health Terms present in ████ ██████████████ data included in the Captured Data transmitted by Data Capture Sources, which are categorized as health related by Meta's servers, using a restricted data detector (i.e., a list of Health Terms).

c. At least until October 2023, the Stateless Data Filter did not detect or filter Health Terms in ████████ (identified by the ████████ key) within the Captured Data.

d. **Thus, at least until October 2023, Meta's Stateless Data Filter did not detect or remove Health Terms from the ██████████████████. Furthermore, at least until October 2023, Meta's Stateless Data Filter did not detect or remove Health Terms in ████████ identified by the ████████ key).**

17. Fourth, the Meta Source Code indicates that if a Data Capture Source is marked as a sensitive vertical source,[3] the Data Capture Source would be ██████████████████████ ██████████████████████████████████████████████████████████ ████████████, including the ████████ (identified by the ████████ key), to Meta's servers.

   a. Meta's servers started using the functionality to disallow Data Capture Sources marked as ████████████ from transmitting ████████████ to Meta's servers on or before July 2018.

   b. Within the Meta Source Code, the first version of the script that implements the operations to mark Data Capture Sources as ████████████ (i.e., ████████████████████) was first implemented in August 2017. Within the Meta Source Code, a second version of the script that implements the operations to mark Data Capture Sources as ████████████ ████████████████████) was first implemented in September 2022. Within the Meta Source Code, a third version of the script that implements the operations to mark Data Capture Sources as ████████████ (i.e., ████████████████ was first implemented in November 2022. Within the Meta Source Code, a fourth version of the script that implements the operations to mark Data Capture Sources as ████████████ (i.e., ████████████████ was first implemented in April 2023.

   c. Meta Source Code and other documents produced by Meta indicate that the Data Capture Sources marked as ████████████ by the initial versions of the scripts that marked Data Capture Sources as ████████████ were underinclusive. For example, the ████████████████████script classified roughly ████ Data Capture Sources as being ████████████ in September 2022, whereas the ████████████████████ script classified roughly ████ Data Capture Sources as being ████████████. A subsequent version ████████████████████classified roughly ████ Data Capture Sources as being ████████████. A subsequent version

---

[3] Meta's describes sensitive verticals as advertisers that inadvertently send sensitive data, e.g., health and finance (see PIXEL_HEALTH000372832).

████████████████████████████ classified roughly ████████ Data Capture Sources as being ██████████████.

    d. I haven't seen the classifications stored within the ████████████████████████ table as it existed during or before September 2022 and based on Meta's interrogatory response, Meta did not preserve the ████████████████████ table beyond its standard retention period, which is 90 days.[4] Therefore, I am unable to determine, which healthcare providers (if any), were classified as being ███████████████ by the ███████████████████████ script during or before September 2022.

    e. **Thus, Meta's servers allowed potential █████████████████ to automatically transmit Captured ████████ Data to Meta's servers at least until the fall of 2022.[5] I haven't seen the classifications stored within the █████████████████████████ table and because Meta did not preserve the █████████████████████ table beyond its standard retention period of 90 days, I am unable to determine which healthcare providers (if any), were classified as being sensitive vertical sources by the ████████████████████ script during or before September 2022.**

18. Fifth, after filtering the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK through the Stateful and Stateless Filters, Meta's servers write the filtered Captured Data to the following tables:

    a. The filtered Captured Data transmitted via Meta's Pixel and CAPI is written at least to the ████████████████████████████████████, and ███████████████ tables.

    b. The filtered Captured Data transmitted via mobile SDK is written at least to the ████ ████████████████████ and ███████████ tables.

    c. **Thus, after filtering the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK through the Stateful and Stateless Filters, Meta's servers write the filtered Captured Data to tables within Meta's databases.**

---

[4] See Defendant Meta Platform's First Set of Supplemental Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, at page 8; PIXEL_HEALTH000826854 (stating ████████████████████ has a retention period of 90 days).
[5] See PIXEL_HEALTH000372832 at PIXEL_HEALTH000372833 and PIXEL_HEALTH000884272.

19. Sixth, after filtering the Captured Data using the Stateful and Stateless Data Filtering processes, Meta's servers process the filtered Captured Data transmitted at least via Meta's Pixel and CAPI using a series of data processors (e.g., ██████████████████ ████████, and others) and an ██████████████████ ██████████████████████████████ where features corresponding to the ████████████████████████████████████████



   a. Meta's servers write the outputs of the data processors to the ██████████████ table.

   b. Meta's servers write the feature scores corresponding to the ██████████████ within the ██████████████████ category of the `UP2X` table.

   c. **Thus, Meta's servers process the filtered Captured Data transmitted at least via Meta's Pixel and CAPI using a series of data processors and an ██████████████ to generate a ██████████ history and a ██████████████████, where features corresponding to the ██████████████████████████████████ ████████████████**

20. **Seventh, Meta's servers utilize the ██████████████████ generated using the filtered Captured Data transmitted at least by Meta's Pixel and CAPI and stored corresponding to the ██████████████████ category of the `UP2X` table to select advertisements for Meta's users.**

## V.    BACKGROUND OF CASE

21. Plaintiffs Jane Doe I, John Doe I, John Doe II, Jane Doe II, Jane Doe III, John Doe III, John Doe IV, Jane Doe IX, Jane Doe X, et al., seek to represent a class of all Facebook users whose health information was obtained by Meta from their healthcare provider or covered entity through Meta Collections Tools (e.g., Meta's Pixel, CAPI, and Mobile SDK).[6,7]

22. Plaintiffs allege that Meta acquires their identifiable health information without their consent or the knowledge and consent of their healthcare providers.[8] Plaintiffs further allege that Meta collects and uses their health data despite its representations that it does not want this data and has systems in place to prevent its receipt and use.[9] Plaintiffs further allege that

---

[6] See paragraph 353 of ECF 335 First Amended Consolidated Class Action Complaint.
[7] See paragraph 131 of ECF 335 First Amended Consolidated Class Action Complaint.
[8] See paragraphs 5, 8, and 14 of ECF 335 First Amended Consolidated Class Action Complaint.
[9] See paragraphs 178 to 179 and 181 to 184 of ECF 335 First Amended Consolidated Class Action Complaint.

Meta uses users' health data for financial gain by allowing its clients to target advertisements to Facebook users on and off Facebook.[10]

## VI.   MATERIALS CONSIDERED

23. The documents and other materials that I considered for the opinions expressed in this report include the Meta Source Code, historical revisions and logs associated with Meta Source Code, documents, tables, and data samples produced by Meta, interrogatory responses provided by Meta, Declaration of Mr. Tobias Wooldridge filed in October 2022, Declaration of Mr. Tobias Wooldridge filed in November 2022 ("Wooldridge November 2022 Declaration"), Declaration of Mr. Tobias Wooldridge filed in July 2024, Deposition testimony of Mr. Tobias Wooldridge on January 31, 2025 ("Wooldridge Jan 2025 Deposition"), and Deposition testimony of Mr. Tobias Wooldridge on April 28, 2025 ("Wooldridge 30(b)(6) Deposition"). Furthermore, in reaching my conclusions and opinions, I have relied upon my education, experience, and training. Other documents and materials that I have considered are cited herein and are attached hereto as Exhibit 2.

## VII.   TECHNICAL BACKGROUD

24. To understand the technology that pertains to Meta's platforms, it is helpful to understand general principles of computer programming, client-server systems, and databases, as well as other specific technologies used by Meta's platforms. To that end, I begin by providing a technical background to facilitate the understanding of my analysis presented later in this report.

### A.  General Principles of a Computer Program

25.  A computer program consists of a set of instructions that direct a computer to perform a specified function. This set of instructions is referred to as computer source code or, simply, source code. Computer source code can be written in several different ways.

26. First, computer source code can be written using complex instructions. For example, the statement `printf("Hello world!")` tells the computer to print the words "Hello world!" to the computer screen.

---

[10] See paragraphs 13, 44 to 62 and 347 to 352 of ECF 335 First Amended Consolidated Class Action Complaint.

27. Second, computer source code can also incorporate variables and other mathematical elements. For example, the statement (`a = b * c + 2`) contains variable identifiers `a`, `b`, and `c` and instructs the computer to take the number stored in memory represented by variable `b`, multiply that by the number stored in memory represented by the variable `c`, add `2` to the result, and store the result in memory represented by the variable `a`.

28. Third, computer source code can also contain nonfunctional lines called comments that give information to a reader about what the computer instructions are doing. For example, in the C programming language, a single line comment is identified and preceded by a double slash "`//`".

29. Computer programs are made up of many lines of source code, and the process of writing these lines of code is called programming. Eventually the lines of source code are turned into instructions that a computer can execute, consisting of sequences of electronic ones and zeroes. The process of turning human-readable source code into a file containing computer instructions is called "compiling" and is performed by a special computer program called a "compiler." The resulting compiled file is called a "binary." In some cases, source code is "interpreted" by a special computer program called an "interpreter" that converts each line of source code to computer instructions one at a time during run-time to be executed by the computer.

### B. Clients and Servers

30. A server is a computer on a network (such as an intranet or the Internet) that is dedicated to a particular purpose, stores information, and serves that information to one or more "client" computers over the network. For example, a webserver performs all work necessary for hosting the website, stores all files related to the website, and serves the webpages to client computers on the network. Furthermore, webservers also receive data transmitted by client computers, process and analyze that data, and store that data within databases or datastores. Server software refers to software running on the server computer that "serves up" information to a client computer and receives and processes data transmitted by the client computer.

31. A client is a computer or a mobile device that makes an information request to a server, which then fulfills the request. Furthermore, a client computer can also transmit data to the server, including data related to user actions and activity on the client computer. Client

software refers to software running on the client computer or mobile device that requests information from a server computer.

32. Computer interactions using the client/server model are very common. For example, when an individual checks a bank account over the Internet, a client program executing on the individual's device (e.g., a laptop computer, a smart phone, or a tablet), forwards the request to a server program executing at the bank. The bank's server program may respond, or it may, in turn, forward the request to its own client program that makes a request to another bank's server computer.

### C. Computer Databases

33. Computer databases consist not only of data, such as usernames and addresses but also of schema and procedures represented by source code. The term schema refers to the structure of the database, including where to place the data, how to organize the data, and the relationships between the data. For example, customer names may be placed in a field called "Name" and that name may be in a table called "Customers." A table can be visualized as a spreadsheet, and a field would correspond to a particular column in the spreadsheet. In a database there are many different tables. Each customer name may have an associated table that has fields that contain the customer's address, credit card number, account balance, and comments about the customer. The table names, field names, types of data in the fields, and relationships between different tables and different fields constitute the schema of the database and are described using a special programming language such as the Structured Query Language also known as SQL.

34. Procedures may also be stored in databases and are also described using a special programming language such as SQL. These procedures consist of step-by-step algorithms, equations, and formulae that can be used by programs that access the database to manipulate the data in the database. For example, a stored procedure may exist to compute the average outstanding balance for a list of customers.

14

### D. Universal Resource Locator

35. A URL specifies the address of a resource on the internet and its structure is defined by RFC 3986.[11] A URL consists of a host name/path part,[12] which is optionally followed by a query or a parameter part.[13] For example, within the URL "https://cancer.osu.edu/for-patients-and-caregivers/learn-about-cancers-and-treatments/cancers-conditions-and-treatment/cancer-types/colon-cancer?gclid=_removed_",[14] the portion "https://cancer.osu.edu/for-patients-and-caregivers/learn-about-cancers-and-treatments/cancers-conditions-and-treatment/cancer-types/colon-cancer" constitutes the host name/path part while the portion "?gclid=_removed_" constitutes the query or parameter part.

### E. Key-Value Data Organization

36. Key-value data organization is a way of storing information in pairs, where each key acts as a label or name, and each value is the piece of information linked to the key. As an example, a key can be a label "email" and the corresponding value can be an actual email address. The key must be unique so it always points to the right piece of data, but the value can be anything (e.g., a number, text, or even a larger file). This approach is very flexible and is used in many everyday technologies, from apps that remember your login session to big systems that store millions of records, including how data is communicated between client and server-based systems. In short, key-value data organization is a simple and powerful way of pairing names with corresponding information that is widely used in both small programs and large-scale internet systems. An example of Key-Value data organization is shown below.[15]

| Key | Value |
|---|---|
| event_name | search |
| action_source | website |
| source_url | www.examplehealth.org/search?q="skin cancer treatment" |
| event_id | d9b1b4a0-1f6e-43d0-a741-2c0c7a2d4b60 |
| user_data[16] | "fbp": "fb.1.1722628800.1234567890" |

---

[11] See https://dl.acm.org/doi/pdf/10.17487/RFC3986, last accessed 8/14/2025.

[12] Host name is also referred to as domain name.

[13] See pages 16-24 of https://dl.acm.org/doi/pdf/10.17487/RFC3986, last accessed 8/14/2025; Also see Wooldridge Jan 2025 deposition at 191:4-6.

[14] See PIXEL_HEALTH000688106.

[15] Note that this example does not correspond to a real event data.

[16] As an example, the user_data key further includes a list of key-value pairs. The "ph" key represents a hashed phone number, the "em" key represents a hashed email address, the "fn" key represents a hashed first name, and the "ln" key represents a hashed first name.

| | |
|---|---|
| | "ph": "ff8d9819fc0e12bf0d2489…" |
| | "em" : "3c95277da5fd0da6a1a4…" |
| | "fn" : "2bd806c97f0e00af1a1f6…" |
| | "ln" : "6627835f988e2c5e5053…" |
| custom_data | "search_string" : "skin cancer treatment" |
| | "content_category" : "health" |

### F. Meta's Pixel

37. Meta's Pixel is a tracking tool developed by Meta Platforms, Inc. using the JavaScript programming language. Meta's Pixel facilitates the collection of user interaction data on third-party websites.[17] When present on a website, Meta's Pixel, as developed by Meta, captures and transmits data related to user behavior and communications—including but not limited to page views, purchases, and form submissions—to Meta's servers.[18] Meta's Pixel relies on Meta's cookies and other information, which enable Meta to match visitors of a third-party website to their respective user accounts.[19] Meta's Pixel employs first-party cookies and device information related techniques to identify users and associate their activity with their respective user accounts.[20] Meta's Pixel supports the tracking of both predefined "standard events" (e.g., PageView, AddToCart, Purchase)[21] and developer-defined "custom events."[22] Meta Pixel enables profiling of users' actions on third-party websites and ad targeting capabilities within the Meta advertising infrastructure.[23] Captured Data transmitted by Meta's Pixel is organized in the form of multiple key-value elements.

### G. Conversions API

38. Meta's CAPI is a server-side tracking mechanism developed by Meta Platforms, Inc., which enables advertisers to send event data directly from their backend systems to Meta's servers,

---

[17] See https://developers.facebook.com/docs/meta-pixel/get-started/, last accessed 7/29/2025; Also see PIXEL_HEALTH000000088-89, PIXEL_HEALTH000000099-102, and PIXEL_HEALTH000000171-175.
[18] See https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/, last accessed 7/29/2025.
[19] See https://developers.facebook.com/docs/meta-pixel/get-started/, last accessed 7/29/2025.
[20] See https://www.facebook.com/privacy/policies/cookies/, last accessed 7/29/2025.
[21] See https://developers.facebook.com/docs/meta-pixel/reference/, last accessed 7/29/2025; Also see PIXEL_HEALTH000000090-98 and PIXEL_HEALTH000000158-164.
[22] See https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/#custom-events, last accessed 7/29/2025.
[23] See https://developers.facebook.com/docs/meta-pixel/, last accessed 7/29/2025.

independent of browser execution. It functions as a server-to-server data transmission mechanism that operates outside the user's browser environment.[24] Advertisers can transmit event signals (e.g., PageView, AddToCart, Purchase) along with metadata including timestamps, IP address, user agent, and hashed customer identifiers (e.g., email or phone number).[25] CAPI is designed to function even when client-side tracking is unavailable (e.g., when Meta's Pixel is blocked) by operating entirely on the advertiser's server.[26] Meta recommends using CAPI in conjunction with the Meta Pixel to enable event deduplication using shared ██████████ and ██████████ fields, ensuring accurate attribution when events are captured by both systems.[27] Captured Data transmitted by CAPI is organized in the form of multiple key-value elements.

