# Proposed Redacted Version of Exhibit 12 (Dkt. No. 1154-14)

# EXHIBIT 12

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# [Historical] (A/C PRIV) ALT Update: First-Party Cookies with Facebook Pixel - September 6, 2018

To: ALT;
CC: Charlotte Narvaez, Colin Usala, Pete LaFond, Joe Osborne, Scott Mellon, Jessie Chou, Damien Wint, Elisabeth Diana, Nissa Anklesaria, Peng Fan, Michael Levinson, Yi Tang, Luchen Foster, Josh Twist. Emile Litvak, KeeKim Heng, Erjie Ang, Jurgen van Staden, Marcus Poe█████████

# TL;DR

Apple will be launching the next version of Safari on September 12, 2018. This version will include the next iteration of its Intelligent Tracking Prevention (ITP 2.0). which will block third-party cookies entirely. With █ loss of website events from Safari users, our overall pixel match rate will drop from █████%, resulting in an overall revenue loss of up to ██████████. Mozilla's Firefox will also soon block third-party cookies by default and Chrome is likely going to provide a similar feature in the future.

To mitigate the website signal loss from third-party cookie blocking, we will enable advertisers to leverage the Facebook pixel to set a first-party cookie on their domain to track and send data to Facebook (as is currently done using Facebook's third-party cookies). We are proposing to roll this out globally as a feature enabled by default for all businesses in October 2018. Other efforts to mitigate the impact of ITP2.0 include Automatic Advanced Matching (hashed PII), Server-Side Events API (sending web activity offline), and a continued effort to improve ID prediction, which we estimate ████████████████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

and b) per guidance from Legal:          Redacted - Privileged

## Redacted - Privileged

## Overview

Advertisers and Facebook derive significant value from Facebook Pixel data; this data is currently used for targeting, optimization, measurement, and ranking.████████████████████████████████████████. Without any mitigations, Ranking will have fewer labels to train models, Lift will lose conversions in both control and test groups, Ads Manager and Attribution will display fewer results and advertisers will see higher campaign CPAs. In total, we estimate ██████████████ with no mitigations.

Larger advertisers will be more capable of using other mechanisms to maintain conversion signals (Advanced Matching, Server-to-Server for web events, other Signals sources - app, offline conversions); smaller advertisers will not have the same resources to prevent signal loss without first-party cookies.

## Details

### Business flow:

Advertisers will be notified that in 30 days their existing Facebook pixel will begin setting a first-party cookie into users' browsers on behalf of the advertiser; this will occur unless the advertiser opts out. They will be notified via email and jewel notification. New pixels will be automatically opted into using first-party cookies. To update their first-party cookie settings, advertisers will access the pixel pane in the settings tab in Events Manager, with the following options:

- o Disable first party cookies (advertiser continues to get full benefits of third-party cookies when available)
- o Enable first party cookies for:

EXHIBIT

105

PENGAD 800-631-6989

- Ads + Analytics (default)
  - With this option selected, these events will be used to improve Facebook products and services per our ads policies, including ads optimization.
- Analytics-only
  - [ **Redacted - Privileged** ], as recommended by Legal. [ **Redacted - Privileged** ]

**Redacted - Privileged**

### How FiRST PARTY tracking WOULD work:

There are two first-party cookies set by the pixel — _fbp and _fbc

The _fbp cookie is set on *every* domain enabled. _fbp will have no FB identity, and can be used to provide website analytics as well as stable ID for ID prediction. This cookie will be used if an advertiser opts in to the 'Analytics only' option.

The _fbc cookie is set on a domain *only when a person arrives via an ad click from facebook.com*. Every ad URL will be outfitted with a unique alphanumeric string, or "click ID", associated to the person's Facebook ID. This cookie will be disabled when an advertiser opts in to the 'Analytics only' option.

### Legal

**Redacted - Privileged**

### Communications

We are working with Comms (Joe and Nissa) to build out a communications plan for the rollout of first party cookies. ▮

Please let us know if you would like any additional information or if you have any concerns about this plan.

Thanks,
Signals Resilience Team
Contact Support

# Conversation History

**Quipbot#09** left the thread *Aug 22 at 12:13 pm*

———

**Quipbot#09** *Aug 22 at 12:07 pm*

=====IMPORTANT=====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

██████████████████.

