# Proposed Redacted Version of Exhibit 13 (Dkt. No. 1154-15)

# EXHIBIT 13

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

EXHIBIT: 43
Wooldridge
DATE: 1:31:25
Vicky Pinson, RPR-CCR

| Bates Number | PIXEL_HEALTH000685609-PIXEL_HEALTH000685643 |
| --- | --- |
| Custodian | Wooldridge, Tobias;Yamamoto, Jin |
| Create Date | 2021-03-30 00:00:00 |
| Title | 3 - Receiving and Storing Signal.pdf |
| Author | sylviex@fb.com |
| Filename | 3 - Receiving and Storing Signal_1_bUdXiRdW2rl_Qb9t_7G-I7o3yD7V0w1.pdf |



# Receiving and Storing Signals

Tobias Wooldridge
Software Engineer, Web Signals

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Receiving and Storing Signal

- Our job is to help advertisers send Signal to Facebook, enrich it and make sure it gets to ads systems

- I'm going to talk about the latter two



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0008858

# Agenda



- Processing: 1000-foot view
- Validation
- Identity
- Passing data downstream
- Storage policies

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Processing Signals



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Transmission Mechanisms

- There are several mechanisms covered earlier that advertisers can use to send signals to Facebook
  - Pixel
  - App SDK
  - App API
  - Conversions API

- For all of these, we do some enrichment on this data, then send it downstream



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# 1000-Foot View




GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006858

 Validation/Parsing of Events

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Validating/Parsing Events

- We do lightweight validation of events, but not much

- We (generally) don't validate event name or params

- We (generally) accept data and figure out how to deal with the problems later



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

## Validation Motivation

- This is because Signals collection *generally* happens on client devices

- Errors are not easy to see by the owner of the website or app, as they happen on user devices



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Diagnostics

 **Missing Purchase Currency and Value Parameters**    Last detected: Aug 30, 2020, 5:04 PM

21 instances

ISSUE

One or more of your Purchase events is missing a value and currency parameter. This may affect your return on ad spend calculations.

SOLUTION

You'll need to add the missing currency and value parameters into the Purchase event. Speak to your developer about adding this into your app SDK code.





GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# 1000-Foot View





GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856



# Resolving Identity + Separable ID

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856



- We just choose one

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Clear History

- We have a feature that lets users disassociate their Off-Facebook Activity from their Facebook account



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



PIXEL_HEALTH0006856

# Clear History

- We do not necessarily directly *delete* the data associated between accounts

- We remove the association between that data and their accounts

- This is achieved by using *Separable* identities



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Clear History



### Clear History Mapping

| User ID | Separable ID |
|---------|--------------|
| 4 | A |
| 5 | B |
| | |
| | |
| | |
| | |

### Offsite Signals Logs

| Separable ID | Pixel ID | Event | URL |
|--------------|----------|-------|-----|
| A | 12345 | Purchase | walmart.com |
| A | 12345 | PageView | walmart.com |
| B | 34567 | Purchase | nike.com |
| | | | |
| | | | |

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0005858

# Clear History





### Clear History Mapping

| User ID | Separable ID |
|---------|--------------|
| 4 | A |
| 5 | B |
| | |
| | |
| | |
| | |

### Offsite Signals Logs

| Separable ID | Pixel ID | Event | URL |
|--------------|----------|-------|-----|
| A | 12345 | Purchase | walmart.com |
| A | 12345 | PageView | walmart.com |
| B | 34567 | Purchase | nike.com |
| | | | |
| | | | |

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Clear History



### Clear History Mapping

| User ID | Separable ID |
|---------|--------------|
| 4 | A |
| 5 | B |
| | |
| | |
| | |
| | |

### Offsite Signals Logs

| Separable ID | Pixel ID | Event | URL |
|--------------|----------|-------|-----|
| A | 12345 | Purchase | walmart.com |
| A | 12345 | PageView | walmart.com |
| B | 34567 | Purchase | nike.com |
| | | | |
| | | | |



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Clear History



| User ID | Separable ID |
|---------|--------------|
| ??? | A |
| 5 | B |
| 4 | C |
| | |
| | |
| | |

| Separable ID | Pixel ID | Event | URL |
|--------------|----------|-------|-----|
| A | 12345 | Purchase | walmart.com |
| A | 12345 | PageView | walmart.com |
| B | 34567 | Purchase | nike.com |
| C | 56789 | Purchase | gucci.com |
| | | | |

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Clear History

- We make a best-effort to avoid storing data in a way which is *re-identifiable* and have myriad enforcement systems

- This means making sure, for instance, URLs logged for pixel fires don't include user identifiable information



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 1000-Foot View




GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0008856

 Signals Integrity

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Signals Integrity

- In order to protect users and ourselves, the next thing we do is run checks from our integrity systems which…

  - Prevents bad actors from sending us events

  - Reject data that is a liability to advertisers or Facebook



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0008856

# Signals Integrity: Blocking Event Fires

- We block event fires entirely when they meet certain conditions:

  - Blocklisted data source

  - Blocklisted domain name (e.g. porn sites)

  - Event quantity and frequency too high (business integrity)



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Signals Integrity: Redacting Information

- Our business tools prohibit advertisers from sending certain information, e.g.

  - Unhashed email addresses/contact info Passwords

  - Credit card numbers

  - Health information



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# 1000-Foot View




GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

 Deduplicating Events

PIXEL_HEALTH00068856

# Deduplicating Events

- We have certain systems that allow advertisers to submit parameters to enable deduplication of events, e.g. by submitting an ███████████████ o say that an event should only be processed once

- This is really important in case advertisers send events twice

- This is not the only deduplication system within FB ads



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0008856

# 1000-Foot View





GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

 Passing Data to Other Systems

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Other Systems

- Our job is to receive data from advertisers and pass it to systems where it can be used in ads

- This is our last and most important responsibility



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

# Downstream Systems

- Attribution – Ads Manager measurement

- Lift – test/control experiments for ads

- Facebook Analytics

- Targeting – Remarketing ads

- DPA – Dynamic product ads

- Ads Optimization/Ranking



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0008856

 Storing Data

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Storage

- Separable IDs – data should be disassociable

- Access controls – Signals data is sensitive and has additional monitoring on FB usages

- Deletion – We need to be able to delete data within 90 days from when people delete their accounts



GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH0006856

 Closing

GHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY