# Proposed Redacted Version of Exhibit 17 (Dkt. No. 1154-18)

# EXHIBIT 17

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

CONFIDENTIAL

Page 1

1           UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4   IN RE META PIXEL HEALTHCARE   ) Case No.  3:22-cv-3580-WHO (VKD)
    LITIGATION                    )
5                                 )
    _____)
6                                 )
    This Document Relates to:     )
7   All Actions.                  )
    _____)
8
9     CONFIDENTIAL 30(b)(6) DEPOSITION OF PUSHKAR TRIPATHI
10                 Palo Alto, California
11                 Tuesday, May 13, 2025
12
13
14            REPORTED BY: Derek L. Hoagland
15                   CSR No. 13445

CONFIDENTIAL

```
                                                              Page 2
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4   IN RE META PIXEL HEALTHCARE   ) Case No.  3:22-cv-3580-WHO (VKD)
     LITIGATION                    )
 5                                 )
     _____ )
 6                                 )
     This Document Relates to:     )
 7   All Actions.                  )
     _____ )
 8
 9
10
11   Videotaped 30(b)(6) Deposition of PUSHKAR TRIPATHI,
12   taken before Derek L. Hoagland, a Certified Shorthand
13   Reporter for the State of California, commencing at 9:42
14   a.m., Tuesday, May 13, 2025, at Gibson Dunn & Crutcher
15   LLP, 310 University Avenue, Palo Alto, California 94301.
16
17
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES:
 2
 3   COUNSEL FOR PLAINTIFFS
     TERRELL MARSHALL LAW GROUP
 4   936 North 34th Street
     Suite 300
 5   Seattle, Washington 98103
     BY:   RYAN TACK-HOOPER, ESQ.
 6         206.816.6603
           rtack-hooper@terrellmarshal.com
 7
     -- AND --
 8
     SIMMONS HANLY CONROY
 9   One Court Street
     Alton, Illinois 62002
10   BY:   ERIC JOHNSON, ESQ.
           314.800.5378
11         ejohnson@simmonsfirm.com
12
     COUNSEL FOR META
13   GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
14   New York, New York 10166-0193
     BY:   DARCY C. HARRIS, ESQ.
15         212.351.4000
           dharris@gibsondunn.com
16
     -- AND --
17
     GIBSON DUNN & CRUTCHER LLP
18   One Embarcadero Center
     Suite 2600
19   San Francisco, California 94111
     BY:   MATTHEW REAGAN, ESQ.
20         415.393.8265
           mreagan@gibsondunn.com
21
22   ALSO PRESENT
     CARRIE BODNER IN-HOUSE COUNSEL FOR META
23   SHAWNA HYNES, VIDEOGRAPHER
24
25
```

Page 37

```
 1            THE DEPONENT:  Feature teams can operate on
 2   either side of UP2X in this description.
 3   BY MR. TACK-HOOPER:
 4   Q.         ▮▮▮▮▮▮▮▮▮▮▮▮     which is the -- is the input
 5   table for the ▮▮▮▮▮▮▮▮, right?
 6            MS. HARRIS:  Object to form.  Assumes facts.
 7   Leading.
 8            THE DEPONENT:  Yes, that is correct.
 9   BY MR. TACK-HOOPER:
10   Q.       And are events in that table ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11   ▮▮▮▮
12            MS. HARRIS:  Object to form.  Vague.
13            THE DEPONENT:  No.
14   BY MR. TACK-HOOPER:
15   Q.       Are they labeled by ▮▮▮▮▮▮▮▮▮
16            MS. HARRIS:  Object to form.  Vague.
17            THE DEPONENT:  Events in that table have a
18   column called ▮▮▮▮▮▮▮▮▮
19   BY MR. TACK-HOOPER:
20   Q.       Okay.  Why does meta assign a ▮▮▮▮▮▮▮▮ to
21   those events as it relates to the ▮▮▮▮▮▮▮▮▮
22            MS. HARRIS:  Object to form.  Assumes facts.
23   Vague.
24            THE DEPONENT:  This is done by a team upstream
25   of our work flow.  I am not an expert on how they
```

