# Proposed Redacted Version of Exhibit 19 (Dkt. No. 1154-19)

# EXHIBIT 19

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# Updates from Personalization team - April 30

## Progress updates

### Feature dev efficiency Xiaoyu

- Feature Resource Management:
  - Brought capacity under quota through one-time reaping
  - Introduced 
    - Guideline v1 is done
    - Basic tooling in place
- ███████████

### Systems Jaehyun

- Objective/scope:
  - Build next generation personalization platform
  - Improvement of dev efficiency within personalization
  - Improve and maintain personalization infra system health

- Updates on key results:
  - Provide templates and runbook for onboarding a new data source (Progress: 60%)
  - 
    (Progress: 50%)
  - Properly set up monitoring system, alerts, tests (Progress: 50%)
  - Prevent ██████████████ ████████ ████ ██████████ (Goal: at most 2 reverts. Current: 1 revert.)
- Key results so far:
  - Onboard 3 new data sources for user understanding to support ad score goal from new signals, using the new ███████████ (Progress: 100%)
  - Complete migration of the Python versions of legacy pipelines
    - ██████ (Progress: 100%)
    - ████████ (Progress: 100%)
    - ██████ (Progress: 42%)
  - Clear history migration (Progress: 100%)

### New signals Xiangyu

- Objective: Understand and realize the value from new data sources
- Findings: (with Chen, Minghai, Bella, Kapil, Yiwen)
  - Onboard new data sources through ████ ████████ : IAB, marketplace search, app events, user engaged ads
  - ████████████ ████ ████████████ (IAB token, marketplace search query, app events brand and category, user engaged ads domain / brand / category)
  - Features were proposed for ████ ██████ ████ ███ ██ ████ ██████ ████ ██████ ████ ███████

### ██████ representation Xiangyu

- Motivation
  - Deeply understand users from all the data sources and effectively represent user profile with techniques
- Findings: (with Minghai, Louisa)
  - Further differentiate user is helpful. For example, the 
  - Both short term and long term ██████ ████ ████████ are helpful. We need both realtime ████ ██ ██
  - The importance of different pixel events are different. Event type in pixel is important. For example,

SubscribedButtonClick is the most powerful event type, with large calibration gap and decent coverage.

### Query-based matching Jie Chen Liang



- Ad side signals
  - ○
- User side signals
  - ○
- Embedding retrieval
  - ○ Started QRT to check online performance
  - ○ Running

### Delivery insights Yunlong, Srinidhi



- Objective/scope:
  - ○ QRT Understanding and Dedicated Metrics for Personalization
  - ○ Headroom Estimation and Opportunity Sizing for Personalization
  - ○ Personalization factor Understanding and Model Interpretability
- Diving deeper into specific areas revealed by

- Ting-Po's analysis shows
- New metrics for evaluate feature
  - ○ fixed bugs

### HIGH INTENT ▮▮▮ and Verticalization Dingxiong

- Objective:
  - ○ Correct calibration for ▮▮▮▮▮▮▮.
  - ○ Deeply specialize ads delivery based on verticals (▮▮▮, or advertisers).
- Dingxiong will provide this in the tech talk.

### Tech talk

Dingxiong and Srikanth to provide the material

---

# Q1 Updates from Personalization team

## Progress updates

## Feature dev efficiency <u>Xiaoyu</u>

- Feature Resource Management:
  - Brought capacity under quota through one-time reaping
  - Introduced feature review committee
    - Guideline v1 is done
    - Basic tooling in place
- ███ █████ ██████ showing that we can improve our ███ ████ ███ ██



## Systems <u>Jaehyun</u>

- Objective/scope:
  - Build next generation personalization platform
  - Improvement of dev efficiency within personalization
- Redesigned ██████ to generalize to other data sources
  - Powering new data sources: IAB, marketplace search, app events
  - Integrated with █████
  - Integration with █ in progress
- ███████████████████████████
- Clear history migration complete

