# Proposed Redacted Version of Exhibit 20 (Dkt. No. 1154-20)

# EXHIBIT 20

**FILED UNDER SEAL PURSUANT
TO PROTECTIVE ORDER**



🔵 1 Reviews Loaded                                                                    ✕

▉▉▉▉ aunch                                                                    ▉▉▉▉ proved for Launch

**Project details (includes launch details)**

**Project name**
▉▉▉▉ aunch

**Project summary**
XFN Section: Event/Product

Description
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Details:      * We're collecting additional data about the website, not about the user
* Required advertiser controls: providing advanced controls to advertisers who wish to manually configure what data is transmitted (relevant for sensitive verticals such as FS, video, healthcare)
* Inform advertiser about this change via Ads Manager via Megaphone "To improve ads delivery and reporting, the Facebook pixel will start sending additional event data, including button clicks and related page metadata. These changes will take effect on May 20, 2017. Learn more."
* Jewel notification "To improve ads delivery and reporting, the Facebook pixel will start sending additional event data on May 20, 2017. Learn more."
* Link to developer docs here: https://developers.facebook.com/docs/facebook-pixel/api-reference
* Link to help center updates: ▉▉▉▉▉▉
* Will start collecting pixel data for new advertiser effective 4/21

    * Timeline:
        * April 10:** notify advertisers with existing pixels, and developer docs/help center articles updated
        * April 11: start collecting additional pixel data for advertisers who've set up pixels after 4/10
        * May 20, 2017: Start including the additional button click activity and page metadata by default for all Facebook pixels including those created before April 20th, except for any that have updated their base code.
        * June 20 2017 : Launch the new Automatic Set Up Facebook Pixel feature to use automatically inferred events in ads targeting, optimisation and measurement.

_____
XFN Section: Migration Data

Original XFN entry: 1972985464117546
**Project owner**
🔵 Charlotte Narvaez

**Project Tags** 🔲

No tags applied to this project

**Select your PFII node**

.. Choose a node

- -
**Actual Launch Date**
📅 Apr 21, 2017

**Launch Confirmation**
- -

**Maturity level data**                                                          ▉▉▉▉

---

**Intake Form**                                                                  ▉▉▉▉

🔴 Got unexpected null or undefined

**Privacy Decision**                                                             ▉▉▉▉

**Privacy Decision**

🔵 **Decision summary**                                                              ⌄
Approved by Jenny Lin(privacy) and James Turner(legal).

The decision was not escalated.

**Initial Assessment**

Does this project have privacy implications?
▉▉▉▉

Does this project present a material risk to the privacy of personal information?

**Review Description**

XFN Section: Privacy XFN

Description
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Decisions:
1. Inform advertiser with existing pixels about this change  with 30 day notice via Ads Manager, Jewel Notification, and Help Center updates

EXHIBIT *im*
5/30/25
600
Narvaez
www.bigstore.com No. 7004

                                    PIXEL_HEALTH001247903



Sudip Saha has provided confirmed launch date April 21, 2017
November 21, 2019 · Like

Launch Bot changed the title to "Smart Pixel Launch".
April 19, 2019 · Like

Launch Manager Bot created this LM Review
April 12, 2019 · Like

**Launch Manager Bot**
We migrated this review from Launch Calendar. See T20440550 for activity and discussion prior to migration.
April 11, 2019 · Like · Reply