# Proposed Redacted Version of Exhibit SS (Dkt. No. 1154-22)

# EXHIBIT 22

**FILED UNDER SEAL PURSUANT
TO PROTECTIVE ORDER**

| Bates Number | PIXEL_HEALTH001254513-PIXEL_HEALTH001254530 |
|---|---|
| Custodian | Unspecified Custodian |
| Filename | EcOAAAI4NOP_174439874116307.html |
| Title | Upcoming Enhancements to the Facebook Pixel - CASS |
| Author | Charlotte Narvaez |
| Create Date | 4/12/2017 12:00 AM |
| CONFIDENTIALITY | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |



Woo ldrdge
EXHIBIT NO. 384
ANDREA M. IGNACIO
RPR, CRR, CCRR, CSR # 9830

# Upcoming Enhancements to the Facebook Pixel - CASS

**From:** Charlotte Narvaez ███████████
**To: CASS ALIAS HERE**
**cc:** James Turner ████████████ Yuval Oren ██████████ Michael Levinson ██████████ Maz Sharafi ████████ Jose Villalobos ██████████ Joe Osborne ████████████ Peng Fan ██████████ Dinkar Jain [dinkarjain@fb.com], Darshan Kantak ████████████

## Subject: Upcoming Enhancements to the Facebook Pixel - CASS

Hello,

The purpose of this email is to notify you of an upcoming change to the Facebook pixel which will be **announced to advertisers on April 20th.** We are notifying advertisers a month in advance of making Facebook pixel enhancements default for all advertiser (changes will go live on May 20). The change is a prerequisite for the Automatic Setup feature in June 2017 as well as future improvements by the Delivery team.

## Summary of changes

The Facebook pixel will send button clicks, form field labels (although not the content of submitted fields), and page metadata. The page metadata that will be collected is microdata intended for web crawlers. We will ███████████████████████████ ██████████████████. The models will enable us to improve conversion optimization, develop new ████████████ features and simplify the pixel set up process.

## motivation

Our DR solutions require advertisers' time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. Many businesses, especially SMBs, lack the technical ability or resources to implement the pixel correctly, resulting in passing incorrect data, or no data at all and therefore do not obtain maximum value from their Facebook ads.

Primary benefit will be for advertisers with no/low funnel coverage:

- Send page views, but not ████████ signals ██████ of weekly active pixels)
- Send ██████ signals, but not upper funnel events ██████ of weekly active pixels)

An additional motivation is that we will be able to build ████████ models as each pixel fire will now come accompanied with key elements of the content on the page. Many of these pixel fires are behind ██████████████████████ The Delivery team (and the DR Intent effort) will use these data to improve our conversion optimization and ████ models for all advertisers.

## required advertiser controls

Advertisers in certain industries (e.g., healthcare, financial services, video streaming) face regulatory hurdles associated with sending Facebook information about sensitive content or products that people interact with on their websites. We will provide advertisers with a new Facebook pixel setting called autoConfig that will disable inferred events and page metadata from being passed. Advertisers can update their pixel code by adding the snippet below available in our developer documentation. This is ██████████████████ ████████ and the capabilities that are configurable may be updated at a later date.

```
fbq('set', 'autoConfig', 'false' 'FB_PIXEL_ID')
```

## PLANNED COMMUNICATION

Ad Accounts with existing Facebook pixels will see the following notices within Ads Manager on April 20th:

### Megaphone

```
To improve ads delivery and reporting, the Facebook pixel will start sending additional
event data, including button clicks and related page metadata. These changes will take
effect on May 20, 2017. Learn more.
```

**Jewel Notification**

```
To improve ads delivery and reporting, the Facebook pixel will start sending additional
event data on May 20, 2017. Learn more.
```

All ad accounts with either newly created or existing Facebook pixels will have access to Help Center documentation on April 20th:

**Help Center Content**

```
What's changing with the Facebook pixel?

To improve your ads delivery and how Facebook measures the results of your ads, we're
enhancing the Facebook pixel. The Facebook pixel will start sending more contextual data
from your website to better understand and categorize the actions that people take on your
site to optimize for ads delivery. The additional data sent through pixel will include
information from your page's structure to better understand context associated with your
products and with actionable elements on your page, like "add to cart" and "purchase"
buttons.

For Facebook pixels created prior to April 20, 2017, the pixel will start sending the
additional page data on May 20, 2017. For Facebook pixels created on or after April 20,
2017, the pixel will start sending this additional page data immediately. You can learn
more about these changes on the Developer Help Center.
```

**PR and Sales Comms**

Starting on April 13th, sales teams will be briefed via Sales FYI and provided with proactive messaging to share in advance of April 20th for particularly sensitive clients.

We anticipate a ████████████████████, but are prepared with reactive messaging and in-market PR teams will be briefed by end of week in advance of the announcement.

## Timeline

- **April 20, 2017:** Provide notifications about upcoming Facebook pixel changes within ads interfaces to ad accounts with existing pixels and start including the additional button click activity and page metadata for newly created pixels on or after April 20th. Inferred events and page metadata available for internal development.
- **May 20, 2017:** Start including the additional button click activity and page metadata by default for all Facebook pixels including those created before April 20th, except for any that have updated their base code.
- **June 2017 (Planned):** Launch the new Automatic Set Up Facebook Pixel feature to use automatically inferred events in ads targeting, optimization and measurement.
- *Full launch plan available here.*

Let us know if you have questions.

Thanks,
Charlotte

---

Hello,

The purpose of this email is to inform you of an upcoming change to the Facebook pixel which will be **announced to advertisers on April 20th.** We are notifying advertisers a month in advance of making Facebook pixel enhancements default for all advertisers on May 20th. The change is a prerequisite for the Automatic Setup feature in June 2017 as well as future improvements by the Delivery team.

