# Proposed Redacted Version of Exhibit 23 (Dkt. No. 1154-23)

# EXHIBIT 23

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## Automatic Setup Product Overview & Launch Plan

### Overview

Advertisers use the Facebook Pixel to measure customer actions on their websites. The events captured by the Facebook Pixel are then used for Facebook ads measurement, ads/site targeting and campaign optimization. The Facebook Pixel setup requires that such standard event and value from the website be configured for tracking. This is difficult for non-technical advertisers to implement and is prone to errors.

The purpose of this project is to

- Make it easy for advertisers to send Facebook high intent event data through the Facebook Pixel
- Increase future coverage and value of Facebook Pixel data by expanding data collection and inferring event demalization.
- Simplify the pixel installation process for advertisers by only requiring the base code to inter standard events.
- Use inferred signals to provide better campaign optimization, better re-monitoring attribution, as well as more accurate measurement and reporting.

We will introduce a new version of the Facebook Pixel base code which can automatically detect standard events and value parameters including purchase value, content ID and content category without requiring manual implementation.

This data will be used for better ranking and delivery. In addition, new and existing users will be given an option to include inferred events in Ads Manager and other reporting interfaces.

### Target Users

Advertisers with:

- No/low funnel coverage
  - Send page views, but not high intent signals. A: the moment [REDACTED] weekly active pixels send us [REDACTED] events.
  - Send [REDACTED] signals, but not upper funnel events [REDACTED] of weekly active pixels.
  - [REDACTED]



- Incorrect event labels
  - All events marked in one [REDACTED] of all weekly active pixels send us page view only
  - Pixel fires all events in the same time

Facebook internal ads teams who leverage signals to provide advertisers with:

- Better campaign optimization based on high intent signals
- Increased audience sizes when targeting based on credible events
- More accurate measurement and reporting

### Metrics (Add baseline values at start of alpha)



### Project Phases

*Recruiting and test advertiser plan here [REDACTED] doc [ref]*

### Alpha – Start EVENT INFERENCE for select advertisers [Alpha march 21 – mid-April] – COMPLETE

Introduce a new version of Facebook Pixel [REDACTED] TBD name) which collects additional data to re labels, infer risks, buttons and other elements on websites. For this [initial phase, the advertisers will upgrade their pixel base code to enable inferring of inferred events. [REDACTED] e classification of events.

#### Alpha goals

- Better understand quantified advertiser benefits and business opportunity
- Collect inferred events at a scale that is sufficient to develop and train models
- Begin to measure inferred event accuracy through [REDACTED] ad advertiser feedback.

#### Scope

- Automatic event inference - label all standard events except view content for specified advertiser pixels

- [REDACTED] See details **here**.

### Annoucement [April 20] – COMPLETE

#### Goal

- Communicate event inference to advertisers
- Provide sufficient lead time for them to opt-out of collection if needed [through developer communication]
- Promote opt-in beta to begin event collection.

#### Scope

### PRODUCTION COLLECTION – EVENT INFERENCE FOR ALL ADVERTISERS [May 20] – COMPLETE

Event inference from button clicks. Every time when a user presses a button, we will collect the following information:

- Button text
- Form field name (for example, last name, address, email, etc, type first, password, checkbox, text area, etc, and ID
- Process associative/metadata:
  - Article name
  - Article description
  - Product name, price, category, URL of the image
- **Microdata Extraction Product Plan**
- **Privacy [Privacy designs]**

### Scope & Blocking Items

- Requires announcement of new event, inference methodology plus 30 day headtime for advertisers who track services/ activities to have sufficient time to opt-out. Developer docs will be updated at same time to announcement.
- Requires prior Measurement and CASS pre-launch review.

**20 - erd cf June**

This step will focus on building a [REDACTED] which could be scaled up for ad pixels. We will start from a model which will



EXHIBIT Lena
5/30/25
603
Narvaez

predict all standard events (10 classes - ████████████ ). If the model accuracy will be lower what we expected, we can construct us a model which predicts ████████████ only, since it will cover the majority of impact opportunity.

**Goal**

- Train and test a ████████████ to classify pixel events.

**Scope**



### beta - end to end testing with select advertisers [Eligible test pixels]

The beta will focus on testing end-to-end functionality intended for sub-production launch. This phase will include all advertiser-facing UI functionality and event de-duplication logic. The beta phase will test the new ████████████ UI with a larger number of advertisers to study impact on campaign performance and retain functionality based on alpha learnings.

**Beta Goals**

- Obtain advertiser feedback on ████████████ changes planned for production launch
- Expand the scope of advertisers to include more diverse funnel coverage
- Test optimization using inferred events and measure impact on campaign performance

**Beta Scope**

### Employee PIXEL Test Critieria

- Pixel that is owned by an employee ad-account or business (no external people associated)
  - Small set of less than ████████

### Initial Rollout PIXEL Critieria

- ████████
- ████████████████████████

  - Counties:
    - Option 1: restraint by advertiser/country - US, CA, GB, NZ, AU (Country is computed at the user level/user is country-based on IP address.
    - Option 2: no restriction at all, if confidence score is high — we trust our model.
  - Rollout Order:
    - Option 1: by number of predicted events (total events from pixel)
    - Option 2: by revenue (from high to low
    - Option 3: (hybrid - LOG(event)*Revenue

### Automatic events Default setting for all pixels Launch [July]

Automatic Set Up is default option for all pixels and advertisers. This is gated by proving our accuracy both internally and externally.

**Roll out plan**

Automatic Events Rollout Plan

**Launch Scope**

- Remove GK permissions and release to all advertisers.
- Launch final release which is default for all advertisers.
- Manual configuration of website to collect standard events becomes advanced option for all users.
- Consider using third party integrations to scale event extraction quickly, cannot broadly approach since websites may not be diverse enough for model training.

- 

### Tasks & Launch Blockers

Here are a list of items that need solving prior to the public rollout (UPDATED June 23rd)



‡ **Developer Docs/Jira**
  * Add resource/double-log
  * data we are additionally sending from the client
  * API flag to disable or transmit events
  * Consent review for env docs
‡ **Help/users functionality**

**Post launch**
  ‡ Get short feedback issue + instrumentation
  ‡ Monitor debug log for any negative charges
‡ Automatic enabling Automatic Setup for all pixels (some time period after creation)

**Plan for next phase**
  ‡ Test automatic setup for advanced matching
  ‡ Event-label extractions
  ‡ Automatic setup for PII

## Open Questions & Resolution

| Question | Resolution |
|---|---|
| How is [redacted] deployed for an advertiser with the existing version of [redacted] Pixel? | No new configuration will be required. During beta phase we can update the base code automatically via GK. During production launch all existing FB Pixels will be automatically become [redacted] |
| What are known issues with [redacted]? Are there specific advertisers or verticals that should not use [redacted]? | Toxin Anleah will provide known issues which will be tracked here. Jose is researching which advertiser verticals will be the most sensitive. |
| What website languages are supported? Is URL-based inference in scope? | Toxin to add language support details. No URL-based inference will be used for ranking and not exposed to advertisers as part of the [redacted] proper. |
| How do people respond to notification about opt-in, privacy, etc? | There will be a check box to agree. |
| Did we rule out surveying existing advertisers to measure their openness to this change? | Yes, there will be no opt-out for event inference and no opt-out for use in optimization/targeting. |
| What is the accuracy of inferred events and what is the advertiser experience when a large volume of new events appear in pixel dashboard and ads reporting? | Toxin to add accuracy details |
| Who can do these options that Visual head out for the [redacted] fires? | 1) Use a 3rd party integration 2) Use this solution (automatic) 3) Manual (the old way) |
| Can we collect inferred events when employees use third party websites to develop models? | Add guidance from Privacy XFN |
| Do we need to implement ranking only logic? | No, we do not borrow rights but advertisers will see inferred events in the UI. |
| When will a standard/inferior extraction launch? If an advertiser selects "advanced mode" and wants to manually instrument the pixel, will we still send duplicate events? | Original plan = Inferred events will be passed to Ads Ranking only** **Side events will not be visible to the advertiser in Ads Reporting outside of Pixel Dashboard or used for targeting, etc.** * Events should flagged such that are not used for optimization and fires appear in Ads Reporting Metadata/whereas extraction includes enhancing the [redacted] to infer [redacted] spatially with additional data such as product and purchase value. This will launch in a subsequent phase. Yes, but they will be deduped. |
| Can an advertiser use the [redacted] with automatic event inference, but customize which events are sent? | No. |
| What is the performance impact to websites the user experiences before transmitting data to FB under 3G devices? | Data collection starts after first pixel fire on this should be low. Developer docs need to communicate that this is the case. |
| Can advertisers opt-out of data collection? | Opt-out is required because there are advertiser verticals where even a button click is sensitive—leak or approvements - HIPPA, financial services, marks other sensitive areas). Require a technical solution for not sending inferred events to address. Can edict at developer documentation (pause inferred events to allow submitting instrument event). |
| What is the cleanest transition? | Need at least 30 days transaction into operating change. Link to learn more page, from learn more page, hide/deactivate, angel and notice in ads surfaces (with opt-in controls). |
| | |

Redacted – Privileged     Redacted – Privileged
Redacted – Privileged

| Can we collect PII now? | Automatic data collection without tracking on advanced matching. Will you be collecting from 3rd information? FAQ |
| Do we need a blacklist? | Yes, follow up with Natalie Kublit on blacklist /video streaming services - Netflic, HBO. |
| What happens when we infer less events than were seen manually? | One option is that we alert the advertiser that their manual standard event set up appears to be incorrect due to infer-up fires events they were reported. |

## Dogfooding Instructions

* Automatic Setup for employees will be Thursday June 15th



**Related Documents & Links**

- Automatic Set Up for Facebook Pixel █████████ .MPD
- ██████ Brief
- ██████ Concept Demos
- ██████ Product Overview Deck
- ██████ Launch Plan - OLD
- Feature Rating for █████████ Events
- Reporting Request - Facebook Pixel Automatic Setup
- ██████ AB Group
- Inferred events design prototype
- Mixedata Extraction Product Plan (Product/Amkni mandate)
- Launch Notes Events Manager > ██████

Create Support

## Conversation History

Quipbot441 left the thread Aug 23, 2019 at 11:11 am

Quipbot441 Aug 23, 2020 at 1:47 am

------ IMPORTANT ------

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to Read-Only. Please work at the new Google file moving forward.

