# Proposed Redacted Version of Exhibit 24 (Dkt. No. 1154-24)

# EXHIBIT 24

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## [Draft] Risk Assessment / Potential Product Issues

We asked the Content Strategy team to think of worst-case scenarios in their respective product areas that could, if not addressed, become the next negative headline about Facebook Ads. Here's what they came up with:



| | A | B | C | D |
|---|---|---|---|---|
| 1 | From | Headline | Underlying issue/risk | Product team |
| 2 | | | | Audience Network, CAM (maybe?), Ic Experience |
| 3 | Tyler | | | |
| 4 | Eleanor | | | eporting (using multiple breakdowns |
| 5 | Max | | | AMT |
| 6 | Holly | | | cs Growth |
| 7 | Celia | | | cs Manager |
| 8 | Emily K. | | | cs Manager (measurement), Video |
| 9 | Lisa | | | usiness Integrity |
| 10 | Lisa | | | usiness Integrity |
| 11 | | | | cs Manager (measurement) |

EXHIBIT
98

PENGAD 800-631-6989

PIXEL_HEALTH000426055



| | A | | D |
|---|---|---|---|
| 12 | | | Business Integrity, Ads Manager, Ads |
| 13 | Holly | | Business Integrity, Pages/LWI/ |
| 14 | | | Ads Growth |
| 15 | | | Ads Manager (measurement) |
| 16 | Megan, Fl | | Audience Network? |
| 17 | Lisa | | |
| 18 | Coby | | Ads Interfaces/Advertiser Experience |

Broad risk categories articulated by us:

Contact Support

## Conversation History

Quipbot#15 left the thread Oct 5 at 10:36 pm

Quipbot#15 Oct 5 at 10:30 pm

-----IMPORTANT-----

This Quip file has been copied to Google Workspace ([https://docs.google.com/document...](https://docs.google.com/document...)) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

**Questions?**

Visit the Quip2Google Migration Feedback Group [████████████████]

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

Quipbot#15 added Quipbot#15 to the thread Oct 5 at 10:35 pm

CONFIDENTIAL

Quipbox-15 added you to a document Oct 1 at 10:30 pm

**Mohit Rajani** opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Amy Frank, Avi Cavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimota, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mitu Singh, Gaby Rastoll, Nikhi Srinivasan, Joni Vanderburg-Pence, John McCarvey, Holly Johnson, Jinghao Yan, Grant Shelton, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Lucc Guo, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Archaud, Emily Kossouchi, Al Theuter, Adymar Bago, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigless and Michael Spinella *Oct 23, 2017 at 11:06 pm*

**Frank Marquardt** edited *Oct 23, 2017 at 11:50 pm*

| A | B | C |
|---|---|---|
| 1 | Tyler |  |

CONFIDENTIAL

PIXEL_HEALTH000426059

CONFIDENTIAL





**Ryan White** *Oct 20, 2017 at 12:10 am*

Got it. Thanks.

**Mary Ku** opened your conversation with Tyler Womack, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savige, Rob Leathern, Cortney Kimoto, Atul Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Piner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brisette, Sarah Epps, Bridget Finn, Amy Nicholson, Lexi Guo, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Koroochi, Al Theurer, Aditmar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigless and Michael Spinella *Oct 20, 2017 at 8:48 pm*

**Holly Johnson** opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savige, Rob Leathern, Cortney Kimoto, Atul Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Piner, John McGarvey, Jinghao Yan, Grant Shellen, Monique Brisette, Sarah Epps, Bridget Finn, Amy Nicholson, Lexi Guo, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Koroochi, Al Theurer, Aditmar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigless and Michael Spinella *Oct 20, 2017 at 9:56 pm*

**Holly Johnson** edited *Oct 20, 2017 at 9:56 pm*



**Bridget Finn** edited *Oct 20, 2017 at 9:45 pm*

| A | B |
|---|---|
| 1 | Cella |

PIXEL_HEALTH000426062





PIXEL_HEALTH000426064



**Frank Marquardt** added Michael Levinson to the thread *Oct 23, 2017 at 4:20 am*

**Frank Marquardt** added you to a document *Oct 20, 2017 at 4:35 am*

**Frank Marquardt** *Oct 19, 2017 at 9:32 pm*

The AX team brought this up as a potential risk –

**Ryan White** *Oct 19, 2017 at 6:29 pm*

I don't understand what this means. Can you describe in a little more detail?

