# Proposed Redacted Version of Exhibit 25 (Dkt. No. 1154-25)

# EXHIBIT 25

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| From: | Mark Rabkin |
| Sent: | 8/17/2017 6:37:50 PM |
| To: | Charlotte Narvaez; Rob Goldman; David Fischer; Carolyn Everson |
| CC: | Yuval Oren; Peng Fa; Michael Levinson; Ami Vora [avora@fb.com]; Scott Mellon; oydeep Gangopadhya |
| Subject: | Re: A/C Priv |

Thanks for the super thorough and quick response Charlotte! This seems like a really great set of actions from the team.

Just to double-check, Carolyn, David, do you feel ok with all this?

- Mark

---

From: Charlotte Narvaez
Date: Thursday, August 17, 2017 at 6:21 PM
To: Rob Goldman, Mark Rabki, David Fischer, Carolyn Everson
Cc: Yuval Oren, Peng Fa, Michael Levinson, Ami Vor, Scott Mellon, oydeep Gangopadhya
Subject: Re: - A/C Priv

Thanks for forwarding this thread. As mentioned below, we are working with Legal, PMM and the client-facing teams to address the issue. We are also implementing product changes to prevent this from happening in the future.

[redacted]

-Charlotte


EXHIBIT
5/30/25
605
Narvaez

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY     PIXEL_HEALTH000614879

**From:** Rob Goldman
**Date:** Thursday, August 17, 2017 at 3:41 PM
**To:** Mark Rabkin, David Fischer, Carolyn Everson
**Cc:** Yuval Oren, eng Fan, Charlotte Narvaez, Michael Levinson, Ami Vora
**Subject:** Re

+1 on all of this, thanks for the heads up.

-rg

---

**From:** Mark Rabkin
**Date:** Thursday, August 17, 2017 at 3:26 PM
**To:** David Fischer, Carolyn Everson, Rob Goldman
**Cc:** Yuval Oren, eng Fan, Charlotte Narvae, Michael Levinso, Ami Vora
**Subject:** Re

Thanks Carolyn, David for the heads up. Agree with David's assessment that ███

Tobias Woolbridge, the engineer on this, is great — but I'm cc'ing some eng & pm leads on our pixel just to make sure our eng and PM leaders are aware of this.(+charlotte michael peng yuval)

Signals folks — let's just make sure we work with the client and help prioritize and resolve this given the PR risk.

For the long term, one idea: ███ Not sure if it's worth it, but might be good to explore.

- Mark

---

**From:** David Fischer
**Date:** Thursday, August 17, 2017 at 3:20 PM
**To:** Carolyn Everso, Rob Goldman, Mark Rabkin
**Subject:** Re:

OK, looks from the email ███ we obviously should do all we can on our end to help fix it. Let me know if I can help or should reach out to anyone at the client to help smooth things over.

---

**From:** Carolyn Everson
**Date:** Thursday, August 17, 2017 at 3:17 PM
**To:** Rob Goldman, Mark Rabkin
**Cc:** David Fische
**Subject:** Fwd

Wanted to be sure you are aware of this ▮▮▮▮▮

We obviously need to do all that we can to help fix this.

Not knowing the people that our teams are working with, I wanted to be sure it was escalated to you.

Sent from my iPhone

Begin forwarded message:

**From:** Ido Dotan ▮▮▮
**Date:** August 17, 2017 at 6:06:15 PM EDT
**To:** Nicola Mendelsohn ▮▮▮, Ari Kesisoglu ▮▮▮, Carolyn Everson ▮▮▮
**Cc:** Adi Soffer Teeni ▮▮▮, Caroline Couvillon ▮▮▮
**Subject:** RE: ▮▮▮

We are working with Jose Villalobos (PMM), Joydeep Gangopadhyay (PMM) and Tobias Wooldridge (Engineer).
Thanks,
Ido

**From:** Nicola Mendelsohn
**Sent:** Thursday, August 17, 2017 11:42 PM
**To:** Ido Dotan ▮▮▮, Ari Kesisoglu ▮▮▮, Carolyn Everson ▮▮▮
**Cc:** Adi Soffer Teeni ▮▮▮, Caroline Couvillon ▮▮▮
**Subject:** Re ▮▮▮

▮▮▮ [redacted content] ▮▮▮

Get Outlook for iOS

**From:** Ido Dotan ▮▮▮
**Sent:** Thursday, August 17, 2017 12:50 pm
**Subject:** ▮▮▮
**To:** Nicola Mendelsohn ▮▮▮, Ari Kesisoglu ▮▮▮
**Cc:** Adi Soffer Teeni ▮▮▮

Dear Nicola and Ari,
Adi asked me to inform you of a sensitive situation we are facing with ▮▮▮ that may develop into a legal\PR issue.

Will update soon,
Thanks!
Ido

**From:** Alon Ozery
**Sent:** Wednesday, August 16, 2017 3:53 PM
**To:** Joydeep Gangopadhyay ▮ ; Steven Weddle ▮ Jose Villalobos ▮ Joydeep Gangopadhyay ▮ Tobias Wooldridge ▮
**Cc:** Ido Dotan ▮ Guy Buzz Ruck ▮ Noa Goren ▮ Nimrod Halevi ▮ Adi Soffer Teen ▮ Bruce Hazan ▮ Noam Cohen-Brener

**Subject:** ▮
**Importance:** High

Hi All ,
This is to request urgent support on a high risk matter:

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY    PIXEL_HEALTH000614882

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000614883

### Further technical details and findings

Account – ID: ▮▮▮▮▮▮▮▮▮▮▮

See bellow a screen shot from the client that shows the thread which can be easily decoded to provide the sensitive information:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Thanks,

**Alon Ozery** | Client Solutions Manager | Facebook Israel
Facebook | Rothschild Blvd 22, Tel Aviv
Facebook Advertising Support – Click Here

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        PIXEL_HEALTH000614884