# Proposed Redacted Version of Exhibit 27 (Dkt. No. 1154-27)

# EXHIBIT 27

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| From: | Laszlo Juracz [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=45445989F87E49E0A10DF1B659CBDE04] |
| Sent: | 1/31/2019 6:10:20 PM |
| To: | Shuo Li [redacted]; Tobias Wooldridge [redacted] Charlotte Narvaez [redacted]; Brian Truong [redacted] Hong Chun Leung [hongchun@fb.com]; Laszlo Juracz [redacted] |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":1938667122897933}] |

Ba Quan Truong (1/31/2019 16:12:41 PST):
>Hey Laszlo. How are you doing? We heard from Charlotte that you know the [redacted] [redacted] Do you know how that list is built and stored?

Laszlo Juracz (1/31/2019 16:13:46 PST):
>Hmm, I do not think I am the best person to provide these. Let me think....

Ba Quan Truong (1/31/2019 16:14:32 PST):
>Charlotte said it was for [redacted]

Laszlo Juracz (1/31/2019 16:15:24 PST):
>I vaguely remember ac/priv things from a year ago kind of.

Laszlo Juracz (1/31/2019 16:16:04 PST):
>Hey @Tobias, do you recall where is the source of truth for "sensitive domains"?

Laszlo Juracz (1/31/2019 16:16:27 PST):
>Same question to @Hong, as he was working mainly on integrity efforts in the past year.

Tobias Henry Wooldridge (1/31/2019 16:35:55 PST):
[redacted]

Tobias Henry Wooldridge (1/31/2019 16:36:02 PST):
[redacted]

Tobias Henry Wooldridge (1/31/2019 16:36:03 PST):
[redacted]

Tobias Henry Wooldridge (1/31/2019 16:36:25 PST):
[redacted] (I think)

Hong Chun Leung (1/31/2019 16:42:46 PST):
>AFK till evening, any context?

Ba Quan Truong (1/31/2019 17:29:33 PST):
>@Charlotte, @Shuo and I have a [redacted] [redacted]. So just hope to learn from you guys :)

Laszlo Juracz (1/31/2019 17:58:47 PST):
>what is IAB?

Tobias Henry Wooldridge (1/31/2019 17:59:04 PST):
>In app browser

Charlotte Narvaez (1/31/2019 17:59:38 PST):
>Did we enforce a domain blacklist for [redacted]

Charlotte Narvaez (1/31/2019 17:59:49 PST):
>Or how was that managed?

Tobias Henry Wooldridge (1/31/2019 18:00:18 PST):
>[redacted]

Charlotte Narvaez (1/31/2019 18:00:39 PST):
>Ah I see, how r the pixels classified?

Tobias Henry Wooldridge (1/31/2019 18:00:56 PST):
>Depends on market segment

Ba Quan Truong (1/31/2019 18:06:13 PST):

EXHIBIT im
5/30/25
606
Narvaez

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PIXEL_HEALTH000682347

>how does each pixel get their market segment ? from advertiser?

Tobias Henry Wooldridge (1/31/2019 18:06:46 PST):
>sorry; replied to my own comment as I answered this earlier

Tobias Henry Wooldridge (1/31/2019 18:06:51 PST):
>> ▮▮▮ I think)

Ba Quan Truong (1/31/2019 18:07:18 PST):
>ah, so it'll only cover GSO I assume?

Ba Quan Truong (1/31/2019 18:07:36 PST):
>what can we do for SMB?

Tobias Henry Wooldridge (1/31/2019 18:07:41 PST):
>It has reasonable coverage IMO

Tobias Henry Wooldridge (1/31/2019 18:07:44 PST):
>you should look at the data

Tobias Henry Wooldridge (1/31/2019 18:07:53 PST):
▮▮▮

Ba Quan Truong (1/31/2019 18:08:03 PST):
>could you share the table?

Tobias Henry Wooldridge (1/31/2019 18:08:17 PST):
>see above

Ba Quan Truong (1/31/2019 18:09:58 PST):



Ba Quan Truong (1/31/2019 18:10:05 PST):
>how did we pick these verticals?

Tobias Henry Wooldridge (1/31/2019 18:10:09 PST):
>The ▮▮▮

Tobias Henry Wooldridge (1/31/2019 18:10:20 PST):
>Those are ones we determined to be ▮▮▮

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                  PIXEL_HEALTH000682348

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000682347-PIXEL_HEALTH000682348 |
| Custodian | Wooldridge, Tobias |
| Sent Date | 1/31/2019 6:10 PM |
| Create Date | 12/31/9999 4:00 PM |
| Last Modified Date | 12/31/9999 4:00 PM |
| Received Date | 1/31/2019 6:10 PM |
| Author | |
| Filename | Message summary [{"otherUserFbId":null,"threadFbId":1938667122897933}] |
| Email From | Shuo Li ▮ |
| Email Recipients | ▮;Tobias Wooldridge ▮;Charlotte Narvaez ▮;Brian Truong ▮;Hong Chun Leung <hongchun@fb.com>;Laszlo Juracz ▮ |
| Email CC | |
| Email BCC | |
| DOCDATE | |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000209/Wooldridge_Tobias/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000042/PXLH_Tobias Wooldridge_28786/PXLH_Tobias Wooldridge_85_1.pst/Top of Personal Folders/Inbox |