# Proposed Redacted Version of Exhibit 29 (Dkt. No. 1154-29)

# EXHIBIT 29

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

**From:** Rebecca Reza [rebeccareza@fb.com]
**Sent:** 12/11/2019 3:20:11 PM
**To:** Kaitlyn Van Dellen
**CC:** Nate Van Dellen
**Subject:** FB + Rush Follow Up
**Attachments:** Event Campaign Plan - Rush.docx

Hi Kaitlyn,

Thanks for talking with me and Shayla today! Here is the information on engagement custom audiences, and this link includes the SDK code. To implement, your developers can follow this guide. I have also attached a guide for marketing events, so please read through it and let me know if you have any questions. I included a phase 3 for after the event assuming that you'd want to convert attendees into patients, but ignore that section if it does not make sense for you.

As an action item from you, could you please send the ad account ID for the Copley campaign? I don't see the account on my end, and I want to make sure I can have insight for future questions!

Rebecca

--

**Rebecca Reza**
Account Manager | Health
607 W 3rd St., Austin, TX 78701
| rebeccareza@fb.com
Quick Links: Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc



CONFIDENTIAL

PIXEL_HEALTH000018631

# Driving a Successful Event on Facebook and Instagram

## Phase 1: Before the Event

**Flight Time:** 1-2 weeks before event to build awareness, drive registration

**Objectives:** Reach

**\*\*Do not use event response. This is making you pay up to 5x more for a clicky behavior that doesn't correlate with attendance at an event.\*\***

**Creative:**
- Static, video, carousel, stories with messaging centered towards: "Sign up now", "Mark your calendars", "We'll see you soon", etc.
- CTA: Sign up. Registration landing page, EventBrite or a lead generation campaign to gather emails to signup

**Audiences:**
- Geo-target audience around event location
- Custom Audience past attendees and current patients (pixel, CRM, offline)
- Lookalike audiences of past attendees and current patients (pixel, CRM, offline)

## Phase 2: During the Event

**Flight Time:** During the event
- Reminder- ramp up spend during the event to drive foot traffic

**Objectives:** Conversions or Reach

**Creative:**
- Static, video, carousel, stories, going 'Live' during the event centered around messaging: "Today is the day", "We'll see you soon", "You won't want to miss this", etc.
- CTA: Get Directions or Learn More

**Audiences:**
- Same as phase one audiences
- Custom audience phase 1 video viewers
- Reengage leads collected in phase 1 or people who've visited website last 30 days (Pixel)

**Measurement:**
- Create offline event set and upload registrations, check ins, etc. from the event into FB to see impact of campaigns.

## Phase 3: After the Event

**Flight Time:** After the event

**Objectives:** Conversions

**Creative:**
- Static, video, carousel, stories centered around messaging: "We missed you" for event registers who did not attend or people who attended but didn't convert to patients
- CTA: Learn More, Schedule Appointment Now

**Audiences:**
- Custom audience of registrants excluding a custom audience of people who attended

**For the next event:**
- Use your new audience pool to build lookalikes

Looking for help on budgets for campaigns? Use the [ HYPERLINK "https://www.facebook.com/business/help/1776354522643452" ] to ensure you're reaching at least 30-40% minimum of your desired target audiences to

PIXEL_HEALTH000018632

CONFIDENTIAL

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000018632 |
| Custodian | Reza, Rebeca |
| Sent Date | 12/31/9999 4:00 PM |
| Create Date | 12/11/2019 12:00 AM |
| Last Modified Date | 12/11/2019 12:00 AM |
| Received Date | 12/31/9999 4:00 PM |
| Author | Miranda Lee |
| Filename | Event Campaign Plan - Rush.docx |
| Email From | |
| Email Recipients | |
| DOCDATE | 12/11/2019 |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_6_1.pst/Top of Personal Folders/Inbox/FB + Rush Follow Up |