# Proposed Redacted Version of Exhibit 30 (Dkt. No. 1154-30)

# EXHIBIT 30

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

| | |
|---|---|
| **Message** | |
| **From:** | Rebecca Reza [rebeccareza@fb.com] |
| **Sent:** | 3/13/2020 12:██████ |
| **To:** | Slattery, Sean |
| **CC:** | ██████, Chris██; ██████; Burdoine-Lewis, Brittany N. ██████ |
| **Subject:** | Let's track customers on the website |

Hi Sean,

Thanks for chatting with me yesterday! So that your team can work on implement pixel events to better track the consumer journey and inform your ads and audiences, I have included in this email recommended events, case studies, and next steps.

I think it is important to set up these events for 2 reasons: 1. Tracking these actions will pass data back to your campaigns making them more efficient and effective (i.e. you can optimize for schedule a labor tour rather than page views), and 2. This allows you to create a custom audience of anyone who has taken the specific action on your website.

I have listed below a few events that I think would make sense to help fuel content and volume campaigns, but I'd love to know your thoughts!
1. Schedule a labor and delivery tour (relevant to campaign 6088561704632)
2. Adding job interview dates to calendar (6158930335032)
3. Searching for jobs
4. Requesting an appointment online
5. Starting an online visit (example button click)
6. Get driving directions (example button click)
7. Contact Button Click

Additionally, here are a few case studies:
1. Bremerton Wellness: Optimizing for website conversions (only available with pixel events set up) resulted in a 55% increase in the number of new patients per week
2. Furry Freshness: Optimizing for recommended website conversions resulted in 6.4x lift in purchase conversions
3. See more here and here

I know you mentioned for pediatrics you have to call to schedule, so we can also implement offline conversions in the future to help inform ads as well.

Again, I think we should add in standard (or custom) events as soon as possible so we can optimize volume campaigns towards conversion events and create lookalike or retargeting audiences. That said, I want to get a sense of next steps from you. **I would love to have at least 2 events set up by our next call** (see here for implementation options). **Do you think this is doable?**

Please let me know!

Rebecca

--
**Rebecca Reza**
Account Manager | Acquisition
607 W 3rd St., Austin, TX 78701
██████████ | rebeccareza@fb.com
Quick Links: Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center

PLAINTIFF'S DEPOSITION EXHIBIT 09

*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

CONFIDENTIAL

PIXEL_HEALTH000018790

| | |
|---|---|
| Bates Number | PIXEL_HEALTH000018789-PIXEL_HEALTH000018790 |
| Custodian | Reza, Rebeca |
| Sent Date | 3/13/2020 12:18 PM |
| Create Date | 3/13/2020 12:18 PM |
| Last Modified Date | 3/13/2020 12:18 PM |
| Received Date | 3/13/2020 12:18 PM |
| Author | |
| Filename | Let's track customers on the website |
| Email From | Rebecca Reza <██████████> |
| Email Recipients | Slattery, Sean ███████; Belden, Christy ███████; Burdoine-Lewis, ███████; Brittany N ███████; Belden, Christy ███████ |
| Email CC | Burdoine-Lewis, Brittany N. ███████ |
| Email BCC | |
| DOCDATE | |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_1_1.pst/Top of Personal Folders/Inbox |