# Proposed Redacted Version of Exhibit 31 (Dkt. No. 1154-31)

# EXHIBIT 31

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## Message

**From:** Rebecca Reza [rebeccareza@fb.com]
**Sent:** 7/16/2020 12:19:43 PM
**To:** Costello, Cayti R
**Subject:** Pixel Events + SSAPI
**Attachments:** image001.png; image002.png



Hi Cayti,

As promised, sending over pixel event and conversions API (server-side API) information!

### Pixel Events
We have two types of events we can implement, standard events and custom conversions, so that we can eventually optimize toward "Schedule an Appointment" or "Create an Account". By optimizing for these conversion events, we will be able to better target the people we want and understand how FB is driving the actions you want people to take. For context, right now we are only tracking traffic to the site rather than the actions people are taking on the site.

A standard event is basically an event with pre-defined conditions (all standard events listed here) such as Lead or Schedule, and they should are relatively easy to implement. Other events like "schedule with this specific doctor" have to be set up as a custom conversion.

The links above are all helpful to learn more about standard and custom events/implement them, but the following two links will probably be the most useful to whoever sets them up.
- https://www.facebook.com/business/help/964258670337005?id=1205376682832142
- https://developers.facebook.com/docs/facebook-pixel/implementation/conversion-tracking#custom-events

### Conversions API
Technical changes across ad platforms, devices, and browsers such as Safari, Firefox, and Chrome will significantly limit cross-site measurement. Examples include:
- **Tracking Prevention:** Browsers are increasingly enabling cross-site and third-party measurement prevention by default. Features such as Intelligent Tracking Prevention force third-party cookies to expire for use on third-party domains right away.
- **Ad blocking:** Some new browsers have begun to include ad blocking as standard features (Brave Browser).
- **Ad platforms:** Networks and platforms are increasingly providing people with tools that enable them to disconnect their accounts from data that is received from off-platform apps and websites or elect not to share their data for some advertising purposes.



To further understand how this impacts measurement, I wanted to walk through the above photo. First, a consumer opens a browser and visits a website. After they take an action on the website, such as adding an item to the cart or

making a purchase, a cookie event is triggered, sending information simultaneously to the brand's server and back to the browser.

In this case, data event flows through to Facebook as follows:
1. Event or customer data is entered into a form field or a person clicks on a hyperlink to visit a webpage
2. This triggers a request to the client's website/server from the web browser to submit information from the form field or load the landing page
3. As the form is submitted or landing page loads, the pixel event is triggered and the Facebook pixel (installed on the webpage) loads on the browser, sharing the event data with Facebook

When anti-tracking defaults are enabled or cookies are deleted too soon, the browser will no longer be able to share this information to ad platforms or allow for retargeting. For this reason, we are encouraging advertisers to use our conversions API.



After our conversions API is implemented, a direct channel for pixel events (that honors consumer privacy choices) is established between the client server and Facebook. If you use our privacy tools such as Off-Facebook Activity to limit how your data is shared, these choices will be honored by our tool.

To explain it more generally, with the API, the event fires from the client server and is passed back to the Facebook server rather than from the user browser (as is done with the pixel). The benefit of the API is that we can also bring in offline conversions (appointments scheduled via phone) in addition to online.

This is a relatively new product (within the past year) and is something that will become more readily used over the next few months/years. Here is the developer doc so you can see what implementation involves!

Overall, additional pixel events will be the easiest next step, so I'd probably start there; however, since we have a lot to do right now, it might be worthwhile to just implement the API in the next few month (rather than have to do both) in order to get it out of the way early on!

Let me know if there are any blockers to implementation for either over the next few months, as we can also get a third party to do it with the cost paid for by Facebook (up to $3000).

Rebecca

--
**Rebecca Reza**
Account Manager | Acquisition
607 W 3rd St., Austin, TX 78701

▮ | rebeccareza@fb.com
**Quick Links:** Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

CONFIDENTIAL
PIXEL_HEALTH000018886

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000018884-PIXEL_HEALTH000018886 |
| Custodian | Reza, Rebeca |
| Sent Date | 7/16/2020 12:19 PM |
| Create Date | 7/16/2020 12:19 PM |
| Last Modified Date | 7/16/2020 12:20 PM |
| Received Date | 7/16/2020 12:20 PM |
| Author | |
| Filename | Pixel Events + SSAPI |
| Email From | Rebecca Reza <rebeccareza@fb.com> |
| Email Recipients | Costello, Cayti [REDACTED] |
| DOCDATE | |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_18_1.pst/Top of Personal Folders/Inbox |