# Proposed Redacted Version of Exhibit 32 (Dkt. No. 1154-32)

# EXHIBIT 32

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**Message**

**From:** Rebecca Reza [rebeccareza@fb.com]
**Sent:** 8/28/2020 9:39:41 AM
**To:** Slattery, Sean
**Subject:** Re: [EXTERNAL] Re: Re: Re: Events Check-In

Exactly – for our volume campaigns where we're looking for people to schedule appointments, setting them up as conversion campaigns optimized for the specific action we want users to take will a) allow the system to find people more primed to convert (as opposed to just browse) and b) track the true event we want.

One thing to note is that in order for performance to stabilize, we need to get enough volume. For that reason, we might want to optimize for "schedule appointments" more generally as opposed to a specific type of appointment.

In terms of next steps, do you think this is something we should try to set up over the next week, or what does a reasonable timeline look like for you?

Rebecca

--
Rebecca Reza
Account Manager | Acquisition
Austin, TX 78701
650.709.4915 | rebeccareza@fb.com
Quick Links: Chat Support Team <https://www.facebook.com/business/help/support> // Agency Hub <https://www.facebook.com/business/m/agency-hub> // Facebook IQ <https://www.facebook.com/iq/advertising-insights> // Weekly Product Updates <https://www.facebook.com/business/a/product-update-subscribe>// Appeal Ads Form <https://www.facebook.com/help/contact/1582364792025146> // Ads Help Center <https://www.facebook.com/business/help>
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

On 8/28/20, 10:31 AM, "Slattery, Sean                                              " wrote:

   Yeah, it appears to match. So what are next steps to maximize these events in FB ads? Create new ads with custom conversions?

   Sean Slattery
   Digital Manager
   Norton Healthcare
   224 E. Broadway, Suite 300
   Louisville, KY 40202

   On 8/27/20, 6:12 PM, "Rebecca Reza" <rebeccareza@fb.com> wrote:

       CAUTION: **EXTERNAL EMAIL**Do NOT click links or open attachments unless you recognize the sender and know the content is safe. If you are not sure, please forward the email to AskISSecurity@nortonhealthcare.org for review.

       ----------------------------------------------------------------------
       Got it. It looks like the pixel seems to be tracking correctly (I see 6 contact events and 3 schedule events so far) – does this match up with your backend for the specific pages we are tracking so far?

       --
       Rebecca Reza
       Account Manager | Acquisition
       , Austin, TX 78701
       | rebeccareza@fb.com
       Quick Links: Chat Support Team <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_help_support&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rFlBT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=pTU7JLIrcrBOoQ1tJQEyl-xqRGV5UWrRbz-sLtJb2Sk&s=5QhfRxSjwFYrUeCgg6QzaxkhZcvUQyggK66pqsGOBi4&e= > // Agency Hub <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_m_agency-2Dhub&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rFlBT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K

PLAINTIFF'S DEPOSITION EXHIBIT 12   PENGAD 800-631-6989

CONFIDENTIAL                                                                                      PIXEL_HEALTH000018920

```
skx&m=pTU7JLIrcrBOoQ1tJQEyl-xqRGV5UWrRbz-sLtJb2Sk&s=cPgGSh7BKDGvY7uPSt0vOr9AIT5NOtGKQSz8-lVuUn0&e= > //
Facebook IQ <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_iq_advertising-
2Dinsights&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=pTU7JLIrcrBOoQ1tJQEyl-xqRGV5UWrRbz-sLtJb2Sk&s=VmCHQE5zpymhjaqcL9KOyLRt6uRhUzHHOi9HSohzX_4&e= > //
Weekly Product Updates  <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_business_a_product-2Dupdate-2Dsubscribe&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=pTU7JLIrcrBOoQ1tJQEyl-xqRGV5UWrRbz-sLtJb2Sk&s=NDieoHJgmj8nm89zZQGPVOnoTuLeTkOviyNImok3dgc&e= >//
Appeal Ads Form <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_help_contact_1582364792025146&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=pTU7JLIrcrBOoQ1tJQEyl-xqRGV5UWrRbz-sLtJb2Sk&s=-25RVm1WIlm3uGshkvCOq8SwV45PITmhfTWxMiU-eR8&e= > //
Ads Help Center <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_business_help&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=pTU7JLIrcrBOoQ1tJQEyl-xqRGV5UWrRbz-sLtJb2Sk&s=3V6wqVSeh-B4ouu2B9cYAIwMKCBqIVjsYT6PcLMn8rA&e= >
```

*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

On 8/26/20, 1:04 PM, "Slattery, Sean" <████████████████████████████> wrote:

Yes. That is correct.

