# Proposed Redacted Version of Exhibit 33 (Dkt. No. 1154-33)

# EXHIBIT 33

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

**From:** Rebecca Reza [rebeccareza@fb.com]
**Sent:** 10/15/2020 2:25:45 PM
**To:** Costello, Cayti R
**CC:** Bushkill, Joseph M
**Subject:** Setting up pixel events

Hi Cayti,

Thanks for taking the time to chat with me today! As we talked about, below are resources for setting up pixel events directly through the source code. These will be particularly useful for tracking appointments scheduled.

1. Setup overview
2. Event implementation
3. GTM and the pixel

I recommend implementing "schedule appointment" and any other important events now, and then we can integrate with CAPI once the GTM integration is released.

Rebecca

CC'ing Joe for pixel resources

--

**Rebecca Reza**
Account Manager | Acquisition
607 W 3rd St, Austin, TX 78701
| rebeccareza@fb.com
Quick Links: Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

PLAINTIFF'S DEPOSITION EXHIBIT 73
PENGAD 800-631-6989

CONFIDENTIAL

PIXEL_HEALTH000018975

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000018975 |
| Custodian | Reza, Rebeca |
| Sent Date | 10/15/2020 2:25 PM |
| Create Date | 10/15/2020 2:25 PM |
| Last Modified Date | 10/15/2020 2:25 PM |
| Received Date | 10/15/2020 2:25 PM |
| Author | |
| Filename | Setting up pixel events |
| Email From | Rebecca Reza <rebeccareza@fb.com> |
| Email Recipients | Costello, Cayti R ███; Bushkill, Joseph M ███ |
| Email CC | Bushkill, Joseph M |
| Email BCC | |
| DOCDATE | |
| | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_10_1.pst/Top of Personal Folders/Inbox |
| File Path | |