# Proposed Redacted Version of Exhibit 34 (Dkt. No. 1154-34)

# EXHIBIT 34

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**Message**

| | |
|---|---|
| **From:** | Rebecca Reza [rebeccareza@fb.com] |
| **Sent:** | 11/3/2020 2:51:13 PM |
| **To:** | Biassou, Krystyna                    Irwin, Kimberly |
| **Subject:** | Pixel & CAPI |
| **Attachments:** | image001.png; image002.png |

Hi Krystyna and Kimberly,

Thanks for chatting with me today! Below is a summary of setting up events and CAPI so that we can see what works best for us! As a TL;DR, both the pixel and CAPI do the same thing, but CAPI enables us to track offline events as well (phone call). Both are important, but I would prioritize setting up pixel events first and keep CAPI as a 6-month goal.

Let me know if we have questions!

Rebecca

**Pixel Events** – set up so we can track when someone submits a lead, schedules appointment, etc.
The pixel works as follows:
1.   Event or customer data is entered into a form field or a person clicks on a hyperlink to visit a webpage
2.   This triggers a request to the client's website/server from the web browser to submit information from the form field or load the landing page
3.   As the form is submitted or landing page loads, the pixel event is triggered and the Facebook pixel (installed on the webpage) loads on the browser, sharing the event data with Facebook



We have two types of events we can set up – standard events and custom conversions. Lead and Complete Registration are both standard events (all standard events listed here), so they should be relatively easy to implement. If we want to get more granular, we can set up lead types (i.e. orthopedic lead) as a custom conversion.

For setup, we can use our event setup tool (no coding required) or set up via the source code. Code is a more sound method, as we can better control if and what is sent back.
- https://www.facebook.com/business/help/964258670337005?id=1205376682832142
- https://developers.facebook.com/docs/facebook-pixel/implementation/conversion-tracking#custom-events

**CAPI** - we can optimize for and track both online (lead) and offline (phone call) events

As you may have seen, support for third-party cookies is expected to be materially or completely limited by the world's most popular browsers, such as Safari, Firefox, and Chrome, in the very near future. When anti-tracking defaults are enabled or cookies are deleted too soon, the browser will no longer be able to share this information to ad platforms or allow for retargeting. Our Conversions API was built to help you keep pace with these

CONFIDENTIAL

PIXEL_HEALTH000077740

browser updates and allow you to continue driving business outcomes by using information you control, rather than relying on data from a browser.

After our Conversions API is implemented, a direct channel for pixel events is established between the client server and Facebook (see picture below). If you use our privacy tools such as Off-Facebook Activity to limit how your data is shared, these choices will be honored by our tool. Further benefits of the Conversions API include:
- **Data Control:** You can decide what data is shared with Facebook and when.
- **Reliable Data Sharing:** Instead of relying on browser-based methods that may be susceptible to crashes or connectivity issues, you share data directly to Facebook.
- **Full Funnel Visibility:** Get a better picture of your customers by leveraging more data sources, such as CRM data, lower funnel (offline) events, or multi-site conversion paths.



To sum up the difference between the API and pixel, with the API, the event fires from the client server and is passed back to the Facebook server rather than from the user browser (as is done with the pixel). Additionally, with the conversions API, **we can optimize for offline events in a way we cannot with the pixel (huge value prop!)**. For example, rather than optimizing for leads, we can optimize for phone calls.

For CAPI, we have three implementation options:
1. Self-serve implementation
2. Partner integration – I was wrong, Wordpress is on here!
3. FMP Partnership – work with a vetted partner, FB takes the cost up to $10K

--
Rebecca Reza
Account Manager | Acquisition
607 W 3rd St, Austin, TX 78701
rebeccareza@fb.com
Quick Links: Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

CONFIDENTIAL                                                                                                                                PIXEL_HEALTH000077741

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH0000077740-PIXEL_HEALTH0000077741 |
| Custodian | Reza, Rebeca |
| Sent Date | 11/3/2020 2:51 PM |
| Create Date | 11/3/2020 2:51 PM |
| Last Modified Date | 11/3/2020 2:51 PM |
| Received Date | 11/3/2020 2:51 PM |
| Author | |
| Filename | Pixel & CAPI |
| Email From | Rebecca Reza <rebeccareza@fb.com> |
| Email Recipients | Biassou, Krystyna ███████ rwin, Kimberl███ |
| DOCDATE | |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_14_1.pst/Top of Personal Folders/Inbox |