# Proposed Redacted Version of Exhibit 35 (Dkt. No. 1154-35)

# EXHIBIT 35

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## Message

**From:** Rebecca Reza [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=REBECCAREZA7DC]
**Sent:** 11/5/2020 1:38:21 PM
**To:** Abbey Jankalski
**Subject:** Brand Lift and Pixel Events
**Attachments:** Brand Lift Questions Guide - External.pdf; TowerHealth_BrandLiftGuide.xlsx; Funnel.pdf

Including here more on Brand Lift and conversion tracking!

Attached are the study setup guide that we would need to fill out and provide our marketing science team and the questions guide to help you write our poll questions.

For conversion tracking, here is our landing page on standard events, which explains the benefits of setting them up. Overall, with both the pixel and CAPI, Tower Health needs to understand that setting up lower funnel events will help in many ways:
1. Better optimize our ads according to the true event we want – if we want schedule appointments, we should optimize for that vs traffic
2. Better attribute actions taken to ads – know whether someone called after seeing an ad or not
3. Build audiences off of people taking the actions we want

Attached is a pdf explaining the different stages of the funnel, which hopefully will highlight to them that we should prioritize lower funnel events.

As always, I'm happy to plug in how I can with your team, so let me know if you need anything else!

Rebecca

--

**Rebecca Reza**
Account Manager | Acquisition
607 W 3rd St., Austin, TX 78701
| rebeccareza@fb.com

Quick Links: Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc


PLAINTIFF'S DEPOSITION EXHIBIT 75

CONFIDENTIAL

PIXEL_HEALTH000077908

# SELECT EVENTS THROUGHOUT THE FUNNEL

EVENTS





**UPPER-FUNNEL SIGNALS**

Awareness
Page view

Discovery & Intent
View content
Search

**LOWER-FUNNEL SIGNALS**

Intent to Convert
Contact
Lead
Find location

Conversion
Start trial
Complete registration
Submit application
Schedule

CONFIDENTIAL

PIXEL_HEALTH0000077921

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000077921 |
| Custodian | Reza, Rebeca |
| Sent Date | 12/31/9999 4:00 PM |
| Create Date | 11/5/2020 12:00 AM |
| Last Modified Date | 11/5/2020 12:00 AM |
| Received Date | 12/31/9999 4:00 PM |
| Author | |
| Filename | Funnel.pdf |
| Email From | |
| Email Recipients | |
| DOCDATE | 11/05/2020 |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_2_1.pst/Top of Personal Folders/Inbox/Brand Lift and Pixel Events |