# Proposed Redacted Version of Exhibit 36 (Dkt. No. 1154-36)

# EXHIBIT 36

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| **From:** | Rebecca Reza [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=REBECCAREZA7DC] |
| **Sent:** | 4/1/2021 12:39:52 PM |
| **To:** | John Babb███████████  Suuberg, Emil██ |
| **CC:** | Domsky, Karly█████████████ ██Taha, Dian███████████ ███████, Billups, Deja ██████████████████████, fmcsuppor████████████ |
| **Subject:** | Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth |
| **Attachments:** | image001.gif; image002.gif; image003.gif; image004.gif; image005.gif; image006.jpg; image007.jpg |

Hi everyone,

As we start working on implementing CAPI, I wanted to jump in and outline the events that I would want to be covered by pixel/CAPI in order to keep our data resilient. I think these would be applicable to all three brands, but I will let @Emily and team step in to see if there are any additional events we might want to consider. When thinking about what we might want to include, think about what events we would want to optimize for, and those should be our priority (i.e., if we want to increase appointments scheduled, we want that event included. If we want people to call, we want phone calls).

1. Schedule Appointment (online and offline)
2. Phone Calls (offline)
3. Leads / Complete Registrations (online)

No rush on anything here, I just wanted to make sure I documented what my goals of this partnership would be!

Rebecca

--
**Rebecca Reza**
Account Manager | Acquisition
607 W 3rd St., Austin, TX 78701
████████  rebeccareza@fb.com
**Quick Links:** Chat Support Team // Agency Hub // Facebook IQ // Weekly Product Updates // Appeal Ads Form // Ads Help Center
*the chat support team provides real time assistance with Technical issues/bugs, Pages requests, Ad Disapprovals, Payment/Invoicing/Billing, etc

PLAINTIFF'S DEPOSITION
EXHIBIT
10
PENGAD 800-631-6989

**From:** John Babb███████████████████
**Date:** Wednesday, March 31, 2021 at 7:02 AM
**To:** "Suuberg, Emily"██████████████████████████
**Cc:** "Domsky, Karly"████████████████ "Taha, Diane████████████████████ ██rebecca Reza██████████████████, "Billups, Deja████████████████ fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

Sorry for the delay in responding!

We'll be able to answer that question after the collaborative event plan is done and we work through the technical solution to implement it.

Here's a reminder we have some additional requests to address so we can do this work.

Thank you!

**Additional requests**:
* Please provide GA property UA-80503459-1 + UA-144981153-1 view access fo█████████████████████████
* If possible, please provide access to your tag management solution fo█████████████
* Please add FB partner access for our BM ID =███████████████ for your ad account. We have access to your pixel.
* Details for your test environment(s), if any.
* An inventory of your planned event prioritization for FB's new Aggregated Event Measurement (AEM) tool, if you have one.

On Mon, Mar 29, 2021 at 4:24 PM Suuberg, Emily███████████████████ wrote:

Hi John.


We got the following question from our partners at Merkle (the ad agency we work with, which also runs ads via EmblemHealth's FB account) and were hoping you could answer:


"For the third-party [iDimension] who is setting up the events, are they establishing API data feed from the website to EmblemHealth's database?"


We also have one more meeting next week to confirm our custom pixels/event tracking with our stakeholders and will be sharing that information with you shortly after.


Thank You,




Emily Suuberg (she/her)
Content Marketing Specialist
**EmblemHealth**



emblemhealth.com     ▶ in

PIXEL_HEALTH000583320

**From:** John Babb███████████
**Sent:** Thursday, March 11, 2021 11:35 AM
**To:** Suuberg, Emil████████████████
**Cc:** Domsky, Karl██████████████████; Taha, Diane███████████████████ rebeccareza@fb.com;
Billups, Deja█████████████████████ fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth


Thank you for indulging my update requests!


I certainly do not want to be a bother.  I'll plan to check-in next Thursday unless I hear otherwise from you.


Thank you!


On Thu, Mar 11, 2021 at 11:31 AM Suuberg, Emil█████████████████████wrote:

Hi John,


The SOWs are still in review with our legal team. We are checking in with them frequently to try and move the process along.


