# Proposed Redactedd Version of Exhibit 37 (Dkt. No. 1154-37)

# EXHIBIT 37

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# Ads Measurement Risk Retrospective

**Top risks and their status**



- ▪ ██████████████████████ in ████
  (collaborating with Targeting team)
  - ○ Updates in task. Currently planning to ████████ functionality to certain advertisers.

- ▪ **Redacted - Privileged**
  - ○ Worked with legal and BI **Redacted - Privileged**
    **Redacted - Privileged**

- ▪ App Events ████████
  ████████ ██████████████████
  - ○ iOS SDK purchase verification released in November. Android SDK is ████. Next we'll ████

- ▪ **Product : FB Pixel, App Events, Offline Conversions :** █████████
  ████████████████████████████
  ████████████████████████████
  ████████████████████████████
  - ○ **Redacted - Privileged**
    from legal/privacy **Redacted - Privileged**
    **Redacted - Privileged**

- ▪ **Products : FB Analytics + Ads reporting surfaces (including Event Manager) (Metrics)** ████
  ████████████████████████████
  - ○ This is currently owned by FBA team ████████ Signals + Identity (Cocoon team) is also working to create long term alignment on metrics and performance (WIP)

- ▪ **Signals :** ███ ██ ████ (Internal risk)
  - ○ ████████████████████
    ████████

- ▪ **Signals :** ████████████
  ████████████████████████████
  ████████ Post

Contact Support

# Conversation History

Quipbot#17 left the thread *Oct 3 at 8:21 am*

———

Quipbot#17 *Oct 3 at 8:16 am*

═════IMPORTANT═════

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

**Learn more**

████████████

**Questions?**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Visit the Quip2Google Migration Feedback Group █████████

**Note**

New edits in this Quip file will NOT be automatically synced to Google Workspace.

---

**Quipbot#17** added Quipbot#17 to the thread *Oct 3 at 8:21 am*

---

**Quipbot#17** added you to a document *Oct 3 at 8:16 am*

---

**Denny Rong** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Jul 14, 2020 at 4:30 pm*

---

**Jeff Leung** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart on a phone *Sep 5, 2018 at 9:26 am*

---

**Yasho Kote** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 20, 2017 at 4:53 pm*

---

**Ritwik Tewari** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali and Andrew Rothbart *Dec 13, 2017 at 8:56 pm*

---

**Charlotte Narvaez** edited *Dec 13, 2017 at 7:49 pm*

> o  Team has decided to ████████████████████████
> ████████████████

---

**Charlotte Narvaez** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 13, 2017 at 7:48 pm*

---

**Yi Huang (MMT)** added Charlotte Narvaez to the thread *Dec 13, 2017 at 7:03 pm*

---

**Yi Huang (MMT)** added you to a document *Dec 13, 2017 at 6:56 pm*

---

**Yi Huang (MMT)** *Dec 13, 2017 at 6:56 pm*

Ah, makes sense!

---

**Ajoy Frank** added Divya Chittoor and Ritwik Tewari to the thread *Dec 13, 2017 at 2:48 am*

---

**Ajoy Frank** added you to a document *Dec 13, 2017 at 2:43 am*

---

**Ajoy Frank** added you to a document *Dec 13, 2017 at 2:43 am*

---

**Ajoy Frank** edited *Dec 13, 2017 at 2:51 am*

> o  Worked with legal and BI    **Redacted - Privileged**
> **Redacted - Privileged**
>
> o  This is currently owned by FBA team (). Signals + Identity (Cocoon team) is also working to create long term alignment on metrics and performance (WIP)

---

**Ajoy Frank** *Dec 13, 2017 at 2:41 am*

I think this is an effort we can prioritize for H1'18?

**Aidymar Bigio** *Dec 13, 2017 at 1:34 am*

would it be possible to summarize what the plans are for H1 2018 as it relates to risk? I saw a few bullets that cover current efforts that will extend beyond this half but it be great to know for sure what work will be dedicated to risk in 2018

———

**Aidymar Bigio** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 13, 2017 at 1:20 am*

———

**Andrew Rothbart** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali and Ritwik Tewari *Dec 12, 2017 at 11:26 pm*

———

**Derek Cheng** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 12, 2017 at 11:25 pm*

———

**Yi Huang (MMT)** *Dec 12, 2017 at 10:55 pm*

Hmmm, not sure this is the right balance. I feel that, as we collect data from advertisers, ███████████
████████████████████████████████████████████
██████████████████████████████, for example.

———

**Yi Huang (MMT)** edited *Dec 12, 2017 at 10:53 pm*

———

**Atol Fortin de Oliveira** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash

Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 12, 2017 at 6:57 pm*

---

**Yi Huang (MMT)** *Dec 12, 2017 at 4:53 pm*

Is it possible to tag people or tasks for this conclusion? Just for the context.

---

**Yi Huang (MMT)** *Dec 12, 2017 at 4:53 pm*

Is there another document on the FBA side to link to here?

