# Proposed Redacted Version of Exhibit 38 (Dkt. No. 1154-38)

# EXHIBIT 38

## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Message

---

**From:**     Clare Tuck [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=42CE6CB1EDEC43E18E86856292933659-CTUCK]
**Sent:**     5/19/2022 11:53:48 AM
**To:**       Clare Tuck              Jarett Jacobsen [
**Subject:**  Message summary [{"otherUserFbId":100071321891739,"threadFbId":null}]


Jarett Jacobsen (5/19/2022 10:22:56 PDT):
>Are you a capi sme?

Jarett Jacobsen (5/19/2022 10:23:01 PDT):
>or is there such thing?

Clare Tuck (5/19/2022 11:49:14 PDT):
>hi!  i am a capitan yes!

Jarett Jacobsen (5/19/2022 11:50:47 PDT):
>so this is not capi specific, but have you run into clients who are super skepitical about using the
pixel because they feel it will pass pi?

Clare Tuck (5/19/2022 11:51:19 PDT):
>yep!  that comes up a lot

Jarett Jacobsen (5/19/2022 11:52:01 PDT):
>do we have collateral pre-made or something we share with clients about it?

Clare Tuck (5/19/2022 11:52:05 PDT):
>this is the go-to resource post for health specific concerns around data sharing, PII, HIPAA, etc.

Jarett Jacobsen (5/19/2022 11:52:26 PDT):
>haha i was just on this, k, great. i will reference this

Clare Tuck (5/19/2022 11:52:49 PDT):
>also health specific CAPI one-sheeter in case helpful

Clare Tuck (5/19/2022 11:53:26 PDT):
>yeah!  the TLDR is that it's up to the client to interpret their requirements around HIPAA, PII, etc.
but even our most sensitive pharma clients are on pixel at this point

Clare Tuck (5/19/2022 11:53:48 PDT):
>they just need to ensure theyre hashing correctly, etc.  i know brandon has a lot of experience
addressing those concerns as well