# Proposed Redacted Version of Exhibit 40 (Dkt. No. 1154-40)

# EXHIBIT 40

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**Message**

**From:** Sydney Hammond [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SYDNEYHAMMOND806]
**Sent:** 4/26/2021 2:26:11 PM
**To:** Thomas Mei [REDACTED]; Sydney Hammond [REDACTED]
**Subject:** Message summary [{"otherUserFbId":100056060832232,"threadFbId":null}]
**Attachments:** sticker.png

Thomas Mei (4/26/2021 07:16:32 PDT):
>Looks like the core work story session keeps getting moved around

Thomas Mei (4/26/2021 07:16:41 PDT):
>If you can't make it, I wouldn't worry about it. Apologies for the inconvenience

Sydney Hammond (4/26/2021 07:19:47 PDT):
>Hi! So I actually requested this move because it overlapped with an unmovable meeting, but I can def make 3:30

Sydney Hammond (4/26/2021 07:19:58 PDT):
>Excited to highlight your work!

Thomas Mei (4/26/2021 07:20:04 PDT):

shared: sticker.png

Thomas Mei (4/26/2021 07:20:50 PDT):
>so i think the way it will go is [REDACTED]

Thomas Mei (4/26/2021 07:22:16 PDT):
>i've sent yo ua link to the deck if you'd like to look it over

Sydney Hammond (4/26/2021 07:23:26 PDT):
>Makes sense and will def review beforehand

Sydney Hammond (4/26/2021 14:01:25 PDT):
>YAY

Thomas Mei (4/26/2021 14:01:28 PDT):
>Thank you so much for hopping on!

Sydney Hammond (4/26/2021 14:01:33 PDT):
>any time

Thomas Mei (4/26/2021 14:01:37 PDT):
>I forgot to kick it to you after the presentation sorry about that

Thomas Mei (4/26/2021 14:01:42 PDT):
>but the context you provided was huge

Sydney Hammond (4/26/2021 14:01:46 PDT):
>i think it was great

Sydney Hammond (4/26/2021 14:01:50 PDT):
>you are an all stare

Sydney Hammond (4/26/2021 14:01:52 PDT):
>star*

Sydney Hammond (4/26/2021 14:02:12 PDT):
>dont forget to have me write your psc

Thomas Mei (4/26/2021 14:02:17 PDT):
>Thanks Syd! You're my # 1 fan and I'm honored 

Thomas Mei (4/26/2021 14:02:37 PDT):
>I will definitely keep that in mind! [REDACTED]

Sydney Hammond (4/26/2021 14:02:42 PDT):
[REDACTED]

Thomas Mei (4/26/2021 14:03:43 PDT):
████████████████████

Sydney Hammond (4/26/2021 14:04:05 PDT):
████████████

Thomas Mei (4/26/2021 14:04:05 PDT):
>I didn't realize that ████ ████████████████████████████
████████████

Thomas Mei (4/26/2021 14:04:12 PDT):
>That's interesting

Sydney Hammond (4/26/2021 14:04:20 PDT):
████████████████

Sydney Hammond (4/26/2021 14:04:38 PDT):
>and ████████████████████

Thomas Mei (4/26/2021 14:05:00 PDT):
>Yes we ████████████████

Sydney Hammond (4/26/2021 14:05:22 PDT):
>we essentially ████████████████████████████████
█

Sydney Hammond (4/26/2021 14:05:39 PDT):
>securities*

Thomas Mei (4/26/2021 14:05:44 PDT):
>it's a big risk, ████████████████████████

Sydney Hammond (4/26/2021 14:05:49 PDT):
>in my opinion its a HUGE risk

Sydney Hammond (4/26/2021 14:06:03 PDT):
████████████████

Sydney Hammond (4/26/2021 14:06:12 PDT):
>its only going to get bigger

Thomas Mei (4/26/2021 14:06:15 PDT):
>Really? that I was not aware of

Thomas Mei (4/26/2021 14:06:33 PDT):
>Perhaps ████████████████████

Sydney Hammond (4/26/2021 14:06:37 PDT):
>yep, so after that, they took the pixel down

Thomas Mei (4/26/2021 14:06:38 PDT):
████████████████

Sydney Hammond (4/26/2021 14:07:13 PDT):
>maybe, but at the end of the day, ████████████████████

Sydney Hammond (4/26/2021 14:07:56 PDT):
>i've been red flagging this since i started, and sales is just like -- ████████
████████

Sydney Hammond (4/26/2021 14:08:02 PDT):
████████████

Thomas Mei (4/26/2021 14:08:19 PDT):
>█ ████████████████████████

Sydney Hammond (4/26/2021 14:08:48 PDT):
>and here i am 2.5 years later ████████████████████ haha

Thomas Mei (4/26/2021 14:08:55 PDT):
>I think you're doing the right thing by giving them full context

Thomas Mei (4/26/2021 14:09:11 PDT):
>after all ████████████████

Sydney Hammond (4/26/2021 14:09:44 PDT):
>exactly, ████████████████████████

Sydney Hammond (4/26/2021 14:10:11 PDT):
>but its still cringe worthy and i'd say keep your eye out, because this could easily come up in a big way down the line

Thomas Mei (4/26/2021 14:24:06 PDT):
>Well the fact that certain things still makes you uncomfortable just means you still have  heart ☺

Sydney Hammond (4/26/2021 14:26:11 PDT):
>lol "keep asking questions"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          PIXEL_HEALTH000474519