# Proposed Redacted Version of Exhibit 42 (Dkt. No. 1154-42)

# EXHIBIT 42

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## Message

| | |
|---|---|
| **From:** | Rebecca Reza [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=REBECCAREZA7DC] |
| **Sent:** | 2/17/2021 3:00:07 PM |
| **To:** | Rebecca Reza [rebeccareza@fb.com]; Sonum Shah |
| **Subject:** | Message summary [{"otherUserFbId":100020185211755,"threadFbId":null}] |

Sonum Paresh Shah (2/17/2021 14:58:00 PST):
>hi!!! would love your thoughts on how to frame it

Sonum Paresh Shah (2/17/2021 14:58:10 PST):
>this is what i said to my client already, but LMK if theres a better way to say it

Sonum Paresh Shah (2/17/2021 14:58:25 PST):
>i told them our data policy terms apply to both pixel and capi and that it's the advertisers job to determine whether the info they're tracking is compliant to hipaa or not

Rebecca Reza (2/17/2021 14:59:15 PST):
>That's basically what bpm told me - if their team has approved the pixel, the same should apply to CAPI

Rebecca Reza (2/17/2021 14:59:28 PST):
>But if we add additional events that's something they'd need to look at

Rebecca Reza (2/17/2021 14:59:43 PST):
>I've also found framing it as a push versus a pull has been reassuring for clients

Sonum Paresh Shah (2/17/2021 15:00:07 PST):
>ok good to know thank you!!!! thats perfect



CONFIDENTIAL

PIXEL_HEALTH000078375

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000078375 |
| Custodian | Reza, Rebeca |
| Sent Date | 2/17/2021 3:00 PM |
| Create Date | 2/17/2021 3:00 PM |
| Last Modified Date | 2/17/2021 3:00 PM |
| Received Date | 2/17/2021 3:00 PM |
| Author | |
| Filename | Message summary [{"otherUserFbId":"100020185211755","threadFbId":null}] |
| Email From | <rebeccareza@fb.com> |
| Email Recipients | Rebecca Reza <rebeccareza@fb.com>;Sonum Shah [redacted] |
| DOCDATE | |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20230923-181641/PXLLIT-0000204/Reza_Rebecca/EMAILS-CHATS/20140414-20230401/FULL/PXLLIT-0000037/PXLH_Rebecca Reza_28779/PXLH_Rebecca Reza_16_1.pst/Top of Personal Folders/Inbox |