# Proposed Redacted Version of Exhibit 44 (Dkt. No. 1154-44)

# EXHIBIT 44

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

## Message

**From:** Clare Tuck [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=42CE6CB1EDEC43E18E86856292933659-CTUCK]
**Sent:** 9/1/2022 7:56:46 AM
**To:** Brayton Deckard
**Subject:** FW: Conversions API Leadership Sync
**Attachments:** image001.gif; image002.gif; image003[58].gif; image004.gif; Health Data Best Practices.pdf; Facebook_Business Tools Security Guide.pdf; Conversions API Executive Overview_en_US.pdf



**Clare Tuck**
Interim Health Lead | Meta Business Group
Meta | Mobile



**From:** Clare Tuck
**Date:** Tuesday, August 23, 2022 at 2:58 PM
**To:** Aneri Nagrecha <anagrecha@fb.com>
**Subject:** FW: Conversions API Leadership Sync



**Clare Tuck**
Interim Health Lead | Meta Business Group
Meta | Mobile

**From:** Clare Tuck
**Date:** Tuesday, March 1, 2022 at 3:00 PM
**To:** Maddy Cantu, Megan Matthew <meganmatthew@fb.com>, Sam Boyd, Aneri Nagrecha <anagrecha@fb.com>, Tumi Adeleye <tumi@fb.com>
**Subject:** FW: Conversions API Leadership Sync

# FACEBOOK

Clare Tuck | Partner Manager
607 W. 3rd St, Austin, TX 78701
Resources: Blueprint | Product | Developer | Agency Hub

**From:** Clare Tuck
**Date:** Tuesday, June 8, 2021 at 3:50 PM
**To:** Ryan Paxton (RYPA), Malik Lyons (MLYO)
**Subject:** FB: Conversions API Leadership Sync

Hi Ryan and Malik,

We look forward to connecting with Hearing Life's leadership to discuss Conversions API! To briefly re-cap yesterday's call, we feel Conversions API could be a great solve for Hearing Life, since you would control the data being passed back that meets your interpretation of HIPAA compliance.

Please feel free to share over timing that would work for your team over the next 2 weeks, and I will cross reference our schedules. Our Health lead Shayla Maresh will be joining the sync! Unfortunately, I've confirmed that it's against FB policy to engage in a BAA with any advertising client, but we're happy to chat through how to make CAPI work for your business in regard to PHI and HIPAA restrictions. If any members of your legal team are planning to join the call, please let me know in your response.

We don't have any documentation on HIPAA Compliance because we, as Facebook, are not required to be HIPAA compliant. That said, the attached guides outline some categories of health-related customer information that advertisers should not send to Facebook. In this guide, businesses can also find details on notifications they might receive related to potentially sensitive data and helpful steps on how to check their Facebook Events Manager to help them comply with these terms.

1. All of our business tools fall into the same privacy terms, including both the pixel and CAPI.
    a. That means that if our legal team has reviewed and agreed to the pixel, the same *should* apply to our CAPI. Of course, we still recommend your legal team review CAPI as well, especially if we want to include new events.
2. Your legal team needs to review how you're sending back data to determine if it is HIPAA compliant.

I've attached the following documents for review!
1. Health Data Best Practices
   - The attached guide outlines some categories of health-related customer information that advertisers should not send to Facebook. In this guide, businesses can also find details on notifications they might receive related to potentially sensitive data and helpful steps on how to check their Facebook Events Manager to help them comply with these terms.
2. Business Tools Security Guide
3. Conversions API Executive Overview

Best,
Clare

**FACEBOOK**

Clare Tuck | Partner Manager
607 W. 3rd St, Austin, TX 78701
Resources: Blueprint | Product | Developer | Agency Hub