# Proposed Redacted Version of Exhibit 47 (Dkt. No. 1154-47)

# EXHIBIT 47

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

**From:** Rachel Meyer
**Sent:** 9/2/2022 5:55:06 AM
**To:** Brayton Deckard
**CC:** Samantha Bunn ; Shannon McPhee ; Megan Patrick ; Darshi Mehta ; George Mazzoli ; Clare Tuck
**Subject:** Re: [EXT] Re: MDLIVE - Conversion Pixel Tracking



This Message Is From an External Sender

EXHIBIT
615

Hi Brayton,

Thanks so much, appreciate your guidance.

Can you let me know if you have 15 minutes today to discuss? Please send over any avails and we'll make it work to meet with you! Then our team will be able to get moving on next steps.

- Rachel

--

Rachel Meyer she/her
Group Director, Media Buying | Partners + Napier
C: partnersandnapier.com
We are part of Project Worldwide, the Home Of Independents With An Edge.

On Thu, Sep 1, 2022 at 5:19 PM Brayton Deckard wrote:

Hi Rachel,

Completely understand where your team is coming from and that's also why I've been very straight-forward on the impact this would have to their advertising.

Once an objective has been chosen for a campaign, it cannot be changed. I've linked a list of edits you can make here. The campaigns would need to be rebuilt in this scenario (you can utilize the duplicate feature to speed this up). I would recommend using the event furthest along in the funnel that Cigna's team would allow/approve. If they will allow a web event beyond Landing Page View, I would do so.

Thanks!

CONFIDENTIAL
PIXEL_HEALTH000470959



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile

Upcoming OOO/Office Closures: 9/2, 9/5, 9/23

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Rachel Meyer
**Date:** Thursday, September 1, 2022 at 3:03 PM
**To:** Brayton Deckard
**Cc:** Samantha Bunn                                        Shannon McPhee
                           Megan Patrick                                Darshi
Mehta                                George Mazzoli
Clare Tuck           Aneri Nagrecha <anagrecha@fb.com>
**Subject:** Re: [EXT] Re: MDLIVE - Conversion Pixel Tracking

**This Message Is From an External Sender**

Hi Brayton,

Trust me this is NOT our ideal situation and we are pushing back as much as we can. But we also want to make sure we're sharing with MDLIVE the honest implications of them making this decision.

Is there any way to adjust the conversion without completely rebuilding the campaigns? Would we need to make 'page view' a conversion event, or use another event such as login click (which is pre-autho), instead of scheduled appointment ( which is post autho)

- Rachel

--

**Rachel Meyer** she/her

Group Director, Media Buying | Partners + Napier

C: ▇▇▇▇▇▇▇ | partnersandnapier.com

*We are part of Project Worldwide, the Home Of Independents With An Edge.*

On Thu, Sep 1, 2022 at 4:00 PM Brayton Deckard ▇▇▇▇▇▇▇ wrote:

Hi Rachel,

If there is no other path forward and the event is being removed from the pixel, you will need to rebuild the campaigns to optimize for LPV instead of conversions. Let me know if I am misunderstanding the ask here.

Thanks,

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ▇▇▇▇▇▇▇

Upcoming OOO/Office Closures: 9/2, 9/5, 9/23

CONFIDENTIAL                                                                                                                                       PIXEL_HEALTH000470961

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Rachel Meyer
**Date:** Thursday, September 1, 2022 at 2:56 PM
**To:** Brayton Deckard
**Cc:** Samantha Bunn, Shannon McPhee, Megan Patrick, Darshi Mehta, George Mazzoli, Clare Tuck, Aneri Nagrecha <anagrecha@fb.com>
**Subject:** Re: [EXT] Re: MDLIVE - Conversion Pixel Tracking

**This Message Is From an External Sender**

Hi Brayton,

Totally understand that Cigna and their other subsidiaries may not be removing their pixeling due to lack of BAA but my guess is that is because those pixels do not fire on a conversion that happens after a user logs in (what MDLIVE and Cigna define as 'post authorization').

Unfortunately P+N does not have control over whether the pixel is removed post-authorization, we have only been alerted that this will happen in the next 24 hours.

In order to avoid fully turning off our Facebook campaigns and shifting dollars to other vendors, can you help me understand the next steps to switch our conversion campaigns from Consult to Page Views?

