# Proposed Redacted Version of Exhibit 48 (Dkt. No. 1154-48)

# EXHIBIT 49

**FILED UNDER SEAL PURSUANT
TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| **From:** | Brayton Deckard ████████████████████ |
| **Sent:** | 12/14/2022 3:33:17 PM |
| **To:** | Angela Ballachino ████████████████████ |
| **Subject:** | Re: You've sent potentially violating health data to Meta (More To ADHD Supernus Pixel) |
| **Attachments:** | image001.png; image002.png; image003.gif; image004.gif; image005.png |

Hi Angela,

Thanks for following up here! We actually updated our policy on these warnings and no longer allow appeals, so this request was unable to be completed. To get rid of the warning, you'll have to follow the steps outlined in Events Manager (screenshot below). The good news here, though, is that this is only being flagged in a very small percentage of events for the Supernus pixel.

Review each event to determine if any potentially violating health data is being sent. If it is, remove it using the provided fix. Lastly, send a test event of each event to make sure the violating data has been removed.

| Event | Location | Last Detected | |
|---|---|---|---|
| PageView | URL Query Parameter: **omcc** | Yesterday at 1:08 PM | ⊡ Review Det... |
| | URL Query Parameter: **OMCC** | Dec 12 at 12:38 PM | ⊡ Review Det... |

**Send a test event to check your fixes**
To make sure the violating data has been removed, go to the Test Events tab to send a test event of each affected event.
Changes may take a few days to be reflected in actual events you receive. If you mark the issue as resolved and a potential violation is detected again, you'll receive another notification.

Best!

∞ Meta
**Brayton Deckard**
Account Manager | Health
607 W. 3ʳᵈ St., Austin, TX 78701
Meta | Mobile ████████████
Upcoming OOO/Office Closures: 12/16-1/2
For technical issues and/or possible bugs, please reach out directly to Concierge.
Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.



**From:** Angela Ballachino ████████████████████
**Date:** Wednesday, December 14, 2022 at 9:43 AM
**To:** Brayton Deckard ████████████
**Subject:** RE: You've sent potentially violating health data to Meta (More To ADHD Supernus Pixel)

**This Message Is From an External Sender**

CONFIDENTIAL

Hi Brayton,

I got another email about this last night and realized we never followed up on this either. Any updates on your end?

Thanks,



**ANGELA BALLACHINO** (SHE/HER)
Supervisor, Paid Social

O:██████████
www.publicishealthmedia.com

🟫 A PUBLICIS HEALTH COMPANY

**From:** Brayton Deckard ██████████████████
**Sent:** Tuesday, October 18, 2022 2:17 PM
**To:** Angela Ballachino ██████████████████
**Subject:** Re: You've sent potentially violating health data to Meta (More To ADHD Supernus Pixel)



External to the Groupe / en provenance de l'extérieur du Groupe

HI Angela,

Confirming that I've submitted an appeal for the parameter being flagged as "health data." I will follow up when I have updates to share.

Thanks!

∞ Meta

**Brayton Deckard**
Account Manager | Health
607 W. 3rd St., Austin, TX 78701
Meta | Mobile ██████████

Upcoming OOO/Office Closures: 11/24-11/27
For technical issues and/or possible bugs, please reach out directly to Concierge.
Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Angela Ballachino ██████████████████████
**Date:** Friday, October 14, 2022 at 12:34 PM
**To:** Brayton Deckard ████████████████
**Subject:** FW: You've sent potentially violating health data to Meta (More To ADHD Supernus Pixel)

**This Message Is From an External Sender**

PIXEL_HEALTH000005503

I received another email yesterday so just wanted to flag it. Ignore my very old email address lol



**ANGELA BALLACHINO** (SHE/HER)
Supervisor, Paid Social

O: ▇▇▇▇▇▇▇
[www.publicishealthmedia.com](http://www.publicishealthmedia.com)

■  A PUBLICIS HEALTH COMPANY

**Publicis Health Media**

**From:** Angela Ballachino ▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Thursday, October 13, 2022 3:13 PM
**To:** Angela Ballachino ▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Fwd: You've sent potentially violating health data to Meta

**External to the Groupe / en provenance de l'extérieur du Groupe**

Sent from my iPhone

Begin forwarded message:

**From:** The Meta Business Team <[notification@facebookmail.com](mailto:notification@facebookmail.com)>
**Date:** October 13, 2022 at 12:16:16 PM EDT
**To:** Angela Ballachino ▇▇▇▇▇▇▇▇▇▇▇
**Subject: You've sent potentially violating health data to Meta**
**Reply-To:** noreply <[noreply@facebookmail.com](mailto:noreply@facebookmail.com)>

 Facebook



Hi Angela,

Potentially violating health data has been detected coming from the pixel: 2020 More to ADHD's Pixel (ID: 215355629770499). This information may not comply with Meta's terms and policies. To help protect Meta users' privacy, this information has been blocked and you will not be able to view or use it.

This issue may impact the performance of any ads optimizing on affected events, including those used in Custom Audiences or custom conversions.

To view more information, including which events are affected, the URL where these events occurred, where the potentially violation information was found and how to remove the information from your events, go to Events Manager.



**Go to Events Manager**

Regards,
The Meta Business Team

This message was sent to ███████████████ you don't want to receive these emails from Meta in the future, please **unsubscribe**.
Meta Platforms, Inc., Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

------------------------------------------------------------------------
Disclaimer The information in this email and any attachments may contain proprietary and confidential information that is intended for the addressee(s) only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this information is prohibited. When addressed to our clients or vendors, any information contained in this e-mail or any attachments is subject to the terms and conditions in any governing contract. If you have received this e-mail in error, please immediately contact the sender and delete the e-mail.

------------------------------------------------------------------------
Disclaimer The information in this email and any attachments may contain proprietary and confidential information that is intended for the addressee(s) only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this information is prohibited. When addressed to our clients or vendors, any information contained in this e-mail or any attachments is subject to the terms and conditions in any governing contract. If you have received this e-mail in error, please immediately contact the sender and delete the e-mail.

------------------------------------------------------------------------
Disclaimer The information in this email and any attachments may contain proprietary and confidential information that is intended for the addressee(s) only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this information is prohibited. When addressed to our clients or vendors, any information contained in this e-mail or any attachments is subject to the terms and conditions in any governing contract. If you have received this e-mail in error, please immediately contact the sender and delete the e-mail.

PIXEL_HEALTH000005505