Proposed Redacted
Version of Exhibit 49
(Dkt. No. 1154-49)

# EXHIBIT 49

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Message
_____

| | |
|---|---|
| **From:** | Owen Felsinger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=80F36F9FDEE343928C011BF01B095DA0-OFELSINGER] |
| **Sent:** | 4/24/2023 12:05:02 PM |
| **To:** | Brayton Deckard███████████████ ; Serena Claudio███████████ |
| **CC:** | TJ Mitchell███████████████ Kayla Luna-Alvarez████████████ ; Josefine Hederoth █████████████████████ Kwame Thomison███████████████████████ ; Valerie Kile |
| **Subject:** | RE: FW: Time Sensitive - Ability to strip URLs from Conversion Data |

Hey Serena,

Happy to answer here!

2) We plan to no longer send IP addresses or URL. **Does this prevent us from launching conversion-objective prospecting or retargeting campaigns on Meta? We'd likely replace IP with zip code, assuming there will be a small negative impact on performance there.**

You don't need to send IP address, but there may be a performance impact. It's going to be difficult to separate that from the overall change though, so I'd say it's best to evaluate performance once you've switched over and see what we can do to mitigate any losses.

For URL, this is a required field. That being said, you don't have to send the *whole* URL, the domain will suffice (e.g. helloalma.com or secure.helloalma.com). URL is required for a variety of reasons, but largely because it gets used for attribution particularly on Apple devices and for opt out users, where our and Apple's solutions use domain to provide attribution scope. You'll still be able to hide any provider or sensitive information in the URL, so hopefully this is feasible?

If you're able to, I'd recommend following a phased launch. For instance, start with sending the Contact event, testing that and verifying it and then taking those learnings to the remaining events. You could also send the same event via Pixel and CAPI at the same time using different event names, then A/B test to get a more accurate view on performance changes.

Best
Owen

**From:** Brayton Deckard████████████████████████████████████
**Sent:** Monday, April 24, 2023 1:43 PM
**To:** Serena Claudio██████████████ ; Owen Felsinger████████████████████
**Cc:** TJ Mitchell████████████████ Kayla Luna-Alvarez████████████ ; ██efine Hederoth ██████████████ Kwame Thomison███████████████ ; Valerie Kile

**Subject:** RE: FW: Time Sensitive - Ability to strip URLs from Conversion Data

Hi Serena,

Thank you for keeping us in the loop here. I've added @Owen to this thread for additional support on the Meta side.

1) I've relinked the CAPI dev docs here
2) @Owen - would you be able to provide your input on the 2nd bullet below on IP address?

Best!

EXHIBIT
627

PIXEL_HEALTH000472294

 **Meta**

**Brayton Deckard**
Account Manager | Health
Upcoming OOO/Office Closures: 5/12
For technical issues and/or possible bugs, please reach out directly to Concierge.
Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Serena Claudi█████████████████████████████████
**Date:** Sunday, April 23, 2023 at 12:36 PM
**To:** Brayton Deckard████████████████████████
**Cc:** TJ Mitchell████████████████████, Kayla Luna-Alvarez███████████████████osefine Hederoth
████████████████████████, Kwame Thomison███████████████████████Valerie Kile
████████████████████████████████

**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

<div style="background:yellow">

**This Message Is From an External Sender**

</div>

Hi Bayton,

Wanted to provide a couple updates since our call a couple weeks ago!

See updates below, and questions for you in bold.
1) We will completely remove client side pixels and transition over to server side tracking. **I believe I have all the information needed for setting up CAPI/Server side tracking, but feel free to relink so I can be sure!**
2) We plan to no longer send IP addresses or URL. **Does this prevent us from launching conversion-objective prospecting or retargeting campaigns on Meta? We'd likely replace IP with zip code, assuming there will be a small negative impact on performance there.**
3) We will continue sending as little information as possible, and de-identify the data where necessary before sending it back to Meta.
We do assume a small negative impact to efficiency based on removing URL and IP address. As we discussed over the call, we'll likely want to actively check in with you/the Meta team as we make this transition to compare pre vs post performance.

