Proposed Redacted Version of Exhibit 51 (Dkt. No. 1154-50)

# EXHIBIT 51

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| From: | Kevin Kerr |
| Sent: | 12/1/2022 7:47:04 AM |
| To: | Kevin Kerr |
| BCC: | ; patrick.sullivan@meta.com; |
| Subject: | [Action Required] Clients sharing potentially sensitive information with Meta via the Pixel |

Hi all,

We've been notified that your client is potentially sharing sensitive customer data through the Meta Pixel. A reporter at a publication called *The Markup* informed us of this, and they are planning on writing a story either later this week, or early next, which may mention your client's name. You can review the advertiser list here.

We are asking you to reach out to them to give them a heads up about this, and more importantly, make sure they review what data is being sent via Meta Business Tools to ensure they are not sharing any sensitive information with us. Please reach out if you have any questions.

\*\*\*

Subject: [Client Name] sharing potentially sensitive information with Meta via the Pixel

We have recently been informed that your business may be sharing sensitive information with us through your integration with the Meta Pixel. This was flagged to us by a reporter at a publication called *The Markup,* and our understanding is that they plan to write a story about multiple businesses who may be sharing data with us that is against our policies.

Our Business Tools Terms prohibit sharing of customer data with us that includes sensitive information, such as health information. Here is an overview of our specific policy around sharing sensitive health information, and here is an overview of how to troubleshoot any issues with the information you're sending. We understand this can sometimes happen inadvertently, and we ask that you review your events data and your Meta Pixel integration, and fix any instances in which you might be sending information that is against our terms.

You'll be able to see events sent by your Meta Pixel in Events Manager, including event parameters sent with events and the page where the event occurred. You can learn more about navigating Events Manager for the Pixel on our Help Center.

We want you to feel confident in your integrations and would be happy to set up a call with our Business Engineering team, who can help you with technical questions you have about your implementation. We have also provided the below links to Help Center articles where you can learn more about the kinds of information that should not be sent to Meta and steps you can take to avoid sending such information.

If you have any questions, we are available to get on the phone to discuss at any point.

POC

Help Center Articles
- About Restricted Meta Business Tools Data
- Best Practices for Privacy and Data Use for Meta Business Tools
- About Sensitive Health Information

- About Personally Identifiable Information (Contact Information)
- Troubleshoot Meta Business Tools Data Policy Violations

How to Troubleshoot Meta Pixel Error and Warning Messages in Events Manager

Kevin Kerr | Product Marketing Manager

CONFIDENTIAL

PIXEL_HEALTH000016083