Proposed Redacted Version of Exhibit 54 (Dkt. No. 1154-53)

# EXHIBIT 54

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# [OLD] A/C Priv: How to deal with sensitive data in 3PD Signals 1Pager for ALT

use: [A/C Priv] Risk Mitigation for Business Tools Issues

## Problem we are solving

- **CH Problem:** Sites and apps that (a) have content that violates our community standards or (b) are objectionable on their face will show up in users' CH lists because those sites/apps are using our pixel/SDK and sending us data.
- **Sensitive Data Problem:** Some sites and apps are sending us data that users may find sensitive and would not want FB to have. We prohibit via our Business Tools Terms, but currently do not have any technical means to monitor or enforce our terms.

## Who are we solving for?

- Users
- Redacted - Privileged
- businesses

## Goal

- Improve controls to limit potentially sensitive information received from a third party from being associated with their Facebook account for ads or content personalization.

**Redacted - Privileged**

- Clarity for internal teams about what data we prohibit, restrict or do not want.
- Make it easy for businesses to comply with our policies and their own
- Do not devise a whack-a-mole approach that cannot be sustained

## Non-goals

- Perfect solution that addresses all data-related issues

## Categorization

| Category | What is it? | Example | What should |
|---|---|---|---|
| Prohibited sites and apps | Sources facebook does want to do business with and does not want any signals about users from | Porn sites sending us signals on which video was watched by which user | |
| Restricted sites and apps | Sources facebook wants to do business with but wants to apply some restrictions to the sensitive data that we get from them | Health app sending us signals on when someone ovulated or had a pregnancy or miscarriage | |
| Unwanted data | Regardless of what the source sending us the signal, we want to restrict the type of data sent to facebook. | PII: SSN, CreditCards, Names, etc. Sensitive data: Ovulation, Pregnancy, Banckrupcy etc. | |

## Options w pros/cons

Prohibited sources (e.g. Porn, hate):


EXHIBIT 111

CONFIDENTIAL    PIXEL_HEALTH000909671

- Option 1: ▮▮▮
    - Pros:
        - ▮▮▮
    - Cons:
        - ▮▮▮
- Option 2: ▮▮▮
    - Pros:
        - ▮▮▮
        - ▮▮▮
    - Cons:
        - ▮▮▮

**Restricted sources (e.g. health, fin):**

- Option 1: ▮▮▮
    - Pros:
        - ▮▮▮
        - ▮▮▮
    - Cons:
        - ▮▮▮
        - ▮▮▮
        - ▮▮▮
        - ▮▮▮
- Option 2: ▮▮▮
    - Pros:
        - ▮▮▮
        - ▮▮▮
    - Cons:
        - ▮▮▮
        - ▮▮▮
- Option 3: ▮▮▮
    - Pros:
        - ▮▮▮
        - ▮▮▮
    - Cons:
        - ▮▮▮
        - ▮▮▮

**Unwanted data (e.g. PII and sensitive terms):**

- Option 1: ▮▮▮
    - Pros:
- Option 2: ▮▮▮
    - Pros:

Contact Support

# Conversation History

**Quipbot#05** left the thread *Aug 22 at 10:30 am*

---

**Quipbot#05** *Aug 22 at 10:25 am*

=====IMPORTANT=====

This Quip file has been copied to Google Workspace (https://docs.google.com/document...) as part of the Quip2Google migration efforts. Quip is moving to **Read-Only**. Please work in the new Google file moving forward.

Learn more

Questions?

Visit the Quip2Google Migration Feedback Group

Note

New edits in this Quip file will NOT be automatically synced to Google Workspace.

