Proposed Redacted Version of Exhibit 55 (Dkt. No. 1154-54)

# EXHIBIT 55

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**Cross Family Review:** Third Party Date Usage (3PD) Proposal and how it fits the Ads/Signals strategy
Scheduled for MZ review April 20

--

**Goal for Today**: Approve a public stance to use opt in consent for individually identifiable 3rd party data and no new consent required for anonymized 3rd party data

Context

We are 14 months into the rearguard strategy for how to handle signal loss. It's worthwhile to revisit how it's going to contextualize this decision.

The strategy (as we wrote at the Feb 2020 Board meeting - full text in appendix))

[redacted]

This strategy is working. Our main business metrics are at record highs (revenue, ad score, active advertisers). We just raised the long range plan. And the long term (2024+) forecasted negative impact of signal loss is now about [redacted] of our prior forecasts primarily due to our own mitigations (not because the long term state of signal loss is more favorable).

Ads has a history of worrying that 'the end of the business as we know it is just around the corner'. While this doesn't make for great sleep, it is a healthy trait that motivated us to accelerate many of the key mitigations (conversions API, ad formats like click to message, transfer learning, etc.). We still worry that we are in a major transition centered on privacy/data use . . . where the tailwinds, specifically from COVID accelerating businesses online, have masked the future signal loss headwinds. After all, the regulation and platform control won't stop . . . 1st party data and machine learning are/will be nextt. However, the measurable trends that we observe don't suggest that we need to 'burn the ships' with our current ads business. Policy team may disagree.



EXHIBIT 118

1 of 10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910484

Here's where we are on the strategy:

| ORIGINAL STRATEGY (Feb 2020) | STATUS (Apr 2021) |
|---|---|
| ███████████████████████████████ | |
| ███████████████████████████████ | Resilient revenue is up from ████<br>Conversions API is driving (including partnership with Shopify) |
| ███████████████████████████████ | Ad formats (click to message; lead ads)<br>Shop ads |
| ███████████████████████████████ | |
| ███████████████████████████████ | Basic ads (1st party data control) where required by law |
| ███████████████████████████████ | Project Orange re: Apple<br>Defense of the business model / personalized ads<br>Privacy-Enhancing Technology<br>COMING SOON: Subscriptions discussion (next week)<br>COMING LATER: Defense of algorithms/machine learning |

Today's review is about an opportunity to *"be proactive where it helps or where there are real public issues"*. Specifically a change to 3rd party data. We want to change to opt-in consent for individually identifiable 3rd party data and no new consent required for anonymized 3rd party data. We believe this stance will benefit users, our clients, and our business. And help us influence the industry norms.

2 of 10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910485

## Proposal

Individually identifiable 3rd party data use would move to 'opt in' consent, but we would continue to use anonymized or aggregated 3rd party data. . . including processing required to create anonymized data (using Privacy Enhancing Technologies).

By default, we will ask people for consent to use individually identifiable third party data. We will continue using aggregated and anonymized third party data for both opted in and opted out users (leveraging Privacy-Enhancing Technology, .

The key benefits of this approach:
- **Consolidate the industry around <u>reasonable</u> opt-in consent (as opposed to opt-out) for individually identifiable 3rd party data.** Facebook's public stance here would help consolidate the industry around support for individual consent.
    - While Google has not announced their platform stance on consent yet, their browser/app store is facing pressure from Apple to shore up privacy. Absent us and the industry making a move here, Google could go beyond Apple and ban individual data outright in favor of privacy-enhanced and/or aggregated data. Taking a stand helps us head off this downside scenario.
    - And Apple's approach, in our view, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ platform and merchant), etc.
- **(Co-)lead the industry around and push for** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    Facebook's public stance here would help influence the industry around anonymized 3rd party data and Privacy Enhancing Technologies▮▮▮▮▮▮▮▮▮▮▮▮

3 of 10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The key impacts and risks:
- Given where Google is headed, over the long-term, we expect this to have ▓ impact on revenue. Until Google announces and enforces, revenue may be ▓ post mitigation (all numbers below are post mitigation).

**Downside Scenario**

There is a potential downside scenario that we are seeking to avoid which would have a significant impact on revenue ▓ pre-Google launch ▓. In constructing the downside scenario, we were attempting to construct a realistic worst case, looking for end states where there are already actions pointing to the possibility of that end state (as opposed to simply picking the absolutely worst possible end state).

The 3PD downside scenario occurs if:

This is consistent with Apple and Google's motivations as outlined in the "Anticipated changes to data sharing by platform owners" doc from last summer ▓

4 of 10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910487

Note that this is not the absolute worst case. What we have envisioned above is what happens when ███████████████ ███████████ Several countries appear to be following the EU's lead on privacy, and the EU is already requiring consent before collecting data via (not strictly necessary) cookies/similar tracking, which means that consent may be needed ahead of processing data for aggregation or anonymization.

The 1PD downside scenario occurs if:
- ████████████████████████████████████████████████████████████

Once again, this is not the absolute worst case ████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910488



\* The impact of 3PD aggregated data requiring consent has not been factored in. We do not yet have a methodology to determine this number.

