# Proposed Redacted Version of Exhibit 57 (Dkt. No. 1154-56)

# EXHIBIT 57

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**



EXHIBIT: 5
Wooldridge
DATE: 1-31-25
Vicky Pinson, RPR-CCR

| Bates Number | PIXEL_HEALTH000525144-PIXEL_HEALTH000525145 |
|---|---|
| Custodian | Huang, Yi;Wooldridge, Tobias |
| Create Date | 2022-06-16 22:46:04 |
| Title | |
| Author | |
| Filename | Message summary [{"otherUserFbId":null,"threadFbId":5253306054722881}] |

Case 3:22-cv-03580-WHO    Document 1205-7    Filed 10/28/25    Page 3 of 5

Message

| | |
|---|---|
| From: | Brian Truong [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=967162C5EDFA4E15B3DF0BAA439FB563] |
| Sent: | 6/16/2022 10:46:04 PM |
| To: | Li Zhou ▮▮▮▮▮ Tobias Wooldridge ▮▮▮▮▮ Brian Truong ▮▮▮▮▮ Jamie Wells ▮▮▮▮▮ Huang (MMT) ▮▮▮▮ Victor Zhu ▮▮▮▮ |
| Subject: | Message summary [{"otherUserFbId":null,"threadFbId":5253306054722881}] |
| Attachments: | 288071679_1050603485830570_9084828846149913017_n.png; sticker.png |

Ba Quan Truong (6/16/2022 18:23:01 PDT):
>Just flagging (lmk if I should flag others as well): This seems pretty bad https://themarkup.org/pixel-hunt/2022/06/15/facebook-and-anti-abortion-clinics-are-collecting-highly-sensitive-info-on-would-be-patients. This seems to be an integrity issue on our pixel.

Jamie Wells (6/16/2022 18:33:20 PDT):
>+ tobias. taking a look

Tobias Henry Wooldridge (6/16/2022 18:34:05 PDT):
>This is the publication of one of the articles we flagged last week

Tobias Henry Wooldridge (6/16/2022 18:35:09 PDT):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Tobias Henry Wooldridge (6/16/2022 18:35:17 PDT):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jamie Wells (6/16/2022 18:35:24 PDT):
>dang this is damming...

Jamie Wells (6/16/2022 18:35:25 PDT):
shared: 288071679_1050603485830570_9084828846149913017_n.png

Jamie Wells (6/16/2022 19:18:31 PDT):
>I don't recall this one. where did we net out? (other than ▮▮▮▮▮

Tobias Henry Wooldridge (6/16/2022 19:20:19 PDT):
>It's originating from The Markup's health investigations

Tobias Henry Wooldridge (6/16/2022 19:20:35 PDT):
>They published an article which has been recirculated a bit

Jamie Wells (6/16/2022 19:20:42 PDT):
shared: sticker.png

Tobias Henry Wooldridge (6/16/2022 19:20:43 PDT):
>It wasn't published at the time of the review though

Jamie Wells (6/16/2022 19:21:30 PDT):
>what is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jamie Wells (6/16/2022 19:21:56 PDT):
>+ VZ

Tobias Henry Wooldridge (6/16/2022 20:27:20 PDT):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jamie Wells (6/16/2022 20:31:05 PDT):
>seems like a ███

Tobias Henry Wooldridge (6/16/2022 20:41:51 PDT):
>For #1 ███

Tobias Henry Wooldridge (6/16/2022 20:42:13 PDT):
>We currently ███

Jamie Wells (6/16/2022 20:43:23 PDT):
>⬜

Li Zhou (6/16/2022 22:46:04 PDT):
>+ @Yi who flagged this yesterday @silent

CONFIDENTIAL
PIXEL_HEALTH000525145