# Proposed Redacted Version of Exhibit 67 (Dkt. No. 1154-61)

# EXHIBIT 67

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

CONFIDENTIAL ATTORNEY EYES ONLY

```
                                                        Page 1

 1           IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                 SAN FRANCISCO DIVISION
     _____
 3
                                    )
 4    IN RE: META Pixel              )
      HEALTHCARE LITIGATION          )
 5                                   )
                                     ) NO. 3:22-cv-3580-WHO
 6    This document relates to:      )
      Case 3:22-cv-3580-WHO(Doe)     )
 7                                   )
                                     )
 8
     _____
 9
                  VIDEO-RECORDED DEPOSITION
10                 UPON ORAL EXAMINATION OF
11                     ABHINAV ANAND
     _____
12
13
14                       9:04 A.M.
15                      APRIL 1, 2025
16           LOCATION: BELLEVUE, WASHINGTON
17
                  ** ATTORNEYS' EYES ONLY **
18
19
20
21
22
23
24   REPORTED BY:  VICKY L. PINSON, RPR-CCR Washington 2559
                   California No. 9845; Oregon No. 16-0442
25
```

```
                                                          Page 2

 1                    A P P E A R A N C E S
 2
      FOR THE PLAINTIFFS:
 3
              JAY BARNES
 4            Simmons Ha Conroy
              112 Madison Avenue
 5            New York, NY 10016-7416
              212.784.6400
 6            jaybarnes@simmonsfirm.com
 7            ERIC S. JOHNSON
              Simmons Ha Conroy
 8            One Court Street
              Alton, IL 62002
 9            618.259.6275
              ejohnsonsimmonsfirm.com
10
              RYAN TACK-HOOPER
11            Terrell Marshall Law Group, PLLC
              936 N. 34th Street, Ste 300
12            Seattle, WA 98103
              206.816.6603
13            Ryan@terrellmarshall.com
14
      FOR THE DEFENDANT:
15
              ELIZABETH K. McCLOSKEY
16            Gibson Dunn
              One Embarcadero Center, Ste 2600
17            San Francisco, CA 94111
              415.393.4622
18            Emccloskey@gibsondunn.com
19            MATT BUONGIORNO
              Gibson Dunn
20            2001 Ross Avenue, Ste 2100
              Dallas, TX 75201
21            214.698.3204
              Mbuongiorno@gibsondunn.com
22
              VERONICA NAUTS - Meta counsel
23
24    VIDEOGRAPHER:
              MICHAEL HEHENKAMP, Video Specialist
25
```

CONFIDENTIAL ATTORNEY EYES ONLY

```
                                                         Page 7
 1    Nauts of Meta.
 2              THE VIDEOGRAPHER:  Thank you.  The court
 3    reporter is Vicky Pinson, who will now swear in the
 4    witness.
 5                         *   *   *
 6
 7                       ABHINAV ANAND,
 8    sworn as a witness by the Certified Court Reporter,
 9    testified as follows:
10
11                        EXAMINATION
12    BY MR. BARNES:
13        Q.  Good morning, Mr. Anand.  Can you state your
14    name for the record?
15        A.  Good morning.  My name is Abhinav Anand.
16        Q.  And, Mr. Anand, is it okay if I call you
17    Mr. Anand?
18        A.  That's fine.
19        Q.  Okay.  Have you ever testified in a deposition
20    before?
21        A.  No.  This is my first time.
22        Q.  Okay.
23              MS. MCCLOSKEY:  Can I -- sorry, I don't
24    want to interrupt you.  Can we -- is there realtime?
25              THE REPORTER:  There should be.
```

