# Proposed Redacted Version of Exhibit 69 (Dkt. No. 1154-63)

# EXHIBIT 69

## FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Message

| | |
|---|---|
| **From:** | Tulika Jha [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1D6E1EB71A76459A91640C472B32273A-TULIKA] |
| **Sent:** | 10/21/2022 12:46:44 PM |
| **To:** | Josh Newman ███████████ ]; Goksu Nebol-Perlman ███████████ |
| **CC:** | Gunjan Paliwal [ ███████ |
| **Subject:** | FW: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV) |
| **Attachments:** | image001.gif |

FYI Only

We are hoping such incidents will reduce to a large extent, ███ ███ ███ (launch timelines highlighted below).

**From:** Gunjan Paliwal ███████████
**Date:** Friday, October 21, 2022 at 12:43 PM
**To:** Victor Zhu ███████████ Tulika Jha < ███████ , Charity Hemphill-Frierson ███████████
**Cc:** Preston Landers ███████████
**Subject:** Re: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

Hi Tulika,

Not sure about these two specific cases but in general yes as much of the narrative in recent media articles about the Meta Pixel revolves around sensitive health data that is getting shared primarily through Automatic Events, which is a mechanism that transmits structured metadata and descriptions of which buttons are clicked to Meta and we now plan to ███████████
███████████.

███████████ ███ ███ ▬ ███████████ is one of our key initiatives of our broader ███████████ ▮ ███████ plan but we are working towards few more initiatives as part of these work streams such as ███████████ etc. that will get rolled out in H1 2023. These efforts would help us in preventing and mitigating these issues.

We would be rolling out Disabling Automatic Events and Automatic Advanced Matching (AAM) in two phases:

Best,
Gunjan

**From:** Victor Zhu ███████████████ >
**Sent:** Thursday, October 20, 2022 4:23 PM
**To:** Tulika Jha █████████ Gunjan Paliwal ████████████ ; Charity Hemphill-Frierson ███████████
**Cc:** Preston Landers █
**Subject:** Re: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

+@Charity Hemphill-Frierson

**From:** Tulika Jha ████████████
**Date:** Thursday, October 20, 2022 at 3:25 PM
**To:** Gunjan Paliwal ████████████ Victor Zhu ███████████
**Cc:** Preston Landers █
**Subject:** FW: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

Quick question: Will our work about the ██████ ████████ ███ ███ ██████████████████ ██ ███████

**From:** Dale Hogan ███████████████
**Date:** Thursday, October 20, 2022 at 3:09 PM
**To:** David Ginsberg ████████ , John Hegeman ████ Ty Ahmad-Taylor ████ Goksu Nebol-Perlman ██, Dennis Buchheim █ Rob Sherman < ████ Tucker Bounds ████████
Nissa Anklesaria ████ , Lena Pietsch █ , Joel Kaplan █ , Kevin Martin ████████ Greg Maurer █ Brian Rice < █ Lindsay Elin ██████ >
**Cc:** Kristen Durkin ███ Josh Newman █ , Fred Leach █ Manish Singhal ██████ , Tulika Jha █ Preston Landers █ Emily Thompson ██ Julia Eisman █ , Elizabeth Vincent █ , Billy Florkowski ██ Abbas Ravjani < ████ Isabella Leone █ Jose Rodriguez (Legal) ██ >, Sarah Stoller █ , Pedro Pavon █ >, Anjali Dahiya ████████ ,
Jamie Wells ███ , Steve Satterfield █ , Gerardo Cantu █ , Gunjan Paliwal ██ >, bizcomms <b ██ , GBG L] Brett Pailet █ Nazneen Mehta ██ Jimmy Raimo █ , Andy Stone █ Chajin Wu ███ Jackie Rovine █ >, Kim Solow ████ Faith Eischen █ Annie Lewis ██

Kathleen Marie Canfield[                    ]                    Dina Luce[          ]                              , Emil Vazquez[          ]                    Lindsey Held
[                    ]          Sarah Binning[          ]                    [          ], James Covey[          ]                    Joan Li[          ]                    Thomas
Richards[                    ]          >, Elana Widmann[                    ]                    Iska Saric[          ]

**Subject:** Re: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

This afternoon, The Markup (link) continued their series on Pixel and sensitive health information following Sen. Warner's letter to Mark requesting information on how our pixel works and its safeguards. There were also two "data breach" notifications today as described by Advocate Aurora Health and WakeMed that they included as part of their story.

While we work to engage with Aurora and WakeMed through our sales teams, we have provided our holding statement on our Business Tools, which The Markup included. We've also received press inbounds today on Sen. Warner's letter from Reuters, Communications Daily, etc., however no other inquiries have followed as of this evening.

We are monitoring for coverage and will continue to update this distro as needed.

Please see below for the full story.

+++

### Senator Questions Zuckerberg About Facebook's Collection of "Sensitive Health Information"

*By Todd Feathers and Simon Fondrie-Teitler*

*October 20, 2022 14:40 ET*

On Thursday—days after millions of patients across the country learned that their hospital may have leaked their medical information to Meta—Sen. Mark Warner (D-VA) requested that the tech giant answer questions about its pixel tracking tool and the sensitive personal data it collects.

"I am troubled by the recent revelation that the Meta Pixel was installed on a number of hospital websites—including password-protected patient portals—and sending sensitive health information to Meta when a patient scheduled an appointment online," Warner wrote in a letter to CEO Mark Zuckerberg, citing a Markup investigation that revealed at least 33 top hospitals and seven health systems were sharing patient information through the Meta Pixels embedded on their websites. He also cited another Markup investigation that found the Meta Pixel collecting sensitive data from forms on the federal student aid website.

In an email to The Markup, Warner said: "Meta's collection of user data without their knowledge or consent is wrong and begs the question—what is Meta doing [with] the information they are collecting? I am asking Meta to provide information into their data collection practices, including what information the company has access to, and how it is being used. I am especially concerned that the tracking tool Meta Pixel has allowed the company to access sensitive health information. At a time when more and more health care has moved online, it is critical that we do everything we can to protect patients using online health to receive care."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

In the letter to Meta, Warner asked the company what information it receives from its pixel, how it stores that data, and whether the information is used to target advertisements. The senator also asked how Meta protects "sensitive health information" and about a filtering system that is supposed to screen such data before it is stored, but which was "not yet operating with complete accuracy," according to a report last year from the New York State Department of Financial Services.

Warner is the second senator in recent weeks to demand answers from Meta, the parent company of Facebook and Instagram, about its tracking tools and use of sensitive health information. In September, Sen. Jon Ossoff (D-GA) asked Meta chief product officer Chris Cox similar questions during a live hearing. Cox promised to respond in writing.

"Advertisers should not send sensitive information about people through our Business Tools, as doing so is against our policies," Meta spokesperson Dale Hogan wrote in an email to The Markup. "We educate advertisers on properly setting up Business Tools to prevent this from occurring. Our system is designed to filter out potentially sensitive data it is able to detect."

Since Ossoff's questioning one month ago, two more health systems have sent data breach notifications to approximately 3.5 million patients, warning them that their health information may have been improperly leaked to Meta.

Last week, Wisconsin- and Illinois-based Advocate Aurora Health notified the Department of Health and Human Services' Office for Civil Rights that as many as 3 million patients may have been affected by the data breach. In a notification posted to its website, the health system warned all patients who had booked an appointment through its site or used its MyChart portal that their sensitive data may have been shared not only with Facebook, but also with Google.

The same day, WakeMed, a North Carolina-based health system, notified patients that their data may have been shared with Facebook. Close to 500,000 patients were notified, according to the Raleigh News & Observer. Another North Carolina health system, Novant Health, previously notified 1.3 million patients of its own breach.

The health systems said that the compromised information could include patient names, addresses, IP addresses, details about appointments, and in some cases, information about allergies, vaccination status, and communications with providers.

