Proposed Redacted
Version of Exhibit 84
(Dkt. No. 1154-75)

# EXHIBIT 84

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                  ---oOo---

5

6

7    IN RE:

8    META PIXEL HEALTHCARE    No. 3:22-cv-3580-WHO (VKD)

9    LITIGATION

     _____/

10

11

             HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

12

13    30(b)(6) VIDEOTAPED DEPOSITION OF TOBIAS WOOLDRIDGE

14               PALO ALTO, CALIFORNIA

15               MONDAY, APRIL 28, 2025

16

17

18

19

20    STENOGRAPHICALLY REPORTED BY:

21    ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

22    CSR LICENSE NO. 9830

23    JOB NO. 7340108

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4                  ---oOo---

5

6

7    IN RE:

8    META PIXEL HEALTHCARE     No. 3:22-cv-3580-WHO (VKD)

9    LITIGATION

     _____/

10

11

12          30(b)(6) Videotaped Deposition of

13       Tobias Wooldridge, taken on behalf of Plaintiffs,

14       Pursuant to Notice, on Monday, April 28, 2025, at

15       Gibson Dunn & Crutcher, LLP, 310 University Avenue,

16       Palo Alto, California 94301, beginning at

17       9:18 a.m., and ending at 3:34 p.m., before me,

18       ANDREA M. IGNACIO, CSR, RPR, CCRR, CRR, CLR ~

19       License No. 9830.

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                    Page 3
 1   A P P E A R A N C E S:

 2

 3

 4      FOR PLAINTIFFS AND THE PROPOSED CLASS:

 5           SIMMONS HANLY CONROY LLC

 6           By:  JASON "JAY" BARNES, Esq.

 7                ERIC JOHNSON, Esq. - Illinois Office

 8           112 Madison Avenue, 7th Floor

 9           New York, New York 10016

10           212.784.6400

11           jaybarnes@simmonsfirm.com

12

13   - and -

14

15           TERRELL MARSHALL LAW GROUP PLLC

16           By:  RYAN TACK-HOOPER, Esq.

17           936 North 34th Street, Suite 300

18           Seattle, Washington 98103

19           206.816.6603

20           rtack-hooper@terrellmarshall.com

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                            Page 4

1    A P P E A R A N C E S:  (CONT.)

2

3

4       FOR THE DEFENDANTS:

5            GIBSON, DUNN & CRUTCHER LLP

6            By:  ELIZABETH KATHARINE MCCLOSKEY, Esq.

7                 ASHLEY ROGERS, Esq. - Dallas Office

8                 NATALIE HAUSKNECHT, Esq. - Denver Office

9            One Embarcadero Center, Suite 2600

10           San Francisco, California 94111

11           415.393.8200

12           emccloskey@gibsondunn.com

13

14

15       ZOOM ATTENDEES

16           GIBSON DUNN & CRUTCHER LLP

17           By:  MATT BUONGIORNO, Esq.

18                MATTHEW REAGAN, Esq. - San Francisco

19           811 Main Street, Suite 3000

20           Houston, Texas 77002

21           214.698.3204

22           mbuongiorno@gibsondunn.com

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                   Page 5
1    A P P E A R A N C E S:   (CONT.)

2

3       ALSO PRESENT:

4            Cameron Tuttle, Videographer

5            Veronica Nauts, Meta in-house counsel

6            Carrie Bodner, Meta in-house counsel

7

8                       ---oOo---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 14

1    code-compliant reporter.  I will be producing a

2    transcript stenographically, and it is automatically

3    admissible in Court.

4

5                    TOBIAS WOOLDRIDGE,

6             having been sworn as a witness

7           by the Certified Shorthand Reporter,

8              testified as follows:

