# Proposed Redacted Version of Exhibit 85 (Dkt. No. 1154-76)

# EXHIBIT 85

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| **From:** | Tobias Wooldridge ████████ |
| **Sent:** | 7/7/2022 12:08:46 PM |
| **To:** | James Covey ████████ Tobias Wooldridge ████████ Abbas Ravjani ████████ Anjali Dahiya ████████ Fred Leach ████████ Jamie Wells ████████ Krishna Poola ████████ |
| **Subject:** | Message summary [{"otherUserFbId":null,"threadFbId":8016333538407133}] |
| **Attachments:** | sticker.png |

Anjali Shenoy Dahiya (7/07/2022 03:49:32 PDT):

shared: sticker.png

Anjali Shenoy Dahiya (7/07/2022 03:50:28 PDT):
>Fred is the one who seeded that suggestion of how to actually move forward, so h/t to him. Policy is trying to meet and discuss this AM, so will have a better understanding of our leadership's position soon.

James Covey (7/07/2022 09:29:51 PDT):
>Hey all - question in from JH in advance of the meeting:
>
>> What do Google, TikTok, and other competitors do? I ████████
████████
>
>Does anyone have a sense of how Google and TikTok are restricting data, or is the entirety of what we've heard from Google in that blog post on location data?

Tobias Henry Wooldridge (7/07/2022 10:00:17 PDT):
>I gave this a quick look but I couldn't find anything

James Covey (7/07/2022 10:01:37 PDT):
>Thank you for checking

Anjali Shenoy Dahiya (7/07/2022 10:05:26 PDT):
>I think ████████

Anjali Shenoy Dahiya (7/07/2022 10:06:13 PDT):
>We also are much more in the spotlight than either of them as evidenced by the WaPo article headline calling us out even though we filter and collected far fewwer events than Google.

James Covey (7/07/2022 12:07:51 PDT):
>All - thanks for the time getting this ready for leadership discussion. Additionally, apologies for the thrash in questions on meeting attendance as we sought to pull the meeting together quickly and also seek to ensure that there was a small enough group capable of a meaningful conversation.
>
>At this moment, the consensus direction is ████████
████████ .

James Covey (7/07/2022 12:08:46 PDT):
>Next steps:
>1. ████████
████████
████████
>
>2. Simultaneously, Privacy Policy and Comms - @Anjali to lead - ████████
████████
>
>3. Product will ████████ ████████
>
>4. Overall steer from leadership convo: we want to ████████
████████

EXHIBIT

662