# Proposed Redacted Version of Exhibit 86 (Dkt. No. 1154-77)

# EXHIBIT 86

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Message

| | |
|---|---|
| **From:** | Samara Nelson (Hearts & Science) |
| **Sent:** | 11/14/2022 8:39:22 AM |
| **To:** | Facebook [case++aazqcfr6f7zejl@support.facebook.com] |
| **CC:** | Tumi Adeleye [tumi@meta.com]; Clare Tuck [ctuck@meta.com]; Aneri Nagrecha [anagrecha@meta.com] |
| **Subject:** | RE: Moderna- Potentially violating health data to Meta | Job: 459868602915560 |
| **Attachments:** | image001.jpg |

**This Message Is From an External Sender**

Hi Mauro,

Following up – can you please help us understand how the link is being flagged as violating health data when there is no data included? We need to be able to understand this, in order to connect with the client on next steps.

Thanks,

**Samara Nelson**

**C:** 



---

**From:** Samara Nelson (Hearts & Science)
**Sent:** Thursday, November 3, 2022 11:02 AM
**To:** Facebook <case++aazqcfr6f7zejl@support.facebook.com>
**Cc:** Tumi Adeleye <tumi@meta.com>
**Subject:** RE: Moderna- Potentially violating health data to Meta | Job: 459868602915560

Hi Mauro,

Can you please confirm how the below link is violating sensitive health information when there is no information in the URL?

https://www.modernatx.com/power-of-mrna/science-of-mrna?tc=soc_Impgn6&cc=1002<https://www.modernatx.com/power-of-mrna/science-of-mrna?tc=soc_Impgn6&cc=1002>

**Samara Nelson**

**C:**


Hearts & Science

**From:** Facebook <case++aazqcfr6f7zejl@support.facebook.com>
**Sent:** Wednesday, November 2, 2022 5:52 PM
**To:** Samara Nelson (Hearts & Science)
**Cc:** Tumi Adeleye <tumi@meta.com>
**Subject:** Moderna- Potentially violating health data to Meta | Job: 459868602915560

**CAUTION:** This email originated from the Internet. The Original Sender is case++aazqcfr6f7zejl@support.facebook.com

Hi Samara,

This is Mauro from Meta Support Pro.

I hope you are doing well!

The violation is related to **sensitive health information**, if Meta's signals filtering mechanism detects Business Tools data that it categorizes as potentially **sensitive health-related data**, the filtering mechanism is designed to prevent that data from being ingested into our ads ranking and optimization systems.

You can find more information about it in the this Help Centre article in the below link
https://www.facebook.com/business/help/361948878201809.

I hope this information was helpful and if you have any other questions I'm more than happy to assist you!

Thank you for your patience and understanding!

Kindest regards,
Mauro
Meta Pro Team | A contracted service for Meta

>On Wed Nov 2, 2022 05:52:26, Samara Nelson (Hearts & Science) wrote:
>Hey Mauro,
>Thanks for getting back to me! Can you confirm how this is violating anything? It looks like the URL you shared, Meta already stripped the URL contents but again there's nothing PII in the original string. I'll need to understand what is violating and why to be able to explain back to the client.
>Please let me know – thanks!
>Samara Nelson
>C:
>[cid:image001.jpg@01D8EE98.683345E0]
>From: Facebook <case++aazqcfr6f7zejl@support.facebook.com>
>Sent: Tuesday, November 1, 2022 7:06 PM
>To: Samara Nelson (Hearts & Science)
>Cc: Tumi Adeleye <tumi@meta.com>
>Subject: Moderna- Potentially violating health data to Meta | Job: 459868602915560
>CAUTION: This email originated from the Internet. The Original Sender is
case++aazqcfr6f7zejl@support.facebook.com<mailto:case++aazqcfr6f7zejl@support.facebook.com>

