**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Kristin Sheffield-Whitehead (Bar No. 304635)
kristin.whitehead@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice forthcoming*)
andrew.clubok@lw.com
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Gary S. Feinerman (*pro hac vice*)
gary.feinerman@lw.com
300 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

[*Additional Counsel on Signature Page*]
Attorneys for Defendant Meta Platforms, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, | Case No. 3:22-cv-03580-WHO (VKD) |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING CLASS CERTIFICATION DEADLINES** |
| This Document Relates To:<br><br>All Actions | Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 14, 2025, the Court granted the parties' stipulated briefing deadlines related to Plaintiffs' Motion for Class Certification (Dkt. 1111, the "Scheduling Order");

WHEREAS, on September 9, 2025, Plaintiffs filed their Motion for Class Certification ("Class Cert. Motion") and supporting reports from eight experts;

WHEREAS, the parties have worked diligently to schedule the depositions of Plaintiffs' experts, but due to scheduling constraints and travel (including international travel), the dates extend through November 12, 2025;

WHEREAS, pursuant to the Scheduling Order, Meta's Opposition to Plaintiffs' Motion for Class Certification ("Class Cert. Opposition") and supporting expert reports are due on November 18, 2025;

WHEREAS, the parties have met and conferred and respectfully submit that, due to the complexity and importance of the issues presented as well as the volume of expert testimony and material, good cause exists to (a) adjust the deadlines in the Scheduling Order, and (b) set a schedule for motions pursuant to Federal Rule of Evidence 702 (if any).

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to this Court's approval, that:

1. Meta shall file its Class Cert. Opposition and supporting expert reports no later than December 9, 2025;

2. Meta shall file any motion(s) pursuant to Federal Rule of Evidence 702 related to Plaintiffs' Class Cert. Motion ("Rule 702 Motions") no later than December 19, 2025;

3. Plaintiffs shall file any Rule 702 Motions related to Meta's Class Cert. Opposition no later than January 28, 2026;

4. Plaintiffs shall file their reply in support of their Class Cert. Motion, any reply expert reports, and any opposition(s) to Meta's Rule 702 Motions no later than February 11, 2026;

1   5.   Meta shall file any replies in support of its Rule 702 Motions no later than March 4, 2026;

2

3   6.   Meta shall file any opposition(s) to Plaintiffs' Rule 702 Motions no later than March 5, 2026; and

4

5   7.   Plaintiffs shall file any replies in support of their Rule 702 Motions no later than March 19, 2026.

6

7

8   Dated: October 31, 2025                    LATHAM & WATKINS LLP

9                                              By: */s/ Melanie M. Blunschi*
10                                              Melanie M. Blunschi (Bar No. 234264)
                                                melanie.blunschi@lw.com
11                                              Kristin Sheffield-Whitehead (Bar No. 304635)
                                                kristin.whitehead@lw.com
12                                              505 Montgomery St., Suite 2000
                                                San Francisco, CA 94111
13                                              Telephone: +1.415.391.0600

14
                                                Andrew B. Clubok (*pro hac vice forthcoming*)
15                                              andrew.clubok@lw.com
                                                555 Eleventh St., NW, Suite 1000
16                                              Washington, D.C. 20004-1304
                                                Telephone: +1.202.637.2200
17

18                                              Gary S. Feinerman (*pro hac vice*)
                                                gary.feinerman@lw.com
19                                              300 North Wabash Ave., Suite 2800
                                                Chicago, IL 60611
20                                              Telephone: +1.312.876.7700

21

22                                              **GIBSON, DUNN & CRUTCHER LLP**
                                                Lauren R. Goldman (*pro hac vice*)
23                                              lgoldman@gibsondunn.com
                                                Darcy C. Harris (*pro hac vice*)
24                                              dharris@gibsondunn.com
                                                200 Park Avenue
25                                              New York, NY 10166
                                                Telephone: +1.212.351.4000

26
                                                Elizabeth K. McCloskey (Bar No. 268184)
27                                              emccloskey@gibsondunn.com
                                                Abigail A. Barrera (Bar No. 301746)
28                                              abarrera@gibsondunn.com
                                                One Embarcadero Center, Suite 2600

|  |  |
|---|---|
|  | San Francisco, CA 94111<br>Telephone: +1415.393.8200 |
|  | *Attorneys for Defendant Meta Platforms, Inc.* |
| Dated: October 31, 2025 | SIMMONS HANLY CONROY LLC<br><br>By: */s/ Jason 'Jay' Barnes*<br>Jason 'Jay' Barnes (*pro hac vice*)<br>jaybarnes@simmonsfirm.com<br>Jennifer M Paulson, Admitted Pro Hac Vice<br>jpaulson@simmonsfirm.com<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel: (212) 784-6400<br>Fax: (212) 213-5949<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>Geoffrey Aaron Graber, CSB #211547<br>Email: ggraber@cohenmilstein.com<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br><br>Eric Kafka, Admitted Pro Hac Vice<br>Email: ekafka@cohenmilstein.com<br>88 Pine Street, 14th Floor,<br>New York, NY 10005<br>Telephone: (212) 838-7797<br><br>Mark Vandenberg (pro hac vice pending)<br>mvandenberg@cohenmilstein.com<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: (212) 838-7797<br><br>TERRELL MARSHALL LAW GROUP PLLC<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>Amanda M. Steiner, CSB #190047<br>Email: asteiner@terrellmarshall.com<br>Benjamin M. Drachler, Admitted Pro Hac Vice<br>Email: bdrachler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603 |

KIESEL LAW LLP
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: (310) 854-4444
Fax: (310) 854-0812

GIBBS MURA LLP
Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs and Putative Class*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Class Certification Deadlines. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

Dated: October 31, 2025

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

Hon. William H. Orrick
United States District Judge