GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Additional Attorneys in Signature Block*

*Attorneys for Defendant Meta Platforms, Inc.*

GEOFFREY GRABER (SBN 211547)
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional Attorneys in Signature Block*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO NON-PARTY MOTION TO UNSEAL**<br><br>Hon. William H. Orrick |

1  Plaintiffs, Defendant Meta Platforms, Inc. ("Meta") (collectively the "Parties"), and Non-Party Plaintiff Jane Doe, hereby stipulate as follows:

**WHEREAS,** Non-Party Plaintiff Jane Doe moved to unseal Plaintiffs' Motion for Class Certification and several accompanying exhibits on October 29, 2025 (Dkt. 1206).

**WHEREAS**, the deadline for the Parties to respond to the Non-Party motion is currently November 12, 2025.

**WHEREAS**, the Non-Party motion was filed during the midst of expert depositions related to Plaintiffs' Motion for Class Certification.

**WHEREAS**, the Parties have agreed that they will be able to more properly respond to the Non-Party motion with a brief extension of six (6) days until November 18, 2025.

**WHEREAS**, the Non-Party Movant has also agreed to the extension.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and Non-Party, subject to the approval of this Court, that the deadline for the Parties to respond to the Non-Party motion to unseal Plaintiffs' Motion for Class Certification and several accompanying exhibits is now November 18, 2025.

DATED: November 12, 2025

By: */s/ Geoffrey Graber*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:    202-408-4600
Fax:   202-408-4699

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:   212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:   206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO
NON-PARTY MOTION TO UNSEAL
Case No. 3:22-cv-03580-WHO (VKD)

DATED: November 12, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren Goldman*
  Lauren Goldman

LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com
DARCY C. HARRIS (pro hac vice)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (pro hac vice)
andrew.clubok@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (pro hac vice forthcoming)
gary.feinerman@lw.com
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (Bar No. 234264)
melanie.blunschi@lw.com
KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
kristin.whitehead@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111

1  Telephone: +1.415.391.0600

*Attorneys for Meta Platforms, Inc.*

**MOGIN LAW LLP**
*/s/Timothy Z. LaComb*
Timothy Z. LaComb (SBN 314244)
Daniel J. Mogin (SBN No. 95624)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
tlacomb@moginlawllp.com
dmogin@moginlawllp.com

**DON BIVENS PLLC**
Don Bivens
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 708-1450
don@donbivens.com


*Attorneys for Non-Party Plaintiff Jane Doe*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Eric A. Kafka, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 12, 2025                                                             */s/ Eric A. Kafka*

5

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO
NON-PARTY MOTION TO UNSEAL
Case No. 3:22-cv-03580-WHO (VKD)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____          _____
                                          Hon. William H. Orrick
                                          United States District Court Judge