GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Additional Counsel in Signature Block*

*Attorneys for Defendant Meta Platforms, Inc.*

GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (admitted *pro hac vice*)
jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional Attorneys in Signature Block*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT STATUS REPORT RE DKT. NOS. 1085, 1106, 1132, 1166, 1185 AND 1216**<br><br>The Honorable Virginia K. DeMarchi |

The parties submit the following status report regarding Dkt. Nos. 1085, 1106, 1132, 1166, 1185, and 1216.

The parties continue to confer regarding a process to identify Pixel IDs associated with the domains identified in Plaintiffs' motion for class certification and related revenue figures, and request to file a further status report with the Court on or before December 18, 2025.

| | | |
|---|---|---|
| 1 | Dated: November 20, 2025 | **GIBSON, DUNN & CRUTCHER LLP** |
| 2 | | By: */s/ Lauren Goldman* |
| 3 | |      Lauren Goldman |

    LAUREN R. GOLDMAN (pro hac vice)
    lgoldman@gibsondunn.com
    DARCY C. HARRIS (pro hac vice)
    dharris@gibsondunn.com
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 351-4000
    Facsimile: (212) 351-4035

    ELIZABETH K. MCCLOSKEY (SBN 268184)
    emccloskey@gibsondunn.com
    ABIGAIL A. BARRERA (SBN 301746)
    abarrera@gibsondunn.com
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111-3715
    Telephone: (415) 393-8200
    Facsimile: (415) 393-8306

**LATHAM & WATKINS LLP**

    ANDREW B. CLUBOK (pro hac vice)
    andrew.clubok@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004-1304
    Telephone: +1.202.637.2200

    GARY S. FEINERMAN (pro hac vice)
    gary.feinerman@lw.com
    300 North Wabash Ave, Suite 2800
    Chicago, IL 60611
    Telephone: +1.312.876.7700

    MELANIE M. BLUNSCHI (Bar No. 234264)
    melanie.blunschi@lw.com
    KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
    kristin.whitehead@lw.com
    505 Montgomery St., Suite 2000
    San Francisco, CA 94111
    Telephone: +1.415.391.0600

*Attorneys for Meta Platforms, Inc.*

By:  */s/ Geoffrey Graber*
       Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699


By:  */s/ Jason 'Jay' Barnes*
       Jason 'Jay' Barnes
**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949


**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812


**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450


**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

*Attorneys for Plaintiffs*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 20, 2025          By:    */s/ Lauren Goldman*