**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Case No. 3:22-cv-03580-WHO (VKD) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> <u>CLASS ACTION</u> |

1  Having considered the Declaration of Lauren R. Goldman in Support of Plaintiffs'
2  Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed by
3  Meta Platforms, Inc. November 25, 2025, pursuant to Civil Local Rule 79-5(f), all materials
4  submitted in support thereof, and other records on file, and having found that good cause exists for
5  the sealing of the documents listed below:

6  **IT IS HEREBY ORDERED** that parts of plaintiffs' Statement in Support of Third Party
7  Motion to Unseal be **SEALED** as outlined below. Accordingly, the public shall only have access to
8  the version of the document filed at Dkt No. 1232-3 that contains the following redactions:

| Document | Portions of Document to Be Sealed | Designating Party | Reason for Redaction |
|---|---|---|---|
| Plaintiffs' Statement in Support of Third Party Motion to Unseal (Dkt. No. 1232-3) | Parts of page 2, lines 9, 12-14, 21-23; page 3, lines 2, 4-5, chart (right column), lines 24, 26; page 5, line 19. (highlighted in Dkt. No. 1237) | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary ad delivery systems and matching technologies, including the names of specific systems and how those systems and technologies work. If this information was disclosed, it would competitively harm Meta. Judge DeMarchi has previously ordered this type of information to be sealed. *See, e.g.,* Dkt. Nos. 703, 734, 1116, 1117. |
| Plaintiffs' Statement in Support of Third Party Motion to Unseal (Dkt. No. 1232-3) | Parts of page 2, lines 15-16; page 3, lines 1, 3, 11, 16. (highlighted in Dkt. No. 1237) | Meta | This text should be redacted because it reveals specific, non-public information about Meta's proprietary data storage systems, including the names of specific Hive tables and categories, how data flows through the systems, and how the systems are organized. If this information were disclosed, it would competitively harm Meta and allow bad actors to undermine the integrity of Meta's systems. This Court and Judge DeMarchi have previously ordered this type of information to be sealed. *See, e.g.,* Dkt. Nos. 336, 339-5, 372, 503, 509, 510, 522, 703, 734, 880, 1116, 1117. |

| Plaintiffs' Statement in Support of Third Party Motion to Unseal (Dkt. No. 1232-3) | Parts of page 2, lines 17-18, 20. (highlighted in Dkt. No. 1237) | Meta | This text should be redacted because it reveals specific, non-public information regarding Meta's proprietary health-related integrity systems, including how the systems work.  Disclosure of this information would cause Meta competitive harm and allow bad actors to undermine the integrity of Meta's systems.  This Court and Judge DeMarchi have already ordered this type of information to be sealed.  *See, e.g.,* Dkt. No. 157, 946-2, 953, 1030. |
| --- | --- | --- | --- |
| Plaintiffs' Statement in Support of Third Party Motion to Unseal (Dkt. No. 1232-3) | Parts of page 2, lines 24, 28; page 3, line 1, chart (row 1). (highlighted in Dkt. No. 1237) | Meta | This text should be redacted because it reveals specific, non-public information regarding Meta's proprietary classification systems and associated data processing tools, including names of one of Meta's classification systems, the number of data processing tools Meta uses, and how those tools work.  If disclosed, this information would cause Meta competitive harm.  This Court and Judge DeMarchi have previously ordered this type of information to be sealed*.  See, e.g.,* Dkt. Nos. 339-3, 350-6, 372, 703, 734, 880. |

Dated: _____

_____
William H. Orrick
United States Judge