**MOGIN LAW LLP**
Daniel J. Mogin (SBN No. 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone:     (619) 687-6611
Facsimile:      (619) 687-6610
dmogin@moginlawllp.com
tlacomb@moginlawllp.com

**DON BIVENS PLLC**
Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:     (602) 708-1450
don@donbivens.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No: 3:22-cv-3580-WHO (VKD) <br><br> **NOTICE OF PRESENCE FOR NON-PARTY JANE DOE** <br><br> Judge: Hon. William H. Orrick |
| This Document Relates to: <br><br> All Actions. | |

1    Non-Party Jane Doe is hereby providing notice that she, through her undersigned counsel, will be present in the public waiting room during today's Case Management Conference ("CMC") in case the Court wants to ask her counsel questions regarding the Protective Order in place in *Doe v. Eating Recovery Center LLC*, Case No. 3:23-cv-05561-VC, or any other issues related to her Motion to Unseal. The Court indicated this would be a topic of discussion during the CMC in its Order on Motions to Seal and Third-Party Motion to Unseal Class Certification Filings. Dkt. 1241 at 3. Given the nature of Zoom webinar proceedings, Non-Party Jane Doe believed this Notice was necessary to ensure the Court was aware of her counsel's presence at the CMC.

DATED: December 2, 2025

**MOGIN LAW LLP**

*/s/ Timothy Z. LaComb*
Timothy Z. LaComb (SBN 314244)
Daniel J. Mogin (SBN 95624)

4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone:    (619) 687-6611
Facsimile:    (619) 687-6610
dmogin@moginlawllp.com
tlacomb@moginlawllp.com

**Don Bivens PLLC**
Don Bivens
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone:    (602) 708-1450
don@donbivens.com

*Attorneys for Plaintiff Jane Doe*