**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**LATHAM & WATKINS LLP**
ANDREW B. CLUBOK (*pro hac vice*)
andrew.clubok@lw.com
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone:   (202) 637-2200

MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD,
SBN 304635
kristin.whitehead@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 395-8129
Facsimile:   (415) 393-8095

*Attorneys for Defendant Meta Platforms, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL META'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date Action Filed: June 17, 2022<br>Honorable William H. Orrick |

Pursuant to Civil Local Rules 7-11 and 79-5, and the parties' Stipulation to Extend Deadline for the Parties to File Sealing Papers (Dkt. 1248), approved by the Court on December 8, 2025 (Dkt. 1249) (the "Sealing Stipulation"), Meta Platforms, Inc. ("Meta") respectfully submits this administrative motion to file under seal Meta's Opposition to plaintiffs' Motion for Class Certification and supporting documents.

Meta certifies that it has reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. Pursuant to the Sealing Stipulation, Meta is hereby filing a "1-page interim sealing motion . . . indicat[ing] that the reasons for sealing will be discussed in a forthcoming sealing motion." Dkt. 1249. Pursuant to the Sealing Stipulation, on or before January 23, 2026, Meta will file a detailed declaration in support of sealing Meta's confidential information in the Opposition to plaintiffs' Motion for Class Certification and supporting documents, along with narrowed proposed redactions. *Id.*

Meta seeks to provisionally seal the following materials because they contain information designated by Meta as CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or HIGHLY CONFIDENTIAL – SOURCE CODE pursuant to the Stipulated Protective Order entered in this case (Dkt. 242):

| Document | Designating Party | Portion To Be Filed Under Seal |
|---|---|---|
| Meta Platforms, Inc.'s Opposition to Plaintiffs' Motion for Class Certification | Meta | Entire Document.<br><br>Portions to be sealed to be identified no later than January 23, 2026, pursuant to the parties' Stipulation (Dkt. 1248). |
| Appendix, Volumes 1 through 13, containing all documents in support of Meta Platforms, Inc.'s Opposition to Plaintiffs' Class Certification | Meta | Entire Document.<br><br>Portions to be sealed to be identified no later than January 23, 2026, pursuant to the parties' Stipulation (Dkt. 1248). |

For the foregoing reasons, Meta respectfully requests that the Court grant its administrative motion to provisionally seal its Opposition to plaintiffs' Motion for Class Certification and supporting documents.

//

//

- 1 -
DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL META'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION — CASE NO. 3:22-CV-03580-WHO

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2025.

Dated: December 9, 2025                    **GIBSON, DUNN & CRUTCHER LLP**

              By: */s/ Lauren R. Goldman*
                 Lauren R. Goldman

              *Attorneys for Meta Platforms, Inc.*