| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP**<br>LAUREN R. GOLDMAN (*pro hac vice*)<br>lgoldman@gibsondunn.com<br>DARCY C. HARRIS (*pro hac vice*)<br>dharris@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:   (212) 351-4000<br>Facsimile:    (212) 351-4035<br><br>ELIZABETH K. MCCLOSKEY, SBN 268184<br>emccloskey@gibsondunn.com<br>ABIGAIL A. BARRERA, SBN 301746<br>abarrera@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone:   (415) 393-8200<br>Facsimile:    (415) 393-8306 | **LATHAM & WATKINS LLP**<br>ANDREW B. CLUBOK (*pro hac vice*)<br>andrew.clubok@lw.com<br>555 Eleventh St., NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone:   (202) 637-2200<br><br>MELANIE M. BLUNSCHI, SBN 234264<br>melanie.blunschi@lw.com<br>KRISTIN I. SHEFFIELD-WHITEHEAD,<br>SBN 304635<br>kristin.whitehead@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   (415) 395-8129<br>Facsimile:    (415) 393-8095 |

*Attorneys for Defendant Meta Platforms, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date Action Filed: June 17, 2022<br>Honorable William H. Orrick |

Pursuant to Civil Local Rules 7-11 and 79-5, and the parties' Stipulation to Extend Deadline for the Parties to File Sealing Papers (Dkt. 1248), approved by the Court on December 8, 2025 (Dkt. 1249) (the "Sealing Stipulation"), Meta Platforms, Inc. ("Meta") respectfully submits this administrative motion to consider whether another party's material should be sealed in connection with Meta's Opposition to plaintiffs' Motion for Class Certification and supporting documents.

Meta certifies that it has reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5. Pursuant to the Sealing Stipulation, Meta requests that the Court consider provisionally seal material designated by plaintiffs as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY contained in the Opposition to plaintiffs' Motion for Class Certification and the related supporting documents. Dkt. 1249. Pursuant to the Sealing Stipulation, plaintiffs will file a detailed declaration in support of sealing plaintiffs' confidential information, along with narrowed proposed redactions, on or before January 23, 2026. *Id.*

Meta seeks to provisionally seal the following materials because they contain information designated as CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or HIGHLY CONFIDENTIAL – SOURCE CODE pursuant to the Stipulated Protective Order entered in this case (Dkt. 242).

| Document | Designating Party | Portion(s) to be Sealed |
| --- | --- | --- |
| Meta Platforms, Inc.'s Opposition to Plaintiffs' Motion for Class Certification | Plaintiffs | Entire Document.<br><br>Portions to be sealed to be identified no later than January 23, 2026, pursuant to the parties' Stipulation. Dkt. 1248. |
| Appendix, Volumes 1 through 13, containing all documents in support of Meta Platforms, Inc.'s Opposition to Plaintiffs' Class Certification | Plaintiffs | Entire Document.<br><br>Portions to be sealed to be identified no later than January 23, 2026, pursuant to the parties' Stipulation. Dkt. 1248. |

//

//

//

//

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2025.

Dated: December 9, 2025              **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
    Lauren R. Goldman

*Attorneys for Meta Platforms, Inc.*

- 2 -
DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED — CASE NO. 3:22-CV-3580-WHO