**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

*Additional counsel listed on signature page*

*Attorneys for Defendant Meta Platforms, Inc.*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
ggraber@cohenmilstein.com
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes, State Bar No. 362766
jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone:   (212) 784-6400
Facsimile:   (212) 213-5949

*Additional counsel listed on signature page*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO FILE SEALING PAPERS**<br><br>The Honorable William H. Orrick |

1  WHEREAS, on October 31, 2025, the parties filed a joint stipulation and proposed order
2  (Dkt. 1208) to extend the deadlines to file any motion(s) pursuant to Federal Rule of Evidence
3  702 related to plaintiffs' Motion for Class Certification and Meta's Opposition to plaintiffs'
4  Motion for Class Certification ("Rule 702 Motions"), and the Court granted this extension on
5  November 3, 2025 (Dkt. 1210);

6  WHEREAS, that stipulation and order established the following deadlines related to Rule
7  702 Motions:

8  1. Meta's deadline to file any Rule 702 Motions related to plaintiffs' Motion for Class
9  Certification is December 19, 2025;

10  2. Plaintiffs' deadline to file any Rule 702 Motions related to Meta's Opposition to
11  plaintiffs' Motion for Class Certification (Meta's "Opposition") is January 28, 2026;

12  3. Plaintiffs' deadline to file any opposition(s) to Meta's Rule 702 Motions is February
13  11, 2026;

14  4. Meta's deadline to file any replies in support of its Rule 702 Motions is March 4,
15  2026;

16  5. Meta's deadline to file any opposition(s) to plaintiffs' Rule 702 Motions is March 5,
17  2026; and

18  6. Plaintiffs' deadline to file any replies in support of their Rule 702 Motions is March
19  19, 2026;

20  WHEREAS, on December 1, 2025, the Court entered an order providing further guidance
21  on the parties' sealing applications and directing plaintiffs and Meta to meet and confer and
22  submit by January 9, 2026 a consolidated chart with the parties' positions on all information filed
23  conditionally under seal in connection with plaintiffs' Motion for Class Certification (Dkt.
24  1241);

25  WHEREAS, the Court indicated it expects to resolve any disputes regarding material in
26  plaintiffs' Motion for Class Certification that will be sealed by January 16, 2026 (Dkt. 1245);

27
28

1  WHEREAS, the parties recently filed a Stipulation and Proposed Order to Extend the Deadline for the Parties to File Sealing Papers with respect to Meta's Opposition to Plaintiffs' Motion for Class Certification, which the Court granted on December 8, 2025 (Dkt. 1249);

WHEREAS, due to the anticipated large volume and complexity of documents that will be submitted in connection with the Rule 702 Motions, as well as to provide time to incorporate the Court's further guidance and determinations regarding content to be sealed in plaintiffs' Motion for Class Certification, the parties have agreed, subject to this Court's approval, to extend all deadlines for sealing applications related to filings in connection with the Rule 702 Motions in accordance with the schedule set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. In connection with the Rule 702 Motions, for any submission that contains Protected Material, the filing party will file its submission provisionally under seal, along with a 1-page interim sealing motion that states that the reasons for sealing will be presented in a forthcoming sealing application;

2. The parties' deadline to file sealing applications regarding any Rule 702 Motions from Meta related to plaintiffs' Motion for Class Certification is January 30, 2026;

3. The parties' deadline to file sealing applications regarding any Rule 702 Motions from plaintiffs related to Meta's Opposition is March 11, 2026;

4. The parties' deadline to file sealing applications regarding any opposition(s) to Meta's Rule 702 Motions is March 25, 2026;

5. The parties' deadline to file sealing applications regarding any replies Meta submits in support of its Rule 702 Motions is April 15, 2026;

6. The parties' deadline to file sealing applications regarding any opposition(s) to plaintiffs' Rule 702 Motions is April 16, 2026; and

7. The parties' deadline to file sealing applications regarding any replies from plaintiffs in support of their Rule 702 Motions is April 30, 2026.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO FILE SEALING PAPERS
CASE NO. 3:22-CV-03580-WHO (VKD)

1  RESPECTFULLY SUBMITTED AND DATED this 16th day of December 2025.

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Lauren R. Goldman*
     Lauren R. Goldman

LAUREN R. GOLDMAN (pro hac vice)
 *lgoldman@gibsondunn.com*
DARCY C. HARRIS (pro hac vice)
 *dharris@gibsondunn.com*
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
 *emccloskey@gibsondunn.com*
ABIGAIL A. BARRERA (SBN 301746)
 *abarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (pro hac vice)
 *andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (pro hac vice)
 *gary.feinerman@lw.com*
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (SBN 234264)
 *melanie.blunschi@lw.com*
KRISTIN SHEFFIELD-WHITEHEAD (SBN 304635)
 *kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
|   | Telephone: +1.415.391.0600 |
| 2 |   |
| 3 | *Attorneys for Defendant Meta Platforms, Inc.* |

By:   */s/ Jason 'Jay' Barnes*
      Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes State Bar No. 362766
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:   212-784-6400
Fax:   212-213-5949

By:   */s/ Geoffrey Graber*
      Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
 *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:   202-408-4600
Fax:   202-408-4699

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
 *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:   510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
 *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:   310-854-4444
Fax:   310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
 *bterrell@terrellmarshall.com*

---

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO FILE
SEALING PAPERS
CASE NO. 3:22-CV-03580-WHO (VKD)

936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO FILE
SEALING PAPERS
CASE NO. 3:22-CV-03580-WHO (VKD)

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren R. Goldman, hereby attests under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 16, 2025                                By: */s/ Lauren R. Goldman*
                                                             Lauren R. Goldman

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 16, 2025

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO FILE SEALING PAPERS
CASE NO. 3:22-CV-03580-WHO (VKD)