GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Additional Counsel in Signature Block*

*Attorneys for Defendant Meta Platforms, Inc.*

GEOFFREY GRABER (SBN 211547)
*ggraber@cohenmilstein.com*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362766)
*jaybarnes@simmonsfirm.com*
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional Attorneys in Signature Block*

*Co-Lead Counsel for Plaintiffs and the
Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT STATUS REPORT RE DKT. NOS. 1085, 1106, 1132, 1166, 1185, 1216, AND 1234**<br><br>The Honorable Virginia K. DeMarchi |

The parties submit the following status report regarding Dkt. Nos. 1085, 1106, 1132, 1166, 1185, 1216, and 1234 and the process to identify Pixel IDs associated with the domains identified in Plaintiffs' motion for class certification and related revenue figures.

Meta has agreed to produce additional event data to plaintiffs that will include Pixel IDs associated with domains that plaintiffs assert are relevant along with recreated classification data, as well as additional aggregated data. Meta anticipates making these productions in or around December

2025 and January 2026.  Once plaintiffs have received these productions, Meta understands plaintiffs will identify the revised universe of Pixel IDs plaintiffs assert are relevant, and Meta will use this revised list of Pixel IDs for an additional production of revenue data.  From Meta's perspective, this dispute has been resolved and there is no need to provide further updates to the Court.

Plaintiffs' position is that until they have received Meta's forthcoming productions, they cannot confirm whether there are any remaining disputes, but plaintiffs agree that there is no need for further updates to the Court at this time.  To the extent that plaintiffs take issue with any of Meta's forthcoming productions, they reserve all rights to raise those issues with the Court at that time. Plaintiffs also note that the parties continue to confer regarding additional tables that may contain relevant Pixel ID ↔ domain mapping and that there are other potential damages discovery issues that Plaintiffs identified in the last Case Management Statement that are not yet ripe and will not be ripe until this process is completed.

Dated: December 18, 2025

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Lauren Goldman*
Lauren Goldman

LAUREN R. GOLDMAN (pro hac vice)
lgoldman@gibsondunn.com
DARCY C. HARRIS (pro hac vice)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (pro hac vice)
andrew.clubok@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (pro hac vice)
gary.feinerman@lw.com
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (Bar No. 234264)
melanie.blunschi@lw.com
KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
kristin.whitehead@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600


*Attorneys for Meta Platforms, Inc.*


By:   */s/ Geoffrey Graber*
        Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, 8th Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699


By:   */s/ Jason 'Jay' Barnes*
        Jason 'Jay' Barnes
**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes, State Bar No. 362766
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard

-3-

Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:   206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   510-350-9700
Fax:    510-350-9701

*Attorneys for Plaintiffs*

JOINT STATUS REPORT RE DKT NOS. 1085, 1106, 1132, 1166, 1185, 1216, AND 1234
CASE NO. 3:22-CV-03580-WHO (VKD)

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.


Dated: December 18, 2025                          By:      */s/ Lauren Goldman*