| | |
|---|---|
| **LATHAM & WATKINS LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| Melanie M. Blunschi (Bar No. 234264) | Lauren R. Goldman (*pro hac vice*) |
| *melanie.blunschi@lw.com* | lgoldman@gibsondunn.com |
| Kristin Sheffield-Whitehead (Bar No. 304635) | Darcy C. Harris (*pro hac vice*) |
| *kristin.whitehead@lw.com* | dharris@gibsondunn.com |
| 505 Montgomery St., Suite 2000 | 200 Park Avenue |
| San Francisco, CA 94111 | New York, NY 10166 |
| Telephone: +1.415.391.0600 | Telephone: +1.212.351.4000 |
| | |
| Andrew B. Clubok (*pro hac vice*) | Elizabeth K. McCloskey (Bar No. 268184) |
| *andrew.clubok@lw.com* | emccloskey@gibsondunn.com |
| 555 Eleventh St., NW, Suite 1000 | Abigail A. Barrera (Bar No. 301746) |
| Washington, D.C. 20004-1304 | abarrera@gibsondunn.com |
| Telephone: +1.202.637.2200 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA 94111 |
| Marissa Alter-Nelson (*pro hac vice*) | Telephone: +1.415.393.8200 |
| *marissa.alter-nelson@lw.com* | |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | |
| Telephone: +1.212.906.1345 | |
| | |
| Jessica Stebbins Bina (Bar No. 248485) | |
| *jessica.stebbinsbina@lw.com* | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| Telephone: +1.424.653.5500 | |

*Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-3580-WHO |
| | **DEFENDANT META PLATFORMS, INC.'S MOTION TO EXCLUDE PLAINTIFFS' CLASS CERTIFICATION EXPERT HAL J. SINGER, PH.D.** |
| This Document Relates To: | |
| All Actions | Date: April 22, 2026 |
| | Time: 2:00 p.m. |
| | Court: Courtroom 2 —17th Floor |
| | Hon. William H. Orrick |
| | |
| | **FILED UNDER SEAL** |