**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Additional Attorneys in Signature Block*

*Attorneys for Defendant Meta Platforms, Inc.*

GEOFFREY GRABER (SBN 211547)
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362776)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional Attorneys in Signature Block*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLASS CERTIFICATION DEADLINES**<br><br>Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 3, 2025, the Court granted the parties' stipulated briefing deadlines related to Plaintiffs' Motion for Class Certification (Dkt. 1210, the "Scheduling Order");

WHEREAS, on December 9, 2025, Meta filed its Opposition and five expert reports;

WHEREAS, on December 19, 2025, Meta filed six Rule 702 Motions to Exclude certain testimony from Plaintiffs' experts;

WHEREAS, the parties have worked diligently to schedule the depositions of Meta's experts and other declarants, but due to scheduling constraints and witness availability, the dates will extend through February;

WHEREAS, pursuant to the Scheduling Order, Plaintiffs' Rule 702 Motions related to Meta's Class Certification Opposition are due January 28, 2026, Plaintiffs' Reply in Support of their Class Certification Motion ("Class Certification Reply"), any reply expert reports, and any oppositions to Meta's Rule 702 Motions are due February 11, 2026;

WHEREAS, the parties have met and conferred and respectfully submit that, due to the complexity and importance of the issues presented as well as the volume of expert testimony and material, good cause exists to adjust the deadlines in the Scheduling Order. The Parties also seek to reschedule the hearing on Plaintiffs' Motion for Class Certification and the parties' Rule 702 Motions and extend their ADR deadline to accommodate the adjustments to the briefing schedule.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to this Court's approval, that:

1. Plaintiffs shall file their Class Certification Reply and rebuttal expert reports; any opposition(s) to Meta's Rule 702 Motions; and any affirmative Rule 702 motions by March 11, 2026;

3. Meta shall file replies in support of its Rule 702 Motions by April 14, 2026;

4. Meta shall file responses to Plaintiffs' Rule 702 Motions by April 28, 2026;

5. Plaintiffs shall file replies in support of their affirmative Rule 702 Motions by May 26, 2026;

6. The parties shall participate in an ADR mediation session no later than May 26, 2026;

7. Subject the Court's calendar and convenience, the parties request that the hearing on Plaintiffs' Class Certification Motion and the parties' Rule 702 Motions shall take place on June 10, 2026.

| Document(s) | Filing Date |
|---|---|
| Plaintiff Reply ISO Class Certification | March 11, 2026 |
| Plaintiff Rule 702 Motions | |
| Plaintiff Opp. to Meta 702 Motions | |
| Meta Replies ISO Rule 702 Motions | April 14, 2026 |
| Meta Opp. to Plaintiff Rule 702 Motions | April 28, 2026 |
| Plaintiff Replies ISO Rule 702 Motions | May 26, 2026 |
| ADR Deadline | May 26, 2026 |
| Hearing on Class Certification and Rule 702 Motions | June 10, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 21, 2026

_____
Hon. William H. Orrick
United States District Court Judge