**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**LATHAM & WATKINS LLP**
ANDREW B. CLUBOK (*pro hac vice*)
andrew.clubok@lw.com
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone:   (202) 637-2200

MELANIE M. BLUNSCHI, SBN 234264
melanie.blunschi@lw.com
KRISTIN I. SHEFFIELD-WHITEHEAD,
SBN 304635
kristin.whitehead@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 395-8129
Facsimile:   (415) 393-8095

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date Action Filed: June 17, 2022<br>Honorable William H. Orrick |

Pursuant to Civil Local Rules 7-11 and 79-5, and the parties' Stipulation to Extend Deadline for the Parties to File Sealing Papers (Dkt. 1248), approved by the Court on December 8, 2025 (Dkt. 1249) (the "Sealing Stipulation"), Meta Platforms, Inc. ("Meta") respectfully submits this administrative motion to consider whether another party's material should be sealed in connection with Meta's Opposition to the Motion for Class Certification and supporting documents.

Meta certifies that it has reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-5.  Pursuant to the Sealing Stipulation, Meta requests that the Court consider provisionally seal material designated by third parties as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY contained in Meta's Opposition to the Motion for Class Certification and the related supporting documents.  Dkt. 1251.

Meta seeks to provisionally seal the following materials because they contain information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order entered in this case (Dkt. 242) as revised on February 24, 2025 (Dkt. 889).

| **Document** | **Designating Party** | **Portion(s) to be Sealed** |
|---|---|---|
| Exhibit 129 (Dkt. No. 1251-9) | BCBS CareFirst | Entire Document. |
| Exhibit 130 (Dkt. No. 1251-9) | Maryland Health Benefits Exchange | Entire Document. |
| Exhibit 162 (Dkt. No. 1251-10) | Adventist Health | Entire Document. |
| Exhibit 163 (Dkt. No. 1251-10) | Adventist Health | Entire Document. |
| Exhibit 164 (Dkt. No. 1251-10) | Adventist Health | Entire Document. |
| Exhibit 165 (Dkt. No. 1251-10) | Adventist Health | Entire Document. |
| Exhibit 166 (Dkt. No. 1251-10) | Adventist Health | Entire Document. |

- 2 -

| | | |
|---|---|---|
| Exhibit 167 (Dkt. No. 1251-10) | Atrium Health | Entire Document. |
| Exhibit 169 (Dkt. No. 1251-12) | BCBS North Carolina | Entire Document. |
| Exhibit 170 (Dkt. No. 1251-12) | BCBS North Carolina | Entire Document. |
| Exhibit 171 (Dkt. No. 1251-12) | BCBS North Carolina | Entire Document. |
| Exhibit 173 (Dkt. No. 1251-12) | Currax Pharmaceuticals LLC | Entire Document. |
| Exhibit 174 (Dkt. No. 1251-12) | Currax Pharmaceuticals LLC | Entire Document. |
| Exhibit 175 (Dkt. No. 1251-12) | Currax Pharmaceuticals LLC | Entire Document. |
| Exhibit 176 (Dkt. No. 1251-12) | Humana Inc. | Entire Document. |
| Exhibit 177 (Dkt. No. 1261-13) | Humana Inc. | Entire Document. |
| Exhibit 178 (Dkt. No. 1261-13) | Humana Inc. | Entire Document. |
| Exhibit 180 (Dkt. No. 1261-13) | Ohio State University Wexner Medical Center | Entire document. |

//

//

//

//

RESPECTFULLY SUBMITTED AND DATED this 23rd day of January 2026.

Dated: January 23, 2026                    **GIBSON, DUNN & CRUTCHER LLP**

1
2
3     By: */s/ Lauren R. Goldman*
          Lauren R. Goldman

      *Attorneys for Meta Platforms, Inc.*

DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED — CASE NO. 3:22-CV-3580-WHO