1  Lauren R. Goldman, *Admitted Pro Hac Vice*
   lgoldman@gibsondunn.com
2  Darcy C. Harris, *Admitted Pro Hac Vice*
   dharris@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
4  New York, NY 10166
   Telephone:    (212) 351-4000
5
   Elizabeth K. McCloskey (SBN 268184)
6  emccloskey@gibsondunn.com
   Abigail A. Barrera (SBN 301746)
7  abarrera@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111-3715
9  Telephone: (415) 393-8200

10 *Attorneys for Defendant Meta Platforms, Inc.*

11 [*Additional Attorneys on Signature Block*]

   Geoffrey Graber (SBN 211547)
   ggraber@cohenmilstein.com
   COHEN MILSTEIN SELLERS & TOLL PLLC
   1100 New York Ave. NW, 8th Floor
   Washington, DC 20005
   Telephone: (202) 408-4600
   Facsimile: (202) 408-4699

   Jason 'Jay' Barnes (SBN 362776)
   jaybarnes@simmonsfirm.com
   SIMMONS HANLY CONROY LLC
   112 Madison Avenue, 7th Floor
   New York, NY 10016
   Telephone: (212) 784-6400
   Facsimile: (212) 213-5949

   *Co-Lead Counsel for Plaintiffs and the
   Proposed Class*

   [*Additional Attorneys on Signature Block*]

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 IN RE META PIXEL HEALTHCARE
   LITIGATION

18
   _____

19
   This Document Relates To:

20
   All Actions

21

22

Case No. 3:22-cv-03580-WHO (VKD)

**JOINT CASE MANAGEMENT
STATEMENT**

Date: February 3, 2026
Time: 2:00 p.m.
Courtroom: Videoconference
Judge: Hon. William H. Orrick

23

24

25

26

27

28

1    Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and

2    Jane Doe X ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by

3    and through their respective counsel of record, hereby submit the following Joint Case Management

4    Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference

5    scheduled in the above-captioned case for February 3, 2026 at 2:00 P.M. via videoconference before

6    the Honorable William H. Orrick, in Courtroom 2, San Francisco Courthouse, 450 Golden Gate

7    Avenue, San Francisco, California, 94102.

8    The parties submitted a Joint Rule 26(f) report on September 28, 2022, and case management

9    statements on six dates in 2023 and 2024, and thirteen in 2025.  Dkts. 66, 167, 191, 234, 283, 317, 377,

10   409, 489, 572, 667, 707, 769, 853, 862, 911, 984, 1033, 1097, 1120, 1139, 1178, 1199, 1239, 1265.

11   **I.      JOINT STATEMENT ON PROGRESS**

12   As requested by the Court during the August 5, 2025 Case Management Conference, the parties

13   are beginning this Case Management Statement with "a paragraph describing their perspectives on the

14   progress achieved since the last CMC."  Dkt. 1125.

15   Plaintiffs' perspective is that the parties have made little progress since the last CMC. With

16   respect to Interrogatory No. 3, Meta told Plaintiffs today (January 27) that it expects to produce a

17   second significant set of data and a list of terms in a purported "Universal Filter" this week. In addition,

18   Plaintiffs have requested that Meta supplement its answer to Interrogatory No. 3 with information and

19   documents detailing its RDTT classification systems. Plaintiffs informally requested the RDTT

20   classification information from Meta in November 2025 and followed up with a formal request on

21   December 22, 2025 and several times in the weeks since. Despite repeated follow-ups, Meta has yet to

22   inform Plaintiffs whether it will produce the documents or when.

23   With respect to Potential Privilege Disputes, the parties have largely agreed on a process to

24   reduce the number of disputes before bringing any to the Court's attention.

25   Meta's perspective is that, since the January 6 Case Management Conference, it has made and

26   continues to make progress on plaintiffs' remaining discovery requests in an effort to close out

27   discovery in this litigation.  Since that conference, Meta has diligently addressed privilege log and

28

1  clawback questions and continued to work to address plaintiffs' perpetual new formal and informal

2  discovery requests.

3      Meta filed its opposition to plaintiffs' class certification motion on December 9, 2025, and on

4  December 19, 2025, Meta filed its motions to exclude certain purported expert analysis offered by

5  plaintiffs in support of their motion for class certification.  By stipulated extension, plaintiffs shall file

6  their class certification reply, rebuttal expert reports, Rule 702 motions, and oppositions to Meta's Rule

7  702 motions on March 11, 2026.  Dkts. 1273, 1274.  All Rule 702 briefing shall be completed on May

8  26, 2026.  Dkt. 1274.

