**MARYLAND HEALTH BENEFIT EXCHANGE**
BLAKE BARON, Fed. Bar No. 21408
Blake.baron@maryland.gov
NICOLE QUIGLEY
Nicole.quigley@maryland.gov
750 East Pratt Street, 6th Fl.
Baltimore, Maryland 21202
Telephone:     (443) 610-1520

*Assistant Attorneys General for Maryland Health Benefit Exchange*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br>META PLATFORMS, INC.<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-3580-WHO<br><br>**NON-PARTY MARYLAND HEALTH BENEFIT EXHANGE'S STATEMENT FOR EXHIBIT 130 TO REMAIN UNDER SEAL**<br><br>Date Action Filed: June 17, 2022<br>Honorable William H. Orrick |

In response to Defendant Meta Platforms, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, non-party, the Maryland Health Benefit Exchange, doing business as the Maryland Health Connection (the "Exchange"), by and through undersigned counsel and pursuant to Civil Local Rule 79-5(f), respectfully submits the following Statement to keep under seal the material designated by the Parties as Exhibit 130. The Exchange is not a party to this litigation and nothing the Exchange provided to the parties in response to a Subpoena *duces*

1

*tecum* is relevant to this action. The information contained in Exhibit 130 includes technological operations of a State agency which should be kept confidential. Disclosure of the information contained therein could affect the security of the Exchange's information systems which could result in significant injury to the Exchange. There is no information contained in Exhibit 130 which can be redacted for the remainder of the document to be disclosed and therefore there is no less restrictive alternative to sealing the entire Exhibit.

    For these reasons the Exchange respectfully requests this honorable Court to keep Exhibit 130 under seal for the entirety of this matter.

Date:  January 30, 2026

                Respectfully submitted,
                ANTHONY G. BROWN
                ATTORNEY GENERAL
                OF MARYLAND


                *Blake Baron*
                _____
                Blake Baron (Fed. Bar No. 21408)
                Nicole Quigley (Maryland AIS# 1306190302)

                *Attorneys for Maryland Health Benefit Exchange*