Collin J. Vierra (State Bar No. 322720)
Benjamin E. Waldin

EIMER STAHL LLP

1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1668
cvierra@eimerstahl.com

224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
bwaldin@eimerstahl.com

*Attorneys for non-party Humana Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO<br><br>**NON-PARTY HUMANA INC.'S STATEMENT IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date Action Filed: June 17, 2022<br>Honorable William H. Orrick |

Pursuant to Local Rule 79-5, non-party Humana Inc. ("Humana") submits this statement and the accompanying Declaration of Claire Schaul in support of the pending Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF 1279, "Administrative Motion").

Defendant Meta filed an Appendix of Evidence (ECF 1278 "Appendix") in support of its

Opposition to Plaintiffs' Motion for Class Certification (ECF 1251 "Opposition"). The Appendix attaches public, redacted versions of multiple exhibits. Defendant's counsel has represented to Humana that Exhibits 176, 177, and 178 (the "Humana Exhibits") to the Appendix contain information designated confidential by Humana. Humana has not been provided with the entirety of the Appendix or Defendant's Opposition, however, Defendant's counsel has represented that the portions of the Opposition and Appendix which may contain Humana's confidential material have been provided to it.

Under Federal Rule of Civil Procedure 26, district courts have broad discretion to grant motions to seal in order to protect, among other things, "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). The Ninth Circuit has recognized that public "access to judicial records is not absolute." *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Motions and attachments that are "more than tangentially related to the merits of a case" may be sealed if there is a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Motions to seal may be granted where the information sought to be kept from the public record contains "business strategies" or "financial information" that could cause "competitive harm" to a party or non-party to the case. *Prescott v. Reckitt Benckiser LLC*, No. 20-cv-02101-BLF, 2023 WL 2465778, at* 2, 4 (N.D. Cal. Mar. 9, 2023).

Humana has evaluated the Humana Exhibits that Defendant provided as containing Humana's confidential information, it has considered the standards for sealing in this Court and the nature of the confidential materials contained within Humana Exhibits. Based upon its review, Humana believes that the Humana Exhibits should be maintained under seal as their disclosure would cause Humana, a non-party here, harm to its business that outweighs any interest of the pubic in those materials. The Humana Exhibits are not central to the parties' dispute; there is no strong public interest in their disclosure. In contrast, Humana has a strong interest in maintaining the Humana Exhibits' confidentiality. The Humana Exhibits contain

"confidential and proprietary information regarding an ongoing, commercially sensitive business relationship" with Humana's advertising agency. *See* Ex. 1, Decl. of Claire Schaul. Public disclosure of the Humana Exhibits would harm Humana by prejudicing its "future negotiating positions with vendors from whom Humana purchases advertising and with advertising agencies from whom Humana wishes to solicit proposals." *Id.* Furthermore, Humana and its advertising agency are contractually bound to keep the Humana Exhibits confidential. *Id.* Humana therefore requests, through this statement, that the Court maintain the Humana Exhibits under seal.

Humana respectfully asks that this Court grant the pending Administrative Motion (ECF No. 1279), to the extent that it relates to the Humana Exhibits.

Dated: January 30, 2026

Respectfully submitted,

By: */s/ Collin J. Vierra*

Collin J. Vierra (State Bar No. 322720)
Benjamin E. Waldin

EIMER STAHL LLP

1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1668
cvierra@eimerstahl.com

224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
bwaldin@eimerstahl.com

**Attorneys for non-party Humana Inc.**