# Proposed Redacted Version of Exhibit 8 (Dkt. No. 1263-13)

# Exhibit 8

FILED UNDER SEAL

| domain | | | | | |
|---|---|---|---|---|---|
| 000nfjsdec.com | {Brokerage and Investment=1.5137212176342E-4, None Apply=0.024054000154138, Faith-based Affiliation=7.2431814623997E-4, Genetic Data=8.503479330102E-5, Caregiver=1.532730384497E-4, Menstrual Cycle=5.9881760535063E-5, Bill Pay and Account Aggregation=7.317461859202E-5, Refugee Status=4.2644947825465E-5, Suicide or Self-injury=5.8017365518026E-5, Labor Union=1.8003795412369E-4, Military Supplies and Survivalism=4.4793530832976E-5, Victim Status=1.1009765148629E-4, Adoption and Foster Care=4.7953377361409E-5, Social Political Issue=1.5571723633911E-4, Exploitative Practices=3.4699580282904E-5, Weapons=7.1368835051544E-5, Economic Vulnerability=2.9611290665343E-4, Health Coverage=6.1320536769927E-4, Dating=2.8021819889545E-4, Vitamins and Supplements=6.5132969757542E-4, Banking=1.6022833005991E-4, Political Affiliation=1.191799674416E-4, Substance Use Disorder=5.3050776477903E-4, Political Candidate=1.6530515858904E-4, Alcoholic Beverages=2.4930428480729E-4, Criminal and Illicit Activity=1.7716272850521E-4, Sexual and Reproductive Care=9.991655824706E-4, Payment=3.1295398366638E-4, Blood Type=2.286534254381E-5, Surveillance=2.462649717927E-5, Separation and Divorce=6.9408430135809E-5, Medication and Prescription=9.6386054065078E-4, Personal Loss=1.8881545111071E-4, Tobacco and Smoking=2.1060796279926E-4, Accounting and Tax Preparation=3.4122279612347E-4, Adult Products and Services=6.5292633371428E-4, Gambling and Simulated Gambling=0.0011223134351894, Healthcare Reference and Research=5.9055362362415E-4, Wellness Support=0.0016478898469359, Mental Health Condition=0.0081380074843764, Emotional Wellbeing=0.0017306776717305, Vaccination=1.4992700016592E-4, Government Services=2.9242367600091E-4, Abortion=4.5397046051221E-5, Advocating for Hate and Violence=9.994963875215E-6, Disability=3.2435945468023E-4, Fitness and Workout=5.091234925203E-4, Credit and Loan=2.5776890106499E-4, Mystical Entertainment=1.1754647130147E-4, Ethnicity or Race=31738739926368E-4, Pregnancy and Childbirth=0.001280915690586, Spiritual or Philosophical Belief=4.502093361225E-4, Children=6.6783843794838E-4, Adolescents=2.9884750256315E-4, Patient Portal=9.6296693664044E-4, Criminal Record=8.4720348240808E-5, Nutrition=0.0011032457696274, Citizenship Status=5.7454173656879E-5, Military Affiliation=1.0666080925148E-4, Body Dysmorphia and Eating Disorder=2.888866874855E-4, Infidelity=5.1919821999036E-5, Non-native Speaker=4.5879132812843E-5, Gender Expansive=2.8532146825455E-4, Military Topics=4.6164535888238E-5, Sexual Orientation=8.5464998846874E-5, Sleep=1.326851779595E-4, Weight Loss=4.5028381282464E-4, Insurance=1.8718227511272E-4, Illness or Injury=0.017999645322561, Veteran Status=1.0926314280368E-4, Healthcare Provider=0.97776585817337, Immigration Status=1.209178881254E-4} | GENERAL_HEALTH_AND_WELLNESS | | | GENERAL_HEALTH_AND_WELLNESS, LEGACY_HEALTH |
| 00academy.org | {Brokerage and Investment=8.0336327664554E-4, None Apply=0.33473405241966, Faith-based Affiliation=0.0013101096265018, Genetic Data=3.8542045513168E-4, Caregiver=6.1993434792385E-4, Menstrual Cycle=7.7561719808778E-4, Bill Pay and Account Aggregation=2.3990476620384E-4, Refugee Status=2.5241356343031E-4, Suicide or Self-injury=0.0076229814440012, Labor Union=9.7472383640707E-4, Military Supplies and Survivalism=1.6851097461767E-4, Victim Status=7.2894460754469E-4, Adoption and Foster Care=2.4615257279947E-4, Social Political Issue=0.0036314893513918, Exploitative Practices=1.5829849871807E-4, Weapons=3.3605311183228E-4, Economic Vulnerability=0.001335907028988, Health Coverage=9.4263936625794E-4, Dating=7.4171717278659E-4, Vitamins and Supplements=0.00155667681247, Banking=6.0344446683303E-4, Political Affiliation=7.3706672992557E-4, Substance Use Disorder=0.89301460981369, Political Candidate=2.5547071709298E-4, Alcoholic Beverages=0.0029250916559249, Criminal and Illicit Activity=0.0011195596307516, Sexual and Reproductive Care=9.2458724975586E-4, Payment=8.8815769413486E-4, Blood Type=1.3131235027686E-4, Surveillance=3.3830225584097E-4, Separation and Divorce=5.4082443239167E-4, Medication and Prescription=0.002829160541296, Personal Loss=0.0011688937665895, Tobacco and Smoking=0.0046249283477664, Accounting and Tax Preparation=0.001161374617368, Adult Products and Services=8.9800014393404E-4, Gambling and Simulated Gambling=0.0025938125327229, Healthcare Reference and Research=0.0057542524300516, Wellness Support=0.0011982368305326, Mental Health Condition=0.029755480587482, Emotional Wellbeing=0.0014040799578652, Vaccination=6.8094820016995E-4, Government Services=0.0047404887154698, Abortion=2.7767519350164E-4, Advocating for Hate and Violence=1.0026993550127E-4, Disability=7.3022942524403E-4, Fitness and Workout=9.1025774599984E-4, Credit and Loan=2.951697970248E-4, Mystical Entertainment=8.8015913206618E-5, Ethnicity or Race=6.6407793201506E-4, Pregnancy and Childbirth=7.5551070040092E-4, Spiritual or Philosophical Belief=7.9934438690543E-4, Children=0.0015715236077085, Adolescents=0.0010863380739465, Patient Portal=8.3462527254596E-4, Criminal Record=6.6902581602335E-4, Nutrition=0.0021408090833575, Citizenship Status=5.2649463759735E-4, Military Affiliation=3.4697316004895E-4, Body Dysmorphia and Eating Disorder=0.002783603966361, Infidelity=2.8745856252499E-4, Non-native Speaker=3.4889150992967E-4, Gender Expansive=0.0013491644058377, Military Topics=1.6108911950141E-4, Sexual Orientation=8.8533153757453E-4, Sleep=0.001022906973958, Weight Loss=9.8862464074045E-4, Insurance=0.001742354943417, Illness or Injury=0.0058001508004963, Veteran Status=8.3462841575965E-4, Healthcare Provider=0.016080692410469, Immigration Status=0.0015895375981927} | ADDICTION_AND_SELF_HARM | | | ADDICTION_AND_SELF_HARM |



EXHIBIT 790
WIT: Shafiq
DATE: 11.19.25
HANNA KIM, CSR NO. 13083