# Proposed Redacted Version of Exhibit 10 (Dkt. No. 1263-15)

# Exhibit 10

FILED UNDER SEAL

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | ID | | Button Text | Button Destination | Portal | Payment | Assessment | Schedule |
| 13240 | 832505 | https://memorialhermann.org/services/specialties/everydaywell | Secure Login | https://everydaywell.memorialhermann.org/ | 1 | 0 | 0 | 0 |
| 13241 | 832563 | https://memorialhermann.org/services/specialties/everydaywell/join | With Email Invitation | https://memorialhermann.org/services/specialties/everydaywell/join#invitation | 1 | 0 | 0 | 0 |
| 13242 | 832570 | https://memorialhermann.org/services/specialties/everydaywell/join | Without Email Invitation | https://memorialhermann.org/services/specialties/everydaywell/join#noinvite | 1 | 0 | 0 | 0 |
| 15149 | 1021486 | https://www.nationaljewish.org/patients-visitors/visiting-us/travel/hotels-lodging | Book Now | https://www.marriott.com/event-reservations/reservation-link.mi?id=1553788134461&key=CORP&app=resvlink | 0 | 0 | 0 | 1 |
| 15150 | 1021508 | https://www.nationaljewish.org/patients-visitors/visiting-us/travel/hotels-lodging | Book Now | https://www.marriott.com/event-reservations/reservation-link.mi?id=1553788175870&key=CORP&app=resvlink | 0 | 0 | 0 | 1 |

EXHIBIT 795
WIT: SHAFIQ
DATE: 11.19.25
HANNA KIM, CSR NO. 13083

Button Destination Patterns

| | A | B |
|---|---|---|
| 1 | url_pattern | ppas_code |
| 2 | %/patient_portal% | 1 |
| 3 | %/patient-portal% | 1 |
| 4 | http%://www.archbold.org/myhealth% | 1 |
| 5 | http://christianacare.iqhealth.com/% | 1 |
| 6 | http://healthcenter.mountsinai.org/login% | 1 |
| 7 | http://hshsmyhealthrecord.com/ | 1 |
| 8 | http://my.njhealth.org/PatientPortal/Users/login.aspx% | 1 |
| 9 | http://mychart.mountsinai.org/% | 1 |
| 10 | http://myhealthinfo.iqhealth.com/home | 1 |
| 11 | http://nightingalepc.portalforpatients.com/% | 1 |
| 12 | http://www.mychartportal.org/ | 1 |
| 13 | http://www.myhshs.org/ | 1 |
| 14 | http://www.mymerithealth.com/ | 1 |
| 15 | http://www.nextmd.com/% | 1 |
| 16 | http://www.onemedicalpassport.com/lobby/lobby.asp% | 1 |
| 17 | https://%.com/portal | 1 |
| 18 | https://%.consumeridp.us-1.healtheintent.com/% | 1 |
| 19 | https://%.eclinicalweb.com/% | 1 |
| 20 | https://%.followmyhealth.com/Login/% | 1 |
| 21 | https://%.myhealth-rec.com/% | 1 |
| 22 | https://%.org/portal | 1 |
| 23 | https://%.portal.athenahealth.com/% | 1 |
| 24 | https://%.yourchristus.org/Phm-PhmHome% | 1 |
| 25 | https://%.yourchristus.org/templates/selfsignup-% | 1 |
| 26 | https://%lifebridgehealth.org/main/patient-portal | 1 |
| 27 | https://account.adventhealth.com/login | 1 |
| 28 | https://account.bannerhealth.com/% | 1 |
| 29 | https://accounts.mychristianacare.health/% | 1 |
| 30 | https://adams.mychartcc.com/Authentication% | 1 |
| 31 | https://altavistaregionalhospital.com/patient-portal/% | 1 |
| 32 | https://anmc.iqhealth.com/ | 1 |
| 33 | https://apps.uams.edu/PRI/ArBEST/% | 1 |
| 34 | https://archbold.org/about/patients-and-visitors/archhie/archhie-patient-portal | 1 |
| 35 | https://archbold.org/login | 1 |
| 36 | https://bannerhealth.medrefill.com/baweb/% | 1 |
| 37 | https://barstowhospital.com/patient-portal/ | 1 |
| 38 | https://beebe.iqhealth.com/% | 1 |
| 39 | https://bigbendhealthcare.com/patient-portal/ | 1 |
| 40 | https://bmhcareanywhere.co/login | 1 |
| 41 | https://boonecohealth.org/patient-resources/patient-portal-reminders/ | 1 |
| 42 | https://cancercareportal.beebehealthcare.org/ | 1 |
| 43 | https://capitalhealth.com/login% | 1 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 44 | https://capitalhealth.com/user/% | 1 |
| 45 | https://cayugahealth.org/patient-portal/ | 1 |
| 46 | https://cchsdotorg.wpengine.com/patients/myhealth/ | 1 |
| 47 | https://cernerhealth.com/oauth% | 1 |
| 48 | https://christianacare.iqhealth.com/% | 1 |
| 49 | https://christianacare.org/content/ccorg/us/en/patient-portal.html | 1 |
| 50 | https://christianacare.org/patients/myhealth/ | 1 |
| 51 | https://christianacare.org/us/en#login | 1 |
| 52 | https://christianacare.org/us/en/patient-portal | 1 |
| 53 | https://communicator.syntellis.com/ | 1 |
| 54 | https://craighospital.org/mychart-and-medical-records-access | 1 |
| 55 | https://cullmanregional.com/patient-care/patient-portal/ | 1 |
| 56 | https://cumberlandhealthcare.com/log-in/ | 1 |
| 57 | https://customerportal.healthmarkets.com/Application/% | 1 |
| 58 | https://dekalbregional.com/patient-portal/ | 1 |
| 59 | https://dmc.iqhealth.com/% | 1 |
| 60 | https://ecl.wellmont.org/% | 1 |
| 61 | https://elih.stonybrookmedicine.edu/patients_visitors/portal | 1 |
| 62 | https://elih.yourcarecommunity.com/% | 1 |
| 63 | https://evanstonregionalhospital.com/patient-portal/ | 1 |
| 64 | https://everydaywell.memorialhermann.org/% | 1 |
| 65 | https://fanninregionalhospital.com/patient-portal/ | 1 |
| 66 | https://forrestcitymedicalcenter.com/patient-portal/ | 1 |
| 67 | https://gatewayregional.net/patient-portal/ | 1 |
| 68 | https://haywardmemorialhospital.com/mychart/ | 1 |
| 69 | https://heartlandregional.com/patient-portal/ | 1 |
| 70 | https://helenarmc.com/patient-portal/ | 1 |
| 71 | https://imagingportal.bannerhealth.com/Security/SignIn.aspx% | 1 |
| 72 | https://iqhealth.com/% | 1 |
| 73 | https://kentuckyrivermc.com/patient-portal/ | 1 |
| 74 | https://licommunityhospital.org/for-patients-families/request-portal-access/ | 1 |
| 75 | https://link.hurleymc.com/EpicCareLink/common/epic_login.asp | 1 |
| 76 | https://lutheranhealth.iqhealth.com/% | 1 |
| 77 | https://martingeneral.com/patient-portal/ | 1 |
| 78 | https://mckweb.com/patient-portal/ | 1 |
| 79 | https://member.gfgh.me/ | 1 |
| 80 | https://memberportal.lassohealthcare.com/ | 1 |
| 81 | https://memorialhermann.org/services/specialties/everydaywell/join% | 1 |
| 82 | https://memorialregionalhealth.com/mychart-portal/ | 1 |
| 83 | https://memorialregionalhealth.com/patient-portal/ | 1 |
| 84 | https://mesaviewhospital.com/patient-portal/ | 1 |
| 85 | https://mimbresmemorial.com/patient-portal/ | 1 |
| 86 | https://mountainwestmc.com/patient-portal/ | 1 |

