# Proposed Redacted Version of Exhibit 26 (Dkt. No. 1263-31)

# Exhibit 26

FILED UNDER SEAL

Message
___

| | |
|---|---|
| **From**: | Molly Jackman |
| **Sent**: | 12/22/2016 7:52:06 AM |
| **To**: | |
| **CC**: | Flavia Alves    Rob Sherman |
| **Subject**: | Methodology review |
| **Attachments**: | Valuing Personal Data and Rebuilding Trust - Summary report 12 12 16_vFig 2[1].docx; 20161216 Country profiles and data tables vSC.xlsx |

Hi Laura,

Thanks so much for sending the WA survey! I'm excited to review.

The World Economic Forum is conducting a study on how people perceive their personal data and issues around online privacy. We reviewed the initial instrument, and thought the questions were confusing/jargon-y for the average consumer. Not surprisingly, the results show that people are very nervous about how their data is used, and do not trust online service providers.

We'd like to provide detailed feedback to WEF. However, I'm afraid that I've reached the bounds of my expertise on survey methodology, and we'd love for an expert to take a look at the design, instrument, and report. Two challenges to note: (1) we don't have a lot of time (Flavia, cc'd, can advise); (2) since this came fairly out of the blue, we also have limited budget. Does your team have time to take a quick look and provide a gut check on the survey methodology? If it looks flawed/incomplete, could you estimate how long it would take for a comprehensive review (ideally 1-2 pages on why the results are not reliable and/or valid), and what the cost would be?

Attached, please find the data tables and report.

Thanks!
Molly