| | |
|---|---|
| Jason 'Jay' Barnes, CSB #362776<br>Email: jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547<br>Email: ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803<br>Email: koncius@kiesel.law<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>TERRELL MARSHALL LAW<br>  GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, CSB #298541<br>Email: amm@classlawgroup.com<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701 |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL MATERIALS SUBMITTED WITH META'S OPPOSITION TO CLASS CERTIFICATION**<br><br>Hon. William H. Orrick |

I, Jason "Jay" Barnes, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Simmons Hanly Conroy and co-lead counsel for Plaintiffs and the Proposed Class in this case. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration under Civil Local Rule 79-5(c)(2) in support of Plaintiffs' Administrative Motion to File Under Seal materials associated with Meta's Opposition to Plaintiffs' Motion for Class Certification.

3. I submit the following chart identifying the documents and material that Plaintiffs seek to seal and a brief explanation for each page and line for which sealing is sought.

| **Meta Class Certification Exhibits – Volume 2** ||
| --- | --- |
| **Exhibit 6** Excerpts from Deposition of Jane Doe IX | 1. A2-188, line 1 contains the name of Jane Doe IX<br>2. A2-199, line 23 contains a name Doe used on other platforms<br>3. A2-221, lines 9, 13-14 contain info that would reveal identity<br>4. A2-226, lines 12, 18, 25, contain info that would reveal identity<br>5. A2-228, line 22 contains info that would reveal identity<br>6. A2-229, lines 20, 23 contain info that would reveal identity |
| **Exhibit 7** Excerpts from Deposition of John Doe III | 1. A2-232, line 17 contains the name of John Doe III<br>2. A2-238, lines 9-10, 15-17, 21 contain info that could reveal identity<br>3. A2-239, lines 3, 5, 9 contain info that could reveal identity<br>4. A2-242, line 12 contains info that could reveal identity<br>5. A2-248, lines 15-16, 21 contain info that could reveal identity<br>6. A2-255, line 3 contains John Doe III's date of birth<br>7. A2-261, line 13 contains John Doe III's name<br>8. A2-266, line 23 contains John Doe III's name<br>9. A2-267, line 14 contains John Doe III's name |
| **Exhibit 8** Excerpts from Deposition of Jane Doe I | 1. A2-277, line 14 contains the name of Jane Doe I<br>2. A2-323, lines 13-14 contain the name of Jane Doe I |
| **Exhibit 9** Excerpts from Deposition of Jane Doe X | 1. A2-329, line 25 contains the name of Jane Doe X<br>2. A2-341, line 25 contains the name of Jane Doe X<br>3. A2-342. lines 1-3 contain the name of Jane Doe X<br>4. A2-345, line 16 contains the name of Jane Doe X<br>5. A2-348, line 24 contains the name of Jane Doe X<br>6. A2-349, lines 10, 16 contain the name of Jane Doe X<br>7. A2-360, line 24 contains the name of Jane Doe X<br>8. A2-375, lines 5, 9-13 contain the names of non-parties. |

| | |
|---|---|
| | 9. A2-376, lines 6, 9, 13, 15, 18 contain the names of a non-party.<br>10. A2-378, lines 13-16, 19 contain the name of a non-party.<br>11. A2-378, line 8 contains the name of a non-party.<br>12. A2-381, line 23 contains the name of Jane Doe X.<br>13. A2-418, line 17 contains the name of Jane Doe X |
| **Exhibit 10**<br>Excerpts from Deposition of Jane Doe IV<br>A2-432-475 | 1. A2-451, lines 22-24 contain the name of Jane Doe IV<br>2. A2-453, line 17 contains the name of Jane Doe IV<br>3. A2-456, line 4 contains the name of Jane Doe IV<br>4. A2-457, lines 12-13 contain the name of Jane Doe IV and a non-party.<br>5. A2-466, line 5 contains the name of Jane Doe IV<br>6. A2-469, line 2 contains the name of Jane Doe IV |
| **Exhibit 11**<br>Excerpts from Deposition of Jane Doe V<br>A2-476-554 | 1. The header of every page contains the name of Jane Doe V.<br>2. A2-477, line 15 contains the name of Jane Doe V<br>3. A2-481, lines 18, 21 contains the name of Jane Doe V<br>4. A2-484, line 24 contains the name of a non-party<br>5. A2-488, lines 23-24 contain the name of Jane Doe V<br>6. A2-492, lines 20-21 contain the name of Jane Doe V<br>7. A2-495, line 16 contains the name of Jane Doe V<br>8. A2-497, lines 21, 23 contain the name of a non-party<br>9. A2-499, lines 4, 10 contain the name of Jane Doe V and a non-party<br>10. A2-500, lines 17-18 contain the name of Jane Doe V<br>11. A2-502, lines 7-8, 17 contain the name of Jane Doe V and a non-party.<br>12. A2-504, lines 9-10 contain the name of Jane Doe V<br>13. A2-505, line 11 contains the name of a non-party.<br>14. A2-506, line 16 contains the name of Jane Doe V.<br>15. A2-507, lines 15-16 contain the name of Jane Doe V.<br>16. A2-551, lines 10-13 contains Jane Doe V's email address. |
| **Exhibit 12**<br>Excerpts from Deposition of John Doe II | 1. A2-556, line 11 contains John Doe II's name.<br>2. A2-558, line 2 contains John Doe II's name.<br>3. A2-563, lines 1-6, 9, 16 contain the name of a non-party.<br>4. A2-569, line 13 contains John Doe II's name.<br>5. A2-571, lines 6, 10 contain John Doe II's name.<br>6. A2-578, line 25 contains John Doe II's name. |
| **Meta Class Certification Exhibits – Volume 7** | |
| **Exhibit 84**<br>Jane Doe IV's Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 85**<br>John Doe II Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 86**<br>Jane Doe I Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 87**<br>Jane Doe IV Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |

