| | |
|---|---|
| Jason 'Jay' Barnes, CSB #362776<br>Email: jaybarnes@simmonsfirm.com<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949 | Geoffrey Graber, CSB #211547<br>Email: ggraber@cohenmilstein.com<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>1100 New York Avenue NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| Jeffrey A. Koncius, CSB #189803<br>Email: koncius@kiesel.law<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812 | Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>TERRELL MARSHALL LAW<br>  GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 |
| *Attorneys for Plaintiffs and the Proposed Class* | Andre M. Mura, CSB #298541<br>Email: amm@classlawgroup.com<br>GIBBS LAW GROUP LLP<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701 |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO META'S MOTION TO SEAL MATERIALS SUBMITTED WITH META'S OPPOSITION TO CLASS CERTIFICATION**<br><br>Hon. William H. Orrick |

I, Jason "Jay" Barnes, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and a member of the Bar of this Court. I am a partner at the law firm Simmons Hanly Conroy and co-lead counsel for Plaintiffs and the Proposed Class in this case. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration under Civil Local Rule 79-5(c)(2) in support of Plaintiffs' Opposition to Meta's Motion to Seal Documents Submitted by Meta in its Opposition to Class Certification.

3. I submit the following chart identifying the documents and material for which Plaintiffs oppose sealing and a brief explanation.

| Document | Portions Opposed | Reason for Opposition |
|---|---|---|
| Exhibit 66 | Field/column/table names on pages 1 and 2. | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 81 | Page 4, line 16; page 5, lines 6 and 10. | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 82 | Page 5, lines 21 and 28. | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 219 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 220 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 221 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 222 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |

| | | |
|---|---|---|
| Exhibit 223 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 224 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 225 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 226 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| Exhibit 227 | Entirety of document except for Plaintiffs' identifying information (e.g., names; device, browser, and cookie identifiers; location) | The information that Meta seeks to seal does not fit the categories that the Court described in Dkt. 1241. |
| **Expert Report of Georgios Zervas, Ph.D. (Dkt. No. 1251-14)** | | |
| | Pg. iv<br>A13-4247 | This is the name of Meta's internal Identity Resolution service, which Meta agreed to unseal in Dkt. 1270. See Dkt. 1270, page 14, first bullet point on "Motion for Class Certification." |
| | Pg. 6, ¶ 13<br>A13-4254 | This is the name of Meta's internal Identity Resolution service, which Meta agreed to unseal in Dkt. 1270. See Dkt. 1270, page 14, first bullet point on "Motion for Class Certification." |
| | Pg. 37, fn. 131<br>A13-4285 | The first three lines contain description names of tables and scripts for which there is no compelling justification for sealing. The last line that Meta seeks to seal is full source code file path for which Plaintiffs do not oppose sealing. |

| | |
|---|---|
| Pg. 91 ¶ 103, fn. 269 | The information that Meta seeks to seal in ¶ 103 and fn. 269 does not fit the categories that the Court described in Dkt. 1241. The remaining information Meta seeks to seal on this page in footnotes 268, 270, and 271 consist of source code file paths for which Plaintiffs do not oppose sealing. |
| Pg. 92, ¶ 103-104 | The information Meta seeks to seal in ¶¶ 103-104 do not fit the descriptions in Dkt. 1241. Plaintiffs do not oppose sealing the other info on this page. |
| Pg. 96, ¶ 108, fn. 286 | The information Meta seeks to seal in ¶ 108 and fn. 286 does not fit the descriptions in Dkt. 1241. Plaintiffs do not oppose sealing the other info. |
| Pg. 97, fn. 289 | The information Meta seeks to seal in ¶ 108 and fn. 286 does not fit the descriptions in Dkt. 1241. |
| Pg. 98, ¶ 110, fn. 293 | This information should not be sealed for the reasons stated by Plaintiffs in Dkt. 1270. Plaintiffs submit that the Court's ruling on this paragraph should follow its ruling on Meta's motion to seal the contested portions of the Expert Declaration of Dr. Atif Hashmi, as set forth in Dkt. 1270. |
| Pg. 100, ¶ 113, fn. 298 | This ruling should follow the Court's ruling on Dkt. 1270. |
| Pg. 101, ¶ 115 | The information Meta seeks to seal in ¶ 115 does not fit with Dkt. 1241. |
| Pp. 103-181 | This section of the Zervas Report responds to the Expert Report of Dr. Zubair Shafiq. Plaintiffs challenge Meta's request to redact information that it already agreed to unseal in Dkt. 1270 and request an order that Meta's sealing of this portion be consistent with the Court's ruling on Dkt. 1270. |

1  DATED: January 30, 2026

By: _____
Jason "Jay" Barnes, Cal. State Bar No. 362776