# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** February 3, 2026 | **Time:** 5 minutes 2:16 p.m. to 2:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-03580-WHO | **Case Name:** In Re Meta Pixel Healthcare Litigation | |

**Attorneys for Plaintiff:**     Jay Barnes
**Attorneys for Defendant:**   Darcy Harris and Elizabeth McCloskey
(Carrie Bodner, in-house counsel for Meta)

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Beth Krupa

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court grants permission for the late-filing regarding the motion to seal. Counsel heard as to the status of discovery, which is progressing well at this point.

**Next Case Management Conference set for March 3, 2026.**  Further case management statement due February 24, 2026.