| | |
|---|---|
| Lauren R. Goldman, *Admitted Pro Hac Vice* | Geoffrey Graber (SBN 211547) |
| lgoldman@gibsondunn.com | ggraber@cohenmilstein.com |
| Darcy C. Harris, *Admitted Pro Hac Vice* | COHEN MILSTEIN SELLERS & TOLL PLLC |
| dharris@gibsondunn.com | 1100 New York Ave. NW, 8th Floor |
| GIBSON, DUNN & CRUTCHER LLP | Washington, DC 20005 |
| 200 Park Avenue | Telephone: (202) 408-4600 |
| New York, NY 10166 | Facsimile: (202) 408-4699 |
| Telephone:     (212) 351-4000 | |
| | Jason 'Jay' Barnes (SBN 362776) |
| Elizabeth K. McCloskey (SBN 268184) | jaybarnes@simmonsfirm.com |
| emccloskey@gibsondunn.com | SIMMONS HANLY CONROY LLC |
| Abigail A. Barrera (SBN 301746) | 112 Madison Avenue, 7th Floor |
| abarrera@gibsondunn.com | New York, NY 10016 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone: (212) 784-6400 |
| One Embarcadero Center, Suite 2600 | Facsimile: (212) 213-5949 |
| San Francisco, CA 94111-3715 | |
| Telephone: (415) 393-8200 | *Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| *Attorneys for Defendant Meta Platforms, Inc.* | |
| [*Additional Attorneys on Signature Block*] | [*Additional Attorneys on Signature Block*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: March 3, 2026<br>Time: 2:00 p.m.<br>Courtroom: Videoconference<br>Judge: Hon. William H. Orrick |

Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference scheduled in the above-captioned case for March 3, 2026 at 2:00 P.M. via videoconference before the Honorable William H. Orrick, in Courtroom 2, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102.

The parties submitted a Joint Rule 26(f) report on September 28, 2022, and case management statements on six dates in 2023 and 2024, thirteen dates in 2025, and one date in 2026. Dkts. 66, 167, 191, 234, 283, 317, 377, 409, 489, 572, 667, 707, 769, 853, 862, 911, 984, 1033, 1097, 1120, 1139, 1178, 1199, 1239, 1265, 1283.

## I.     JOINT STATEMENT ON PROGRESS

As requested by the Court during the August 5, 2025 Case Management Conference, the parties are beginning this Case Management Statement with "a paragraph describing their perspectives on the progress achieved since the last CMC." Dkt. 1125.

Plaintiffs: Meta told the Court in the last CMC that it had produced the agreed-upon partially remediated data for classifications of certain identified healthcare provider domains. Meta's production letter acknowledged—and Plaintiffs agree—that full remediation is not feasible. Plaintiffs analyzed the produced data, and, based on that analysis, have concerns about the extent to which it comported with the agreement and is adequate for the purpose for which it was requested. The parties are working though those issues and will report back to the Court as appropriate.

Meta: Since the February 3 Case Management Conference, Meta has made and continues to make progress on plaintiffs' remaining formal and informal discovery requests in an effort to close out discovery in this litigation. There are two remaining discovery-related issues. First, Meta is collecting documents and data responsive to plaintiffs' fifteenth set of requests for production served on October 21, 2025, and Meta anticipates making productions in response to these RFPs in the near term. Second, Meta is continuing to investigate plaintiffs' additional follow-up questions in response

to the significant amount of discovery Meta has already produced in connection with plaintiffs' Interrogatory No. 3 and Meta's classification systems. In addition, Meta is working with plaintiffs to address the questions plaintiffs have raised in connection with the additional recreated data that Meta recently produced.

Meta filed its opposition to plaintiffs' class certification motion on December 9, 2025, and on December 19, 2025, Meta filed its motions to exclude certain purported expert analysis offered by plaintiffs in support of their motion for class certification. By stipulated extension, plaintiffs shall file their class certification reply, rebuttal expert reports, Rule 702 motions, and oppositions to Meta's Rule 702 motions on March 11, 2026. Dkts. 1273, 1274. Rule 702 briefing shall be completed on May 26, 2026. Dkt. 1274.

<u>Mark Zuckerberg</u> – The Ninth Circuit heard oral argument on December 5, 2025, regarding Meta's Petition for a Writ of Mandamus regarding the Court's prior order denying Meta's motion for relief from the Order allowing the deposition of Mark Zuckerberg. Meta's petition remains pending.

<u>Dinkar Jain</u> – At plaintiffs' request, the deposition of Dinkar Jain will be rescheduled, likely after the Hearing on Class Certification and Rule 702 Motions on June 10, 2026.

## II. UPDATE ON DISCOVERY STATUS

*Plaintiffs' Statement*

A. <u>Meta's Failure to Preserve Certain Data</u>

Plaintiffs repeat their prior statements about Meta's failure to preserve data. Meta has not cured its spoliation and there is no feasible way for it do so.

B. <u>Additional Discovery Requests re "Custom Conversion Event Restrictions"</u>

The parties are working through this discovery, which should have no impact on certification.

C. <u>Meta's Supplementation of Timely Served Discovery Requests</u>

Plaintiffs continue to seek follow-up discovery from Meta's Ninth Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, which Meta served on October 31, 2025.

