**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY (SBN 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Additional Attorneys in Signature Block*

*Attorneys for Defendant Meta Platforms, Inc.*

GEOFFREY GRABER (SBN 211547)
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362776)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Additional Attorneys in Signature Block*

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CLASS CERTIFICATION AND SEALING DEADLINES**<br><br>Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 3, 2025, the Court granted the parties' stipulated briefing deadlines related to Plaintiffs' Motion for Class Certification (Dkt. 1210, the "Scheduling Order");

WHEREAS, on December 9, 2025, Meta filed its Opposition and five expert reports;

WHEREAS, on December 16, 2025, the Court issued an order (Dkt. 1255) extending the parties' deadlines to file sealing applications regarding any Rule 702 Motions filed by Meta to January 30, 2026; sealing applications regarding any Rule 702 Motions filed by Plaintiffs to March 11, 2026; sealing applications regarding any opposition(s) to Meta's Rule 702 Motions to March 25, 2026; sealing applications regarding any replies Meta submits in support of its Rule 702 Motions to April 15, 2026; sealing applications regarding any opposition(s) to Plaintiffs' Rule 702 Motions to April 16, 2026; and sealing applications regarding any replies from Plaintiffs in support of their Rule 702 Motions to April 30, 2026;

WHEREAS, on December 19, 2025, Meta filed six Rule 702 Motions to Exclude certain testimony from Plaintiffs' experts;

WHEREAS, on January 21, 2026, the Court granted the parties' stipulation extending class certification deadlines to accommodate deposition scheduling of Meta's experts and other declarants (Dkt. 1274, the "Amended Scheduling Order");

WHEREAS, the parties worked diligently to schedule the depositions of Meta's experts and other declarants, and concluded those depositions on February 20, 2026;

WHEREAS, pursuant to the operative Amended Scheduling Order, Plaintiffs' Reply in Support of their Class Certification Motion, any rebuttal expert reports, and any oppositions to Meta's Rule 702 Motions are due March 11, 2026 ("Plaintiffs' Omnibus Filing");

WHEREAS, as a result of the Amended Scheduling Order and the relief sought in this stipulation and proposed order, the previously stipulated and ordered deadlines to file sealing applications laid out by Dkt. 1255 are already (or would become) outdated (for example, there are or

would be deadlines to file sealing papers that precede the deadlines to file the underlying documents themselves);

WHEREAS, a parent of a key member of Plaintiffs' counsel team has recently been diagnosed with a serious illness and that key member of Plaintiffs' counsel team had to pause his work on this case to attend to that parent;

WHEREAS, this key member of Plaintiffs' counsel has been crucial to Plaintiffs' preparation for its filings due on March 11, 2026 and his absence has delayed Plaintiffs' efforts to finalize those filings;

WHEREAS, the parties have met and conferred and respectfully submit that, due to the illness of Plaintiffs' counsel's family member and corresponding absences from work, good cause exists to adjust the deadlines in the Amended Scheduling Order by one (1) week for Plaintiffs' Omnibus Filing; Meta's Replies in Support of its Rule 702 Motions; and Meta's Oppositions to Plaintiffs' Rule 702 Motions. The Parties do **not**, however, seek to reschedule the deadline for Plaintiffs' Replies in Support of their Rule 702 Motions, their ADR deadline, or the hearing on Plaintiffs' Motion for Class Certification and the parties' Rule 702 Motions;

WHEREAS, if the Court approves the proposed stipulation, the Court will have the same number of days to review the parties' completed filings before the hearing on Plaintiffs' Motion for Class Certification and the parties' Rule 702 Motions as it did under the Amended Scheduling Order.

WHEREAS, the parties also request that, because of the large volume of documents and complexity of the anticipated sealing papers to be filed in connection with Plaintiffs' Reply in Support of Motion for Class Certification and rebuttal expert reports, as well as Rule 702 Motions, oppositions, and replies, the deadlines to file sealing applications in connection therewith should be further extended;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to this Court's approval, that:

1. Plaintiffs shall file their Reply in Support of Class Certification and rebuttal expert reports; any opposition(s) to Meta's Rule 702 Motions; and any affirmative Rule 702 motions provisionally

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
CLASS CERTIFICATION AND SEALING DEADLINES
Case No. 3:22-cv-03580-WHO (VKD)

under seal by March 18, 2026, along with a 1-page interim sealing motion that states the reason for sealing will be presented in a forthcoming sealing application; Plaintiffs will also file a 1-page interim administrative motion to consider whether another party's materials should be sealed on March 18, 2026;

2. The parties' deadline to file sealing applications regarding Plaintiffs' Reply in Support of Motion for Class Certification, any opposition(s) to Meta's Rule 702 Motions, and any affirmative Rule 702 motions is April 22, 2026;

