Jason 'Jay' Barnes State Bar No. 362776
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:      212-784-6400
Fax:      212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:      310-854-4444
Fax:      310-854-0812

Beth E. Terrell, State Bar No. 178181
bterrell@terrellmarshall.com
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:      206-816-6603
Fax:      206-319-5450

Geoffrey Graber, State Bar No. 211547
ggraber@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:      202-408-4600
Fax:      202-408-4699

Andre M. Mura, State Bar No. 298541
amm@classlawgroup.com
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:      510-350-9700
Fax:      510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) |
| | **DECLARATION OF ERIC KAFKA IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF CHRISTOPHER WEIL** |
| This Document Relates To | |
| All Actions | Hon. William H. Orrick |

I, Eric Kafka, hereby declare as follows:

1.  I am an attorney admitted *pro hac vice* in this Court. I am licensed to practice law in the state of New York. I am a partner at the law firm Cohen Milstein Sellers & Toll PLLC and am counsel for Plaintiffs and the proposed class members in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2.  Attached as **Exhibit 1** is a true and correct excerpted copy of the February 3, 2026 Deposition of Christopher Weil.

3.  Attached as **Exhibit 2** is a true and correct excerpted copy of the January 21, 2026 Deposition of Professor Paul Schwartz.

4.  Attached as **Exhibit 3** is a true and correct excerpted copy of the February 13, 2026 Deposition of Professor On Amir.

5.  Attached as **Exhibit 4** is a true and correct excerpted copy of the February 11, 2026 Deposition of Professor Georgios Zervas.

6.  Attached as **Exhibit 5** is a true and correct copy of PIXEL_HEALTH000525144.

7.  Attached as **Exhibit 6** is a true and correct copy of PIXEL_HEALTH000525146.

8.  Attached as **Exhibit 7** is a true and correct excerpted copy of the January 31, 2025 Deposition of Tobias Wooldridge.

9.  Attached as **Exhibit 8** is a true and correct excerpted copy of the April 2, 2025 Deposition of Manish Singhal.

10.  Attached as **Exhibit 9** is a true and correct copy of PIXEL_HEALTH001241105.

11.  Attached as **Exhibit 10** is a true and correct copy of PIXEL_HEALTH000525155.

12.  Attached as **Exhibit 11** is a true and correct excerpted copy of the April 28, 2025 30(b)(6) Deposition of Tobias Wooldridge.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

1

KAFKA DECLARATION ISO PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE
THE WEIL DECLARATION
Case No. 3:22-cv-03580-WHO (VKD)

Executed on March 17, 2026.

/s/ Eric Kafka
Eric Kafka

KAFKA DECLARATION ISO PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE
THE WEIL DECLARATION
Case No. 3:22-cv-03580-WHO (VKD)