Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
   & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
   GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs and the Proposed Class*

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE
LITIGATION

This Document Relates to:

All Actions.

Case No. 3:22-cv-3580-WHO (VKD)

**DECLARATION OF BETH E.
TERRELL IN SUPPORT OF
PLAINTIFFS' MOTION TO
EXCLUDE THE REPORT OF DR.
GEORGIOS ZERVAS AND THE
FIRST OPINION OF STEVEN
TADELIS**

CLASS ACTION

The Honorable William H. Orrick

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION TO
EXCLUDE THE REPORT OF DR. GEORGIOS ZERVAS AND THE FIRST OPINION OF
STEVEN TADELIS
Case No. 3:22-cv-3580-WHO (VKD)

I, Beth E. Terrell, hereby declare as follows:

1.      I am a member of the law firm of Terrell Marshall Law Group PLLC (Terrell Marshall), and co-counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bars of the states of Washington and California. I respectfully submit this declaration in support of Plaintiffs' Motion to Exclude the Report of Dr. Georgios Zervas and the First Opinion of Steven Tadelis. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      Attached hereto as Exhibit 1 are true and correct copies of excerpts from the February 11, 2026 Deposition of Georgios Zervas, Ph.D.

3.      Attached hereto as Exhibit 2 are true and correct copies of excerpts from the February 4, 2026 Deposition of Steven Tadelis.


I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

EXECUTED this 17th day of March, 2026 at Seattle, Washington.


By: */s/ Beth E, Terrell*
        Beth E. Terrell

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE REPORT OF DR. GEORGIOS ZERVAS AND THE FIRST OPINION OF STEVEN TADELIS - 1
Case No. 3:22-cv-3580-WHO (VKD)