Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 31
9-5450

*Attorneys for Plaintiffs and Proposed Classes*

[*Additional counsel listed on signature page*]

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates to:

All Actions.

Case No. 3:22-cv-3580-WHO (VKD)

CLASS ACTION

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE REPORTS AND TESTIMONY OF DRS. KATE BARASZ AND KATHLEEN VOHS**

**FILED UNDER SEAL**

Date: June 10, 2026
Time: 2:00 p.m.
Place: Courtroom 2 – 17th Floor
Judge: Hon. William H. Orrick III