### H. Mobile SDK

39. Meta's mobile SDK for mobile applications is a client-side software library provided by Meta Platforms, Inc. that enables mobile app developers to integrate Meta's advertising, analytics, and login services into their mobile apps. Meta's mobile SDK lets developers integrate Meta services into their app, including transmitting application events ("App Events") to Meta's servers.[28] The mobile SDK captures standard and custom app events, such as app installs, purchases, content views, and registration completions.[29] These events are automatically or manually triggered by developers and sent along with device-level identifiers (e.g., advertising ID, device model, OS version) and user data (e.g., name, email, phone number, etc.).[30] Captured Data transmitted by mobile SDK is organized in the form of multiple key-value elements.

---

[24] See https://developers.facebook.com/docs/marketing-api/conversions-api, last accessed 7/30/2025; Also see PIXEL_HEALTH0000000103-110 and PIXEL_HEALTH0000000111-119.
[25] See https://developers.facebook.com/docs/marketing-api/conversions-api/using-the-api, last accessed 7/30/2025; Also see https://developers.facebook.com/docs/marketing-api/conversions-api/payload-helper/, last accessed 7/30/2025.
[26] See https://developers.facebook.com/docs/marketing-api/conversions-api/set-up-conversions-api-as-a-platform, last accessed 7/30/2025.
[27] See https://developers.facebook.com/docs/marketing-api/conversions-api/set-up-conversions-api-as-a-platform, last accessed 7/30/2025.
[28] See https://developers.facebook.com/docs/android/, last accessed 7/30/2025.
[29] See https://developers.facebook.com/docs/app-events/, last accessed 7/30/2025.
[30] See https://developers.facebook.com/docs/app-events/best-practices/, last accessed 7/30/2025; Also see https://developers.facebook.com/docs/app-events/advanced-matching/, last accessed 7/30/2025.

## VIII.   ANALYSIS

40. To understand the various aspects of Meta Source Code related to receiving, filtering, storing, and using data collected by Meta's Pixel, CAPI, and mobile SDK, I reviewed the Meta Source Code, historical revision and logs associated with the Meta Source Code, data and tables provided by Meta, and documents produced by Meta. Afterwards, I determined if the relevant operations that I identified within the Meta Source Code were implemented in substantially the same manner across the different versions (discussed below) of the Meta Source Code over a period starting from July 2018 to October 2023. I provide a summary of my findings below and a detailed analysis of the Meta Source Code in Exhibit 3 and Exhibit 4.[31]

41. I hereby incorporate by reference the analysis provided in my previous declarations related to this matter. *See* Exhibits 5 and 6.

### A.  Organization of the Meta Source Code

42. The relevant portions of the Meta Source Code are contained within the following source code directories.



43. The source code within the ▮▮▮▮▮ directory implements the Meta's Pixel operations ("Meta Pixel Source Code") and is dated ▮▮▮▮ with the ▮▮▮▮▮▮ ▮▮▮▮▮ The Meta Pixel Source Code implements the operations to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Besides the latest version of the Meta Pixel Source Code and the relevant historical logs, the other versions that I reviewed include: ▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮,

---

[31] Meta has not produced any version of the Meta Source Code residing within the ▮▮▮▮▮ and ▮▮ after the October 2023 version. Therefore, I do not opine on the specific operations implemented within the Meta Source Code after that date. If made available, I reserve the right to analyze and opine on the operations of the versions of Meta Source Code after the October 2023 version.



44. The source code within the ███████████ directory implements the frontend server operations ("Meta Frontend Server Source Code") and is dated ██████████ with the DR ████████████. The Meta Frontend Server Source Code implements the operations to process the data transmitted by Meta's Pixel, Conversions API ("CAPI"), and mobile SDK. Besides the latest version of the Meta Frontend Server Source Code and the relevant historical logs, the other versions that I reviewed include:

45. The source code within the █████████████████████ directory implement the backend server operations ("Meta Backend Server Source Code") and is dated ██████████ with the ██ ████████████ The Meta Backend Server Source Code implements the operations to ██████ ███████████████████████████████████████. Besides the latest version of the Meta Backend Server Source Code and the relevant historical logs, the other versions that I reviewed include:

46. The source code within the ██████████████████ and the ██████████████████████ directories contain configuration parameters and settings corresponding to the Meta Frontend Server Source Code and Meta Backend Server Source Code. Besides the latest version of the configuration parameters and settings, I also reviewed historical logs corresponding to the relevant configuration parameters and settings.

**B. Processing of User Data**

47. In this section, I describe the operations implemented by the Meta Frontend Server Source Code that receive and process the Captured Data transmitted by Meta's Pixel, CAPI, and

mobile SDK.[32] Furthermore, I summarize any notable changes related to these operations across versions of the Meta Frontend Server Source Code. See Exhibits 3 and 4 for details.

### 1. Pixel Plugin

#### a) Receiving User Data

48. Within the Meta Frontend Server Source Code, the ██████████████████████ ██ ██████████████████████████████.[33] Upon receiving the Captured Data transmitted by Meta's Pixel, the ████████████████████ ████████████



49. Across the versions of the Meta Frontend Server Source Code, the operations to receive the data transmitted by Meta's Pixel are implemented in substantially the same manner as discussed here. One difference with respect to the earlier versions is that the ████████████████████ configuration file was first implemented in the Meta Frontend Server Source Code in December 2021.

#### b) Validating User Data

50. After ████████████████████████████ the Meta Frontend Server Source Code ██████████████████████████ ████████████████████████████████. As discussed below, ████████████████ ██████████████████████████ the Captured Data.

51. Examples of these ████████████████████████ ██████████████████████████████, the



---

[32] See PIXEL_HEALTH000000054-56; Also see PIXEL_HEALTH000000057-63.
[33] See PIXEL_HEALTH000000064; Also see ████████████████████████████████
[34] See lines 546 to 554 in file ██████
[35] See lines 60 to 121 in file ████████████████████████████████; Also see lines 16 to 23 in file ██████
[36] See file ████████████████████████████
[37] See file ████████████████████

███████████████████████████████████████, and the
████████████████████████████████████████████

52. The ██████████████████████ ██████████████████████
████████████████████████ ██████████████████████
█████████████████████████████████████████████████
█████████.

53. The ██████████████████████ ██████████████████████
██████████████████████████████████████████
██████ These ██████████████ are ████████████████
████████████████ ████████████.[41] If the domain associated with the
Data Capture Source is ████████████████████████████████
█████████.

54. The ██████████████████████ ██████ determines if the ██████
███████████████████████████████████████████████████
██████████████████ ██████████████████ ██████████.[42] If the
███████████████████████████████████████████████████
████████████████.

55. The ███████████████████████████ ██████ determines
if the ████████████████████████████████████
████████████████████ ██████████.[43] ████████
████████████████████████████████ ██████████████

---

[38] See file ███████████████████████████████████████
[39] See file ███████████████████████████████████████
[40] See lines ████████████████████████████████████████
[41] See lines 7 to 26 in file
/www/flib ████████████████████████████████████████
[42] See lines ████████████████████████████████████████
███████████████████████████████████████.
[43] See lines ████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████ █ ████ █ ██████
████████████. This file was first introduced ████████
█████████████████████████

 If the ███████

56. Across the versions of the Meta Frontend Server Source Code, the operations to validate the data transmitted by Meta's Pixel are implemented in substantially the same manner as discussed here. One difference with respect to the earlier versions is that the

 r and the corresponding ████████████████ configuration file that ████████████████ (e.g., ███████████ ████████████████ ██████████ ███████████████████) were first implemented in the Meta Frontend Server Source Code in December 2022.[44] Thus, prior to December 2022, Meta's servers did not use the

 Captured Data transmitted via Meta's Pixel or CAPI if the ██████████████ ████████████████████████████████████████████████████[45]

### c) Logging User Data Prior to Filtering

57. After ████████████████████████, Meta's servers use a ████████████ ████████████████████████████████████. This ████████████████████████████████ of the received Captured Data to be stored within the ████████████████████ table.[46] Notably, the process to store the Captured Data within the ████████████████████ table ████████████████ ████████████████████████████████████████ (discussed

---

[44] See lines ████████████████



[45] See Wooldridge Jan 2025 Deposition at 160:1-4.
[46] See ████████████████████████████████████
████████████████████████████████████

below). The Captured Data is stored within the 
table for 30 days.[47]

58. Across the versions of the Meta Frontend Server Source Code, the operations to log the Captured Data transmitted by Meta's Pixel ████████████████████████
████████████████████████████████████████ .

## 2. Conversions API

### a) Receiving User Data

59. Within the Meta Frontend Server Source Code, the operations to receive the Captured Data transmitted by CAPI are implemented in substantially the same manner as discussed earlier for Meta's Pixel. One difference is that for the Captured Data transmitted by CAPI, the
██████████████████████ ████████████████████ .[48]

### b) Validating User Data

60. Within the Meta Frontend Server Source Code, the operations to use the checkers to validate the Captured Data transmitted by CAPI are implemented in substantially the same manner as discussed earlier for Meta's Pixel.

61. Across the versions of the Meta Frontend Server Source Code, ████████████████

were not implemented. Thus, the Meta Frontend Server Source Code ███████████████ Captured Data between July 2022 and January 2023.

### c) Logging User Data Prior to Filtering

62. Within the Meta Frontend Server Source Code, the operations to log the Captured Data transmitted by CAPI prior to the step that filters certain Health Terms from the Captured Data are implemented in substantially the same manner as discussed earlier for Meta's Pixel.

---

[47] See lines 13 to 71 in file ████████████████████████████
██ ████████████████████████████████ Also see
██████████████████████████████████ php; Also see
PIXEL_HEALTH000000064.

### 3. Application Events

#### a) Receiving User Data

63. Within the Meta Frontend Server Source Code, the operations to receive the Captured Data transmitted by mobile SDK are implemented in substantially the same manner as discussed earlier for Meta's Pixel. One difference is that for the Captured Data transmitted by mobile SDK, ██ ████████████████████████████ ████████████████████████████.[49] Another difference is that for the Captured Data transmitted by mobile SDK, the ████ ████████████████████████████████████████████ ███████████████████████ configuration file during the receive step.

#### b) Validating User Data

64. Within the Meta Frontend Server Source Code, depending upon the configurations associated with the Application ID corresponding to the Captured Data transmitted by mobile SDK, the Captured Data is either processed through the same processes as discussed earlier for CAPI ("CAPI Flow") or using processed using processes specific to Applications ("AEAPI Flow").[50]

65. For the CAPI Flow, Meta's servers ████████████████████████████████ ████████████████████████████████████

66. For the AEAPI Flow, Meta's ██████████████████████



included within the ████████████████████████████ or the



.[52] If

---

[49] See ██████████████████████████████████

[50] See ████████████████████████████████

[51] See ████████████████████████████
[52] See ████████████████████████████████



.[55]

67. Across the versions of the Meta Frontend Server Source Code, as of and prior to the July 2023 version of Meta Frontend Server Source Code with ██ ██████████ the ██████████████████████████████ ██ is not implemented. Thus, the Meta Frontend Server Source Code started using the ████████████████████████████ ██ to ████ ████████████████████████████████ between July 2023 and October 2023. Additionally, the operations to █████████████████████████ ████████████████████████████

████████████████████ were not implemented in the July 2018 version of the Meta Frontend Server Source Code with ████████████.

### c) Logging User Data Prior to Filtering

68. Within the Meta Frontend Server Source Code, the operations to log the Captured Data transmitted by mobile SDK prior to the step that filters certain Health Terms from the Captured Data are implemented in substantially the same manner as discussed earlier for Meta's Pixel.

## C. User Data Filtering

69. In this section, I describe the operations implemented by the Meta Frontend Server Source Code and the Meta Backend Server Source Code ████████████████████ ████████████████████████████████████ ███████████████████████.[56] Furthermore, I summarize any notable changes related to these operations across versions of the Meta Frontend Server Source Code and the Meta Backend Server Source Code. See Exhibits 3 and 4 for details.

70. Within the Meta Source Code, the Captured Data Filtering Processes are implemented in substantially the same manner for the Captured Data transmitted by Meta's Pixel, CAPI, and mobile SDK. The Captured Data Filtering Processes include two distinct processes, (1) the Stateful Data Filtering process and (2) Stateless Data Filtering process.

### 1. Stateful Data Filtering

71. The Stateful Data Filtering process includes an "exact match" and a machine learning based Captured Data Filtering Process.[57] The Stateful Data Filtering process utilizes a block list comprising of roughly ██████ Health Terms[58] to ████████████████ and a machine learning model that ██████████████████████████████.[59] The Stateful Data Filtering process to detect and remove certain Heath Terms is applied to Data Capture

---

[56] See PIXEL_HEALTH000113942, PIXEL_HEALTH000115741, and PIXEL_HEALTH000115989.
[57] See Wooldridge Jan 2025 Deposition at 177:10-18.
[58] See PIXEL_HEALTH000000176.
[59] See paragraphs 13 and 14 of Wooldridge November 2022 Declaration.

Sources that are classified as health related by Meta's servers.[60] Meta started using the Stateful Data Filtering process for Health Terms beginning in December 2019.[61]

### a) Determination of Filtering Rules by Meta's Backend Servers

72. For the Stateful Data Filtering process, the filtering rules to filter Captured Data are set by the Meta Backend Server Source Code. As discussed below, Meta's servers that run the Meta Frontend Server Source Code ("Meta's Frontend Servers") eventually transfer the Captured Data to Meta's servers that run the Meta Backend Server Source Code ("Meta's Backend Servers") by writing Captured Data to certain database tables (discussed below), including the ████████████████ table.

73. At a high level, the Captured Data propagates from Meta's Frontend Servers to Meta's Backend Servers in the following manner. First, ████████████████████████████ ████████████████████████████████████████████████████████████.[62] Second, Meta's Frontend Servers ███████████████████████████████ (discussed below), including the ██████████████ table.[63] Third, Meta's Backend Servers ██ ████████████, including the ████████████ table to ████████████ ████████████ (discussed below).[64]

74. For the Stateful Data Filtering process, Meta's Backend Servers ████████ ████████████ table to obtain the Captured Data and process the Captured Data using detectors (discussed below) that detect certain Health Terms ("Health Term Detectors") present in the ██████████████████████████ associated with the Captured Data.[65] These Health Term Detectors determine if any of the Captured



---

[60] See paragraphs 13 and 14 of Wooldridge November 2022 Declaration; Also see Wooldridge Jan 2025 Deposition at 179:17-180:3.

[61] See paragraph 13 of Wooldridge November 2022 Declaration.

[62] See ████████████████████████████████████████ p.

[63] See ████████████████

[64] See ████████████

[65] See ████████████



Data provided by a Data Capture Source includes certain Health Terms in ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and set up filtering rules that can subsequently be used to filter Captured Data such that the next time Meta's Frontend Servers receive Captured Data from the same Data Capture Source that includes certain Health Terms, such Captured Data is filtered by Meta's Frontend Servers before the Captured Data is written to the database tables, including the ▮▮▮▮▮▮▮▮▮▮▮ table.[66]

75. As discussed earlier, Meta's Backend Servers use Health Term Detectors to determine if certain portions of the Captured Data provided by a Data Capture Source include certain Health Terms and set up filtering rules. There are two types of Health Term Detectors utilized by Meta's Backend Servers, (1) ▮▮▮▮▮▮▮▮▮▮▮▮▮ Detector and (2) ▮▮▮▮▮▮ ▮▮▮▮▮▮ Detector.

**(1)** ▮▮▮▮▮▮▮▮▮▮▮▮ **Detector**

76. Upon reading the Captured Data from the ▮▮▮▮▮▮▮▮▮▮▮ table, the ▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Detector checks whether the Data Capture Source has been classified as health related by obtaining the category associated with the Data Capture Source from the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ table.[67] If the Data Capture Source is not classified as health related, the ▮▮▮▮▮▮▮▮▮ Detector does not process the Captured Data to detect Health Terms.[68] If the Data Capture Source is classified as health related, the ▮▮▮▮▮▮▮▮▮ Detector obtains the ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ associated with the Captured Data.[69] The ▮▮▮▮▮▮▮▮▮ Detector does not detect Health

_____

[66] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[67] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[68] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Also see paragraphs 13 and 14 of Wooldridge November 2022 Declaration; Also see Wooldridge Jan 2025 Deposition at 179:17-180:3.