**Questions?**

Visit the Quip2Google Migration Feedback Group ███████████████████

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

———

**Quipbot#09** added Quipbot#09 to the thread *Aug 22 at 12:12 pm*

———

**Quipbot#09** added you to a document *Aug 22 at 12:07 pm*

———

**Beatrice Stjernswärd** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storek, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nimmala and Jiaxi Wang *Mar 7, 2019 at 4:01 pm*

———

**Charlotte Narvaez** added Beatrice Stjernswärd to the thread *Mar 7, 2019 at 3:59 pm*

———

**Charlotte Narvaez** added you to a document *Mar 7, 2019 at 3:53 pm*

———

**Michael Levinson** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu

PIXEL_HEALTH000479962

Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang on a phone *Sep 19, 2018 at 9:52 pm*

---

**Chengsu Chen** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 7, 2018 at 5:58 pm*

---

**Jiaxi Wang** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala and Swathi R Nirmala *Sep 7, 2018 at 5:06 pm*

---

**Zach Okun** edited *Sep 7, 2018 at 1:52 am*

# [Historical] (A/C PRIV) ALT Update: First-Party Cookies with Facebook Pixel - September 6, 2018

## TL;DR:

*Ask: Feedback on plan to use a first-party cookie with the Facebook pixel to inform targeting, delivery, optimization, and measurement. Enabled by default, advertisers can choose to disable this option. We can schedule a live review to discuss if needed as well.*

## TL;DR



and b) per guidance from Legal, ¿ **Redacted - Privileged**

**Redacted - Privileged**

---

**Peng Fan** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman,

PIXEL_HEALTH000479963

Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 6, 2018 at 7:42 pm*

---

**Zach Okun** edited *Sep 6, 2018 at 7:49 pm*

Apple will be launching the next version of Safari on September 12, 2018. This version will include the next iteration of its Intelligent Tracking Prevention (ITP 2.0), which will block third-party cookies entirely. This could result With ▉ loss of website events from Safari users, our overall pixel match rate will drop from ▉▉▉▉▉ resulting in Facebook an overall revenue loss of up ▉ with no mitigations. Mozilla's Firefox will also soon block third-party cookies by default and Chrome is likely going to provide a similar feature in the future.

To mitigate the website signal loss from third-party cookie blocking, we will enable advertisers to leverage the Facebook pixel to set a first-party cookie on their domain to track and send data to Facebook (as is currently done using Facebook's third party third-party cookies). We are proposing to roll this out globally as a feature enabled by default for all businesses in October 2018. We will also continue Other efforts to encourage advertisers to adopt mitigate the impact of ITP2.0 include Automatic Advanced Matching (hashed PII) as well as our , Server-Side Events API (sending web activity offline), while continuing a continued effort to improve ID prediction, which we estimate ▉▉▉▉▉



guidance from Legal,

and b) per guidance from Legal,

---

**Anh Bui** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 6, 2018 at 6:35 am*

---

**Tobias Wooldridge** opened your conversation with Emile Litvak, Katie Apone, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 6, 2018 at 2:13 am*

---

Zach Okun edited *Sep 5, 2018 at 2:35 pm*

# (A/C PRIV) ALT Update: First-Party Cookies with Facebook Pixel - September 4 6, 2018

Zach Okun edited *Sep 4, 2018 at 8:37 pm*
CC: Charlotte Narvaez, Colin Usala, Pete LaFond, Joe Osborne, Scott Mellon, Jessie Chou, Damien Wint, Elisabeth Diana... Nissa Anklesaria, Peng Fan, Michael Levinson, Yi Tang, Luchen Foster, Josh Twist, Emile Litvak, KeeKim Heng, Erjie Ang, Jurgen van Staden, Marcus Poe ▮▮▮▮▮▮▮
To mitigate the website signal loss from third-party cookie blocking, we will enable advertisers can to leverage the Facebook pixel to set a first-party cookie on their domain to track and send data to Facebook (as is currently done using Facebook's... adopt Automatic Advanced Matching (hashed PII) as well as our Server-Side Events API, while continuing to improve ID prediction to retain pixel match rates.