Page 98

1  all.
2  BY MR. TACK-HOOPER:
3  Q.     Okay.  Let's talk about ▇▇▇▇▇▇.  Is
4  ▇▇▇▇▇▇ the input for ▇▇▇▇▇▇
5         MS. HARRIS:  Object to form.  Vague.
6         THE DEPONENT:  Yes, ▇▇▇▇▇▇ consumes
7  ▇▇▇▇▇▇.
8  BY MR. TACK-HOOPER:
9  Q.     Are there other inputs to ▇▇▇▇▇▇?
10        MS. HARRIS:  Object to form.  Assumes facts.
11        THE DEPONENT:  Yes.  There are two versions of
12 ▇▇▇▇▇▇.
13 BY MR. TACK-HOOPER:
14 Q.     What is the other version?
15        MS. HARRIS:  Object to form.  Vague.  Assumes
16 facts.
17        THE DEPONENT:  ▇▇▇▇▇▇ can be executed
18 in one of two forms, either in a ▇▇▇▇▇▇
   ▇▇▇▇▇▇     ▇▇▇▇▇▇
   ▇▇▇▇▇▇le -- as a
21 ▇▇▇▇▇▇
   ▇▇▇▇▇▇
23 BY MR. TACK-HOOPER:
24 Q.     You just said in your answer that it ▇▇▇▇▇▇
   ▇▇▇▇▇▇

Page 99

1  ▮▮▮▮▮▮▮.  Did you mean ▮▮▮▮▮
2  A.     Yeah.
3  Q.     ▮▮▮▮▮▮▮▮▮▮▮▮▮?
4  A.     Yes.  To restate, just to avoid confusion, there
5  are two versions of ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
9  Q.     And am I right to understand that a -- the
10 difference between a scribe stream and the normal hive
11 table is the frequency with which it is updated?
12        MS. HARRIS:  Object to form.  Vague.  Assumes
13 facts.
14        THE DEPONENT:  A scribe stream is a
15 pseudo-realtime version of the data where the data is
16 streamed, whereas a hive table is a copy of the data
17 that is updated periodically.  It's updated
18 incrementally periodically.
19 BY MR. TACK-HOOPER:
20 Q.     And so if there's a scribe version of ▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮, does that also mean that the ▮▮▮▮▮▮
22 processors may output to either the hive version of
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or the scribe version?
24        MS. HARRIS:  Object to form.  Compound.  Outside
25 the scope.

Page 100

1  THE DEPONENT: ▮▮▮▮▮▮▮ can be executed
2  similarly in one of two ways, either as a batch
3  processor -- as a batch pipeline or as a streaming
4  pipeline.
5  BY MR. TACK-HOOPER:
6  Q.    Why have both systems?
7  MS. HARRIS: Object to form. Vague. Outside
8  the scope.
9  THE DEPONENT: These systems exist so that we
10 can capture fast-moving data and be responsive to users'
11 recent actions, and at the same time, have the ability
12 to run slower processing, which can be done in a batch
13 pipeline.
14 BY MR. TACK-HOOPER:
15 Q.    So is it the nature of the processing that
16 determines whether an engineer would choose the scribe
17 table as the input, or the hive table?
18 MS. HARRIS: Object to form. Vague. Compound.
19 THE DEPONENT: I think the framing is a little
20 bit incorrect. It's not that the engineer chooses to
21 implement the scribe table or the hive table. The
22 engineer will choose where they want their processors to
23 run and how their featurization would work. Based on
24 this choice, they will implement their code or enable
25 their code in either of these pipelines.

```
                                                      Page 118
 1         MS. HARRIS:  Object to form.  Vague.  Compound.
 2   Assumes facts.  Outside the scope.
 3         THE DEPONENT:  I'm not sure how this data is
 4   used or whether those columns are currently populated.
 5   BY MR. TACK-HOOPER:
 6   Q.    But do you have an understanding of whether
 7   █████ means that that data now goes to some other
 8   table?
 9         MS. HARRIS:  Object to form.  Vague.  Assumes
10   facts.
11         THE DEPONENT:  Need not be true.  There could be
12   many reasons why something is marked as █████
13   BY MR. TACK-HOOPER:
14   Q.    Does it have a meaning that's different from
15   deprecated?
16         MS. HARRIS:  Object to form.  Vague.  Outside
17   the scope.
18         THE DEPONENT:  I'm speculating here based on
19   what the person who wrote that code decided.  I believe
20   they were used interchangeably.
21   BY MR. TACK-HOOPER:
22   Q.    Several tables begin with a prefix
23   █████████  What does that table prefix indicate?
24         MS. HARRIS:  Object to form.  Vague.
25         THE DEPONENT:  I don't have a firm understanding
```

```
                                                       Page 119
```