## New signals <u>Xiangyu</u>

- There are abundant data sources other than pixel that could capture ███ / interest. ██ █ █ ████ (with Bella, Chen, Jaehyun, Kapil, Minghai, Quan, Yifei, Yiwen)
  - Ads ████████████████████████
    - ████████████████████████
  - IAB (in-app browser): Large volume, new data source
    - ██
  - Marketplace search: Search event is ████ Besides pixel search, marketplace search is another major source with strong ████████████████████
  - Mobile app events: Identified ████ for app events with product information, ~███████████
    - Brand / category feature: ████████████████████
  - IG profiles: ███████ matching traffic

## ████ representation <u>Xiangyu</u>

- Motivation
  - Deeply understand users from all the data sources and effectively represent user profile with techniques
- Findings: (with Minghai, Louisa)
  - Both ████████████ are helpful
  - Identified some event type with ███████████████
  - ██████████████████████████



## Query-based matching <u>Jie</u> <u>Chen Liang</u>

- Ad side signals



- User side signals
    - Implemented and proposed ███ and ████ ███ features.
    - Onboard marketplace search query features
- ██ retrieval
    - Finished ████
    - Working on ███ ███

## Delivery insights Yunlong

- Objective/scope:
    - QRT Understanding and Dedicated Metrics for Personalization
    - Headroom Estimation and Opportunity Sizing for Personalization
    - Personalization factor Understanding and Model Interpretability
- Completed ███ ██ ███ ███ ███████
- Main findings include potential for ███ ██ing. Critical components of ██ ██ (i.e. ███.
- We should consider ███ ██████████████ ████
  ██ ██

## Verticalization Yunnan

- Objective:
    - Deeply specialize ads delivery based on verticals ██ ██, or advertisers.
- Dingxiong will provide this in the tech talk.

## Tech talk

Dingxiong and Srikanth to provide the material

Contact Support

# Conversation History

**Quipbot#23** left the thread *Nov 22 at 6:52 pm*



**Quipbot#23** *Nov 22 at 6:47 pm*

====IMPORTANT====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

████████████████

**Questions?**

Visit the Quip2Google Migration Feedback Group ████████████ ...).

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

PIXEL_HEALTH000660829

————

**Quipbot#23** added Quipbot#23 to the thread *Nov 22 at 6:51 pm*

————

**Quipbot#23** added you to a document *Nov 22 at 6:46 pm*

**Qiao Yang** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lıbeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga

Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Jul 24, 2019 at 1:34 pm*

────────

**Huajing Li** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii,

Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *May 22, 2019 at 9:48 am*

———

**Dianshi Li** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Asao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkami, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash,

    PIXEL_HEALTH000660832

Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *May 17, 2019 at 3:02 am*

———

**Jie Tang** edited *Apr 30, 2019 at 9:26 pm*

- Proposed to MC
- Going through ████ ███ █████

———

**Yunlong He** edited *Apr 30, 2019 at 9:10 pm*



- Improving ██████ workflow
- New metrics for evaluate feature
  - fixed bugs ████████ ████ ██ ███ ████

———

**Ting-Po Lee** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yueheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yamxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lzzarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan

Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 30, 2019 at 8:04 pm*

————

**Kapil Dalwani** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit

Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 30, 2019 at 7:13 pm*

———

**Bing Hu** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert

Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 30, 2019 at 6:52 pm*

————

**Chen Liang** edited *Apr 30, 2019 at 6:54 pm*



**Jie Tang** edited *Apr 30, 2019 at 6:20 pm*



————

**Srinidhi Viswanathan** edited *Apr 30, 2019 at 7:18 pm*





- Ting-Po's analysis shows ███████████████████████████████████████
- Improving ████████████.
- Main findings include ████████████████████████████████████████████

———————

**Dingxiong Deng** edited *Apr 30, 2019 at 6:08 pm*

○ Correct ████████████████████████.