## SUMMARY OF CHANGE

The Facebook pixel will send button clicks, form field labels (although not the content of submitted fields), and page metadata. The page metadata that will be collected is microdata intended for web crawlers. We will ███████████████████████. The models will enable us to improve conversion optimization, develop new ████████████ features and simplify the pixel set up process.

## MOTIVATION

Our DR solutions require advertisers' time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. Many businesses, especially SMBs, lack the technical ability or resources to implement the pixel correctly, resulting in passing incorrect data, or no data at all and therefore do not obtain maximum value from their Facebook ads.

Primary benefit will be for advertisers with no/low funnel coverage:

- Send page views, but not ███████ signals ███ of weekly active pixels)
- Send ███████ signals, but not upper funnel events ███ of weekly active pixels)

An additional motivation is that we will be able to build ████████████████ models as each pixel fire will now be accompanied with key elements of the content on the page. Many of these pixel fires are behind █████████████████████████. The Delivery team (and the DR Intent effort) will use these data to improve our conversion optimization and ████ models for all advertisers.

### REQUIRED ADVERTISER CONTROLS

Advertisers in certain industries (e.g., healthcare, financial services, video streaming) face regulatory hurdles associated with sending Facebook information about sensitive content or products that people interact with on their websites. We will provide advertisers with a new Facebook pixel setting called autoConfig that will disable inferred events and page metadata from being passed. This is ███████ ███████████████████' and the capabilities that are configurable may be updated at a later date. Advertisers can update their pixel code by adding the snippet below available in our developer documentation:

*fbq('set', 'autoConfig', 'false' 'FB_PIXEL_ID')*

### IN-PRODUCT COMMUNICATION

Ad Accounts with existing Facebook pixels will see the following notices within Ads Manager on April 20th:

Megaphone
*To improve ads delivery and reporting, the Facebook pixel will start sending additional event data, including button clicks and related page metadata. These changes will take effect on May 20, 2017. Learn more.*

Jewel Notification
*To improve ads delivery and reporting, the Facebook pixel will start sending additional event data on May 20, 2017. Learn more.*

All ad accounts with either newly created or existing Facebook pixels on April 20th:

Help Center Content
*What's changing with the Facebook pixel?*
*For Facebook pixels created prior to April 20, 2017, the pixel will start sending the additional page data on May 20, 2017. For Facebook pixels created on or after April 20, 2017, the pixel will start sending this additional page data immediately. You can learn more about these changes on the Developer Help Center.*

### PR AND SALES COMMUNICATION

Starting on April 13th, sales teams will be briefed via Sales FYI and provided with proactive messaging to share in advance of April 20th for particularly sensitive clients. We anticipate ████████████████████, but are prepared with reactive messaging and in-market PR teams will be briefed by end of week in advance of the announcement.

### TIMELINE

- **April 20, 2017:** Provide notifications about upcoming Facebook pixel changes within ads interfaces to ad accounts with existing pixels and start including the additional button click activity and page metadata for newly created pixels on or after April 20th. Inferred events and page metadata available for internal development.
- **May 20, 2017:** Start including the additional button click activity and page metadata by default for all Facebook pixels including those created before April 20th, except for any that have updated their base code.
- **June 2017 (Planned):** Launch the new Automatic Set Up Facebook Pixel feature to use automatically inferred events in ads targeting, optimization and measurement.

Full launch plan available here.

Let us know if you have questions.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                PIXEL_HEALTH001254515

Best,
Charlotte

Contact Support

# Conversation History

**Quipbot#09** left the thread *Aug 22, 2023 at 11:57 am*

---

**Quipbot#09** *Aug 22, 2023 at 11:52 am*

———IMPORTANT———

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

████████████████

**Questions?**

Visit the Quip2Google Migration Feedback Group █████████████████

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

---

**Quipbot#09** added Quipbot#09 to the thread *Aug 22, 2023 at 11:57 am*

---

**Quipbot#09** added you to a document *Aug 22, 2023 at 11:52 am*

---

**Yura Kostiukevych** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Jamie Wells and Jose Villalobos *Jun 1, 2018 at 11:32 pm*

---

**Steven Weddle** enabled link sharing · View/Edit *Apr 10, 2018 at 4:23 pm*

---

**Steven Weddle** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych, Jamie Wells and Jose Villalobos *Apr 10, 2018 at 4:15 pm*

---

**Charlotte Narvaez** edited *Apr 10, 2018 at 4:01 pm*

---

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Tobias Wooldridge** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych, Jamie Wells and Jose Villalobos *Apr 18, 2017 at 3:20 am*

---

**Charlotte Narvaez** added Tobias Wooldridge to the thread *Apr 18, 2017 at 12:59 am*

---

**Charlotte Narvaez** added you to a document *Apr 18, 2017 at 12:54 am*

---

**Charlotte Narvaez** *Apr 12, 2017 at 10:27 pm*

Thanks

---

**Charlotte Narvaez** *Apr 12, 2017 at 10:26 pm*

Can we create another rev and update?

---

**Jose Villalobos** *Apr 12, 2017 at 10:26 pm*

Yes I'll ask Emily to make the update post haste but not block it from going live.

---

**Jose Villalobos** *Apr 12, 2017 at 10:25 pm*

We can update this but I'm not sure we should consider it launch blocking for the time being. As context, ███████████████

███

---

**James Turner** edited *Apr 12, 2017 at 10:16 pm*

---

**Charlotte Narvaez** edited *Apr 12, 2017 at 11:22 pm*
cc: James Turner ████████    Yuval Oren███████ Michael Levinson █████  ... Joe Osborne
████████  Peng Fan ███████ ]; Dinkar Jain [dinkarjain@fb.com], Darshan Kantak ███
████

## planned communications

### PLANNED COMMUNICATION

#### Mega Phone Megaphone
To improve your ads delivery and how Facebook measures the results of your ads, we're enhancing the Facebook pixel. The Facebook pixel will… for ads delivery. The additional data sent through pixel will include information from your page's structure to better understand context associated with your products and will with actionable elements on your page, like "add to cart" and "purchase" buttons.