Learn more

███████████████████

Questions?

Visit the Quip2Google Migration Feedback Group █████████████ group...).

Note

New edits in this Quip file we WONT be automatically synced to Google Workspace.

Quipbot441 added Quipbot01 to the thread Aug 23, 2020 at 1:23 am

Quipbot441 added you to a document Aug 23, 2020 at 1:17 am

Santhosh Raman opened your conversation with Amlesh Jayakumar, Laurie Jarvez, Neeta Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salck, Yi Huang (Meri), Gabriel Mikida, Jenny Lin, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wei-Xit Keoh, ... [remainder illegible]

[Several further long illegible message blocks follow]

Hal Ha opened your conversation with Amlesh Jayakumar, Laurie Jarvez, Neeta Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salck, Yi Huang (Meri), Gabriel Mikida, Jenny Lin, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wei-Xit Keoh, ... [remainder illegible]

Yi Tang opened your conversation with Amlesh Jayakumar, Laurie Jarvez, Neeta Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salck, Yi Huang (Meri), Gabriel Mikida, Jenny Lin, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wei-Xit Keoh, ... [remainder illegible]

Anh Bui created your conversation with Amlesh Jayakumar, Laurie Jarvez, Neeta Grover, Andy Kim, Minghao Wang, Charlotte Narvaez, Mike Salck, Yi Huang (Meri), Gabriel Mikida, Jenny Lin, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wei-Xit Keoh, ... [remainder illegible]

Joey baxxon edited Nov 17, 2017 at 4:07 am

- Option to create connectivity to selected countries (US, CA, GB, NZ, etc.) Country is computed in the user temporary user's connect based on IP address

Heng Chen Leung opened your conversation with Amlesh Jayakumar, Laurie Jarvez, Neeta Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salck, Yi Huang (Meri), Gabriel Mikida, Jenny Lin, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wei-Xit Keoh, Karin Hellman, Rebecca Gleeson, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Max Saba, Emily Berger (Content ...

PIXEL_HEALTH000925796

Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olsen, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Oct 9, 2017 at 8:29 pm*

------

**Andy Kim** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olsen, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Sep 15, 2017 at 10:23 pm*

------

**Rebecca Gleason** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olsen, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Sep 11, 2017 at 5:29 am*

------

**Swathi R Nirmala** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olsen, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Sep 8, 2017 at 10:10 pm*

------

Steven Weddle enabled link sharing - *View/Edit Aug 8, 2017 at 10:36 pm*

------

**Joey Isaacson** *Aug 7, 2017 at 4:17 pm*

Does this mean existing advertisers will have to update their pixel base code to get automatic events?

------

Joey Isaacson edited *Aug 7, 2017 at 4:15 pm*

## Design

The [redacted] will be rolled out in two design phases, each with a set of minor design updates to the existing Pixel dashboard interface.

### Part 1: opt-in/out mechanism to collect additional data for inferred events [DONE]

Collection will be on by default. It can be disabled by adding this javascript line to the base code, before the 'init' call:

Add this:

```
fbq("disable", "automaticSetup");
```

Immediately before:

```
fbq('init', <your pixel ID>);
```

This will be communicated by a megaphone announcement that will be displayed at the top of the interface.

**Steven Weddle** edited *Jul 21, 2017 at 5:35 pm*

------

**Joydeep Gangopadhyay** edited *Jul 21, 2017 at 3:38 pm*

------

**Joydeep Gangopadhyay** edited *Jul 20, 2017 at 11:36 pm*

------

**Steven Weddle** edited *Jul 20, 2017 at 6:46 pm*

------

**Joydeep Gangopadhyay** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olsen, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jul 17, 2017 at 8:59 pm*

------

**Thiago Moraes** edited *Jul 19, 2017 at 5:57 pm*

- - - - -

**Thiago Moraes** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wei Kit Koh, Karin Heilman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jian Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kareen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jul 19, 2017 at 5:57 pm*

- - - - -

**Steven Weddle** added Joydeep Gangopadhyay to the thread *Jul 19, 2017 at 5:53 pm*

- - - - - -

**Steven Weddle** added you to a document *Jul 19, 2017 at 5:52 pm*

- - - - -

**Steven Weddle** edited *Jul 19, 2017 at 5:52 pm*

- - - - - -

**Jonathan Lewis** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Heilman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jian Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kareen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jul 19, 2017 at 6:19 am*

- - - - - -

Charlotte Narvaez edited *Jul 18, 2017 at 3:10 pm*

- - - - - -

**Steven Weddle** edited *Jul 17, 2017 at 5:53 pm*

- - - - -

**Peng Fan** edited *Jul 14, 2017 at 4:56 pm*

- - - - - -

Steven Weddle edited *Jul 13, 2017 at 11:20 pm*

- - - - -

**Vivian Li** edited *Jul 13, 2017 at 4:27 pm*

- - - - - -

Steven Weddle edited *Jul 12, 2017 at 11:50 pm*

- - - - -

**Vivian Li** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Heilman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jian Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kareen Hanson, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jul 11, 2017 at 2:53 pm*

- - - - - -

**Tobias Wooldridge** added Vivian Li to the thread *Jul 11, 2017 at 10:00 pm*

- - - - - -

**Tobias Wooldridge** added you to a document *Jul 11, 2017 at 9:53 pm*

- - - - - -

**Minghao Wang** edited *Jul 10, 2017 at 5:15 pm*

- - - - -

**Sarah Vieweg** edited *Jul 8, 2017 at 9:58 pm*

- - - - - -

**Sarah Vieweg** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Heilman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jian Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kareen Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund and Hai Ho *Jul 8, 2017 at 9:56 pm*

- - - - - -

Charlotte Narvaez edited *Jul 8, 2017 at 12:11 am*
Added

Post-launch

- Get direct feedback from 3-5 advertisers Sarah
- Monitor deltas for any negative changes
- Automate enabling Automatic Setup for all pixels (some time period after creation)

Plan for next phase

- Test automatic setup for advanced matching
- Event label corrections
- Automatic setup for PC

Checked

- ~~Post-launch product review~~
- ~~External Automatic Setup (assuming no blockers)~~
- ~~July 7th 30,000 pixels~~

Changed

Launch for v1

- - - - - -

Steven Weddle edited *Jul 7, 2017 at 11:30 pm*

- ~~Size opportunity~~
  - ~~Total max opportunity size ~30K weekly active pixels (some % in last week, page view only)~~
  - Current opportunity is about...
  - ~~Setup June 23~~

    External Automatic Setup (assuming no blockers)

    - ~~June 29th 10,000 pixels~~
    - ~~June 30th 10,000 pixels~~

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PIXEL_HEALTH000925798

- July 5th 15 7th 27,000 pixels

**Charlotte Narvaez** edited *Jul 7, 2017 at 3:09 pm*

-

**Charlotte Narvaez** edited *Jul 5, 2017 at 8:45 pm*

**Steven Weddle** edited *Jul 5, 2017 at 5:09 pm*

**Minghao Wang** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Man), Gabriel Milião, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Garanian, Jose Villalobos, Artur Abdulin, Sophie Gao, Jamie Jordan, Hai Wang, Yu San, Rupal Patwardhan, Tobias Wooldridge, Gabriel Francis, Amy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yili Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Park, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jong, Joey Isaacson, Zach Olson, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kasren Hamon, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vivilala, Lian He, Hong Chun Leung, Santhosh Raman, Xia Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jul 3, 2017 at 4:47 pm*

**Charlotte Narvaez** edited *Jul 1, 2017 at 6:07 am*

| Question | Resolution |
|---|---|
| Can an advertiser use th[REDACTED] with automatic event inference, but customize which events are sent? | No |
| What does SRT mean? | |

**Steven Weddle** edited *Jun 30, 2017 at 10:40 pm*

**Charlotte Narvaez** edited *Jun 30, 2017 at 9:45 pm*

**beta - end to end testing with select advertisers [immediately after announcement] [Eligible test pixels]**

- Train models for new funnel coverage scenarios
  - Small set of less than [REDACTED]

**Automatic events usage Default setting for all pixels Launch [end of June] [July]**

- Consider using third party integrations to scale [REDACTED] inferred event event inference quickly, cannot be only approach since websites may not be diverse enough for model training

Added

- ~~June 29th~~ [REDACTED]
- ~~June 30th~~ [REDACTED] [REDACTED]
- July 5th [REDACTED]