**Ryan White** edited *Oct 19, 2017 at 6:29 pm*

**Frank Marquardt** edited *Oct 19, 2017 at 6:00 pm*

**Gaby Rastoll** opened your conversation with Tyler Womack, Mary Ko, Ryan White, Serene Lewis, Ajey Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atul Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mitu Singh, Mohit Rajani, Nikila Srinivasan, Jens Vanderburg-Peuro, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Foss, Amy Nicholson, Lutz Gao, Marc Hannan, Aimee Lowery, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Korsuchi, Al Theuer, Adymar Iogao, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigles and Michael Spinella *Oct 14, 2017 at 9:40 pm*

**Gaby Rastoll** edited *Oct 14, 2017 at 9:39 pm*



| | A | B |
|---|---|---|
| 1 | Gaby | |

**Ryan White** opened your conversation with Tyler Womack, Mary Ko, Serene Lewis, Ajoy Frank, Avi Cavlovski, Stacey Gordon, Ben Savage, Rob Louthern, Cortney Kimoto, Arol Fortin de Oliveira, Whitney Ricketts, Amil Vora, Mita Singh, Gaby Russell, Mohit Rajani, Nikhil Srinivasan, Luca Vanderbury-Paner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luai Guo, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Heanor Pachmad, Emily Koaouchi, Al Theurer, Aidymar Iigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jon Davies, Maryanne Quigless and Michael Spinella *Oct 18, 2017 at 8:26 pm*

**Michael Spinella** added Cortney Kimoto to the thread *Oct 16, 2017 at 7:14 pm*

**Michael Spinella** added you to a document *Oct 16, 2017 at 7:06 pm*

**Michael Spinella** added Tyler Womack to the thread *Oct 18, 2017 at 5:03 pm*

**Michael Spinella** added you to a document *Oct 18, 2017 at 4:57 pm*

**Megan Fletcher** edited *Oct 18, 2017 at 3:03 pm*

| | E | F |
|---|---|---|
| 1 | | Reputation risk/ Financial loss/ Advertis er trust |
| 2 | | Reputational risk |

**Emily Koaouchi** *Oct 18, 2017 at 2:48 pm*

Should we remove profanity before sharing?

**Emily Koaouchi** edited *Oct 18, 2017 at 2:48 pm*

| | A | B |
|---|---|---|
| | | |

PIXEL_HEALTH000426066

| A | B |
|---|---|
| 1 | Holly! |



Emily Konouchi edited Oct 14, 2017 at 12:54 pm

Frank Marquardt removed Alexa Shoen, Colton Brady, Cortney Kimoto, Eleanor Pachaud, Emily Atwater, Jeanne Storck, Liam O'Neill, Liat Turner, Marc Husman  Megan Feltes, Mike Restiano, Minji Kwak, Rachel Halpern, Tyler Womack and Zara Fishkin from the thread Oct 17, 2017 at 11:39 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added Alexa Shoen, Eleanor Pachaud, Emily Atwater, Liam O'Neill, Megan Feltes, Mike Restiano, Minji Kwak, Tyler Womack and Zara Fishkin to the thread Oct 17, 2017 at 11:39 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt removed Alexa Shoen, Eleanor Pachaud, Emily Atwater, Liam O'Neill, Megan Feltes, Mike Restiano, Minji Kwak, Tyler Womack and Zara Fishkin from the thread Oct 17, 2017 at 11:39 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:33 pm