Sean Slattery
Digital Manager
Norton Healthcare
224 E. Broadway, Suite 300
Louisville, KY 40202

████████████████████

On 8/26/20, 1:52 PM, "Rebecca Reza" <rebeccareza@fb.com> wrote:

CAUTION: **EXTERNAL EMAIL**Do NOT click links or open attachments unless you recognize the sender and know the content is safe. If you are not sure, please forward the email to AskISSecurity@nortonhealthcare.org for review.

---

Perfect - I see Schedule and Contact as tracking via the pixel. Are these the ones you set up to test out first?

Rebecca

--
Rebecca Reza
Account Manager | Acquisition
607 W 3rd St., Austin, TX 78701
████████   rebeccareza@fb.com

```
Quick Links: Chat Support Team <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_business_help_support&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=swOB4X47OS0mLz6LfQ3MOlaMKg3YL_K4ui7v6l6Ej1Q&s=VWgEIYF_ycfREkmcqQ-dHaanp06ly3dVFuy455CanKY&e= > //
Agency Hub <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_m_agency-
2Dhub&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=swOB4X47OS0mLz6LfQ3MOlaMKg3YL_K4ui7v6l6Ej1Q&s=AbwYMSpLFbXRXdIJ-81j45PexOevu9bO-g_UHleP53s&e= > //
Facebook IQ <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_iq_advertising-
2Dinsights&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=swOB4X47OS0mLz6LfQ3MOlaMKg3YL_K4ui7v6l6Ej1Q&s=ZDW4lURR6UnUrQUKe9nEvIG2fltnNnrx_hiWZnccAMQ&e= > //
Weekly Product Updates  <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_business_a_product-2Dupdate-2Dsubscribe&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=swOB4X47OS0mLz6LfQ3MOlaMKg3YL_K4ui7v6l6Ej1Q&s=C3KhXJv0BfObgidDGwB1hvgWlQhOZaIFtNa4Z2zCAHY&e= >//
Appeal Ads Form <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_help_contact_1582364792025146&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=swOB4X47OS0mLz6LfQ3MOlaMKg3YL_K4ui7v6l6Ej1Q&s=GKR3dxaw9wYI_EzDU2u1qQanSiVPX91jBxS39baNEl8&e= > //
Ads Help Center <https://urldefense.proofpoint.com/v2/url?u=https-
3A__www.facebook.com_business_help&d=DwIGaQ&c=a-
fTYuyacsOBdK5dxJmOTrOrF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5K
skx&m=swOB4X47OS0mLz6LfQ3MOlaMKg3YL_K4ui7v6l6Ej1Q&s=XqgGKLjGiSeBtHdsZN2sOURw6tXKmOdznrvGPR-GXB4&e= >
```

*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

> On 8/26/20, 9:15 AM, "Slattery, Sean" <span style="background:black">████████████████</span> wrote:
>
> I was able to implement a couple of test events. I wanted to verify that they were working as intended before rolling out across the entire account.
>
> Sean Slattery
> Digital Manager
> Norton Healthcare
> 224 E. Broadway, Suite 300
> Louisville, KY 40202
> ██████████ (o)
> ██████████ (c)
>
>> On 8/26/20, 10:13 AM, "Rebecca Reza" <rebeccareza@fb.com> wrote:
>>
>> CAUTION: **EXTERNAL EMAIL**Do NOT click links or open attachments unless you recognize the sender and know the content is safe. If you are not sure, please forward the email to AskISSecurity@nortonhealthcare.org for review.
>>
>> ------------------------------------------------------------------
>> Hi Sean,
>>
>> Checking on again! Were we able to implemented as we wanted, or are we still facing the same questions? Let me know!
>>
>> --
>> Rebecca Reza
>> Account Manager | Acquisition
>> 607 W 3rd St , Austin, TX 78701
>> ██████████ | rebeccareza@fb.com
>> Quick Links: Chat Support Team <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_help_support&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=FnnYWc-Ia4-3NkY59O3oOmAbEOCy-oCzaWtSNLmvPXM&s=JwjAORF32yKWK5cUPq-Pn1XQH3FdGM8WR3egM1VUNn8&e= > // Agency Hub <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_m_agency-2Dhub&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=FnnYWc-Ia4-3NkY59O3oOmAbEOCy-oCzaWtSNLmvPXM&s=MGBfGFdGUYKBggzOzS6OoICOcYA3CapWyloC9dfkZ4E&e= > // Facebook IQ <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_iq_advertising-2Dinsights&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=FnnYWc-Ia4-3NkY59O3oOmAbEOCy-oCzaWtSNLmvPXM&s=NXgfafWGl63xD8hdmLEJK13idcMuIYO1UUXb_E_a5iU&e= > // Weekly Product Updates <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_a_product-2Dupdate-2Dsubscribe&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=FnnYWc-Ia4-3NkY59O3oOmAbEOCy-oCzaWtSNLmvPXM&s=jpJGi9kozAITtujG8SnjSyHI1MXDOgUZxlrfBZnTYeE&e= >// Appeal Ads Form <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_help_contact_1582364792025146&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=FnnYWc-Ia4-3NkY59O3oOmAbEOCy-oCzaWtSNLmvPXM&s=4ma-R_VNHXTNRCMrEoOhxRAKH7jT6IUeC-w6tnWnKRc&e= > // Ads Help Center <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_help&d=DwIGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpswOlax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=FnnYWc-Ia4-3NkY59O3oOmAbEOCy-oCzaWtSNLmvPXM&s=jmI1ROuNzAvwYKm7QbCx4dqplYCHgLOx1IyzU1cMIo0&e= >
>> *the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc
>>
>>> On 8/21/20, 9:37 AM, "Slattery, Sean" <span style="background:black">████████████████</span> wrote:
>>>
>>> Hey Rebecca,
>>>
>>> I haven't had the opportunity to address it yet. It's on the agenda for today or early Monday.
>>>
>>> Sean Slattery
>>> Digital Manager
>>> Norton Healthcare
>>> 224 E. Broadway, Suite 300
>>> Louisville, KY 40202
>>> ██████████