Emily Suuberg (she/her)

Content Marketing Specialist

**EmblemHealth**


P:██████████████████████

emblemhealth.com

CONFIDENTIAL

**From:** John Babb████████████████████
**Sent:** Thursday, March 11, 2021 10:27:58 AM
**To:** Suuberg, Emily████████████
**Cc:** Domsky, Karly████████████████ Taha, Diane██████████████ rebeccareza@fb.com
<rebeccareza@fb.com>; Billups, Deja████████████████ fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

Hi Emily - checking in to see if you have any updates.

Thank you!

On Fri, Mar 5, 2021 at 9:13 AM Suuberg, Emily██████████████████ wrote:

Hi John,

Thanks for checking in.The SOWs are still with our legal team but we hope to be able to move forward early next week. We'll share any updates as soon as we have them.

Best.

Emily Suuberg (she/her)

Content Marketing Specialist

**EmblemHealth**

P:██████████████████

emblemhealth.com

CONFIDENTIAL

**From:** John Babb █████████████████
**Sent:** Friday, March 5, 2021 8:00:00 AM
**To:** Suuberg, Emil█ ████████████████
**Cc:** Domsky, Karly ████ ███████ Taha, Diane ████████████████████; rebeccareza@fb.com
<rebeccareza@fb.com>; Billups, Deja ██████████████ fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

Please let me know if you have any questions.

Thank you!

On Mon, Mar 1, 2021 at 1:19 PM John Babb █████████████████ wrote:

Hi Emily,

These SOWs can't be combined relative to execution if we want to get up to $10K per funded by FB.

Below are shared Google doc links that should suffice for your procurement team.

Some additional notes for your procurement team as they review:
* We have a business agreement with FB that covers this work as well.

* FB will be funding this work entirely.

* We are willing to sign a separate mNDA if helpful (as opposed to trying to integrate additional terms into these agreements - which would potentially trigger the need for FB to re-review / approve).

Thank you!

EH
█████████████████████████████████████████████████████

CCI = █████████████████████████████████████

PIXEL_HEALTH000583323

ACPNY

\=██████████████████████████████████████████

On Mon, Mar 1, 2021 at 12:45 PM Suuberg, Emily ████████████████ wrote:

Thanks, John!

Is there any chance you could send us one combined SOW for all 3 brands in the form of a Microsoft Word doc to make it easier for our procurement team to make any edits they have?

Best,

██████████████████████████████████████████████

Emily Suuberg (she/her)
Content Marketing Specialist
**EmblemHealth**

███████████████████████████

emblemhealth.com  🅵 🅾 🆈 ▶ 🅻

**From:** John Babb ███████████████████
**Sent:** Monday, March 1, 2021 10:19 AM
**To:** Suuberg, Emily ███████████████
**Cc:** Domsky, Karly ████████████████ Taha, Diane ████████████
rebeccareza@fb.com; Billups, Deja ████████████████████ fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

Just resent all 3 SOWs to you via DocuSign.

Thank you!

On Mon, Mar 1, 2021 at 9:58 AM Suuberg, Emily ████████████████ wrote:

CONFIDENTIAL                                          PIXEL_HEALTH000583324

Good morning, John.

We've recently run into some technical difficulties and haven't been able to get the SOW reviewed yet. Would you mind sending the SOW to me via DocuSign and I'll get it reviewed right away?

Thank You,


Emily Suuberg
Content Marketing Specialist
**EmblemHealth**

Phone: █████
Cell: █████
emblemhealth.com


**From:** John Babb █████
**Sent:** Friday, February 26, 2021 10:40 AM
**To:** Domsky, Karly █████
**Cc:** Suuberg, Emily █████ Taha, Diane █████
rebeccareza@fb.com; Billups, Deja █████ fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth


Happy Friday!


Please let me know if you have any questions we can answer as you review the SOWs.


Thank you.


On Mon, Feb 22, 2021 at 9:49 AM John Babb █████ wrote:

I went ahead and sent the EH version via DocuSign since that was approved, so you can check it out.

CONFIDENTIAL

Please let me know if you see anything that needs to be changed, else the ACPNY & CCI SOW versions (assuming FB will approve as is) will be respectively similar.

Thank you.

On Mon, Feb 22, 2021 at 9:13 AM John Babb ███████████████ wrote:

Will do - thank you!

On Mon, Feb 22, 2021 at 9:12 AM Domsky, Karly ███████████████ rote:

Good morning John,

That's great to hear and yes, please send them my way.