---

**Yi Huang (MMT)** added Jason Liao to the thread *Dec 12, 2017 at 4:55 pm*

---

**Yi Huang (MMT)** added you to a document *Dec 12, 2017 at 4:48 pm*

---

**Yi Huang (MMT)** *Dec 12, 2017 at 4:47 pm*

██████████████████████████. Any
█████████████████████████████s. We are planning to bring it to the ALT review this Thursday to weigh
in the different solutions. cc Jason Liao

---

**Yi Huang (MMT)** edited *Dec 12, 2017 at 4:56 pm*

* ████████████████████████████████████████in █████████
  (collaborating with **Targeting team**)

  o ████████████████████████████████

---

**Yi Huang (MMT)** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Peng Fan, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 12, 2017 at 4:45 pm*

---

**Peng Fan** opened your conversation with Robin Chiang, Sarah Epps, Sandeep Nain, Hans Lintermans, Jason Liao, Alexandra Moore, Jonathan Gross, Sona Makker, Frank Marquardt, Jill Barzilay, Graham Mudd, Aidymar Bigio, Derek Yuan, Tao Jiang, Joana Lopes, Keran Lee, Chris Guenther, Lynda Talgo, Joe Devoy, Alex Stamos, Amol Godbole, Mary Ku, Mitu Singh, Arash Nikkar, Elissa

PIXEL_HEALTH000625043

Darnell, Jinghao Yan, Tanmoy Chakraborty, Dima Berezin, Hilde Lacher, Jeff Leung, Darun Kwak, Aanchal Gupta, Ryan White, Ning Li, Luxi Guo, Aleksey Fadeev, Yi Huang (MMT), Justin Palumbo, Ami Vora, Farbound Tai, Will Setchell, Dan Tzur, Li Yang, Vishal Jain (Privacy), Steven Chua, James Turner, Charlotte Narvaez, Amanda Corvus, Greg Marra, Matt Hural, Surinder Sangha, Suba Vasudevan, Gilles Ruppert, Denny Rong, Sid Banothu, Hita Azad, Aditya Bhandarkar, Ivan Poliakov, Simon Zhu, Vladimir Fedorov, Atol Fortin de Oliveira, Ben Mitchell, Rob Leathern, Dave Viner, Carlos Aguilar Mares, LaRae Hakes, Kaiyuan Tang, Ben Savage, Nagendra Kumar, Avi Gavlovski, Mohit Rajani, Yasho Kote, Tuan Ha, Rob Goldman, Sam England, Michael Schmatz, Maryanna Quigless, Eli Zeitlin, Derek Cheng, Pramod Negi, Stuti Dhanvada, Divya Chittoor, Daniel Frydman, Ajoy Frank, Clarissa Chang, Eugene Zarashaw, Azhar Bande-Ali, Ritwik Tewari and Andrew Rothbart *Dec 12, 2017 at 7:05 am*

---

**Ajoy Frank** added Peng Fan and Yi Huang (MMT) to the thread *Dec 12, 2017 at 7:12 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 7:05 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 7:05 am*

---

**Ajoy Frank** *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

PIXEL_HEALTH000625044

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

**Ajoy Frank** added you to a document *Dec 12, 2017 at 6:27 am*

---

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added you to a document *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank added the document to the folder Ads Risk Assessment Retrospective *Dec 12, 2017 at 6:27 am*

———

Ajoy Frank edited *Dec 12, 2017 at 6:26 am*

# Ads Measurement Risk Retrospective

## Top risks and their status



- ███████████████ in ████████ (collaborating with **Targeting team**)
  - Updates in task. Currently planning to ████████ functionality to certain advertisers.
- **Redacted - Privileged**
  - Worked with legal and BI ████ **Redacted - Privileged**
- **App Events :** ████████████████████████████
  - iOS SDK purchase verification released in November. Android SDK ████████. Next we'l ████████
- **Product : FB Pixel, App Events, Offline Conversions :** ████████████████
  ████████████████████████████████
  - ████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



from legal/privacy

## Redacted - Privileged

- **Products : FB Analytics + Ads reporting surfaces (including Event Manager) (Metrics) :** ▇▇▇

  - o This is currently owned by FBA team. Signals + Identiy (Cocoon team) is also working to create long term alignment on metrics and performance (WIP)

- **Signals :** ▇▇▇ **;** ▇▇ ▇ ▇▇▇▇▇ **(Internal risk)**
  ▇▇▇▇▇▇▇▇▇

- **Signals** ▇▇▇ **:** ▇▇▇▇▇

**Ajoy Frank** created the document *Dec 12, 2017 at 5:14 am*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| **Bates Number** | PIXEL_HEALTH000625039-PIXEL_HEALTH000625048 |
| **Custodian** | Mudd, Graham |
| **Sent Date** | 12/31/9999 4:00 PM |
| **Create Date** | 12/12/2017 12:00 AM |
| **Last Modified Date** | 12/12/2017 12:00 AM |
| **Received Date** | 12/31/9999 4:00 PM |
| **Author** | Ajoy Frank |
| **Filename** | GQaAAAvuPF1_1702671681726138.html |
| **Email From** | |
| **Email Recipients** | |
| **Email CC** | |
| **Email BCC** | |
| **DOCDATE** | 12/12/2017 |
| **File Path** | /PixelHealth_20231220.zip/PXLLIT-0000450/Graham Mudd/Quip/ecQAEAHA2Un-3450-3499.zip |