- Rachel

**Rachel Meyer** she/her

Group Director, Media Buying | Partners + Napier

C: ▮▮▮▮▮ partnersandnapier.com

*We are part of Project Worldwide, the Home Of Independents With An Edge.*

On Thu, Sep 1, 2022 at 3:40 PM Brayton Deckard ▮▮▮▮▮ wrote:

Hi Rachel,

Appreciate the additional info. I've organized my responses below:

1. No, Meta will not be signing a BAA. My comment was in reference to the fact that our team currently works directly with Cigna and several of their brands and have already been in discussions about CAPI and Pixel data. We are planning to continue and advance those direct discussions. We have shared previously that a BAA will not be signed and the Pixel was not removed in those other cases.
2. If the pixel was removed, all conversion campaigns would immediately stop delivery. It is our recommendation that we do not completely remove the pixel in this situation. If changes need to be made, we should evaluate on an event-by-event basis. In the case that the pixel is removed, the lowest funnel event available for optimization would be landing page views.
3. If you follow the link provided below (Meta Commercial Terms), you'll see that these are the terms and conditions all advertisers agree to when using Meta Business Tools.

Let me know if there are questions. Thanks!



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ▮▮▮▮▮

Upcoming OOO/Office Closures: 9/2, 9/5, 9/23

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Rachel Meyer
**Date:** Thursday, September 1, 2022 at 11:21 AM
**To:** Brayton Deckard
**Cc:** Samantha Bunn, Shannon McPhee, Megan Patrick, Darshi Mehta, George Mazzoli, Clare Tuck, Aneri Nagrecha <anagrecha@fb.com>
**Subject:** Re: [EXT] Re: MDLIVE - Conversion Pixel Tracking

**This Message Is From an External Sender**

Hi Brayton,

Thanks for the quick response! 3 questions below:

==Does your note about 'meriting a greater discussion' indicate that Meta would consider signing a BAA with Cigna and/or MDLIVE?==

==If MDLIVE removes the universal Facebook pixel today, can you help us understand the implications to our current campaigns which are set up to optimize against Consults? What is your POV on actions to take, should we immediately pause all activity on Facebook since the ads will no longer have an action to deliver/optimize against? Is there a way for MDLIVE to only remove a portion of the pixel (post-auto login) and then could we switch the campaigns to another pre-autho login metric for now such as page views (without fullt rebuilding the entire campaign structures)?==

CONFIDENTIAL
PIXEL_HEALTH000470964

==**For the Facebook Commercial Terms - did P+N sign/agree to this or did MDLIVE? Where would this agreement live for me to review with the clients?**==

In terms of providing additional context regarding the concerns and decisions surrounding the pixel, it's our understanding that based on recent site audits and risk assessments through Cigna the privacy team at Cigna has directed MDLIVE to remove tracking pixels/cookies/tags from all pages within the patient portal or "post authentication." (which is where a consult is tracked). Cigna has identified significant risk that they believe most pixels and cookies collect what is considered to be identifiable information under one or more laws, and that pixels in the post-auth (log-in) environment of MDLIVE's website collect identifiable data and/or Protected Health Information (PHI). The only way to get around this removal and interruption would be to get Business Associate Agreements (BAAs) in place with each vendor.

- Rachel

--

**Rachel Meyer** she/her

Group Director, Media Buying  |  Partners + Napier

C: ▮▮▮▮▮▮▮▮partnersandnapier.com

*We are part of Project Worldwide, the Home Of Independents With An Edge.*

On Thu, Sep 1, 2022 at 11:38 AM Brayton Deckard ▮▮▮▮▮▮▮▮ wrote:

Hi Rachel,

Thanks for reaching out quickly here and providing this background. Meta's policy is that we do not sign BAAs for the reasons outlined below. However, this topic has come up recently with Cigna and their subsidiaries and we feel that it merits a greater discussion. Are you able to provide any additional context regarding their concerns and decisions surrounding the pixel?

In the meantime, we fully understand the concern and given this question comes up frequently with our health advertisers, we've built out helpful resources covering Meta's Business Tools and health regulations:

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) concerns the privacy and security of certain health information, and it applies only to individuals and entities that meet the definition of a "Covered

Entity" and a "Business Associate." The Health Information Technology for Economic and Clinical Health (HiTech) Act addresses the requirements for the privacy and security requirements for the electronic transmission of health information and applies to Covered Entities, Business Associates, software developers and/or vendors of personal health devices. Facebook is not a "Covered Entity" and is not a "Business Associate" under HIPAA or HiTech.