We're reviewing our infrastructure recommendation with an internal team on Tuesday, so answers to the bolded questions by Tuesday morning would be super helpful!

Thank you,
Serena

On Wed, Apr 5, 2023 at 3:19 PM Brayton Deckard ████████████████████ wrote:

Just sent the invite your way! Looking forward to connecting on Monday.

PIXEL_HEALTH000472295

Thanks,

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ███████████

Upcoming OOO/Office Closures:

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Serena Claudio ███████████████████████
**Date:** Wednesday, April 5, 2023 at 1:11 PM
**To:** Brayton Deckard ████████████████████
**Cc:** TJ Mitchell ███████████████████, Kayla Luna-Alvarez ██████████████████ Josefine Hederoth ████████████████████████████, Kwame Thomison ████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

That time works, thanks! Please include myself and Kwame, cc'd.

On Wed, Apr 5, 2023 at 12:55 PM Brayton Deckard ████████████████████ wrote:

   Hi Serena,

PIXEL_HEALTH000472296

Thanks for reaching out and looping us in. I'd love to make sure Owen from our Business Engineering team is on this call. Unfortunately, he is on PTO this week, but it looks like 11:30am EST on Monday 4/10 would work for the both of us.

I can get an invite over shortly if that time works well for you.

Best!

Error! Filename not specified.

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ███████████████

Upcoming OOO/Office Closures:

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** Serena Claudio ████████████████████████
**Date:** Tuesday, April 4, 2023 at 6:27 PM
**To:** Brayton Deckard ██████████████████████
**Cc:** TJ Mitchell ███████████████████████ Kayla Luna-Alvarez ████████████████, Josefine Hederoth
████████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

---

PIXEL_HEALTH000472297

Hi Brayton and Kayla,

We're developing a few solutions that would change the way that we track and send data back to Meta.

Are you available this week to discuss our potential solution with myself and a few engineers? Our availability is below:

4/5: 9-9:30am ET, 5:30-6pm ET

4/6: 9-11:30am ET

4/7: 9-11am ET, 4:30-5pm ET

4/10: 10:30-12pm ET, 12:30-1pm ET

Best,

Serena

On Fri, Mar 24, 2023 at 1:13 PM Brayton Deckard ██████████████████ wrote:

Hi Serena,

Thanks for providing these notes and next steps. I believe we're aligned on the short-term path forward with the GTM CAPI integration. Meta is prepared to support here, so please keep us in the loop on timeline.

If it works for your team, I can plan to have Adam from our MarSci team join one of our upcoming calls to further discuss Private Measurement options. Let me know if this would be valuable and, if so, I will work to align calendars.

Best!

 **Meta**

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ██████████

Upcoming OOO/Office Closures: 3/31

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Serena Claudio█████████████████
**Date:** Thursday, March 23, 2023 at 11:50 AM
**To:** Brayton Deckard████████████
**Cc:** TJ Mitchell█████████████ Kayla Luna-Alvarez█████████████ Josefine
Hederoth█████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Hi Brayton,

Thanks for the time on Monday.

Overarching themes were:

- We're on the same page about paths forward that Meta can offer today

- Alma is looking for better long term solutions for Q2 implementation

Next steps:
- Alma is working on a long term low risk HIPAA solution for sharing data, ss tracking is a part of that
- Meta to surface any HIPAA helpful tools they've heard about that could be of use
- Meta to send more info about a Private Lift product they are exploring that Alma may be able to get opted into

PIXEL_HEALTH000472299

Best,

Serena

On Thu, Mar 16, 2023 at 4:42 PM Brayton Deckard ███████████████ wrote:

Hi TJ,

That time works well for us. I'll send over an invite and include you for visibility.

Thanks for coordinating!

Error! Filename not specified.

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobil ████████████

Upcoming OOO/Office Closures:

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** TJ Mitchell ███████████████
**Date:** Thursday, March 16, 2023 at 3:22 PM
**To:** Brayton Deckard ███████████████
**Cc:** Serena Claudio ███████████████ Kayla Luna-Alvarez ███████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

CONFIDENTIAL

**This Message Is From an External Sender**

Hi Brayton -

Thank you, really appreciate you sending along all of this information. Does 2:30-3pm CST on Tuesday work? Again, I won't be able to join, but Josefine and Serena should be able to.