---

**Quipbot#05** added Quipbot#05 to the thread *Aug 22 at 10:30 am*

---

**Quipbot#05** added you to a document *Aug 22 at 10:25 am*

---

**Arjun Venkateswaran** opened your conversation with Purbesh Sahoo, Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *Nov 21, 2019 at 12:36 am*

---

**Purbesh Sahoo** added Arjun Venkateswaran to the thread *Nov 14, 2019 at 6:17 pm*

---

**Purbesh Sahoo** added you to a document *Nov 14, 2019 at 6:11 pm*

---

**Hiral Parekh** opened your conversation with Purbesh Sahoo, Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *Nov 6, 2019 at 6:43 pm*

---

**Yura Kostiukevych** opened your conversation with Purbesh Sahoo, Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *Nov 6, 2019 at 6:32 pm*

---

**Charlotte Narvaez** added the document to the folder Signals - Ads Leadership (ALT) Updates - A/C Priv *Jun 25, 2019 at 11:57 pm*

---

Charlotte Narvaez *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

———

CONFIDENTIAL

PIXEL_HEALTH000909674

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

---

**Charlotte Narvaez** added you to a document *Jun 25, 2019 at 11:56 pm*

CONFIDENTIAL

PIXEL_HEALTH000909675

Charlotte Narvaez added you to a document *Jun 25, 2019 at 11:56 pm*

Charlotte Narvaez added the document to the folder Signals - Ads Leadership (ALT) Updates - A/C Priv *Jun 25, 2019 at 11:56 pm*

Aparna Rangarajan renamed [WIP] A/C Priv: How to deal with sensitive data in 3PD Signals 1Pager for ALT to [OLD] A/C Priv: How to deal with sensitive data in 3PD Signals 1Pager for ALT *May 7, 2019 at 6:01 pm*

Aparna Rangarajan edited *May 7, 2019 at 5:55 pm*

# [WIP] [OLD] A/C Priv: How to deal with sensitive data in 3PD Signals 1Pager for ALT

use:

Aparna Rangarajan edited *May 7, 2019 at 4:53 pm*

Aparna Rangarajan edited *May 3, 2019 at 9:04 pm*

- Option 2: ▇▇▇▇▇▇
  - Pros:
    - ▇▇▇▇▇▇
    - ▇▇▇▇▇▇
    - ▇▇▇▇▇▇
- Option 3: ▇▇▇▇▇▇
  - Pros:
    - ▇▇▇▇▇▇
  - Cons:
    - ▇▇▇▇▇▇
- Option 4: ▇▇▇▇▇▇
  - Pros:

Purbesh Sahoo edited *May 3, 2019 at 5:33 pm*

  - Pros:
    - ▇▇▇▇▇▇
  - Cons:
    - ▇▇▇▇▇▇
- Option 1: ▇▇▇▇▇▇
  - Pros:
    - ▇▇▇▇▇▇
    - ▇▇▇▇▇▇
  - Cons:
    - ▇▇▇▇▇▇
    - ▇▇▇▇▇▇
    - ▇▇▇▇▇▇



- Option 2: ▮▮▮
  - Pros:
    - ▮▮▮
    - ▮▮▮
  - Cons:
    - ▮▮▮
    - ▮▮▮
- Option 3: ▮▮▮
  - Pros:
    - ▮▮▮
    - ▮▮▮
  - Cons:
    - ▮▮▮

---

**Aparna Rangarajan** *May 2, 2019 at 4:08 pm*

old: The business tools terms today state _"You will not share Customer Data with us that you know or reasonably should know is from or about children under the age of 13 or that includes health, financial information, or other categories of sensitive information (including any information defined as sensitive under applicable law)". _We do a best effort identification of clear text PII that is sent to us, and when detected we drop it from the signals payload today. But for the rest we put the onus on the developer to not share anything with Facebook that violates the above policy. [Redacted - Privileged] Our goal is to build a framework that addresses privacy concerns that sensitive and/or prohibited data connected to users may enter our systems through use of our business tools.