### Go-To-Market Approach: Timeframe Commitment

There are three ways that we can make the commitment of consent for individually identifiable 3rd party data that will impact the short-term cost:

6 of 10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910489

| GTM Options | Consumer / Press | Policy | Industry | Pre-mitigation revenue impact (relative to preliminary 2021 LRP) |
|---|---|---|---|---|
| **Option 1: Announce consent with no date commitment**<br><br>*Today, we're announcing our plans to move away from using information from other businesses to show people ads unless a person has provided explicit permission* | | | | |
| **Option 2: Announce consent with firm date commitment**<br><br>*By the end of 202N, we will no longer use information from other businesses to show people ads unless a person has provided explicit permission* | | | | |
| **Option 3: Only announce aggregation & anonymization plans (no consent commitment)**<br><br>*Today, we're announcing our commitment to leverage new privacy-enhancing technologies that enable aggregated and anonymized data use for machine learning and measurement.* | | | | |

7 of 10

Go-To-Market Specifics

**Key Messages Across Audiences**

- Personalized ad experiences improve the lives of people and businesses by helping good ideas get found, which is especially critical for small businesses around the world.
- We believe that people deserve to have control over how their data is used for personalization, so we've invested in building tools, like Off-Facebook Activity, that empower people to make those choices. Recently, we've also expanded that work to include industry collaboration on new privacy-enhancing technologies that reduce the amount of individually identifiable data used for personalization.
- Now, as people's privacy expectations evolve, we're evolving with them. That's why we plan to start asking everyone on Facebook to decide whether they want their ads personalized with information from other websites, apps or businesses. People have been able to make this choice for years in our Ads Preferences settings, but now, we're asking everyone on Facebook to proactively share their preferences with us.
- With this change, we are also increasing our investment in privacy-enhancing technologies that enable aggregated and anonymized data use for machine learning and measurement. When information is aggregated and anonymized, we won't be able to connect it to an individual's profile. Working with industry groups like W3C, we've already made strong progress in this area, like our private matching proposal that leverages double-blind matching technology to deliver insights to third parties without either entity sharing individually identifiable data.
- We know this shift will impact the millions of businesses that rely on our services to make money, so we're working with the industry to make this change in a thoughtful, less disruptive manner.

**Hard Questions**

**Q: Isn't this change what Apple was trying to achieve with iOS14?**
We have never argued for maintaining the status quo. In fact, we built industry leading privacy controls into our products years ago. But, we believe industry collaboration is critical to evolving and improving privacy in ways that limit the collateral damage to small businesses. This helps us set clear expectations and provide adequate notice about changes that will have a significant impact on the millions of businesses that rely on our services. Moreover, we want to give people the opportunity to make informed choices about how their information is used. Unfortunately, Apple has taken a different approach. We hope they are able to address the ongoing uncertainty about their policy and significant impact on small businesses around the world.

8 of 10

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910491

**Q: How does reducing 3rd party data availability support small businesses?**
Small businesses also need to meet evolving consumer expectations around privacy. We are making these changes to ensure that small businesses can continue to rely on personalization, while also empowering people with agency over how their information is used. We believe that this is the future direction of the ad-supported internet and are committed to continuing to support small businesses' ability to rely on ad-supported business models.

## Appendix

**Our Strategy (as written in Feb 2020 for the Board Meeting)**
Our overall ads strategy remains focused on increasing the value that we provide to advertisers through outcome-optimized and efficient ad spend. The strategy to mitigate the technology and regulatory changes has two parts:

1. "Control our destiny" by making our revenue resilient (to 3rd party platform changes) and defensible



1.

2.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910492

2. "Rearguard" action on ecosystem and regulatory changes
   1. [REDACTED]
   2. [REDACTED]

**Scope of the consent**
Today, we have more than half a dozen 3PD choices that the users can make, which is already a problem, but a contained problem due to the current opt-out model outside of EU. Some of them are controlled by other parties (e.g. CCPA, iOS14), but even narrowing down to choices we administer, we have three: 3PD surface control, Off-Facebook activity, and soon to be launched ePD cookie control.

[REDACTED]

Our current working proposal for this choice is indeed landing closer to the 3PD control, because preserving privacy-enhanced measurement is critical for the ads product. This is not final yet, and needs to overcome remaining disagreements between ABP, Privacy and the XFN. Pending that, a quick summary of ABP's proposal:
- No use of individually identified data without consent, except for 'integrity' and 'privacy-preserving measurement'.
- 'Integrity' - to be defined.
- 'Privacy-preserving measurement' - refers to a secure computing environment which does not leak individually identified data, and its only outputs are sufficiently anonymized and/or aggregated.

If this stands, then the potential to consolidate 3PD controls is probably limited to sunsetting AAD. Converging on a total collection control (e.g. ePD) allows significantly more consolidation, but will critically hurt measurement and the ads product.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH000910493

| Field | Value |
|---|---|
| Bates Number | PIXEL_HEALTH000910484-PIXEL_HEALTH000910493 |
| Custodian | Mudd, Graham |
| Sent Date | 12/31/9999 4:00 PM |
| Create Date | 4/12/2021 12:00 AM |
| Last Modified Date | 4/12/2021 12:00 AM |
| Received Date | 12/31/9999 4:00 PM |
| Author | |
| Filename | Cross Family Review - 3PD by ABP.pdf |
| Email From | |
| Email Recipients | |
| Email CC | |
| Email BCC | |
| DOCDATE | 04/12/2021 |
| File Path | /PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20240104-144155.7z/PROJECT_PIXELHEALTH_EMAIL_PXLLIT_20240104-144155/PXLLIT-0000562/Mudd_Graham/EMAILS-CHATS/20140414-20230331_FULL/PXLLIT-0000163_001/PXLLIT-0000163_GMudd_PP_WC_Graham Mudd_2_30261/PXLLIT-0000163_GMudd_PP_WC_Graham Mudd_2_20_1.pst/Top of Personal Folders/Inbox/FW: Pre-Read for Cross Family review of third party data usage in Ads (and our overall ads/signal strategy) |