Page 91

```
 1    pair as a pre context.
 2         Q.   So can you -- ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬?
 5              MS. MCCLOSKEY:  Object to form.  Vague and
 6    ambiguous.
 7         A.   I did not say it was not searching for
 8    non-custom data.  My testimony was that ▬▬▬▬▬ was
 9    designed to take ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  Those were, to my
11    understanding had a free form data like nonstandard
12    data coming into Meta.
13         Q.   Are there any other items besides ▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ the health
15    portion of the filter used for ▬▬▬▬▬▬▬▬?
16              MS. MCCLOSKEY:  Object to form.  Calls for
17    speculation.  Vague and ambiguous.
18         A.   I don't recall.  No.
19         Q.   Would the -- okay, with respect to the ▬▬
      ▬▬▬▬▬▬ what is that?
21         A.   I have a limited understanding of the ▬▬
      ▬▬▬▬▬▬  This was, again, an ML model developed in
23    partnership with a different team.  And Signals
24    Integrity was a user of that.  So similar to the ▬▬
      ▬▬▬▬ same properties were given to the ▬▬▬▬▬▬ to
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 22-cv-03580 |

**ERRATA SHEET FOR THE TRANSCRIPT OF THE APRIL 1, 2025, DEPOSITION OF ABHINAV ANAND**

| Page(s) | Line(s) | Change | Reason |
|---|---|---|---|
| 8 | 17 | **From**: And the o thing I ask is we not break in <br> **To**: And the only thing I ask is we not break in | Typographical |
| 11 | 4 | **From:** Convergence API, Offline Convergence <br> **To:** Conversions API, Offline Conversions | Typographical |
| 12 | 13, 14 | **From**: Convergence API <br> **To**: Conversions API | Typographical |
| 16 | 24 | **From**: What do you mean by an o channel end point? <br> **To**: What do you mean by an only channel endpoint? | Typographical |
| 18 | 4 | **From:** fit <br> **To:** fed | Typographical |
| 19 | 8 | **From**: tables for all the Pixel data. <br> **To**: tables for the Pixel data. | Mistranscription |
| 19 | 20 | **From:** Signalling the 50 ad or source classification system <br> **To:** using the old source classification system | Mistranscription |
| 22 | 20 | **From**: real data on its inter-Meta system. <br> **To**: real data when it's in to the Meta system. | Mistranscription |
| 24 | 5 | **From:** assist <br> **To:** assess | Mistranscription |
| 25 | 18 | **From:** traded to <br> **To:** attempted to | Mistranscription |
| 25 | 19 | **From:** traded to <br> **To:** attempted to | Mistranscription |
| 27 | 4 | **From:** health, but health was . . . <br> **To:** prohibited, but health was . . . | Mistranscription |
| 27 | 15 | **From:** teammates were working on a defined what . . . <br> **To:** teammates were working on identifying what . . . | Mistranscription |

1

| Page(s) | Line(s) | Change | Reason |
|---|---|---|---|
| 82 | 16 | **From:** I interacted with was one of my co-workers, Amlesh and<br>**To:** I interacted with was one of my co-workers, Amlesh<br>[delete extraneous "and"] | Mistranscription |
| 83 | 16 | **From:** looking at Integrated Notification system<br>**To:** looking at Integrity Notification system | Typographical |
| 84 | 2 | **From:** There's o four,<br>**To:** There's only four, | Typographical |
| 86 | 18 | **From:** So I<br>**To:** So a | Mistranscription |
| 86 | 19 | **From:** was starting with EM follow by any letter. And any<br>**To:** word starting with EM follow by any letter, and any | Mistranscription |
| 86 | 21 | **From:** So the expression is a way of finding patterns and<br>**To:** So regular expression is a way of finding patterns and | Mistranscription |
| 87 | 9 | **From:** ███████<br>**To:** ███████ | Mistranscription |
| 88 | 23 | **From:** each of those properties were featured separately<br>**To:** each of those properties were filtered separately | Mistranscription |
| 89 | 20 | **From:** prediction with this given property is health or not<br>**To:** prediction whether this given property is health or not | Mistranscription |
| 91 | 1 | **From:** pair as a pre context<br>**To:** pair as a free form text | Mistranscription |
| 92 | 2 | **From:** outcome was used to determine data or not.<br>**To:** outcome was used to determine to filter the data or not. | Mistranscription |
| 94 | 4 | **From:** ███████<br>**To:** ███████ | Mistranscription |
| 94 | 12 | **From:** o send uvhealth.com, it's not query parameters.<br>**To:** only send uvhealth.com, it's not query parameters. | Typographical |
| 94 | 13 | **From:** O standard event<br>**To:** Only standard event | Typographical |

4

| Page(s) | Line(s) | Change | Reason |
|---|---|---|---|
| 273 | 5 | **From:** So the Precision, to my understanding, refers<br>**To:** So the average precision, to my understanding, refers | Mistranscription |
| 273 | 11 | **From:** It's a standard precision.<br>**To:** It's a standard definition of ML models, what average precision means. | Mistranscription |
| 278 | 18 | **From:** Pixel I.D.<br>**To:** Pixel I.D.  You could ▮▮▮▮▮▮▮ | Mistranscription |
| 279 | 3 | **From:** So you could run query in that query tool.<br>**To:** So you could run ▮▮▮▮▮▮▮ tool. | Mistranscription |
| 279 | 18 | **From:** columns in the table and say I o want to pull the<br>**To:** columns in the table and say I only want to pull the | Typographical |
| 279 | 20 | **From:** Could you say I o<br>**To:** Could you say I only | Typographical |
| 280 | 2 | **From:** speaking, yes, you can o ask for specific columns.<br>**To:** speaking, yes, you can only ask for specific columns. | Typographical |
| 280 | 20 | **From:** table address I.D. is a column.  You can run a query to<br>**To:** table, if a ▮▮▮▮ is a column, you can run a query to | Mistranscription |

## CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Signed by:

*Abhinav Anand*
47B1BEACD4A341B...

_____
Abhinav Anand

23-May-2025 | 5:22 PM BST

_____
Date

17

CONFIDENTIAL ATTORNEY EYES ONLY

Page 286

1          REPORTER'S CERTIFICATE

3    I VICKY L. PINSON, RPR-CCR, the undersigned
4    Certified Court Reporter, authorized to administer
5    oaths and affirmations in and for the states of
6    Washington, Oregon and California, do hereby certify:
7        That the sworn testimony and/or proceedings, a
8    transcript of which is attached, was given before me at
9    the time and place stated therein; that the witness was
10   duly sworn or affirmed to testify to the truth; that
11   the testimony and/or proceedings were stenographically
12   recorded by me and transcribed under my supervision.
13       That the foregoing transcript contains a full,
14   true, and accurate record of all the testimony and/or
15   proceedings occurring at the time and place stated in
16   the transcript; that a review of which was requested.
17       That I am in no way related to any party to the
18   matter, nor to any counsel, nor do I have any financial
19   interest in the event of the cause.

     WITNESS MY HAND this 14th day of April, 2025.

23   _____
     VICKY L. PINSON, RPR-CCR
24   Washington Certified Court Reporter, No. 2559
     Oregon State Certified Court Reporter, No. 16-0442
25   California State Certified Court Reporter, No. 9845.