As part of our investigation, The Markup used data submitted by real patients who participated in our Pixel Hunt project in collaboration with Mozilla Rally. Data from the project showed that Meta Pixels also collected details about patients' medications and their answers to questions about sensitive topics such as sexuality.

As of Oct. 20, at least 35 out of the 40 hospitals and health systems The Markup found sending patient data to Meta had removed or disabled the Meta Pixels on their websites.

Meta is also facing at least five class-action lawsuits from patients alleging that its pixel's collection of data on hospital websites violates various state and federal laws.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**From:** Dale Hogan
**Date:** Monday, September 19, 2022 at 3:09 PM
**To:** David Ginsberg, John Hegeman, Ty Ahmad-Taylor, Goksu Nebol-Perlman, Dennis Buchheim, Rob Sherman, Tucker Bounds, Nissa Anklesaria, Lena Pietsch, Joel Kaplan, Kevin Martin, Greg Brian Rice, Lindsay Elin
**Cc:** Kristen Durkin, Josh Newman, Fred Leach, Manish Singhal, Tulika Jha, Preston Landers, Emily Thompson, Julia Eisman, Elizabeth Vincent, William Florkowski, Abbas Ravjani, Isabella Leone, Jose Rodriguez (Legal), Sarah Stoller, Pedro Pavon, Anjali Dahiya, Jamie Wells, Steve Satterfield, Gerardo Cantu, Gunjan Paliwal, bizcomms, GBG LT, Brett Pailet, Nazneen Mehta, Jimmy Raimo, Andy Stone, Chajin Wu, Jackie Rovine, Kim Solow, Faith Eischen, Annie Lewis, Kathleen Marie Canfield, Dina El-Kassaby, Emil Vazquez, Lindsey Held, Sarah Binning, James Covey, Joan Li, Thomas Richards

**Subject:** Re: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

The Markup posted its story today that covered questions from last week's Senate Homeland Security and Governmental Affairs Committee hearing around hospital data being allegedly sent through the Pixel.

Outside of last week's hearing, nothing in the story was net-new as far as allegations being brought to light. As such, they used our original statement on our Business Tools policies and sensitive data filtering.

Full text can be found below.

**The Markup:** Meta Faces Mounting Questions from Congress on Health Data Privacy As Hospitals Remove Facebook Tracker

*After a Markup investigation in June, 28 hospitals removed the Meta Pixel or blocked it from sending patient information to Facebook*

*By Todd Feathers and Simon Fondrie-Teitler*

Meta is facing mounting questions about its access to sensitive medical data following a Markup investigation that found the company's pixel tracking tool collecting details about patients' doctor's appointments, prescriptions, and health conditions on hospital websites.

During a Senate Homeland Security and Governmental Affairs Committee hearing on Wednesday, Sen. Jon Ossoff (D-GA) requested that Meta—the parent company of Facebook and Instagram—provide a "comprehensive and precise" accounting of the medical information it keeps on users.

"There's been substantial public reporting, controversy, and concern about the Meta Pixel product and the possibility that its deployment on various hospital systems' websites, for example, has enabled Meta to collect private health care data," Ossoff said.

"We need to understand, as the U.S. Congress, whether or not Meta is collecting, has collected, has access to, or is storing, medical or health data for U.S. persons," he added.

In response to Ossoff's question about whether Meta has medical or health care data about its users, Meta chief product officer Chris Cox responded, "Not to my knowledge." Cox also promised to follow up with a written response to the committee.

In June, The Markup reported that Meta Pixels on the websites of 33 of Newsweek's top 100 hospitals in America were transmitting the details of patients' doctor's appointments to Meta when patients booked on the websites. We also found Meta Pixels inside the password-protected patient portals of seven health systems collecting data about patients' prescriptions, sexual orientation, and health conditions.

Former regulators told The Markup that the hospitals' use of the pixel may have violated the Health Information Portability and Accountability Act (HIPAA) prohibitions against sharing protected health information.

"Advertisers should not send sensitive information about people through our Business Tools," Meta spokesperson Dale Hogan wrote to The Markup in an emailed statement. "Doing so is against our policies and we educate advertisers on properly setting up Business tools to prevent this from occurring. Our system is designed to filter out potentially sensitive data it is able to detect."

**Since The Markup's Investigation:**

As of Sept. 15, 28 of the 33 hospitals have removed the Meta Pixel from their doctor booking pages or blocked it from sending patient information to Facebook. At least six of the seven health systems had also removed the pixels from their patient portals. The Markup reached out to the institutions who removed the pixel from their websites after our investigation published in June. As of press time, three institutions—Sanford Health, El Camino Health, and Henry Ford Health—had responded. Read their statements here.

One health system, North Carolina–based Novant Health, mailed data breach notifications to 1.3 million customers following The Markup's report. In the breach notification, Novant Health stated the pixel was added as part of a promotional campaign to encourage use of Novant's MyChart patient portal, but "the pixel was configured incorrectly and may have allowed certain private information to be transmitted to Meta." On Sept. 16, Novant amended its data breach notification post to state that Meta informed the provider that it "generally" filtered out patients' sensitive medical information and that it did "not have information to return or destroy."

The North Carolina attorney general's office stated it was "actively investigating" the hospitals' data sharing after calls from state lawmakers for a probe.

At least five class action lawsuits have been filed against Meta contending that the pixel's data collection on hospital websites broke various state and federal laws. One, filed against the company on behalf of a Baltimore-based MedStar Health System patient, claims that Meta Pixels collected patient information from at least

664 different hospitals' websites. The other lawsuits were brought on behalf of patients of Novant Health and hospitals in San Francisco, Los Angeles, and Chicago.

Meanwhile, developments in another legal case suggest Meta may have a hard time providing the Senate committee with a complete account of the sensitive health data it holds on users.

In March, two Meta employees testifying in a case about the Cambridge Analytica scandal told the U.S. District Court for the Northern District of California that it would be very difficult for the company to track down all the data associated with a single user account.

"It would take multiple teams on the ad side to track down exactly the—where the data flows," one Facebook engineer said, according to the transcript, which was first reported by The Intercept. "I would be surprised if there's even a single person that can answer that narrow question conclusively."

The engineers' comments echo the same worries expressed in a 2021 privacy memo written by Facebook engineers that was leaked to Vice.

"We do not have an adequate level of control and explainability over how our systems use data, and thus we can't confidently make controlled policy changes or external commitments such as 'we will not use X data for Y purpose,' " the memo's authors wrote.



**From:** Dale Hogan
**Date:** Friday, September 16, 2022 at 5:01 PM
**To:** David Ginsberg　　　　　　John Hegeman　　　　　>, Ty Ahmad-Taylor　　　　　, Goksu Nebol-Perlman
　　　　Dennis Buchheim　　　　　Rob Sherman　　　　　Tucker Bounds　　　　, Nissa
Anklesaria　　　, Lena Pietsch　　　　Joel Kaplan　　　　　Kevin Martin　　　　, Greg
Maurer　　　>, Brian Rice　　　Lindsay Elin
**Cc:** Kristen Durkin　　　　Josh Newman　　　　>, Fred Leach　　　　Manish Singhal
　　　, Tulika Jha　　　Preston Landers　　　, Emily Thompson　　　　　Julia
Eisman <　　　Elizabeth Vincent　　, William Florkowski <　　>, Abbas Ravjani
Isabella Leone <　　, Jose Rodriguez (Legal)　　　, Sarah Stoller　　　Pedro Pavon
　　, Anjali Dahiya　　Jamie Wells　　, Steve Satterfield <　　Gerardo Cantu
　　Gunjan Paliwal　　, bizcomms <　　, GBG LT　　Brett Pailet
　　, Nazneen Mehta <　　Jimmy Raimo　　Andy Stone　　Chajin Wu
　　Jackie Rovine　　Kim Solow　　Faith Eischen <　　, Annie Lewis
　　Kathleen Marie Canfield　　, Dina El-Kassaby　　>, Emil Vazquez
Lindsey Held　　　Sarah Binning　　James Covey　　Joan L
**Subject:** Re: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The Markup is publishing a story on Monday that will re-up their previous stories on the Meta pixel and its use on hospitals websites. They are going to use the Senate Homeland Security and Governmental Affairs Committee meeting as a hook. Specifically, Chris Cox's response to the question "Does Meta have or collect any healthcare or medical data related to its users or to U.S. persons?" To which he replied, "Senator, not to my knowledge."