9

10                   EXAMINATION

11   BY MR. BARNES:

12       Q    Thank you.                                09:20:48

13            Good morning, Mr. Wooldridge.              09:20:48

14            Have you ever testified as a 30(b)(6) witness    09:20:51

15   before?                                            09:20:53

16       A    Yes.                                       09:20:54

17       Q    And do you under- -- in what cases did you    09:20:54

18   testify as a 30(b)(6) witness?                     09:20:56

19       A    I believe there was one or two, but I don't    09:21:04

20   remember the case names.                           09:21:07

21       Q    And what did they regard?                 09:21:07

22       A    One of them related to an app which        09:21:09

23   transmitted information to Meta.                   09:21:12

24       Q    And what was the other?                   09:21:14

25       A    I believe the other was related to a website    09:21:20

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 80

| | | |
|---|---|---|
| 1 | Q   Would the ultimate results have been stored | 11:11:36 |
| 2 | in a table in Hive? | 11:11:39 |
| 3 | MS. MCCLOSKEY:  Object to form; outside the | 11:11:42 |
| 4 | scope. | 11:11:44 |
| 5 | THE WITNESS:  Potentially. | 11:11:44 |
| 6 | MR. BARNES:  Okay. | 11:11:53 |
| 7 | Q   I want to ask you about crawlers. | 11:12:03 |
| 8 | What is the ████████████████? | 11:12:05 |
| 9 | Actually, let's just do this so we can -- | 11:12:10 |
| 10 | well, we don't need the exhibit. | 11:12:12 |
| 11 | What is the █████████████████ | 11:12:14 |
| 12 | A   ████████████████████ | ████ |
| ██ | ████████████████████████ | ████ |
| ██ | ████████████████████████ | 11:12:24 |
| 15 | Q   How does the ████████████ | ████ |
| ██ | █████████████████? | 11:12:31 |
| 17 | A   So it █████████████████ | ████ |
| ██ | ████████████████████████ | ████ |
| ██ | ████████████████████ | ████ |
| ██ | ████████ | 11:12:54 |
| 21 | Q   Does the ████████████ go beyond | 11:12:58 |
| 22 | just the ███████████████ | 11:13:01 |
| 23 | efforts? | 11:13:05 |
| 24 | A   The ████████████ focuses on the | 11:13:05 |
| 25 | ██████████ | 11:13:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 81