>Hi Samara,
>This is Mauro from Meta Support Pro.
>I hope you are doing well!
>I investigate it further I confirm that the below URL is violating Facebook health policy:
>https://l.facebook.com/l.php?u=https%3A%2F%2Fwww.modernatx.com%2Fpower-of-mrna%2Fscience-of-mrna%3Ftc%3D_removed_%26cc%3D_removed_%26utm_source%3Dgoogle%26utm_medium%3Dsearch%26utm_campaign%3Dunb%2520corporate%26gclid%3D_removed_%26gclsrc%3D_removed_%26fbclid%3DIwAR2BOMs79MmaxtVTOpX7M7-m3-eFokXGmGB53vya0kiEutsvl_jxstRDnAA&h=AT2zReZHCk5cQxzGFTUkHXjowumREZGSPOhiLM8S6tHqwFtrrhNIki-1sRgAQJgSqPh-swldXNd_TUkTL33KFJsWiJkk8F_l3nkcc8y_UMhyajNWbfD6ELa0q3oeIMfdLHA8IeAAC4AcHksRMg<https://l.facebook.com/l.php?u=https%3A%2F%2Fwww.modernatx.com%2Fpower-of-mrna%2Fscience-of-mrna%3Ftc%3D_removed_%26cc%3D_removed_%26utm_source%3Dgoogle%26utm_medium%3Dsearch%26utm_campaign%3Dunb%2520corporate%26gclid%3D_removed_%26gclsrc%3D_removed_%26fbclid%3DIwAR2BOMs79MmaxtVTOpX7M7-m3-eFokXGmGB53vya0kiEutsvl_jxstRDnAA&h=AT2zReZHCk5cQxzGFTUkHXjowumREZGSPOhiLM8S6tHqwFtrrhNIki-1sRgAQJgSqPh-swldXNd_TUkTL33KFJsWiJkk8F_l3nkcc8y_UMhyajNWbfD6ELa0q3oeIMfdLHA8IeAAC4AcHksRMg>,
>The policy that the URL violates is on the following link https://www.facebook.com/business/help/361948878201809?id=188852726110565<https://www.facebook.com/business/help/361948878201809?id=188852726110565>, you need to remove everything that violates it.
>I hope this information was helpful and if you have any other questions I'm more than happy to assist you!
>Please feel free to reply to this email.
>Thank you for your patience and understanding!
>Kindest regards,
>Mauro
>Meta Pro Team | A contracted service for Meta
>>On Mon Oct 31, 2022 05:48:50, Samara Nelson (Hearts & Science) wrote:
>>Hi Mauro,
>>Thanks for getting back to me – the URL we use is a randomized code string that doesn't have any personal information but rather Moderna's campaign details – ie., platform, objective, audience target, ad name etc. How can we fix so that it doesn't remove these parameters needed?
>>https://www.modernatx.com/power-of-mrna/science-of-mrna?tc=soc_lmpgn6&cc=1002<https://www.modernatx.com/power-of-mrna/science-of-mrna?tc=soc_lmpgn6&cc=1002>
>>Samara Nelson
>>C: ███ ██████
>>[cid:image001.jpg@01D8ED05.287BC8D0]
>>From: Facebook <case>
>>Sent: Friday, October 28, 2022 7:44 PM
>>To: Samara Nelson (Hearts & Science) <samara.nelson>
>>Cc: Tumi Adeleye <tumi>
>>Subject: Moderna- Potentially violating health data to Meta | Job: 459868602915560
>>CAUTION: This email originated from the Internet. The Original Sender is case++aazqcfr6f7zejl@support.facebook.com<case>
>>Hi Samara,
>>This is Mauro from Meta Support Pro.
>>I hope you are doing well! Following up on your case, I am writing you an email.
>>I investigated the issue and I was able to gather the below information regarding the data violation policy:
>>URL Query Parameters don't appear in the pixel code, they are gathered from a web page automatically when an event is fired. Removing the information from the website URL may help to prevent this from occurring. View your affected URL and look for where the specific parameter is shown as being removed to

help find the problem. You should discuss this with your website manager.
\>\>I hope this information was helpful and if you have any other questions I'm more than happy to assist you!
\>\>Please feel free to reply to this email.
\>\>Thank you for your patience and understanding!
\>\>Kindest regards,
\>\>Mauro
\>\>Meta Pro Team | A contracted service for Meta
\>\>\>On Fri Oct 28, 2022 14:27:24, Samara Nelson (Hearts & Science) wrote:
\>\>\>Hi Mauro,
\>\>\>Please find the requested information below:
\>\>\>- Ad account ID:
\>\>\>- Business Manager ID:
\>\>\>- Pixel ID (if applicable): Moderna Corporate (ID: 654536422271374)
\>\>\>My phone number is –          and I am in EST. If you can let me know your avails that would be great.
\>\>\>Please let me know if you need anything else.
\>\>\>Samara Nelson
\>\>\>C: +1
\>\>\>[cid:image001.jpg@01D8EAF2.137D3EB0]
\>\>\>From: Facebook <case>
\>\>\>Sent: Friday, October 28, 2022 4:43 PM
\>\>\>To: Samara Nelson (Hearts & Science)
\>\>\>Cc: Tumi Adeleye <tumi>
\>\>\>Subject: Moderna- Potentially violating health data to Meta | Job: 459868602915560
\>\>\>CAUTION: This email originated from the Internet. The Original Sender is case++aazqcfr6f7zejl@support.facebook.com<case>
\>\>\>Hi Samara,
\>\>\>Thank you for contacting Meta Support Pro. My name is Mauro, and I am happy to help! ☺ I hope you are fine.
\>\>\>Please accept my apologies for the delay in responding, we are doing our best to assist all advertisers and account managers as quickly as possible. We received your case and to best assist you we would like to confirm your question, just so that we're on the same page.
\>\>\>Kindly provide us with the following relevant IDs and link, so we can utilise our internal tools to get to the bottom of this matter.
\>\>\>- Your Facebook profile link
\>\>\>- Ad account ID
\>\>\>- Page ID
\>\>\>- Business Manager ID
\>\>\>- Instagram username or link
\>\>\>- Pixel ID (if applicable)
\>\>\>- Catalogue ID (if applicable)
\>\>\>Kindly also provide me with your phone number and time zone. We can then talk over the phone. It can speed up the communication in most cases as compared to emails.
\>\>\>Our team is doing their best to check your matter and we'll get back to you as soon as possible.
\>\>\>Please feel free to reply to this email.
\>\>\>Thank you for your patience and understanding!
\>\>\>Kindest regards,
\>\>\>Mauro
\>\>\>Meta Pro Team | A contracted service for Meta
\>\>\>\>On Fri Oct 28, 2022 12:30:03, Samara Nelson (Hearts & Science) wrote:
\>\>\>\>Hi Vaida,
\>\>\>\>Thanks for reaching out! I'd definitely like to set up time to chat OTP – can you let me know what