9      <u>Mark Zuckerberg</u> – The Ninth Circuit heard oral argument on December 5, 2025, regarding

10  Meta's Petition for a Writ of Mandamus regarding the Court's prior order denying Meta's motion for

11  relief from the Order allowing the deposition of Mark Zuckerberg.  Meta's petition remains pending.

12      <u>Dinkar Jain</u> – The parties are working to schedule the Dinkar Jain deposition.

13  **II.      UPDATE ON DISCOVERY STATUS**

14  *Plaintiffs' Statement*

15      **A.  <u>Meta's Failure to Preserve Certain Data</u>**

16      Plaintiffs repeat their statement from the last CMS on Meta's failure to preserve data.

17      **B.  <u>Additional Discovery Requests re "Custom Conversion Health Restrictions"</u>**

18      Meta has agreed to produce certain documents relating to the "Custom Conversion Health

19  Restrictions" that it purportedly imposed in September 2025. However, Meta has not yet produced

20  those documents or provided a date by which it will do so. Based on conferences with Meta, Plaintiffs

21  are hopeful that there will not be any disputes—once Meta produces the documents.

22      **C.  <u>Meta's Supplementation of Timely Served Discovery (or Lack Thereof)</u>**

23      Meta has not yet produced the additional classifications data relating to Interrogatory No. 3,

24  which also delays final resolution / production of documents for its answer to Interrogatory No. 17, and

25  therefore repeat their statement from the last Case Management Statement.

26  *Meta's Statement*

27      Despite the May 30, 2025 close-of-fact-discovery deadline, Meta is working diligently to

28  address plaintiffs' continuing discovery requests in an effort to close out discovery without requiring

1  additional Court intervention.  Meta, again, rejects plaintiffs' continued mischaracterization of Meta's

2  preservation efforts in this litigation and will address such claims at the appropriate time, as necessary.

3  **A. <u>Additional Discovery Requests</u>**

4  Well after the close of fact discovery, plaintiffs continue to seek information related to

5  previously served interrogatory no. 3, as well as previously served document productions.  The parties

6  have met and conferred concerning this additional requested information.  Meta is in the process of

7  reviewing plaintiffs' requests and is working to address them without the need for Court intervention.

8  Meta has informed plaintiffs that it anticipates producing the requested recreated categorizations and

9  additional filter information by January 30.

10  The parties continue to negotiate a reasonable scope for Meta's responses to plaintiffs' post-

11  close-of-fact-discovery requests for production concerning "Custom Conversion Health Restrictions."

12  Additional document and data collections are underway, and Meta anticipates making a final set of

13  productions responsive to these new requests in the near term.

14  **III.    PENDING MOTIONS**

15  *Motion for Class Certification*: On September 9, 2025, plaintiffs filed their motion for class

16  certification.  Dkts. 1152, 1153.  On December 9, 2025, Meta filed its opposition to Meta's motion for

17  class certification.  Dkts. 1251, 1252. Plaintiffs' Reply is due on March 11, 2026.  Dkt. 1274.

18  *Rule 702 Motions*: On December 19, 2025, Meta filed Rule 702 motions to exclude certain

19  purported expert analysis offered by plaintiffs in support of class certification.  Dkts. 1257, 1258, 1259,

20  1260, 1261, 1262.  Plaintiffs' deadline to file Rule 702 motions in connection with the expert analysis

21  offered by Meta in its opposition to plaintiffs' motion for class certification is March 11, 2026.  Dkt.

22  1274.  Briefing on these Rule 702 motions will be completed on May 26, 2026.  Dkt. 1274.

23  *Motions to Seal*: On January 9, 2026, Meta filed a renewed motion to seal documents associated

24  with Plaintiffs' motion for class certification. Per the Court's instruction, Meta's motion included a

25  chart detailing where the parties agreed or disagreed about Meta's sealing requests. For efficiency, the

26  parties agreed that Meta would file un-redacted versions of the documents upon the Court's ruling.