Button Destination Patterns

|     | A | B |
|-----|---|---|
| 87  | https://mshhospitalsitesstg.prod.acquia-sites.com/user% | 1 |
| 88  | https://my.njhealth.org/% | 1 |
| 89  | https://my.ochsner.org/PRD/% | 1 |
| 90  | https://myadventisthealth.iqhealth.com/% | 1 |
| 91  | https://mybanner.bannerhealth.com/portal-login% | 1 |
| 92  | https://mycarecorner.net/Default.aspx | 1 |
| 93  | https://mycayugahealth.cayugamed.org/% | 1 |
| 94  | https://mychart.ah.org/MyChart/% | 1 |
| 95  | https://mychart.balladhealth.org/% | 1 |
| 96  | https://mychart.bhsala.com/% | 1 |
| 97  | https://mychart.capefearvalley.com/% | 1 |
| 98  | https://mychart.caromonthealth.org/MyChart% | 1 |
| 99  | https://mychart.christushealth.org/% | 1 |
| 100 | https://mychart.chsbuffalo.org/% | 1 |
| 101 | https://mychart.gradyhealth.org/% | 1 |
| 102 | https://mychart.healthsystem.virginia.edu/mychart | 1 |
| 103 | https://mychart.healthsystem.virginia.edu/mychart/% | 1 |
| 104 | https://mychart.hurleymc.com/% | 1 |
| 105 | https://mychart.montefiore.org/% | 1 |
| 106 | https://mychart.mountsinai.org/% | 1 |
| 107 | https://mychart.northmemorial.com/% | 1 |
| 108 | https://mychart.northmemorial.com/NorthMemorial/Scheduling/OnMyWay/% | 1 |
| 109 | https://mychart.saintfrancis.com/MyChart/% | 1 |
| 110 | https://mychart.seattlechildrens.org/% | 1 |
| 111 | https://mychart.sih.net/mychartprd/% | 1 |
| 112 | https://mychart.skagitregionalhealth.org/ | 1 |
| 113 | https://mychart.sparrow.org/mychart/% | 1 |
| 114 | https://mychart.texashealth.org/MyChart/% | 1 |
| 115 | https://mychart.uamshealth.com/% | 1 |
| 116 | https://mychart.uihealthcare.org/% | 1 |
| 117 | https://mychart.universityhealthsystem.com% | 1 |
| 118 | https://mychart.wth.org/MyChart/% | 1 |
| 119 | https://mychart-nchmd.org/MyChart/% | 1 |
| 120 | https://myconnect.ppgh.com/Phm-PhmHome% | 1 |
| 121 | https://mycw107.ecwcloud.com/portal14650/jsp/100mp/login_otp.jsp | 1 |
| 122 | https://myehcrecords.iqhealth.com/% | 1 |
| 123 | https://myharnetthealth.org/mychart% | 1 |
| 124 | https://myhealthhome3.iqhealth.com/% | 1 |
| 125 | https://mymclarenchart.iqhealth.com/% | 1 |
| 126 | https://mynchportal.iqhealth.com/% | 1 |
| 127 | https://myportal.uams.edu/portal | 1 |
| 128 | https://mysheridanhospital.iqhealth.com/% | 1 |
| 129 | https://myuhealthchart.com/% | 1 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 130 | https://nchmd.org/mychart% | 1 |
| 131 | https://nemyhealthrec.com/PTAccess/% | 1 |
| 132 | https://northbay.iqhealth.com/% | 1 |
| 133 | https://northmemorial.com/mychart-medical-records/ | 1 |
| 134 | https://och.yourcarecommunity.com/ | 1 |
| 135 | https://onlinepatientestimation.com/PatientPortal% | 1 |
| 136 | https://paramount.nationsbenefits.com/login | 1 |
| 137 | https://patient.rxlocal.com/ | 1 |
| 138 | https://patientportal.conwayregional.org/% | 1 |
| 139 | https://patientportal.echn.org/Phm-PhmHome% | 1 |
| 140 | https://patientportal.intelichart.com/% | 1 |
| 141 | https://patientportal.porthuronhospital.org/Phm-PhmPage% | 1 |
| 142 | https://play.google.com/store/apps/details?id=com.cerner.iris.play&hl=en | 1 |
| 143 | https://play.google.com/store/apps/details?id=org.memorialhermann.everydaywell.play% | 1 |
| 144 | https://portal.boonehospital.com/% | 1 |
| 145 | https://portal.chsbuffalo.org/ | 1 |
| 146 | https://portal.colquittregional.com/% | 1 |
| 147 | https://portal.licommunityhospital.org/licommunityhospital#/ | 1 |
| 148 | https://promedica.nationsbenefits.com/login | 1 |
| 149 | https://providencemedical.iqhealth.com/% | 1 |
| 150 | https://recordstatus.hds.sharecare.com/ | 1 |
| 151 | https://redbudregional.com/patient-portal/ | 1 |
| 152 | https://sbbvny.iqhealth.com/% | 1 |
| 153 | https://secure.epayhealthcare.com/% | 1 |
| 154 | https://stonybrookmedicine.iqhealth.com/% | 1 |
| 155 | https://survivorportal.archbold.org/% | 1 |
| 156 | https://threeriversmedicalcenter.com/patient-portal/ | 1 |
| 157 | https://uamshealth.com/location/%#portal-info | 1 |
| 158 | https://unioncountyhospital.com/patient-portal/ | 1 |
| 159 | https://uvahealth.com/patients-visitors/your-medical-records | 1 |
| 160 | https://uvahealth.com/services/mychart | 1 |
| 161 | https://vistahealth.com/patient-portal/ | 1 |
| 162 | https://www.abrazohealth.com/es/patients/% | 1 |
| 163 | https://www.abrazohealth.com/portal% | 1 |
| 164 | https://www.adena.org/mychart | 1 |
| 165 | https://www.adena.org/patients-and-visitors/patient-portal | 1 |
| 166 | https://www.alliancehealth%.com/hospital-patient-portal% | 1 |
| 167 | https://www.archildrens.org/mychart | 1 |
| 168 | https://www.auburnhospital.org/patients-and-visitors/patient-portal/ | 1 |
| 169 | https://www.balladhealth.org/community-provider-portals | 1 |
| 170 | https://www.bannerhealth.com/patients/patient-account | 1 |
| 171 | https://www.baptisthealthsystem.com/patientportal% | 1 |
| 172 | https://www.baptisthealthsystem.com/portal% | 1 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 173 | https://www.baptisthealthsystem.com/self-enroll% | 1 |
| 174 | https://www.beebehealthcare.org/patients-visitors/portals | 1 |
| 175 | https://www.beebehealthcare.org/user/login | 1 |
| 176 | https://www.blufftonregional.com/bluffton-regional-medical-center/patient-portal-redirect-lutheran.a | 1 |
| 177 | https://www.blufftonregional.com/patient-portal-redirect-lutheran | 1 |
| 178 | https://www.boonehospital.com/health-portal | 1 |
| 179 | https://www.brookwoodbaptisthealth.com/portal | 1 |
| 180 | https://www.brookwoodbaptistmedicalcenter.com/portal | 1 |
| 181 | https://www.capefearvalley.com/mychart | 1 |
| 182 | https://www.capefearvalley.com/mychart/ | 1 |
| 183 | https://www.carlsbadmedicalcenter.com/hospital-patient-portal% | 1 |
| 184 | https://www.carsontahoe.com/mychart.html | 1 |
| 185 | https://www.cedarparkregional.com/hospital-patient-portal% | 1 |
| 186 | https://www.centralcarolinahosp.com/patient-portal | 1 |
| 187 | https://www.childrensdmc.org/portal | 1 |
| 188 | https://www.christushealth.org/plan-care/mychristus | 1 |
| 189 | https://www.christushealth.org/plan-care/mychristus/enrollment-request | 1 |
| 190 | https://www.chsbuffalo.org/mychart% | 1 |
| 191 | https://www.chsbuffalo.org/patients-visitors/patient-portals | 1 |
| 192 | https://www.chsbuffalo.org/user/login% | 1 |
| 193 | https://www.clinchvalleyhealth.com/patient-portal | 1 |
| 194 | https://www.commonwealthhealth.net/hospital-patient-portal% | 1 |
| 195 | https://www.conwayregional.org/patients-visitors/patients/my-chart | 1 |
| 196 | https://www.conwayregional.org/patients-visitors/patients/patient-portal | 1 |
| 197 | https://www.corehighered.com/login-elms.php | 1 |
| 198 | https://www.crestwoodmedcenter.com/hospital-patient-portal% | 1 |
| 199 | https://www.crmc.org/patients-and-visitors/patient-portal/ | 1 |
| 200 | https://www.dameronhospital.org/patients-visitors/patient-portal/ | 1 |
| 201 | https://www.davisregional.com/patient-portal-davis.aspx | 1 |
| 202 | https://www.delraymedicalctr.com/patientportal | 1 |
| 203 | https://www.delraymedicalctr.com/self-enroll | 1 |
| 204 | https://www.dmc.org/patientportal | 1 |
| 205 | https://www.dmc.org/portal/im-a-patient% | 1 |
| 206 | https://www.dmc.org/self-enroll | 1 |
| 207 | https://www.doctorsmanteca.com/patientportal | 1 |
| 208 | https://www.doctorsmanteca.com/self-enroll | 1 |
| 209 | https://www.eastcoopermedctr.com/%portal | 1 |
| 210 | https://www.eastcoopermedctr.com/self-enroll | 1 |
| 211 | https://www.echn.org/patient-portals/ | 1 |
| 212 | https://www.emanuelmedicalcenter.org/portal | 1 |
| 213 | https://www.enmmc.com/hospital-patient-portal% | 1 |
| 214 | https://www.flowershospital.com/hospital-patient-portal% | 1 |
| 215 | https://www.fountainvalleyhospital.com/patientportal | 1 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 216 | https://www.fountainvalleyhospital.com/portal | 1 |
| 217 | https://www.fountainvalleyhospital.com/self-enroll | 1 |