| | |
|---|---|
| **Exhibit 88**<br>Jane Doe V<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 89**<br>Jane Doe IX<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 90**<br>Jane Doe X<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 91**<br>John Doe II<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 92**<br>John Doe III<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 93**<br>John Doe V<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 94**<br>Jane Doe IX<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 95**<br>Jane Doe X<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 96**<br>John Doe III<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 97**<br>Jane Doe I<br>Rog Answers | Plaintiffs do not seek to seal any information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all communications associated with him. |
| **Exhibit 98**<br>John Doe II<br>MyChart<br>Logs | Plaintiffs seek to seal all mentions of John Doe II's name in this Exhibit. |
| **Exhibit 99**<br>Jane Doe X<br>Posts | Plaintiffs seek to seal all mentions of Jane Doe X's name in this Exhibit. |
| **Exhibit 100**<br>Jane Doe XI's<br>DYI re Ad<br>Preferences | Plaintiffs seek to seal this entire document that relates to Jane Doe XI, for whom the Court granted her own motion to dismiss her own claims—*with prejudice*—over Meta's objection. |
| **Exhibit 101**<br>Jane Doe IV's<br>DYI File | Plaintiffs seek to seal Plaintiffs' name in A7-2366. Plaintiffs do not seek to seal any further information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all remaining data in this exhibit. |

| | | |
|---|---|---|
| | **Exhibit 102**<br>Jane Doe XI's<br>DYI File | Plaintiffs seek to seal Plaintiffs' pseudonym in A7-2373. Plaintiffs do not seek to seal any further information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all remaining data in this exhibit. |
| | **Exhibit 103**<br>Jane Doe V<br>DYI File | Plaintiffs seek to seal Plaintiffs' name in A7-2376. Plaintiffs do not seek to seal any further information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all remaining data in this exhibit. |
| | **Exhibit 104**<br>Jane Doe VI<br>DYI File | Plaintiffs seek to seal Plaintiffs' pseudonym in A7-2381. Plaintiffs do not seek to seal any further information in this exhibit if Plaintiff names remain sealed. However, if Plaintiff names are unsealed, Plaintiffs request to redact all remaining data in this exhibit. |
| | **Exhibit 105**<br>Jane Doe IV<br>Post | Plaintiffs seek to seal Plaintiffs' name and face in A7-2385 and 2386 |
| | **Exhibit 106**<br>Jane Doe IV<br>Post | Plaintiffs seek to seal the names in A7-2388. |
| | Exhibit 107<br>Jane Doe IV<br>Post | Plaintiffs seek to seal Jane Doe IV's name in A7-2390. |
| | Exhibit 108<br>Jane Doe V<br>Post | 1. Plaintiffs seek to seal Jane Doe V's name and face in A7-2392.<br>2. Plaintiffs seek to seal the names in A7-2393-2399. |
|  | **Meta Class Certification Exhibits – Volume 8** | |
| | Exhibit 113<br>Jane Doe V<br>Post | Plaintiffs seek to seal all names in A8-2409 |
| | Exhibit 114<br>Jane Doe V<br>DYI Data | Plaintiffs seek to seal all names in A8-2411 |
| | Exhibit 115<br>Jane Doe V<br>Post | 1. Plaintiffs seek to seal all names and Doe V's face in A8-2413.<br>2. Plaintiffs seek to seal all names and faces in A8-2414-2423. |
| | Exhibit 116<br>Jane Doe V<br>Post | Plaintiffs seek to seal all names and faces in A8-2425-2426. |
| | Exhibit 117<br>Jane Doe V<br>Post | Plaintiffs seek to seal all names and faces in A8-2428-2431. |
| | Exhibit 118<br>Jane Doe V<br>DYI Data | Plaintiffs seek to seal all names and faces in A8-2433. |
| | Exhibit 119<br>Jane Doe IX<br>Post | Plaintiffs seek to seal all names and faces in A8-2435. |

| | |
|---|---|
| Exhibit 120 Jane Doe IX DYI Data | Plaintiffs seek to seal the faces in A8-2437-2438. |
| Exhibit 121 Jane Doe X DYI Data | Plaintiffs do not seek to seal any information in this exhibit. |
| Exhibit 122 John Doe III DYI Data | Plaintiffs seek to seal all names in A8-2445. |
| Exhibit 123 John Doe III DYI Data | Plaintiffs seek to seal all names in A8-2447-2450. |
| Exhibit 124 John Doe II Post | Plaintiffs seek to seal all names in A8-2455 and the name of the blog. |
| Exhibit 125 John Doe II Post | Plaintiffs do not seek to seal the name of the blog. |
| Exhibit 126 John Doe II Post | Plaintiffs seek to seal the name of the blog. |

By: */s/ Jay Barnes*
Jason "Jay" Barnes, Cal. State Bar No. 362776