*Meta's Statement*

Meta is working diligently to address plaintiffs' remaining discovery requests in an effort to close out discovery. Meta rejects plaintiffs' continued mischaracterization of Meta's preservation efforts in this litigation. As previously stated, Meta will address such claims at the appropriate time, as necessary.

Well after the close of fact discovery, plaintiffs sought information related to previously served Interrogatory No. 3, as well as previously served document productions. Meta is working to address plaintiffs' requests and hopes the parties can resolve them without Court intervention.

On February 3, 2026, following a meet and confer among the parties, Meta provided further responses to plaintiffs' fifteenth set of requests for production served months after the close of fact discovery concerning further restrictions related to the Business Tools that Meta recently implemented. Meta is in the process of collecting documents responsive to these requests and anticipates making one or more productions in the near term to close out these requests.

## III.    PENDING MOTIONS

*Motion for Class Certification*: On September 9, 2025, plaintiffs filed their motion for class certification. Dkts. 1152, 1153. On December 9, 2025, Meta filed its opposition to Meta's motion for class certification. Dkts. 1251, 1252. Plaintiffs' Reply is due on March 11, 2026. Dkt. 1274.

*Rule 702 Motions*: On December 19, 2025, Meta filed Rule 702 motions to exclude certain purported expert analysis offered by plaintiffs in support of class certification. Dkts. 1257, 1258, 1259, 1260, 1261, 1262. Plaintiffs' deadline to file Rule 702 motions in connection with the expert analysis offered by Meta in its opposition to plaintiffs' motion for class certification is March 11, 2026. Dkt. 1274. Briefing on these Rule 702 motions will be completed on May 26, 2026. Dkt. 1274.

*Motions to Seal*: On January 9, 2026, Meta filed a renewed motion to seal documents associated with Plaintiffs' motion for class certification. Per the Court's instruction, Meta's motion included a chart detailing where the parties agreed or disagreed about Meta's sealing requests. For efficiency, the parties agreed that Meta would file un-redacted versions of the documents upon the Court's ruling.

On January 23, 2026, Meta filed sealing papers in support of sealing portions of Meta's opposition to Plaintiffs' motion for class certification, consistent with the Court's order at Dkt. 1249. Plaintiffs filed their opposition to Meta's sealing papers on January 30, 2026. Dkt. 1289.

On January 30, 2026, Meta filed its sealing papers in support of sealing portions of Meta's Motions to Exclude Plaintiffs' Class Certification Experts I. Glenn Cohen, Dr. Zubair Shafiq, Dr. Hal J. Singer, Todd A. Zigrang, Dr. Kate Barasz, and Dr. Kathleen Vohs and their supporting exhibits. Dkt. 1287. Plaintiffs filed their opposition to Meta's sealing papers February 6, 2026. Dkt. 1295.

Dated: February 24, 2026    By:    /s/ Lauren Goldman
Lauren Goldman

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
 lgoldman@gibsondunn.com
Darcy C. Harris (*pro hac vice*)
 dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
 emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
 abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:   (415) 393-8200
Fax:   (415) 393-8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Kristin Sheffield-Whitehead (Bar No. 304635)
 kristin.whitehead@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel:   (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
 andrew.clubok@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel:   (202) 637-2200

Gary S. Feinerman (*pro hac vice*)
 gary.feinerman@lw.com
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel:   (312) 876-7700

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: February 24, 2026         By:    /s/ Jason 'Jay' Barnes
                                        Jason 'Jay' Barnes

                                        **SIMMONS HANLY CONROY LLC**
                                        Jason 'Jay' Barnes (admitted *pro hac vice*)
                                          jaybarnes@simmonsfirm.com
                                        112 Madison Avenue, 7th Floor
                                        New York, NY 10016
                                        Tel:    (212) 784-6400
                                        Fax:    (212) 213-5949

                                 By:    /s/ Geoffrey Graber
                                        Geoffrey Graber

                                        **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                        Geoffrey Graber, State Bar No. 211547
                                          ggraber@cohenmilstein.com
                                        1100 New York Avenue NW, Fifth Floor
                                        Washington, DC 20005
                                        Tel:    (202) 408-4600
                                        Fax:    (202) 408-4699

                                        Mark Vandenberg, (*pro hac vice pending*)
                                          mvandenberg@cohenmilstein.com
                                        88 Pine Street, 14th Floor
                                        New York, NY 10005
                                        Tel: (212) 838-7797

                                 By:    /s/ Beth E. Terrell
                                        Beth E. Terrell

                                        **TERRELL MARSHALL LAW GROUP PLLC**
                                        Beth E. Terrell, State Bar No. 178181
                                          bterrell@terrellmarshall.com
                                        936 North 34th Street, Suite 300
                                        Seattle, WA 98103
                                        Tel.:   (206) 816-6603
                                        Fax:    (206) 319-5450

                                        **KIESEL LAW LLP**
                                        Jeffrey A. Koncius, State Bar No. 189803
                                          koncius@kiesel.law
                                        8648 Wilshire Boulevard
                                        Beverly Hills, CA 90211
                                        Tel:    (310) 854-4444
                                        Fax:    (310) 854-0812

**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   (510) 350-9700
Fax:   (510) 350-9701

*Attorneys for Plaintiffs and Putative Class*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 24, 2026           By:     */s/ Lauren Goldman*