3. Meta shall file replies in support of its Rule 702 Motions provisionally under seal by April 21, 2026, along with a 1-page interim sealing motion that states the reason for sealing will be presented in a forthcoming sealing application; Meta will also file a 1-page administrative motion to consider whether another party's materials should be sealed on April 21, 2026;

4. The parties' deadline to file sealing applications regarding Meta's replies in support of its Rule 702 Motions is May 27, 2026;

5. Meta shall file oppositions to Plaintiffs' Rule 702 Motions provisionally under seal by May 5, 2026, along with a 1-page interim sealing motion that states the reason for sealing will be presented in a forthcoming sealing application; Meta will also file a 1-page interim administrative motion to consider whether another party's materials should be sealed on May 5, 2026;

6. The parties' deadline to file sealing applications regarding Meta's oppositions to Plaintiffs' Rule 702 Motions is May 28, 2026;

7. Plaintiffs shall file replies in support of their affirmative Rule 702 Motions provisionally under seal by May 26, 2026, along with a 1-page interim sealing motion that states the reason for sealing will be presented in a forthcoming sealing application; Plaintiffs will also file a 1-page interim administrative motion to consider whether another party's materials should be sealed on May 26, 2026;

8. The parties' deadline to file sealing applications regarding Plaintiffs' replies in support of their affirmative Rule 702 Motions is June 11, 2026;

9. The parties shall participate in an ADR mediation session no later than May 26, 2026;

3

10. Subject to the Court's calendar and convenience, the parties request that the hearing on Plaintiffs' Class Certification Motion and the parties' Rule 702 Motions remain on June 10, 2026.

| Document(s) | Current Filing Date (Dkt. 1274) | Proposed Filing Date | Current Sealing Application Date (Dkt. 1255) | Proposed Sealing Application Date |
|---|---|---|---|---|
| Plaintiffs' Reply ISO Class Certification | March 11, 2026 | March 17, 2026 | March 11, 2026[1] | April 22, 2026 |
| Plaintiffs' Rebuttal Expert Reports | | | March 11, 2026 | |
| Plaintiffs' Rule 702 Motions | | | March 11, 2026 | |
| Plaintiffs' Opp. to Meta 702 Motions | | | March 25, 2026 | |
| Meta's Replies ISO Rule 702 Motions | April 14, 2026 | April 21, 2026 | April 15, 2026 | May 27, 2026 |
| Meta's Opp. to Plaintiff Rule 702 Motions | April 28, 2026 | May 5, 2026 | April 16, 2026 | May 28, 2026 |
| Plaintiffs' Replies ISO Rule 702 Motions | May 26, 2026 | May 26, 2026 | April 30, 2026 | June 11, 2026 |
| ADR Deadline | May 26, 2026 | May 26, 2026 | N/A | N/A |
| Hearing on Class Certification and Rule 702 Motions | June 10, 2026 | June 10, 2026 | N/A | N/A |

DATED: March 6, 2026

By: */s/ Geoffrey Graber*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*

[1] The parties did not previously stipulate to extend the deadline to file sealing applications regarding Plaintiffs' Reply in Support of Motion for Class Certification. Accordingly, the current sealing application deadline is the same deadline to file the underlying document.

4

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
CLASS CERTIFICATION AND SEALING DEADLINES
Case No. 3:22-cv-03580-WHO (VKD)

1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes, State Bar No. 362776
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

DATED: March 6, 2026

**GIBSON, DUNN & CRUTCHER LLP**

5

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
CLASS CERTIFICATION AND SEALING DEADLINES
Case No. 3:22-cv-03580-WHO (VKD)

By:  */s/ Lauren Goldman*
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY (Bar No. 268184)
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA (Bar No. 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (*pro hac vice*)
andrew.clubok@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

GARY S. FEINERMAN (*pro hac vice*)
gary.feinerman@lw.com
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

MELANIE M. BLUNSCHI (Bar No. 234264)
melanie.blunschi@lw.com
KRISTIN SHEFFIELD-WHITEHEAD (Bar No. 304635)
kristin.whitehead@lw.com

505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant Meta Platforms, Inc.*

6

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
CLASS CERTIFICATION AND SEALING DEADLINES
Case No. 3:22-cv-03580-WHO (VKD)

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Geoffrey Graber, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 6, 2026                                              */s/ Geoffrey Graber*

STIPULATION AND [PROPOSED] ORDER EXTENDING
CLASS CERTIFICATION AND SEALING DEADLINES
Case No. 3:22-cv-03580-WHO (VKD)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_March 9, 2026

_____

Hon. William H. Orrick

United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
CLASS CERTIFICATION AND SEALING DEADLINES
Case No. 3:22-cv-03580-WHO (VKD)