[69] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Terms within the ███████████████████████.[70] For the ████████████████████

█████████████████████, the ██████████████████ Detector checks if the key part

of the key-value element is included within a ███████████.[71] This ████████████ is

specified within the ██████████████████ file.[72] Among other keys, this ████████

████ includes the ███████████████ and ████████████ keys.[73] If the key is not included

in the ████████████ or for ███████████, the ████████████████████ Detector

████████████████████████████████████████████████████████████████████████████

████████████████ match with the terms included in the Health Terms block list.[74] If any

of these elements match with the terms in the block list, the ███████████████████

Detector marks such elements as restricted elements.[75] Afterwards, the ████████████

████████████ Detector stores such restricted elements within Meta's Zippy database

("ZDB").[76]

77. Since the introduction of the ████████████████████ Detector in December 2019,[77]

across the versions of the ████████████████████, the operations to determine if

any of the Captured Data provided by a Data Capture Source includes Health Terms using the

████████████████████ Detector are implemented in substantially the same manner as

discussed here.

(2)    ██████████████    **Data Detector**

Upon reading the Captured Data from the ████████████████ table, the ███████

███████████ Detector checks whether the Data Capture Source has been classified as health

---

[70] See Wooldridge Jan 2025 deposition at 198:14-15.

[71] See ██████████████████████████████████████████████████████████████████████

[72] See ████████████████████████████████████████████████████████████████████████

[73] The terms related to buttonText, buttonFeatures, and others were ███████████████████████████████████████████ Also see PIXEL_HEALTH000113924 and PIXEL_HEALTH000644274.

[74] See ████████████████████████████████████████████████ Also ████████████████████████████████████████████████████████████████

[75] See ████████████████████████████████████████████████

[76] See ██████████████████████████████████████████████████████

[77] See paragraph 13 of Wooldridge November 2022 Declaration.



related by Meta's servers.[78] If the Data Capture Source is not classified as health related, the ███████████████ Detector ████████████████████████████████████████. The ██████████████ Detector processes the key-value elements contained within the ████████████████████████████ with the Captured Data using a machine learning model to predict if the key-value elements are restricted.[79] Like the ██████████████████ Detector, the ██████████████████ Detector does not detect Health Terms included in ███████ ██████████████████.[80] For the ██████████████ Detector checks if the key part of the key-value element is included within a ██████████████.[81] This ██████████████ is specified within the ██████████████████ file.[82] Among other keys, this ██████████████ includes the ██████████████ ██ ██████████ keys.[83] If the key is not included in the ██████████ ███ or for ██████████, the ██████████████ Detector processes the elements using a machine learning model to predict if the elements are restricted.[84] If any of the elements are predicted as restricted, the ██████████████ Detector marks such key-value elements as restricted elements.[85] Afterwards, the ██████████████ Detector stores such restricted elements within Meta's ZDB.[86]

---

[78] See paragraphs 13 and 14 of Wooldridge November 2022 Declaration; Also see Wooldridge Jan 2025 Deposition at 179:17-180:3; Also see ██████████████████████████████████████████████████████████████████████████.

[79] See ██████████████████████████████████████████████████████████████.

[80] See Wooldridge Jan 2025 deposition at 198:14-15.

[81] See ███████████████████

[82] See ██████████████████████████████████████████████████████ This file was first introduced on ██████████████

[83] The terms related to buttonText, buttonFeatures, and others were first added to the ██████████████████████ on ██████████ See historical log of ██████████████████████; Also see PIXEL_HEALTH000113924 and PIXEL_HEALTH000644274.

[84] See ████████████████████████████████████████████████████████████████████████████████████████████████████████████

[85] See ██████████████████████████████████████████████████████████

[86] See ██████████████████████████████████████████████████████████

78. Since the introduction of the ███████████ Detector in July 2020,[87] across the versions of the ███████████████, the operations to determine if any of the Captured Data provided by a Data Capture Source includes certain Health Terms using the ███████████ Detector are implemented in substantially the same manner as discussed here.

      (3)    ███████ **Filter Rules**

79. Meta's Backend Servers run an ███████ process that ███████████████ stored within Meta's ZDB by the Health Term Detectors.[88] This ███████ process ███████ ████████████████████████████████████████████. Prior to creating ███████████ ████████████████████████████████████████. For the ███████████████ ████████████████████████████████████ ████████████████████[90] Subsequently, as discussed below, the Stateful Data Filtering process ██████████████████████████████ ██████████████████████████████.

80. Since the introduction of the Health Term Detectors in December 2019, across the versions of the Meta Backend Server Source Code, the operations to aggregate filter rules are implemented in substantially the same manner as discussed here.

    **b) Removal of Health Term by Meta's Frontend Server**

81. After validating the Captured Data using the checkers, Meta's Frontend Servers process the Captured Data using the Stateful Data Filtering process.[91] The Stateful Data Filtering process ████████████████████████████████ Stateful Data Filtering Process ███████

---

[87] See paragraph 14 of Wooldridge November 2022 Declaration.

[88] See ███████████████████████████████████████.

[89] See line ███████████████.

[90] See lines ███████████████.

[91] See █ ████████████████████████████████.



██████ If the Stateful Data Filtering process is enabled, ████████████████████████

████████████████████████████████████████████████████████████████████

(discussed earlier).[93] Afterwards, the Stateful Data Filtering process determines ████████

██████████████████████████████████████████████████████████████████

████████████████████████████.[94] As discussed earlier, the ████████████ is obtained

from the ████████████████ file.[95] Among other keys, this

includes the ████████████ and ██████████ keys.[96] This means that ████████

████████████████████████████████████████████████████████████

████████████████████ Data Filtering process. For the remaining ████████ the Stateful

Data Filtering process ████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████ Data Filtering process, ████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████. The Stateful Data Filtering process does not

detect Health Terms in the ████████████████████████[97]

82. After the Captured Data is filtered using the Stateful Data Filtering process, the filtered
Captured Data, where the portions of the Captured Data matching with a ████████████

████████████████████████████████ is transmitted to Meta's downstream systems for

further processing (discussed below).

83. Since the introduction of the Stateful Data Filtering process in December 2019, across the
versions of the Meta Frontend Server Source Code, the operations to remove certain Health

---

[92] See ████████████████████████████████████████████████████████████
[93] See ████████████████████████████████████████████████████████████
████████████████████████████████████████

[94] See ████████████████████████████
[95] See ████████████████████████████████████████████████████. This file
was first introduced on ████████████
[96] The terms related to buttonText, buttonFeatures, and others were first added to the ████████████ on
████████. See historical log of ████████████████; Also see PIXEL_HEALTH000113924 and
PIXEL_HEALTH000644274.
[97] See Wooldridge Jan 2025 deposition at 198:14-15; Also see PIXEL_HEALTH000036934.

Terms using the Stateful Data Filtering process are implemented in substantially the same manner as discussed here.

## 2. Stateless Data Filtering

84. Beginning in April 2023, the Meta Frontend Server Source Code started using the Stateless Data Filtering process to determine if the data transmitted by Pixel, CAPI, and App Events contains certain Health Terms and to filter out such Health Terms.[98] As discussed below, the latest version of the source code related to Stateless Data Filtering process utilizes only the ███████ detector to detect and filter Health Terms.

### a) Detection of Health Terms

85. After validating the Captured Data using the checkers, Meta's Frontend Servers also process the Captured Data using the Stateless Data Filtering process to detect certain Health Terms.[99] The Stateless Data Filtering process utilizes an ███████ detector similar to the ███████ Data Detector utilized by the Stateful Data Filtering process to detect certain Health Terms.[100] This ███████ detector ███████



.[101] If the Data Capture Source ███████ .[102] If the Data Capture Source ███████



---

[98] Revision histories of ███████ show that stateless filtering was first introduced on ███████ and support for Health Term filtering was first introduced on ███████

[99] See lines at lines ███████ .

[100] See ███████ .

[101] See ███████

[102] See lines ███████ Also see paragraphs 13 and 14 of Wooldridge November 2022 Declaration; Also see Wooldridge Jan 2025 Deposition at 179:17-180:3.

 associated
with the Captured Data, which are not contained within ███████,[103] match with any
terms included in the Health Term block list (discussed earlier for ████████
███ detector).[104] ████████████ is specified within the ████████████
file.[105] Among other keys, this ███████ includes the ███████ and
███████ keys.[106]

86. Since the introduction of the Stateless Data Filtering process in April 2023,[107] across the
versions of the Meta Frontend Server Source Code, the operations to determine if any of the
Captured Data provided by a Data Capture Source includes certain Health Terms using the
Stateless Data Filtering process are implemented in substantially the same manner as
discussed here.

### b) Removal of Health Terms

87. After the Stateless Data Filtering process has detected elements with Health Terms, the
Stateless Data Filtering process removes any keys corresponding to detected elements that
are contained within a ███████[108] As discussed earlier, the ███████ is
obtained from the ███████ file.[109] Among other keys, this ███████
███ includes the ███████ and ███████ keys.[110] For the remaining
elements, the Stateless Filtering Process removes elements with Health Terms from ███



34

████████████████████████████████████████████████████
████████████████████████████████████ The
Stateless Data Filtering process does not remove Health Terms from the ███████████
████████

88. After the Captured Data is filtered using the Stateless Data Filtering process, the filtered
    Captured Data, where the portions of the Captured Data matching with a filtering rule have
    been removed, is transmitted to Meta's downstream systems for further processing (discussed
    below).

89. Since the introduction of the Stateless Data Filtering process in April 2023,[112] across the
    versions of the Meta Frontend Server Source Code, the operations to remove certain Health
    Terms using the Stateless Data Filtering process are implemented in substantially the same
    manner as discussed here.

### D. Writing User Data to Tables

90. After the Captured Data transmitted by Meta's Pixel, CAPI, and mobile SDK has been
    processed by the Stateful and Stateless Data Filtering processes, Meta's system writes the
    filtered Captured Data to following tables within Meta's databases.[113] See Exhibits 3 and 4
    for details.

| Table | Captured Data Source | Retention |
|---|---|---|
| ████████ | Pixel, CAPI, and Mobile SDK | 90 days[115] |

---

[111] See Wooldridge Jan 2025 deposition at 198:14-15.
[112] Revision histories of
████████████████████████████████████████████████████
████████████████████ show that stateless filtering was first introduced on
████████ and support for Health Term filtering was first introduced on ████████
[113] See Wooldridge Jan 2025 deposition at 124:15-23; Also see PIXEL_HEALTH000000064 and
PIXEL_HEALTH000073392.
[114] See ████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████ ; Also see PIXEL_HEALTH000110567 and
PIXEL_HEALTH000110510.
[115] See ████████████████████████████████████████████



| | Pixel and CAPI | 90 days[117] |
| | Pixel and CAPI | 90 days[119] |
| | Pixel and CAPI | 10 days[121] |
| | Pixel and CAPI | 10 days[123] |
| | Pixel and CAPI | 1 day[125] |
| | Pixel and CAPI | 30 days[127] |
| | Mobile SDK | 90 days[129] |

[116] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Also see PIXEL_HEALTH000032259 and PIXEL_HEALTH000110502.

[117] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[118] See ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Also see PIXEL_HEALTH000110512.

[119] See ▮▮▮▮▮▮▮▮▮▮▮

[120] See ▮▮▮▮▮▮▮▮▮▮▮▮ Also see PIXEL_HEALTH000110508.

[121] See ▮▮▮▮▮▮▮▮▮▮▮ .

[122] Se ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Also see lines ▮▮▮▮▮▮▮▮▮▮ Microdata is a way for website developers to mark up their page with structured information so that web crawlers can process the content (see Wooldridge 30(b)(6) Deposition at 18:20-23).

[123] See ▮▮▮▮▮▮▮▮▮▮▮▮
[124] See ▮▮▮▮▮▮▮▮ ; Also see PIXEL_HEALTH000110501.

[125] See ▮▮▮▮▮▮
[126] See ▮▮▮▮▮▮▮▮▮▮▮▮ Captured Data (see Wooldridge Jan 2025 deposition at 184:17-22); ▮▮▮▮ table stores ▮▮▮ Captured Data (see Wooldridge Jan 2025 deposition at 184:23-185:2); Also see PIXEL_HEALTH000110520.

[127] See line 42 in file ▮

[128] See ▮▮▮▮▮▮▮▮▮▮

[129] See ▮▮▮▮▮▮▮▮ .

36

| ███████████ | Mobile SDK | 30 days[131] |
|---|---|---|

91. Across the versions of the Meta Frontend Server Source Code, the operations to write filtered Captured Data to the corresponding tables changed in the following manner.

   a. Meta's Frontend Servers started the process of writing filtered Captured Data as described in Exhibit 3 to the ████████████ table between January 2023 and July 2023. These operations are not implemented within Meta Frontend Server Source Code prior to and including the January 2023 version of Meta Frontend Server Source Code with ██████████.

   b. January 2022 version of Meta Backend Server Source Code with ██████ shows that the retention period for the ████████████ table was 82 days.[132]

   c. Meta's Frontend Servers started the process of writing filtered Captured Data transmitted by mobile SDK as described in Exhibit 3 to ████████████ table between July 2020 and January 2021. These operations are not implemented within Meta Frontend Server Source Code prior to and including the July 2020 version of Meta Frontend Server Source Code with ████████.

   d. Meta's Frontend Servers started the process of writing filtered Captured Data transmitted by Meta's Pixel and CAPI as described in Exhibit 3 to the ████████ table between January 2020 and July 2020. These operations are not implemented within Meta Frontend Server Source Code prior to and including the January 2020 version of Meta Frontend Server Source Code with ████████.

   e. Meta's Frontend Servers started the process of writing filtered Captured Data transmitted by mobile SDK as described in Exhibit 3 to the ████████████ table between July 2019 and January 2020. These operations are not implemented within Meta Frontend Server Source Code prior to and including the July 2019 version of Meta Frontend Server Source Code with ████████.

---



[130] See ██████

[131] See ███████

[132] See ███████

92. In summary, filtered Captured Data transmitted by Meta's Pixel and CAPI was written to the ████████████ table, ████████████ table, the ████████████ table, and ████████████ tables at least between July 2018 through October 2023. Furthermore, the filtered Captured Data transmitted by the mobile SDK was written to the ████████ table at least between July 2018 through October 2023.

93. 

94. ████████████████████████████████████████

E.  **Mapping of Captured Data to** ████████████

95. In this section, I describe the operations implemented by the Meta Backend Server Source Code for converting Captured Data transmitted by Meta's Pixel and CAPI to the corresponding ████████████. Furthermore, I summarize any notable changes related

---

[133] See PIXEL_HEALTH000000176.
[134] See PIXEL_HEALTH000688106.

to these operations across versions of the Meta Backend Server Source Code. See Exhibits 3 and 4 for details.

96. As discussed earlier, among other tables, Meta's Frontend Servers write the filtered Captured Data to the ████████████████ table.[135] Specifically, Meta's Frontend Servers write the filtered Captured Data ████████████████████████████████████ ████████████████████████ to the ████████████████ table.[136] Subsequently, Meta's Backend Servers process the filtered Captured Data stored within the ████████ ████████████ table. Specifically, Meta's ████████████████████████████ ████████████████████████████████████████████ ████████████████████.[137] Afterwards, Meta's Frontend Servers store the ████████ Captured Data within the ████████████████ table.[138]

97. Subsequently, Meta's Backend Servers process the ████████ Captured Data stored within the ████████████████ table to ████████████████████████████████████ ████████████████████████████████. At a high level, Meta's Backend Servers process the ████████ Captured Data stored within the ████████████████ table ████████████████████████████████████████████ ████████████████ and others). Next, Meta's Backend Servers process the categorized Captured Data using an ████████████████████████████████ ████████████████████████████████████ the associated user feature map. Finally, Meta's Backend Servers store



---

[135] See PIXEL_HEALTH000000064.
[136] See ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████
[137] See ████████████████████████████
████████████████████████████████████ Also see
PIXEL_HEALTH000000064. ████████████████████████████████
[138] See ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████; Also see
PIXEL_HEALTH000000064.

the ████████████████████████ corresponding to the ████████████████████████ category of the UP2X table.[139]

98. Initially, Meta used the █████ framework to ████████████████████████, subsequently, Meta transitioned to using the ██ framework to ████████████████ ████████████ framework is an ████████████████████ framework and operates in substantially the same manner as the █████ framework.[140] I summarize these operations below. See Exhibits 3 and 4 for details.