Jurgen Van Staden edited *Sep 4, 2018 at 6:40 pm*
CC: Charlotte Narvaez, Colin Usala, Pete LaFond, Joe Osborne, Scott Mellon, Jessie Chou, Damien Wint, Elisabeth Diana... Nissa Anklesaria, Peng Fan, Michael Levinson, Yi Tang, Luchen Foster, Josh Twist, Emile Litvak, KeeKim Heng, Erjie Ang Jurgen van Staden Marcus Poe

Marcus Poe opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storek, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 4, 2018 at 6:35 pm*

Jurgen Van Staden opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storek, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 4, 2018 at 6:35 pm*

Damien Wint opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storek, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 4, 2018 at 6:35 pm*

CONFIDENTIAL

**Eric Wright** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 4, 2018 at 6:32 pm*

**Jeanne Storck** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 4, 2018 at 5:03 pm*

**Zach Okun** *Sep 4, 2018 at 4:00 am*

Accepted :)

**Zach Okun** *Sep 4, 2018 at 3:59 am*

████████████████████████████████████████████████████

████ Totally open to feedback there, but that's the approach that Tobias has been taking with this.

**Zach Okun** *Sep 4, 2018 at 3:53 am*

Yes, sorta. This part is tricky ████████████████████████████████████████

████████████████████████ But I'll get clear on this so I can represent it properly.

**Zach Okun** *Sep 4, 2018 at 3:50 am*

I like that verbiage. Updated the doc throughout to ████████████ .

**Zach Okun** edited *Sep 4, 2018 at 4:19 am*
*Ask: Feedback on plan to use a first-party cookie with the Facebook pixel to inform targeting, delivery, optimization, and measurement with in an opt-out experience for . Enabled by default, advertisers can choose to disable this option. We can schedule a live review to discuss if needed as well.*
To mitigate the website signal loss from third- party cookie blocking, advertisers can leverage the Facebook pixel to set a first-party cookie on their domain… to track and send data to Facebook (as is currently done using Facebook's third party cookies). We are

proposing to roll this out globally as an opt-out a feature enabled by default for all businesses in October 2018. We will also continue to encourage advertisers to adopt Automatic Advanced Matching (hashed PII) as well as our Server-Side Events API, while continuing to improve ID prediction to retain pixel match rates.

  o Opt out of Disable first party cookies (advertiser continues to get full benefits of third-party cookies when available)
  o Opt in to using Enable first party cookies for:
    ▪ Ads + Analytics (default)
      • With this option selected, these events will be used to improve Facebook products and services per our ads policies, including ads optimization.

The advertiser will be the 'data controller' of first- party cookie data. In the default state, which includes using the data for Custom Audience targeting, Facebook will also act as a data controller once the advertiser shares this data with us. If the advertiser opts for analytics-only, Facebook will only act as the 'data processor'.



**Zach Okun** *Sep 4, 2018 at 3:47 am*

That's what Tobias is figuring out. The reason I included this is because we are actually adding this option to existing pixels regardless of whether they adopt first-party cookies; in other words, we are giving advertisers more choice of how even current solutions work. I figured this is relevant as it underscores our efforts to empower advertisers to control data usage, combating negative perception.

-------

**Liang Xu** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang on a phone *Sep 3, 2018 at 8:04 pm*

-------

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

-------

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

-------

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

-------

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

-------

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added the document to the folder First Party Cookies for FB Pixel - A/C Priv *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

PIXEL_HEALTH000479968

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

———

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added you to a document *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** added the document to the folder Signals - Ads Leadership (ALT) Updates - A/C Priv *Sep 3, 2018 at 7:08 pm*

—————

**Charlotte Narvaez** *Sep 3, 2018 at 6:59 pm*

Alternate █████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████

—————

**Charlotte Narvaez** *Sep 3, 2018 at 6:54 pm*

They didn't explicitly say ███████████████████████████████████████
████████████████████████████████    ███████████    ██████████

—————

**Charlotte Narvaez** *Sep 3, 2018 at 6:52 pm*

I'm not clear on why we need to provide an analytics only option for events that are tracked using our third party cookies.

—————

**Charlotte Narvaez** *Sep 3, 2018 at 6:49 pm*

by associating the pixel to an ad account

—————

PIXEL_HEALTH000479970

**Charlotte Narvaez** *Sep 3, 2018 at 6:49 pm*

Do we have an example of what the specific language change will be?

———

**Charlotte Narvaez** *Sep 3, 2018 at 6:47 pm*

Does this mean that the ███████████████████████████

———

**Charlotte Narvaez** *Sep 3, 2018 at 6:41 pm*

Yes. What do you think of using ████████████████████████████████████████████.