1  of ▮▮  We had looked at this, but I don't have a clear
2  view of what ▮▮ means and how it's derived.  We did
3  some due diligence on this table, but we couldn't figure
4  it out.
5  BY MR. TACK-HOOPER:
6  Q.     At any given time, are all of the tables in the
7  hive part of some production pipeline?
8          MS. HARRIS:  Object to form.  Vague.  Assumes
9  facts.  Outside the scope.
10         THE DEPONENT:  No.
11  BY MR. TACK-HOOPER:
12  Q.     You might have a hive table that was created for
13  the purpose of testing a feature that's not in
14  production, right?
15         MS. HARRIS:  Object to form.  Vague.  Improper
16  hypothetical.  Calls for speculation.  Outside the
17  scope.
18         THE DEPONENT:  There are many reasons why there
19  could be tables in the warehouse which are no longer
20  used in production.
21  BY MR. TACK-HOOPER:
22  Q.     Do you know what proportion of the tables are no
23  longer used in production?
24         MS. HARRIS:  Object to form.  Outside the scope.
25         THE DEPONENT:  No.  I don't have this number off

CONFIDENTIAL

Page 132

1           REPORTER'S CERTIFICATE
2
3    STATE OF CALIFORNIA        )   ss.
4    I, DEREK L. HOAGLAND, CSR #13445, State of California,
5    do hereby certify:
6    That prior to being examined, the witness named in the
7    foregoing proceeding was by me sworn to testify to the
8    truth, the whole truth and nothing but the truth;
9    That said proceeding was taken down by me by stenotype
10   at the time and place therein stated and thereafter
11   transcribed under my direction into computerized
12   transcription.
13   I further certify that I am not of counsel nor attorney
14   for nor related to the parties hereto, nor am I in any
15   way interested in the outcome of this action.
16   In compliance with section 8016 of the Business and
17   Professions Code, I certify under penalty of perjury
18   that I am a certified shorthand reporter with license
19   number 13445 in full force and effect.
20   Witness my hand this 27th day of May, 2025.
21
22
                         _____
23                         DEREK L. HOAGLAND, CSR #13445
24
25

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE LITIGATION

Case No. 22-cv-03580

ERRATA SHEET FOR THE TRANSCRIPT OF THE MAY 13, 2025, DEPOSITION OF PUSHKAR TRIPATHI

| Page(s) | Line(s) | Change | Reason |
| --- | --- | --- | --- |
| 62 | 14 | FROM: Mega<br><br>TO: Meta | Mistranscription |
| 62 | 16 | FROM: Mega<br><br>TO: Meta | Mistranscription |
| 63 | 2 | FROM: had<br><br>TO:  that | Mistranscription |
| 68 | 21 | FROM: gender<br><br>TO: general | Mistranscription |
| 95 | 11 | FROM: frame<br><br>TO: framework | Mistranscription |
| 98 | 7 | FROM: past<br><br>TO: █████ | Mistranscription |
| 99 | 6 | FROM: past<br><br>TO: █████ | Mistranscription |
| 101 | 3 | FROM: zip EDB<br><br>TO: ZippyDB | Mistranscription |
| 101 | 7 | FROM: the PDB<br><br>TO: ZippyDB | Mistranscription |
| 101 | 21 | FROM: the PDB<br><br>TO: ZippyDB | Mistranscription |
| 102 | 1 | FROM: zip EDB<br><br>TO: ZippyDB | Mistranscription |

1

| 102 | 6 | FROM: zep EDB<br><br>TO: ZippyDB | Mistranscription |
| --- | --- | --- | --- |
| 102 | 10 | FROM: the PDB<br><br>TO: ZippyDB | Mistranscription |
| 103 | 5 | FROM: past<br><br>TO: ▮ | Mistranscription |
| 103 | 24 | FROM: leading<br><br>TO: reading | Mistranscription |
| 113 | 7 | FROM: a<br><br>TO: ad | Mistranscription |

## CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Signed by: *Pushkar Tripathi*
7F4D51A59889408...

Pushkar Tripathi

26-Jun-2025 | 10:33 PM BST

Date