———————

**Jaehyun Park** edited *Apr 30, 2019 at 5:41 pm*



○ Improve and maintain personalization infra system health

- Updates on key results:
  ○ Provide templates and runbook for onboarding a new data source (Progress: 60%)
  ○ ███████████████████████████████████████████████.
  (Progress: 50%)
  ○ Properly set up monitoring system, alerts, tests (Progress: 50%)
  ■ ██████████████████████ (Goal: at most 2 reverts. Current: 1 revert.)
- Key results so far:
  ○ Onboard 3 new data sources for user understanding to support ad score goal from new signals, using the new
  ████████████ (Progress: 100%)
  ○ Complete migration of the Python versions of legacy pipelines
  ■ ████████ (Progress: 100%)
  ■ ████████ (Progress: 100%)
  ■ ████████ (Progress: 42%)
  ○ Clear history migration (Progress: 100%)

———————

**Xiangyu Wang** edited *Apr 30, 2019 at 7:17 pm*

- Objective: Understand and realize the value from new data sources
- Findings: (with Chen, Minghai, Bella, Kapil, Yiwen)
  ○ Onboard new data sources through ████████: IAB, marketplace search, app events, user engaged ads
  ○ ████████████████████████████ (IAB token, marketplace search query, app events brand and category, user engaged ads domain / brand / category)
  ○ ████████ ██████ ████ ███ ██ ████ ███████ ████ █████
  ○ Further differentiate user is helpful. For example, ██████████████████ ████████████
  ████████████████████████████████████████████
  ■ ████████████████████████████████████████
  ○ The importance of different pixel events are different. Event type in pixel is important. For example, SubscribedButtonClick is the most powerful event type, with large calibration gap and decent coverage.

———————

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    PIXEL_HEALTH000660837

**Sri Reddy** *Apr 30, 2019 at 1:16 pm*

cc Yunnan If you want to cover any other updates.

———

**Sri Reddy** *Apr 30, 2019 at 1:15 pm*

Hi team, Apologies for the last minute ask. We need to provide a ~8minute update on OKRs in ML Algo team meeting today. We can use this quip from Jaehyun at the end of Q1. cc Xiaoyu, Jaehyun, Xiangyu, Jie, Chen, Srinidhi, Dingxiong

———

**Sri Reddy** renamed Q1 Updates from Personalization team to Updates from Personalization team - April 30 *Apr 30, 2019 at 1:09 pm*

———

**Sri Reddy** edited *Apr 30, 2019 at 1:06 pm*

# Updates from Personalization team - April 30

## Progress updates

### Feature dev efficiency Xiaoyu

- Feature Resource Management:
    - Brought capacity under quota through one-time reaping
    - Introduced feature review committee
        - Guideline v1 is done
        - Basic tooling in place
- :

### Systems Jaehyun

- Objective/scope:
    - Build next generation personalization platform
    - Improvement of dev efficiency within personalization
- Redesigned ████████ to generalize to other data sources
    - Powering new data sources: IAB, marketplace search, app events
    - Integrated with batch and realtime GFF
    - Integration with █ in progress
- Deprecated Python version ████ ███ and ████████
- Clear history migration complete

### New signals Xiangyu

### ████ representation Xiangyu

- Motivation
    - Deeply understand users from all the data sources and effectively represent user profile with techniques
- Findings: (with Minghai, Louisa)

### Query-based matching Jie Chen Liang

- Ad side signals
- User side signals
- ████ ████

### Delivery insights Yunlong, Srinidhi

- Objective/scope:

- o QRT Understanding and Dedicated Metrics for Personalization
- o Headroom Estimation and Opportunity Sizing for Personalization
- o Personalization factor Understanding and Model Interpretability

## HIGH INTENT EVENTS and Verticalization Dingxiong

- Objective:
  - o Deeply specialize ads delivery based on verticals (  or advertisers).
- Dingxiong will provide this in the tech talk.

## Tech talk

Dingxiong and Srikanth to provide the material

**Sri Reddy** *Apr 17, 2019 at 9:25 pm*

**Sri Reddy** added you to a document *Apr 17, 2019 at 9:25 pm*

**Sri Reddy** added you to a document *Apr 17, 2019 at 9:25 pm*

**Sri Reddy** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jecey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sherg Peng, Layla Poumajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarehana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal,

Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 17, 2019 at 9:25 pm*

————

**Sri Reddy** moved the document to the folder Weekly Updates *Apr 17, 2019 at 9:25 pm*

————

**Yunnan Wu** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou,

Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 8, 2019 at 8:38 pm*

————

**Xiao Cheng** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek

Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 10:13 pm*

————

**Zuobing Xu** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana

Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dnytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 10:08 pm*

———

**Minghai Chen** edited *Apr 2, 2019 at 10:07 pm*



- o Identified some event type with

———

**Chen Liang** edited *Apr 2, 2019 at 10:10 pm*

- o Search phrase
- o was launched in
- o
  - ▪ launched in
  - ▪ going through QRT for other major



———

**Xiangyu Wang** edited *Apr 2, 2019 at 10:06 pm*



- There are abundant data sources other than pixel that could capture [redacted] interest. [redacted] (with Bella, Chen, Jaehyun, Kapil, Minghai, Quan, Yifei, Yiwen). Developed the [redacted]
  - o Ads: Major source and explore semantic features are under explored.