Hello,

The purpose of this email is to inform you of an upcoming change to the Facebook pixel which will be **announced to advertisers on April 20th.** We are notifying advertisers a month in advance of making Facebook pixel enhancements default for all advertisers on May 20th. The change is a prerequisite for the Automatic Setup feature in June 2017 as well as future improvements by the Delivery team.

### SUMMARY OF CHANGE

The Facebook pixel will send button clicks, form field labels (although not the content of submitted fields), and page metadata. The page metadata that will be collected is microdata intended for web crawlers. We will ███████████████████████. The models will enable us to improve conversion optimization, develop new ████████████ features and simplify the pixel set up process.

### MOTIVATION

Our DR solutions require advertisers' time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. Many businesses, especially SMBs, lack the technical ability or resources to implement the pixel correctly, resulting in passing incorrect data, or no data at all and therefore do not obtain maximum value from their Facebook ads.

Primary benefit will be for advertisers with no/low funnel coverage:

  o Send page views, but not ██████ signals ████ of weekly active pixels)
  o Send ██████ signals, but not upper funnel events ████ of weekly active pixels)

An additional motivation is that we will be able to build ████████████████ models as each pixel fire will now be accompanied with key elements of the content on the page. Many of these pixel fires are behind SSL filters and often are not otherwise crawl- able. The Delivery team (and the DR Intent effort) will use these data to improve our conversion optimization and ████ models for all advertisers.

### REQUIRED ADVERTISER CONTROLS

Advertisers in certain industries (e.g., healthcare, financial services, video streaming) face regulatory hurdles associated with sending Facebook information about sensitive content or products that people interact with on their websites. We will provide advertisers with a new Facebook pixel setting called autoConfig that will disable inferred events and page metadata from being passed. This is ████████ ████████ and the capabilities that are configurable may be updated at a later date. Advertisers can update their pixel code by adding the snippet below available in our developer documentation:

*fbq('set', 'autoConfig', false' 'FB_PIXEL_ID')*

### IN-PRODUCT COMMUNICATION

Ad Accounts with existing Facebook pixels will see the following notices within Ads Manager on April 20th:

#### Megaphone
*To improve ads delivery and reporting, the Facebook pixel will start sending additional event data, including button clicks and related page metadata. These changes will take effect on May 20, 2017. Learn more.*

#### Jewel Notification
*To improve ads delivery and reporting, the Facebook pixel will start sending additional event data on May 20, 2017. Learn more.*

All ad accounts with either newly created or existing Facebook pixels on April 20th:

#### Help Center Content
*What's changing with the Facebook pixel?*
*For Facebook pixels created prior to April 20, 2017, the pixel will start sending the additional page data on May 20, 2017. For Facebook pixels created on or after April 20, 2017, the pixel will start sending this additional page data immediately. You can*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*learn more about these changes on the Developer Help Center.*

**PR AND SALES COMMUNICATION**

Starting on April 13th, sales teams will be briefed via Sales FYI and provided with proactive messaging to share in advance of April 20th for particularly sensitive clients. We anticipate a low PR risk for this initiative, but are prepared with reactive messaging and in-market PR teams will be briefed by end of week in advance of the announcement.

**TIMELINE**

- **April 20, 2017:** Provide notifications about upcoming Facebook pixel changes within ads interfaces to ad accounts with existing pixels and start including the additional button click activity and page metadata for newly created pixels on or after April 20th. Inferred events and page metadata available for internal development.
- **May 20, 2017:** Start including the additional button click activity and page metadata by default for all Facebook pixels including those created before April 20th, except for any that have updated their base code.
- **June 2017 (Planned):** Launch the new Automatic Set Up Facebook Pixel feature to use automatically inferred events in ads targeting, optimization and measurement.

Full launch plan available here.

Let us know if you have questions.

Best,
Charlotte

--------

**Charlotte Narvaez** *Apr 12, 2017 at 10:14 pm*

Jose

--------

**James Turner** *Apr 12, 2017 at 10:14 pm*

Redacted - Privileged

--------

**James Turner** *Apr 12, 2017 at 10:14 pm*

## Redacted - Privileged

--------

**James Turner** edited *Apr 12, 2017 at 10:14 pm*

# Redacted - Privileged

--------

**James Turner** *Apr 12, 2017 at 10:12 pm*

Redacted - Privileged

--------

**James Turner** *Apr 12, 2017 at 10:12 pm*

Redacted - Privileged

James Turner *Apr 12, 2017 at 10:11 pm*

# Redacted - Privileged

Charlotte Narvaez edited *Apr. 12, 2017 at 10:13 pm*

# Redacted - Privileged

James Turner *Apr 12, 2017 at 10:07 pm*

Redacted - Privileged

James Turner edited *Apr 12, 2017 at 10:10 pm*

**James Turner** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych, Jamie Wells and Jose Villalobos *Apr 12, 2017 at 10:04 pm*

Dinkar Jain edited *Apr 12, 2017 at 9:58 pm*

Dinkar Jain *Apr 12, 2017 at 9:57 pm*

cool, that should be fine then -- as they are the experts here!