Checked

- ~~Development related tasks~~

[REDACTED]

- ~~Ads Reporting~~
- ~~Facebook Analytics~~
- ~~Internal testing June 21~~
- ~~List of pixels to spot check manually (employee testing not possible) Terel~~
- ~~Launch capabilities~~
- ~~Script with flag for pixel - Tobias~~
- ~~Create alerts/monitoring Tobias~~
- ~~Model~~

[REDACTED]

- ~~Impression logs, click logs are already tracked~~
- ~~Ads reporting metrics review Charlotte~~
- ~~In-product and messaging Tyler~~
- ~~New disable flag content Mike~~
- ~~Helpcenter docs Emily~~
- ~~Developer Docs Jose~~
- ~~API version of disable flag~~
- ~~Internal Spot Check Automatic Setup June 23~~

Changed

External Automatic Setup June 26 (assuming no blockers)

**Jose Villalobos** edited *Jun 29, 2017 at 4:17 am*

**Jose Villalobos** edited *Jun 28, 2017 at 10:37 pm*

**Charlotte Narvaez** edited *Jun 28, 2017 at 10:11 pm*

**Jose Villalobos** edited *Jun 28, 2017 at 9:03 pm*

**Jose Villalobos** edited *Jun 28, 2017 at 6:16 pm*

**Jose Villalobos** edited *Jun 28, 2017 at 1:11 am*

**Steven Weddle** edited *Jun 28, 2017 at 12:19 am*

**Charlotte Narvaez** edited *Jun 27, 2017 at 11:28 pm*

**Aleksey Fadeev** edited *Jun 27, 2017 at 8:02 pm*

**Hongyan Zhou** edited *Jun 27, 2017 at 7:57 pm*

**Charlotte Narvaez** edited *Jun 26, 2017 at 4:46 pm*

**Jose Villalobos** edited *Jun 26, 2017 at 4:38 pm*

**Jose Villalobos** edited *Jun 26, 2017 at 4:08 am*

**Steven Weddle** edited *Jun 23, 2017 at 11:04 pm*

**Laszlo Jurasz** edited *Jun 23, 2017 at 11:02 pm*



**Joey Isaacson** edited *Jun 23, 2017 at 10:59 pm*

**Charlotte Narvaez** edited *Jun 23, 2017 at 11:02 pm*

| Metric | Baseline Value |
| --- | --- |
| # of opt ins/outs | N/A |

**Laszlo Juracz** edited *Jun 23, 2017 at 10:56 pm*

**Charlotte Narvaez** edited *Jun 23, 2017 at 10:56 pm*

| Metric | Baseline Value |
| --- | --- |
| Inference accuracy (method 1143) | |

**Here are a list of items that need to be done prior to the public rollout (UPDATED June 23rd)**
Checked

- ~~Total max opportunity size weekly active pixels (some $ in last week, page view only)~~

**Joey Isaacson** edited *Jun 23, 2017 at 10:02 pm*

### Part 2: Differentiate inferred Infer standard events from other standard events in UI [JUNE 15] q3 -

- Roll out automatic events to those with existing events, including those that are using them in downstream optimization of ads
- For those that meet the above criteria, usage will be OPT IN.

**Jose Villalobos** edited *Jun 23, 2017 at 9:51 pm*

**Joey Isaacson** edited *Jun 23, 2017 at 9:51 pm*

### Part 3: Differentiate inferred standard events from other standard events in UI - q3

- Roll out automatic events to those with existing events, including those that are using them

**Ryan McLaughlin** edited *Jun 23, 2017 at 7:36 pm*

**Joey Isaacson** edited *Jun 23, 2017 at 6:48 pm*
This will be communicated by a megaphone announcement that will be displayed at the top of the interface.

### Part 2: Differentiate inferred standard events from other standard events in UI ~~[JUNE 15]~~ q3

**Emily Berger (Content Design)** edited *Jun 23, 2017 at 5:14 pm*

**Charlotte Narvaez** edited *Jun 23, 2017 at 5:06 pm*
Added

- Current opportunity is about weekly active pixels for active advertisers
- Need a doc to share with partner teams - Tobias
  Reach out to partner engineering teams Yuval
- Script with flag for pixel - Tobias
- Internal tool with easy UI to activate for specific pixel Tobias
- New disable flag context Mike
- Help center docs Emily
- API version of disable flag

Deleted

- Dogfooding instructions Charlotte Tobias

Checked

- ~~Sessionizing development - Tobias~~
- ~~Modeling~~
- ~~Finish purchase model with 95% accuracy/as much as possible recall~~
- ~~Set of pixel IDs to turn on for launch~~
- ~~Finish add to cart model (not as high pri)~~
- ~~[illegible]~~
- ~~API flag to disable of automatic events~~
- ~~[illegible]~~

Unchecked

- 
- Ads Reporting
- Facebook Analytics

Changed

- Total max opportunity size weekly active pixels (some $ in last week, page view only
  Internal launch employee launch (behind schedule) testing June 21
- Mechanism List of pixels to whitelist employee pixels spot check manually (employee testing not possible) Yuval
  Launch script with flag for pixel - Tobias capabilities
  Create alerts/monitoring Tobias
  Ads reporting metrics review Charlotte
  Developer Docs Jose
- ~~What data are we additionally sending from the client~~
  Internal Spot Check Automatic Setup Thursday June 15 23
- External Automatic Setup June 22nd 26 (assuming no blockers)

**Joey Isaacson** edited *Jun 23, 2017 at 4:47 pm*

**Charlotte Narvaez** edited *Jun 23, 2017 at 4:47 pm*

  - ~~No custom conversions~~
  - ~~No other custom events~~
  - No high intent events (custom conversions or standard)
  - Low intent events:
    - ~~Option 1: PageView only~~

Added

- Post-launch product review

Changed

- Total max opportunity size weekly active pixels (some $ in last week, page view only)

**Jose Villalobos** edited *Jun 23, 2017 at 5:42 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PIXEL_HEALTH000925800





**Bryce Xu** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Mattes, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Ka Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jixin Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Joanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Malgund, Sarah Vieweg and Hai He *Jun 22, 2017 at 9:02 pm*

------

**Steven Weddle** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Mattes, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jixin Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Joanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Malgund, Sarah Vieweg and Hai He *Jun 22, 2017 at 8:26 pm*

------

**Artur Abdullin** edited *Jun 22, 2017 at 2:45 pm*

[redacted]

------

**Luca Bruno** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Mattes, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Ka Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jixin Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Joanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Malgund, Sarah Vieweg and Hai He *Jun 22, 2017 at 10:37 am*

------

**Artur Abdullin** edited *Jun 22, 2017 at 9:33 am*

------

**Jose Villalobos** edited *Jun 22, 2017 at 5:27 am*

------

Charlotte Narvaez edited *Jun 22, 2017 at 1:44 am*

[redacted]

Tobias Wooldridge edited *Jun 22, 2017 at 1:34 am*

------

Charlotte Narvaez edited *Jun 22, 2017 at 1:17 am*

[redacted]

Tobias Wooldridge edited *Jun 22, 2017 at 12:48 am*

------

Charlotte Narvaez edited *Jun 21, 2017 at 11:35 pm*
Added

- Mechanism to whitelist employee pixels

Checked

- ~~User interface~~
- ~~Design~~
- ~~Event table~~
- ~~Automatic events in event table~~
- ~~Need to show design mocks of the user flow for opt-in/opt-out~~
- ~~Provide guidance on what level of confidence we are targeting before we can use it for attribution~~

------

Tobias Wooldridge edited *Jun 21, 2017 at 10:39 pm*

- **(Potentially unnecessary)** Pixel installed on english website based on IP address location frequency (websites intended for US, Australia, UK markets)
- Pixel sends page view only and has **no custom conversions for high/low intent events**

------

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PIXEL_HEALTH000925801

**Charlotte Narvaez** edited *Jun 21, 2017 at 10:25 pm*

**Alpha - STart EVENT INFERENCE for select advertisers [Alpha march 21 - mid-April] - COMPLETE**

**Annoucement [April 20] - COMPLETE**

**PRODUCTION COLLEcTION - EVENT INFERENCE FOR ALL ADVERTISERS [May 20] - COMPLETE**

---

**Yuetao Xu** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sasak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Paik, Eric Wright, Feng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulio Sergi, Brie Noel Taylor, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jun 21, 2017 at 8:08 pm*

---

**Amlesh Jayakumar** edited *Jun 21, 2017 at 8:36 pm*

**Initial Rollout PIXEL Critieria**

[REDACTED]

**Charlotte Narvaez** edited *Jun 21, 2017 at 6:49 pm*

- Pixel that is owned by an employee ad account or business manager (no external people associated)

---

**Jose Villalobos** edited *Jun 21, 2017 at 6:23 pm*

---

**Tobias Wooldridge** edited *Jun 21, 2017 at 6:08 pm*

---

**Charlotte Narvaez** edited *Jun 21, 2017 at 4:58 pm*

**Employee PIXEL Test Criteria**

[REDACTED]