PIXEL_HEALTH000426067

**Frank Marquardt** added you to a document *Oct 17, 2017 at 11:33 pm*

---

**Frank Marquardt** added Alexa Shoen, Eleanor Pachaud, Emily Atwater, Liam O'Neill, Megan Feltes, Minji Kwak and Tyler Womack to the thread *Oct 17, 2017 at 11:39 pm*

---

**Frank Marquardt** added you to a document *Oct 17, 2017 at 11:33 pm*

---

**Frank Marquardt** removed Alexa Shoen, Eleanor Pachaud, Emily Atwater, Liam O'Neill, Megan Feltes, Minji Kwak and Tyler Womack from the thread *Oct 17, 2017 at 11:39 pm*

---

**Frank Marquardt** added you to a document *Oct 17, 2017 at 11:33 pm*

---

**Frank Marquardt** added Liam O'Neill and Megan Feltes to the thread *Oct 17, 2017 at 11:39 pm*

---

**Frank Marquardt** added you to a document *Oct 17, 2017 at 11:33 pm*

---

**Frank Marquardt** removed Anne Deggelman, Celia Hanko, Katie Apone, Liam O'Neill, Lisa Turner, Megan Feltes and Sam Royle from the thread *Oct 17, 2017 at 11:39 pm*

---

**Lisa Turner** opened your conversation with Tyler Womack, Mary Xu, Ryan White, Serene Lewis, Amy Frank, Avi Gavlovski, Stacey Gordon, Bea Savage, Rob Leathern, Cortney Kimoto, Axel Fortin de Oliveira, Whitney Ricketts, Anni Vera, Mira Singh, Gaby Rastoll, Mohit Raisni, Nikila Srinivasan, Joni Vanderberg-Pinter, John McGarvey, Holly Johnson, Jinghao Yen, Grant Shellen, Monique Brisotte, Sarah Eops, Bridget Finn, Amy Nicholson, Luul Gac, Max Hamman, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Kunouchi, Al Theuwer, Aldynan Dipo, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Mityanna Quigless and Michael Spinella *Oct 17, 2017 at 11:27 pm*

---

**Lisa Turner** edited *Oct 17, 2017 at 11:34 pm*



| | A | B | C |
|---|---|---|---|
| 1 | | Lisa | |

CONFIDENTIAL

PIXEL_HEALTH000426068



CONFIDENTIAL

CONFIDENTIAL

| A | B | C |
|---|---|---|
| | | |

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

PIXEL_HEALTH000426074



Frank Marquardt added you to a document Oct 17, 2017 at 11:21 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:21 pm

**Emily Atwater** opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajay Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atul Fertin de Oliveira, Whitney Ricketts, Amit Vora, Mitu Singh, Gaby Rastoll, Mohit Rajani, Nikita Srinivasan, Joni Vanderburg-Paner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Guo, Max Hannum, Alisse Lowry, Michael Levinson, Alex Hunter, Eleanor Pacheud, Emily Kouzouchi, Al Theaver, Aidynaz Bigzo, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella Oct 17, 2017 at 11:21 pm

**Minji Kwak** opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajay Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atul Fertin de Oliveira, Whitney Ricketts, Amit Vora, Mitu Singh, Gaby Rastoll, Mohit Rajani, Nikita Srinivasan, Joni Vanderburg-Paner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Guo, Max Hannum, Alisse Lowry, Michael Levinson, Alex Hunter, Eleanor Pacheud, Emily Kouzouchi, Al Theaver, Aidynaz Bigzo, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella Oct 17, 2017

CONFIDENTIAL

at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added Alexa Shoen, Anne Deggelman, Celia Hunko, Liam O'Neill, Mike Restiano, Sam Royle and Tyler Womack to the thread Oct 17, 2017 at 11:25 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt removed Liam O'Neill from the thread Oct 17, 2017 at 11:25 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added Cortney Kimono, Emily Atwater, Jeanne Storck, Katie Apone, Liam O'Neill, Marc Hannum, Megan Feltes, Mini Kwak, Rachel Halpern and Zara Fishkin to the thread Oct 17, 2017 at 11:25 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Frank Marquardt added you to a document Oct 17, 2017 at 11:19 pm