From: Rebecca Reza <rebeccareza@fb.com>
Date: Friday, August 21, 2020 at 10:09 AM
To: Sean Slattery
Subject: [EXTERNAL] Events Check-In

CAUTION: **EXTERNAL EMAIL**
DO NOT click links or open attachments unless you recognize the sender and know the content is safe. If you are not sure, please forward the email to AskISSecurity@nortonhealthcare.org for review.

Hi Sean,

Happy Friday! Was that link I sent over helpful for setting up events? If not, let me know so I can go back to our technical team!

Rebecca

--
Rebecca Reza
Account Manager | Acquisition
607 W 3rd St, Austin, TX 78701
| rebeccareza@fb.com<mailto:rebeccareza@fb.com>
Quick Links: Chat Support Team<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_help_support&d=DwMGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpsw0lax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=bzxj_D9NBs3kGdJVXkrdJsjNncX01Dj0fZs1HZIpNLQ&s=IwelJeaXrIwCp49hLUUyMAxalKQ7FvqbsVt4qvUpGm0&e=> // Agency Hub<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_m_agency-2Dhub&d=DwMGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpsw0lax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=bzxj_D9NBs3kGdJVXkrdJsjNncX01Dj0fZs1HZIpNLQ&s=xcYRNRhz4IHlo-yFBNmOH2IVSqULh2fDdtAZdB4G92Y&e=> // Facebook IQ<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_iq_advertising-2Dinsights&d=DwMGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpsw0lax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=bzxj_D9NBs3kGdJVXkrdJsjNncX01Dj0fZs1HZIpNLQ&s=VmVUJRSIkMfRCuDYIUmtOHSPnLYo6VSTjHpGXYuhUjc&e=> // Weekly Product Updates <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_a_product-2Dupdate-2Dsubscribe&d=DwMGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpsw0lax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=bzxj_D9NBs3kGdJVXkrdJsjNncX01Dj0fZs1HZIpNLQ&s=sYg3cyj8XUSrvSOcHImvDA_mx3mIobG9ECBMzZiX3KU&e=> // Appeal Ads Form<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_help_contact_1582364792025146&d=DwMGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpsw0lax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=bzxj_D9NBs3kGdJVXkrdJsjNncX01Dj0fZs1HZIpNLQ&s=ePxOmHANYT8ARUQH7b7Lm8vphhR-PS7M5dROjE6tfao&e=> // Ads Help Center<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_business_help&d=DwMGaQ&c=a-fTYuyacsOBdK5dxJm0Tr0rF1BT4RdAkNRqW_Js53o&r=c8B9PCpCQca7TSeNJSpsw0lax_evLPlyHUFgCoZxKRrqRVKVM2JUF33Pceq5Kskx&m=bzxj_D9NBs3kGdJVXkrdJsjNncX01Dj0fZs1HZIpNLQ&s=iv1TY_m-N3DdDBGZbgjGsHbUQ5BaaubanHva_pllNyA&e=>
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc
[Image removed by sender.]

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000018920-PIXEL_HEALTH000018923 |
| Custodian | Reza, Rebeca |
| Sent Date | 8/28/2020 9:39 AM |
| Create Date | 8/28/2020 9:39 AM |
| Last Modified Date | 8/28/2020 9:39 AM |
| Received Date | 8/28/2020 9:39 AM |
| Author | |
| Filename | Re: [EXTERNAL] Re: Re: Re: Events Check-In |
| Email From | Rebecca Reza <rebeccareza@fb.com> |
| Email Recipients | Slattery, Sean |
| DOCDATE | |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_0_1.pst/Top of Personal Folders/Inbox |