Thank you,

Karly Domsky

Brand Manager
**EmblemHealth**

Phone ████████████
Cell ████████████
emblemhealth.com

**From:** John Babb ███████████████
**Sent:** Monday, February 22, 2021 8:00 AM
**To:** Suuberg, Emily ████████████
**Cc:** Domsky, Karly ████████████ Taha, Diane ████████████
rebeccareza@fb.com; Billups, Deja ████████████ fmcsupport
<fmcsupport@fb.com>

PIXEL_HEALTH000583326

**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

Good morning.  FB approved the EH SOW, and I just sent ACPNY and CCI SOW versions to FB for approval as well.

Should I send all 3 SOWs to Karly via DocuSign?

Thank you!

On Tue, Feb 16, 2021 at 10:36 AM John Babb ████████████ wrote:

Will do - thank you for the update.

I'll let you know when FB approves the SOW...

On Tue, Feb 16, 2021 at 9:55 AM Suuberg, Emily ████████████ wrote:

Good morning, John.

You can send the approved SOW to Karly.

We will work on the additional requests for each brand and let you know when they've been completed. Please note that we are meeting internally with our digital team to discuss event prioritization and will update you once we have more information to share.

Thank You,

Emily Suuberg

CONFIDENTIAL

Content Marketing Specialist

EmblemHealth


Phone: █████████████

Cell █████████

emblemhealth.com




**From:** John Babb ██████████████
**Sent:** Monday, February 15, 2021 2:37:01 PM
**To:** Domsky, Karly ██████████████████ Suuberg, Emily ██████
██████████ Taha, Diane ██████████████████████████
**Cc:** rebeccareza@fb.com <rebeccareza@fb.com>; Billups, Deja ██████
fmcsupport <fmcsupport@fb.com>
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request -
EmblemHealth


EH SOW delivered to FB for approval.


I'll send it to your designate (Emily or Karly?) via DocuSign when approved, and repeat the process for ACPNY and CCI.


Once we have an executed EH SOW and the additional requests below have been satisfied, we can get started.


Thank you.


**Additional requests:**
* Please provide GA property UA-80503459-1 + UA-144981153-1 view access
for █████████████████████

PIXEL_HEALTH000583328

* If possible, please provide access to your tag management solution for ███████████████

* Please add FB partner access for our BM ID = ████████████ for your ad account. We have access to your pixel.

* Details for your test environment(s), if any.

* An inventory of your planned event prioritization for FB's new Aggregated Event Measurement (AEM) tool, if you have one.

On Thu, Feb 11, 2021 at 5:11 PM John Babb███████████████ wrote:

Hi Karly,

Will do. It will be 3 separate SOWs, and I'll send over as requested once we get FB approval.

Thank you!

On Thu, Feb 11, 2021 at 12:12 PM Domsky, Karly████████████████ wrote:

Great, thank you John!

Please put together the SOW for all three brands and you can send to me for signing. Can you send through a word doc or pdf of the SOW—we may need to run it through our procurement team, even those the cost will come through Facebook and they prefer either a word doc or pdf before going through docu sign.

Thank you,

Karly Domsky

PIXEL_HEALTH000583329

Brand Manager
**EmblemHealth**

Phone ███████████
Cell ███████████
emblemhealth.com

**From:** John Bab███████████
**Sent:** Thursday, February 11, 2021 10:09 AM
**To:** Domsky, Karly
**Cc:** Suuberg, Emily ███████████; rebeccareza@fb.com; Billups, Deja
███████████>; fmcsupport <fmcsupport@fb.com>; Taha, Diane

**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request -
EmblemHealth

That's correct, Karly.

One of the action items for this SOW is to collaboratively author a tracking plan to determine what you would want to track, and related advertising opportunities such a plan would allow.

Please reply with any additional questions you have.

Thank you!

On Thu, Feb 11, 2021 at 10:14 AM Domsky, Karly ███████████ wrote:

Good morning John,

Correct, the work coordination would be the same across all three brands. To confirm, for the SOW, you don't need to have full information on what we want to track/set up with the pixel?