However, to use Meta Business Tools (e.g. including Pixel and Conversions API), businesses must agree to our Business Tools Terms. Section 1(h) of these terms prohibit advertisers from sharing customer data with us that "includes health, financial information, or other categories of potentially sensitive information (including any information defined as sensitive under applicable laws, regulations and applicable industry guidelines)."

Advertisers who use Meta Business Tools must also agree to the Facebook Commercial Terms, which similarly prohibit businesses from sending to Meta, or using Meta products to collect from people, information that "includes health, financial, biometrics, or other categories of similarly sensitive information (including any information defined as sensitive under applicable law)."

Some examples of health data include the following information.

- Diseases, medical conditions and injuries
- Sexual and reproductive health
- Mental health and psychological states
- Types of medical devices and health trackers
- Medical procedures/treatments/testing
- Medications/supplements (OTC and prescription)
- Body specifications, bodily activities and biological cycles
- Physical locations that identify a health condition, or places of treatment/counselling

Businesses that offer customers a way to record, track or input health-related information should therefore be especially mindful to configure their Business Tools integrations to not send personal health data of their customers. We recommend that businesses consult with legal counsel when analyzing data to be sent via Business Tools (e.g. including Pixel and Conversions API) to Facebook to help ensure compliance with Facebook's terms.

For more information on personal health data, please review our About Sensitive Health Information page on the Business Help Center.

CONFIDENTIAL
PIXEL_HEALTH000470966

For more information about restricted data, please review our Health Data Best Practices Guide and the About Restricted Facebook Business Tools Data page on the Business Help Center.

Please feel free to share this information with the MDLIVE and Cigna teams and we look forward to hearing back from you. Thanks!



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile

Upcoming OOO/Office Closures: 9/2, 9/5, 9/23

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** Rachel Meyer
**Date:** Wednesday, August 31, 2022 at 6:41 PM
**To:** Brayton Deckard
**Cc:** Samantha Bunn, Shannon McPhee, Megan Patrick, Darshi Mehta, George Mazzoli
**Subject:** MDLIVE - Conversion Pixel Tracking

**This Message Is From an External Sender**

CONFIDENTIAL    PIXEL_HEALTH000470967

Hi Brayton,

We received some alarming news from our MDLIVE client team that due to enterprise level privacy concerns around PII and PHI tracking risk, the client will be removing our current Facebook tracking/conversion pixels from the MDLIVE site as soon as tomorrow and likely no later than Friday.

As some background, last year MDLIVE was acquired by Cigna Corporation and since then, we have been experiencing increasingly tighter regulations with advertising targeting and tracking. At the moment all of our tracking is compliant with HIPPA regulations, but Cigna is no longer comfortable with MDLIVE continuing to track user conversions related to health events.

Currently all MDLIVE Facebook/Instagram campaigns are set up as conversion campaigns optimizing towards the Custom Result of a 'Consult' also known as the point in which a user schedules an appointment on MDLIVE.com. This event occurs within a patient portal after the user logs into an existing account HERE or after they sign up to create an account HERE.

The only workaround for keeping our tracking in place for Facebook would be for Meta to sign a BAA agreement with MDLIVE/Cigna. At its simplest, a Business Associate Agreement (BAA) is a legal contract between a healthcare provider/enterprise and an individual or organization that will receive access to, transmit, or store Protected Health Information (PHI) as part of its services for the provider. The Business Associate (in this case Meta) would take on the responsibility to keep the clients' information safe and explains how Meta will do so. It also outlines the steps Meta will take in the case of a breach. HIPAA requires that health care enterprises get a BAA from every business that could have access to their clients' PHI.

Our agency is working to provide a quick-turn perspective on the implications to measuring our Facebook advertising once the pixel is removed and what we might use as a substitute to track and measure our campaigns.

**My ask to you and your team is whether you can confirm if Meta has this type of agreement with any other healthcare companies, and/or how you typically approach these types of sensitive needs to keep user data safe? Would Meta consider executing this type of agreement to outline the data collected from the pixel and how that data is kept safe, so we can continue to run media in a successful manner? I've CC'd our head of analytics @Megan Patrick who can follow up tomorrow morning with an example BAA for you to review.**

- Rachel

--

**Rachel Meyer** she/her

Group Director, Media Buying | Partners + Napier

C: ▆▆▆▆▆▆▆ | partnersandnapier.com

We are part of Project Worldwide, the Home Of Independents With An Edge.