TJ

On Thu, Mar 16, 2023 at 11:49 AM Brayton Deckard ███████████████ wrote:

Hi Serena and TJ,

Thank you following up with your questions here. I've shared them with my colleague, Owen, on the Business Engineering team here at Meta. He has expertise working with CAPI integrations for advertisers in the health industry. I believe it would make sense to have him on our next call to help address these questions and help map the path forward with CAPI.

He is, unfortunately, booked at our scheduled time today. Does the team have availability early next week to connect? Looks like 1:30-3:00pm CST on Monday or 2:00-4:00pm CST on Tuesday would work on our end.

Let me know your thoughts/questions here. Look forward to connecting soon!



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ███████████

**Upcoming OOO/Office Closures:**

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** Serena Claudio █████████████████
**Date:** Wednesday, March 15, 2023 at 8:46 AM
**To:** TJ Mitchell █████████████████
**Cc:** Brayton Deckard █████████████████
**Subject:** Re: FW: Time Sensitive – Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Hi Brayton,

Specifically, we want to clarify our understanding of server side tracking's impact to the data we send Meta:

- SS tracking setup allows us to remove consumer data (which we already do today in the cookie set up)

- It also would allow us to remove the provider name from the url (which we can't do today in the cooke set up)

- However, the IP address would still be sent to Meta, correct, or would we be able to remove that from being sent?

Thanks,

Serena

On Wed, Mar 15, 2023 at 9:16 AM TJ Mitchell █████████████████████ wrote:

Hi Brayton -

PIXEL_HEALTH000472302

With CAPI as the solution, could you explain how we would be able to "fine tune the data sent" and what that would look like? Also, when you mention that we'd "sanitize" the URL sent, what all would be involved in that? If it's easier to explain on a call, too, that is fine.

Thank you!

TJ

On Thu, Mar 9, 2023 at 12:13 PM Brayton Deckard ███████████████████ wrote:

Hi Serena,

Thank you for providing this update. I look forward to hearing back from your team!

Best,



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ████████

**Upcoming OOO/Office Closures:**

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

PIXEL_HEALTH000472303

**From:** Serena Claudio ████████████████████
**Date:** Tuesday, March 7, 2023 at 8:56 AM
**To:** Brayton Deckard ████████████████
**Cc:** TJ Mitchel ████████████          Josefine Hederoth ████████████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Hi Brayton,

Thank you for your quick turn around. Our security and legal teams are still reviewing and will be doing so through the end of this weke. TJ or I will circle back if they have any questions.

Best,

Serena

On Fri, Mar 3, 2023 at 11:33 AM Brayton Deckard ████████████████████ wrote:

Hi Serena and Team,

I hope everyone is wrapping up a productive week! I wanted to quickly follow up on this topic to see if we had received any feedback or questions from the Alma legal team? Our internal teams, including Meta Legal, are very open to partnering closely here if it would make sense. Just let us know where we can best support.

Thanks!

CONFIDENTIAL

PIXEL_HEALTH000472304



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ████████████

<span style="color:orange">**Upcoming OOO/Office Closures:**</span>

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** Brayton Deckard ████████████████████
**Date:** Tuesday, February 14, 2023 at 5:09 PM
**To:** Serena Claudio ████████████
**Cc:** TJ Mitchell ████████████████ osefine Hederoth ████████████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

Hi Serena,

Just hopped off a meeting with our Bus Eng team to further discuss this and wanted to share their feedback ASAP.

I've organized the options previously referenced below with additional insights after discussing your questions:

*#1 is the IMG tag, which essentially requires building an 1x1 image pixel on their website for each event they want to track. This replicates the event sent via JavaScript, but because they must build it, they can customize what is sent for each parameter. It is a bunch more work, both to implement and maintain, and does have some feature limitations, but can work.*

<span style="color:red">Updated insights: As mentioned previously, this option includes a significant lift when it comes to dev work. The complexity of the set up will usually result in a slight decrease in accuracy of reporting. % of impact on reporting/performance is entirely dependent on how well the integration is implemented and deployed. This is</span>

PIXEL_HEALTH000472305

an approach that is somewhat commonly used by privacy-focused advertisers, so there is internal experience supporting implementation and optimization.