---

**Aparna Rangarajan** *May 2, 2019 at 4:08 pm*

Anjali Dahiya copied your suggestion over to start

---

**Anjali Dahiya** *May 2, 2019 at 4:00 pm*

Aparna, see above for my suggestion, which is a bit more nuanced. For additional reference, this is the high level goal Naz used in the her original prep doc [Redacted - Privileged]

**Redacted - Privileged**

---

**Aparna Rangarajan** edited *May 2, 2019 at 4:35 pm*

- The business tools terms today state *"You will not share Customer Data with us that you know or reasonably should know is from or about children under the age of 13 or that includes health, financial information, or other categories of sensitive information (including any information defined as sensitive under applicable law)"*. We do a best effort identification of clear text PII that is sent to us, and when detected we drop it from the signals payload today. But for the rest we put the onus on the developer to not share anything with Facebook that violates the above policy. [Redacted - Privileged] Our goal is to build a framework that addresses privacy concerns that sensitive and/or prohibited data connected to users may enter our systems through use of our business tools.
- **CH Problem:** Sites and apps that (a) have content that violates our community standards or (b) are objectionable on their face will show up in users' CH lists because those sites/apps are using our pixel/SDK and sending us data.

- **Sensitive Data Problem:** Some sites and apps are sending us data that users may find sensitive and would not want FB to have. We prohibit via our Business Tools Terms, but currently do not have any technical means to monitor or enforce our terms.

## Goal Who are we solving for?

- Users
- Redacted - Privileged
- businesses

## Goal

**Redacted - Privileged**

---

**Anjali Dahiya** *May 2, 2019 at 3:32 am*

For unwanted data, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I believe this makes the ▮▮▮▮ concerns in ranking that were raised in the ALT meeting less likely. Aparna, can you confirm?

---

**Anjali Dahiya** *May 2, 2019 at 1:08 am*

To the conversation we had today in ALT review, it sounds like ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Aparna, will ▮▮▮▮▮ address that concern (I think not)?

---

**Anjali Dahiya** *May 2, 2019 at 12:39 am*

Aparna, to confirm, when we say "all" we currently mean event data, but eventually plan to include ▮▮▮▮▮ correct?

---

**Anjali Dahiya** *May 2, 2019 at 12:36 am*

Consider shortening in length. Problem statement could be twofold:

CH Problem: Sites and apps that (a) have content that violates our community standards or (b) are objectionable on their face will show up in users' CH lists because those sites/apps are using our pixel/SDK and sending us data.

Sensitive Data Problem: Some sites and apps are sending us data that users may find sensitive and would not want FB to have. We prohibit via our Business Tools Terms, but currently do not have any technical means to monitor or enforce our terms.

---

**Anjali Dahiya** *May 2, 2019 at 12:32 am*

I think ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Steve Satterfield** opened your conversation with Purbesh Sahoo, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *May 2, 2019 at 12:28 am*

**Anjali Dahiya** edited *May 2, 2019 at 1:08 am*

**Nazneen Mehta** opened your conversation with Purbesh Sahoo, Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *May 1, 2019 at 8:54 pm*

**Anjali Dahiya** opened your conversation with Purbesh Sahoo, Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *May 1, 2019 at 8:06 pm*

**Aparna Rangarajan** added Anjali Dahiya and Nazneen Mehta to the thread *May 1, 2019 at 8:12 pm*

**Aparna Rangarajan** added you to a document *May 1, 2019 at 8:05 pm*

**Aparna Rangarajan** added you to a document *May 1, 2019 at 8:05 pm*

**Purbesh Sahoo** opened your conversation with Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Charlotte Narvaez, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *May 1, 2019 at 6:38 pm*

**Aparna Rangarajan** added Purbesh Sahoo to the thread *May 1, 2019 at 6:38 pm*

**Aparna Rangarajan** added you to a document *May 1, 2019 at 6:33 pm*

**Charlotte Narvaez** opened your conversation with Purbesh Sahoo, Steve Satterfield, Nadir Joshua, Peng Fan, Chinmay Karande, Adam Shajnfeld, Raghu Malpani, Hiral Parekh, Liang Xu, Rachel Hamilton, Roshane Silva, Aparna Rangarajan, Michael Levinson, Damien Wint, Dan Levy, Arjun Venkateswaran, Mary Ku, Deepali Tamhane, Edward Esslemont, Graham Mudd, Fausto Ibarra, Ani Surumpudi, Zach Okun, Jon Eide, Bruce Lee, Anjali Dahiya, Emile Litvak, David Sasaki, Elena Krasnoperova, Amol Goyal, Jamie Wells, Yura Kostiukevych, Ning Li, Amee Kamdar, Rob Goldman, Nazneen Mehta, Erjie Ang, KeeKim Heng, Ami Vora, Susan Cooper, Kaaren Hanson, Victor Zhu, Yi Tang and Vandana Mohan *May 1, 2019 at 6:04 pm*