The reporter also is asking for additional responses to questions regarding Pixel and our communication with Novant Health, a provider who placed a notice on their website in August categorizing their use of pixel as a potential "data breach".

As background on Novant specifically, our conversations with them are ongoing, and we are working with them to explain our filtration system and policies.

In terms of our comms response to this story, we are going to share the following statement back with The Markup, which is inline with past statements we made on previous stories around this topic:

*"Advertisers should not send sensitive information about people through our Business Tools. Doing so is against our policies and we educate advertisers on properly setting up Business tools to prevent this from occurring. Our system is designed to filter out potentially sensitive data it is able to detect. We have been in touch with Novant to explain both our policies and our filtration system." - A Meta Spokesperson*

We will monitor for the story and flag when it runs.



**From:** Dale Hogan
**Date:** Wednesday, June 22, 2022 at 10:24 AM
**To:** David Ginsberg                    John Hegeman                    Ty Ahmad-Taylor                    Goksu Nebol-Perlman
                    Dennis Buchheim                    , Rob Sherman                    , Tucker Bounds                    >, Nissa
Anklesaria                    Lena Pietsch                    Joel Kaplan                    , Kevin Martin                    Greg
Maurer                    Brian Rice                    Lindsay Elin
**Cc:** Jay Nancarrow                    Kristen Durkin                    , Josh Newman                    com>, Fred Leach                    Manish
Singhal                    >, Tulika Jha                    >, Preston Landers                    Emily Thompson
Julia Eisman                    , Elizabeth Vincent                    , William Florkowski                    Abbas Ravjani
                    , Isabella Leone                    Jose Rodriguez (Legal)                    Sarah Stoller
                    Pedro Pavon                    >, Anjali Dahiya                    Jamie Wells                    Steve Satterfield
                    om>, Gerardo Cantu                    >, Gunjan Paliwal                    , bizcomms                    GBG LT
                    Brett Pailet                    Nazneen Mehta                    , Jimmy Raimo                    Andy Stone
                    Tia Gilford                    Chajin Wu                    Jackie Rovine                    Kim Solow
                    m>, Faith Eischen                    , Annie Lewis                    Kathleen Marie Canfield                    Dina
El-Kassaby                    Emil Vazquez
**Subject:** Re: [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

Following is the story in The Markup as part of their "Pixel Hunt" series, focused on client, Nemours Health. The article is straightforward, mostly a continuation of last week's newscycle on sensitive health data and sensitivities around HIPAA. Information they alleged the website was sending through the pixel including Facebook visitors' IP addresses, information about the specific doctor and specialty the patient was scheduling an appointment with, and in some cases — hashed first and last names of the child the appointment was for.

Notably, the article called out Nemours Health website for having a total of nine ad trackers and 10 third-party cookies, as well as 25 ad trackers and 38 third party cookies on their scheduling site from Facebook, Oracle, Amazon and Google. They did include our statement we provided, which helped balance out the story.

We also connected with Nemours Health this week to discuss how to properly set up their Pixel to ensure sensitive data is not passed on to us.

+++

## This Children's Hospital Network Was Giving Kids' Information to Facebook

Alfred Ng and Simon Fondrie-Teitler

*When parents scheduled an appointment for their children on the Nemours page, Facebook received that information*

One of the largest pediatric networks in the country was sending personal information about children and their parents to Facebook, The Markup found. Nemours Children's Health, which serves nearly half a million families in the U.S., had a Facebook tracking tool on its appointment scheduling website that shared details about the appointment with Facebook.

The site also had a handful of other third-party trackers that share potentially sensitive information with data brokers. The Markup could not always determine what information the trackers were sending to data brokers, simply that the trackers were present. With Meta's tracker, however, we found the Nemours site sending Facebook visitors' IP addresses, information about the specific doctor and specialty the patient was scheduling an appointment with, and in some cases the first and last name of the child the appointment was for.

That information, in combination with other data available to Facebook, could be used to link health conditions to individuals and to the Facebook profiles of their parents.

And experts say the data-sharing with Facebook could violate patient privacy laws. The Health Insurance Portability and Accountability Act (HIPAA) covers health care providers like Nemours and services they provide, like scheduling appointments, said Charlotte Tschider, an assistant professor at Loyola University with a focus on information privacy and the health care industry.

After The Markup reached out to Nemours, many of the trackers on the scheduling site were removed, but trackers from Facebook, Google, and Salesforce remained. Last week, after The Markup published a story about dozens of hospitals sharing the sensitive health information of patients with Facebook, Nemours removed the Facebook tracker as well.

PIXEL_HEALTH001377986

Not all health data is covered under HIPAA. The law specifically applies to health care providers, health insurance providers, and health care data clearinghouses. It also applies to companies that do businesses on behalf of those organizations, Tschider said.

"When you are going to a covered entity's website, and you're entering information related to scheduling an appointment, including your actual name, and potentially other identifying characteristics related to your medical condition, there's a strong possibility that HIPAA is going to apply in those situations," Tschider said.

The Markup found trackers on the Nemours site through our website scanning tool, Blacklight.

A scan on May 9 showed the main website of the children's health network, which boasts more than 95 locations in four states, had nine ad trackers and 10 third-party cookies. But its scheduling site had more than double the number of trackers, with 25 ad trackers and 38 third-party cookies, including from companies like Facebook, Amazon, and Google. There were also trackers from data brokers like Oracle, a tech giant that boasts data insights on more than 80 percent of the U.S. internet population, the advertising platform MediaMath, and LiveRamp, which operates a data marketplace.

Blacklight also detected a session recorder on the page from the company Mouseflow. Session recorders can potentially track what people click on a page. Mouseflow's website states the company will sign a Business Associate's Agreement, a legal agreement that needs to be in place to allow a HIPAA-covered organization to transfer covered health data to a third party. When we asked whether such an agreement was in place between Nemours and Mouseflow, Mouseflow did not respond to the question.

"Mouseflow does not allow the recording of PII or PHI. Mouseflow automatically masks IP addresses and all information website visitors are typing into form fields and search fields. This information is not being recorded," Jakob Ohlsen Baagø, director of enterprise sales at Mouseflow, wrote in an email. "According to our terms, our customers are not allowed to record any PII or PHI and Mouseflow offers all the necessary tools to easily comply with this."

Nemours Children's Health did not respond to our requests for comment.

Facebook collects data from websites through the Meta Pixel, an analytics and marketing tool that developers can install on their websites. In 2018, Facebook told U.S. lawmakers that its pixel was embedded in more than two million websites.

The pixel can log specific actions on a page, like if a person adds an item to their shopping cart on a retail site or signs up for a free trial of a product. The pixel is also present on non-commercial sites. The Markup recently found Facebook trackers on the Department of Education's federal student aid application site. In that case, we found that Facebook was receiving such information from the FAFSA site as an applicant's first name, last name, country, phone number, and email address.

Meta spokesperson Dale Hogan told The Markup that the company has systems that are supposed to detect and block sensitive health information coming from the pixel and other tracking tools.

PIXEL_HEALTH001377987

"Advertisers should not send sensitive information about people through our Business Tools as doing so is against our policies. While our system is designed to filter out potentially sensitive data it is able to detect, we are reaching out to Nemours Health directly," Hogan said in an emailed statement.

The Markup could not determine whether the Nemours data was in fact removed before storage, and Hogan did not comment on whether or not the data was retained or used by Facebook. A recent joint investigation by Reveal and The Markup found that the filters did not block information about appointments a reporter requested with crisis pregnancy centers.