1    Q   It focuses on the ████████████████.        11:13:10

2        Does it go beyond the ████████████████  ████████    11:13:16

█    ██████████████████████████████████?        11:13:16

4        MS. MCCLOSKEY:  Object to form; vague.        11:13:21

5        THE WITNESS:  It only looks at the ███████  ████████    11:13:27

█    ████████████████████████████        11:13:27

7        MR. BARNES:  Q.  And what data does the        11:13:30

8    ████████████████████████ from ███████████████    11:13:31

9    domains?        11:13:31

10       A   The data it uses for -- to help inform        11:13:37

11   ████████████████████████████ I believe, the        11:13:40

12   ██████████████████████████████████████████  ████████    11:13:46

█    ████████████████████        11:13:46

14       Q   And what does -- what does the ███████  ████████    11:13:58

█    ████████████ then do with the pixel -- with the    11:13:58

16   page title -- all right.  Sorry.        11:14:01

17   ██████████████████████████████████  ████████    11:14:19

█    ██████████████████████████████████  ████████    11:14:19

█    █████████████████        11:14:19

20       MS. MCCLOSKEY:  Object to form; vague.        11:14:21

21       THE WITNESS:  I mean, the responsibility of        11:14:23

22   the crawler is just to get those things.        11:14:25

23       MR. BARNES:  Q.  What does Meta do with the        11:14:27

24   results of the ████████████████████████  ████████    11:14:36

█    ████████████████████████████        11:14:36

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 82

| | | |
|---|---|---|
| 1 | characters of text? | 11:14:39 |
| 2 | A   So those data points are then used to | 11:14:40 |
| 3 | categorize the website using machine learning. | 11:14:44 |
| 4 | Q   Is the ███████████████ -- you agree | 11:14:49 |
| 5 | Meta would be capable of changing the design of the | 11:14:53 |
| 6 | ████████████████████ so that it also crawled | 11:14:57 |
| 7 | ██████████████████████████████████; | 11:15:04 |
| 8 | correct? | 11:15:10 |
| 9 | MS. MCCLOSKEY:  Object to form; incomplete | 11:15:10 |
| 10 | hypothetical; vague. | 11:15:14 |
| 11 | THE WITNESS:  And such a change would make | 11:15:14 |
| 12 | the crawling substantially more expensive.  You could | 11:15:15 |
| 13 | imagine how many websites are on the Internet, and you | 11:15:19 |
| 14 | can imagine how many pages a particular website has. | 11:15:23 |
| 15 | Not considering all the -- you know, if you look at a | 11:15:25 |
| 16 | website and it has random gibberish in the URL that it | 11:15:28 |
| 17 | adds, theoretically, a website could have an unlimited | 11:15:33 |
| 18 | number of pages.  And so it would be substantially | 11:15:38 |
| 19 | more expensive to make such a change. | 11:15:41 |
| 20 | MR. BARNES:  Q.  Mr. Wooldridge, I asked if | 11:15:42 |
| 21 | the limitation -- if the expansion of the ██████    ████████ | 11:15:47 |
| 22 | ██  ████████████████ could be done only for websites in | 11:15:48 |
| 23 | the United States that had already been classified as | 11:15:52 |
| 24 | health. | 11:15:56 |
| 25 | You agree it would be possible to design the | 11:15:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 83

```
1   ███████████████████, that when Meta has          11:15:59

2   identified a domain as health, to crawl other pages on   11:16:02

3   that domain; correct?                               11:16:06

4          MS. MCCLOSKEY:  Object to form; vague and    11:16:09

5   ambiguous; incomplete hypothetical.                 11:16:11

6          THE WITNESS:  Such a change would be         11:16:13

7   expensive to implement and execute.                 11:16:18

8          MR. BARNES:  Q.  How expensive?              11:16:24

9          MS. MCCLOSKEY:  Object to form; outside the  11:16:26

10  scope; vague.                                        11:16:28

11         THE WITNESS:  As I just described, a website  11:16:29

12  could have, theoretically, a limited number of pages  11:16:32

13  if it generates them dynamically.                    11:16:35

14         MR. BARNES:  Q.  You agree that you don't     11:16:39

15  necessarily have to crawl every page of a health     11:16:42

16  website everyday; correct?                           11:16:47

17         MS. MCCLOSKEY:  Object to form; incomplete    11:16:48

18  hypothetical; outside the scope; vague.              11:16:50

19         THE WITNESS:  Even if you are doing a         11:16:53

20  one-time exercise, it would be expensive.            11:17:01

21         MR. BARNES:  Q.  How expensive?               11:17:03

22         MS. MCCLOSKEY:  Object to form; outside the   11:17:06