&gt;&gt;&gt;&gt;days/times work for you?
&gt;&gt;&gt;&gt;Samara Nelson
&gt;&gt;&gt;&gt;C: ■ ■
&gt;&gt;&gt;&gt;[cid:image001.jpg@01D8EAE2.130D5920]
&gt;&gt;&gt;&gt;From: Facebook <case>
&gt;&gt;&gt;&gt;Sent: Friday, October 28, 2022 3:28 PM
&gt;&gt;&gt;&gt;To: Samara Nelson (Hearts & Science) <samara.nelson>
&gt;&gt;&gt;&gt;Cc: Tumi Adeleye <tumi>
&gt;&gt;&gt;&gt;Subject: Moderna- Potentially violating health data to Meta | Job: 459868602915560
&gt;&gt;&gt;&gt;CAUTION: This email originated from the Internet. The Original Sender is case++aazqcfr6f7zejl@support.facebook.com<case>
&gt;&gt;&gt;&gt;Hi Samara!
&gt;&gt;&gt;&gt;Thank you for contacting Meta Executive Services, and I hope you are doing well!
&gt;&gt;&gt;&gt;My name is Vaida and I confirm we have received your question and are doing our best to provide you with an answer/solution as soon as possible.
&gt;&gt;&gt;&gt;We will contact you again if we will need any additional information.
&gt;&gt;&gt;&gt;We are doing our best to assist all advertisers as soon as possible. If you prefer to talk over the phone, kindly provide me with your number and time zone. It can speed up the resolution in most cases as compared to emails.
&gt;&gt;&gt;&gt;Thank you in advance for your cooperation and I wish you a wonderful day.
&gt;&gt;&gt;&gt;Kind Regards,
&gt;&gt;&gt;&gt;Vaida
&gt;&gt;&gt;&gt;Meta Executive Services | To learn more about supporting your business with Meta visit: https://www.facebook.com/business/help<https://www.facebook.com/business/help><https:%3E%3Chttps:%3E%3Chttps:%3E and
https://www.facebook.com/business/learn<https://www.facebook.com/business/learn><https:%3E%3Chttps:%3E%3Chttps:%3E.
&gt;&gt;&gt;&gt;&gt;On Fri Oct 28, 2022 12:03:11, wrote:
&gt;&gt;&gt;&gt;&gt;Hi,
&gt;&gt;&gt;&gt;&gt;We've received your question and your reference number is 459868602915560. We aim to respond within 2 hours, but may take longer for cases submitted overnight. If you don't hear from us within that time, please check your spam folder.
&gt;&gt;&gt;&gt;&gt;In the meantime, to find detailed information related to Facebook Ads, visit the Meta Business Help Center:
https://www.facebook.com/business/help<https://www.facebook.com/business/help><https:%3E%3Chttps:%3E
&gt;&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt;&gt;We'll be in touch soon!
&gt;&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt;&gt;Note: Please make sure that you exclude Meta's domains (support.facebook.com<http://support.facebook.com><http:%3E%3Chttp:%3E%3Chttp:%3E, fb.com<http://fb.com><http:%3E%3Chttp:%3E%3Chttp:%3E) from your spam folder and rules to receive responses for your inquiry.
&gt;&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt;&gt;Sincerely,
&gt;&gt;&gt;&gt;&gt;Meta Pro Team
&gt;&gt;&gt;&gt;&gt;
&gt;&gt;&gt;&gt;This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this email in error, please notify the sender immediately.

>>>>
>>></http:%3E%3C/http:%3E%3C/https:%3E%3C/https:%3E%3C/https:%3E%3C/case%3E%3C/tumi%3E%3C/samara.nelson%3E%3C/case%3E
>></http:%3E%3C/http:%3E%3C/https:%3E%3C/https:%3E%3C/https:%3E%3C/case%3E%3C/case%3E%3C/tumi%3E%3C/samara.nelson%3E%3C/case%3E
></http:%3E%3C/http:%3E%3C/https:%3E%3C/https:%3E%3C/https:%3E%3C/case%3E%3C/case%3E%3C/case%3E%3C/tumi%3E%3C/samara.nelson%3E%3C/case%3E

CONFIDENTIAL
PIXEL_HEALTH000027692