27  On January 23, 2026, Meta filed its motion to seal documents associated with its opposition to

28  Plaintiffs' motion for class certification, consistent with the Court's order at Dkt. 1249. Plaintiffs

-4-

1    inadvertently missed their deadline and have filed a motion requesting leave to comply with the Court's

2    order at Dkt. 1249 no later than Friday, January 30, 2026—as to which Meta takes no position.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)

1    Dated:  January 27, 2026           By:      /s/ Lauren Goldman
2                                                Lauren Goldman

3                                                **GIBSON, DUNN & CRUTCHER LLP**
                                                 Lauren R. Goldman (*pro hac vice*)
4                                                   lgoldman@gibsondunn.com
                                                 Darcy C. Harris (*pro hac vice*)
5                                                   dharris@gibsondunn.com
                                                 200 Park Avenue
6                                                New York, NY 10166
                                                 Tel:    (212) 351-4000
7                                                Fax:    (212) 351-4035

8
                                                 Elizabeth K. McCloskey (SBN 268184)
9                                                  emccloskey@gibsondunn.com
                                                 Abigail A. Barrera (SBN 301746)
10                                                 abarrera@gibsondunn.com
                                                 One Embarcadero Center, Suite 2600
11                                               San Francisco, CA 94111
                                                 Tel:    (415) 393-8200
12                                               Fax:    (415) 393-8306

13
                                                 **LATHAM & WATKINS LLP**
14                                               Melanie M. Blunschi (Bar No. 234264)
                                                   melanie.blunschi@lw.com
15                                               Kristin Sheffield-Whitehead (Bar No. 304635)
                                                   kristin.whitehead@lw.com
16                                               505 Montgomery St., Suite 2000
                                                 San Francisco, CA 94111
17                                               Tel:    (415) 391-0600

18
                                                 Andrew B. Clubok (*pro hac vice*)
19                                                 andrew.clubok@lw.com
                                                 555 Eleventh Street, NW, Suite 1000
20                                               Washington, D.C. 20004-1304
                                                 Tel:    (202) 637-2200
21
                                                 Gary S. Feinerman (*pro hac vice*)
22                                                 gary.feinerman@lw.com
                                                 300 North Wabash Ave, Suite 2800
23                                               Chicago, IL 60611
                                                 Tel:    (312) 876-7700
24
                                                 *Attorneys for Defendant Meta Platforms, Inc.*
25

26

27

28

-6-

1

Dated: January 27, 2026       By:     */s/ Jason "Jay" Barnes*
                                       Jason 'Jay' Barnes

2

3     **SIMMONS HANLY CONROY LLC**
      Jason 'Jay' Barnes (admitted *pro hac vice*)

4        *jaybarnes@simmonsfirm.com*
      112 Madison Avenue, 7th Floor

5     New York, NY 10016
      Tel:    (212) 784-6400

6     Fax:    (212) 213-5949

7
                              By:     */s/ Geoffrey Graber*
8                                     Geoffrey Graber

9     **COHEN MILSTEIN SELLERS & TOLL PLLC**
      Geoffrey Graber, State Bar No. 211547

10       *ggraber@cohenmilstein.com*
      1100 New York Avenue NW, Fifth Floor

11    Washington, DC 20005
      Tel:    (202) 408-4600

12    Fax:    (202) 408-4699

13
      Mark Vandenberg, (*pro hac vice pending*)

14       *mvandenberg@cohenmilstein.com*
      88 Pine Street, 14th Floor

15    New York, NY 10005
      Tel: (212) 838-7797

16

17                            By:     */s/ Beth E. Terrell*
                                      Beth E. Terrell

18

19    **TERRELL MARSHALL LAW GROUP PLLC**
      Beth E. Terrell, State Bar No. 178181

20       *bterrell@terrellmarshall.com*
      936 North 34th Street, Suite 300

21    Seattle, WA 98103
      Tel.:   (206) 816-6603

22    Fax:    (206) 319-5450

23
      **KIESEL LAW LLP**

24    Jeffrey A. Koncius, State Bar No. 189803
         *koncius@kiesel.law*

25    8648 Wilshire Boulevard
      Beverly Hills, CA 90211

26    Tel:    (310) 854-4444
      Fax:    (310) 854-0812

27

28    **GIBBS MURA LLP**

-7-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

*Attorneys for Plaintiffs and Putative Class*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Jason "Jay" Barnes, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 27, 2026          By:     */s/ Jason "Jay" Barnes*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Jason "Jay" Barnes, hereby certify that on January 27, 2026, I caused to be electronically filed the  foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.


Dated: January 27, 2026                    By:     */s/ Jason "Jay" Barnes*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)