| 218 | https://www.fryemedctr.com/patient-portal | 1 |
| 219 | https://www.gadsdenregional.com/hospital-patient-portal% | 1 |
| 220 | https://www.gradyhealth.org/mychart/% | 1 |
| 221 | https://www.grandviewhealth.com/hospital-patient-portal% | 1 |
| 222 | https://www.healthiertucson.com/hospital-patient-portal% | 1 |
| 223 | https://www.healthpartners.com/patientmychart% | 1 |
| 224 | https://www.healthpartners.com/public/login/% | 1 |
| 225 | https://www.healthpartners.com/signin% | 1 |
| 226 | https://www.holyname.org/Patients/healthconnect.aspx | 1 |
| 227 | https://www.hshs.org/%/MyChart | 1 |
| 228 | https://www.hshs.org/StMarysDecatur/Patients-Guests/MyHSHS-powered-by-MyChart | 1 |
| 229 | https://www.hurleymc.com/patients-and-visitors/medical-records-and-mychart | 1 |
| 230 | https://www.infirmaryhealth.org/patients-visitors/myihchart-bill-pay/ | 1 |
| 231 | https://www.integrisandme.com/% | 1 |
| 232 | https://www.lakegranburymedicalcenter.com/hospital-patient-portal% | 1 |
| 233 | https://www.lakewoodregional.com/patientportal | 1 |
| 234 | https://www.lakewoodregional.com/self-enroll | 1 |
| 235 | https://www.laredomedical.com/hospital-patient-portal% | 1 |
| 236 | https://www.lkmc.com/hospital-patient-portal% | 1 |
| 237 | https://www.lnrmc.com/hospital-patient-portal% | 1 |
| 238 | https://www.longviewregional.com/hospital-patient-portal% | 1 |
| 239 | https://www.losalamitosmedctr.com/patientportal | 1 |
| 240 | https://www.losalamitosmedctr.com/portal% | 1 |
| 241 | https://www.losalamitosmedctr.com/self-enroll% | 1 |
| 242 | https://www.lutheran%/%-patient-portal% | 1 |
| 243 | https://www.madisonhealth.com/login/ | 1 |
| 244 | https://www.madisonhealth.com/patient-portal/ | 1 |
| 245 | https://www.mariaparham.com/patient-portal | 1 |
| 246 | https://www.matsuregional.com/hospital-patient-portal% | 1 |
| 247 | https://www.mcehospital.com/hospital-patient-portal% | 1 |
| 248 | https://www.mclaren.org/%#online-portal | 1 |
| 249 | https://www.mclaren.org/main/access-electronic-medical-records | 1 |
| 250 | https://www.mclaren.org/main/portal-access-request | 1 |
| 251 | https://www.mclaren.org/Main/portal-access-request-adult-self-registration | 1 |
| 252 | https://www.medentmobile.com/portal/% | 1 |
| 253 | https://www.medfusion.net/capitalhealthplan-26478/portal/% | 1 |
| 254 | https://www.medstarhealth.org/mymedstar-patient-portal | 1 |
| 255 | https://www.merithealth%.com/hospital-patient-portal% | 1 |
| 256 | https://www.moberlyregionalmedicalcenter.com/hospital-patient-portal% | 1 |
| 257 | https://www.mountainviewregional.com/hospital-patient-portal% | 1 |
| 258 | https://www.mountsinai.org/about/mymountsinai | 1 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 259 | https://www.mountsinai.org/mymountsinai% | 1 |
| 260 | https://www.mwmc.com/portal | 1 |
| 261 | https://www.myadventisthealthportal.org/% | 1 |
| 262 | https://www.mybassethealthconnection.org/mychart-prd/% | 1 |
| 263 | https://www.mychartportal.org/% | 1 |
| 264 | https://www.mychartweb.com/mychart/% | 1 |
| 265 | https://www.myeclinic.net/ | 1 |
| 266 | https://www.myhshs.org/ | 1 |
| 267 | https://www.myihchart.org/mychart/% | 1 |
| 268 | https://www.myparamount.org/% | 1 |
| 269 | https://www.mypatientpoint.com/hospital/% | 1 |
| 270 | https://www.myrutherfordregional.com/patient-portal | 1 |
| 271 | https://www.nacmedicalcenter.com/patientportal | 1 |
| 272 | https://www.nacmedicalcenter.com/portal | 1 |
| 273 | https://www.nationaljewish.org/patients-visitors/patient-info/my-national-jewish-health1 | 1 |
| 274 | https://www.navarrohospital.com/hospital-patient-portal% | 1 |
| 275 | https://www.nebraskamed.com/user/% | 1 |
| 276 | https://www.nermc.com/hospital-patient-portal% | 1 |
| 277 | https://www.nnrhospital.com/patient-portal | 1 |
| 278 | https://www.northcountryhospital.org/login/ | 1 |
| 279 | https://www.northfieldhospital.org/ecare-registration | 1 |
| 280 | https://www.northfieldhospital.org/user | 1 |
| 281 | https://www.northokaloosa.com/hospital-patient-portal% | 1 |
| 282 | https://www.northwesternmedicalcenter.org/patients-visitors/patient-portal/ | 1 |
| 283 | https://www.northwesthealth.com/hospital-patient-portal% | 1 |
| 284 | https://www.novanthealth.org/mynovant.aspx | 1 |
| 285 | https://www.och.org/patient-portal/ | 1 |
| 286 | https://www.ochsnerrush.org/myochsner/ | 1 |
| 287 | https://www.ochsnerrush.org/patients-visitors/myochsner/ | 1 |
| 288 | https://www.onechartpatient.com/MyChart% | 1 |
| 289 | https://www.pbgmc.com/patientportal | 1 |
| 290 | https://www.pbgmc.com/self-enroll | 1 |
| 291 | https://www.physiciansregional.com/hospital-patient-portal.aspx | 1 |
| 292 | https://www.piedmontmedicalcenter.com/patientportal% | 1 |
| 293 | https://www.piedmontmedicalcenter.com/portal% | 1 |
| 294 | https://www.piedmontmedicalcenter.com/self-enroll% | 1 |
| 295 | https://www.placentialinda.com/patientportal | 1 |
| 296 | https://www.placentialinda.com/self-enroll | 1 |
| 297 | https://www.princetonbaptistmedicalcenter.com/portal | 1 |
| 298 | https://www.saintfrancis%.com/mychart/ | 1 |
| 299 | https://www.saintfrancis%.com/portal | 1 |
| 300 | https://www.saintfrancis%.com/self-enroll | 1 |
| 301 | https://www.saintfrancisbartlett.com/patientportal% | 1 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 302 | https://www.sanjuanregional.com/Authenticate/Default.aspx% | 1 |
| 303 | https://www.sanramonmedctr.com/patientportal% | 1 |
| 304 | https://www.sanramonmedctr.com/portal | 1 |
| 305 | https://www.sanramonmedctr.com/portal% | 1 |
| 306 | https://www.sanramonmedctr.com/self-enroll | 1 |
| 307 | https://www.seattlechildrens.org/patients-families/mychart/ | 1 |
| 308 | https://www.seattlechildrens.org/patients-families/online-services/ | 1 |
| 309 | https://www.shelbybaptistmedicalcenter.com/portal | 1 |
| 310 | https://www.sheridanhospital.org/patients/my-sheridan-health/ | 1 |
| 311 | https://www.shorepointhealthcharlotte.com/hospital-patient-portal% | 1 |
| 312 | https://www.southbaldwinrmc.com/hospital-patient-portal% | 1 |
| 313 | https://www.southnassau.org/sn/patient_portal | 1 |
| 314 | https://www.southnassau.org/sn/patient_portal% | 1 |
| 315 | https://www.sovahhealth.com/patient-portal | 1 |
| 316 | https://www.sparrow.org/patient-resources/mysparrow | 1 |
| 317 | https://www.srmcfl.com/hospital-patient-portal% | 1 |
| 318 | https://www.starrregional.com/patient-portal | 1 |
| 319 | https://www.stmarysmc.com/patientportal | 1 |
| 320 | https://www.stmarysmc.com/self-enroll | 1 |
| 321 | https://www.tenethealthcentralcoast.com/portal | 1 |
| 322 | https://www.tennova%.com/hospital-patient-portal% | 1 |
| 323 | https://www.thehospitalsofprovidence.com/portal | 1 |
| 324 | https://www.themedcenter.net/hospital-patient-portal% | 1 |
| 325 | https://www.thrivepatientportal.com/% | 1 |
| 326 | https://www.universityhealth.com/patient-visitor-resources/patient-portal% | 1 |
| 327 | https://www.valleybaptist.net/portal% | 1 |
| 328 | https://www.walkerbaptistmedicalcenter.com/portal | 1 |
| 329 | https://www.warmc.com/hospital-patient-portal% | 1 |
| 330 | https://www.westbocamedctr.com/patientportal | 1 |
| 331 | https://www.westbocamedctr.com/portal% | 1 |
| 332 | https://www.westbocamedctr.com/self-enroll | 1 |
| 333 | https://www.wilsonmedical.com/patient-portal | 1 |
| 334 | https://www.woodlandheights.net/hospital-patient-portal% | 1 |
| 335 | https://www.wphospital.org/patients-visitors/patients/patient-portal/ | 1 |
| 336 | https://www.wphospital.org/user-access/log-in/ | 1 |
| 337 | https://www.wth.org/mychart/ | 1 |
| 338 | https://www.yorkhospital.com/patient-portal% | 1 |
| 339 | https://www.yourhealthfile.com/% | 1 |
| 340 | http%://%.simpleepay.com/% | 2 |
| 341 | http://colquittregional.com/home/patients-visitors/patient-bill-pay/ | 2 |
| 342 | http://www.billingoffice.net/% | 2 |
| 343 | http://www.columbusradiology.com/ohio/pay-bills-online.htm | 2 |
| 344 | http://www.justmakepayment.com/% | 2 |