    **1.** ██████████

99. Within Meta's Backend Servers, the ██████████ service reads the █████████ Captured Data stored within the █████████████ table.[141] Afterwards the ██████████ service processes the █████████ Captured Data using up to █ processors to categorize the Captured Data.[142]

100.    For example, the ██████████ utilizes the █████████ processor to █████████ ██████████████████████████████.[143] As another example, the ████████ █████ processes the ████████ Captured Data using the ████████ processors to ████ ██████████████████████████.[144] The ████████ processors ████ █████████████████████████. Specifically, the ██████████ processors utilize ██████████████████████████████████████████████████ ████████████████████████████████████████ ██████████████████████████████

[139] See PIXEL_HEALTH000150383 (e.g., PIXEL_HEALTH000150385), PIXEL_HEALTH000382185 (e.g., PIXEL_HEALTH000382186-87), PIXEL_HEALTH000775734, and PIXEL_HEALTH000539928.
[140] See PIXEL_HEALTH000150383 (e.g., PIXEL_HEALTH000150385-86) and PIXEL_HEALTH000457160.
[141] See ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████; Also see PIXEL_HEALTH000661116.
[142] See ██████████████████████████████████████████████████████████ ██████████████████████████████
[143] See ████████████████████████████
[144] Se ████████████████████████████



.[145] The ██████████ (e.g., ██████ ██████
██████ ██████████████████████████
██████████████████████████████
██████████████████████████
██).[146] The ██████ processors ██████████████
██████████ ██████ ██████████████ list.[147]

101.    After processing ██████ Captured Data using the different processors, the ████
██████████████████████ ██████████ field of
the ████████████ table and associates this information with the corresponding Meta's
user.[148]

102.    Within the Meta Backend Server Source Code, the █ framework was introduced
between July 2019 to January 2020. The █ framework does not exist within the Meta
Backend Server Source Code prior to and including the July 2019 version of Meta Backend
Server Source Code with ██████████. The non-█ framework still existed in the earlier
versions.

2.    ██████████ and Featurization

103.    Meta's Backend Servers run an ██████████ service that ██████████████
██████████████████████[149] The ██████████ service
██████████████████████ ██████████████████

---

[145] See e.g., PIXEL_HEALTH000287684; ██████████████
██████████████████████████████████
██████████████████████████

[146] See ████████████████████████████
██████████████████████

[147] Se ██████████████████████
██████████████████

[148] See ██████████████████████████████
██████████████████████████████

[149] See ██████████████████████████████
██████████████████████████ Also see
PIXEL_HEALTH000945638 and PIXEL_HEALTH000945385.

41

category of the `up2x` table.[150] For each Meta user, the ██████████ service obtains the corresponding ████ ████ output by reading the ████████████ field of the ████████ ████████████ table, including ██████████ ████████ and other elements.[151] The ██████████████ service ████████████████████████ ████████████████████████████████████████████████ ██████████████████████ ████████████████████ list.[152] Thus, the ████████████████████████ list includes a ████████████████████████████ ████████████████████████████████████████████. The ████ ████████ service ██████████████████████████████ ████████████████ ████████████████████ element.[153] Thus, the ████████████████████████ element provides ██████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████

104.    After generating the ████████████████, the ████████████████ Service creates ████████ ████████████████████████████████.[154] This ████████████████████████████████████████ ████████.[155]

a.    ████████████████████████████ when the ████████ and ████████████ generated.

───────────────────────

[150] See ██████████████████████████████████████████
████████████████████████.

[151] See ██████████████████████████████████████████

[152] See ██████████████████████████████.

[153] See ██████████████████████████████; Also see
PIXEL_HEALTH000660911.

[154] See ██████████████████████████████████

[155] See ██████████████████████████████; Also see
████████████████████████████████████████████
████████████████████
██████████████████████████████████████
██████████████████████████████████████

b.  █████ – ██████████ the █████ and ██████████ in the ███
       ████████ showing the ███████████████████████████
       █████
       ████████ associated with the ██████ and ██████████ from the
       ████████████████ list that includes ██████████, e.g., the
       ████████████ list ██████████████ to the
       SUBSCRIBED_BUTTON_CLICK event, a ████████ to the SEARCH event, a ███
       █ █ o the VIEW_CONTENT and VIEW_CATEGORY event, and a ████████ to
       UNKNOWN events.[156]

105.  After generating the feature ███ █ corresponding to the ██████████ the
      ████████████ service stores the feature ██████ associated with a Meta's user within
      the ██████████████ category of the up2x table.[157] The ███
      service also stores the feature ██████ corresponding to the ██████████ within the
      ████████████ table.[158]

106.  Within the Meta Backend Server Source Code, the ███ framework was introduced
      between July 2019 to January 2020. The ███ framework does not exist within the Meta
      Backend Server Source Code prior to and including the July 2019 version of Meta Backend
      Server Source Code with ██████████. The █████ framework still existed in the earlier
      versions.

107.  Within the Meta Backend Server Source Code, the █████ framework implemented the
      operations to use the feature that ████████████████████ between January
      2019 to July 2019. These operations do not exist within the Meta Backend Server Source
      Code prior to and including the January 2019 version of Meta Backend Server Source Code
      with ██████████.



---

[156] See ██████████████████████████████████.
[157] See ██████████████████████████████.
[158] See ████████████████████████████████████████████

43

**F. Ad Selection Based on** ████████████████

108.    In this section, I describe the operations implemented by the Meta Backend Server Source Code for selecting advertisements for Meta's users based on the corresponding ███ ████████.[159] Furthermore, I summarize any notable changes related to these operations across versions of the Meta Backend Server Source Code. See Exhibits 3 and 4 for details.

109.    Meta's Backend Servers run a process to select advertisements ("Ad Selection Process") for Meta's users.[160] The Ad Selection Process obtains the feature ███ associated with the ████████████ of a Meta's user stored within the ██████████████████ category of the `up2x` table.[161] Next, the Ad Selection Process uses the feature ███ associated with the ██████████ to ██████████████████████████ ███ [162] The Ad Selection Process also uses the feature ███ associated with the ████ ████████████████████.[163]

110.    Afterwards, the Ad Selection Process utilizes the ███████████████████████ ██████████████████████████ for the user to select advertisements.[164] Next, the Ad Selection Process utilizes the ████████████ associated with the Meta's user to

---

[159] Also see Wooldridge Jan 2025 deposition at 234:16-235:18 and 251:20:23; Also see PIXEL_HEALTH000000044-53, PIXEL_HEALTH000218635, PIXEL_HEALTH000316628 (e.g., page 18), and PIXEL_HEALTH000662384.



[160] See ████████████████████████████████████████

[161] See ████████████████████████████████████████████

[162] Se ██████████████████████████████████████

[163] See ████████████████████████████████████

[164] See ████████████████████████████████████

44

███████████████.[165] Finally, the Ad Selection Process uses the ███████████ to match and select advertisements for the Meta's user.[166]

111.    Across the versions of the Meta Backend Server Source Code between July 2018 and October 2023, the operations to select advertisements based on ███████████ are implemented in substantially the same manner as discussed here.

### G. Button Click Event Processing for Sensitive Verticals

112.    In this section, I describe the operations implemented by the Meta Pixel Source Code and Meta Frontend Server Source Code that enable transmission of button click events within the Captured Data to Meta's servers. Furthermore, I summarize any notable changes related to these operations across versions of the Meta Pixel Source Code and the Meta Frontend Server Source Code. See Exhibits 3 and 4 for details.

113.    Meta's Pixel can transmit button click events triggered by a user's interaction with a website to Meta's servers by using manual event tracking and by automatic event tracking.

#### 1. Manual Event Tracking

114.    Website developers can use an Application Programming Interface ("API") provided by Meta's Pixel to track standard events (e.g., by using the `track` API) or custom events (e.g., by using the `trackCustom` API) to send Captured Data to Meta's servers.[167] The standard events include events that are predefined by Meta's Pixel (e.g., `AddtoCart`, `PageView`, `Search`, etc.).[168] The custom events include any event that are not included in the standard

---



[165] See █████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████
[166] ██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████ Also see
PIXEL_HEALTH000218635.
[167] See https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/; Also see lines 643 to 650 in file /www/html/shared/js/ads/signals/fbevents/build/next/fb.next.fbevents.js; Also see lines 652 to 666 in file /www/html/shared/js/ads/signals/fbevents/build/next/fb.next.fbevents.js; Also see PIXEL_HEALTH000000057-63, PIXEL_HEALTH0000000120-130, PIXEL_HEALTH0000000131-143, and PIXEL_HEALTH0000000158-164.
[168] See PIXEL_HEALTH000671067; Also see https://developers.facebook.com/docs/meta-pixel/reference#standard-events.

event list that the website developer would like to track (e.g., Schedule, AppointmentRequested, CouponRedeemed, etc.)[169] As such, a website developer can choose to use Meta's Pixel to manually track events on their website and send such events (e.g., button clicks) to Meta's servers.

115.    Across the versions of the Meta Pixel Source Code between July 2018 and October 2023, the operations to manually track and transmit events are implemented in substantially the same manner as discussed here.

### 2. Automatic Event Tracking

116.    Besides manual event tracking, Meta's Pixel automatically tracks user's button click events using scripts or plugins developed by Meta. One such plugin is the ███████████████ plugin.[170] The ███████████████ plugin automatically tracks button click events and sends data associated with such events to Meta's servers.[171] This means that on a webpage that uses the ██████████ plugin, when a user clicks a button (such as "schedule appointment"), the button text (identified by the █████████ key) associated with the button is automatically sent to Meta's servers along with other data, such as webpage title, user information (if available) and other ██████████████ (identified by the ██████████ key).[172]

117.    The Meta Source Code indicates that Meta has a system to ████████████ ██ ████████ ████████████████████████ ██████████████████████

118.    Meta's Frontend Servers determine whether a Data Capture Source is a sensitive vertical or not by obtaining the information associated with the Data Capture Source from the



---

[169] PIXEL_HEALTH000898236; Also see https://developers.facebook.com/docs/meta-pixel/implementation/conversion-tracking/.

[170] See ████████████████████████████████████████; Also see PIXEL_HEALTH000473169.

[171] See ██████████████████████████████████████████

[172] See ████████████████████████████████████████████████████████ Also see PIXEL_HEALTH000644274.

[173] See ████████████████████████████████████████ Also see PIXEL_HEALTH000285046.

 table.[174] Meta's Backend Servers generate the ██████ table, which classifies a Data Capture Source as a sensitive vertical based on the vertical and sub-vertical information for the business account or the advertiser account associated with the Data Capture Source.[175]

119.    Across the versions of the Meta Pixel Source Code between July 2018 and October 2023, the operations to automatically track and transmit events are implemented in substantially the same manner as discussed here.

120.    Across the versions of the Meta Frontend Server Source Code, the operations to ████ ████████████████████████████ plugin were introduced within the Meta Frontend Server Source Code prior to July 2018.

121.    Across the versions of the Meta Backend Server Source Code, between July 2018 to October 2023, the following versions of scripts that classify a Data Capture Source as a sensitive vertical based on the vertical and sub-vertical information have existed. As I discuss below, the Data Capture Sources marked as sensitive vertical sources by the initial versions of these scripts were underinclusive.[176]

  a.    V1 – The first version that implemented sensitive vertical classification and was in use at least from July 2018.[177] The Meta Backend Server Source Code and technical documents show that in September 2022, this initial version identified ████ Data Capture Sources as sensitive verticals.[178] I haven't seen the classifications stored within the ████████████ table as it existed during or before September 2022 and based on Meta's interrogatory response, Meta did not preserve the ████████████████ table beyond its standard retention period,

---

[174] See ████████████████████

[175] See ████████████████████

[176] See PIXEL_HEALTH000372832 at PIXEL_HEALTH000372833, PIXEL_HEALTH000884272.

[177] See file /fbsource/fbcode/dataswarm_pipelines/tasks/ad_metrics/identity/pixel/blacklist/sensitive_vertical_pixels.py in DR D8712360 dated 7/1/2018.

[178] See historical logs of ████████████████████████████████████████████ ; Also see PIXEL_HEALTH001227832 and PIXEL_HEALTH001226706.

which is 90 days.[179] Thus, I am unable to determine, which healthcare providers (if any), were classified or not classified as being sensitive vertical sources by the ██████████████████ script during or before September 2022.

b. V2 – The second version that implemented sensitive vertical classification and was introduced within the Meta Backend Server Source Code in September 2022 and existed until the end of April 2023.[180] The Meta Backend Server Source Code and technical documents show that this second version identified roughly ████████ Data Capture Sources as sensitive verticals.[181]

c. V3 – The third version that implemented sensitive vertical classification and introduced within the Meta Backend Server Source Code in November 2022 and existed at least until October 2023.[182] The Meta Backend Server Source Code shows that this third version identified roughly ████████ Data Capture Sources as sensitive verticals.[183]

d. V4 – The fourth version (also called ██████████████████) that implemented sensitive vertical classification. This version was first introduced within the Meta Backend Server Source Code in April 2023 and existed at least until October 2023.[184]

---

[179] See Defendant Meta Platform's First Set of Supplemental Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, at page 8; PIXEL_HEALTH000826854 (stating ██████████████ has a retention period of 90 days); Also see ████████████████████████████████████████████████.

[180] See file ████████████████████████████████████████████████
██████████████ dated ██████ ; See historical log of ██████████████████████████████████

[181] See historical log of ████████████████████████████████████████████████████████; Also see PIXEL_HEALTH001227832 and PIXEL_HEALTH001226706.

[182] See file ████████████████████████████████████████████████
██████████████ dated ██████ ; See historical log of ██████████████████████████████

[183] See historical log of ████████████████████████████████████████████████

[184] See file ████████████████████████████████████████████████████████ in
██████████████ dated ██████      See historical log of ████████████████████

48

The Meta Backend Server Source Code shows that this fourth version identified roughly ▮▮▮▮▮ Data Capture Sources as sensitive verticals.[185]

## IX.    CONCLUSION

122.    Based on my review of the Meta Source Code, including versions from July 2018 until October 2023, Meta's servers executing the Meta Source Code related to receiving, filtering, storing, and using data collected by Meta's Pixel, CAPI, and mobile SDK operate as discussed in this report. Some of the key aspects of my opinion include:

123.    First, upon receiving the Captured Data, Meta's servers process the Captured Data using ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



a.    Meta's servers started utilizing the ▮▮▮▮▮▮▮▮▮▮▮ on or before July 2018.

b.    Beginning in December 2022, Meta's servers started utilizing a ▮▮▮▮▮▮▮ called the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

c.    Prior to December 2022, Meta's servers did not use the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

d.    **Thus, Meta's servers** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **checker no earlier than December 2022.**

---

[185] See historical log of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Also see PIXEL_HEALTH000884272 and PIXEL_HEALTH000947873.

124.    Second, Meta's servers utilize the Stateful Data Filter to detect and remove certain Health

   Terms from certain portions of the Captured Data. Specifically, the Stateful Data Filter

   detects and removes certain Health Terms from the ████████████████████████████

   ██████████████ associated with the Captured Data. The Stateful Data Filter does not

   detect and remove such Health Terms from the ████████████████████ .

   a.   For the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK, Meta's

        servers started utilizing the Stateful Data Filter beginning in December 2019.

   b.   The Stateful Data Filter detects certain Health Terms present in the ████████████

        ██████████████████████ included in the Captured Data transmitted by

        Data Capture Sources, which are categorized as health related by Meta's servers, using a

        restricted data detector (i.e., a list of Health Terms) and a machine learning based data

        detector and associates such Health Terms with the corresponding Pixel IDs.