———

**Charlotte Narvaez** *Sep 3, 2018 at 6:33 pm*

"This option will also be added to pixels that only utilize the existing third-party cookies." Is this needed? How will website events that are tracked using third party cookies be only used for analytics purposes?

———

**Charlotte Narvaez** edited *Sep 3, 2018 at 6:53 pm*
*Ask: Feedback on our plan to use a first-party cookie with the Facebook pixel to inform targeting, delivery, optimization, and measurement with in an opt-out experience for advertisers. We can schedule a live review to discuss in greater detail if needed as well.*
Apple will be launching the next version of Safari on September 12, 2018. This version will include the next iteration of its Intelligent… loss of ███ with no mitigations. Mozilla's Firefox will also soon block third-party cookies by default and Chrome is likely going to provide a similar option feature in the future.
To mitigate the website signal loss from third-party cookie blocking, advertisers can leverage the Facebook pixel to set a first-party cookie on their domain… opt-out feature for all businesses in October 2018. We will also continue to encourage advertisers to adopt Automatic Advanced Matching (hashed PII) as well as continue to improve ID prediction to retain pixel match rates.

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████ and b) in response to advice per guidance from Legal, w████████     Redacted - Privileged

# Redacted - Privileged

Larger advertisers will be more capable of using other tools mechanisms to maintain conversion signals (Advanced Matching, Server-to-Server for web events, other Signals sources - app, offline conversions); smaller advertisers will not have the same resources to prevent signal loss without first-party cookies.

> The _fbp cookie is set on *every* domain enabled. _fbp will have no FB identity, and can be used to provide website analytics as a well as stable ID for ID prediction. This cookie will be used if an advertiser opts in to the 'Analytics only' option.

> The _fbc… *arrives via an ad click from facebook.com*. Every ad URL will be outfitted with a unique alphanumeric string, or "click ID", that includes associated to the person's Facebook ID. This cookie will be disabled when an advertiser opts in to the 'Analytics only' option.

████████████████████████████████████████████████████████████

████████████████████

PIXEL_HEALTH000479971

The advertiser will be the 'data controller' of first-party cookie data. In the default state, which includes using the data for Custom Audience targeting, Facebook will also act as a data controller once the advertiser shares this data with us. If the advertiser opts for analytics-only, Facebook will only act as the 'data processor'.

Advice Guidance from Legal was is to include an option whereby advertisers can choose to share use pixel data only for Facebook Analytics. This more closely resembles Google's options and presents more choice to advertisers as to how their data is… we have introduced the new 'Analytics only' option, both to pixels using new first-party cookies as well as those only using existing third-party cookies.

███████████████████████ .— █████████████████████████

: ███████████████████████████████████ ████████████████

████████████████████████████████████████████████████████

███████████████████████ ████████

██████████████████ .— ████████████████████████████████

███████████

———

**Zach Okun** *Sep 3, 2018 at 5:10 pm*

good catch

———

**Zach Okun** *Sep 3, 2018 at 5:02 pm*

Charlotte Narvaez Added. The only thing I left out in this section is the ███████████ discussion. I thought that might be better left for the details below, but open to your suggestion.

———

**Zach Okun** *Sep 3, 2018 at 4:47 pm*

Charlotte Narvaez Did you cross this out because you were thinking these go to IAB? What about just a mobile browser opened to fb.com? My assumption was these still work here.

———

**Zach Okun** *Sep 3, 2018 at 4:45 pm*

added "as recommended by Legal"

———

**Zach Okun** *Sep 3, 2018 at 4:43 pm*

Sorry, are you just pointing out that advertisers can continue to leverage third-party cookies? Added the parenthetical to clarify that. Or something else?

———

**Zach Okun** *Sep 3, 2018 at 4:41 pm*

My assumption is: ███████████████████████████ – █████████████████
███████████████████ data from previous pixel or related features? Are you thinking we should make it ███

———

**Zach Okun** *Sep 3, 2018 at 4:37 pm*

agreed.

———

**Zach Okun** *Sep 3, 2018 at 4:24 pm*

That is essentially the position we're taking -- ███████████████████████████████████
████████████████████ Do you think this is a risk?

———

**Zach Okun** edited *Sep 3, 2018 at 5:10 pm*

To mitigate the website signal loss from third-party cookie blocking, advertisers can leverage the Facebook pixel to set a first-party cookie on their domain… done using Facebook's third party cookies). We are proposing to roll this out globally as an opt-out feature for all businesses in October 2018. We will also continue to encourage advertisers to adopt Automatic Advanced Matching (hashed PII) as well as continue to improve ID prediction.