———

**Minghai Chen** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duyga Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He,

Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuhang Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Tang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 10:05 pm*

———

**Jaehyun Park** edited *Apr 2, 2019 at 10:03 pm*

- ○ Powering new data sources: IAB, marketplace search, app events, and more.
- ○ Integrated with ███████████████████
  - ■ IAB ███████████████████
- ○ Marketplace search: Search event is ███████. Besides pixel search, marketplace search is another major source with strong ████ ████
  - ■ Marketplace search Search query ██████████████████████████
- ○ Mobile app events: Identified ███████ for app events with product information, █████████ ██████



ctr

Xiaoyu Chen edited *Apr 2, 2019 at 9:41 pm*



Xiangyu Wang edited *Apr 2, 2019 at 9:46 pm*

- There are abundant data sources other than pixel that could capture ██ ██ / interest. ██ █ █ ██ ██
  ██ █ (with Bella, Chen, Jaehyun, Kapil, Minghai, Quan, Yifei, Yiwen) ████
  ████
  - o Ads: Major source and semantic features are under explored.
    - ▪ User engaged ads factor feature (click / offsite conv event type, Non-engagement, imp / click / conv event type breakdown): user…
    - ▪ feature
  - o Marketplace search: Search event is ██ ██. Besides pixel search, marketplace search is another major
    source with ████ ██████████████ ███ ██ ██ ▪
  - o Mobile app events: Identified ████ for app events with product information, ████ ███
    ██ ██ ██ ██
    - ▪ Mobile app events brand / category feature: ▬ █ ███ ██ ██ ██
  - o IG profiles: ██████████ matching traffic
- Developed the ████
  - o Marketplace search query ████ ████████████ █ ██ ██
    ██ ██
  - o Mobile app events brand / category feature ▶ █ ██ █ ███ █ █ ██ ██ █ ██ █ █
    ████
  - o Deeply understand users from all the data sources and effectively represent user profile with techniques
  - o Effectively represent user profile with techniques to help deliver meaningful ads (user persona, ██ ██
    ██ ██ ██ █ )

Jaehyun Park edited *Apr 2, 2019 at 9:50 pm*
(for the April 2 ML algo team meeting)

- Objective/scope:
  - o Build next generation personalization platform
  - o Improvement of dev efficiency within personalization

- Objective/scope:
  - o QRT Understanding and Dedicated Metrics for Personalization
  - o Headroom Estimation and Opportunity Sizing for Personalization
  - o Personalization factor Understanding and Model Interpretability

- Objective:
  - o Deeply specialize ads delivery based on verticals ██ ██, or advertisers).
- Dingxiong will provide this in the tech talk.