Charlotte Narvaez *Apr 12, 2017 at 9:44 pm*

James and Jose landed on    Redacted - Privileged

Charlotte Narvaez edited *Apr 12, 2017 at 9:42 pm*
The Facebook pixel will send button click, form field submissions and page metadata. The page metadata that will be collected is microdata intended for web crawlers. ███████████████████

█████████████████████████████████ The models will enable us to improve conversion optimization, develop new █████████████ features and simplify the pixel set up process.

- Advertisers who send Send page views, but not████████ signals ███ of weekly active pixels)
- Advertisers who send Send hi████ signals, but not upper funnel events███ of weekly active pixels)

An additional motivation is that we will be able to build███████████ models as each pixel fire will now come accompanied with key elements of the content on the page. Many of these pixel fires are██████████████████████████ ██████████he Delivery team (and the DR Intent effort) is super excited to obtain will use these data to improve our conversion optimization and████ models for all advertisers.

———————

**Dinkar Jain** *Apr 12, 2017 at 9:35 pm*

cc: Charlotte -- this is the section where i thought we should make sure the language doesn't throw people off in terms of "metadata" -- FYI :-)

———————

**Dinkar Jain** *Apr 12, 2017 at 9:35 pm*

yes. Also in the sales/public facing message, let's make sure the word "metadata" is not misunderstood :-)

———————

**Dinkar Jain** *Apr 12, 2017 at 9:34 pm*

cc: Charlotte FYI -- I added this para in. Please review.

———————

**Dinkar Jain** edited *Apr 12, 2017 at 9:35 pm*
An additional motivation is that we will be able to build████████████ models as each pixel fire will now come accompanied with key elements of the content on the page. Many of these pixel fires are behind████████████████████ The Delivery team (and the DR Intent effort) is super excited to obtain these data to improve our conversion optimization and████ models for all advertisers.

———————

**Charlotte Narvaez** *Apr 12, 2017 at 9:28 pm*

Is the wording clearer now?

———————

**Dinkar Jain** *Apr 12, 2017 at 9:24 pm*

Yep - I'm not sure what actually is the right word, just wanted to ask since it is also part of the public messaging below :-)

———————

**Charlotte Narvaez** *Apr 12, 2017 at 9:23 pm*

Let's use the actual word then

———————

**Charlotte Narvaez** edited *Apr 12, 2017 at 9:37 pm*
The Facebook pixel will send button click, form field submissions and page metadata. The page metadata that will be collected is microdata intended for web crawlers. We will ██████████████████████████████. The models will enable us to improve conversion optimization, develop new ████████████-based features and simplify the pixel set up process.

- Send Advertisers who send page views, but no███████ signals███████ weekly active pixels)
- Send Advertisers who send ███████ signals, but not upper funnel events███ of weekly active pixels)

———

**Dinkar Jain** *Apr 12, 2017 at 9:23 pm*

Just want to make sure of how we talk about this. metadata = usually not actual data on the page... cc: James on whether this covers microdata / microfeatures or whether we should use a slightly different term.

———

**Dinkar Jain** edited *Apr 12, 2017 at 9:22 pm*

———

**Charlotte Narvaez** edited *Apr 12, 2017 at 9:21 pm*

# Redacted - Privileged

———

**Dinkar Jain** edited *Apr 12, 2017 at 9:21 pm*

# Redacted - Privileged

———

**Dinkar Jain** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych, Jamie Wells and Jose Villalobos *Apr 12, 2017 at 9:19 pm*

———

**Charlotte Narvaez** added Dinkar Jain, Joe Osborne and Maz Sharafi to the thread *Apr 12, 2017 at 9:25 pm*

———

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 9:19 pm*

———

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 9:19 pm*

———

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 9:19 pm*

———

**Charlotte Narvaez** edited *Apr 12, 2017 at 9:20 pm*
cc: James Turner███████ Yuval Oren███████ Michael Levinson███████ Maz Sharafi ███████ Villalobos███████ Joe Osborne███████ Peng Fan███████ Dinkar Jain [dinkarjain@fb.com], Darshan Kantak███████
The purpose of this email is to notify you of an upcoming change to the Facebook pixel which will be **announced to advertisers on April 20th.** We are notifying advertisers a month in advance of making Facebook pixel enhancements default for all advertiser (changes will go live on May 20). The change is a prerequisite for the upcoming Automatic Setup feature planned for in June 2017 as well as future improvements by the Delivery team.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### What is Changing? Summary of changes

We are enhancing the Facebook pixel to improve ads delivery and measurement. The Facebook pixel will send button click activity, form field submissions and page metadata. We will ███████████████████████████████████████████████s. The models will eventually be used enable us to improve the accuracy of our conversion optimization models , develop new ███████████ features and to further simplify the pixel setup set up process. The additional data will be used to develop the upcoming Automatic Setup feature to automatically infer standard events by the end of H1 2017. We are notifying advertisers a month in advance of these enhancements (**changes will go live May 20**). Any advertiser who does not want to send the additional data will have the ability to configure their pixel to behave as before and forgo improved delivery, troubleshooting, and setup.

### Why are we making this change? motivation

Our DR solutions require advertiser's advertisers' time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. Many businesses, especially SMBs, lack the technical ability, or resources, or time to implement the pixel correctly, resulting in passing incorrect data, or no data at all and therefore do not obtain maximum value from their Facebook ads.

### Why do advertisers require a way to not the additional data to Facebook? required advertiser controls

Advertisers in sensitive verticals may have regulatory obligations (e.g. HIPPA, VPPA) to not send Facebook specific information about sensitive content or products that people interact with on their websites. We are introducing will provide advertisers with a new Facebook pixel setting called autoConfig that will prevent automatically inferred events and page metadata from being passed. Advertisers can update their pixel code by adding the snippet below available in our developer documentation. This is ████████████ and the capabilities that are configurable may be updated at a later date.

```
fbq('set', 'autoConfig', 'false' 'FB_PIXEL_ID')
```

### What will advertisers see on april 20th? planned communications

All ad accounts with either new newly created or existing Facebook pixels will have access to Help Center documentation on April 20th.