**Automatic events usage Launch [end of june] June]**

---

**Charlotte Narvaez** edited *Jun 19, 2017 at 7:11 pm*
Unchecked

1. Total opportunity size [REDACTED] weekly active pixels (some $ in last week, page view only)

---

**Charlotte Narvaez** edited *Jun 18, 2017 at 5:26 pm*

**TRAINinG EVENT CLassification model [APril 20 - June TBD] end of june]**

**Automatic events usage Launch [june] [end of june]**

---

**Charlotte Narvaez** edited *Jun 15, 2017 at 6:45 pm*

---

**Tobias Wooldridge** edited *Jun 14, 2017 at 8:04 pm*

---

**Charlotte Narvaez** added Steven Weddle to the thread *Jun 13, 2017 at 11:16 pm*

---

**Charlotte Narvaez** added you to a document *Jun 13, 2017 at 11:10 pm*

---

**Charlotte Narvaez** edited *Jun 13, 2017 at 11:38 pm*

---

**Claire Lin** edited *Jun 13, 2017 at 9:07 pm*

---

**Claire Lin** opened your conversation with Amlesh Jayakumar, Laszlo Jurasz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sasak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Paik, Eric Wright, Feng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulio Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jun 13, 2017 at 9:07 pm*

---

**Tobias Wooldridge** edited *Jun 13, 2017 at 1:25 am*

---

**Charlotte Narvaez** edited *Jun 13, 2017 at 12:14 am*

---

**Jose Villalobos** edited *Jun 12, 2017 at 5:?? pm*

---

**Rituraj Kirti** edited *Jun 12, 2017 at 6:2? am*

---

**Emily Berger (Content Design)** edited *Jun 12, 2017 at 3:36 am*

---

**Jose Villalobos** edited *Jun 11, 2017 at 6:37 pm*

---

**Charlotte Narvaez** edited *Jun 9, 2017 at 7:59 pm*

---

**Emily Berger (Content Design)** *Jun 9, 2017 at 7:45 pm*

Charlotte there is a toggle in Events Manager under Settings > Advanced > Details. You can check out the automatic setup help content I have ready to go for help center in this quip: What's changing with the Facebook pixel?

---

**Emily Berger (Content Design)** edited *Jun 9, 2017 at 7:43 pm*

\- - - - -

**Emily Berger (Content Design)** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jun 9, 2017 at 7:41 pm*

\- - - - -

**Jose Villalobos** edited *Jun 9, 2017 at 5:11 pm*

\- - - - - -

**Charlotte Narvaez** added Emily Berger (Content Design) to the thread *Jun 9, 2017 at 4:50 pm*

\- - - - -

**Charlotte Narvaez** added you to a document *Jun 9, 2017 at 4:43 pm*

\- - - - - -

**Charlotte Narvaez** edited *Jun 9, 2017 at 4:36 pm*

\- - - - - -

**Yunfeng Wei** edited *Jun 7, 2017 at 12:23 am*

\- - - - -

**Yunfeng Wei** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jun 7, 2017 at 12:23 am*

\- - - - - -

**Yuval Oren** edited *Jun 6, 2017 at 5:42 pm*

\- - - - - -

**Gabriel Militão** edited *Jun 5, 2017 at 6:37 pm*

\- - - - -

**Charlotte Narvaez** edited *Jun 5, 2017 at 3:59 pm*

\- - - - - -

**Sophia Gao** edited *Jun 3, 2017 at 4:47 pm*

\- - - - - -

**Sophia Gao** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Jun 3, 2017 at 3:42 pm*

\- - - - -

**Charlotte Narvaez** edited *Jun 2, 2017 at 10:39 pm*

\- - - - - -

**Tobias Wooldridge** edited *Jun 2, 2017 at 6:18 pm*

\- - - - - -

**Charlotte Narvaez** edited *Jun 2, 2017 at 5:00 pm*

\- - - - -

**Hongyan Zhou** edited *Jun 1, 2017 at 12:56 am*

\- - - - - -

**Kingsley Harris** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *May 31, 2017 at 10:03 pm*

\- - - - - -

**Jose Villalobos** edited *May 25, 2017 at 7:16 pm*

\- - - - -

**Hongyan Zhou** edited *May 24, 2017 at 5:18 am*

\- - - - - -

**Tobias Wooldridge** edited *May 22, 2017 at 4:02 pm*

\- - - - - -

**Rituraj Kirti** edited *May 22, 2017 at 3:03 am*

\- - - - -

**Rituraj Kirti** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *May 22, 2017 at 3:03 am*

\- - - - -

**Hongyan Zhou** edited *May 19, 2017 at 8:26 pm*

\- - - - - -

**Joey Isaacson** *May 17, 2017 at 7:36 pm*

All of the sudden, overnight, their delivery and measurement would change (possible in a negative way) because of something they did not do

**Joey Isaacson** *May 17, 2017 at 7:45 pm*

It would be valuable to get those events yes, but it would also cause alarm and confusion for advertisers

- - - - -

**Joey Isaacson** edited *May 19, 2017 at 7:46 pm*

- - - - - -

**Jose Villalobos** edited *May 19, 2017 at 11:47 am*

- - - - -

**Hongyan Zhou** *May 19, 2017 at 3:59 am*

I am not sure I get it. Here is the formula in my mind: (1) Pi[REDACTED] any existing high latent Standard Events = (2) Pixels without any existing Standard Events + (3) Pixels with low latent but no [REDACTED] Standard Events. I am proposing (1), which is a super set of (2). The missing (3) would valuable too.

- - - - - -

**Hongyan Zhou** edited *May 19, 2017 at 3:51 am*

- - - - -

**Joey Isaacson** *May 19, 2017 at 1:49 am*

That would be problematic because advertisers that have high budgets tied to existing custom conversions, which are tied to [REDACTED] signals (ViewContent, etc)

- - - - - -

**Joey Isaacson** edited *May 19, 2017 at 1:47 am*

- - - - - -

**Hongyan Zhou** *May 18, 2017 at 9:54 pm*

Shall we target Pixels with no[REDACTED] vents instead?

- - - - - -

**Hongyan Zhou** edited *May 18, 2017 at 9:34 pm*

- - - - - -

**Joey Isaacson** edited *May 18, 2017 at 8:37 pm*

- - - - - -

**Tyler Womack** edited *May 18, 2017 at 5:56 pm*

- - - - - -

**Jose Villalobos** edited *May 18, 2017 at 5:51 pm*

- - - - -

**Joey Isaacson** edited *May 18, 2017 at 5:30 pm*

- - - - - -

**Joey Isaacson** edited *May 18, 2017 at 2:31 pm*

- - - - -

**Charlotte Narvaez** edited *May 15, 2017 at 1:02 am*

**Gabriel Militao** edited *May 11, 2017 at 12:51 pm*

- - - - - -

**Joey Isaacson** edited *May 10, 2017 at 11:14 pm*

- - - - -

**Tobias Wooldridge** edited *May 10, 2017 at 7:14 am*

- - - - - -

**Gabriel Militao** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neeru Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Jenny Lin, Parton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdulin, Sophia Gao, Jamie Jordan, Hai Wang, Yu San, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Fatah, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Pak, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jang, Joey Isaacson, Zach Olins, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Henson, Vivian Li, Jordan Roth, Claire Lin, Keekim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Segni, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vaidish, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mungand, Sarah Vieweg and Hai Ho *May 8, 2017 at 10:21 pm*

- - - - - -

**Amlesh Jayakumar** edited *May 2, 2017 at 10:07 pm*

- - - - -

**Laszlo Juracz** edited *Apr 28, 2017 at 5:56 am*

**Joey Isaacson** edited *Apr 28, 2017 at 4:23 am*

- - - - - -

**Mike Sulak** edited *Apr 27, 2017 at 6:55 pm*

- - - - -

**Amlesh Jayakumar** edited *Apr 27, 2017 at 6:51 pm*

- - - - - -

**Tobias Wooldridge** edited *Apr 26, 2017 at 9:21 pm*

- - - - -

**Amlesh Jayakumar** edited *Apr 26, 2017 at 8:12 pm*

- - - - -

**Laszlo Juracz** edited *Apr 26, 2017 at 3:12 am*

- - - - - -

**Laszlo Juracz** opened your conversation with Amlesh Jayakumar, Neeru Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militao, Jenny Lin, Parton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdulin, Sophia Gao, Jamie Jordan, Hai Wang, Yu San, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Fatah, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Pak, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jang, Joey Isaacson, Zach Olins, Ian Swinson, Christopher Phillips, Jinzhou Yang, Karen Henson, Vivian Li, Jordan Roth, Claire Lin, Keekim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Segni, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vaidish, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mungand, Sarah Vieweg and Hai Ho *Apr 26, 2017 at 3:12 am*

- - - - - -

**Charlotte Narvaez** edited *Apr 26, 2017 at 4:42 am*

- - - - -

**Joey Isaacson** edited *Apr 25, 2017 at 7:54 pm*

- - - - - -

**Marc Saba** edited *Apr 24, 2017 at 7:40 pm*

- - - - -

**Amlesh Jayakumar** edited *Apr 23, 2017 at 12:28 am*

- - - - -

**Charlotte Narvaez** edited *Apr 12, 2017 at 4:41 am*

- - - - - -

**Marc Saba** edited *Apr 6, 2017 at 11:40 pm*

- - - - -

**Tobias Wooldridge** edited *Apr 6, 2017 at 10:54 pm*

**Charlotte Narvaez** edited *Apr 6, 2017 at 10:18 pm*

**Yuval Oren** edited *Apr 6, 2017 at 5:41 pm*

**Joey Isaacson** edited *Apr 6, 2017 at 3:22 pm*

**Tyler Womack** edited *Apr 5, 2017 at 10:22 pm*

**Charlotte Narvaez** edited *Apr 5, 2017 at 10:16 pm*

**Marc Saba** edited *Apr 4, 2017 at 4:46 pm*

**Xiao Wu** *Apr 4, 2017 at 2:36 pm*

**Xiao Wu** *Apr 4, 2017 at 2:45 pm*

Not sure about how exactly the [redacted] pal" is defined here. My recent data shows PageView contribute 60% of pixel traffic.