Chelsea Brady opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fertin de Oliveira, Whitney Ricketts, Amil Vara, Mihu Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Paner, John McGarvey, Holly Johnson, Jinghuo Yan, Grant Shellen, Monique Brisette, Sarah Epps, Bridget Finr, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidymar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella Oct 17, 2017 at 11:19 pm

Chelsea Brady edited Oct 17, 2017 at 11:19 pm

Eleanor Pachaud opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fertin de Oliveira, Whitney Ricketts, Amil Vara, Mihu Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Paner, John McGarvey, Holly Johnson, Jinghuo Yan, Grant Shellen, Monique Brisette, Sarah Epps, Bridget Finr, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Emily Konouchi, Al Theurer, Aidymar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella on a phone Oct 17, 2017 at 11:08 pm

Eleanor Pachaud edited Oct 17, 2017 at 11:08 pm

| A | B |
| --- | --- |
| | |



Bridget Finn enabled link sharing · View/Edit *Oct 17, 2017 at 11:07 pm*

**Ajoy Frank** opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Miru Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Preuss, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Guo, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pschaud, Emily Konouchi, Al Theurer, Aditmar Sigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigless and Michael Spinella *Oct 17, 2017 at 10:29 pm*

**Bridget Finn** added Nikila Srinivasan to the thread *Oct 17, 2017 at 10:17 pm*

**Bridget Finn** added you to a document *Oct 17, 2017 at 10:10 pm*

**Luxi Guo** opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Miru Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Preuss, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pschaud, Emily Konouchi, Al Theurer, Aditmar Sigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigless and Michael Spinella *Oct 17, 2017 at 5:43 pm*

**Bridget Finn** edited *Oct 17, 2017 at 4:56 pm*

PIXEL_HEALTH000426077

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:48 pm*

---

Aidymar Bigio added Ajoy Frank, Atol Fortin de Oliveira, Avi Gavlovski, Ben Savage, Eugene Zarashaw, Jinghao Yan, Luzi Guo, Mary Ku, Maryanna Quigless, Mitu Singh, Mohit Rajani, Rob Leathern and Ryan White to the thread *Oct 17, 2017 at 1:50 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:44 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:44 pm*

---

Aidymar Bigio added you to a document *Oct 17, 2017 at 1:44 pm*

---

Frank Marquardt edited *Oct 16, 2017 at 11:14 pm*

---

Frank Marquardt edited *Oct 14, 2017 at 3:54 am*

---

Ami Vora opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Mitu Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Pener, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luzi Guo, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidymar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella on a phone *Oct 13, 2017 at 8:30 pm*

---

Sarah Epps added Ami Vora to the thread *Oct 13, 2017 at 1:22 am*

---

Sarah Epps added you to a document *Oct 13, 2017 at 1:16 am*

---

Sarah Epps opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mitu Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Pener, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Bridget Finn, Amy Nicholson, Luzi Guo, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidymar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella *Oct 13, 2017 at 1:05 am*

---

Frank Marquardt edited *Oct 12, 2017 at 9:31 pm*

---

Frank Marquardt added Sarah Epps to the thread *Oct 12, 2017 at 9:28 pm*

---

Frank Marquardt added you to a document *Oct 12, 2017 at 9:21 pm*

---

Aidymar Bigio opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mitu Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Pener, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luzi Guo, Marc Hannam, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella *Oct 12, 2017 at 3:02 am*

---

Bridget Finn added Graham Mudd to the thread *Oct 12, 2017 at 1:53 am*

---

Bridget Finn added you to a document *Oct 12, 2017 at 1:47 am*

---

Bridget Finn *Oct 12, 2017 at 1:27 am*

Frank - I added a column and a few more categories.