Thank you,

PIXEL_HEALTH000583330

Karly Domsky

Brand Manager
**EmblemHealth**

Phone: ██████████
Cell ██████████
emblemhealth.com

**From:** John Babb ██████████
**Sent:** Tuesday, February 9, 2021 7:21 PM
**To:** Domsky, Karly ██████████; Suuberg, Emily
<ESuuberg@emblemhealth.com>; rebeccareza@fb.com>
**Cc:** Billups, Deia ██████████ fmcsupport <fmcsupport@fb.com>; Taha,
Diane ██████████
**Subject:** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request -
EmblemHealth

Greetings!

Acknowledging that we have also been selected as a partner for a separate technical services
opportunity for ConnectiCare. As with Advantage Care Physicians, I assume our work
coordination for Emblemhealth would apply for ConnectiCare as well.

Standing by for feedback and/or approval of my Emblemhealth discovery call notes so I can get
started on the SOW for FB approval.

Thank you!

On Fri, Feb 5, 2021 at 12:50 PM Domsky, Karly ██████████ wrote:

Hi John,

No feedback at the moment—we'll be connecting with our digital team on what we discussed and will follow up if they have any feedback.

Correct, the work for EH would apply for ACPNY. We're also working to get CCI signed up as well and would want to group them in this as well.

We'll follow up next week on any final feedback as well as approval to begin SOW.

Have a great weekend as well!

Thank you,

Karly Domsky

Brand Manager
**EmblemHealth**

Phone
Cel
emblemhealth.com

**From:** John Babb
**Sent:** Friday, February 5, 2021 9:08 AM
**To:** Suuberg, Emily ; Domsky, Karly
rebeccareza@fb.com; Billups, Deja

**Cc:** fmcsupport <fmcsupport@fb.com>; Taha, Diane
**Subject:** [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

PIXEL_HEALTH000583332

Please let me know if you have any feedback relative to my call notes below.

If you approve as is, I can get started on the SOW for FB approval.

I also want to acknowledge that we have been selected as a partner for a separate technical services opportunity for AdvantageCare Physicians. I assume our work coordination for Emblemhealth would apply for AdvantageCare Physicians as well.

Thanks for your input, and have a great weekend!

On Tue, Feb 2, 2021 at 2:51 PM John Babb ███████████████ wrote:

Emily, Karly & Rebecca,

Thank you for your time today!

Rebecca - I've CC'd Deja & Diane on this email as well. As you know, the process would be the same for their separate brands if / when they submit their BM account qualified technical services opportunity and select iDimension as their partner. Please let me know how I can help with that process.

Below are my call notes, and some additional requests we'll need addressed to do this work.

In general, I am suggesting we:

1) Collaboratively author an event plan inventorying FB events & attributes to be delivered via pixel and Conversions API (CAPI), with consideration for iOS 14 tracking updates in such planning, as well as opportunities to engage manual advanced matching.

2) Coordinate execution of the approved event plan (either in-line or via client's tag management solution).

3) Work with client to design & execute a CAPI technical solution per the approved event plan against 2 possible paths: (i) an internally hosted API solution, or (ii) leveraging an existing FB systems integration service like Zapier or Integromat.

If you have an NDA you'd like me to sign, please send it over.

Please reply with any adjustments or additions you would like to make to my notes. Otherwise, if you approve, I'll create an SOW based on these notes for FB approval. Once they approve the SOW, I'll send it to your designate (Emily or Karly?) via DocuSign.

When we have a signed SOW and account access we can get started.

Thank you!

**Additional requests**:
* Please provide GA property UA-80503459-1 + UA-144981153-1 view access for ██████████████████

* If possible, please provide access to your tag management solution for ████████████████

* Please add FB partner access for our BM ID = ██████████████ for your ad account. We have access to your pixel.

* Details for your test environment(s), if any.

* An inventory of your planned event prioritization for FB's new Aggregated Event Measurement (AEM) tool, if you have one.


**02/02/2021 Call Notes**:

* Emblemhealth

* Emily Suuberg = Emblemhealth Content Marketing Specialist

* Karly Domsky = Emblemhealth Brand Manager
* Deja Billups = Advantage Care Physicians Social Media Strategist

* Diane Taha = ConnectiCare Social Media Manager

* Rebecca Reza = FB AM
* FMP-TS topic: Conversions API
* EmblemHealth's Pixel shared

* https://www.emblemhealth.com/; No GTM, but possibly Adobe's tag management solution; UA-80503459-1: UA-144981153-1

* Mobile app? Yes, for Emblemhealth.  But, not connected to FB right now.
* Phone / physical presence signals? All signals to track are generated on the website.
* Potential CAPI signals to send from both the website & server:
--- deeper funnel users action (e.g., enrolling, signing up for an event)
--- key content interactions (e.g, plans page to shop for a plan, promoted blog content engagement)
* This technical services opportunity is specific to Emblemhealth, but sister brands "Advantage Care Physicians" and "ConnectiCare" need the same work done.