*#2 is to encapsulate the existing JavaScript Pixel in an iFrame, which is like a container. This can potentially trick the Pixel into thinking the URL of the iFrame is the true URL, and similarly, they can set that URL as they please.*

Updated insights: This is a more "hacky" approach and probably not a great long-term solution. Depending on developer skillset, could take less dev time than the IMG solution. % impact on performance would also depend on accuracy of implementation.

*#3 is our preferred route - CAPI. One of CAPI's selling points is its ability to fine tune what data is sent, and again, they can configure what URL is sent and sanitize it as required."*

Updated insights: Remains the preferred and recommend route by Meta. This is the one path that would likely improve performance, as we see a 19% increase in attribution accuracy post-implementation, on average. Dev lift would be lighter if a partner integration is used. If doing a manual/direct CAPI integration, will be similar dev lift (but different skillset) to IMG pixel option.

*#4 removal of the url*

Updated insights: This is not an option with the javascript version of the pixel. There is no functionality for the URL to be removed and the event to still fire and be passed back. If the URL is removed, the pixel will not fire.

New, 5th Option: Because the central issue here is the provider name being included in the URL, we could apply the IMG or iFrame solution only to the pages with provider names, while continuing to utilize the pixel as is on all other pages. This would decrease the required dev lift compared to completely overhauling the pixel across the entire Alma website. Additionally, it is possible to set up either of these solutions redundantly with a future CAPI integration, just as you would with a javascript pixel.

Let me know if there are any additional questions we can answer. Thank you for your close partnership on this important strategic decision.

Best,



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ▮▮▮▮▮▮▮

Upcoming OOO/Office Closures: 2/20

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** Serena Claudio ██████████████████████████
**Date:** Monday, February 13, 2023 at 1:18 PM
**To:** Brayton Deckard ███████████████████
**Cc:** TJ Mitchell ███████████████████████ Josefine Hederoth ████████████████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Sond good, thanks!

On Mon, Feb 13, 2023 at 2:08 PM Brayton Deckard ███████████████████ wrote:

Hi Serena,

Thanks for providing the outline and additional context below. I'm meeting with our Business Engineering team tomorrow (2/14) to work through these and will follow up in this thread shortly after.

Best!

Error! Filename not specified.

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ███████████

**Upcoming OOO/Office Closures: 2/20**

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Serena Claudio
**Date:** Sunday, February 12, 2023 at 12:13 PM
**To:** Brayton Deckard
**Cc:** TJ Mitchell                                                osefine Hederoth
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Hi Brayton,

We want to present all possible options for moving forward. As I understand it, your team already outlined 3 for adjustment, which I pasted below, but we haven't outlined the 4th, which is removal. Is that correct? If there are more options, please provide them.

Importantly, note that I added a section below for each option for you to generally outline if there is impact to performance, or not. If so, please outline why performance would be impacted, and by how much (e.g. ~10% increased CPAs) as I need to be able to speak to that.

#1 is the IMG tag, which essentially requires building an 1x1 image pixel on their website for each event they want to track. This replicates the event sent via JavaScript, but because they must build it, they can customize what is sent for each parameter. It is a bunch more work, both to implement and maintain, and does have some feature limitations, but can work.

Impact to performance? Why and how much?

#2 is to encapsulate the existing JavaScript Pixel in an iFrame, which is like a container. This can potentially trick the Pixel into thinking the URL of the iFrame is the true URL, and similarly, they can set that URL as they please.

Impact to performance? Why and how much?

#3 is our preferred route - CAPI. One of CAPI's selling points is its ability to fine tune what data is sent, and again, they can configure what URL is sent and sanitize it as required."

Impact to performance? Why and how much?

#4 removal of the url

Impact to performance? Why and how much?

Thanks for the help, I hope to present these options to legal and eng this week, if possible.