PIXEL_HEALTH000909679

**Charlotte Narvaez** *May 1, 2019 at 6:01 pm*

\* Regulators

\* Facebook

\* PR/comms

\* Internal teams

---

**Charlotte Narvaez** *May 1, 2019 at 6:01 pm*

Consider framing goals on who we are solving for:

---

**Aparna Rangarajan** added Charlotte Narvaez and Steve Satterfield to the thread *May 1, 2019 at 6:04 pm*

---

**Aparna Rangarajan** added you to a document *May 1, 2019 at 5:58 pm*

---

**Aparna Rangarajan** added you to a document *May 1, 2019 at 5:58 pm*

---

**Aparna Rangarajan** edited *May 1, 2019 at 10:20 pm*

# [WIP] A/C Priv: How to deal with sensitive data in 3PD Signals 1Pager for ALT

## Problem we are solving

- The business tools terms today state *"You will not share Customer Data with us that you know or reasonably should know is from or about children under the age of 13 or that includes health, financial information, or other categories of sensitive information (including any information defined as sensitive under applicable law)"*. We do a best effort identification of clear text PII that is sent to us, and when detected we drop it from the signals payload today. But for the rest we put the onus on the developer to not share anything with Facebook that violates the above policy. [Redacted - Privileged] [Redacted - Privileged] Our goal is to build a framework that addresses privacy concerns that sensitive and/or prohibited data connected to users may enter our systems through use of our business tools.

## Goal

[Redacted - Privileged]
[Redacted - Privileged]

- Clarity for internal teams about what data we prohibit, restrict or do not want.
- Make it easy for businesses to comply with our policies and their own
- Do not devise a whack-a-mole approach that cannot be sustained

## Non-goals

- Perfect solution that addresses all data-related issues

## Categorization

| A | |
|---|---|
| Category | |
| B | |
| What is it? | |
| C | |
| Example | |
| D | |
| What should we do? | |

## Options w pros/cons

**Prohibited sources (e.g. Porn, hate):**

- Option 1: ▉▉▉▉▉▉▉▉▉▉
  - Pros:
    - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
      ▉▉.
  - Cons:
    - ▉
- Option 2: ▉▉▉▉▉▉▉▉
  - Pros:
    - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
      ▉
  - Cons:
    - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
      ▉▉▉▉
- Option 3: ▉▉▉▉▉▉▉▉
  - Pros:
- Option 4: ▉▉▉▉▉▉▉▉▉▉
  - Pros:

**Restricted sources (e.g. health, fin):**

- Option 1: ▉▉▉▉▉▉▉
  - Pros:
- Option 2: ▉▉▉▉▉▉▉
  - Pros:
- Option 3: ▉▉▉▉▉▉▉▉▉▉
  - Pros:

**Unwanted data (e.g. PII and sensitive terms):**

- Option 1: ▉▉▉▉▉▉▉▉▉▉
  - Pros:
- Option 2: ▉▉▉▉▉▉▉▉▉▉
  - Pros:

Aparna Rangarajan created the document *May 1, 2019 at 5:26 pm*

CONFIDENTIAL                                                                                             PIXEL_HEALTH000909681

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000909671-PIXEL_HEALTH000909681 |
| Custodian | Mudd, Graham |
| Sent Date | 12/31/9999 4:00 PM |
| Create Date | 5/1/2019 12:00 AM |
| Last Modified Date | 5/1/2019 12:00 AM |
| Received Date | 12/31/9999 4:00 PM |
| Author | Aparna Rangarajan |
| Filename | NDUAAAfl9x5_1702671681726138.html |
| Email From | |
| Email Recipients | |
| Email CC | |
| Email BCC | |
| DOCDATE | 05/01/2019 |
| File Path | /PixelHealth_20231220.zip/PXLLIT-0000450/Graham Mudd/Quip/ecQAEAHA2Un-1800-1849.zip |