Pixels are primarily used by marketers who want to run targeted ads based on the data that Facebook collects—and hospitals aren't immune to advertising needs. Health care companies spent more than $2.5 billion on marketing in 2018, according to a study in the Journal of Medicine and Life.

The study noted that digital marketing gives the health care industry the "potential to significantly increase its coverage." But privacy advocates worry that such marketing campaigns could end up leaking sensitive information about patients.

"The hospitals have been incredibly greedy in trying to take advantage of social and digital media to capture potential new patients and to retain existing ones," Jeff Chester, executive director of the Center for Digital Democracy, said. "They mindlessly adopted Facebook's pixel at the beginning of Facebook's expansion without thinking of the consequences."

AddThis, a marketing company that Oracle bought in 2016, has trackers on the scheduling page but not the main website. The company offers a free tool that loads tracking cookies and pixels, claiming to collect "up to 30 data points" from each visitor, The Markup reported in 2020.

"Once companies know there's a child that's sick in the household, you can market to that child quite differently, you can appeal to emotions better, you can market to the family," Katharina Kopp, the deputy director of policy at the Center for Digital Democracy, said. "The data that is out there undermines our rights to move around without being profiled and compared to people like us."

Experts said HIPAA requires covered entities like Nemours to protect health information that is linked to 18 kinds of personally identifiable information, including IP addresses.

"So using a name, an appointment date, or an IP address in connection with health services of a covered entity would likely qualify for HIPAA [protected health information] status," Tschider, the Loyola professor, said.

The law provides an exemption for de-identified health information or in specific instances where patients consent to sharing their information. While the Meta Pixel hashes patients' names before it collects that data from Nemours' website, hashing would not prevent Facebook from being able to link a patient to their Facebook profile. In addition, the data can be sent alongside Facebook cookies that allow Facebook to link a user of the scheduling site to their Facebook profile and an IP address.

"It is particularly unfair to do this about children," Kopp said. "This is going to stick with the family and the child, potentially, for the rest of his or her life."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**From:** Dale Hogan
**Date:** Thursday, June 16, 2022 at 7:19 PM
**To:** David Ginsberg ████████████, John Hegeman ████████████ Ty Ahmad-Taylor ████████████, Goksu Nebol-Perlman ██████ >, Dennis Buchheim ██████ Rob Sherman ████ , Tucker Bounds ████████ Nissa Anklesaria ████ , Lena Pietsch ████ Joel Kaplan ████ .com>, Kevin Martin ████ , Greg Maurer ████ Brian Rice ████ Lindsay Elin ████
**Cc:** Jay Nancarrow ████ Kristen Durkin ████ Josh Newman ████ Fred Leach ████ , Manish Singha ████ Tulika Jha ████ , Preston Landers ████ , Emily Thompson ████ , Julia Eisman ████ , Elizabeth Vincent ████ William Florkowski ████ m>, Abbas Ravjani ████ Isabella Leone ████ Jose Rodriguez (Legal) ████ , Sarah Stoller Pedro Pavon ████ Anjali Dahiya ████ ▌ Wells ████ Steve Satterfield Gerardo Cantu ████ , Gunjan Paliwal ████ , bizcomms ████ GBG LT Brett Pailet ████ Nazneen Mehta ████ >, Jimmy Raimo ████ Andy Stone ████ , Tia Gilford ████ , Chajin Wu ████ Jackie Rovine < ████ , Kim Solow Faith Eischen ████ >

**Subject:** [Flag]: The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

This morning, The Markup ran its story regarding sensitive patient data in collaboration with Reveal News. The story made it to #2 on TechMeme, but there was only light pickup in The Verge and Mashable.

While the article includes our statement and links to the Help Center article on our policies around sensitive health information, the majority of the article focuses on the sensitivities around HIPAA. Specifically, the article questions if these businesses are in direct violation of HIPAA (though notes that Facebook itself is not subject to HIPAA) as well as why HIPAA-compliant entities should be allowed to use tools like the Pixel. The story quotes the U.S. Department of Health and Human Services' Office for Civil Rights (which enforces HIPAA), who expresses concern, and the hospitals included in the investigation, several of which removed their Pixel "out of an abundance of caution" after The Markup reached out.

We received an inquiry from Bloomberg this morning on this particular story, which we responded to with a slightly updated statement – leaning stronger into our policies. Press inbound is otherwise low, but will use this revised statement moving forward.

**Updated Statement**

*"Advertisers should not send sensitive information about people through our Business Tools. Doing so is against our policies and we educate advertisers on properly setting up Business tools to prevent this from occurring. Our system is designed to filter out potentially sensitive data it is able to detect." – A Meta Spokesperson*

| In addition, | Redacted - Privileged |
|---|---|
| | Redacted - Privileged |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# **Redacted - Privileged**

**Redacted - Privileged**                                                                                           Brett Pailet - please let us know if
you have additional counsel here.

Thanks,

Dale

+++

## Facebook Is Receiving Sensitive Medical Information from Hospital Websites

**The Markup, Todd Feathers, Simon Fondrie-Teitler, Angie Waller, and Surya Mattu**

A tracking tool installed on many hospitals' websites has been collecting patients' sensitive health information—including details about their medical conditions, prescriptions, and doctor's appointments—and sending it to Facebook.

The Markup tested the websites of Newsweek's top 100 hospitals in America. On 33 of them we found the tracker, called the Meta Pixel, sending Facebook a packet of data whenever a person clicked a button to schedule a doctor's appointment. The data is connected to an IP address—an identifier that's like a computer's mailing address and can generally be linked to a specific individual or household—creating an intimate receipt of the appointment request for Facebook.

**A Third of Top Hospitals' Websites Sent Patient Data to Facebook**

The Markup found 33 of Newsweek's top 100 hospitals in the country sending sensitive data to Facebook via the pixel. Data accurate as of June 15, 2022.

On the website of University Hospitals Cleveland Medical Center, for example, clicking the "Schedule Online" button on a doctor's page prompted the Meta Pixel to send Facebook the text of the button, the doctor's name, and the search term we used to find her: "pregnancy termination."

Clicking the "Schedule Online Now" button for a doctor on the website of Froedtert Hospital, in Wisconsin, prompted the Meta Pixel to send Facebook the text of the button, the doctor's name, and the condition we selected from a dropdown menu: "Alzheimer's."

The Markup also found the Meta Pixel installed inside the password-protected patient portals of seven health systems. On five of those systems' pages, we documented the pixel sending Facebook data about real patients who volunteered to participate in the Pixel Hunt project, a collaboration between The Markup and Mozilla Rally. The project is a crowd-sourced undertaking in which anyone can install Mozilla's Rally browser add-on in order to send The Markup data on the Meta Pixel as it appears on sites that they visit. The data sent to hospitals included the names of patients' medications, descriptions of their allergic reactions, and details about their upcoming doctor's appointments.

## Health Systems with Meta Pixels on Their Patient Portals

The Markup identified seven health systems that had installed pixels inside their password-protected patient portals. Data accurate as of as of June 15, 2022.

Former regulators, health data security experts, and privacy advocates who reviewed The Markup's findings said the hospitals in question may have violated the federal Health Insurance Portability and Accountability Act (HIPAA). The law prohibits covered entities like hospitals from sharing personally identifiable health information with third parties like Facebook, except when an individual has expressly consented in advance or under certain contracts.

Neither the hospitals nor Meta said they had such contracts in place, and The Markup found no evidence that the hospitals or Meta were otherwise obtaining patients' express consent.

"I am deeply troubled by what [the hospitals] are doing with the capture of their data and the sharing of it," said David Holtzman, a health privacy consultant who previously served as a senior privacy adviser in the U.S. Department of Health and Human Services' Office for Civil Rights, which enforces HIPAA. "I cannot say [sharing this data] is for certain a HIPAA violation. It is quite likely a HIPAA violation."