23  scope; incomplete hypothetical; vague.               11:17:09

24         THE WITNESS:  I don't think I could give you  11:17:10

25  numbers on that.  However, there will be various     11:17:12
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 84

| | | |
|---|---|---|
| 1 | limitations to that.  So one I just mentioned would be | 11:17:17 |
| 2 | the computational resources, another would be the cost | 11:17:20 |
| 3 | on the website owners.  So if people need to access | 11:17:25 |
| 4 | this website and a crawler is automatically going over | 11:17:30 |
| 5 | every single page that, theoretically, you know, could | 11:17:33 |
| 6 | cost resources to the hospital and because it is using | 11:17:37 |
| 7 | that computational power to generate those web pages. | 11:17:42 |
| 8 | Furthermore, those webmasters could use | 11:17:45 |
| 9 | something similar to robots.txt to instruct crawlers | 11:17:49 |
| 10 | not to do what you just described, in spite of their | 11:17:55 |
| 11 | websites. | 11:17:57 |
| 12 | MR. BARNES:  So I just want to make sure that | 11:17:58 |
| 13 | I got this correct. | 11:17:59 |
| 14 | Q    It's Meta's testimony here today that it | 11:18:00 |
| 15 | would be too expensive to design the ██████████  ██████ | |
| | ██  ████████   to crawl additional pages on healthcare on | 11:18:07 |
| 17 | domains that Meta had classified as being related to | 11:18:13 |
| 18 | health? | 11:18:17 |
| 19 | MS. MCCLOSKEY:  Object to form; misstates the | 11:18:20 |
| 20 | testimony; vague and ambiguous. | 11:18:22 |
| 21 | THE WITNESS:  I said it would be expensive, | 11:18:22 |
| 22 | and Meta already has a robust system in place to | 11:18:28 |
| 23 | categorize websites as health. | 11:18:33 |
| 24 | MR. BARNES:  Q.  You testified earlier on | 11:18:36 |
| 25 | behalf of Meta, that its prior system did not identify | 11:18:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 141

| | | |
|---|---|---|
| 1 | issue.  And the information came from an outsider, | 13:44:46 |
| 2 | correct, a non-Meta person? | 13:44:49 |
| 3 | MS. MCCLOSKEY:  Object to form; vague and | 13:44:51 |
| 4 | ambiguous. | 13:44:55 |
| 5 | THE WITNESS:  As I said, Meta was made aware | 13:44:55 |
| 6 | that an app was sending data Meta did not want, and | 13:44:58 |
| 7 | that it took steps to build systems to prevent that in | 13:45:03 |
| 8 | future. | 13:45:04 |
| 9 | MR. BARNES:  Q.  Meta was made aware from an | 13:45:04 |
| 10 | outside entity; correct? | 13:45:06 |
| 11 | MS. MCCLOSKEY:  Object to form; asked and | 13:45:07 |
| 12 | answered. | 13:45:09 |
| 13 | THE WITNESS:  I don't know specifically how | 13:45:09 |
| 14 | Meta was made aware.  Sorry. | 13:45:10 |
| 15 | MR. BARNES:  Q.  When creating the filter, | 13:45:12 |
| 16 | why did Meta ███████████████████████████ | ███████ |
| ██ | ██████ | 13:45:22 |
| 18 | A   The filtration system as designed operates on | 13:45:30 |
| 19 | ██████████████   ███████████████████   ███████ | |
| ██ | ████████████████████████████████████████   ██████████ | |
| ██ | ██████████████████████████████   ███████ | |
| ██ | ██████████████████████████████. | 13:45:44 |
| 23 | Because of this ████████████████████ | 13:45:47 |
| 24 | the system did not filter things which did not | 13:45:53 |
| 25 | intrinsically have a █████████████, such as | 13:45:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 142

1    ████████████                                        13:45:59

2        Q    Okay.  But why did -- wasn't -- why was the    13:46:02

3    filter designed such that it did not look to block    13:46:05

4    ████████████████████████████                          13:46:10

5        MS. MCCLOSKEY:  Object to form; asked and         13:46:13

6    answered.                                             13:46:14

7        THE WITNESS:  The systems operated based on       13:46:14

8    offline processing of the data that Meta received that 13:46:21

9    detected things.  And if they detected things, they   13:46:24

10   instructed Meta's systems to filter those things.     13:46:28

11        And so in the case of the filtration, you        13:46:31

12   need a specific way to describe what you're filtering  13:46:34

13   in order for it to be removed.                         13:46:38

14        And so in this particular case, the list of      13:46:40

15   things to be filtered was provided to the filtration   13:46:43

16   system as a ████████████                              13:46:46

17        MR. BARNES:  Q.  Could have just as easily        13:46:48

18   been provided to look for anything after a .com or a   13:46:52

19   .org that contained a health term; correct?            13:46:55

20        MS. MCCLOSKEY:  Object to form; incomplete        13:46:58