## Button Destination Patterns

| | A | B |
|---|---|---|
| 345 | http://www.quickpayportal.com/ | 2 |
| 346 | http://www.thbillpay.com/% | 2 |
| 347 | https://%.ipayxepay.net/% | 2 |
| 348 | https://%.ixt.com/% | 2 |
| 349 | https://%.mysecurebill.com/% | 2 |
| 350 | https://%.patientcompass.com/% | 2 |
| 351 | https://%.patientsimple.com/guest/#/index | 2 |
| 352 | https://%.paymyhealthbill.com/% | 2 |
| 353 | https://%/patients/payment-plan-agreements | 2 |
| 354 | https://%/paymentplanagreement | 2 |
| 355 | https://%balladhealth.org/mychart/billing% | 2 |
| 356 | https://%lifebridgehealth.org/main/bill-pay | 2 |
| 357 | https://%memorialhermann.org/%/online-bill-pay | 2 |
| 358 | https://%memorialhermann.org/%/pay-your-bill | 2 |
| 359 | https://allsaintshomemed.hmebillpay.com/% | 2 |
| 360 | https://altavistaregionalhospital.com/online-bill-pay/% | 2 |
| 361 | https://apps.loyale.us/Patient/#/Login/MEDSTAR | 2 |
| 362 | https://archbold.onlinepaymentcenter.net/% | 2 |
| 363 | https://barstowhospital.com/online-bill-pay/ | 2 |
| 364 | https://bhrllc.webview.com/ | 2 |
| 365 | https://bigbendhealthcare.com/online-bill-pay/ | 2 |
| 366 | https://brooks.patientbillhelp.com/ | 2 |
| 367 | https://capitalhealth.softheon.com/account/payments/% | 2 |
| 368 | https://cayugahealth.org/patients/paying-for-your-care/ | 2 |
| 369 | https://christianacare.org/content/ccorg/us/en/visit-us/for-patients/billing/online-bill-pay.html | 2 |
| 370 | https://christianacare.org/patients/billing/billpay/ | 2 |
| 371 | https://christianacare.org/us/en/visit-us/for-patients/billing% | 2 |
| 372 | https://colquittregional.com/home/patients-visitors/patient-bill-pay/ | 2 |
| 373 | https://cullmanregional.com/pay-your-bill/% | 2 |
| 374 | https://dekalbregional.com/online-bill-pay/ | 2 |
| 375 | https://easypay5.com/% | 2 |
| 376 | https://ebp.firstexpresspay.com/% | 2 |
| 377 | https://elih.stonybrookmedicine.edu/patients_visitors/pay_view_bill | 2 |
| 378 | https://evanstonregionalhospital.com/online-bill-pay/ | 2 |
| 379 | https://expressopay.billeriq.com/% | 2 |
| 380 | https://fanninregionalhospital.com/online-bill-pay/ | 2 |
| 381 | https://flagler.acryness.com/ | 2 |
| 382 | https://form.jotform.com/% | 2 |
| 383 | https://forrestcitymedicalcenter.com/online-bill-pay/ | 2 |
| 384 | https://gateway.clearent.net/paylink/000001286103/10010221% | 2 |
| 385 | https://gatewayregional.net/online-bill-pay/ | 2 |
| 386 | https://goshenhealth.com/billpay# | 2 |
| 387 | https://gradyems.payambulance.com/% | 2 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 388 | https://haywardmemorialhospital.com/online-bill-pay/ | 2 |
| 389 | https://haywardmemorialhospital.com/online-bill-pay/# | 2 |
| 390 | https://heartlandregional.com/online-bill-pay/ | 2 |
| 391 | https://helenarmc.com/online-bill-pay/ | 2 |
| 392 | https://hshsmyhealthrecord.com/% | 2 |
| 393 | https://integrisok.com/BillPay | 2 |
| 394 | https://jhsbillpay.ipas360.net/ | 2 |
| 395 | https://kentuckyrivermc.com/online-bill-pay/ | 2 |
| 396 | https://licommunityhospital.org/for-patients-families/billing-information/pay-your-bill-online-2/ | 2 |
| 397 | https://martingeneral.com/online-bill-pay/ | 2 |
| 398 | https://mckweb.com/online-bill-pay/ | 2 |
| 399 | https://mesaviewhospital.com/online-bill-pay/ | 2 |
| 400 | https://mimbresmemorial.com/online-bill-pay/ | 2 |
| 401 | https://mountainwestmc.com/online-bill-pay/ | 2 |
| 402 | https://mydocbill.com/% | 2 |
| 403 | https://nchmd.org/patients-and-visitors/pay-your-bill/ | 2 |
| 404 | https://nmc.patientbillhelp.com/Home.aspx | 2 |
| 405 | https://northmemorial.com/payment-billing | 2 |
| 406 | https://och.webview.com/ | 2 |
| 407 | https://pay.adventisthealth.org/% | 2 |
| 408 | https://pay.christianacare.org/% | 2 |
| 409 | https://pay.instamed.com/Form/PaymentPortal/% | 2 |
| 410 | https://pay.keypatient.com/Form/PaymentPortal% | 2 |
| 411 | https://pay.patientportal.me/dameronhospital#/ | 2 |
| 412 | https://pay.usbank.com/% | 2 |
| 413 | https://pay.wth.org/% | 2 |
| 414 | https://paychristianacare.promptd.com/% | 2 |
| 415 | https://paylink.paytrace.com/% | 2 |
| 416 | https://payment.patient.athenahealth.com/ | 2 |
| 417 | https://payments.hshs.org/ | 2 |
| 418 | https://paymybill.memorialhermann.org/ | 2 |
| 419 | https://paypage.epx.com/ | 2 |
| 420 | https://personapay.com/% | 2 |
| 421 | https://quickclick.com/% | 2 |
| 422 | https://realm.pdc4u.com/7339 | 2 |
| 423 | https://realm.pdc4u.com/payments/index.php | 2 |
| 424 | https://redbudregional.com/online-bill-pay/ | 2 |
| 425 | https://schuylerhospital.org/payments/% | 2 |
| 426 | https://secure.arallegiance.com/CollectPayLive/%\u0025c2\u0025b2 | 2 |
| 427 | https://secure.cpteller.com/terminal/portal/% | 2 |
| 428 | https://secure.payforhealth.com/pay% | 2 |
| 429 | https://secure.payments-gateway.com/% | 2 |
| 430 | https://secure.usaepay.com/% | 2 |