        Subsequently, the Stateful Data Filter removes such Health Terms from the ████████

        ████████████████████████████████ included in the Captured Data

        transmitted by such Data Capture Sources categorized as health related by Meta's servers.

   c.   Beginning in February 2020 and at least until October 2023, the Stateful Data Filter did

        not detect or filter Health Terms in ██████ (identified by the ██████████ key)

        within the Captured Data.

   d.   **Thus, at least until October 2023, Meta's Stateful Data Filter did not detect or**

        **remove Health Terms from the ██████████████████████ . Furthermore,**

        **starting in February 2020 and at least until October 2023, Meta's Stateful Data**

        **Filter did not detect or remove Health Terms in ██████████ (identified by the**

        **██████████ key).**

125.    Third, Meta's servers utilize the Stateless Data Filter to detect and remove certain Health

   Terms from certain portions of the Captured Data. Specifically, the Stateless Data Filter

   detects and removes certain Health Terms from the ████████████████████████████

   ██████████ associated with the Captured Data transmitted by Data Capture Sources. The

   Stateless Data Filter does not detect and remove such Health Terms from the ████████████

   ██████████████

a. For the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK, Meta's servers started utilizing the Stateless Data Filter to detect and remove certain Health Terms beginning in April 2023.

b. The Stateless Data Filter detects and removes certain Health Terms present in ████ ████████████████████ included in the Captured Data transmitted by Data Capture Sources, which are categorized as health related by Meta's servers, using a restricted data detector (i.e., a list of Health Terms).

c. At least until October 2023, the Stateless Data Filter did not detect or filter Health Terms in ██████ (identified by the ████████ key) within the Captured Data.

d. **Thus, at least until October 2023, Meta's Stateless Data Filter did not detect or remove Health Terms from the ██████████████████████. Furthermore, at least until October 2023, Meta's Stateless Data Filter did not detect or remove Health Terms in ████████ (identified by the ████████████ ███).**

126. Fourth, the Meta Source Code indicates that if a Data Capture Source is marked as a sensitive vertical source,[186] the Data Capture Source would be ████████████████ ████████████████████████████████████████████████████████████ ██████████████████ ████████████ ███), to Meta's servers.

a. Meta's servers started using the functionality to disallow Data Capture Sources marked as sensitive vertical sources from transmitting Button Click Data to Meta's servers on or before July 2018.

b. Within the Meta Source Code, the first version of the script that implements the operations to mark Data Capture Sources as sensitive vertical sources (i.e., ████████████████████████████) was first implemented in August 2017. Within the Meta Source Code, a second version of the script that implements the operations to mark Data Capture Sources as sensitive vertical sources (i.e., ████████████████████████████████ was first implemented in September 2022. Within the Meta Source Code, a third version of the script that implements the operations to mark Data Capture Sources as sensitive vertical sources (i.e., ████████████████████████████ was first implemented in November 2022.

---

[186] Meta's describes sensitive verticals as advertisers that inadvertently send sensitive data, e.g., health and finance (see PIXEL_HEALTH000372832).

Within the Meta Source Code, a fourth version of the script that implements the operations to mark Data Capture Sources as sensitive vertical sources (i.e., ███████████████████████████ was first implemented in April 2023.

c. Meta Source Code and other documents produced by Meta indicate that the Data Capture Sources marked as sensitive vertical sources by the initial versions of the scripts that marked Data Capture Sources as sensitive vertical sources were underinclusive. For example, the ███████████████████ script classified roughly ████ Data Capture Sources as being sensitive vertical sources in September 2022, whereas the ████████████████████████ script classified roughly ██████ Data Capture Sources as being sensitive vertical sources. A subsequent version ███████████████████████████ classified roughly ██████ Data Capture Sources as being sensitive vertical sources. A subsequent version ██████████████████████ classified roughly ██████ Data Capture Sources as being sensitive vertical sources.

d. I haven't seen the classifications stored within the ███████████████████████ table as it existed during or before September 2022 and based on Meta's interrogatory response, Meta did not preserve the ███████████████ table beyond its standard retention period, which is 90 days.[187] Therefore, I am unable to determine, which healthcare providers (if any), were classified as being sensitive vertical sources by the ██████████████████ script during or before September 2022.

e. **Thus, Meta's servers allowed potential sensitive vertical sources to automatically transmit Captured Button Click Data to Meta's servers at least until the fall of 2022.[188] I haven't seen the classifications stored within the ███████████████████████████ table and because Meta did not preserve the ████████████████████ table beyond its standard retention period of 90 days, I am unable to determine which healthcare providers (if any), were classified**

---

[187] See Defendant Meta Platform's First Set of Supplemental Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, at page 8; PIXEL_HEALTH000826854 (stating ████████████████ has a retention period of 90 days).
[188] See PIXEL_HEALTH000372832 at PIXEL_HEALTH000372833 and PIXEL_HEALTH000884272.

**as being sensitive vertical sources by the [redacted] script during or before September 2022.**

127. Fifth, after filtering the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK through the Stateful and Stateless Filters, Meta's servers write the filtered Captured Data to the following tables:

a. The filtered Captured Data transmitted via Meta's Pixel and CAPI is written at least to the [redacted], and [redacted] tables.

b. The filtered Captured Data transmitted via mobile SDK is written at least to the [redacted] and [redacted] tables.

c. **Thus, after filtering the Captured Data transmitted via Meta's Pixel, CAPI, and mobile SDK through the Stateful and Stateless Filters, Meta's servers write the filtered Captured Data to tables within Meta's databases.**

128. Sixth, after filtering the Captured Data using the Stateful and Stateless Data Filtering processes, Meta's servers process the filtered Captured Data transmitted at least via Meta's Pixel and CAPI using a series of data processors (e.g., [redacted] and others) and an [redacted] to generate a [redacted] and a [redacted] where features corresponding to the [redacted] are assigned a feature [redacted] according to a [redacted]

a. Meta's servers write the outputs of the data processors to the [redacted] table.

b. Meta's servers write the feature [redacted] corresponding to the [redacted] within the [redacted] category of the `UP2X` table.

c. **Thus, Meta's servers process the filtered Captured Data transmitted at least via Meta's Pixel and CAPI using a series of data processors and an [redacted] to generate a [redacted] history and a [redacted], where features corresponding to the [redacted] are [redacted] according to a [redacted].**

129. **Seventh, Meta's servers utilize the [redacted] generated using the filtered Captured Data transmitted at least by Meta's Pixel and CAPI and stored corresponding to the [redacted] category of the `UP2X` table to select advertisements for Meta's users.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 8, 2025

Atif Hashmi

# EXHIBIT 1

# ATIF HASHMI

Dallas, TX

## PROFESSIONAL ACCOMPLISHMENTS

- Expert in computer software and hardware with 15+ years of professional experience
- Inventor with multiple issued and pending patents
- Publications in top-tier computer software/hardware peer reviewed conferences and journals
- Speaker at prestigious venues including computer software and hardware conferences and workshops
- Expert due-diligence panelist/advisor for National Science Foundation

## EMPLOYMENT

**President and Chief Scientist**                                              **2016 – present**
*Bitwise Forensics Research, Inc.*
  - Provide engineering research and design services
  - Provide intellectual property and litigation consulting
  - Perform software source code analysis for copyright infringement and trade secret cases
  - Perform patent infringement and invalidity analysis

**Founder and Chief Technology Officer**                                **2013 – 2017**
*Thalchemy Corporation*
  - Develop neuromorphic hardware substrate and software algorithms to enable ultralow power analysis of sensory data in real time
  - Develop software development kit to interface the continuous sensing hardware with general purpose computational processing units
  - Optimize "always-on" sensing algorithms to run on ARM M0 and M4 based sensor hubs for low memory and small memory footprint
  - Develop motion and audio sensing algorithms to enable context aware sensing
  - Principal Investigator for NSF SBIR Phase I/II grants awarded to Thalchemy Corporation
  - Fund raising (Angels, VCs, SBIR, STTR, etc.)

**Post-Doctoral Associate**                                              **2011 – 2012**
*Wisconsin Psychiatric Research Institute*
  - Worked on the IBM/DARPA SyNAPSE project
  - Developed detailed software models of different regions of the mammalian brain
  - Developed software tools in C/C++ and Java to automate the deployment of neural networks
  - Designed functional templates for various regions of the mammalian visual cortex
  - Developed placement schemes to optimize the overall interconnect dynamic power
  - Developed placement schemes for complex biological networks to optimize the overall interconnect dynamic power

**Graduate Intern (Technical)**                                          **2006 –2007**
*Intel Corporation*

1

- Worked on Intel's graphic processor tool-chain including the functional simulation model and the cycle accurate simulator for Intel's graphic processing core
- Analyzed various 3D graphics workloads and conducted performance studies using hardware counters and simulation tools on Intel's next generation graphics processing unit
- Designed experiments to identify performance bottlenecks within the GPU pipeline

## EDUCATION

- **Ph.D. in Electrical Engineering,** *University of Wisconsin, Madison*                    **2011**
  Thesis: Cortical Columns: A Non von Neumann Computational Abstraction
  Research Focus: Brain inspired computing, hardware/software modeling of neural systems

- **M.S. in Electrical Engineering,** *University of Wisconsin, Madison*                    **2007**
  Thesis: Accelerating Search and Recognition with a TCAM Functional Unit
  Research Focus: Computer Architecture
  Minor Area: Computer Science
  GPA: 4.0/4.0

- **B.S. in Computer Engineering,** *LUMS, Pakistan*                    **2005**
  Major GPA: 4.0/4.0
  Cumulative GPA: 3.96/4.0

## LITIGATION CONSULTING

- **Mach et. al. v. Yardi Systems, Inc.**                    **2024**
  Counsel:            Taus, Cebulash & Landau, LLP
  Client:             Taus, Cebulash & Landau, LLP
  Court:              Superior Court of the State of California
  Case:               24-cv-063117

  - Technology related to determining rent suggestion and rental occupancy
  - Submitted reports

- **GAS v. T-Mobile/Ericsson**                    **2024**
  Counsel:            Alston & Bird
  Client:             Ericsson
  Court:              U.S. District Court, Eastern District of Texas
  Case:               2:23-cv-00158-JRG

  - Patent infringement of systems and methods for 4G and 5G network transmission and technologies
  - Submitted reports

- **ecoATM BIPA**                    **2024**
  Counsel:            Labaton Sucharow LLP
  Client:             Labaton Sucharow LLP
  Court:              JAMS Alternate Dispute Resolution
  Case:               N/A

2

- Violation of Electronic Communication Privacy Act and California Invasion of Privacy Act
- Submitted Declarations

- **AOSP Privacy**                                                                                    2024
  Counsel:            Burns Charest LLP and others
  Client:             Burns Charest LLP and others
  Court:              U.S. District Court, Northern District of California
  Case:               3:22-cv-08981-RFL

  - Violation of Electronic Communication Privacy Act and California Invasion of Privacy Act
  - Submitted Declarations

- **Hogan v. Amazon, Inc.**                                                                           2024
  Counsel:            Wexler Boley & Elgersma LLP
  Client:             Wexler Boley & Elgersma LLP
  Court:              U.S. District Court, Northern District of Illinois
  Case:               21 C 3169

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted reports
  -
- **In re Meta Pixel Healthcare Litigation**                                                          2024
  Counsel:            Cohen Milstein Sellers & Toll, PLLC
  Client:             Cohen Milstein Sellers & Toll, PLLC
  Court:              U.S. District Court, Northern District of California
  Case:               3:22-cv-3580-WHO-VKD

  - Violation of Electronic Communication Privacy Act and California Invasion of Privacy Act
  - Submitted declaration

- **McDaniel v. Meta Platforms, Inc.**                                                                2024
  Counsel:            Bursor & Fisher, P.A.
  Client:             Bursor & Fisher, P.A.
  Court:              Superior Court of the State of California
  Case:               21-CV-383231

  - Violation of California Consumer Privacy Act (CCPA)
  - Submitted reports

- **Visual Supply Company Consumer Privacy Litigation.**                                              2023
  Counsel:            Labaton Sucharow LLP
  Client:             Labaton Sucharow LLP
  Court:              JAMS Alternate Dispute Resolution
  Case:               1220073248

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted declarations

3

- **Correct Transmission v. Nokia Corporation**                          **2023**
  Counsel:        Alston & Bird
  Client:         Nokia Corporation
  Court:          U.S. District Court, Eastern District of Texas
  Case:           2:22-cv-00343

  - Patent infringement of systems and methods for network transmission and packet fragmentation

- **Collision v. Nokia Corporation**                                     **2023**
  Counsel:        Mckool Smith
  Client:         Nokia Corporation
  Court:          U.S. District Court, Eastern District of Texas
  Case:           2:21-cv-00327

  - Patent infringement of systems and methods for network transmission and packet fragmentation

- **Ocado Innovation, Ltd. v. Autostore System, Inc.**                   **2022**
  Counsel:        Sullivan & Cromwell LLP
  Client:         Ocado Innovation, Ltd.
  Court:          U.S. District Court, District of New Hamshire
  Case:           1:21-00041

  - Patent infringement of automated storage and retrieval system

- **Carl Zeiss X-Ray, Inc. v. Sigray, Inc.**                            **2022**
  Counsel:        Fish & Richardson P.C.
  Client:         Carl Zeiss X-Ray, Inc.
  Court:          U.S. District Court, Northern District of California
  Case:           21-cv-01129-EJD

  - Trade secret misappropriation of X-Ray microscopy software

- **Clearview AI, Inc. Consumer Privacy Litigation.**                    **2022**
  Counsel:        Loevy & Loevy
  Client:         Loevy & Loevy
  Court:          U.S. District Court, Northern District of Illinois
  Case:           1:21-cv-00135

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted declarations

- **Jane Doe et al., v. Apple, Inc.**                                    **2022**
  Counsel:        Schlichter Bogard & Denton
  Client:         Schlichter Bogard & Denton
  Court:          U.S. District Court, Southern District of Illinois
  Case:           3:20-CV-421-NJR

- Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
- Submitted declarations and reports

• **Causam Enterprises, Inc. v. Resideo Technologies, Inc., Itron, Inc.**          **2022**

| | |
|---|---|
| Counsel: | Alston & Bird |
| Client: | Resideo Technologies, Inc., Itron, Inc. |
| Court: | U.S. International Trade Commission |
| Case: | 337-TA-1277 |

- Patent infringement of smart thermostats load control switches and components
- Submitted expert reports
- Provided testimony

• **ViaTech Technologies v. Adobe Inc.**          **2021**

| | |
|---|---|
| Counsel: | Bunsow De Mory LLP |
| Client: | Bunsow De Mory LLP |
| Court: | U.S. District Court, District of Massachusetts |
| Case: | 1:19-cv-11177 |

- Patent infringement of DRM technology

• **IP Bridge v. Nokia Corporation**          **2021**

| | |
|---|---|
| Counsel: | Alston & Bird |
| Client: | Nokia Corporation |
| Court: | U.S. District Court, Eastern District of Texas |
| Case: | 2:21-cv-00215-JRG |

- Patent infringement of systems and methods for radio transmission and reception, downlink channel control, and transmission over shared channel
-

• **Daedalus Blue v. Microsoft Corporation**          **2021**

| | |
|---|---|
| Counsel: | BDIP Law |
| Client: | Daedalus Blue |
| Court: | U.S. District Court, Western District of Texas |
| Case: | 6:20-cv-1152 |

- Patent infringement of systems and methods for data replication, on demand hosting, scalable virtual machines, and cloud computing environments

• **Daedalus Blue v. MicroStrategy Inc.**          **2021**

| | |
|---|---|
| Counsel: | BDIP Law |
| Client: | Daedalus Blue |
| Court: | U.S. District Court, Eastern District of Virginia |
| Case: | 1:20-cv-01326 |

- Patent infringement of systems and methods for aggregate data processing

- **IPCom v. At&t, Sprint, Verizon, Nokia Corporation**                    **2021**
  Counsel:          Alston & Bird
  Client:           Nokia Corporation
  Court:            U.S. District Court, Eastern District of Texas
  Case:             2:20-cv-321, 2:20-cv-322, 2:20-cv-323

  - Patent infringement of systems and methods of transmitting messages in a telecommunication
    network

- **Firtiva Corporation v. Funimation Global Group, LLC.,**                **2021**
  Counsel:          Saul, Ewing, Arnstein, & Lehr
  Client:           Firtiva Corporation
  Court:            U.S. District Court, Eastern District of Texas
  Case:             2:21-cv-111-JRG-RSP