████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████ and b) ████████████
███████████████████████ — when advertisers select this option, their data will be used only for FBA, not for advertisement optimization. This option will also be added to pixels that only utilize the existing third-party cookies. By introducing this option, we are giving advertisers more control over the use of their data and introducing an option that does not aid Facebook monetization.

Giving advertisers control over their use of data will strengthen our position; one example of this would be to ████████████████
████████████████████████████████████████████████████████████████████████████
████████████████

Advertisers and Facebook derive significant value from Facebook Pixel data; this data is currently used for targeting, optimization, measurement, and ranking. Safari represents ██ of total pixel traffic and ██ of total matched pixel traffic. We estimate that Safari contributes ██ of 1 day click-through conversions and ██ of 1 day view-through conversions. Without any mitigations, Ranking… in both control and test groups, Ads Manager and Attribution will display fewer results and advertisers will experience a higher CPA for all campaigns. In total, we estimate up to ██ loss of revenue from Safari ITP with no mitigations.

~~Facebook has a unique relationship with users and businesses, and a significant amount of web traffic flows through Facebook's platforms. By leveraging these relationships and assets, we are well positioned to improve our understanding of ads performance and user preferences through the use of first-party cookies~~

Advertisers will be notified that in 30 days their existing Facebook pixel will begin setting a first-party cookie into users' browsers on behalf of the… into using first-party cookies. To update their first-party cookie settings, advertisers will access the pixel pane in the settings tab in Events Manager, there will be three with the following options:

- ○ Opt out of first party cookies (advertiser continues to get full benefits of third-party cookies when available)
- ○ Enable
- ○ Opt in to using first party cookies for
- ○ full Facebook ads use (default)
- ○ :
- ○ Enable first party cookies for analytics-only
  - ▪ Ads + Analytics (default)
  - ▪ Redacted - Privileged
    - • Redacted - Privileged
      recommended by Legal.  Redacted - Privileged
  - ▪ ~~anonymous~~
    - • for Facebook Analytics only. This will only be available to pixels that are not owned by an Ad Account, as this setting provides no value for ads measurement and optimization.

There are two first-party cookies set by the pixel — _fbp and _fbc

The _fbp cookie is set on *every* domain enabled. _fbp will have no FB identity, and can be used as a stable ID for ID prediction. This cookie will be used if an advertiser opts in to the 'Analytics only' option.

The _fbc cookie is set on a domain *only when a person arrives via an ad click from facebook.com*. Every ad URL will be outfitted with a unique alphanumeric string, or "click ID", that includes the person's Facebook ID. This cookie will be disabled when an advertiser opts in to the 'Analytics only' option.

A person clicks on an ad seen on Facebook or Instagram using a desktop ~~or mobile~~ browser (this will not apply to in-app clicks).

Facebook will append an alphanumeric string to the end of the landing page URL, this pseudonymous identifier represents a Facebook or Instagram ID. If a pixel on the advertiser's landing page is opted into first-party cookie tracking, the identifier we append into the URL is written into the advertiser's first party cookie. This tracking will only work for users who click on Facebook ads.



**Colin Usala** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Charlotte Narvaez, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang *Sep 2, 2018 at 11:06 pm*

———

**Charlotte Narvaez** *Sep 1, 2018 at 4:13 am*

In this section you could add what we are doing to minimize the PR risk.

———

**Charlotte Narvaez** *Sep 1, 2018 at 4:08 am*

Also, to describe that other ██████████████████████████████████████████████
███████████████

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:56 am*

It may be helpful to show the ███████████████████████████████████████████████.

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:56 am*

What is the latest on the match rate gain we estimate from first party cookies?

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:54 am*

PIXEL_HEALTH000479974

and how all existing ads controls are honored.

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:51 am*

If ads is selected then these events will be used to improve Facebook products and services per our ads policies including ads optimization.

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:51 am*

Enable first party cookies (ads + analytics, analytics only)

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:51 am*

This provides access to all features of the FB pixel (ads and analytics)

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:48 am*

businesses

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:47 am*

Suggestion is to tie this section back to the guidance from legal.

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:46 am*

Can this be included in the proposal and we remove the paragraph?

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:45 am*

Is the act of linking a pixel to an ad account for ads purposes sufficient to provide a similar linking condition?