**Organic data Yunnan**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PIXEL_HEALTH000660845

**Bella Shi** edited *Apr 2, 2019 at 8:33 pm*

**Bella Shi** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and

Yuting Wang *Apr 2, 2019 at 8:30 pm*

————

**Xiangyu Wang** enabled link sharing · View/Edit *Apr 2, 2019 at 8:35 pm*

————

**Apurva Jadhav** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 6:52 pm*

———

**Xiaoyu Chen** edited *Apr 2, 2019 at 6:57 pm*

- Guideline v1 is done
- Basic tooling in place



———

**Xiangyu Wang** edited *Apr 2, 2019 at 8:19 pm*

- Please add concise progress updates for Q1.
- There are abundant data sources other than pixel that could capture ███ ███ / interest. ███ ███ ███ ███ ███ ███ (with Bella, Chen, Jaehyun, Kapil, Minghai, Quan, Yifei, Yiwen)
  - Ads: Major source and semantic features are under explored
  - IAB (in-app browser): Large volume, new data source
  - Marketplace search: Search event is ███ ███ ███. Besides pixel search, marketplace search is another major source with strong ███ ███
  - Mobile app events: Identified ███ ███ for app events with product information, ███ ███ ███
  - IG profiles: ███ ███ ███ ███
- Developed the ███ ███
  - User engaged ads factor feature (click / offsite conv event type, Non-engagement, imp / click / conv event type breakdown): user impression ads category is selected in ███ ███ ███ ███ ███ ███
  - IAB ███ ███
  - Marketplace search query ███ ███ ███ ███ ███ ███ ███ ███
  - Mobile app events brand / category feature ███ ███ ███ ███ ███ ███ ███ ███
- Please add concise progress updates for Q1.
- Motivation
  - Deeply understand users from all the data sources
  - Effectively represent user profile with techniques to help deliver meaningful ads (user persona, ███ ███ ███ ███)
- Findings: (with Minghai, Louisa)
  - Both ███ ███ are helpful
  - Identified ███ ███ ███ ███ ███ (SubscribedButtonClick, AddToCart, InitiateCheckout, Lead, AddToWishlist, ViewCategory, EventSegment): ███ ███ ███ ███
  - Whether user has ███ is important ███ ███ ███ ███ ███ e.g., ███ ███ ███ ███ ███ ███

———

**Jaehyun Park** edited *Apr 2, 2019 at 5:30 pm*

## Personalization platform Systems Jaehyun

- 
- Clear history migration complete
- Please add concise progress updates for Q1 Dingxiong will provide this in the tech talk.

---

**Chen Liang** edited *Apr 2, 2019 at 5:32 pm*



- ○ Search phrase was launched in ███ and is going through QRT for major ███
- User side signals
  - ○ Query Implemented and propose ███
  - ○ Onboard marketplace search query features

---

**Yunlong He** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chanzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Q, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit

Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Amirul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Xinghai Hu, Yunchen Pu, Gaurav Bang, Slike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiewei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 4:56 pm*

———

**Srinidhi Viswanathan** edited *Apr 2, 2019 at 4:48 pm*



- Please add concise progress updates for Q1.
- Completed ████████ ████ ██ ████ ████ ██ █████
- Main findings include ████ ██ ████████ ████ ██ ████ ████ ██████ ██ ████
- We should consider using ████ ██ ████ ████ ██ ████ ████ ██ ████████ ████ ██ ████ █████ .

———

**Chen Liang** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Arand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang,

Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Q, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdornskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 3:48 pm*

---

**Jie Tang** edited *Apr 2, 2019 at 3:45 pm*

### Query-based matching Jie Chen Liang

- Please add concise progress updates for Q1.
- Ad side signals



- User side signals
  - Query expansion
- ▓▓▓ retrieval
  - Finished ▓▓▓▓
  - Working on ▓▓▓

---

**Xiaoyu Chen** edited *Apr 2, 2019 at 6:30 am*

- Feature Resource Management:
  - Brought capacity under quota through one-time reaping
  - Introduced feature review committee
- Feature ▓▓▓ ▓:
  - ○
- Please add concise progress updates for Q1.

---

**Srikanth Grandh**e opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan,

Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Greciu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 2, 2019 at 2:40 am*

———

**Dingxiong Deng** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan

Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Tang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Sławomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 1, 2019 at 10:19 pm*

————

**Xiaoyu Chen** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick

Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 1, 2019 at 9:55 pm*

———

**Xiangyu Wang** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000660884

Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxm Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Dan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 1, 2019 at 9:49 pm*

————

**Jie Tang** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong,

Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, ChunIi Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Srinidhi Viswanathan, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hao Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 1, 2019 at 9:47 pm*