### PR/COMMS PLAN

#### PR and Sales Comms

Starting on April 12th 13th, sales teams will be briefed via Sales FYI and provided with proactive messaging to share in advance of April 20th for particularly sensitive clients.

- **April 20, 2017**: Provide notifications about upcoming Facebook pixel changes within ads interfaces to ad accounts with existing pixels and start including the additional button click activity and page metadata for newly created pixels on or after April 20th. Inferred events and page metadata available for internal development.
- **May 20, 2017**: Start including the additional button click activity and page metadata by default for all Facebook pixels including those created before April 20th, except for any that have updated their base code.
- **June 2017 (Planned)**: Launch the new Automatic Set Up Facebook Pixel feature to use automatically inferred standard events for use in ads products targeting, optimization and no longer require manual configuration measurement.

Let us know if you have questions or concerns.

Thanks,
Charlotte

———

**Michael Levinson** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Sarumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych, Jamie Wells and Jose Villalobos on a phone *Apr 12, 2017 at 7:23 pm*

———

**Charlotte Narvaez** added James Turner to the thread *Apr 12, 2017 at 5:43 pm*

———

    PIXEL_HEALTH001254523

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 5:36 pm*

———

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 4:50 pm*

———

**Charlotte Narvaez** added Aleksey Fadeev and Peng Fan to the thread *Apr 12, 2017 at 4:56 pm*

———

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 4:49 pm*

———

**Charlotte Narvaez** edited *Apr 12, 2017 at 4:48 pm*
We anticipate a low PR risk here here for this initiative, but we have are prepared with reactive messaging and in-market PR teams will be briefed by end of week in advance of the announcement.
Let us know if you have questions or concerns with the upcoming April 20th announcement.

———

**Jose Villalobos** edited *Apr 12, 2017 at 3:43 pm*
Starting on April 12th, sales teams will be briefed via Sales FYI and provided with proactive messaging to share in advance of April 20th for particularly sensitive clients.

█████████████ here but we have reactive messaging and in-market PR teams will be briefed by end of week.

———

**Charlotte Narvaez** added Michael Levinson to the thread *Apr 12, 2017 at 3:39 pm*

———

**Charlotte Narvaez** added you to a document *Apr 12, 2017 at 3:33 pm*

———

**Charlotte Narvaez** *Apr 12, 2017 at 3:32 pm*

Jose

———

**Jose Villalobos** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Yuval Oren, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych and Jamie Wells on a phone *Apr 12, 2017 at 3:12 pm*

———

**Yuval Oren** opened your conversation with Kaaren Hanson, Elena Krasnoperova, Amee Kamdar, KeeKim Heng, Joe Osborne, Dinkar Jain, David Sasaki, Graham Mudd, Yi Tang, Liang Xu, James Turner, Damien Wint, Roshane Silva, Zach Okun, Dan Levy, Rob Goldman, Victor Zhu, Chinmay Karande, Adam Shajnfeld, Peng Fan, Ani Surumpudi, Charlotte Narvaez, Erjie Ang, Raghu Malpani, Hiral Parekh, Emile Litvak, Fausto Ibarra, Rachel Hamilton, Aleksey Fadeev, Maz Sharafi, Michael Levinson, Ning Li, Mary Ku, Jon Eide, Nadir Joshua, Edward Esslemont, Tobias Wooldridge, Susan Cooper, Amol Goyal, Bruce Lee, Deepali Tamhane, Ami Vora, Vandana Mohan, Yura Kostiukevych, Jamie Wells and Jose Villalobos on a phone *Apr 12, 2017 at 3:00 pm*

———

**Charlotte Narvaez** added Jose Villalobos and Yuval Oren to the thread *Apr 12, 2017 at 2:55 pm*

———

     PIXEL_HEALTH001254524

Charlotte Narvaez added you to a document *Apr 12, 2017 at 2:48 pm*

_____

Charlotte Narvaez added you to a document *Apr 12, 2017 at 2:48 pm*

_____

Charlotte Narvaez edited *Apr 12, 2017 at 3:49 pm*
cc: James Turner ███; Jenny Lin███████; Yuval Oren████████ Michael Levinson ██████, Maz Sharaf███    Jose Villalobos        Joe Osborne██████ Peng Fan

The purpose of this email is to provide an overview notify you of an upcoming change to the Facebook pixel which is planned to will be announced to advertisers on April 20th. The change is a prerequisite for the upcoming Automatic Setup feature planned for June 2017.

## What will be announced is Changing?

The announcement will describe enhancements to We are enhancing the Facebook pixel designed to improve ads delivery and measurement. We The Facebook pixel will begin sending send button click activity and page metadata through the Facebook pixel, which will eventually be used to improve the accuracy of our conversion optimization models and to further simplify the pixel setup process. The received additional data will be used to develop the upcoming Automatic Setup which is planned for launch towards feature to automatically infer standard events by the end of H1 2017. We are notifying advertisers a month in advance of these enhancements (**changes will go live May 20**). Any advertiser who does not want to send this the additional data automatically will have the ability to configure their pixel to behave as before and forgo improved delivery, troubleshooting, and setup.

We have built Our DR solutions to drive business results, many of which require our client's advertiser's time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. When we began migrating all advertisers to the Facebook Pixel in H2 of 2017 Many businesses, we found that many businesses especially SMBs, lack the technical ability, resources, or time to implement the pixel correctly, resulting in passing incorrect data, or no data at all and therefore do not obtain maximum value from their Facebook ads.