**Xiao Wu** edited *Apr 4, 2017 at 2:46 pm*

**Giulia Sergi** edited *Apr 4, 2017 at 2:37 pm*

**Xiao Wu** opened your conversation with Amlesh Jayakumar, Laszlo Juarez, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Alex Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Rai Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kiruraj Kurti, Abhijeet Muigund, Sarah Vieweg and Hai Ho *Apr 4, 2017 at 2:22 am*

**Marc Saba** edited *Apr 3, 2017 at 4:15 pm*

**Marc Saba** opened your conversation with Amlesh Jayakumar, Laszlo Juarez, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Alex Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Rai Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kiruraj Kurti, Abhijeet Muigund, Sarah Vieweg and Hai Ho *Apr 3, 2017 at 4:15 pm*

**Jose Villalobos** edited *Apr 3, 2017 at 6:12 pm*

**Charlotte Narvaez** edited *Apr 2, 2017 at 5:33 pm*

**Giulia Sergi** edited *Apr 2, 2017 at 1:53 pm*

**Yuval Oren** edited *Apr 1, 2017 at 8:49 pm*

**Giulia Sergi** edited *Apr 1, 2017 at 2:04 pm*

**Peng Fan** edited *Mar 30, 2017 at 11:27 pm*

Charlotte Narvaez renamed Smart Pixel Product Overview & Launch Plan to Automatic Setup Product Overview & Launch Plan *Mar 30, 2017 at 10:53 pm*

**Charlotte Narvaez** edited *Mar 30, 2017 at 10:16 pm*

Giulia Sergi opened your conversation with Amlesh Jayakumar, Laszlo Juarez, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Alex Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emilie Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olum, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kiruraj Kurti, Abhijeet Muigund, Sarah Vieweg and Hai Ho *Mar 30, 2017 at 5:15 pm*

Giulia Sergi edited *Mar 30, 2017 at 5:15 pm*

**Peng Fan** edited *Mar 30, 2017 at 4:36 pm*

Peng Fan edited *Mar 30, 2017 at 1:36 am*

**Tobias Wooldridge** edited *Mar 30, 2017 at 1:35 am*

**Tobias Wooldridge** added Giulia Sergi to the thread *Mar 30, 2017 at 12:32 am*

**Tobias Wooldridge** added you to a document *Mar 30, 2017 at 12:26 am*

**Tobias Wooldridge** edited *Mar 29, 2017 at 10:04 pm*

**Charlotte Narvaez** edited *Mar 23, 2017 at 9:50 pm*

**Tobias Wooldridge** edited *Mar 29, 2017 at 4:59 pm*

**Artur Abdullin** edited *Mar 29, 2017 at 4:13 pm*

**Jose Villalobos** edited *Mar 29, 2017 at 5:55 am*

**Yuval Oren** edited *Mar 28, 2017 at 3:57 pm*

**Artur Abdullin** *Mar 28, 2017 at 11:15 am*

What about adding a few advertisers with the full funnel coverage to measure how our classification aligns with their labeled events?

**Amlesh Jayakumar** edited *Mar 28, 2017 at 4:05 am*

**Tobias Wooldridge** edited *Mar 28, 2017 at 12:45 am*

**Charlotte Narvaez** edited *Mar 28, 2017 at 12:42 am*

**Yuval Oren** edited *Mar 27, 2017 at 9:49 pm*

**Artur Abdullin** *Mar 27, 2017 at 6:21 pm*

Got it. I'll take care of this.

**Hongyan Zhou** edited *Mar 27, 2017 at 5:25 pm*

**Tobias Wooldridge** edited *Mar 27, 2017 at 5:20 pm*

**Charlotte Narvaez** edited *Mar 27, 2017 at 5:18 pm*

**Yuval Oren** edited *Mar 27, 2017 at 5:18 pm*

**Yuval Oren** *Mar 27, 2017 at 5:16 pm*

Yes. Archiving.

**Yuval Oren** *Mar 27, 2017 at 5:14 pm*

Do we have to blacklist verticals? Documenting how they opt out of collection is preferred.

**Tobias Wooldridge** edited *Mar 27, 2017 at 5:13 pm*

**Yuval Oren** *Mar 27, 2017 at 5:12 pm*

Tobias, can you link the privacy xfn decisions?

**Yuval Oren** edited *Mar 27, 2017 at 5:12 pm*

**Tobias Wooldridge** edited *Mar 27, 2017 at 4:56 pm*

**Charlotte Narvaez** *Mar 27, 2017 at 2:29 pm*

Jose Do you know what the blacklisted verticals will be?

**Charlotte Narvaez** *Mar 27, 2017 at 2:18 pm*

Have you made the edits? If not, let's do it together during our next 1:1.

**Charlotte Narvaez** added James Turner and Jenny Lin to the thread *Mar 27, 2017 at 2:23 pm*

**Charlotte Narvaez** added you to a document *Mar 27, 2017 at 2:17 pm*

**Charlotte Narvaez** added you to a document *Mar 27, 2017 at 2:17 pm*

**Charlotte Narvaez** edited *Mar 27, 2017 at 2:16 pm*

**Charlotte Narvaez** *Mar 27, 2017 at 5:17 am*

Can factor in audience size increase when remarketing based specific events, conversion and value based optimization?

**Charlotte Narvaez** *Mar 27, 2017 at 5:06 am*

We could break between 1) existing advertisers that have no/low funnel coverage 2) existing advertisers with misclassified events 3) an adoption assumption for new advertisers that are able to use pixel because it is easier to set up

**Charlotte Narvaez** *Mar 27, 2017 at 5:02 am*

Artur Tobias Jose Do we have a estimate of the overall revenue opportunity/business impact? We need to include a value in the upcoming measurement (3/30) and CASS (TBD date) reviews.

**Charlotte Narvaez** *Mar 27, 2017 at 4:59 am*

updated language

**Charlotte Narvaez** edited *Mar 27, 2017 at 4:59 am*

**Liau He** edited *Mar 23, 2017 at 8:16 pm*

**Amlesh Jayakumar** edited *Mar 23, 2017 at 6:21 pm*

**Artur Abdullin** edited *Mar 23, 2017 at 6:48 pm*

---

**Tobias Wooldridge** edited *Mar 23, 2017 at 1:53 am*

---

**Charlotte Narvaez** edited *Mar 23, 2017 at 1:38 am*

---

**Charlotte Narvaez** edited *Mar 22, 2017 at 9:39 pm*

---

**Mike Sulak** edited *Mar 22, 2017 at 4:18 pm*

---

**Tobias Wooldridge** edited *Mar 22, 2017 at 2:17 pm*

---

**Charlotte Narvaez** edited *Mar 21, 2017 at 11:11 pm*

---

**Artur Abdullin** edited *Mar 21, 2017 at 6:25 pm*

---

**Tobias Wooldridge** edited *Mar 21, 2017 at 6:22 pm*

---

**Artur Abdullin** edited *Mar 21, 2017 at 3:40 pm*

---

**Tyler Womack** edited *Mar 21, 2017 at 3:37 pm*

---

**Artur Abdullin** *Mar 21, 2017 at 12:32 pm*

We could use alpha testers to make sure we have robust technology to collect meta-data within a user session.

---

**Artur Abdullin** *Mar 21, 2017 at 10:49 am*

Why no funnel coverage advertisers? Can we select advertisers who already sending us the full funnel of events, and use that signal as additional validation?

---

**Artur Abdullin** *Mar 21, 2017 at 10:22 am*

Collecting data from 10 pixels would not be sufficient to build a model, which could scale for 1M pixels.

**Artur Abdullin** *Mar 21, 2017 at 10:19 am*

Yuval , Jose What kind of pixel ID list you need? I can help you identity potential candidates.

---

**Artur Abdullin** *Mar 21, 2017 at 10:14 am*

Tobias, do we have the list of advertisers?

---

**Artur Abdullin** edited *Mar 21, 2017 at 1:55 pm*

---

**Zejun Zhang** edited *Mar 20, 2017 at 5:46 pm*

---

**Zejun Zhang** opened your conversation with **Amlesh Jayakumar, Laszlo Jurecz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui,** Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Miliaño, Jenny Lin, Patton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupal Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lim, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetan Xu, Leon Cho, Christine De Martini, Mansi Varilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Hu *Mar 20, 2017 at 5:46 pm*

---

**Amlesh Jayakumar** edited *Mar 20, 2017 at 5:37 pm*

---

**Yuval Oren** *Mar 20, 2017 at 3:57 pm*

There's a phase before this of collection for everyone. I'll update the doc.

---

**Yuval Oren** *Mar 20, 2017 at 3:56 pm*

We are ready for this and just need a list of pixel IDs. Jose, when will you have that?

---

**Charlotte Narvaez** edited *Mar 20, 2017 at 3:54 pm*

---

**Yuval Oren** edited *Mar 20, 2017 at 5:29 pm*

---

**Charlotte Narvaez** *Mar 20, 2017 at 3:49 pm*

Yuval What are the updated dates by phase?