---

Bridget Finn edited *Oct 12, 2017 at 1:26 am*

---

Frank Marquardt renamed Risk Assessment to [Draft] Risk Assessment / Potential Product Issues *Oct 12, 2017 at 12:41 am*

PIXEL_HEALTH000426078

Frank Marquardt edited Oct 12, 2017 at 12:31 am

Frank Marquardt added Adhytiar Bigio to the thread Oct 12, 2017 at 12:41 am

Frank Marquardt added you to a document Oct 12, 2017 at 12:34 am

**Bridget Finn** Oct 12, 2017 at 12:20 am
Great files – working on this now

**Bridget Finn** edited Oct 11, 2017 at 7:49 pm

**Frank Marquardt** Oct 11, 2017 at 7:08 pm
Bridget Should we include a column that calls out category of [REDACTED] ex. T[REDACTED] ▮[REDACTED]

▮[REDACTED], ▮[REDACTED]

▮[REDACTED]

▮[REDACTED], ▮[REDACTED]

▮[REDACTED], ▮[REDACTED]

▮[REDACTED]

Frank Marquardt edited Oct 11, 2017 at 7:07 pm

Frank Marquardt edited Oct 11, 2017 at 3:31 pm

Frank Marquardt edited Oct 10, 2017 at 11:41 pm

Bridget Finn edited Oct 10, 2017 at 10:21 pm

Frank Marquardt edited Oct 10, 2017 at 10:01 pm

Grant Shellen edited Oct 10, 2017 at 9:35 pm

Frank Marquardt edited Oct 10, 2017 at 9:34 pm

Grant Shellen edited Oct 10, 2017 at 9:34 pm

Frank Marquardt edited Oct 10, 2017 at 9:34 pm

Grant Shellen edited Oct 10, 2017 at 9:34 pm

Frank Marquardt edited Oct 10, 2017 at 9:33 pm

Grant Shellen edited Oct 10, 2017 at 9:32 pm

Stacey Gordon edited Oct 10, 2017 at 6:59 pm

Michael Spinella edited Oct 9, 2017 at 4:57 pm

Bridget Finn edited Oct 9, 2017 at 4:50 pm

Megan Fletcher edited Oct 6, 2017 at 11:21 pm

Frank Marquardt edited Oct 6, 2017 at 10:52 pm

Bridget Finn edited Oct 6, 2017 at 6:27 pm

**Frank Marquardt** Oct 6, 2017 at 3:25 pm
When we talk about [REDACTED] do mean [REDACTED] Il may be lost in the jargon but my first read was, what sort of destination? In what country?!

Frank Marquardt edited Oct 6, 2017 at 5:21 pm

Emily Konouchi opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Alex Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Klimato, Axel Fortin de Oliveira, Whitney Ricketts, Amit Vats, Mike Singh, Gaby Rastoll, Mohit Rajani, Nikita Srinivasan, Jon Vanderzogg-Fraser, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brasette, Sarah Epps, Bridget Finn, Amy Nicholson, Lutz Gac, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Bunten, Eleanor Pachaud, Al Theurer, Adhytiar Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanne Quigless and Michael Spinella Oct 6, 2017 at 4:44 pm

PIXEL_HEALTH000426079

Frank Marquardt added Emily Konocchi to the thread *Oct 6, 2017 at 4:23 pm*

---

Frank Marquardt added you to a document *Oct 6, 2017 at 4:17 pm*

---

Stacey Gordon opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Psaner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidynaz Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella *Oct 6, 2017 at 3:05 pm*

---

Frank Marquardt added Stacey Gordon to the thread *Oct 6, 2017 at 3:09 pm*

---

Frank Marquardt added you to a document *Oct 6, 2017 at 3:03 pm*

---

Frank Marquardt edited *Oct 6, 2017 at 3:00 pm*

---

Alex Hunter opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Psaner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidynaz Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella *Oct 6, 2017 at 10:19 am*

---

Bridget Finn edited *Oct 5, 2017 at 9:56 pm*

---

Michael Spinella edited *Oct 5, 2017 at 4:26 pm*

---

Bridget Finn opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Psaner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidynaz Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella *Oct 5, 2017 at 1:56 pm*