--- Advantage Care Physicians seems to qualify for a technical services opportunity right now.  I suggested that the application be submitted and iDimension selected as the partner so we can leverage that funding to address this work for Advantage Care Physicians.

--- ConnectiCare may qualify as well, after Rebecca cleans up some organization relationships in the FB back-end.  Same logic applies here as for Advantage Care Physicians.

On Mon, Jan 25, 2021 at 1:14 PM John Babb ████████████████████ wrote:

Hi Emily & Rebecca,

Talk to you Tuesday, February 2nd at 1pm EST.

Looking forward to working with you.

--
John Babb, CEO/President
www.iDimension.com
████████████████

A Google Analytics Certified Partner since 2010, and now a Google Marketing Platform Certified Partner, iDimension is:
* 1 of 2 Google Marketing Platform Certified Partners in Florida, and 1 of 12 in the US, that has achieved simultaneous Google product certifications for Google Analytics, Google Optimize, Google Tag Manager & Google Data Studio.

PIXEL_HEALTH000583335

\* A **Premier Partner** for Google Ads.
\* The only US certified **Facebook Marketing Partner for Technical Services** that is a **Google Tag Manager Certified Partner**. We support Facebook Marketing API integrations, advanced pixel events & parameters, manual advanced matching, pixel-based catalog set up for dynamic ads, and SDK/app events.

On Mon, Jan 25, 2021 at 12:48 PM Facebook Ads Team <advertise-noreply@support.facebook.com> wrote:

Facebook

## TECHNICAL SERVICES

Hi **EmblemHealth**,

Congratulations! You've been approved for the Facebook Marketing Partners for Technical Servic program. It's my pleasure to introduce your selected partner: **IDimension**. Your submission form has been shared with your partner.

Next steps for **EmblemHealth**:

1. Meet with **IDimension** to discuss your request and agree on a scope of work.

   - *If you haven't yet scheduled your appointment, click here*



- *If you haven't yet shared your impacted assets, please consider doing so as this m... help expedite the process: asset link.*

- *Prior to the meeting, we recommend looping in any additional technical team members or decision makers on your side and inviting them to the meeting.*

2. Once the scope is defined, **IDimension** will send you a Statement of Work to sign.

3. Once **IDimension** has indicated to Facebook that they've delivered the work:
   - You will be sent an email asking to confirm that the agreed-upon work has been delivered and completed to your satisfaction. If so, please follow the email's instructions to confirm. If there are any concerns, please respond to the email.

Please let us know if you have any questions or feedback along the way.

Thanks,

Facebook Ads Team
*Facebook Marketing Partners for Technical Services*

Ref: **83607800**

This message was sent to ▮▮▮▮▮▮▮▮▮ your request.
Facebook, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

PIXEL_HEALTH000583338

This electronic message from EmblemHealth is intended for the use only of the named recipient(s), and may contain information that is confidential or privileged. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error or are not the named recipient, please notify the sender of the message immediately at the e-mail address above and delete and destroy all copies of this message.

CONFIDENTIAL

PIXEL_HEALTH000583339

**Bates Number** PIXEL_HEALTH000583319-PIXEL_HEALTH000583339

**Custodian** Reza, Rebecca

**Sent Date** 4/1/2021 12:39 PM

**Create Date** 4/1/2021 12:39 PM

**Last Modified Date** 4/1/2021 12:39 PM

**Received Date** 4/1/2021 12:39 PM

**Author**

**Filename** Re: [EXTERNAL] Re: Next Steps for your FMP-Technical Services Request - EmblemHealth

**Email From** Rebecca Reza <rebeccareza@fb.com>



**Email Recipients**

**Email CC**

**Email BCC**

**DOCDATE** /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-
181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca
Reza_28779/PXLH_Rebecca Reza_12_1.pst/Top of Personal Folders/Inbox

**File Path**