Best,

Serena

On Thu, Feb 9, 2023 at 4:56 PM Brayton Deckard ███████████████ wrote:

Hi Team,

Quick clarification on the URL question: Is the goal to remove/update the provider name portion of the URL or strip the entire URL from the pixel code?

Thanks!

Error! Filename not specified.

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ███████

Upcoming OOO/Office Closures: 2/20

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** TJ Mitchell ███████████
**Date:** Wednesday, February 8, 2023 at 11:45 AM
**To:** Brayton Deckard ███████████
**Cc:** Serena Claudio ███████████████████████, Josefine Hederoth
████████████████████
**Subject:** Re: FW: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

FYI this is the answer from the thread:

"Unfortunately, from a tech perspective, there isn't really anything advertisers can do to customize those requests when using the JavaScript version of the Pixel. dl stands for document link, which is essentially the URL of the page they are already on.

I think there are 3 possible options here:

#1 is the IMG tag, which essentially requires building an 1x1 image pixel on their website for each event they want to track. This replicates the event sent via JavaScript, but because they must build it, they can customize what is sent for each parameter. It is a bunch more work, both to implement and maintain, and does have some feature limitations, but can work.

PIXEL_HEALTH000472310

#2 is to encapsulate the existing JavaScript Pixel in an iFrame, which is like a container. This can potentially trick the Pixel into thinking the URL of the iFrame is the true URL, and similarly, they can set that URL as they please.

#3 is our preferred route - CAPI. One of CAPI's selling points is its ability to fine tune what data is sent, and again, they can configure what URL is sent and sanitize it as required."

As you and your team get a chance to look this over and consider the steps forward, please let us know if you have additional questions. Our team would be more than happy to partner alongside yours as we work to address the privacy concerns while maintaining a strong ads infrastructure on the platform.

On Wed, Feb 8, 2023 at 11:43 AM Brayton Deckard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Error! Filename not specified.

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ▮▮▮▮▮▮▮

Upcoming OOO/Office Closures: 2/20

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** Brayton Deckard ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Tuesday, January 10, 2023 at 9:24 AM
**To:** TJ Mitchell ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Time Sensitive - Ability to strip URLs from Conversion Data

Hi TJ,

PIXEL_HEALTH000472311

Thanks, again, for your patience here. I've provided the rundown below that our Business Engineering team provided after looking into your question.

"Unfortunately, from a tech perspective, there isn't really anything advertisers can do to customize those requests when using the JavaScript version of the Pixel. dl stands for document link, which is essentially the URL of the page they are already on.

I think there are 3 possible options here:

#1 is the IMG tag, which essentially requires building an 1x1 image pixel on their website for each event they want to track. This replicates the event sent via JavaScript, but because they must build it, they can customize what is sent for each parameter. It is a bunch more work, both to implement and maintain, and does have some feature limitations, but can work.

#2 is to encapsulate the existing JavaScript Pixel in an iFrame, which is like a container. This can potentially trick the Pixel into thinking the URL of the iFrame is the true URL, and similarly, they can set that URL as they please.

#3 is our preferred route - CAPI. One of CAPI's selling points is its ability to fine tune what data is sent, and again, they can configure what URL is sent and sanitize it as required."

As you and your team get a chance to look this over and consider the steps forward, please let us know if you have additional questions. Our team would be more than happy to partner alongside yours as we work to address the privacy concerns while maintaining a strong ads infrastructure on the platform.

Thanks and talk soon!



**Brayton Deckard**

PIXEL_HEALTH000472312

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ███████████

Upcoming OOO/Office Closures: 1/16

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

---

**From:** TJ Mitchell ████████████████████
**Date:** Monday, January 9, 2023 at 9:08 AM
**To:** Brayton Deckard ████████████████████
**Subject:** Re: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Hi Brayton -

Thanks so much for the update. I really appreciate it!

TJ

On Fri, Jan 6, 2023 at 3:56 PM Brayton Deckard ████████████████████ wrote:

Hi TJ,

PIXEL_HEALTH000472313

Apologies for the delay here. Our Eng and Legal teams are working to put together a more thorough POV on this issue, as we know it is important for all of our Telehealth advertisers on the platform. I should have an update and technical insight on your specific question on Monday. Thanks, again, for your patience here.