University Hospitals Cleveland Medical Center spokesperson George Stamatis did not respond to The Markup's questions but said in a brief statement that the hospital "comport[s] with all applicable federal and state laws and regulatory requirements."

After reviewing The Markup's findings, Froedtert Hospital removed the Meta Pixel from its website "out of an abundance of caution," Steve Schooff, a spokesperson for the hospital, wrote in a statement.

As of June 15, six other hospitals had also removed pixels from their appointment booking pages and at least five of the seven health systems that had Meta Pixels installed in their patient portals had removed those pixels.

The 33 hospitals The Markup found sending patient appointment details to Facebook collectively reported more than 26 million patient admissions and outpatient visits in 2020, according to the most recent data available from the American Hospital Association. Our investigation was limited to just over 100 hospitals; the data sharing likely affects many more patients and institutions than we identified.

Facebook itself is not subject to HIPAA, but the experts interviewed for this story expressed concerns about how the advertising giant might use the personal health data it's collecting for its own profit.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"This is an extreme example of exactly how far the tentacles of Big Tech reach into what we think of as a protected data space," said Nicholson Price, a University of Michigan law professor who studies big data and health care. "I think this is creepy, problematic, and potentially illegal" from the hospitals' point of view.

The Markup was unable to determine whether Facebook used the data to target advertisements, train its recommendation algorithms, or profit in other ways.

Facebook's parent company, Meta, did not respond to questions. Instead, spokesperson Dale Hogan sent a brief email paraphrasing the company's sensitive health data policy.

"If Meta's signals filtering systems detect that a business is sending potentially sensitive health data from their app or website through their use of Meta Business Tools, which in some cases can happen in error, that potentially sensitive data will be removed before it can be stored in our ads systems," Hogan wrote.

Meta did not respond to follow-up questions, but Hogan appears to be referencing a sensitive health information filtering system that the company launched in July 2020 in response to a Wall Street Journal article and New York Department of Financial Services investigation. Meta told the investigators that the filtering system was "not yet operating with complete accuracy," according to the department's February 2021 final report.

The Markup was unable to confirm whether any of the data referenced in this story was in fact removed before being stored by Meta. However, a recent joint investigation with Reveal found that Meta's sensitive health information filtering system didn't block information about appointments a reporter requested with crisis pregnancy centers.

Internally, Facebook employees have been blunt about how well—or not so well—the company generally protects sensitive data.

"We do not have an adequate level of control and explainability over how our systems use data, and thus we can't confidently make controlled policy changes or external commitments such as 'we will not use X data for Y purpose.' " Facebook engineers on the ad and business product team wrote in a 2021 privacy overview that was leaked to Vice.

**"Almost Any Patient Would Be Shocked"**

The Meta Pixel is a snippet of code that tracks users as they navigate through a website, logging which pages they visit, which buttons they click, and certain information they enter into forms. It's one of the most prolific tracking tools on the internet—present on more than 30 percent of the most popular sites on the web, according to The Markup's analysis.

In exchange for installing its pixel, Meta provides website owners analytics about the ads they've placed on Facebook and Instagram and tools to target people who've visited their website.

The Meta Pixel sends information to Facebook via scripts running in a person's internet browser, so each data packet comes labeled with an IP address that can be used in combination with other data to identify an individual or household.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH001377992

HIPAA lists IP addresses as one of the 18 identifiers that, when linked to information about a person's health conditions, care, or payment, can qualify the data as protected health information. Unlike anonymized or aggregate health data, hospitals can't share protected health information with third parties except under the strict terms of business associate agreements that restrict how the data can be used.

In addition, if a patient is logged in to Facebook when they visit a hospital's website where a Meta Pixel is installed, some browsers will attach third-party cookies—another tracking mechanism—that allow Meta to link pixel data to specific Facebook accounts.

And in several cases we found—using both dummy accounts created by our reporters and data from Mozilla Rally volunteers—that the Meta Pixel made it even easier to identify patients.

When The Markup clicked the "Finish Booking" button on a Scripps Memorial Hospital doctor's page, the pixel sent Facebook not just the name of the doctor and her field of medicine but also the first name, last name, email address, phone number, zip code, and city of residence we entered into the booking form.

The Meta Pixel "hashed" those personal details—obscuring them through a form of cryptography—before sending them to Facebook. But that hashing doesn't prevent Facebook from using the data. In fact, Meta explicitly uses the hashed information to link pixel data to Facebook profiles.

Using a free online tool, The Markup was also able to reverse most of our hashed test information that the pixel on Scripps Memorial Hospital's website sent to Facebook.

Scripps Memorial didn't respond to The Markup's questions but it did remove the Meta Pixel from the final webpages in the appointment booking process after we shared our findings with the hospital.

On other hospitals' websites, we documented the Meta Pixel collecting similarly intimate information about real patients.

When one real patient who participated in the Pixel Hunt study logged in to the MyChart portal for Piedmont Healthcare, a Georgia health system, the Meta Pixel installed in the portal told Facebook the patient's name, the name of their doctor, and the time of their upcoming appointment, according to data collected by the participant's Mozilla Rally browser extension.

**The Meta Pixel collects sensitive health information and shares it with Facebook**

The Meta Pixel installed on Piedmont Healthcare's MyChart portal sent Facebook details about a real patient's upcoming doctor's appointment, including date, time, the patient's name, and the name of their doctor

When another Pixel Hunt participant used the MyChart portal for Novant Health, a North Carolina–based health system, the pixel told Facebook the type of allergic reaction the patient had to a specific medication.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The Markup created our own MyChart account through Novant Health to further investigate and found the Meta Pixel collecting a variety of other sensitive information.

Clicking on one button prompted the pixel to tell Facebook the name and dosage of a medication in our health record, as well as any notes we had entered about the prescription. The pixel also told Facebook which button we clicked in response to a question about sexual orientation.

"Our Meta pixel placement is guided by a third party vendor and it has been removed while we continue to look into this matter," Novant spokesperson Megan Rivers wrote in an email.

Epic Systems, the software company behind MyChart, has "specifically recommended heightened caution around the use of custom analytics scripts," Stirling Martin, a senior vice president for the company, wrote in an email.

Facebook is able to infer intimate details about people's health conditions using other means—for example, the fact that a person "liked" a Facebook group associated with a particular disease—but the data collected by pixels on hospitals' websites is more direct. And in sharing it with Facebook, experts said, health care providers risk damaging patients' trust in an increasingly digitized health system.

"Almost any patient would be shocked to find out that Facebook is being provided an easy way to associate their prescriptions with their name," said Glenn Cohen, faculty director of Harvard Law School's Petrie-Flom Center for Health Law Policy, Biotechnology, and Bioethics. "Even if perhaps there's something in the legal architecture that permits this to be lawful, it's totally outside the expectations of what patients think the health privacy laws are doing for them."

Legal Implications

Facebook's data collection on hospital websites has been the subject of class action lawsuits in several states, with mixed results.

Those cases involve types of data that health law experts said are sensitive but less regulated than the health information The Markup documented the Meta Pixel collecting.

In 2016, a group of plaintiffs sued Facebook and a handful of health systems and organizations, alleging that the organizations had breached their own privacy policies and several state and federal laws—including wiretapping and intrusion on seclusion statutes—by collecting data via tracking technology on the health care providers' websites.

The U.S. District Court for the Northern District of California dismissed that case in 2017 for a variety of reasons, including that the plaintiffs failed to prove that Facebook had collected "protected health information," as defined by HIPAA. Rather, the court found, Facebook had tracked plaintiffs on public-facing pages of the websites—such as the homepage or informational pages about diseases—where there was no evidence that the plaintiffs had established a patient relationship with the provider.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH001377994

In 2019, plaintiffs brought a similar class action lawsuit in Suffolk County Superior Court against Massachusetts-based Partners Healthcare System, which has since changed its name to Mass General Brigham, alleging that the system had violated patients' privacy and its own policies by installing the Meta Pixel and other tracking tools on its websites.