21   hypothetical.                                          13:47:00

22        THE WITNESS:  That doesn't follow the ████████  ████████

██   ████████ structure.                                   13:47:07

24        And so in that particular case, you know, you    13:47:08

25   can imagine a hypothetical key that would be URL path. 13:47:12

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 146

| | | |
|---|---|---|
| 1 | called stateless filtering, which is filtering that | 13:51:29 |
| 2 | happens -- I previously described filtering that | 13:51:32 |
| 3 | happens based on detection of offline datasets. | 13:51:34 |
| 4 | In this particular case, I am describing | 13:51:39 |
| 5 | filtration that happens just in time as data is | 13:51:41 |
| 6 | received by Meta. | 13:51:45 |
| 7 | Q   When was that change implemented? | 13:51:48 |
| 8 | A   I believe that change was largely implemented | 13:51:54 |
| 9 | in 2023, earlier in the year. | 13:51:57 |
| 10 | Q   Can you explain, in layman's terms, the | 13:52:01 |
| 11 | difference, then, between stateful filtering versus | 13:52:06 |
| 12 | the stateless filtering that occurred? | 13:52:10 |
| 13 | A   The stateful filtering -- | 13:52:16 |
| 14 | Q   And sorry.  Let me back up. | 13:52:19 |
| 15 | Prior to 2023, the filter was stateful | 13:52:20 |
| 16 | filtering; is that correct? | 13:52:24 |
| 17 | A   Predominantly, yes. | 13:52:26 |
| 18 | Q   Okay.  Now, let me go back to the question it | 13:52:28 |
| 19 | was. | 13:52:30 |
| 20 | Please explain the difference between | 13:52:30 |
| 21 | stateful filtering versus stateless filtering, and why | 13:52:33 |
| 22 | it matters. | 13:52:36 |
| 23 | A   The stateful filtering system tried to detect | 13:52:37 |
| 24 | that a particular ███████████████████████  ██████ | |
| ██  ████████ | | 13:52:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 147

1    So an example of that would be, if there is a    13:52:44

2    parameter named, say, X, Y, Z, which doesn't have any    13:52:53

3    meaning, but it has a █████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████    13:53:06

7    And so it'd instruct both the ████████████

████████████████████████████████████████████

███████████████████.  If that data was somehow sent    13:53:11

10    to Meta, such as if the advertiser or website owner    13:53:15

11    had chosen to use the image tag pixel, which would    13:53:20

12    mean the ███████████████████████████████████

██████████████████████████████████████████.    13:53:26

14    And so the -- one of the benefits of that    13:53:31

15    stateful filtering is that, actually, you can go    13:53:33

16    ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████    █████████████████████

███████████████    13:53:45

20    Q    Hold on.    13:53:46

21    I think you -- I think you said you misspoke.    13:53:46

22    You said one of the benefits of stateful    13:53:48

23    ████████████████████████████████    13:53:50

24    Did you mean one of the benefits of stateless    13:53:53

25    ████████████████████████████████████████?    13:53:56

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 148

1    A    Because stateful filtering identifies ████    13:53:58

2    then says ██████████████████████████████████    13:54:03

██    ████████████████████████████████████████    ████████

██    ████████████████████████████████████    13:54:08

5    Q    So then if stateful filtering -- what I'm    13:54:09

6    hearing -- what I think I'm hearing is stateful    13:54:13

7    filtering goes closer to the ████████ but I    13:54:16

8    thought my -- the understanding was that Meta moved    13:54:19

9    from stateful to stateless filtering in 2023?    13:54:22

10    A    Meta has both systems.    13:54:25

11    Q    Okay.  And what's the benefit of stateless    13:54:30

12    filtering versus stateful filtering?    13:54:33

13    A    The benefit of stateless filtering is that    13:54:38

14    you can filter ████████████████████████████    ████████

██    ██████    13:54:44

16    Q    And is that not possible with stateful    13:54:47

17    filtering?    13:54:53

18    A    In the way the stateful filters were    13:54:53

19    designed, one of the things they do is they use    13:54:56

20    heavier computation.  So we just described the machine    13:54:58

21    learning categorization that can be used to, you know,    13:55:01

22    ████████████████████████████████████████████    ████████

██    ████████████████████████████████████    ████████

██    ████████████████████████    13:55:15

25    And so the stateful processing emits you to    13:55:15

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 149