## Button Destination Patterns

| | A | B |
|---|---|---|
| 431 | https://secure4.billerweb.com% | 2 |
| 432 | https://simplecheckout.authorize.net/payment/% | 2 |
| 433 | https://stlukes.myonplanhealth.com/login | 2 |
| 434 | https://threeriversmedicalcenter.com/online-bill-pay/ | 2 |
| 435 | https://uicommunityhomecare.hmebillpay.com/ | 2 |
| 436 | https://uihc.org/billpay | 2 |
| 437 | https://umiamihealth.org%/billing-insurance/pay-a-bill | 2 |
| 438 | https://unioncountyhospital.com/online-bill-pay/ | 2 |
| 439 | https://usapayx.com/% | 2 |
| 440 | https://uspipatientpayment.com/makepayment.html% | 2 |
| 441 | https://venmo.com/code% | 2 |
| 442 | https://vistahealth.com/online-bill-pay/ | 2 |
| 443 | https://www.abrazohealth.com/pay-a-bill% | 2 |
| 444 | https://www.adena.org/patients-and-visitors/billing-and-financial-services/pay-online | 2 |
| 445 | https://www.ahnneighborhood.org/billpay/ | 2 |
| 446 | https://www.alliancehealth%.com/%online-bill-pay% | 2 |
| 447 | https://www.auburnhospital.org%/bill-pay/% | 2 |
| 448 | https://www.bannerhealth.com/patients/billing | 2 |
| 449 | https://www.bannerhealth.com/patients/billing/online-bill-pay-% | 2 |
| 450 | https://www.baptisthealthsystem.com/pay-a-bill% | 2 |
| 451 | https://www.beebehealthcare.org/pay-bill-online | 2 |
| 452 | https://www.beebehealthcare.org/pay-bill-online# | 2 |
| 453 | https://www.billerpayments.com/% | 2 |
| 454 | https://www.blufftonregional.com%/online-bill-pay% | 2 |
| 455 | https://www.bmhsc.org/patients-and-visitors/for-patients/billing-insurance/bill-pay-form-authorize | 2 |
| 456 | https://www.braverahealth.com%/online-bill-pay% | 2 |
| 457 | https://www.brookwoodbaptisthealth.com/pay-a-bill | 2 |
| 458 | https://www.capefearvalley.com/epayments/% | 2 |
| 459 | https://www.carlsbadmedicalcenter.com%/online-bill-pay% | 2 |
| 460 | https://www.cedarparkregional.com%/online-bill-pay | 2 |
| 461 | https://www.centralcarolinahosp.com/pay-my-bill | 2 |
| 462 | https://www.childrensdmc.org/pay-a-bill | 2 |
| 463 | https://www.christushealth.org/plan-care/bill-pay | 2 |
| 464 | https://www.clinchvalleyhealth.com/pay-my-bill | 2 |
| 465 | https://www.commonwealthhealth.net%/online-bill-pay% | 2 |
| 466 | https://www.conemaugh.org/pay-my-bill% | 2 |
| 467 | https://www.conwayregional.org/patients-visitors/%-bill-payment | 2 |
| 468 | https://www.crestwoodmedcenter.com%/online-bill-pay% | 2 |
| 469 | https://www.crmc.org/patients-and-visitors/online-bill-pay/ | 2 |
| 470 | https://www.dameronhospital.org/patients-visitors/billpay/ | 2 |
| 471 | https://www.dardanelleregional.org/patients-visitors/pay-your-bill/%-bill-payment | 2 |
| 472 | https://www.datapay3.com/% | 2 |
| 473 | https://www.davisregional.com/online-bill-pay-davis.aspx | 2 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 474 | https://www.delraymedicalctr.com/pay-a-bill | 2 |
| 475 | https://www.desertcarenetwork.com/pay-a-bill | 2 |
| 476 | https://www.detar.com%/online-bill-pay% | 2 |
| 477 | https://www.detar.com/hospital-patient-portal | 2 |
| 478 | https://www.dmc.org/pay-a-bill | 2 |
| 479 | https://www.doctorsmanteca.com/pay-a-bill | 2 |
| 480 | https://www.dukesmemorialhosp.com%/online-bill-pay% | 2 |
| 481 | https://www.eastcoopermedctr.com/pay-a-bill | 2 |
| 482 | https://www.eastgeorgiaregional.com%/online-bill-pay% | 2 |
| 483 | https://www.eastgeorgiaregional.com/hospital-patient-portal% | 2 |
| 484 | https://www.emanuelmedicalcenter.org/pay-a-bill | 2 |
| 485 | https://www.enmmc.com%/online-bill-pay% | 2 |
| 486 | https://www.evokepay.com/% | 2 |
| 487 | https://www.fairfaxhospital.com/what-to-expect/billing-payments/payments/ | 2 |
| 488 | https://www.flowershospital.com%/online-bill-pay | 2 |
| 489 | https://www.fountainvalleyhospital.com/pay-a-bill | 2 |
| 490 | https://www.fryemedctr.com/pay-my-bill | 2 |
| 491 | https://www.gadsdenregional.com%/online-bill-pay% | 2 |
| 492 | https://www.gradyhealth.org/billing-insurance/#pay-your-bill-online | 2 |
| 493 | https://www.grandviewhealth.com%/online-bill-pay% | 2 |
| 494 | https://www.gvh.org/billing-finance/bill-payment-online/ | 2 |
| 495 | https://www.healthiertucson.com%/online-bill-pay% | 2 |
| 496 | https://www.healthpartners.com/care/hospitals/%/patient-guest/patient-information/pay-bill/ | 2 |
| 497 | https://www.hiltonheadregional.com/pay-a-bill | 2 |
| 498 | https://www.holyname.org/BillPay/% | 2 |
| 499 | https://www.infirmaryhealth.org/patients-visitors/myihchart-bill-pay/ | 2 |
| 500 | https://www.integrisok.com/billpay% | 2 |
| 501 | https://www.integrisok.visitpay.com/ | 2 |
| 502 | https://www.lakegranburymedicalcenter.com%/online-bill-pay% | 2 |
| 503 | https://www.lakeregional.com/forms/online-bill-payment/ | 2 |
| 504 | https://www.lakewoodregional.com/pay-a-bill | 2 |
| 505 | https://www.laredomedical.com%/online-bill-pay% | 2 |
| 506 | https://www.lifebridgehealth.org/Uploads/Public/main/BillPay/% | 2 |
| 507 | https://www.lkmc.com%/online-bill-pay% | 2 |
| 508 | https://www.lnrmc.com%/online-bill-pay% | 2 |
| 509 | https://www.longviewregional.com%/online-bill-pay% | 2 |
| 510 | https://www.losalamitosmedctr.com/pay-a-bill% | 2 |
| 511 | https://www.lutheran%/online-bill-pay% | 2 |
| 512 | https://www.madisonhealth.com/patient-billing/ | 2 |
| 513 | https://www.mariaparham.com/pay-my-bill | 2 |
| 514 | https://www.matsuregional.com%/online-bill-pay% | 2 |
| 515 | https://www.mcehospital.com%/online-bill-pay% | 2 |
| 516 | https://www.mclaren.org/%/pay-your-bill% | 2 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 517 | https://www.medaronline.net/PaymentPortalAN/Patient/MRHE/EasyPay.aspx | 2 |
| 518 | https://www.merithealth%.com%/online-bill-pay% | 2 |
| 519 | https://www.moberlyregionalmedicalcenter.com%/online-bill-pay% | 2 |
| 520 | https://www.mountainviewregional.com%/online-bill-pay% | 2 |
| 521 | https://www.mountsinai.org/about/pay%-bill% | 2 |
| 522 | https://www.munsonhealthcare.org/patients-visitors/bill-pay/bill-pay% | 2 |
| 523 | https://www.mwmc.com/pay-a-bill | 2 |
| 524 | https://www.myrutherfordregional.com/pay-my-bill | 2 |
| 525 | https://www.nacmedicalcenter.com/pay-a-bill | 2 |
| 526 | https://www.nationaljewish.org/%/online-services/PayMyBill% | 2 |
| 527 | https://www.nationaljewish.org/patients-visitors/insurance-and-billing/online-bill-pay% | 2 |
| 528 | https://www.navarrohospital.com%/online-bill-pay.aspx% | 2 |
| 529 | https://www.nermc.com%/online-bill-pay% | 2 |
| 530 | https://www.nnrhospital.com/pay-my-bill | 2 |
| 531 | https://www.northokaloosa.com%/online-bill-pay% | 2 |
| 532 | https://www.northwesternmedicalcenter.org/patients-visitors/pay-an-nmc-bill/% | 2 |
| 533 | https://www.northwesthealth.com%/online-bill-pay% | 2 |
| 534 | https://www.nwhealth.com%/online-bill-pay% | 2 |
| 535 | https://www.nwhealth.com/hospital-patient-portal% | 2 |
| 536 | https://www.och.org/pay-your-bill/ | 2 |
| 537 | https://www.ochsnerrush.org/patients-visitors/pay-my-bill/ | 2 |
| 538 | https://www.paansystem.com/% | 2 |
| 539 | https://www.paramounthealthcare.com/services/pay-your-bill | 2 |
| 540 | https://www.patientnotebook.com/%/Enhanced/SendMoney/MakePayment | 2 |
| 541 | https://www.pbgmc.com/pay-a-bill | 2 |
| 542 | https://www.personapay.com/% | 2 |
| 543 | https://www.peryourhealth.com/% | 2 |
| 544 | https://www.physiciansregional.com/online-bill-pay.aspx | 2 |
| 545 | https://www.physiciansregional.com/Physicians-Regional-Healthcare-System/online-bill-pay.aspx | 2 |
| 546 | https://www.piedmontmedicalcenter.com/pay-a-bill% | 2 |
| 547 | https://www.placentialinda.com/pay-a-bill | 2 |
| 548 | https://www.princetonbaptistmedicalcenter.com/pay-a-bill | 2 |
| 549 | https://www.rehabhospital.com/online-bill-pay | 2 |
| 550 | https://www.rehabhospital.com/Rehabilitation-Hospital-of-Fort-Wayne/online-bill-pay.aspx | 2 |
| 551 | https://www.saintfrancis%.com/pay-a-bill | 2 |