  - Patent infringement of systems and methods of combining embedded information and content and
    in electronic transmission
  - Submitted expert reports
  - Provided testimony

- **Universal Electronics, Inc. v. Roku,**                                 **2021**
  Counsel:          Alston & Bird
  Client:           Universal Electronics, Inc.
  Court:            U.S. International Trade Commission
  Case:             337-TA-1200

  - Patent infringement of televisions, remote controls, and components
  - Submitted expert reports

- **Roku, Inc. v. Universal Electronics, Inc.,**                           **2021**
  Counsel:          Alston & Bird
  Client:           Universal Electronics, Inc.
  Court:            U.S. International Trade Commission
  Case:             337-TA-1263

  - Patent infringement of televisions, remote controls, and components thereof
  - Submitted expert reports
  - Provided testimony

- **Vance, et al. v. Amazon.com, Inc.,**                                   **2021**
  Counsel:          Lynch Carpenter LLP and Loevy & Loevy
  Client:           Lynch Carpenter LLP and Loevy & Loevy
  Court:            U.S. District Court, Western District of Washington
  Case:             2:20-cv-01084

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted declarations

6

- Provided testimony

- **Vance, et al. v. Microsoft Corporation,**                          **2021**
  Counsel:           Lynch Carpenter LLP and Loevy & Loevy
  Client:            Lynch Carpenter LLP and Loevy & Loevy
  Court:             U.S. District Court, Western District of Washington
  Case:              2:20-cv-01082

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted declarations
  - Provided testimony

- **Zellmer v. Facebook, Inc.**                          **2021**
  Counsel:           Carey Rodriguez Milian, LLP
  Client:            Carey Rodriguez Milian, LLP
  Court:             U.S. District Court, Northern District of California
  Case:              18-cv-01881-JD

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted expert reports

- **ViaTech Technologies v. Microsoft Corporation**                          **2020**
  Counsel:           Bunsow De Mory LLP
  Client:            Bunsow De Mory LLP
  Court:             U.S. District Court, District of Delaware
  Case:              17-570-RGA

  - Patent infringement of DRM technology

- **Packet Intelligence, LLC. v. Nokia Corporation**                          **2020**
  Counsel:           Alston & Bird
  Client:            Nokia Corporation
  Court:             U.S. District Court, Eastern District of Texas
  Case:              2:18-cv-382

  - Patent infringement of communication protocols and methods

- **DZ Reserve, et. al. v. Facebook, Inc.**                          **2019**
  Counsel:           Cohen Milstein Sellers & Toll, PLLC
  Client:            Cohen Milstein Sellers & Toll, PLLC
  Court:             U.S. District Court, Northern District of California
  Case:              3:18-cv-04978-JD

  - Analyzed source code related to advertisement related statistics
  - Submitted declarations and expert report
  - Provided testimony

- **Polaris PowerLED Technologies, LLC. v. Vizio, Inc.**                    **2019**
  Counsel:                Quinn Emanuel Urquhart & Sullivan, LLP
  Client:                 Vizio, Inc.
  Court:                  U.S. District Court, Central District of California
  Case:                   8:18-cv-01571-JVS (DFMx)

  - Patent infringement of screen brightness control with ambient light

- **Neodron v. Samsung, Microsoft, Amazon, Lenovo, Motorola, Dell, and HP**    **2019**
  Counsel:                Russ August & Kabat
  Client:                 Neodron
  Court:                  U.S. International Trade Commission
  Case:                   Inv. No. 337-TA-1162

  - Patent infringement of capacitive touch screens

- **Autel Robotics, LLC. v. DJI Technology, Ltd.**                    **2019**
  Counsel:                Steptoe and Johnson, LLP
  Client:                 Autel Robotics, LLC
  Court:                  U.S. International Trade Commission
  Case:                   Inv. No. 337-TA-1133

  - Analyzed software source code for autonomous aircrafts
  - Submitted expert report

- **Blackberry v. Facebook, Snap**                    **2018**
  Counsel:                Quinn Emanuel Urquhart & Sullivan, LLP
  Client:                 Blackberry
  Court:                  U.S. District Court, Central District of California
  Case:                   2:18-cv-01844 GW(KSx)

  - Patent infringement of advertisement and messaging platforms

- **Broadcom Corp. v. Toyota, Panasonic, Denso Ten, Renesas**                    **2018**
  Counsel:                Steptoe and Johnson
  Client:                 Broadcom Corp.
  Court:                  U.S. International Trade Commission
  Case:                   Inv. No. 337-TA-1119

  - Patent infringement of video decoding and graphics systems
  - Lead source code reviewer, managed a team of 5 code reviewers to review a large body of source code across multiple products and vendors

- **Neptune Subsea v. Nokia Solutions & Networks**                    **2018**
  Counsel:                Alston & Bird
  Client:                 Nokia Solutions & Networks
  Court:                  U.S. International Trade Commission

8

Case:                     Inv. No. 337-TA-1098

- Patent infringement of optical communication systems

- **Broadcom Corp. v. LG, MediaTek, Funai Corp, Sigma Designs, Vizio, Inc.**    **2017**
  Counsel:                  Steptoe and Johnson
  Client:                   Broadcom Corp.
  Court:                    U.S. International Trade Commission
  Case:                     Inv. No. 337-TA-1047

  - Patent infringement of graphics processing and video decoding systems

- **Home Semiconductors v. Samsung Electronics**    **2018**
  Counsel:                  Techknowledge Law Group
  Client:                   Home Semiconductors
  Court:                    U.S. District Court, District of Delaware
  Case:                     Civil Action 13-2033-RGA

  - Patent infringement of memory hardware
  - Submitted declarations

- **Implicit LLC v. Sonos, Inc.**    **2018**
  Counsel:                  Singer Bea LLP
  Client:                   Implicit LLC
  Court:                    U.S. District Court, District of Delaware
  Case:                     Civil Action 17-258-LPS-CJB

  - Patent infringement of audio synchronization and multi-speaker audio systems
  - Submitted declarations
  - Provided testimony

- **Video Gaming Technologies, Inc. v. Castle Hill Studios, LLC, et al**    **2018**
  Counsel:                  Saul Ewing Arnstein & Lehr LLP
  Client:                   Castle Hill Studios
  Court:                    U.S. District Court, Northern District of Oklahoma
  Case:                     Civil Action 17-cv-454-GKF-JF

  - Trade secret misappropriation of gaming software

- **Implicit LLC v. Palo Alto Networks**    **2017**
  Counsel:                  Singer Bea LLP
  Client:                   Implicit LLC
  Court:                    U.S. District Court, Eastern District of Texas
  Case:                     Civil Action 6:17-cv-00182-JRG

  - Patent infringement of firewall and network data processing technology
  - Submitted declarations

9

- **WH Administrators, Inc. v. Corepex Technologies, Inc.**                    **2017**
  Counsel:              Berenzweig Leonard, LLP
  Client:               WH Administrators, Inc.
  Court:                U.S. Circuit Court, Eastern District of Virginia
  Case:                 Civil Action 1:17-cv-00026

  - Software quality, originality, and copyright infringement
  - Submitted expert reports
  - Provided testimony

- **Corepex Technologies, Inc. v. WH Administrators, Inc.**                    **2017**
  Counsel:              Mitchell Silberberg & Knupp
  Client:               WH Administrators, Inc.
  Court:                U.S. District Court, Eastern District of Virginia
  Case:                 Civil Action 1:17-cv-00026-LMB-MSN

  - Software quality, originality, and copyright infringement
  - Submitted expert reports
  - Provided testimony

- **Nokia Solutions & Networks v. Huawei Technologies**                    **2017**
  Counsel:              Alston & Bird
  Client:               Nokia Solutions & Networks
  Court:                U.S. District Court, Eastern District of Texas
  Case:                 2:16-cv-00753-JRG-RSP

  - Patent infringement of LTE communication protocols and methods
  - Submitted declarations

- **Facebook Biometric Information Privacy Litigation**                    **2017**
  Counsel:              Robbins Geller Rudman & Dowd
  Client:               Robbins Geller Rudman & Dowd
  Court:                U.S. District Court, Northern District of California
  Case:                 Class Action 3:15-CV-03747-JD

  - Violation of Illinois biometric information privacy act (BIPA) by facial recognition software
  - Submitted expert reports
  - Provided testimony

- **Alexander Yershov v. Gannett Satellite Information Network**                    **2017**
  Counsel:              ZwillGen PLLC
  Client:               Gannett Satellite Information Network
  Court:                U.S. District Court, District of Massachusetts
  Case:                 Civil Action 1:14-CV-13112-FDS

  - Violation of user privacy by mobile application

10

- **Financial Information Technologies v. Mark Lopez**                    **2017**
  Counsel:           Rocke McLean Sbar
  Client:            Mark Lopez
  Court:             U.S. District Court, M.D. Florida, Tampa Division
  Case:              Civil Action 15-CA-008938

  - Trade secret misappropriation of database systems

- **Walmart-Stores, Inc. v. Cuker Interactive, LLC**                    **2017**
  Counsel:           Kutak Rock LLP
  Client:            Walmart-Stores, Inc.
  Court:             U.S. District Court, Western District of Arkansas
  Case:              Civil Action 5:14-CV-5262

  - Copyright infringement of online shopping software

- **Papst Licensing v. Apple, LG, ZTE, Samsung, Lenovo, Motorola, Huawei**    **2016**
  Counsel:           DiNovo Price Ellwanger
  Client:            Papst Licensing
  Court:             U.S. District Court, Eastern District of Texas
  Case:              Civil Action No. 6:15-cv-1095

  - Patent infringement of audio/video capture and encoding

- **CSS v. Christopher Herrington, Gene Yoho and Compiled Technologies**    **2016**
  Counsel:           Robinson & McElwee
  Client:            Christopher Herrington, Gene Yoho and Compiled Technologies
  Court:             U.S. District Court, Southern District of West Virginia, Charleston Division
  Case:              Civil Action 2:16-CV-01762

  - Copyright infringement and trade secret misappropriation of document management software

# RESEARCH

- **Research Assistant**                                               **2007 – 2011**
  *University of Wisconsin, Madison*
  - Investigated various structural and functional aspects of the cortical hierarchy
  - Developed processing models and algorithms inspired by biological cortical columns
  - Implemented biologically inspired computational models that are inherently tolerant to transient and permanent hardware faults and errors
  - Introduced the concept of a Neuromorphic Instruction Set Architecture (NISA) to address the semantic challenges introduced by the contemporary neuromorphic architectures
  - Collaborated with researchers from Electrical Engineering, Neuroscience, and Computer Science

- **Research Assistant**                                               **2006 – 2007**
  *University of Wisconsin, Madison*

11

- Worked on designing a Ternary Content Addressable Memory (TCAM) based functional unit to improve the performance of search and recognition (SR) applications.
- Proposed ISA for optimizing the S/R process using the proposed TCAM functional unit
- Implemented several SR applications using the TCAM ISA extensions
- Developed a detailed functional simulator to run the SR applications using the TCAM ISA extensions and investigated the performance benefits of using TCAM functional unit

- **Research Assistant**                                                      2005 – 2006
  *University of Wisconsin, Madison*
  - Developed a software system to control features of a laser-scanning and micro-beam microscopes
  - Designed analog and digital circuits that ensure safety of laser and micro-beam microscopes
  - Interfaced fire wire camera for image acquisition from the microscopes to observe specimens

- **Research Assistant**                                                      2003 – 2005
  *Lahore Univ. of Management Sciences, Pakistan*
  - Developed an Ethernet system for controlling and monitoring electrical appliances
  - Developed hardware for multi-channel data acquisition using computer's joystick port and implemented a software interface to control the hardware and acquire data on a UNIX based system

# TEACHING

- **Lead Instructor**                                                         2009 – 2011
  *PEOPLE Program, University of Wisconsin, Madison*
  - Structured, designed, and taught advanced mathematics courses to underrepresented and underprivileged high school students
  - Designed problem sets and assignments to promote outside classroom learning
  - Taught calculus, trigonometry, and algebra

- **Teaching Assistant**                                                      2008 – 2009
  *University of Wisconsin, Madison*
  - Assisted in designing and teaching an introductory freshman level course in computer engineering with an emphasis to promote students interest in engineering
  - Designed and graded problem sets, exams, homework, and assignments
  - Organized regular discussion sessions with students

- **Teaching Assistant**                                                      2008 – 2009
  *Lahore University of Management Sciences, Pakistan*
  - Assisted in designing and teaching courses in the areas of circuit design, computer architecture, and signal and image processing.
  - Designed and graded assignments, projects, exams, and homework
  - Assisted in teaching a graduate level image processing course during senior year

# TECHNICAL EXPERTISE

- **Fields**

12

Artificial Intelligence, Deep Learning, Computer Networks, Operating Systems, Computer Architecture, Hardware Design, Object Recognition and Pattern Classification, Image, Audio, and Video Processing, Mobile Applications, Sensor Fusion, "Always-On" Sensing

- **Software Development**
  C/C++, Java, JavaScript, Perl, Python, PHP, Matlab, HTML, Android, Embedded C

- **Hardware Development**
  Verilog HDL design, pre/post synthesis validation, FPGA prototyping

# PATENTS

- **Reconfigurable event driven hardware using reservoir computing for monitoring an electronic sensor and waking a processor,** US-9541982-B2, 2016
  - The invention describes a hardware architecture consisting of spiking neural network of ultralow power processing of sensory data in real-time.

- **Systems and methods for analyzing a sensory stream using reservoir computing,** US-20170083081-A1, 2016
  - This invention describes an efficient hardware that utilizes reservoir computing to process sensory data.

- **Neural Sensor Hub System,** US-20160335534-A1, 2015
  - This invention describes an efficient spiking neural network implementation for low memory and low compute microcontrollers along with the infrastructure for training and configuring the network for recognizing complex motion and audio events.

- **Efficient and scalable neural systems for calculating network connectivity for neural algorithms in an event-driven way to reduce storage of data relating to connectivity,** US-20160098629-A1, 2014
  - This invention describes an efficient model for managing and storing connectivity patterns between neurons of a complex neural network implemented in software or as a hardware substrate.

- **Learn-by-example systems and methods,** US-20150254575-A1, 2014
  - This invention describes an web based infrastructure that enables training a neural network to detect complex spatio-temporal events and deploying the trained neural network configuration on a IoT device.