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:44 am*

What about the analytics use case where someone visits an business' website directly and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:43 am*

Is mapped to a Facebook or Instagram ID?

---

**Charlotte Narvaez** *Sep 1, 2018 at 3:42 am*

PIXEL_HEALTH000479975

Why pseudonymous? Why not uniquely generated on each click event?

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:41 am*

I don't think Instagram has desktop ads

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:37 am*

What are the tradeoffs between making this an ████████████

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:36 am*

This seems unnecessary

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:34 am*

Why include the 1-day conversion stats only? You could also add that Safari contributes to ███ of overall FB pixel traffic and add a ███████████████████████████████████████: ███████

———

**Charlotte Narvaez** *Sep 1, 2018 at 3:32 am*

Can we add more about how Google uses this approach today? "Google provides a similar mechanism to set first party cookies via the Google Analytics tracking code with an option to link the events tracked as first party with a ███████████████████████ ████████████████████████████████████████████████████

———

**Charlotte Narvaez** edited *Sep 1, 2018 at 4:12 am*

———

**Charlotte Narvaez** opened your conversation with Emile Litvak, Katie Apone, Tobias Wooldridge, Mase Graye, Chinmay Karande, Rob Ulveling, Hiral Parekh, Hillary Mullet, Zuobing Xu, Rachel Hamilton, Susan Cooper, Derek Yuan, Amee Kamdar, Bruce Lee, Ning Li, Joe Osborne, Mary Ku, Graham Mudd, Pete LaFond, Isaak Hayes, Yura Kostiukevych, Brian Truong, Minghao Wang, Vimal Poonia, Jon Eide, Eric Wright, Joydeep Gangopadhyay, Marcus Poe, Ami Vora, Nadir Joshua, Erjie Ang, Zach Okun, Kaaren Hanson, Dan Levy, Amol Goyal, Beatrice Stjernswärd, Zijian Hu, David Sasaki, Joni Vanderburg-Paner, Edward Esslemont, Santhosh Raman, Chengsu Chen, Fausto Ibarra, Andy Kyrala, Jurgen Van Staden, Raj Sundaram, Elena Krasnoperova, KeeKim Heng, Vandana Mohan, Faye Govan, Tianyi Wu, Liang Xu, Raghu Malpani, Deepali Tamhane, Victor Zhu, Michael Levinson, Li Zhou, Scott Mellon, Adam Shajnfeld, Vedant Mishra, Peng Fan, Raj Prateek Kosaraju, Roshane Silva, Aram Grigoryan, Tom Wan, Jamie Wells, Rob Goldman, Di Wang (Signals), Hongyan Zhou, Ani Surumpudi, Damien Wint, Yi Tang, Rupali Patwardhan, Mayur Patel, Jinfu Leng, Colin Usala, Kristina Oliva, David Wong, Parkin Kent, Jeanne Storck, Prasad Buddhavarapu, Kanak Biscuitwala, Swathi R Nirmala and Jiaxi Wang on a phone *Sep 1, 2018 at 3:10 am*

———

**Zach Okun** added you to a document *Sep 1, 2018 at 12:10 am*

———

**Zach Okun** added Charlotte Narvaez and Colin Usala to the thread *Sep 1, 2018 at 12:15 am*

———

CONFIDENTIAL

**Zach Okun** added you to a document *Sep 1, 2018 at 12:10 am*

---

**Zach Okun** edited *Sep 1, 2018 at 12:09 am*

---

**Zach Okun** created the document *Aug 31, 2018 at 11:16 pm*

---

CONFIDENTIAL

PIXEL_HEALTH000479977

| | |
|---|---|
| **Bates Number** | PIXEL_HEALTH000479960-PIXEL_HEALTH000479977 |
| **Custodian** | Mudd, Graham |
| **Sent Date** | 12/31/9999 4:00 PM |
| **Create Date** | 8/31/2018 12:00 AM |
| **Last Modified Date** | 8/31/2018 12:00 AM |
| **Received Date** | 12/31/9999 4:00 PM |
| **Author** | Zach Okun |
| **Filename** | IfeAAA6S2ek_17026716817261 38.html |
| **Email From** | |
| **Email Recipients** | |
| **Email CC** | |
| **Email BCC** | |
| **DOCDATE** | 08/31/2018 |
| **File Path** | /PixelHealth_20231220.zip/PXLLIT-0000450/Graham Mudd/Quip/ecQAEAHA2Un-4550-4599.zip |