───────

**Srinidhi Viswanathan** opened your conversation with Ricardo Brums, Spencer Beecher, Martin Kosiba, Abhishek Kumar, Satya Satyavarta, George Kamps, Santanu Kolay, Badri Narayan Bhaskar, Deepak Tiwari, Marko Velic, Ning Li, Wenjie Yang, Lei Chen, Chenglin Lu, Zhilan Zweiger, Shuai Liu, Nkosi Sharpe, Sri Reddy, Bin Xu, Jennifer Cao, Nicolas Ponieman, Hasta Vanchinathan, Sachin Padmanabhan, Clayton Jones, Shuting Wang, Chunzhi Yang, Damien Lefortier, Fangjing Wu, Shuo Sun, Alireza Vahdatpour, Yu Ning, Amey Dharwadker, Govind Kabra, Nicholas Wong, Junbiao Tang, Benny Chen, Hong Li, Jamie King, Vickie Zhang, Ethan Xuan, Jeff Kerzner, Xiaoyu Chen, Youhan Sun, Vahid Jalali, Kripa Mohan, Suvrat Joshi, J. Mark Hou, Marcel Meeh, Rocky Liu, Andrey Malevich, Yiwen Chen, Liliya Belaus, Sharon Yu, Chihoon Lee, Ying Zhang, Duygu Akkaya, Yan Zhao, Kun-Han Lee, Kestutis Patiejunas, Derrick Williams, Sid Banothu, Slavik Krassovsky, Rami Mahdi, Jacey Zhang, Hao Zhang, Ou Jin, Andrei Tereskin, Junfeng He, Xiaohan Wei, Mike Reed, Giovanni Ge, David Capel, Bonnie Bowes, Amit Madaan, Colin Taylor, Siyu Yao, Wenlin Chen, Justin Charlap, Jiaxin Cao, Santhosh Krishnan Ramani, Xiao Cheng, Yunnan Wu, Kawarjit Bedi, Frank Jiang, Pingyang He, Pavan Kumar Paalya Chandrashekar, Raisah Aziz, James Williamson, Trent Kyono, Mengxue Liu, Karthik Prasad, Yuan Zhong, Sahana Vasanth, Eugene Nho, Xirui Liu, Sukhesh Miryala, Yucheng Liu, Qiao Yang, Sheng Peng, Layla Pournajaf, Erik Vandekieft, Angli Liu, Adam Shajnfeld, Pengyao Chen, Ken Ling, Yixuan Chen, Fei Tian, Gaoxiang Liu, Ronak Parekh, Valentin Khrulkov, Irene