**Who are the target customers for Automatic Set Up?**

Advertisers Primary benefit will be for advertisers with no/low funnel coverage:

## Why do advertisers require a way to not the additional data to Facebook?

Advertisers in sensitive verticals may have regulatory obligations (e.g. HIPPA, VPPA) to not send Facebook specific information about content or products that people interact with on their websites. We are introducing a new Facebook pixel setting called autoConfig that will prevent automatically inferred events and page metadata from being passed.

## What will advertisers see on april 20th?

Ad Accounts with existing Facebook pixels will see the following notices within Ads Manager on April 20th:

**Megaphone Mega Phone**

All ad accounts with both either new and or existing Facebook pixels will have access to Help Center documentation on April 20th:

**Help Center Documentation Content**

For Facebook pixels created prior to April 15 20, 2017, the pixel will start sending the additional page data on May 20, 2017. For Facebook pixels created on or after April 20, 2017, the pixel will start sending this additional page data immediately. You can learn learn more about these changes on the Developer Help Center.

## PR/COMMS PLAN

### Details

In order to improve the experience for advertisers, including pixel set up, the Facebook pixel will begin to send button click activity and page metadata. This will enable us to better identify and categorize the actions occurring on websites, so we can ensure advertisers are leveraging accurate customer event data into their advertising.

- **Button click activity** - after the Facebook pixel fires the first event, the Facebook pixel will subscribe to any button clicks that occur on the web page and send that back to Facebook. We include the name and ID of the button clicked as well as the name of the form fields that may be included if a form was submitted. We send this safely and securely and expressly do not include the values of form fields in an effort to avoid sending back any personally identifiable information (PII).

- **Page metadata** - many advertisers purposefully place machine-readable code on their website that informs the context of the action taking place. The Facebook pixel will begin to pass this data to inform product IDs and value.

Additionally, the Javascript Facebook Pixel will be enhanced to dynamically load further customizations that will help advertisers enable functionality with no code changes required. We anticipate that most advertisers will not detect any difference in behavior. Advertisers that are actively running performance tests may notice aberrant behavior but there should be no net increase in latency. Any client using

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

the noscript version of the Facebook Pixel, alternatively known as the img tag, will be wholly unaffected.
**What is Automatic Set Up?**

Automatic Set up is an upcoming feature of the Facebook pixel that makes installation easier for advertisers by automatically detecting standard events and other page content such as product name and purchase value. Automatic Set Up will drastically improve the value that non-technical and/or SMB advertisers are able to obtain from Facebook ads through better optimization based on ▮▮▮▮▮▮ signals, modeled product/purchase data (ROAS), increased audience sizes and more accurate measurement.

———

— RESOURCES —

Help Center -
Dev Doc -
FAQ
Screenshots of in-product messaging

= TIMING =

**Timeline**

- **April 20, 2017:** Provide notifications about upcoming Facebook pixel changes within ads interfaces to ad accounts with existing pixels and start including the additional button click activity and page metadata for newly created pixels on or after April 20th.
- **May 20, 2017:** Start including the additional button click activity and page metadata for all Facebook pixels including those created before April 20th, except for any that have updated their base code.
- **June 2017 (Planned):** Launch the new Automatic Set Up Facebook Pixel feature to use automatically inferred standard events for use in ads products and no longer require manual configuration.
- *Full launch plan available here.*

Let us know if you have questions or concerns with the upcoming April 20th announcement.

———

**Charlotte Narvaez** renamed Automatic Set Up (aka ▮▮▮▮▮▮) for Facebook Pixel Milestones - CASS Update to Upcoming Enhancements to the Facebook Pixel - CASS *Apr 12, 2017 at 5:25 am*

———

**Charlotte Narvaez** edited *Apr 12, 2017 at 5:38 am*

# Upcoming Enhancements to the Facebook Pixel - CASS

### Subject: Upcoming Enhancements to the Facebook Pixel - CASS

The purpose of this email is to provide an overview of an upcoming change to the Automatic Setup launch plan and required upcoming Facebook pixel enhancements which is planned to be announced to advertisers on April 20th to support the feature launch by end of H1 2017.

### What will be announced?

The announcement will describe enhancements to the Facebook pixel designed to improve ads delivery and measurement. We will begin sending button click activity and page metadata through the Facebook pixel, which will eventually be used to improve the accuracy of our conversion optimization models and to further simplify the pixel setup process. The received data will be used to develop Automatic Setup which is planned for launch towards the end of H1 2017. We are notifying advertisers a month in advance of these enhancements (**changes will go live May 20**). Any advertiser who does not want to send this additional data automatically will have the ability to configure their pixel to behave as before and forgo improved delivery, troubleshooting, and setup.

### Why are we making this change?

PIXEL_HEALTH001254526

We have built DR solutions to drive business results, many of which require our client's time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. When we began migrating all advertisers to the Facebook Pixel in H2 of 2017, we found that many businesses lack the technical ability, resources, or time to implement the pixel correctly, resulting in passing incorrect data, or no data at all.
Ad Accounts with existing Facebook pixels will see the following notices:

**Megaphone**

```
To improve ads delivery and reporting, the Facebook pixel will start sending additional
event data, including button clicks and related page metadata. These changes will take
effect on May 20, 2017. Learn more.
```

**Jewel Notification**

```
To improve ads delivery and reporting, the Facebook pixel will start sending additional
event data on May 20, 2017. Learn more.
```

All ad accounts with both new and existing Facebook pixels will have access to Help Center documentation:

**Help Center Documentation**

```
What's changing with the Facebook pixel?
```

```
To improve your ads delivery and how Facebook measures the results of your ads, we're
enhancing the Facebook pixel. The Facebook pixel will start sending more data from your
website to better understand and categorize the actions that people take on your site to
optimize for ads delivery. The additional data sent through pixel will include information
from your page's structure to better understand context associated with your products and
will actionable elements on your page, like "add to cart" and "purchase" buttons.
```

```
For Facebook pixels created prior to April 15, 2017, the pixel will start sending the
additional page data on May 20, 2017. For Facebook pixels created on or after April 20,
2017, the pixel will start sending this additional page data immediately. You can learn
more about these changes on the Developer Help Center.
```

When will Automatic Set Up launch?
**Details**

In order to improve the experience for advertisers, including pixel set up, the Facebook pixel will begin to send button click activity and page metadata. This will enable us to better identify and categorize the actions occurring on websites, so we can ensure advertisers are leveraging accurate customer event data into their advertising.