**Charlotte Narvaez** edited *Mar 20, 2017 at 3:54 pm*

---

**Peng Fan** edited *Mar 19, 2017 at 11:51 pm*

---

**Charlotte Narvaez** edited *Mar 19, 2017 at 9:16 pm*

---

**Lina Jin** edited *Mar 16, 2017 at 6:46 pm*

---

**Charlotte Narvaez** edited *Mar 16, 2017 at 6:08 pm*

---

**Luxi Guo** edited *Mar 14, 2017 at 12:31 am*

---

**Lian He** edited *Mar 13, 2017 at 9:49 pm*

---

**Lian He** opened your conversation with Amlesh Jayakumar, Laszlo Jurecz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Miliaño, Jenny Lin, Patton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swinson, Christopher Philips, Jinzhou Yang, Kaaren Hanson,

Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yichen Zhang, Hongyun Zhou, Brian Truong, Jeanne Stecck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Malgund, Sarah Viewegand Hai He *Mar 13, 2017 at 9:48 pm*

- - - - -

**Lina Jun edited** *Mar 13, 2017 at 5:26 pm*

- - - - - -

**Charlotte Narvaez edited** *Mar 13, 2017 at 4:09 pm*

- - - - -

**Lina Jun edited** *Mar 13, 2017 at 7:20 am*

- - - - - -

**Tobias Wooldridge edited** *Mar 13, 2017 at 4:31 am*

- - - - - -

**Charlotte Narvaez edited** *Mar 13, 2017 at 3:50 am*

- - - - -

**Tobias Wooldridge edited** *Mar 13, 2017 at 12:59 am*

- - - - - -

**Peng Fan edited** *Mar 13, 2017 at 12:57 am*

- - - - -

**Charlotte Narvaez edited** *Mar 13, 2017 at 12:56 am*

- - - - - -

**Hongyun Zhou edited** *Mar 10, 2017 at 7:18 pm*

- - - - - -

**Charlotte Narvaez edited** *Mar 10, 2017 at 4:10 pm*

- - - - -

**Yuval Oren edited** *Mar 10, 2017 at 1:57 pm*

- - - - - -

**Tobias Wooldridge enabled link sharing: View** *Mar 10, 2017 at 9:55 am*

- - - - -

**Tobias Wooldridge edited** *Mar 10, 2017 at 4:03 am*

- - - - - -

**Charlotte Narvaez edited** *Mar 10, 2017 at 1:48 am*

- - - - - -

**Amlesh Jayakumar** *Mar 10, 2017 at 1:19 am*

+1

- - - - - -

**Amlesh Jayakumar edited** *Mar 10, 2017 at 12:59 am*

- - - - - -

**Christine Hwang opened your conversation with** Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militello, Jenny Lu, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nimmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Falk, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swanson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yichen Zhang, Hongyun Zhou, Brian Truong, Jeanne Steck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Malgund, Sarah Viewegand Hai He *Mar 9, 2017 at 8:16 pm*

- - - - -

**Tobias Wooldridge edited** *Mar 9, 2017 at 5:52 pm*

- - - - -

**Charlotte Narvaez edited** *Mar 9, 2017 at 5:47 pm*

- - - - - -

**Yuval Oren edited** *Mar 9, 2017 at 5:22 pm*

- - - - -

**Amlesh Jayakumar edited** *Mar 9, 2017 at 4:03 pm*

- - - - - -

**Jose Villalobos edited** *Mar 9, 2017 at 3:47 pm*

- - - - - -

**Charlotte Narvaez edited** *Mar 9, 2017 at 3:45 pm*

- - - - -

**Artur Abdullin** *Mar 9, 2017 at 11:25 am*

We can just use [redacted] from Sigurd's deck. It is pretty much the same content that we need across the board.

- - - - -

**Artur Abdullin edited** *Mar 9, 2017 at 11:21 am*

- - - - - -

**Charlotte Narvaez edited** *Mar 9, 2017 at 5:57 am*

- - - - - -

**Tobias Wooldridge edited** *Mar 9, 2017 at 4:22 am*

- - - - -

**Peng Fan opened your conversation with** Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulak, Yi Huang (Mon), Gabriel Militello, Jenny Lu, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nimmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Falk, Eric Wright, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Olson, Ian Swanson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yichen Zhang, Hongyun Zhou, Brian Truong, Jeanne Steck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Malgund, Sarah Viewegand Hai He on a phone *Mar 9, 2017 at 3:30 am*

- - - - -

**Charlotte Narvaez edited** *Mar 9, 2017 at 3:19 am*

- - - - - -

**Tobias Wooldridge edited** *Mar 8, 2017 at 11:37 pm*

- - - - -

**Charlotte Narvaez added** Marc Saba to the thread *Mar 8, 2017 at 10:06 pm*

- - - - - -

**Charlotte Narvaez added you to a document** *Mar 8, 2017 at 10:00 pm*

- - - - - -

**Charlotte Narvaez edited** *Mar 8, 2017 at 10:01 pm*

- - - - -

**Jose Villalobos edited** *Mar 8, 2017 at 5:55 pm*

- - - - - -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000925808

**Charlotte Narvaez** edited *Mar 8, 2017 at 5:49 pm*

---

**Yuval Oren** edited *Mar 8, 2017 at 5:27 pm*

---

**Jose Villalobos** edited *Mar 8, 2017 at 4:21 am*

---

**Yi Huang (Mon)** edited *Mar 8, 2017 at 1:56 am*

---

**Yi Huang (Mon)** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulik, Gabriel Miliño, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajey Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiazi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kasren Hanson, Vivien Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 8, 2017 at 12:49 am*

---

**Charlotte Narvaez** edited *Mar 7, 2017 at 11:28 pm*

---

**Hongyan Zhou** edited *Mar 7, 2017 at 7:20 pm*

---

**Joey Isaacson** edited *Mar 7, 2017 at 7:08 pm*

---

**Yuval Oren** edited *Mar 7, 2017 at 7:07 pm*

---

**Charlotte Narvaez** edited *Mar 7, 2017 at 7:04 pm*

---

**Joey Isaacson** edited *Mar 7, 2017 at 6:03 pm*

---

**Charlotte Narvaez** *Mar 7, 2017 at 5:58 pm*

Joey May we meet to go through the design options in person?

---

**Tyler Womack** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulik, Yi Huang (Mon), Gabriel Miliño, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajey Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiazi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kasren Hanson, Vivien Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 7, 2017 at 5:56 pm*

---

**Charlotte Narvaez** edited *Mar 7, 2017 at 6:00 pm*

---

**Hongyan Zhou** edited *Mar 7, 2017 at 5:21 am*

---

**Jose Villalobos** edited *Mar 7, 2017 at 1:51 am*

---

**Aleksey Fadeev** edited *Mar 7, 2017 at 3:33 am*

---

**Amlesh Jayakumar** edited *Mar 7, 2017 at 3:17 am*

---

**Charlotte Narvaez** edited *Mar 6, 2017 at 10:33 pm*

---

**Aleksey Fadeev** *Mar 6, 2017 at 7:57 pm*

**Aleksey Fadeev** edited *Mar 6, 2017 at 7:53 pm*

---

**Jose Villalobos** edited *Mar 6, 2017 at 7:51 pm*

---

**Hongyan Zhou** edited *Mar 6, 2017 at 6:58 pm*

---

**Tobias Wooldridge** edited *Mar 6, 2017 at 6:57 pm*

---

**Jose Villalobos** edited *Mar 6, 2017 at 7:02 pm*

---

**Hongyan Zhou** edited *Mar 6, 2017 at 6:54 pm*

---

**Hongyan Zhou** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Sulik, Yi Huang (Mon), Gabriel Miliño, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajey Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzod Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiazi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kasren Hanson, Vivien Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 6, 2017 at 6:54 pm*

---

**Jose Villalobos** edited *Mar 6, 2017 at 6:51 pm*

---

**Charlotte Narvaez** edited *Mar 6, 2017 at 6:51 pm*

---

**Tobias Wooldridge** edited *Mar 6, 2017 at 6:48 pm*

---

**Charlotte Narvaez** edited *Mar 6, 2017 at 6:45 pm*

---

Tobias Wooldridge edited Mar 6, 2017 at 6:42 pm

Charlotte Narvaez edited Mar 6, 2017 at 6:42 pm

Charlotte Narvaez added Hangout Ideas to the thread Mar 6, 2017 at 7:29 pm

Charlotte Narvaez added you to a document Mar 6, 2017 at 6:30 pm

Tobias Wooldridge Mar 6, 2017 at 6:25 pm

Yeah we will want advertisers to retvit the option to manually set up their pixel

In general, commerce events will be good enough — but I can certain beyond doubt there are edge cases where advertisers will want to specify their conversions explicitly.

Tobias Wooldridge edited Mar 6, 2017 at 6:28 pm

Joey Isaacson Mar 6, 2017 at 6:31 pm

Tobias not that you, we should still rely on manual setup

The tech is new and it does not (yet) work for non-English websites.