---

Grant Shellen opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Psaner, John McGarvey, Holly Johnson, Jinghao Yan, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidynaz Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies, Maryanna Quigless and Michael Spinella *Oct 4, 2017 at 11:10 pm*

---

Michael Spinella opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Psaner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidynaz Bigio, Graham Mudd, Eugene Zarashaw, Megan Fletcher, Jen Davies and Maryanna Quigless *Oct 4, 2017 at 0:29 pm*

---

Megan Fletcher edited *Oct 4, 2017 a. 7:03 pm*

---

Megan Fletcher opened your conversation with Tyler Womack, Mary Ku, Ryan White, Serene Lewis, Ajoy Frank, Avi Gavlovski, Stacey Gordon, Ben Savage, Rob Leathern, Cortney Kimoto, Atol Fortin de Oliveira, Whitney Ricketts, Ami Vora, Mita Singh, Gaby Rastoll, Mohit Rajani, Nikila Srinivasan, Joni Vanderburg-Psaner, John McGarvey, Holly Johnson, Jinghao Yan, Grant Shellen, Monique Brissette, Sarah Epps, Bridget Finn, Amy Nicholson, Luxi Gao, Marc Hannum, Aimee Lowry, Michael Levinson, Alex Hunter, Eleanor Pachaud, Emily Konouchi, Al Theurer, Aidynaz Bigio, Graham Mudd, Eugene Zarashaw, Jen Davies, Maryanna Quigless and Michael Spinella on a phone *Oct 4, 2017 a. 5:27 pm*

---

Frank Marquardt edited *Oct 4, 2017 at 5:02 pm*

---

Frank Marquardt *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt added you to a document *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt added you to a document *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt added you to a document *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt added you to a document *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt added you to a document *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt added the document to the folder Ads Content Strategy Managers *Oct 4, 2017 at 4:47 pm*

---

Frank Marquardt created the document *Oct 4, 2017 at 4:52 pm*

PIXEL_HEALTH000426080

**Intentionally Left Blank**

PIXEL_HEALTH000426081

# Intentionally Left Blank

CONFIDENTIAL

# Intentionally Left Blank

CONFIDENTIAL

PIXEL_HEALTH000426083

**Intentionally Left Blank**

CONFIDENTIAL

# Intentionally Left Blank

CONFIDENTIAL

**Intentionally Left Blank**

CONFIDENTIAL

# Intentionally Left Blank

PIXEL_HEALTH000426087

**Intentionally Left Blank**

CONFIDENTIAL

**Intentionally Left Blank**

CONFIDENTIAL

# Intentionally Left Blank

CONFIDENTIAL

# Intentionally Left Blank

PIXEL_HEALTH000426091

**Intentionally Left Blank**

CONFIDENTIAL

PIXEL_HEALTH000426092

**Intentionally Left Blank**

PIXEL_HEALTH000426093

**Intentionally Left Blank**

CONFIDENTIAL

# Intentionally Left Blank

CONFIDENTIAL

| | |
|---|---|
| **Bates Number** | PIXEL_HEALTH000426055-PIXEL_HEALTH000426095 |
| **Custodian** | Mudd, Graham |
| **Sent Date** | 12/31/9999 4:00 PM |
| **Create Date** | 10/4/2017 12:00 AM |
| **Last Modified Date** | 10/4/2017 12:00 AM |
| **Received Date** | 12/31/9999 4:00 PM |
| **Author** | Frank Marquardt |
| **Filename** | KDUAAAHcGoo_1702671681726138.html |
| **Email From** | |
| **Email Recipients** | |
| **Email CC** | |
| **Email BCC** | |
| **DOCDATE** | 10/04/2017 |
| **File Path** | /PixelHealth_20231220.zip/PXLLIT-0000450/Graham Mudd/Quip/ecQAEAHA2Un-2600-2649.zip |