Enjoy your weekend and talk soon!

Error! Filename not specified.

**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ▮▮▮▮▮▮▮

Upcoming OOO/Office Closures: 1/16

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** TJ Mitchell ▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Wednesday, January 4, 2023 at 3:56 PM
**To:** Brayton Deckard ▮▮▮▮▮▮▮▮
**Subject:** Re: Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Thank you, Brayton!

Really appreciate it.

CONFIDENTIAL

TJ

On Wed, Jan 4, 2023 at 3:53 PM Brayton Deckard █████████████ wrote:

Hi TJ,

Thanks for reaching out on this. I was able to connect with Brandon and our Business Engineering team to get up to speed on the work you've done so far. We should be able to provide you with additional insights on impact here before the weekend. Let me know if you have any additional questions.

Best!



**Brayton Deckard**

Account Manager | Health

607 W. 3rd St., Austin, TX 78701

Meta | Mobile ████████

Upcoming OOO/Office Closures: 1/16

For technical issues and/or possible bugs, please reach out directly to Concierge.

Stay up-to-date on Facebook/Instagram news by signing up for our weekly product emails.

**From:** TJ Mitchel ████████████
**Date:** Friday, December 16, 2022 at 9:04 AM
**To:** Brayton Deckard ████████████
**Subject:** Time Sensitive - Ability to strip URLs from Conversion Data

**This Message Is From an External Sender**

Hi Brayton -

We were wondering if there is a way to strip provider page URLs from our conversion data. We've identified that by having this information in our conversion data, we are at-risk of violating HIPAA compliance, as identified by our legal team.

Specifically, we would want to strip the portion below in red from our payload:

id: 802130210182155 ev: Lead dl: https://secure.helloalma.com/providers/benjamin-recca/?filterables=c2VydmljZV9tZWRpY2FsX21hbmFnbWVudA== rl: https://secure.helloalma.com/providers-results/?filterables=c2VydmljZV9tZWRpY2FsX21hbmFnbWVudA== if: false ts: 1666106654869 cd[content_name]: Request a Consultation sw: 1920 sh: 1200 v: 2.9.85 r: stable ec: 1 o: 29 fbp: fb.1.1643231816670.1425307249 it: 1666106548965 coo: false rqm: GET dt: mvn5v2taavcjjlpwhom16rsfnx9ciycu

Do you think there would be any risk in doing this?

Thank you,

TJ

--

--

TJ Mitchell

Performance Marketing Manager

he / him / his

PIXEL_HEALTH000472316

Error! Filename not specified.

Subscribe to The Digest by Alma

--

--

TJ Mitchell

Performance Marketing Manager

he / him / his

Error! Filename not specified.

Subscribe to The Digest by Alma

--

--

TJ Mitchell

Performance Marketing Manager

he / him / his

Error! Filename not specified.

Subscribe to The Digest by Alma

CONFIDENTIAL

--

--

TJ Mitchell

Performance Marketing Manager

he / him / his

Error! Filename not specified.

Subscribe to The Digest by Alma

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

Error! Filename not specified.

Subscribe to The Digest by Alma

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

Error! Filename not specified.

Subscribe to The Digest by Alma

CONFIDENTIAL

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

Error! Filename not specified.

Subscribe to The Digest by Alma

--

--

TJ Mitchell

Performance Marketing Manager

he / him / his

Error! Filename not specified.

Subscribe to The Digest by Alma

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

Error! Filename not specified.

Subscribe to The Digest by Alma

CONFIDENTIAL

--

--

TJ Mitchell

Performance Marketing Manager

he / him / his

Error! Filename not specified.

Subscribe to The Digest by Alma

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

Error! Filename not specified.

Subscribe to The Digest by Alma

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

PIXEL_HEALTH000472320

Error! Filename not specified.

Subscribe to The Digest by Alma

--

**Serena Claudio**

Director, Consumer Growth Marketing

she / her / hers

Error! Filename not specified.

Subscribe to The Digest by Alma

--
**Serena Claudio**
Director, Consumer Growth Marketing
she / her / hers

Subscribe to The Digest by Alma

CONFIDENTIAL