The parties settled the case in January, with Mass General Brigham denying the allegations and admitting no wrongdoing or liability but paying $18.4 million to the plaintiffs and their attorneys. After the settlement, Mass General Brigham appears to have removed Meta Pixel and other tracking tools from many of its hospitals' websites—but not all of them.

When The Markup tested the website of Brigham and Women's Faulkner Hospital, clicking the "Request Appointment" button on a doctor's page caused the Meta Pixel to send Facebook the text of the button, the doctor's name, and the doctor's field of medicine. Mass General did not respond to The Markup's request for comment.

As with all such data we found the Meta Pixel collecting, it was sent to Facebook along with our computer's public IP address.

"When an individual has sought out a provider and indicated that they want to make an appointment, at that point, any individually identifiable health information that they've provided in this session, in the past, or certainly in the future, is protected under HIPAA and could not be shared with a third party like Facebook," Holtzman said.

The U.S. Department of Human Services' Office for Civil Rights "cannot comment on open or potential investigations," spokesperson Rachel Seeger wrote in an emailed statement.

"Generally, HIPAA covered entities and business associates should not be sharing identifiable information with social media companies unless they have HIPAA authorization [from the individual] and consent under state law," said Iliana Peters, a privacy lawyer with the firm Polsinelli who previously headed HIPAA enforcement for the Office for Civil Rights.

Patients have the right to file HIPAA complaints with their medical providers, who are required to investigate the complaints, Peters said, adding, "I would hope that institutions would respond quickly to those types of complaints so that they aren't escalated to a state or federal regulator."

Most of the hospitals The Markup contacted for this story did not respond to our questions or explain why they chose to install Meta Pixel on their websites. But some did defend their use of the tracker.

"The use of this type of code was vetted," wrote Chris King, a spokesperson for Northwestern Memorial Hospital, in Chicago. King did not respond to follow-up questions about the vetting process.

King said that no protected health information is hosted on or accessible through Northwestern Memorial's website and that "Facebook automatically recognizes anything that might be close to personal information and does not store this data."

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH001377995

In fact, Meta explicitly states in its business tools terms of service that the pixel and other trackers do collect personally identifiable information for a variety of purposes.

Houston Methodist Hospital, in Texas, was the only institution to provide detailed responses to The Markup's questions. The hospital began using the pixel in 2017, spokesperson Stefanie Asin wrote, and is "confident" in Facebook's safeguards and that the data being shared isn't protected health information.

When The Markup tested Houston Methodist's website, clicking the "Schedule Appointment" button on a doctor's page prompted the Meta Pixel to send Facebook the text of the button, the name of the doctor, and the search term we used to find the doctor: "Home abortion."

Houston Methodist doesn't categorize that data as protected health information, Asin wrote, because a person who clicks the "Schedule Appointment" button may not follow through and confirm the appointment, or, they may be booking the appointment for a family member rather than for themself.

The click doesn't mean they scheduled," she wrote. "It's also worth noting that people often are exploring for a spouse, friend, elderly parent."

Asin added that Houston Methodist believes Facebook "uses tools to detect and reject any health information, providing a barrier that prevents passage of [protected health information]."

Despite defending its use of the Meta Pixel, Houston Methodist Hospital removed the pixel from its website several days after responding to The Markup's questions.

"Since our further examination of the topic is ongoing, we elected to remove the pixel for now to be sure we are doing everything we can to protect our patients' privacy while we are evaluating," Asin wrote in a follow-up email.

Facebook did not launch its sensitive health data filtering system until July 2020, three years after Houston Methodist began using the pixel, according to the New York Department of Financial Services' investigation. And as recently as February of last year, the department reported that the system's accuracy was poor.

That type of Band-Aid fix is a prime example, privacy advocates say, of the online advertising industry's inability to police itself.

"The evil genius of Facebook's system is they create this little piece of code that does the snooping for them and then they just put it out into the universe and Facebook can try to claim plausible deniability," said Alan Butler, executive director of the Electronic Privacy Information Center. "The fact that this is out there in the wild on the websites of hospitals is evidence of how broken the rules are."

**From:** Dale Hogan
**Date:** Wednesday, June 15, 2022 at 8:31 AM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIXEL_HEALTH001377996



**To:** David Ginsberg                    John Hegeman <            , Ty Ahmad-Taylor              Goksu Nebol-Perlman
                    Dennis Buchheim              Rob Sherman                  Tucker Bounds                      Nissa
Anklesaria <nissa@fb.com>, Lena Pietsch              Joel Kaplan            , Kevin Martin                    Greg
Maurer <              , Brian Rice <brianrice@fb.com>, Lindsay Elin <lindsaye@fb.com>
**Cc:** Jay Nancarrow            Kristen Durkin              , Josh Newman                    , Fred Leach          >, Manish
Singhal            Tulika Jha            Preston Landers              Emily Thompson
Julia Eisman              Elizabeth Vincent            , William Florkowsk          Abbas Ravjani
              , Isabella Leone              Jose Rodriguez (Legal)              >, Sarah Stoller
              Pedro Pavon            Anjali Dahiya            , Jamie Wells                    Steve Satterfield
              Gerardo Cantu            Gunjan Paliwal            , Strategic Response Comms <          >,
bizcomms          GBG LT            Brett Pailet            , Nazneen Mehta

**Subject:** Re: [Flag]: Reveal/Markup: Data Collection from Crisis Pregnancy Centers

Good morning – following is the resulting story that posted in both Reveal and The Markup. While the article included our reactive statement and highlighted the filtering mechanisms we have in place for handling sensitive data per our Business Tools policy, it also detailed how they were able to uncover patient data via the Pixel of those seeking appointments from crisis pregnancy centers, as expected. The bulk of the story focuses on the potential vulnerabilities that can ensue when third party marketing agencies - like those that support anti-abortion pregnancy centers - have access to sensitive data. It also, as expected, details a hypothetical worst case scenario where law enforcement compels Meta to turn over this type of information.

We're continuing to monitor for additional pickup.

+++

### Facebook and Anti-Abortion Clinics Are Collecting Highly Sensitive Info on Would-Be Patients

Reveal, By Grace Oldham and Dhruv Mehrotra

Facebook is collecting ultra-sensitive personal data about abortion seekers and enabling anti-abortion organizations to use that data as a tool to target and influence people online, in violation of its own policies and promises.

In the wake of a leaked Supreme Court opinion signaling the likely end of nationwide abortion protections, privacy experts are sounding alarms about all the ways people's data trails could be used against them if some states criminalize abortion.

A joint investigation by Reveal from The Center for Investigative Reporting and The Markup found that the world's largest social media platform is already collecting data about people who visit the websites of hundreds of crisis pregnancy centers, which are quasi-health clinics, mostly run by religiously aligned organizations whose mission is to persuade people to choose an option other than abortion.

Meta, Facebook's parent company, prohibits websites and apps that use Facebook's advertising technology from sending Facebook "sexual and reproductive health" data. After investigations by The Wall Street Journal in 2019 and New York state regulators in 2021, the social media giant created a machine-learning system to help detect sensitive health data and blocked data that contained any of 70,000 health-related terms.

But Reveal and The Markup have found Facebook's code on the websites of hundreds of anti-abortion clinics. Using Blacklight, a Markup tool that detects cookies, keyloggers and other types of user-tracking technology on websites, Reveal analyzed the sites of nearly 2,500 crisis pregnancy centers – with data provided by the University of Georgia – and found that at least 294 shared visitor information with Facebook. In many cases, the information was extremely sensitive – for example, whether a person was considering abortion or looking to get a pregnancy test or emergency contraceptives.

In a statement to Reveal and The Markup, Facebook spokesperson Dale Hogan said: "It is against our policies for websites and apps to send sensitive information about people through our Business Tools," which includes its advertising technology. "Our system is designed to filter out potentially sensitive data it detects, and we work to educate advertisers on how to properly set up our Business Tools." Facebook declined to answer detailed questions about its filtering systems and policies on data from crisis pregnancy centers. It's unknown whether the filters caught any of the data, but our investigation showed a significant amount made its way to Facebook.