```
 1   do more ████████████████████████ because      13:55:20
 2   it's ██████████████████████████████ by        13:55:21
 3   Meta.                                          13:55:25
 4        While the stateless filtering, generally it   13:55:26
 5   can only run ██████████████████ things.        13:55:28
 6        And if I ever say "expensive," I just mean    13:55:32
 7   computationally expensive.                     13:55:35
 8        But the stateless filtering focuses on --     13:55:37
 9   it's just ████████████████████, and           13:55:41
10   therefore it's able to run in real-time but not have  13:55:44
11   as much logic.                                 13:55:48
12      Q   Okay.  So we've got exact match to machine   13:55:50
13   learning.  We've got the escalation to get an entity  13:55:54
14   placed into core setup which otherwise was not in core  13:55:59
15   setup.  We've got adding stateless filtering.  13:56:02
16        Are there any other filtering changes that    13:56:06
17   Meta implemented after creation of the -- initial     13:56:09
18   creation of the health filter in 2019?         13:56:13
19        MS. MCCLOSKEY:  Object to form.           13:56:15
20        THE WITNESS:  So there have been other     13:56:16
21   changes to the filtration system that have improved it  13:56:20
22   and may have applied to healthcare websites, such as   13:56:24
23   ████████████████████████████████████ ███████  
          ████████████ and detect if it may be identifiable  13:56:35
25   information; and if they are, it will also proactively  13:56:39
```

CONFIDENTIAL

### In re Healthcare – Tobias Wooldridge 30(b)(6) Deposition Errata

| Page/Line | From | To | Reason |
|-----------|------|-----|--------|
| 16:12 | Pixel | pixel | Grammar |
| 17:17 | button clicks | ButtonClicks | Grammar |
| 21:13 | business terms | Business Tools Terms | Missing word |
| 23:19 | button clicks | ButtonClicks | Grammar |
| 23:24 | Pixel | pixel | Grammar |
| 25:5 | Sharpie | sharpie | Grammar |
| 25:18 | Sharpie | sharpie | Grammar |
| 29:22 | buttonclicks and microdata | ButtonClicks and Microdata | Grammar |
| 39:25 | signal's | signals | Grammar |
| 41:2 | business tools terms | Business Tools Terms | Grammar |
| 43:22 | Interregnum | Interim | Typo |
| 48:6 | Pixels | Pixel's | Grammar |
| 49:9 | business tools terms | Business Tools Terms | Grammar |
| 51:15 | business tools terms | Business Tools Terms | Grammar |
| 53:15 | business tools terms | Business Tools Terms | Grammar |
| 55:23-24 | subscribe button clicks | SubscribedButtonClicks | Grammar |
| 56:18 | A | An | Mistranscription |
| 56:19 | button clicks | ButtonClicks | Grammar |
| 64:19 | ██████ | ██████ | Grammar |
| 65:3 | ██████ | ██████ | Grammar |
| 65:5 | ██████ | ██████ | Grammar |
| 65:8 | ██████ | ██████ | Grammar |
| 65:15 | ██████ | ██████ | Grammar |
| 67:1 | ██████ | ██████ | Grammar |
| 67:20 | ██████ | ██████ | Grammar |
| 72:4 | ██████ | ██████ | Grammar |
| 72:5 | ██████ | ██████ | Grammar |
| 97:12 | Pixel Button Clicks | pixel  button  clicks | Grammar |
| 100:15-16 | Sensitive Vertical | sensitive vertical | Grammar |
| 104:19 | subscribe button clicks | SubscribedButtonClicks | Mistranscription |
| 114:10 | button clicks | ButtonClicks | Grammar |
| 138:22 | Flow | Flo | Typo |
| 138:24 | Flow | Flo | Typo |
| 139:1 | Flow | Flo | Typo |
| 139:11 | Flow | Flo | Typo |
| 140:2 | Flow | Flo | Typo |
| 140:7 | Flow | Flo | Typo |
| 140:25 | Flow | Flo | Typo |
| 148:23 | Blocked | Block | Mistranscription |
| 150:5 | In | And | Mistranscription |
| 185:1 | subscribed button clicks | SubscribedButtonClicks | Mistranscription |

CONFIDENTIAL

Dated: July 9, 2025

Signed by:

*Tobias Wooldridge*

F45101DC3FB0427...

Tobias Wooldridge

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 190

1              CERTIFICATE OF STENOGRAPHIC REPORTER

2

3          I, ANDREA M. IGNACIO, hereby certify that the

4    witness in the foregoing remote deposition was by me

5    sworn to tell the truth, the whole truth, and nothing

6    but the truth in the within-entitled cause;

7          That said remote deposition was taken in

8    shorthand by me, a disinterested person, at the time

9    and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13         That before completion of the deposition,

14   review of the transcript [ ] was [x] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18         I further certify that I am not of counsel or

19   attorney for either or any of the parties to the said

20   deposition, nor in any way interested in the event of

21   this cause, and that I am not related to any of the

22   parties thereto.

23   Dated: May 7, 2025

24   _____

25   ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830