| 552 | https://www.sanramonmedctr.com/pay-a-bill | 2 |
| 553 | https://www.seattlechildrens.org/clinics/paying-for-care/pay-my-bill/ | 2 |
| 554 | https://www.securebillpay.net/% | 2 |
| 555 | https://www.shelbybaptistmedicalcenter.com/pay-a-bill | 2 |
| 556 | https://www.sheridanhospital.org/patients/pay-my-bill/ | 2 |
| 557 | https://www.shorepointhealthcharlotte.com%/online-bill-pay% | 2 |
| 558 | https://www.southbaldwinrmc.com%/online-bill-pay% | 2 |
| 559 | https://www.southerntn%.com/pay-my-bill | 2 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 560 | https://www.southnassau.org/sn/pay-your-bill | 2 |
| 561 | https://www.sovahhealth.com/pay-my-bill | 2 |
| 562 | https://www.sparrow.org/patient-resources/financial-resources/pay-my-bill | 2 |
| 563 | https://www.srmcfl.com%/online-bill-pay% | 2 |
| 564 | https://www.starrregional.com/pay-my-bill | 2 |
| 565 | https://www.stdom.com/st-dom-pay/% | 2 |
| 566 | https://www.stmarysmc.com/pay-a-bill | 2 |
| 567 | https://www.tenethealthcentralcoast.com/pay-a-bill | 2 |
| 568 | https://www.tennova%.com%/online-bill-pay% | 2 |
| 569 | https://www.theduponthospital.com%/online-bill-pay% | 2 |
| 570 | https://www.thehospitalsofprovidence.com/pay-a-bill% | 2 |
| 571 | https://www.themedcenter.net%/online-bill-pay% | 2 |
| 572 | https://www.theorthohospital.com%/online-bill-pay% | 2 |
| 573 | https://www.uhcc.com/pay% | 2 |
| 574 | https://www.valleybaptist.net/pay-a-bill% | 2 |
| 575 | https://www.velocitypayment.com/vbillslookup/lookup/uhs/carelink% | 2 |
| 576 | https://www.walkerbaptistmedicalcenter.com/pay-a-bill | 2 |
| 577 | https://www.warmc.com%/online-bill-pay% | 2 |
| 578 | https://www.westbocamedctr.com/pay-a-bill% | 2 |
| 579 | https://www.wilsonmedical.com/pay-my-bill | 2 |
| 580 | https://www.witham.org/billing-services/payment | 2 |
| 581 | https://www.woodlandheights.net%/online-bill-pay% | 2 |
| 582 | https://www.wth.org/financial-assistance-billing/financial-assistance/self-pay/ | 2 |
| 583 | https://www.wth.org/financial-assistance-billing/pay-your-bill/ | 2 |
| 584 | https://www.yorkhospital.com/pay-bill-online/ | 2 |
| 585 | https://www.yumaregional.org/Medical-Services/Primary-Care/Insurance-and-Payment-Plans#collap: | 2 |
| 586 | https://wyomingmedicalcenter.org/paybill/% | 2 |
| 587 | mailto:patientpay\u0040christianacare.org | 2 |
| 588 | mailto:yhpatientbilling\u0040yorkhospital.com | 2 |
| 589 | %/free-mental-health-screening/% | 3 |
| 590 | %/health-assessments% | 3 |
| 591 | %/health-risk-assessment% | 3 |
| 592 | %/hra/% | 3 |
| 593 | %/ra/% | 3 |
| 594 | %26_health-risk-assessment-form.ashx | 3 |
| 595 | %bariatric-surgery-journey/assessment% | 3 |
| 596 | %cancer-health-risk-assessment% | 3 |
| 597 | %joint-pain-assessment-quiz% | 3 |
| 598 | %oncology-cancer-care/take-an-assessment/% | 3 |
| 599 | %orthopedics-health-risk-assessment% | 3 |
| 600 | %pediatric-care/child-abuse-assessment% | 3 |
| 601 | %sleep-study/sleep-disorder-risk-assessment% | 3 |
| 602 | %stroke/stroke-quiz/% | 3 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 603 | %testing-and-diagnosis/cognitive-assessment% | 3 |
| 604 | %wellness/flu/quiz% | 3 |
| 605 | http%yourheartsage.com/% | 3 |
| 606 | https://%/am-i-a-candidate | 3 |
| 607 | https://banner.hra.health/% | 3 |
| 608 | https://communityhealthsystems.formstack.com/forms/%assessment% | 3 |
| 609 | https://covid19healthbot.cdc.gov/% | 3 |
| 610 | https://info.adventisthealth.org/site/core/#risk | 3 |
| 611 | https://integrisok.com/formbuilder% | 3 |
| 612 | https://medicareapply.healthmarkets.com/apply/medicare/assessment-form% | 3 |
| 613 | https://profilers.evaliahealth.com/% | 3 |
| 614 | https://screening.mhanational.org/screening-tools/ | 3 |
| 615 | https://tenethealth.outgrow.us% | 3 |
| 616 | https://uihc.org/mens-health-assessment-sources | 3 |
| 617 | https://uiowa.donorscreen.org/register/donate-kidney | 3 |
| 618 | https://uiowa.qualtrics.com/jfe/form/SV_29py124bqBpWkxT | 3 |
| 619 | https://www.adventisthealth.org/FreeAssessment% | 3 |
| 620 | https://www.cdc.gov/healthyweight/assessing/bmi/adult_bmi/english_bmi_calculator/bmi_calculator | 3 |
| 621 | https://www.cdc.gov/healthyweight/assessing/bmi/adult_bmi/english_bmi_calculator/bmi_calculator | 3 |
| 622 | https://www.crmc.org/forms/initial-health-assessment/ | 3 |
| 623 | https://www.findahealthyweight.com/% | 3 |
| 624 | https://www.fryemedctr.com/ajax.forms | 3 |
| 625 | https://www.hereditarycancerquiz.com/% | 3 |
| 626 | https://www.imhinterview.com/site/capitalhealth | 3 |
| 627 | https://www.mmclc.org/colon | 3 |
| 628 | https://www.mmclc.org/digestive-health-program | 3 |
| 629 | https://www.mmclc.org/heart% | 3 |
| 630 | https://www.mmclc.org/stroke | 3 |
| 631 | https://www.mygenehistory.com/icgbs | 3 |
| 632 | https://www.niddk.nih.gov/bwp | 3 |
| 633 | https://www.saintfrancis.com/health-zone/join-us/fitness-assessment | 3 |
| 634 | https://www.saintfrancishosp.com/services/bariatric-surgery/bariatric-program-application% | 3 |
| 635 | %#book | 4 |
| 636 | %#bookApt | 4 |
| 637 | %/book-an-appointment% | 4 |
| 638 | %/make-an-appointment% | 4 |
| 639 | %/make-appointment | 4 |
| 640 | %/mychart/openscheduling% | 4 |
| 641 | %/online-scheduling% | 4 |
| 642 | %/pre-register-for-your-visit | 4 |
| 643 | %/request-an-appointment% | 4 |
| 644 | %/request-an-imaging-appointment | 4 |
| 645 | %/request-appointment | 4 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 646 | %/schedcule-your-appointment-online/% | 4 |
| 647 | %/schedule | 4 |
| 648 | %/schedule-an-appointment | 4 |
| 649 | %/Scheduling/OnMyWay% | 4 |
| 650 | %hipaa.jotform.com% | 4 |
| 651 | http://www.clockwisemd.com/%/new% | 4 |
| 652 | http://www.mountsinai.org/find-a-doctor% | 4 |
| 653 | http://www.mytucsonurgentcare.com/ | 4 |
| 654 | https://%.formstack.com/forms/%appointment% | 4 |
| 655 | https://%.inquicker.com/schedule/% | 4 |
| 656 | https://%/book/% | 4 |
| 657 | https://adams.mychartcc.com/openscheduling% | 4 |
| 658 | https://app.waitwhile.com/lists/%/join | 4 |
| 659 | https://apps10.erexpress.com/erx-reservationform/% | 4 |
| 660 | https://balladhealth.zipnosis.com/ | 4 |
| 661 | https://baptistmsimaging.com/scheduling/% | 4 |
| 662 | https://bmhcareanywhere.co/% | 4 |
| 663 | https://book.appointment-plus.com/% | 4 |
| 664 | https://cayugahealth.org/arrange-an-appointment/ | 4 |
| 665 | https://cayugahealth.org/sampling-center/ | 4 |
| 666 | https://consumer.scheduling.athena.io/% | 4 |
| 667 | https://covidtesting.holyname.org/COVDOP | 4 |
| 668 | https://docasap.com/white-label/% | 4 |
| 669 | https://doctor.mountsinai.org/schedule-appointment | 4 |
| 670 | https://doctors.adventisthealth.org/book/ | 4 |
| 671 | https://forms.uvahealth.com/appointment/% | 4 |
| 672 | https://haywardmemorialhospital.com/services/family-medicine/request-appointment/ | 4 |
| 673 | https://integrisok.com/patient-information/pre-registration | 4 |
| 674 | https://kiosk.us2.qless.com/kiosk/app/home/% | 4 |
| 675 | https://my.scheduling.com/% | 4 |
| 676 | https://myharnetthealth.org/er-express/ | 4 |
| 677 | https://nchmd.org/patients-and-visitors/wait-at-home | 4 |
| 678 | https://northmemorial.com/maple-grove-hospital-delivery-pre-register/ | 4 |
| 679 | https://prereg.app.medcity.net/ | 4 |
| 680 | https://pss.medfusion.net/% | 4 |
| 681 | https://raa.mountsinai.org/makeappt/% | 4 |
| 682 | https://raa.mountsinai.org/makeappt/procApptReq.cfm | 4 |
| 683 | https://registration.njhealth.org/ | 4 |
| 684 | https://scheduling.gradyhealth.org/MyChart/anonymoustelehealth | 4 |
| 685 | https://scheduling.memorialhermann.org/p/family-medicine-doctors% | 4 |
| 686 | https://secure.fasthealth.com/web_crmc_ar/forms/% | 4 |
| 687 | https://secure.nebraskamed.com/appointments% | 4 |
| 688 | https://tallahasseememorial.formstack.com/forms/ob_preregistration | 4 |