# CONFERENCE PUBLICATIONS

1. Andrew Nere, Atif Hashmi, Mikko Lipasti, Giulio Tonini, **Bridging the Semantic Gap: Emulating Biological Neuronal Behaviors with Simple Digital Neurons**, International Symposium on High Performance Computer Architecture, Shenzhen, China, Feb 2013

2. Atif Hashmi, Mikko Lipasti, et. al., **BenchNN: On the Broad Potential Application Scope of Hardware Neural Network Accelerators, International Symposium on Workload Characterization**, San Diego, CA, Nov 2012

13

3. Atif Hashmi, Hugues Berry, Olivier Temam, and Mikko H. Lipasti, **Automatic Abstraction and Fault Tolerance in Cortical Microarchitectures**, International Symposium on Computer Architecture, San Jose, CA, June 2011

4. Atif Hashmi, Andrew Nere, and Mikko H. Lipasti, **Learning through Spatially Localized and Temporally Correlated Spontaneous Activations**, International Conference on Cognitive and Neural Systems, Boston, MA, May 2011

5. Andrew Nere, Atif Hashmi, and Mikko H. Lipasti, **Profiling Heterogeneous Multi-GPU Systems to Accelerate Cortically Inspired Learning Algorithms**, International Parallel and Distributed Processing Symposium, Anchorage, AL, May 2011

6. Atif Hashmi, Andrew Nere, James Thomas, and Mikko H. Lipasti, **A Case for Neuromorphic Instruction Set Architectures**, International Conference on Architectural Support for Programming Languages and Operating Systems, Newport Beach, CA, March 2011

7. Atif Hashmi and Mikko Lipasti, **Discovering Cortical Algorithms**, International Conference on Neural Computation, Valencia, Spain, October 2010

8. Atif Hashmi and Mikko Lipasti, **Cortical Columns: Building Blocks for Intelligent Systems**, IEEE Symposium on Computational Intelligence for Multimedia Signal and Vision Processing, Nashville, TN, March 2009

9. Atif Hashmi and Mikko Lipasti, **Accelerating Search and Recognition with a TCAM Functional Unit**, International Conference on Computer Design, Lake Tahoe, NV, October, 2008

10. Atif Hashmi, Haroon Malik, Aman Pervaiz, and Mohammad Younas, **Cost Effective and Efficient Approach to Control and Monitor Area Network (CMAN)**, International Conference on Microelectronics, Tunis, Tunisia, December, 2004

11. Atif Hashmi and Mohammad Akmal Butt, **Multi-channel Data Acquisition for Implementation of Real Time Signal Processing Algorithms**, IEEE International Multi-topic Conference, Lahore, Pakistan, 2004

## JOURNAL PUBLICATIONS

1. Atif Hashmi, Andrew Nere, and Giulio Tononi, **Sleep-dependent synaptic down-selection (II): single-neuron level benefits for matching, selectivity, and specificity**, Frontiers in Neurology, volume 4, DOI: 10.3389/fneur.2013.00148, 2013

2. Andrew Nere, Atif Hashmi, Chiara Cirelli, and Giulio Tononi, **Sleep-dependent synaptic down-selection (I): modeling the benefits of sleep on memory consolidation and integration**, Frontiers in Neurology, volume 4, DOI: 10.3389/fneur.2013.00143, 2013

3. Andrew Nere, Sean Franey, Atif Hashmi, and Mikko Lipasti, **Simulating Cortical Networks on Heterogeneous Multi-GPU Systems**, Journal of Parallel and Distributed Computing, volume 73, issue 7, pages 953-971, 2012

4. Atif Hashmi and Mikko Lipasti, **A Cortically Inspired Learning Model**, Studies in Computational Intelligence, volume 399, pages 373-388, 2012

## TECHNICAL/INVITED TALKS

14

1. **Integrating multiple modalities via reentrant hierarchical attractor networks**, The Brain Corporation, San Diego, CA, June 2011

2. **Addressing the Semantic Gap in Neuromorphic Systems**, Asilomar Microcomputer Workshop, Pacific Grove, CA, April 2011

3. **A case of abstract yet accurate cortical models**, University of Minnesota, Minneapolis, MN, Feb 2011

4. **Automatic Abstraction and Fault Tolerance in Cortical Microarchitectures**, International Symposium on Computer Architecture, San Jose, CA, June 2011

5. **Learning through Spatially Localized and Temporally Correlated Spontaneous Activations**, International Conference on Cognitive and Neural Systems, Boston, MA, May 2011

6. **Cortical Architectures: From Learning to Creativity, Google Technical Talk**, Madison, WI, December 2010

7. **Discovering Cortical Algorithms, International Conference on Neural Computation (ICNC)**, Valencia, Spain, October 2010

8. **Cortical Microarchitectures: Computing by Abstractions**, UW - Computer Architecture Affiliates, Madison, WI, October 2010

9. **Discovering Cortical Algorithms**, International Conference on Cognitive and Neural Systems (ICCNS), Boston, MA, May 2010

10. **Leveraging Progress in Neurobiology for Computing Systems**, Workshop on New Directions in Computer Architecture/International Symposium on Microarchitecture, New York, NY, December 2009

11. **PHARM Brain v 2.0: Lateral Communication Paths and Feedback**, UW - Computer Architecture Affiliates, Madison, WI, December 2009

12. **Cortical Columns: Building Blocks for Intelligent Systems**, Symposium on Computational Intelligence for Multimedia Signal and Vision Processing (CIMSVP), Nashville, TN, March 2009

13. **Accelerating Search and Recognition with a TCAM Functional Unit**, International Conference on Computer Design (ICCD), Lake Tahoe, NV, October 2008

## HONORS AND AWARDS

- **Expert due-diligence panelist/reviewer for National Science Foundation (NSF)**
  - Evaluate proposal submitted to NSF in the areas of sensor based systems and machine learning

- **Principal Investigator for National Science Foundation SBIR Phase I and II Awards,** 2014
  - This is granted by NSF to fund cutting-edge research performed by a small business

- **National Science Foundation Innovation Corps Award,** 2012
  - This is granted by NSF to entrepreneurs performing market research related to a startup venture

- **Valedictorian Wisconsin Entrepreneurial Bootcamp,** 2012
  - This awards is granted by the University of Wisconsin – School of Business to promising entrepreneurs

- **Best paper award, IEEE International Parallel & Distributed Processing,** 2011
  - This award is granted to the best paper published in a peer-reviewed conference

- **Recipient of NMF Gold Medal, B.S. class of 2005**
- **Recipient of Excellence Gold Medal for the best overall student, B.S. class of 2005**
- **Recipient of Dean's Honor Shield for graduating with distinction, B.S. class of 2005**
- **Class Valedictorian, B.S. class of 2005**
- **Recipient of LUMS Merit Scholarship for exceptional academic performance**
  - Granted for exceptional academic and extra-curricular accomplishments

- **Best project award, IEEE International Electronics Design Contest for Students (IEDCS), 2004**
  - Granted to the best project and paper published in a peer-reviewed conference

- **Recipient of Award of Academic Excellence, 2003**
- **Recipient of President's Gold Medal, 2003**
  - Awarded by the President of Pakistan for securing 1st position in the annual district level exam

16

# EXHIBIT 2

# Documents and Materials Considered

# Expert Report of Dr. Atif Hashmi

| Source Code |
|---|
| ▓▓▓ (including historical versions and logs) |
| ▓▓▓ (including historical versions and logs) |
| ▓▓▓ including historical versions and logs) |
| ▓▓▓ including historical versions and logs) |

| Source Code Prints |
|---|
| PIXEL_HEALTH001379755-PIXEL_HEALTH001381252 |
| PIXEL_HEALTH001381469-PIXEL_HEALTH001381800 |
| PIXEL_HEALTH001381801-PIXEL_HEALTH001381827 |

| Documents Produced by Meta |
|---|
| PIXEL_HEALTH000000176 |
| PIXEL_HEALTH000372832 |
| PIXEL_HEALTH000826854 |
| PIXEL_HEALTH000000064 |
| PIXEL_HEALTH000113924 |
| PIXEL_HEALTH000150383 |
| PIXEL_HEALTH000382185 |
| PIXEL_HEALTH000539928 |
| PIXEL_HEALTH000287684 |
| PIXEL_HEALTH000473169 |
| PIXEL_HEALTH000916890 |
| PIXEL_HEALTH001227832 |
| PIXEL_HEALTH001226706 |
| PIXEL_HEALTH000000023-43 |
| PIXEL_HEALTH000000044-53 |
| PIXEL_HEALTH000000054-56 |
| PIXEL_HEALTH000000057-63 |
| PIXEL_HEALTH000000064 |
| PIXEL_HEALTH000000088-89 |
| PIXEL_HEALTH000000090-98 |
| PIXEL_HEALTH000000099-102 |
| PIXEL_HEALTH0000000103-110 |
| PIXEL_HEALTH0000000111-119 |
| PIXEL_HEALTH0000000120-130 |
| PIXEL_HEALTH0000000131-143 |
| PIXEL_HEALTH0000000158-164 |
| PIXEL_HEALTH0000000171-175 |
| PIXEL_HEALTH000036934 |
| PIXEL_HEALTH000066277 |
| PIXEL_HEALTH000073392 |
| PIXEL_HEALTH000032259 |

1

| |
|---|
| PIXEL_HEALTH000110502 |
| PIXEL_HEALTH000113942 |
| PIXEL_HEALTH000115741 |
| PIXEL_HEALTH000115989 |
| PIXEL_HEALTH000110508 |
| PIXEL_HEALTH000110512 |
| PIXEL_HEALTH000110567 |
| PIXEL_HEALTH000110510 |
| PIXEL_HEALTH000662384 |
| PIXEL_HEALTH000457160 |
| PIXEL_HEALTH000661116 |
| PIXEL_HEALTH000660911 |
| PIXEL_HEALTH000775734 |
| PIXEL_HEALTH000798663 |
| PIXEL_HEALTH000218635 |
| PIXEL_HEALTH000316628 |
| PIXEL_HEALTH000945638 |
| PIXEL_HEALTH000945385 |
| PIXEL_HEALTH000285046 |
| PIXEL_HEALTH000884272 |
| PIXEL_HEALTH000947873 |
| PIXEL_HEALTH000644274 |
| PIXEL_HEALTH000688106 |
| PIXEL_HEALTH000110501 |
| PIXEL_HEALTH000110520 |
| PIXEL_HEALTH000035261 |

| Miscellaneous |
|---|
| Defendant Meta Platform's First Set of Supplemental Responses and Objections to Plaintiffs' Fourth Set of Interrogatories |
| ECF 335 First Amended Consolidated Class Action Complaint |
| Deposition testimony of Mr. Tobias Wooldridge on January 31, 2025 |
| Deposition testimony of Mr. Tobias Wooldridge on April 28, 2025 |
| Declaration of Mr. Tobias Wooldridge filed in October 2022 |
| Declaration of Mr. Tobias Wooldridge filed in November 2022 |
| Declaration of Mr. Tobias Wooldridge filed in July 2024 |

# EXHIBIT 3

## SOURCE CODE – WITHHELD PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:    310-854-4444
Fax:    310-854-0812

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II,
and JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    (206) 816-6603
Fax:    (206) 319-5450

Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF DR. ATIF HASHMI REGARDING USE OF PIXEL DATA AND VARIOUS TABLES** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## DECLARATION OF DR. ATIF HASHMI

I, Atif Hashmi, declare as follows:

1.      I have been retained by Plaintiffs' counsel in *In Re Meta Pixel Healthcare Litigation*. Plaintiffs' counsel in this matter asked me to review (1) Meta's source code relating to the Meta Pixel, including how Meta receives, stores, and uses data collected by the Meta Pixel ("Pixel Data"), and (2) Meta's source code for Meta's filtering mechanism designed to prevent sensitive health-related data from being ingested into Meta's ads ranking and optimization systems ("Filtering Source Code"). My review of Meta's source code is ongoing.

2.      I have been informed by the Plaintiffs' counsel that the Court ordered the parties to brief specific tables or data sources where Meta may store health-related content classifications of Pixel Data by September 3, 2024. Those tables and data sources include the █████████████ ████████████████████████████████████████████████████ tables and data sources.

3.      My findings are still preliminary as my review of Meta's source code is ongoing.

4.      I understand from Plaintiffs' counsel that Meta has identified six specific upstream tables as relevant data sources for the Pixel Data. Therefore, based on Meta's identification of these six specific upstream tables as relevant data sources, I spent a significant amount of my time on investigating Meta's source code that receives Pixel Data and after processing the Pixel Data writes the Pixel Data into the ███████████████████████████████ ████████████████████████████ tables. I have also investigated Meta's source code that utilizes the Pixel Data stored within these tables.

5.      Based upon my investigation to date of the latest version of Meta's source code, I have determined that, while these six tables may be necessary to understand Meta's systems relating to processing, storage, and use of the Pixel Data, one of the primary upstream tables used for advertising purposes appears to be the ████████████ table. Because I only recently discovered this table, I have not had sufficient time to fully investigate Meta's source code relating to this table and its various downstream uses.

6.      The declaration I make below is based on my initial investigation of Meta's source code relating to the *url_website_events* table and its downstream uses and is subject to change

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

based on my further investigation of Meta's source code. In addition, in future declarations I may add more detailed discussion about Meta's source code relating to the █████████ table and its downstream uses, and how Meta's system relating to processing, storage, and use of the Pixel Data works in general. I note that given the complexity of Meta's source code, an investigation of the data flow from even a single table is time consuming.

**My Background and Experience**

7.      I have provided details related to my background and experience in my earlier declaration that I submitted on June 13, 2024.

███████   **Pixel Data and the ██████████ Table**

8.      As discussed below in more detail, based on my investigations to date, the ██████████ table appears to be one of the primary upstream tables that Meta uses for advertising purposes. Unlike the six tables identified by Meta, which record Pixel Data corresponding to a Pixel event█████████████████████,[1] the █████████

---

[1] See PIXEL_HEALTH000000064, PIXEL_HEALTH000110510, PIXEL_HEALTH000110502, PIXEL_HEALTH000110512, PIXEL_HEALTH000110508, PIXEL_HEALTH000110501, and PIXEL_HEALTH000110520; Also see



DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3        Executed this day, September 5, 2024

4

5                                              By: _____

6                                                    Dr. Atif Hashmi

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

table contains ▮▮▮▮▮ Pixel Data.[2] This means that Meta ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ table. Furthermore,

there are unique fields in the ▮▮▮▮▮▮▮ table that do not appear in the six tables identified

by Meta.[3]

     9.    Upon receiving the Pixel Data corresponding to a Pixel event, Meta's source code

processes the Pixel Data and, among other processes, invokes the process that ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ table.[4] In addition to being ▮▮▮▮▮ the ▮▮▮▮▮▮▮ table contains

field names that are not present within the six tables that Meta has identified. Examples of such

fields include ▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮   ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and

▮▮▮▮▮▮▮

---

[2] See PIXEL_HEALTH000000064; Also see
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

[3] See PIXEL_HEALTH000110510, PIXEL_HEALTH000110502,
PIXEL_HEALTH000110512, PIXEL_HEALTH000110508, and PIXEL_HEALTH000110520.

[4] See PIXEL_HEALTH000000064; Also see
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**The** ██████████████ **and the** ████████████ **Table**

10.    Based on my investigation to date, Meta runs an internal service called the ████ ████████████ that processes the ████████ Pixel Data stored within the ████████████ table.[5] The ████████████ can use up to █ processor types that analyze the ████████ Pixel Data and can output their results within ████████████.[6] As indicated by their names, ██ of these field types appear to be associated with ████████████ and another field type appears to be associated with ████████████.

11.    An exemplary output generated after the ████████████ has processed the ████████ Pixel Data is contained within the ████████████ file.[8] Table 1 shows a subset of outputs contained within the ████████████ file.

| Field Type | Value |
|---|---|
| ██████████ | https://www.mydomaine.com/skin-cancer-supplement |
| | skin, cancer, supplement |
| | skin-cancer-supplement |
| ██████████ | ████████████████████████ |
| ██████████ | ████████████████████ |
| ██████████ | "Content//Health//Medical Condition/Cancer", score: "0.7134…" |
| ██████████ | Supplement, Cancer, Skin Cancer, Risk |

**Table 1:** Subset of outputs contained within the ████████████

12.    The values for the ████████████ and the ████████████ fields listed in Table 1 match with the health and medical content categories I have identified in the

---

[5] See PIXEL_HEALTH000150386, PIXEL_HEALTH000382185, PIXEL_HEALTH000662384, and PIXEL_HEALTH000661116; Also see ████████████████████████████████████████████████ ████████████████████████████████████████████████ ██ ████████████████████████████ ██ ████████████████████████████ ██ ████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ne██████████ file present within Meta's source code.[9] Based on my preliminary investigation, the health and medical content categories identified within the new_taxon_v2.txt file appear to be relevant to determine Meta's health and medical ████████ categorizations. However, other health and medical categorizations may also be possible. For example, I have identified the ██████████████ file present within Meta's source code, which specifies additional health and medical content categories that may be used to classify health and medical businesses.[10]

      13.    The ██████████████ specifies the ██████████████ table as the output table for the ██████████████.[11] This means that the portions of the outputs generated by the processors utilized by ██████████████ is written in the ██████████████ table.[12] The fields within the ██████████████ table include fields that map to ██ field types where the ██ ██████████ outputs its results. Based on my review of Mata's source code related to the ██████████████ and the ██████████████ table, it appears that the ██████████████ table itself may still exist, however, I am still investigating whether the ██████████████ field, including the ████████ categorizations, within the ██████████████ table continue to be written by the ██████████████ or not. As I described earlier, I began my investigation into Meta's tables by reviewing Meta's source code related to the six tables identified by Meta and have not had sufficient time to review Meta's source code related to the ██████████████*s* table. I will continue to review Meta's source code to understand how and what data is written into the ██████████████ table. However, a production of an exemplar from the ██████████████ table would also greatly assist in efficiently determining what data is written to the ██████████████ table.