PIXEL_HEALTH000660886

Liu, Kai Sun, Weiwei Ying, Greg Seguin, Yang Pei, Ashish Shenoy, Amir Khoshaman, Aubin Sanyal, Yuheng Huang, Yucheng Zhu, Yixing Wang, John Wang, Yifu Zhao, Bo Wu, Andreas Ferstad, Chunli Fu, Ellie Wen, Dennis Krut, Jane Byon, Edwin Zhang, Yiqi Chen, Jiang Liu, Sasha Pivovarov, Fangyu Zou, Hossam Mossalam, Greg Schechter, Praty Sharma, Eric Landgrebe, Amy Colby, Yanxi Pan, Yidi Wang (Analytics), Alan Li, Ruochen Liang, Chuan Liu, Nitin Panjwani, Amisha Jaiswal, Fei Xie, James Shepherd, Mahaveer Jain, Hao Huang (Music), Zhangyuan Wang, Zubair Mughal, Huajing Li, Bingrong Pu, Tanmoy Chakraborty, Lixing Huang, Mircea Grecu, Mehdi Mirzazadeh, Jian Huang, Manjunatha Jagalur Nagendrappa, Beibei Zhu, Zhongmou Li, Atul Goyal, Carter Sibley, Shupin Mao, Brad Phaisan, Sergii Novotarskyi, Xue Zhang, Keren Tan, Hao Guo, Yu Guo, Kooshiar Azimian, Le Fang, Hang Li (Ads CoreML), Artem Volkhin, Joseph Chen, Rui Zhang, Oana Ciocioman, Hitesh Yalamanchili, Javier Rey, Peggy Yao, Sunil Kumar Padda, Amber Timmington, Wiebke Krasting, Dianshi Li, Wei Shao, Maliena Guy, Ruben Sipos, Jie Xiong, Madhura Sengupta, Tianshi Gao, Min Li, Yue Zhang, Alex Cheparukhin, Louisa Wang, Chonglin Sun, Wenjian Hu, Ameya Raul, Tiangao Gou, Ford Bohrmann, Yunfeng Li (Ads Infra), Harsh Doshi, Mogeng Yin, Darya Arbuzova, Ashwin Bahulkar, Darshan Kantak, Daniel Harvey, Amy Lee (Product Marketing), Levent Ertoz, Peter Herbrich, Yang Lu, Lin Wang, Don van der Drift, Florian Raudies, Valeri Alexiev, Conway Zhu, Swetha Balasubramanian, Romain Moisescot, Fan Yuan, Henry Chen, Zheng Chen, Eynat Rafalin, Wei Yang, Nazneen Mehta, Sameer Pawar, Yan Li, Yifei Zhang, Albin Jones, Vighnesh Avadhani, Louise Watson, Goran Predovic, Mengqiao Yu, Wei Hong, Vibhor Rastogi, Sean Gahagan, Tigran Hakobyan, Vibha Sinha, Prashanth Bandaru, Glan Thomas, Yatharth Saraf, Booker Gong, Oliver Zeldin, Chenyue Meng, Ben Wang, Jennifer Yan, Guang-Tong Zhou, David Lapayowker, Zuobing Xu, Ananth Subramaniam, Victor Moura, Gary Zheng, Mani Abrol, Aditya Ranade, Peng Sun (Ads Infra), Ting-Po Lee, Maria Tsimpoukelli, Abhinav Anand, Roman Shapovalov, Changgeng Li, Nicole Stutz, Gyanit Singh, Allen Lee, I-Ta Lee, Yongjie Lin, Piyush Bansal, Xuanting Cai, Mahesh Srinivasan, Jiantao Wu, Joe Gasperetti, James Tang, Dominique Van de Sompel, Jarrid Rector-Brooks, Kevin Xiao, Nidarchana Gunasekar Amudha, Maciej Lazarewicz, Thong Le, Daniel Vasile, Derrick Williams (Legal), Daniel Yang, Sameer Menon, Bin Gao, Uladzimir Pashkevich, Zeliang Chen, Cristina Scheau, Yewen Fan, Youzhong Wang, Karl Gyllstrom, Yujiao Zhou, Dingxiong Deng, Huihui Wang, Quan Zhou, Bob Marshall, Xinyang Feng, Yi Liu, Cathy Lee, Jen Solyanik, Tania Yu, Hai Wang, Siyan Lin, Bharathipriyaa Thangamani, Aashu Singh, Pushkar Tripathi, Aditya Kulkarni, Sushma Bannur, Vijay Ramachandran, Abhishek Agarwal, Xiaowen Ding, Pengfei Mi, Sina Jafarpour, Lei Wang (instagram), Xin Zhuang, Marcin Kwiatkowski (PE), Arpit Sood, Mattias Karlsson, Cong Chen, Yufan Liu, Kun Dong, Bhavin Manek, Sydney Decoto, Pengjun Pei, GP Musumeci, Huida Qiu, Diana Laguna, Qing Li, Bryan Yu, Guillaume Noziere, Meher Kalyan Chakravarthy Chitti, Puneet Sharma, Fangbo Zhang, Robert Maschal, Gurpreet Sachdev, Weiwan Liu, Ahmed Thabet, David Amsallem, Nicholas Ormrod, Ankita Chowdhry, Qing Li, Hongyu Xiong, Ashwini Raman, Taiqing Wang, Zhonghua Qu, Anand Bhalgat, Ievgen Soboliev, Amit Jaspal, Shashikant Khandelwal, Nakul Camasamudram, Xu Du, Swati Rallapalli, Chandrashekar V, Karim Verdier, Angela Yang, Conor O'Sullivan, Naveen Adibhatla, Andrey Tim, Jaehyun Park, Srikanth Grandhe, Rajat Khanduja, Jurgen Van Gael, Bo Xie, Zhiyu Wang, Lifei Chen, Mehul Parikh, Silun Wang, Dinkar Jain, Bin Xu, Shenxiu Liu, Qilin Qi, Riccardo Colini Baldeschi, Jianyu