- **Button click activity** - after the Facebook pixel fires the first event, the Facebook pixel will subscribe to any button clicks that occur on the web page and send that back to Facebook. We include the name and ID of the button clicked as well as the name of the form fields that may be included if a form was submitted. We send this safely and securely and expressly do not include the values of form fields in an effort to avoid sending back any personally identifiable information (PII).
- **Page metadata** - many advertisers purposefully place machine-readable code on their website that informs the context of the action taking place. The Facebook pixel will begin to pass this data to inform product IDs and value.

Additionally, the Javascript Facebook Pixel will be enhanced to dynamically load further customizations that will help advertisers enable functionality with no code changes required. We anticipate that most advertisers will not detect any difference in behavior. Advertisers that are actively running performance tests may notice aberrant behavior but there should be no net increase in latency. Any client using the noscript version of the Facebook Pixel, alternatively known as the img tag, will be wholly unaffected.

**== TIMING ==**

- **April 20, 2017**: Starting notifications about upcoming Facebook pixel changes within ads interfaces.
- **May 20, 2017**: We'll start including the additional button click activity and page metadata to better inform ads targeting and delivery for all advertisers using the Facebook pixel, except for those that have updated their base code

Automatic Set up is a planned an upcoming feature of the Facebook pixel that makes installation easier for advertisers by automatically detecting standard events and other page content microdata such as product name and purchase value. Automatic Set up will drastically improve the value that non-technical and/or SMB advertisers are able to obtain from Facebook ads through better optimization based on ▮▮▮▮▮▮ signals, modeled product/purchase data (ROAS), increased audience sizes and more accurate measurement.

- Send page views, but not ███████ signals ████ of weekly active pixels)
- Send ████████ signals, but not upper funnel events ████ of weekly active pixels)

# Automatic Set Up (aka Smart Pixel) for Facebook Pixel Milestones - CASS Update

**Subject: Upcoming Enhancements to the Facebook Pixel - CASS Update**

#### What's launching and when?

On April 20th, we will notify advertisers about changes designed to improve ads delivery and measurement. We will begin sending button click activity and page metadata through the Facebook pixel, which will be used to improve the accuracy of our conversion optimization models and to further simplify the pixel setup process as part of the future Automatic Setup feature. We are notifying advertisers a month in advance of these enhancements (**changes will go live May 20**). Any advertiser who does not want to send this additional data will have the ability to configure their pixel to behave as before using developer documentation instructions. This is an advertiser requirement to comply with regulatory obligations (e.g. HIPAA, VPPA, FINRA).

Jewel notification notification for

———

T

## == WHY WE'RE MAKING THIS CHANGE ==

We have built powerful DR solutions to drive business results, many of which require our client's time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. When we began migrating all advertisers to the Facebook Pixel in H2 of 2017, we found that many businesses lack the technical ability, resources, or time to implement the pixel correctly, resulting in passing incorrect data, or no data at all. *[Internal only - In fact, we found that ████ advertisers accounting for ████ in 28d spend have a Facebook pixel on their website, but are not sending any Standard Events.]*

The Online Signals team has taken this feedback to heart and are working on ways to vastly simplify pixel set up via automation and ways to improve the accuracy of the data advertisers are feeding to us to ensure they have access to all of our solutions to drive real business value. To accomplish these goals, we are enhancing the Facebook pixel to send additional data that will enable advertisers to leverage richer and more accurate event data in conversion tracking, conversion optimization, and website custom audiences. These products are currently in development and these enhancements to the Facebook pixel will make it possible to provide these solutions at scale.

## == MORE DETAILS ==

In order to improve the experience for advertisers, including pixel set up, ad delivery and measurement, the Facebook pixel will begin to send button click activity and page metadata. This will enable us to better identify and categorize the actions occurring on websites, so we can ensure advertisers are leveraging accurate customer event data into their advertising.

- **Button click activity** - after the Facebook pixel fires the first event, the Facebook pixel will subscribe to any button clicks that occur on the web page and send that back to Facebook. We include the name and ID of the button clicked as well as the name of the form fields that may be included if a form was submitted. We send this safely and securely and expressly do not include the values of form fields in an effort to avoid sending back any personally identifiable information (PII).
- **Page metadata** - many advertisers purposefully place machine-readable code on their website that informs the context of the action taking place. The Facebook pixel will begin to pass this data to inform product IDs and value.

Additionally, the Javascript Facebook Pixel will be enhanced to dynamically load further customizations that will help advertisers enable functionality with no code changes required. We anticipate that most advertisers will not detect any difference in behavior. Advertisers that are actively running performance tests may notice aberrant behavior but there should be no net increase in latency. Any client using the noscript version of the Facebook Pixel, alternatively known as the img tag, will be wholly unaffected.