I think putting it in the end positions this as a secondary effort to a transactional tap, and not a reinforcement. Justit is in person as a replacement for a manual setup :)

David Kaufman edited Mar 6, 2017 at 5:47 pm

David Kaufman opened your a conversation with A-xxxx Jayakumar, Linde Jacax, Neeraj Gaxxxx, Andy Kim, Mingbo Weng, Ard Seo, Charlotte Narvaez, Mike Salih, Yi Huang (Mena), Gabriel Mi'xko, Jenny Liu, Paxton Schwartz, Gowri Rao Krishnamurthy, James Barnes, Wei Kai Koh, Lorin Pellman, Rebecca Oliveira, Karen Zeller, Zeijaa Zhang, Yuvil Oren, Yi Tang, Jie Ma, Matt Saba, Emily Dreger (Content Design), Ang Qin, Simon Garnnaxz, Jose Villaloxxx, A-xxc Jababbs, Sophia Guo, Jamie Jordan, Hui Wong, Va'xxx, Supriti Purxxxxxxxxx, Tobias Wooldridge, Gabriel Franxxx, Axn Frxxk, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin, Content Strategist, Swasti-h Siswaki, Srd Sandersxx, Jacxbyp Gaxxpaadiron, James Mueller, Things Moxxx, Yuefeng Wei, Merya Patel, Roland Sirpio, Saxa Shapiro (Product Marketing), Steven WeMbe, Stalin Ding, Vickie Nguyen, Clayton James, Lang Chen, Michael Brandon, Christine Huong, Aribray Fabrro, Alan Wu, Tyler Womack, David Fang, Yik Liang, Li Zhou, Isaiia Heyes, Michael Leviason, Emile Linxk, Grace Pale, Eric Wright, Feng Fua, Jasi Wang, Janice Jaap, Joni Isaacson, Zack Olsen, Inz Swanson, Christopher, Phillipo, Janthos Yang, Kaewri Hearcta, Wenza Li, Jordan Roth, Claire Loo, Korokn Heng, Ashu Mathur, Yuksu Zheng, Hongjun Zhou, Bram Tr-ang, Jeanne Stevx-, Lang Chen, Gloia Sergi, Bru Neel Taylor, Vartus Xu, Lena Cho, Christine De Martini, Matti Veedak, Lizo He, Hang Chen Loong, Santxwoh Ramen, Xin Lu Rutoro Kitz, Abhijeet Mulgund, Sara's Viewaj and Hai Ho Mar 5, 2017 at 5:17 pm

Aleksey Isdeev Mar 6, 2017 at 5:57 pm

Should we add: "beaut reporting and measurement"? Alex W on my team thread that tracking and measurement only with pixel has huge positive effect on advertiser spend.

Aleksey Isdeev Mar 6, 2017 at 5:56 pm

Should we add: "Advertisers who have concrete event labels"?

Aleksey Isdeev edited Mar 6, 2017 at 5:56 pm

Tobias Wooldridge edited Mar 6, 2017 at 6:06 pm

Charlotte Narvaez edited Mar 6, 2017 at 6:46 pm

Aleksey Isdeev edited Mar 6, 2017 at 4:54 pm

Charlotte Narvaez enabled the outline for the document. Mar 6, 2017 at 6:2 pm

Charlotte Narvaez Mar 6, 2017 at 4:17 pm

███████████████████████████

Charlotte Narvaez Mar 6, 2017 at 3:56 pm

Ankush Tiwal How will advertisers provide feedback about the accuracy of event inferenes?

Charlotte Narvaez Mar 6, 2017 at 3:53 pm

Litan Anirich Who, does ad ranking only mean? is it that the events will be flagged to not be used for optimization or targeting? What will ranking do with the data?

Charlotte Narvaez edited Mar 6, 2017 at 4:32 pm

Charlotte Narvaez edited Mar 6, 2017 at 6:01 am

Tobias Wooldridge edited Mar 6, 2017 at 4:04 am

Charlotte Narvaez edited Mar 6, 2017 at 6:04 am

Tobias Wooldridge edited Mar 6, 2017 at 5:56 am

Charlotte Narvaez edited Mar 6, 2017 at 5:56 am

Tobias Wooldridge edited Mar 6, 2017 at 9:55 am

Charlotte Narvaez edited Mar 6, 2017 at 5:57 am

Jose Villalobos edited Mar 6, 2017 at 4:47 am

Charlotte Narvaez edited Mar 6, 2017 at 4:47 am

Jose Villalobos edited Mar 6, 2017 at 4:6 am

Charlotte Narvaez edited Mar 6, 2017 at 4:44 am

Jose Villalobos edited Mar 6, 2017 at 4:55 am

Charlotte Narvaez edited Mar 6, 2017 at 4:55 am

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Jose Villalobos edited *Mar 6, 2017 at 4:14 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:14 am*

Jose Villalobos edited *Mar 6, 2017 at 4:14 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:13 am*

Jose Villalobos edited *Mar 6, 2017 at 4:13 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:13 am*

Jose Villalobos edited *Mar 6, 2017 at 4:13 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:12 am*

Jose Villalobos edited *Mar 6, 2017 at 4:12 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:12 am*

Jose Villalobos edited *Mar 6, 2017 at 4:12 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:12 am*

Jose Villalobos edited *Mar 6, 2017 at 4:12 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:12 am*

Jose Villalobos edited *Mar 6, 2017 at 4:11 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:10 am*

Jose Villalobos edited *Mar 6, 2017 at 4:07 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:08 am*

Jose Villalobos edited *Mar 6, 2017 at 4:08 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:08 am*

Jose Villalobos edited *Mar 6, 2017 at 4:08 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:07 am*

Jose Villalobos edited *Mar 6, 2017 at 4:07 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:07 am*

Jose Villalobos edited *Mar 6, 2017 at 4:06 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:06 am*

Jose Villalobos edited *Mar 6, 2017 at 4:06 am*

Charlotte Narvaez edited *Mar 6, 2017 at 4:05 am*

Joey Isaacson edited *Mar 6, 2017 at 3:52 am*

Charlotte Narvaez edited *Mar 6, 2017 at 3:52 am*

Joey Isaacson edited *Mar 6, 2017 at 3:52 am*

Charlotte Narvaez edited *Mar 6, 2017 at 3:52 am*

Joey Isaacson edited *Mar 6, 2017 at 3:52 am*

Charlotte Narvaez edited *Mar 6, 2017 at 3:52 am*

Joey Isaacson edited *Mar 6, 2017 at 3:52 am*

Charlotte Narvaez renamed [REDACTED] Overview & Launch Plan to [REDACTED] Product Overview & Launch Plan *Mar 6, 2017 at 3:52 am*

Charlotte Narvaez *Mar 6, 2017 at 3:38 am*

Notes: Opt in is potentially temporary; should be worded as a beta initially

Charlotte Narvaez edited *Mar 6, 2017 at 3:38 am*

Joey Isaacson edited *Mar 6, 2017 at 3:37 am*

Charlotte Narvaez edited *Mar 6, 2017 at 3:37 am*

Joey Isaacson edited *Mar 6, 2017 at 3:36 am*

Charlotte Narvaez edited *Mar 6, 2017 at 3:36 am*

Joey Isaacson edited *Mar 6, 2017 at 3:36 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PIXEL_HEALTH000925811

Charlotte Narvaez edited *Mar 6, 2017 at 3:36 am*

-----

Joey Isaacson edited *Mar 6, 2017 at 3:36 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:3[illegible] am*

-----

Jose Villalobos edited *Mar 6, 2017 at 3:27 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:27 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:26 am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 3:26 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:2[illegible] am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 3:26 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:26 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:26 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 3:26 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:26 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 3:25 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:25 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:25 am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 3:25 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:25 am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 3:25 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:25 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:25 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 3:25 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 3:25 am*

------

Jose Villalobos edited *Mar 6, 2017 at 3:24 am*

-----

Charlotte Narvaez *Mar 4, 2017 at 3:03 am*

With Regards To

-----

Charlotte Narvaez edited *Mar 6, 2017 at 3:24 am*

------

Jose Villalobos edited *Mar 6, 2017 at 2:56 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 2:54 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 2:46 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 2:45 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 2:45 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 2:45 am*

------

Jose Villalobos edited *Mar 6, 2017 at 2:45 am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 2:45 am*

------

Jose Villalobos edited *Mar 6, 2017 at 2:45 am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 2:45 am*

------

Jose Villalobos edited *Mar 6, 2017 at 2:45 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 2:45 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 2:45 am*

------

Charlotte Narvaez edited *Mar 6, 2017 at 2:44 am*

-----

Jose Villalobos edited *Mar 6, 2017 at 2:44 am*

-----

Charlotte Narvaez edited *Mar 6, 2017 at 2:44 am*

------

Jose Villalobos edited *Mar 6, 2017 at 2:44 am*

-----

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:44 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:44 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:44 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:44 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:41 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:41 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:44 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:44 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:44 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:41 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:44 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:46 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:40 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:39 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:36 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:37 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:36 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:30 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:36 am*

------

**Jose Villalobos** edited *Mar 6, 2017 at 2:27 am*

------

**Charlotte Narvaez** renamed [REDACTED] nch Plan to [REDACTED] Overview & Launch Plan *Mar 6, 2017 at 1:15 am*

------

**Charlotte Narvaez** edited *Mar 6, 2017 at 2:28 am*

------

**Jose Villalobos** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nimmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Feng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Koch, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yoetsu Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 5, 2017 at 5:53 am*

------

**Joey Isaacson** edited *Mar 4, 2017 at 1:27 am*

------

**Luxi Gao** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nimmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Feng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Koch, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yoetsu Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 3, 2017 at 6:38 pm*

------

**Joey Isaacson** edited *Mar 3, 2017 at 6:38 pm*

------

**Artur Abdullin** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nimmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Feng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Koch, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yoetsu Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 3, 2017 at 3:49 pm*