Using Meta's Privacy Center, we found that Facebook captured Reveal reporter Grace Oldham requesting an appointment at the Pregnancy Resource Center of Owasso in Oklahoma.

More than a third of the websites sent data to Facebook when someone made an appointment for an "abortion consultation" or "pre-termination screening." And at least 39 sites sent Facebook details such as the person's name, email address or phone number.

Facebook takes in data from crisis pregnancy centers through a tracking tool called the Meta Pixel that works whether or not a person is logged in to their Facebook account. The Pixel is largely an advertising tool that allows businesses to do things like buy Facebook ads targeted to people who have visited their website or to people who share similar interests or demographics with their site's other visitors. This is a mostly automated process in which the business does not have access to information about the specific users being targeted. It's not clear how this data is later used.

Crisis pregnancy centers and other businesses can choose whether to install Pixel on their websites, though many website builders and third-party services automatically embed trackers. In 2020, The Markup found that 30% of the 80,000 most popular sites use the ad tracker, and Facebook has said millions of Pixels are on websites across the internet. Facebook says Pixel data can be stored for years.

That personal data can be used in a number of ways. The centers can deliver targeted advertising, on Facebook or elsewhere, aimed at deterring an individual from getting an abortion. It can be used to build anti-abortion ad campaigns – and spread misinformation about reproductive health – targeted at people with similar demographics and interests. And, in the worst-case scenario now contemplated by privacy experts, that digital trail might even be used as evidence against abortion seekers in states where the procedure is outlawed.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

"I think this is going to be a wake-up call for millions of Americans about how much danger this tracking puts them in when laws change and people can weaponize these systems in ways that once seemed impossible," said Albert Fox Cahn, founder and executive director of the New York-based Surveillance Technology Oversight Project.

Facebook and crisis pregnancy centers "are operating with virtually no rules," he said.

Facebook has policies and filters that are supposed to block sensitive personal data. But the platform's filters have often proven to be porous against the vast amount of information they take in every day. Essentially, that means the company is putting the onus on its advertising clients to monitor themselves.

And Facebook does not have an incentive to crack down on violations of its advertising policies, said Serge Egelman, research director of the Usable Security & Privacy Group at UC Berkeley's International Computer Science Institute. "That costs them money to do. As long as they're not legally obligated to do so, why would they expend any resources to fix this?"

**Using Data to Make Abortion 'Unthinkable'**

Crisis pregnancy centers market themselves as being in the "pregnancy resource" business, offering a range of free or low-cost services from pregnancy tests to baby clothing and "options consultations." But their mission, articulated by Heartbeat International, the largest crisis pregnancy center network in the world, is far more sweeping: "to make abortion unwanted today and unthinkable for future generations."

Although many centers resemble medical clinics, the majority are not licensed medical facilities. Thus, most are not required to follow most privacy protections against the sharing of personal health information, including the federal Health Insurance Portability and Accountability Act, or HIPAA.

In recent years, crisis pregnancy centers have become increasingly savvy about targeting people using sophisticated digital tools and infrastructure. Heartbeat International, for example, has developed suites of products to help individual centers improve their online presence, digital advertising and data management. These online tools enable the centers to amass highly personal information, including medical histories, details about prior pregnancies and even ultrasound photos, and store and share that information with networks of anti-abortion partners.

As Heartbeat International says on its webpage marketing its data management system: "Big data is revolutionizing all sorts of industries. Why shouldn't it do the same for a critical ministry like ours?"

When asked about Heartbeat International's data-sharing practices, spokesperson Andrea Trudden said, "Heartbeat International encourages all pregnancy help organizations to utilize a variety of marketing to reach those seeking pregnancy help." But, she said, "we do not require affiliates to provide such details to us."

Crisis pregnancy centers also have been documented as spreading false or misleading information about abortion, contraceptives and other reproductive health topics, including on Facebook. In 2021, the Center for Countering Digital Hate found that Facebook showed ads promoting an unproven medical procedure known as abortion pill reversal as many as 18.4 million times. Many of those advertisements were linked to Heartbeat International's Abortion Pill Rescue Network project, which did not respond to a request for comment.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**How We Tracked the Data**

To test how Facebook and crisis pregnancy centers have been using the data the Pixel collects, Reveal reporter Grace Oldham created a new Facebook profile in late April solely for this investigation. Then, while logged in to Facebook, she visited the 294 crisis pregnancy center websites that Blacklight found to have a Pixel, clicking through each website and, when available, filling out appointment request forms. Oldham conducted the research in a clean browser with a cleared cache.

In early May, she and Reveal data reporter Dhruv Mehrotra used Meta's Privacy Center to download and review the data of the clean Facebook account. They found that Facebook retained data about Oldham's interactions with 88% of those crisis pregnancy center websites, linking her behavior to her Facebook profile. For instance, Facebook knew Oldham had scheduled an appointment with the Pregnancy Resource Center of Owasso, Oklahoma. That state's Republican governor, Kevin Stitt, signed a law in late May that bans virtually all abortions from the point of fertilization and took effect immediately. The Owasso center did not respond to a request for comment, but after we reached out, Facebook's tracking Pixel was removed from every page on the center's website.

Our analysis found that in states that will ban most or all abortions if Roe v. Wade is overturned, at least 120 crisis pregnancy centers sent data to Facebook about their website visitors. In Tennessee, for example, where the Human Life Protection Act is poised to outlaw abortion statewide, Facebook retained data from Oldham's interactions with 11 centers. Next Steps Resources in Dunlap sent data to Facebook about every single page Oldham visited on its site. Facebook stored that data and knew that Oldham had submitted an appointment request with the center. Next Steps' executive director, Debbie Chandler, told Reveal and The Markup that the people she hired to manage her website and marketing disagreed that "any private information was being sent to Facebook."

We also found that anti-abortion marketing companies gained access to some of Oldham's Pixel data, even though she never interacted with their websites. These included Choose Life Marketing, whose website claims to help crisis pregnancy centers develop digital strategies to "reach more abortion-minded women," and Stories Marketing, a social media marketing company for "pregnancy centers and life-affirming organizations." Those organizations also added Oldham's Facebook profile to custom audience groups capable of targeting her and people like her with ads for their services, as well as anti-abortion messaging. Choose Life Marketing and Stories Marketing did not respond to requests for comment.

In their online materials, the marketing companies explain why Facebook plays such an important role in their digital strategies. "Facebook ads have the highest return on investment (ROI) of any type of online marketing – even twice the ROI of Google Ads," Stories Marketing says, adding: "Facebook ads can also be placed on Instagram and other apps for free, extending your reach at no extra cost." According to Choose Life: "Retargeting is an effective method of keeping your center at the forefront of their minds. … This digital marketing method can also help build credibility and trust as women go through the decision-making process because your center's name becomes familiar to them."

We first ran our analysis in February and repeated it using the same methodology in early May. The results of both analyses were similar. As of Tuesday, Facebook still had data about Oldham's interactions on crisis pregnancy center websites.

**Abortion Data Collection 'Ripe for Abuse'**

Cahn, of the Surveillance Technology Oversight Project, expressed concerns about how law enforcement agencies could use Facebook data to find people seeking abortions should the procedure become illegal in some states. "It's ripe for abuse," he said of Facebook's data collection. "It seems indefensible to me that we are allowing companies to have so much power to expose our most intimate moments to these platforms and have them use it against us."

In recent years, law enforcement agencies have barraged tech companies like Google and Uber with demands for user data. Often, these legal requests don't target individual suspects but instead compel the company to divulge data about people in a particular place or searches using specific keywords. According to the most recent data available from Facebook's Transparency Center, the company received nearly 60,000 government requests for data from July to December 2021 and complied 88% of the time.