Button Destination Patterns

| | A | B |
|---|---|---|
| 689 | https://uamshealth.com/patients-and-guests/appointments/ | 4 |
| 690 | https://umiamihealth.org/bascom-palmer-eye-institute/appointment-request | 4 |
| 691 | https://umiamihealth.org/sylvester-comprehensive-cancer-center/appointments | 4 |
| 692 | https://urgentcare.bannerhealth.com/% | 4 |
| 693 | https://urgentcare.bannerhealth.com/intake/% | 4 |
| 694 | https://wearememorial.com/appointments/ | 4 |
| 695 | https://webscheduler.dameronhospital.org/signin.do | 4 |
| 696 | https://www.carsontahoe.com/wait-times-urgent-cares-and-clinics.html | 4 |
| 697 | https://www.centrastate.com/request-appointment/ | 4 |
| 698 | https://www.childrensdmc.org/parents/pre-registration | 4 |
| 699 | https://www.clockwisemd.com/%/new | 4 |
| 700 | https://www.conwayregional.org/locations/%#providers | 4 |
| 701 | https://www.flaglerhealth.org/online-pre-registration/ | 4 |
| 702 | https://www.gradyhealth.org/schedule-your-appointment-online/ | 4 |
| 703 | https://www.healthpartners.com/care/appointments/% | 4 |
| 704 | https://www.holyname.org/breastcenter/schedule-a-mammogram.aspx | 4 |
| 705 | https://www.holyname.org/covid19/vaccine-registration.aspx# | 4 |
| 706 | https://www.iredellhealth.org/forms/preregistration/# | 4 |
| 707 | https://www.marylanning.org/online-registration/% | 4 |
| 708 | https://www.mclaren.org/main/portal-access-request-adult-self-registration# | 4 |
| 709 | https://www.mclarennow.org/ | 4 |
| 710 | https://www.mountsinai.org/appointment | 4 |
| 711 | https://www.nyee.edu/care/eye/telemedicine-appointments | 4 |
| 712 | https://www.onlinevirtualvisit.com/% | 4 |
| 713 | https://www.placentialinda.com/services/diagnostic-imaging/imaging-appointment | 4 |
| 714 | https://www.providencechildrenshospital.com/our-response-to-covid-19/pediatrics-covid-19-vaccine | 4 |
| 715 | https://www.saintfrancisbartlett.com/services/diagnostic-imaging/schedule-a-mammogram | 4 |
| 716 | https://www.sheridanhospital.org/medical-services/urgent-care-save-my-spot/ | 4 |
| 717 | https://www.solvhealth.com/book% | 4 |
| 718 | https://www.sparrow.org/our-hospitals-services/same-day-urgent-care-centers% | 4 |
| 719 | https://www.tenethealthcentralcoast.com/telehealth | 4 |
| 720 | https://www.westbocamedctr.com/services/obstetrics/online-pre-registration | 4 |
| 721 | https://www.wphospital.org/forms/schedule-an-imaging-appointment/ | 4 |
| 722 | https://www.wphospital.org/forms/schedule-a-womens-imaging-appointment/ | 4 |
| 723 | https://www.zocdoc.com% | 4 |
| 724 | tel: 315-867-2700 | 4 |
| 725 | tel: 315-867-2884 | 4 |
| 726 | tel: 607-431-1015 | 4 |
| 727 | tel: 607-432-1163 | 4 |
| 728 | tel: 607-433-1790 | 4 |
| 729 | tel: 607-433-6400 | 4 |
| 730 | tel:+12288675000 | 4 |
| 731 | tel:+18333301152 | 4 |

Button Destination Patterns

|     | A | B |
| --- | --- | --- |
| 732 | tel:18337243627 | 4 |
| 733 | tel:215-453-4100 | 4 |
| 734 | tel:215-453-4100 | 4 |
| 735 | tel:215-453-4100 | 4 |
| 736 | tel:215-536-3200 | 4 |
| 737 | tel:215-538-0202 | 4 |
| 738 | tel:215-855-2820 | 4 |
| 739 | tel:3055854564 | 4 |
| 740 | tel:404-616-1000 | 4 |
| 741 | tel:518-234-2555 | 4 |
| 742 | tel:9109048097 | 4 |