**The ██████████████ and the *up2x* Table**

      14.    After processing the ████████ Pixel Data using the ██████████████, Meta

---

[9] See ██████████████████████████

[10] See ██████████████████████████

[11] See ██████████████████████████████

[12] See ████████████████████████████████████████

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

1  processes the output of the ███████████ using an ███████████.[13] Within

2  Meta's source code, the ███████████████ describes the ████████████

3  ████ as, ██████████████████████████████████████████████

4  ████████████████████████████████████████████████████ Among

5  other inputs, the ██████████████ specifies the ████████████ table and the ███

6  ██████████████ as inputs used by the ████████████.[15] The ████████

7  ████ specifies the ██████████████████████████ category within the *up2x* table

8  associated with a user to store the results generated by the ██████████████.[16] Using the

9  output of █████████████████ the █████████████ utilizes an ████████████

10 ████████████████████████████████████████████████████████████

11 ████████████████ category.[17] The █████████████ specifies how the ████

12 ████████████████████ Pixel events. For example, the ████████████████

13 ████████████████████████████████████████████████████████████

14 ████████████████████████████ Pixel events.[18]

15       15.    I am still investigating how data corresponding to fields within the

16 ████████████████████████ category is computed and how this data is written to the *up2x*

17 table. As I described earlier, I began my investigation into Meta's tables by reviewing Meta's

18 source code related to the six tables identified by Meta and have not had sufficient time to review

_____

20  [13] See ████████████████████████████████████
21  ████████████████████████████████████████████
22  ████████████████████████████████
23  [14] See ████████████████████████████████
     [15] See ████████████████████████████████████
24
25  [16] See ████████████████████████████████████████.
26  [17] See ████████████████████████████████████████
27  ████████████████████████████████████
28  [18] ████████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 Meta's source code related to the ***up2x*** table. I will continue to review Meta's source code to

2 understand how and what data is written into the ***up2x*** table. However, a production of an exemplar

3 from the ██████████████ category and other relevant categories in the ***up2x***

4 table would greatly assist in efficiently determining what data is written to the ***up2x*** table.

5        16.    Besides the ████████████████ category, Meta's source code

6 identifies ██████ of categories for which information is stored in the ***up2x*** table.[19] The fields

7 corresponding to each of these categories are specified within Meta's source code.[20] However, a

8 manual investigation of each category and corresponding fields in the source code review room

9 would require that I first find the specific portions of Meta's source code where the category and

10 corresponding fields are described, manually review those specific portions of Meta's source code,

11 write down the relevant information into the notebook that I use for my hand-written notes, and

12 then transcribe my notes into a computer outside the source code review room for efficient

13 analysis. Given that there are ████████ of categories, each having multiple corresponding fields,

14 this manual effort will be quite burdensome and time-consuming. It would be more efficient for

15 Meta to use any existing software tools (Daiquiry, ████ etc.) to provide the categories and the

16 corresponding fields stored within the ***up2x*** table in CSV format. A comprehensive list of

17 categories within the ***up2x*** table are identified within the ████████████ file.[21]

18 **The ████████████████████████ Table**

19        17.    Based on my review of Meta's documents and Meta's source code that defines the

20 fields within the ████████████████████ table, I have determined that the

21 ████████████████████████ includes fields that are not present in the six

22 upstream tables identified by Meta.[22] For example the ████████████████████████

23 table, includes the ████████████████████████████████,

24 _____

25 [19] See ████████████████████████

26 [20] For example, fields for the ████████████████████ category are defined in

27 [21] See ████████████████████████.

28 [22] See PIXEL_HEALTH000487458; Also see ████████████████████████

7

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  ███████████ and ███████████ fields that are not present within the six upstream tables

2  identified by Meta. My findings with respect to the ███████████████████ table

3  are preliminary, and I will continue to investigate how data flows into and out of the

4  ███████████████████ table. However, based on my review of Meta's

5  documents, it is my understanding that the ████████ profile information may be used by Meta to

6  determine why an advertisement was served to a user for at least some type of advertisements. The

7  data flow corresponding to this determination is shown in Figure 1.[23] Within Meta's source code,

8  I identified the ███████████ file that maps the ████████ categorizations, which are

9  a[...]



Figure 1: Data flow showing how Meta determines why an advertisement was served to a user.

---

[23] See PIXEL_HEALTH000297018.

[24] See ███████████████████████████

[25] See ███████████████████████████

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

# EXHIBIT 6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel:    310-854-4444
Fax:    310-854-0812

Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    (206) 816-6603
Fax:    (206) 319-5450

*Attorneys for Plaintiffs*
JOHN DOE, JANE DOE I, JANE DOE II,
and JOHN DOE II, and DOE, on behalf of
themselves and all others similarly situated

[*Additional counsel listed on signature page*]

Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **Case No. 3:22-cv-03580-WHO (VKD)**<br><br>**DECLARATION OF DR. ATIF HASHMI REGARDING BUTTON CLICK DATA** |

## DECLARATION OF DR. ATIF HASHMI

I, Atif Hashmi, declare as follows:

1.      I have been retained by Plaintiffs' counsel in *In Re Meta Pixel Healthcare Litigation*. Plaintiffs' counsel in this matter asked me to review (1) Meta's source code relating to the Meta Pixel, including how Meta receives, stores, and uses data collected by the Meta Pixel ("Pixel Data"), and (2) Meta's source code for Meta's filtering mechanism designed to prevent sensitive health-related data from being ingested into Meta's ads ranking and optimization systems ("Filtering Source Code"). My findings are still preliminary as my review of Meta's source code is ongoing.

2.      Plaintiffs' Counsel asked me to determine if Meta possesses user data related to the button click events, including the *SubscribedButtonClick* event, reflecting information about the buttons clicked on third-party webpages by a user ("Button Click Data") that was transmitted to Meta through the Meta Pixel before November 26, 2022 and is the same as the data stored within the ███████████ and the ███████████ tables or can be used to restore the data within these tables.

3.      Based on my review of Meta's source code, unless Meta placed a legal hold on tables that contain the Button Click Data, Meta does not possess and cannot restore the Button Click Data for button click events that occurred before November 26, 2022 and is the same as the data stored within the ███████████ and the ███████████ tables.

**My Background and Experience**

4.      I have provided details related to my background and experience in my earlier declaration that I submitted on June 13, 2024 ("June 2024 Declaration").

**The ███████████ and the ███████████ Tables**

5.      I have reviewed the source code related to the ███████████ and the ███████████ tables. I have also reviewed the data dictionaries as well as the exemplar data stored within the ███████████ table and the ███████████ table provided by

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Meta.[1]

6.    Among other fields, the ██████████ table includes the ████ the ██████, and the ████████████ fields,[2] which can store the Button Click Data. The *pixe*████████████ table also includes the ████████ field to associate the Button Click Data with a ████[3] As an example, for the Adventist Health portal,[4] the ████████████ table stores the "Log in to MyAdventistHealth" value corresponding to the ████████ field and a value of ████████████ corresponding to the ██████ field. Based on my review of Meta's source code, I understand that the ████████████ table has a retention period of 90 days.[5] This means that the Button Click Data in the ████████████ is retained for 90 days.

7.    Among other fields, the ████████████ table includes the ████████████ the ████████████, and the ████████████,[6] which can store the Button Click Data. The ████████████*s* table also includes the ██████ field to associate the Button Click Data with a ██████[7] As an example, for the Adventist Health portal,[8] the ████████████ table stores the "Log in to MyAdventistHealth" value corresponding to the ████████ field and a value of ████████████ corresponding to the ██████ field. Based on my review of Meta's source code, I understand that the ████████████ table has a retention period of 10 days.[9] This means that the Button Click Data in the

---

[1] See PIXEL_HEALTH000110512 and PIXEL_HEALTH000110508; Also see PIXEL_HEALTH000688109 and PIXEL_HEALTH000688110; I have been informed that the PIXEL_HEALTH000688109 and PIXEL_HEALTH000688110 contain exemplar data stored within the ████████████ table and the ████████████ table.

[2] See PIXEL_HEALTH000110512.

[3] See PIXEL_HEALTH000110512.

[4] See https://accounts.myadventisthealthportal.org/; Also see PIXEL_HEALTH000688110.

[5] See ████████████

[6] See PIXEL_HEALTH000110508.

[7] See PIXEL_HEALTH000110508.

[8] See https://accounts.myadventisthealthportal.org/; Also see PIXEL_HEALTH000688109.

[9] See ████████████

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1      ███████████ table is retained for 10 days.

2      **Other Tables that Store Button Click Data**

3          8.    As discussed in my June 2024 Declaration, within Meta's source code, I have

4 located the dataswarm-pipelines ("Dataswarm") folder, which contains files describing tables

5 within Meta's databases that store Pixel Data and ████ Pixel Data. Some of these tables may

6 also store the Button Click Data.

7          9.    I sought to determine if there are any other tables within the Dataswarm folder that

8 store the Pixel Data and ████ Pixel Data that can be used to restore the Button Click Data stored

9 within the ███████████ table and the ███████████ table that was transmitted to

10 Meta through the Meta Pixel before November 26, 2022. I searched the Dataswarm folder to

11 identify any tables that may store Button Click Data and have retention periods longer than the

12 retention periods for the ██████████ table and the ████████████ table.

13          10.    For the Button Click Data stored within the ███████████ table, I limited my

14 analysis to tables based on the following search criteria:

15          a.    Tables that include one of the ███████████, or ███████████

16          fields along with the █████ field.

17          11.    As discussed earlier, these are the fields that appear within the ███████████

18 table corresponding to the Button Click Data. With this search criteria, I identified a total of █

19 tables within the Dataswarm folder that contained one of the ███████████, and

20 ███████████ fields along with the █████ field.

21          12.    Next, I filtered the █ tables that contained one of the ███████████, and

22 ███████████ fields along with the █████ field using the following search criteria:

23          a.    Tables that have retention period of more than 730 days.

24          13.    This provided me with the tables within the Dataswarm folder that contained one

25 of the ███████████ and ███████████ fields along with the █████ field and

26 retained data for more than 2 years (more than 730 days). With this filter criteria, I identified a

27 total of █ tables within the Dataswarm folder. Thus, I ███████████ tables within the Dataswarm

28 folder that contained one of the ███████████, and ███████████ fields along with

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   the ███ field and retained data for more than 2 years (more than 730 days). In other words, I

2   ████████ tables within the Dataswarm folder that contained the relevant Button Click Data

3   stored within the ████████ table and had a retention period of over two years.

4       14.    For the Button Click Data stored within the ████████ table, I limited

5   my analysis to tables based on the following search criteria:

6           a. Tables that include one of the ████████ or the ████████

7              fields along with the ███ field.

8       15.    As discussed earlier, these are the fields that appear within the

9   ████████ table corresponding to the Button Click Data. With this search criteria, I

10  identified a total of █ tables within the Dataswarm folder that contained one of the

11  ████████ or the ████████ fields along with the ███ field.

12      16.    Next, I filtered the █ tables that contained one of the ████████ or the

13  ████████ fields along with the ███ field using the following search criteria:

14          a. Tables that have retention period of more than 730 days.

15      17.    This provided me with the tables within the Dataswarm folder that contained one

16  of the ████████ or the ████████ fields along with the ███ field and

17  retained data for more than 2 years (more than 730 days). With this filter criteria, I identified a

18  total of █ tables within the Dataswarm folder. Thus, I ████████ tables within the Dataswarm

19  folder that contained one of the ████████ or the ████████ fields along with

20  the ███ field and retained data for more than 2 years (more than 730 days).

21      18.    For the Button Click Data stored within the ████████ table, I also

22  limited my analysis to tables based on the following search criteria:

23          a. Tables that include one of the ████████ or the ████████ fields

24              along with the ███ field.

25      19.    As discussed earlier, these are the fields that appear within the

26  ████████ table corresponding to the Button Click Data. With this search criteria, I

27  identified a total of █ tables within the Dataswarm folder that contained one of the ████████

28  or the ████████ fields along with the ███ field.

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

20.    Next, I filtered the ▮▮▮ tables that contained one of the ▮▮▮▮▮ or the ▮▮▮▮▮▮▮ fields along with the ▮▮▮▮ field using the following search criteria:

a.    Tables that have retention period of more than 730 days.

21.    This provided me with the tables within the Dataswarm folder that contained one of the ▮▮▮▮▮ or the ▮▮▮▮▮▮▮▮ fields along with the ▮▮▮▮ field and retained data for more than 2 years (more than 730 days). With this filter criteria, I identified a total of ▮ table within the Dataswarm folder, i.e., the ▮▮▮▮▮▮▮ table with a retention period of 1000 days that includes both the ▮▮▮▮▮▮▮ field and the ▮▮▮▮ field.[10]

22.    Upon further investigation, I found that the ▮▮▮▮▮▮▮ table sources its input data from the ▮▮▮▮▮▮▮ table.[11] The ▮▮▮▮▮▮▮ table only stores data corresponding to the domains owned by or associated with Meta.[12] Therefore, the ▮▮▮▮▮▮▮ table does not store data reflecting information about the button click events on third-party webpages.

23.    Thus, I ▮▮▮▮▮▮▮ tables within the Dataswarm folder that contained the relevant Button Click Data stored within the ▮▮▮▮▮▮▮ table and had a retention period of over two years.

24.    Based on my review of Meta's source code, ▮▮▮ of Meta's tables that contain the relevant Button Click Data, including data related to the SubscribedButtonClick event, have retention periods of over two years. Given that it is now December 2024, unless Meta placed a legal hold on particular tables, Meta does not possess and cannot restore the Button Click Data for button click events that occurred before November 26, 2022 and is the same as the data stored within the ▮▮▮▮▮▮▮ and the ▮▮▮▮▮▮▮ tables.

---

[10] See ▮▮▮▮▮▮▮

[11] See ▮▮▮▮▮▮▮

[12] See PIXEL_HEALTH000035261; Also see ▮▮▮▮▮▮▮

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    **The** ████████ **Table**

2        25.    I have reviewed the source code related to the ████████ tables. I have also

3    reviewed the data dictionaries as well as the exemplar data stored within the ████████ table

4    provided by Meta.[13] The exemplar data stored within the ████████ table provided by Meta

5    contains data associated with the ████████ event category. The event names for all such

6    ████████ events are set to ████████.[14] Furthermore, for all such

7    ████████ events, the ████████ fields are set to ████ indicating that the

8    data corresponding to the event ████████.[15] For all but █

9    ████████ events, the ████████ field is set to ████ indicating that such

10   ████████ events were ████████[16] For all such ████████

11   events that are identified as ████████, the ████████ field is

12   set to ████████ or ████ Furthermore, for all

13   such ████████, the corresponding values for many fields, including the ████

14   ████████████████████████████████████

15   ████ are ██████.

16       26.    To determine the reason for the fields corresponding to the ████████

17   events that are ████████, including ████████

18   ████████████████████████████, I

19   reviewed Meta's source code that ████████████████████

20   ████

21       27.    Based on my review of Meta's source code that ████████████

22

────────────────────

23   [13] See PIXEL_HEALTH000110510; Also see PIXEL_HEALTH000688106; I have been
     informed that the PIXEL_HEALTH000688106 contain exemplar data stored within the
24   ████ table.

25   [14] See PIXEL_HEALTH000688106.

     [15] See PIXEL_HEALTH000110510.

26   [16] For the only ████████ event that is ████████, the

27   ████████ field is set to ████

28   [17] See ████████████████████████
     ████████████████████████

6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  ███████████████████ I determined that for any Pixel event, including the

2  ███████ event, ████████████████, Meta's source code ███████

3  █████████████████ table.[18] For all such ███████ events, Meta's source code

4  ██████████████████████████████████████████████

5  ████. Furthermore, for all such events that are ████████████████, Meta's source

6  code does not ██████████████████████████

7  ██████████████████████████████████████████████

8  ██████████████████████████████████████████████

9  ██████████████████████████████████████████████

10  █████████████████████ within the ████████ table.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day, December 27, 2024

By: _____

Dr. Atif Hashmi

[18] See ██████████████████████████████████████

██████████████████████████████████████████████

DECLARATION OF DR. ATIF HASHMI
CONSOLIDATED CASE NO. 3:22-CV-03580-WHO (VKD)