Liu, Daryl Chang, Mengshi Zhang, Apekshit Jotwani, Lin Jiang, Danielle Ross, Jie Zheng, Zhijing Li, Bing Hu, Mehdi Aghagolzadeh, Xiangyu Wang, Haiyun Lu, Bingqing Wang, Ovidiu Popa, Ruoyu Zhu, Olga Zhukova, Bingyue Peng, Guangcheng Zhang, Xingyu Ma, Jack Montgomery, Chengjie Wu, Alexander Petrov, Chen Liang, Yishu Wei, Alex Meyer, Dmytro Dzhulgakov, Hongzheng Shi, Sagar Chordia, Gufan Yin, Rodion Zheludkov, Xianghang Liu, Herve Marcellini, Aditya Singh, Yifei Huang, Jose Villalobos, Matt Crane, Wenjun Wang, Lin Yang, Mary Ku, Yuchen He, Qi Zeng, Pradheep Elango, Nicholas Garvey, Fei Jia, Xian Xu, Sasha Savsunenko, Han Kim, Z Zhou, Matthew Chan, YJ Liu, Bella Shi, Kai Ren, Qiang Zhu, Yuang Yao, Minxing Liu, Nikita Lytkin, Maxim Logvinenko, Leon Cho, Rui Li, Brian Hansen, Minghai Chen, Prashast Vaidya, Xing Rong, Jagadeesan Sundaresan, Dmitry Panin, Wenhan Zhang, Yi-Hsiu Chen, Pan Li, Yangxin Zhong, Sherman Wong, Steven Yoo, Apurva Pathak, Minh Hoang, Bangsheng Tang, Aminul Haq, Bor-Yiing Su, Darren Liu, Yang Li, Zhen Tang, Yunlong He, Xinghai Hu, Yunchen Pu, Gaurav Bang, Shike Mei, Aditya Srinivas Timmaraju, Ivan Zdomskyi, Erwin Gao, Yang Wu, Aashish Pant, Hung-Ju Chen, Jinwen Xu, John Davies, Wenqi Wang, Chintak Sheth, Hesam Salehian, Nimish Shah, Hong Zhang, Huan Gui, Yue Wang, Jānis Lībeks, Kapil Dalwani, Rohit Singh, Ujwal Kharel, Szilárd Mandici, Peter Theobald, Salvatore Cacciola, Courtney Igo, Janusz Kudelka, Jun Li, Aleksandr Ulanov, Apurva Jadhav, Shouyuan Chen, Siqi Yan, Ruben Sethi, Shuo Chang, Renga Kannan, Terry Tang, Liuyi Hu, Hao Shi, Bibaswan Kumar Chatterjee, Jiawei Zhang, Ritesh Khadgaray, Neeraj Agrawal (ads), Charles Lewis, Andy Nelson, Xiaocong Liang, Yan Shang, Yang Cao, Shyam Rajaram, Louis Ly, Shuai Tong, Olivia Gao, Dmitrii Ivanovskii, Huayu Li, Shahina Ferdous, Sameer Indarapu, Yiqing Luo, Maxim Ivanov, Claire Xiao, Jianqiang Shen, Slawomir Tulski, Kevin Greenhalgh, Ivan Cruz, Anton Bogatyy, Hao He, Tao Jia, Qin Huang, Hanyu Guo, Ramki Gummadi, Jie Tang, Poorna Omprakash, Andrew James Wald, Chuanqi Li, Jiang Du, Wei Zhang, Eric Ma, Mark Yang, Abhijith Reddy, Ida Haugland, Bahar Bazargan, Den Raskovalov and Yuting Wang *Apr 1, 2019 at 9:45 pm*

———

**Jaehyun Park** added the document to the folder Ads Personalization *Apr 1, 2019 at 9:41 pm*

———

**Jaehyun Park** *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000660858

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660859

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660860

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

———

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660862

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660863

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

PIXEL_HEALTH000660865

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

PIXEL_HEALTH000660870

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660871

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

PIXEL_HEALTH000660872

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

----------

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000660873

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660874

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

 PIXEL_HEALTH000660875

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

PIXEL_HEALTH000660876

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

PIXEL_HEALTH000660877

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added you to a document *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** added the document to the folder Ads Personalization *Apr 1, 2019 at 9:40 pm*

---

**Jaehyun Park** edited *Apr 1, 2019 at 11:07 pm*

---

**Jaehyun Park** created the document *Apr 1, 2019 at 10:11 pm*

---

 PIXEL_HEALTH000660878