## == TIMING ==

- **April 20, 2017**: Starting notifications about upcoming Facebook pixel changes within ads interfaces.
- **May 20, 2017**: We'll start including the additional button click activity and page metadata to better inform ads targeting and delivery for all advertisers using the Facebook pixel, except for those that have opted out

## == WHO DOES THIS IMPACT? ==

This change will apply to all advertisers leveraging the Facebook pixel, unless they specifically configure their pixel accordingly. In the short-term, savvy advertisers with significant technical resources will likely already be sending more data than this update entails and will largely be unaffected. In the long-term, we anticipate that this change will enable more SMBs to use their own rich customer data to drive advertising which will have implicit benefits to savvy advertisers.

---

**Charlotte Narvaez** edited *Apr 12, 2017 at 2:33 am*

# Automatic Set Up (aka Smart Pixel) for Facebook Pixel Milestones - CASS Update

**From:** Charlotte Narvaez ███████████████
**To: CASS ALIAS HERE**
cc: James Turner ███████████; Jenny Lin ██████████; Yuval Oren ████████████ Michael Levinson
███████ Maz Sharafi ███████ Jose Villalobos ██████

**Subject: Upcoming Enhancements to the Facebook Pixel - CASS Update**

Hello,

The purpose of this email is to provide an overview of the Automatic Setup launch plan and required upcoming Facebook pixel enhancements April 20th to support the feature launch by end of H1 2017.

### What is Automatic Set Up?

Automatic Set up is a planned feature of the Facebook pixel that makes installation easier for advertisers by automatically detecting standard events and other page content microdata such as product name and purchase value. Automatic Set Up will drastically improve the value that non-technical and/or SMB advertisers are able to obtain from Facebook ads through better optimization based on ██████ signals, modeled product/purchase data (ROAS), increased audience sizes and more accurate measurement.

### Who are the target customers for Automatic Set Up?

Advertisers with no/low funnel coverage

- Send page views, but not ████████████ of weekly active pixels)
- Send ████████ signals, but not upper funnel events ████ of weekly active pixels)

### What's launching and when?

On April 20th, we will notify advertisers about changes designed to improve ads delivery and measurement. We will begin sending button click activity and page metadata through the Facebook pixel, which will be used to improve the accuracy of our conversion optimization models and to further simplify the pixel setup process as part of the future Automatic Setup feature. We are notifying advertisers a month in advance of these enhancements (**changes will go live May 20**). Any advertiser who does not want to send this additional data will have the ability to configure their pixel to behave as before using developer documentation instructions. This is an advertiser requirement to comply with regulatory obligations (e.g. HIPAA, VPPA, FINRA).

Jewel notification notification for

What will advertisers see?

T

When will Automatic Set Up launch?

### == WHY WE'RE MAKING THIS CHANGE ==

We have built powerful DR solutions to drive business results, many of which require our client's time and effort to properly set up. This includes sending quality event data via the Facebook Pixel to improve delivery, measurement and targeting. When we began migrating all

advertisers to the Facebook Pixel in H2 of 2017, we found that many businesses lack the technical ability, resources, or time to implement the pixel correctly, resulting in passing incorrect data, or no data at all. *[Internal only - In fact, we found that█ advertisers accounting for█ in 28d spend have a Facebook pixel on their website, but are not sending any Standard Events.]*

The Online Signals team has taken this feedback to heart and are working on ways to vastly simplify pixel set up via automation and ways to improve the accuracy of the data advertisers are feeding to us to ensure they have access to all of our solutions to drive real business value. To accomplish these goals, we are enhancing the Facebook pixel to send additional data that will enable advertisers to leverage richer and more accurate event data in conversion tracking, conversion optimization, and website custom audiences. These products are currently in development and these enhancements to the Facebook pixel will make it possible to provide these solutions at scale.

## == MORE DETAILS ==

In order to improve the experience for advertisers, including pixel set up, ad delivery and measurement, the Facebook pixel will begin to send button click activity and page metadata. This will enable us to better identify and categorize the actions occurring on websites, so we can ensure advertisers are leveraging accurate customer event data into their advertising.

- **Button click activity** - after the Facebook pixel fires the first event, the Facebook pixel will subscribe to any button clicks that occur on the web page and send that back to Facebook. We include the name and ID of the button clicked as well as the name of the form fields that may be included if a form was submitted. We send this safely and securely and expressly do not include the values of form fields in an effort to avoid sending back any personally identifiable information (PII).
- **Page metadata** - many advertisers purposefully place machine-readable code on their website that informs the context of the action taking place. The Facebook pixel will begin to pass this data to inform product IDs and value.

Additionally, the Javascript Facebook Pixel will be enhanced to dynamically load further customizations that will help advertisers enable functionality with no code changes required. We anticipate that most advertisers will not detect any difference in behavior. Advertisers that are actively running performance tests may notice aberrant behavior but there should be no net increase in latency. Any client using the noscript version of the Facebook Pixel, alternatively known as the img tag, will be wholly unaffected.
## == TIMING ==

- **April 20, 2017**: Starting notifications about upcoming Facebook pixel changes within ads interfaces.
- **May 20, 2017**: We'll start including the additional button click activity and page metadata to better inform ads targeting and delivery for all advertisers using the Facebook pixel, except for those that have opted out

## == WHO DOES THIS IMPACT? ==

This change will apply to all advertisers leveraging the Facebook pixel, unless they specifically configure their pixel accordingly. In the short-term, savvy advertisers with significant technical resources will likely already be sending more data than this update entails and will largely be unaffected. In the long-term, we anticipate that this change will enable more SMBs to use their own rich customer data to drive advertising which will have implicit benefits to savvy advertisers.

## == RESOURCES ==

Help Center -
Dev Doc -
FAQ
Screenshots of in-product messaging

---

**Charlotte Narvaez** created the document *Apr 12, 2017 at 2:12 am*

---