------

**Lina Jin** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophia Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajay Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nimmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Feng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Koch, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yoetsu Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Kituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 2, 2017 at 11:16 am*

------

**Amlesh Jayakumar** edited *Mar 2, 2017 at 6:22 am*

------

**Tobias Wooldridge** edited *Mar 2, 2017 at 6:45 am*

- - - - -

**Aleksey Fadeev** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 2, 2017 at 5:57 am*

- - - - -

**Aleksey Fadeev** added Artur Abdullin to the thread *Mar 2, 2017 at 6:04 am*

- - - - - -

**Aleksey Fadeev** added you to a document *Mar 2, 2017 at 5:57 am*

- - - - -

**Tobias Wooldridge** edited *Mar 1, 2017 at 11:53 pm*

- - - - - -

**Tobias Wooldridge** enabled link sharing: View/Edit *Mar 1, 2017 at 11:47 pm*

- - - - - -

**Clayton Jones** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 9:54 pm*

- - - - -

**Leon Cho** added Clayton Jones to the thread *Mar 1, 2017 at 9:58 pm*

- - - - - -

**Leon Cho** added you to a document *Mar 1, 2017 at 9:32 pm*

- - - - - -

**Leon Cho** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 9:32 pm*

- - - - - -

**Mike Salak** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 9:04 pm*

- - - - - -

**Charlotte Narvaez** edited *Mar 1, 2017 at 9:32 pm*

- - - - -

**Charlotte Narvaez** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Mike Salak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 8:16 pm*

- - - - -

**Tobias Wooldridge** edited *Mar 1, 2017 at 8:16 pm*

- - - - - -

**Joey Isaacson** edited *Mar 1, 2017 at 7:27 pm*

- - - - -

**Amlesh Jayakumar** edited *Mar 1, 2017 at 6:43 pm*

- - - - - -

**Yuval Oren** edited *Mar 1, 2017 at 6:47 pm*

- - - - - -

**Amlesh Jayakumar** edited *Mar 1, 2017 at 6:34 pm*

- - - - -

**Yuval Oren** edited *Mar 1, 2017 at 6:24 pm*

- - - - - -

**Yuval Oren** *Mar 1, 2017 at 5:57 pm*

Right. Okay 1 opt-out, 1 opt-in.

- - - - - -

**Joey Isaacson** *Mar 1, 2017 at 5:53 pm*

WTF? Please spell out any acronyms for the n00bs! (Aka me)

- - - - -

**Joey Isaacson** edited *Mar 1, 2017 at 6:20 pm*

- - - - - -

**Amlesh Jayakumar** *Mar 1, 2017 at 5:52 pm*

Proposal A is one opt out for collecting but still an optin for usage of the data in ads products

- - - - -

**Yuval Oren** *Mar 1, 2017 at 5:51 pm*

If we pick Proposal A, this is just the one opt-out, right?

- - - - -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PIXEL_HEALTH000925814

**Yuval Oren** *Mar 1, 2017 at 5:49 pm*

I vote for A

- - - - - -

**Amlesh Jayakumar** *Mar 1, 2017 at 3:05 pm*

Pixel dashboard. For beta clients this can be in the internal tool

- - - - -

**Yuval Oren** *Mar 1, 2017 at 5:46 pm*

[illegible]

- - - - -

**Yuval Oren edited** *Mar 1, 2017 at [illegible] pm*

- - - - - -

**Ryan McLaughlin** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Mingjiao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 5:49 pm*

- - - - - -

**Joey Isaacson** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 5:58 pm*

- - - - - -

**Amlesh Jayakumar** edited *Mar 1, 2017 at 2:51 am*

- - - - -

**Yuval Oren** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 2:18 am*

- - - - -

**Tobias Wooldridge** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Shilin Ding, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 1:28 am*

- - - - -

**Shilin Ding** opened your conversation with Amlesh Jayakumar, Laszlo Juracz, Neera Grover, Andy Kim, Minghao Wang, Anh Bui, Charlotte Narvaez, Mike Solak, Yi Huang (Mon), Gabriel Militão, Jenny Lin, Paxton Schwarz, Gowri Rao Krishnamurthy, James Barnes, Wai Kit Koh, Karin Hellman, Rebecca Gleason, Karen Zeller, Zejun Zhang, Yuval Oren, Yi Tang, Ke Ma, Marc Saba, Emily Berger (Content Design), Ying Qin, Yelena Gartsman, Jose Villalobos, Artur Abdullin, Sophie Gao, Jamie Jordan, Hai Wang, Yu Sun, Rupali Patwardhan, Tobias Wooldridge, Gabriel Francis, Ajoy Frank, Bryce Xu, James Turner, Jack Zhao, Jonathan Lewis, Anne Lin (Content Strategist), Swathi R Nirmala, Raj Sundaram, Joydeep Gangopadhyay, James Mueller, Thiago Moraes, Yunfeng Wei, Mayur Patel, Behzad Sirjani, Scott Shapiro (Product Marketing), Steven Weddle, Vickie Nguyen, Clayton Jones, David Kaufman, Long Chen, Michael Brandow, Christine Hwang, Aleksey Fadeev, Xiao Wu, Tyler Womack, Feifei Fang, Yih Liang, Li Zhou, Isaak Hayes, Michael Levinson, Emile Litvak, Grace Paik, Eric Wright, Peng Fan, Jiaxi Wang, Janice Jung, Joey Isaacson, Zach Okun, Ian Swinson, Christopher Phillips, Jinzhou Yang, Kaaren Hanson, Vivian Li, Jordan Roth, Claire Lin, KeeKim Heng, Aditi Mathur, Yizhou Zhang, Hongyan Zhou, Brian Truong, Jeanne Storck, Liang Chen, Giulia Sergi, Brie Noel Taylor, Yuetao Xu, Leon Cho, Christine De Martini, Mimi Vavilala, Lian He, Hong Chun Leung, Santhosh Raman, Xin Li, Rituraj Kirti, Abhijeet Mulgund, Sarah Vieweg and Hai Ho *Mar 1, 2017 at 1:28 am*

- - - - -

**Amlesh Jayakumar** moved the document to the folder Smart Pixel *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amlesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added you to a document *Feb 28, 2017 at 10:24 pm*

- - - - -

**Amiesh Jayakumar** added the document to the folder Unified Signals *Feb 28, 2017 at 10:34 pm*

- - - - -

**Amiesh Jayakumar** edited *Feb 28, 2017 at 10:25 pm*

- - - - -

**Amiesh Jayakumar** created the document *Feb 23, 2017 at 10:12 pm*

- - - - -

**Amiesh Jayakumar** *Feb 23, 2017 at 6:06 pm*

I believe if we make usage of inferred event, an opt in this makes making that an opt out as well

- - - - -

**Amiesh Jayakumar** *Feb 23, 2017 at 6:06 pm*

Yup agreed, and even things like product level up sells and notifications

- - - - -

**Hongyan Zhou** *Feb 23, 2017 at 6:16 am*

We are essentially moving from <collection opt-in, activation opt-in> to <opt-out, opt-in>, and eventually <opt-out, opt-out>. Sounds good to me.

- - - - -

**Hongyan Zhou** *Feb 23, 2017 at 6:14 am*

I am not sure about opt-in ratio if we don't present some concrete data based on inference. We may need to do additional pushs for opt-in once we collect data, training/tune model, evaluate precision etc, which could take a few weeks.

- - - - -

**Hongyan Zhou** *Feb 23, 2017 at 6:09 am*

What is the difference between Step 5 and Step 4?

- - - - -

**Amiesh Jayakumar** *Feb 23, 2017 at 5:35 am*

Currently we track WAA with pixels sending low intent signals as a measure of adoption. Honestly even looking at number of active pixels



sendin[REDACTED]ads should be representative of adoption

**Amlesh Jayakumar** *Feb 23, 2017 at 2:19 am*

Just to clarify, by 'activation' we mean downstream usage of these events in reporting/targeting/etc...

**Tobias Wooldridge** *Feb 23, 2017 at 1:25 am*

Jose Yuval Hongyun does this sound reasonable?

**Amlesh Jayakumar** *Feb 23, 2017 at 12:10 am*

That may still need to be an opt-in for those who have not opted-out of collection

**Tobias Wooldridge** *Feb 22, 2017 at 6:16 pm*

Aleksey how do we measure this?

**Lian He** *Feb 22, 2017 at 5:29 pm*

Do we have some basic stats for these metrics for reference currently?

| | |
|---|---|
| **Bates Number** | PIXEL_HEALTH000925793-PIXEL_HEALTH000925817 |
| **Custodian** | Wooldridge, Tobias |
| **Sent Date** | 12/31/9999 4:00 PM |
| **Create Date** | 2/28/2017 12:00 AM |
| **Last Modified Date** | 2/28/2017 12:00 AM |
| **Received Date** | 12/31/9999 4:00 PM |
| **Author** | Amlesh Jayakumar |
| **Filename** | SZBAAADma4V_1721849348102316.html |
| **Email From** | |
| **Email Recipients** | |
| **Email CC** | |
| **Email BCC** | |
| **DOCDATE** | 02/28/2017 |
| **File Path** | /PixelTax_20240726.7z/PXLLITAX-0001778/Tobias Wooldridge/Quips/OUEAEAIVvag-2750-2799.zip |