Although crisis pregnancy centers could provide law enforcement with data about anyone who had voluntarily provided personal information, they probably don't have the technology to disclose specific information about individuals who had merely visited their websites. But Facebook is different. Because the social media company can link activity on a crisis pregnancy center site to an individual's profile, Facebook is in a much better position to divulge granular data about the center's website visitors than the center itself.

Data from search engine histories played a key role in a 2018 criminal case, in which a Mississippi woman was indicted for second-degree murder after suffering a pregnancy loss at home. The evidence included internet searches the woman had allegedly conducted for how to "buy Misoprostol abortion pill online." The charges eventually were dropped.

"There's nothing to stop police from using Facebook ad-targeting data the same way they've been using Google's data, as a mass digital dragnet," Cahn said.

Laura Lazaro Cabrera, a legal officer at London-based Privacy International, said that even metadata, like the titles of webpages or URLs, can be revealing. "Think about what you can learn from a URL that says something about scheduling an abortion," she said. "Facebook is in the business of developing algorithms. They know what sorts of information can act as a proxy for personal data."

**Getting Facebook to Fix the Problem**

Privacy experts have been warning for years that Facebook's laissez-faire attitude toward how clients use its advertising technology is vulnerable to exploitation. After The Wall Street Journal and New York state regulators exposed how the social media behemoth collected sensitive user data from popular health apps that chart everything from heart rates to menstrual cycles, Facebook claimed to have implemented sophisticated filtering mechanisms to detect and prevent it from taking in sensitive health data. According to the Journal, the filters were supposed to block "70,000 terms related to topics such as sexual health and medical conditions."

But our investigation found that Facebook has continued to ingest data from webpages with obvious sexual health information – including ones with URLs that include phrases such as "post-abortion," "i-think-im-pregnant" and "abortion-pill."

Despite Facebook's official policy prohibiting websites from sending it sensitive health information, it's unclear what, if anything, the platform does to educate its advertising clients about the policy and proactively enforce it.

One way for Facebook to prevent anti-abortion organizations from misusing its ad technology would be to strengthen the filters it already has in place or to discontinue the Pixel tool entirely. But the reality, said Egelman of UC Berkeley, is that the company's $115 billion a year in advertising revenue creates a huge financial disincentive to block user information.

PIXEL_HEALTH001378001

"This is their business. The more data they get, the more targeted advertising they can do, and that's the gravy train for them: targeted ads," he said. "If they're proactive about cutting off sites like that, it impacts their revenue in multiple ways."

In the absence of Facebook action, Egelman says he thinks that the best fix is public pressure and tough legislation. That's what happened last year, when critical backlash prompted Meta-owned Instagram to shelve its plans for a kids' version of its social media software.

While no comprehensive federal data privacy legislation currently exists in the United States, a draft of a bill called the American Data Privacy and Protection Act was released in early June that, if passed, could increase the Federal Trade Commission's power to regulate and enforce how companies can use sensitive health data. Until then, however, it remains up to state legislatures to enact consumer privacy protections.

Brandie Nonnecke, founding director of the CITRIS Policy Lab at UC Berkeley, said the European Union is creating stronger protections that would apply through the Digital Services Act. The new guidelines, which are awaiting formal approval by the European Parliament and EU Council, will require large online platforms, like Facebook, and search engines to proactively identify ways their systems could be abused and create strategies to prevent that misuse.

"We're not in a place where there is robust enough transparency and accountability on these data ecosystems and how they're being used," she said, "and especially the vulnerabilities to individuals."



**From:** Dale Hogan
**Date:** Monday, June 13, 2022 at 5:25 PM
**To:** David Ginsberg            John Hegeman            , Ty Ahmad-Taylor            Goksu Nebol-Perlman
            , Dennis Buchheim            Rob Sherman            Tucker Bounds            >, Nissa
Anklesaria            Lena Pietsch            Joel Kaplan            >, Kevin Martin            Greg
Maurer            Brian Rice            , Lindsay Elin
**Cc:** Jay Nancarrow            Kristen Durkin            Josh Newman            , Fred Leach            Manish
Singhal            , Tulika Jha            Preston Landers            Emily Thompson
Julia Fisman            , Elizabeth Vincent            William Florkowski            Abbas Ravjani
            , Isabella Leone            , Jose Rodriguez (Legal)            , Sarah Stoller
            Pedro Pavon            Anjali Dahiya            Jamie Wells            Steve Satterfield
            Gerardo Cantu            Gunjan Paliwal            Strategic Response Comms
bizcomms            GBG LT            Brett Pailet
**Subject:** [Flag]: Reveal/Markup: Data Collection from Crisis Pregnancy Centers

In addition to a pending story from *The Markup* on hospitals sharing potentially sensitive data with Meta, we received a similar inquiry from investigative non-profit Reveal (in partnership with The Markup). This new inquiry focuses on patient data sent to Meta via the Pixel from people seeking support or looking to schedule an appointment through the websites of crisis pregnancy centers.

For context, Reveal used Markup's Blacklight tool for its investigation. As part of their investigation, they conducted an analysis of thousands of crisis pregnancy center websites nationwide and found the following:

- At least 294 pregnancy centers share visitor information with Facebook through the incorporation of the Pixel on their website.
- More than a third of these websites notified Facebook when someone made an appointment for an "abortion consultation" or "pre-termination screening."
- When filling out forms, at least 39 sites sent Facebook hashed details such as the person's name, email address or phone number.

They provided us with a list of detailed questions that we are not responding to, ██ ██ █ ██ ██ ███ ██ ██ █ █ ██ ████████ ██ █ ██ Similar to past investigative inquiries on similar topics around the Pixel and sensitive data, we plan to share a statement that highlights our clear policies and filtering mechanisms in place:

*"It is against our policies for websites and apps to send sensitive information about people through our Business Tools. Our system is designed to filter out potentially sensitive data it detects, and we work to educate advertisers on how to properly set up our Business Tools." - A Meta Company Spokesperson*

We will flag this story when it runs.

Thanks,

Dale

---

**From:** Dale Hogan
**Date:** Thursday, May 26, 2022 at 3:50 PM


bizcomms ██████████████

**Subject:** The Markup's "Facebook Pixel Hunt Study" - Hospital Data (AC/PRIV)

As part of its ongoing "Facebook Pixel Hunt" series, the Markup is working on a story about certain data the Meta Pixel collects about patients as they use hospital websites. This will be the fifth story of this ongoing series and we expect it to publish early next week.

**Story Details**
During their research for this story, they examined more than 100 U.S. hospital websites and documented what information was sent to Meta via the pixel when patients booked a doctor's appointment. They claim that more than a third of the sites prompted a "SubscribedButtonClick" event, causing the pixel to send a variety of potentially sensitive health information to Facebook, including the patient's IP address, the name of their doctor, and the doctor's field of medicine.

In several cases, the pixel also sent Facebook the purpose of the individual's doctor search, such as "pregnancy termination" or "testicular cancer." They also found instances where electronic health record (EHR) data such as prescription medication was being sent via a pixel installed on password-protected pages (e.g. MyChart).

████████████████████ The policy, legal, and product teams █████ **Redacted - Privileged** ████

**Redacted - ~~Privile~~ged**

**Comms Plan**
Similar to other Markup inquiries on the pixel, ███████████████████████████████████████████████████████.

• **Statement:** *"It is against our policies for websites and apps to send sensitive information about people through our Business Tools. Our system is designed to filter out potentially sensitive data it detects, and we work to educate advertisers on how to properly set up our Business Tools, as we find this often happens by mistake."* - A Meta Spokesperson

The outlet has also reached out to two managed clients proactively, and has cited three other managed clients in their research. **Redacted - Privileged**
**Redacted - Privileged** in partnership with BPM Growth and legal, **Redacted - Privileged**
**Redacted - Privileged**

We will be sure to flag the story when it runs and keep the team apprised on updates.

Thanks,
Dale



**Dale Hogan**
Corporate Communications, Business

PIXEL_HEALTH001378005