Button Text Patterns

|  | A | B |
|---|---|---|
| 1 | pattern | ppas_code |
| 2 | %Get Care Now% | 1 |
| 3 | %New Patients% | 1 |
| 4 | %Nuevos pacientes% | 1 |
| 5 | %Patient Login% | 1 |
| 6 | %Patient Portal | 1 |
| 7 | %Portal del paciente% | 1 |
| 8 | %Self-Enroll% | 1 |
| 9 | ACCESS PORTAL | 1 |
| 10 | Access Your Portal | 1 |
| 11 | BEEBE MEDICAL GROUP%\nPORTAL | 1 |
| 12 | CANCER CARE\nPORTAL | 1 |
| 13 | CHPConnect | 1 |
| 14 | DELTA DENTAL MEMBER LOGIN AND RESOURCES | 1 |
| 15 | DENTEGRA MEMBER LOGIN AND RESOURCES | 1 |
| 16 | E-RECORD\nPORTAL | 1 |
| 17 | LOG IN\n(ACTIVE TAB)\n REQUEST NEW PASSWORD | 1 |
| 18 | MyBMH | 1 |
| 19 | MYCHART | 1 |
| 20 | Patient Portal Login | 1 |
| 21 | PATIENT\nPORTALS | 1 |
| 22 | Sign into MyChart | 1 |
| 23 | START BUTTON... | 1 |
| 24 | %Bill Pay% | 2 |
| 25 | %Billpay% | 2 |
| 26 | %Make a Payment% | 2 |
| 27 | %Pag% su factura% | 2 |
| 28 | %Paga% cuenta% | 2 |
| 29 | %Pague sua conta% | 2 |
| 30 | %Pay % bill% | 2 |
| 31 | %Pay for Services% | 2 |
| 32 | %Pay Now% | 2 |
| 33 | %Pay%Online% | 2 |
| 34 | Chat with a Billing Agent | 2 |
| 35 | Online Bill Pay | 2 |
| 36 | Pay | 2 |
| 37 | Pay bill | 2 |
| 38 | Pay your monthly Paramount premium | 2 |
| 39 | %Medical Assessment% | 3 |
| 40 | %View%Assessment% | 3 |
| 41 | BMI Calculator% | 3 |
| 42 | Calculate your BMI | 3 |

Button Text Patterns

| | A | B |
|---|---|---|
| 43 | Check Symptoms | 3 |
| 44 | FITNESS TESTING V HEALTH ASSESSMENT | 3 |
| 45 | Health Risk Assessments | 3 |
| 46 | Heart Failure | 3 |
| 47 | Men's Health Assessment | 3 |
| 48 | Mental Health Assessments | 3 |
| 49 | Pre-Operative Medical Assessment% | 3 |
| 50 | Sleep Disorder Signs Checklist | 3 |
| 51 | Start an eCare Interview | 3 |
| 52 | Start%Assessment | 3 |
| 53 | Take a Quiz | 3 |
| 54 | TAKE OUR FREE DIGESTIVE HEALTH ASSESSMENT HERE! | 3 |
| 55 | Take Our Heart Risk Assessment% | 3 |
| 56 | Take Quiz | 3 |
| 57 | Take the free Quiz | 3 |
| 58 | Take the Quiz | 3 |
| 59 | Take the stroke signs, symptoms, and treatments quiz | 3 |
| 60 | Take%assessment | 3 |
| 61 | VBEVHRA Questionnaire | 3 |
| 62 | 0\n\nAdmission | 4 |
| 63 | 0-0-0 Request an Appointment | 4 |
| 64 | Appointment for Existing Patient | 4 |
| 65 | Appointment Scheduling | 4 |
| 66 | Appointments | 4 |
| 67 | Book A Visit | 4 |
| 68 | Book Ahead | 4 |
| 69 | Book an Appointment | 4 |
| 70 | Book an\nAppointment | 4 |
| 71 | Book Appointment | 4 |
| 72 | BOOK AT A CLINIC NEAR YOU | 4 |
| 73 | Book Now | 4 |
| 74 | Book Online | 4 |
| 75 | Check in Now | 4 |
| 76 | Check-In To Urgent Care | 4 |
| 77 | Click Here to Check-In | 4 |
| 78 | Email your Registration Information | 4 |
| 79 | ER Check-In | 4 |
| 80 | EXISTING PATIENT APPOINTMENT | 4 |
| 81 | Facility Web Scheduler | 4 |
| 82 | Illness\/Aches\/Pain | 4 |
| 83 | Make an Appointment | 4 |
| 84 | Make an Appointment Online | 4 |

Button Text Patterns

| | A | B |
|---|---|---|
| 85 | MAKE AN APPOINTMENT WITH PROVIDER | 4 |
| 86 | Make Lab Appointment | 4 |
| 87 | Meet The Team & Request Appointments | 4 |
| 88 | Meet with a maternity preadmission nurse | 4 |
| 89 | NEW PATIENT APPOINTMENT | 4 |
| 90 | Online Appointment | 4 |
| 91 | Online Appointment Request | 4 |
| 92 | Online Check-In | 4 |
| 93 | online scheduler | 4 |
| 94 | ONLINE SCHEDULING | 4 |
| 95 | PRE-REGISTER | 4 |
| 96 | Preregister for your stay | 4 |
| 97 | Pre-Register for Your Visit% | 4 |
| 98 | Print your Registration Information | 4 |
| 99 | Register Now | 4 |
| 100 | Register Online Now! | 4 |
| 101 | REQUEST A MAMMOGRAM APPOINTMENT | 4 |
| 102 | Request an Appointment | 4 |
| 103 | Request an Appointment Online | 4 |
| 104 | REQUEST AN IMAGING APPOINTMENT | 4 |
| 105 | Request an Orthopaedics Appointment | 4 |
| 106 | Request Appointment | 4 |
| 107 | Request Appointments | 4 |
| 108 | Reserve a Spot | 4 |
| 109 | Same-Day\/Next-Day\/After Business Hours Appointments | 4 |
| 110 | SCHEDULE & LEARN MORE | 4 |
| 111 | Schedule a Colonoscopy | 4 |
| 112 | SCHEDULE A CONSULTATION | 4 |
| 113 | Schedule a Mammogram | 4 |
| 114 | Schedule a New Patient Appointment | 4 |
| 115 | Schedule a Pop-up School-based Appointment | 4 |
| 116 | Schedule a Telehealth Appointment | 4 |
| 117 | Schedule a Telehealth Visit with a Specialist or Primary Care Physician | 4 |
| 118 | Schedule a video visit | 4 |
| 119 | Schedule a Virtual Care Visit | 4 |
| 120 | Schedule a Virtual Urgent Care Visit | 4 |
| 121 | SCHEDULE A VISIT | 4 |
| 122 | SCHEDULE AN APPOINTMENT | 4 |
| 123 | Schedule an Appointment Now | 4 |
| 124 | Schedule An Appointment Online | 4 |
| 125 | schedule an appointment through MyChart | 4 |
| 126 | Schedule an in-office visit | 4 |

Button Text Patterns

| | A | B |
|---|---|---|
| 127 | Schedule an Urgent Care appointment online | 4 |
| 128 | Schedule an Urgent Care Visit | 4 |
| 129 | Schedule Appointment | 4 |
| 130 | Schedule Appointment Now | 4 |
| 131 | SCHEDULE APPOINTMENT ONLINE\nOPENS IN NEW WINDOW | 4 |
| 132 | SCHEDULE NOW | 4 |
| 133 | Schedule Online | 4 |
| 134 | SCHEDULE ONLINE NOW | 4 |
| 135 | Schedule Primary Care | 4 |
| 136 | SCHEDULE URGENT CARE APPOINTMENT NOW | 4 |
| 137 | Schedule Urgent Care Online | 4 |
| 138 | SCHEDULE VISIT | 4 |
| 139 | SEE A PROVIDER NOW | 4 |
| 140 | Solicitud de cita | 4 |
| 141 | Start an On-Demand Video Visit | 4 |
| 142 | Start your Online Quick Care visit | 4 |
| 143 | View Urgent Care Locations & Save Your Spot Online | 4 |