Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and the Proposed Class*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 31
9-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE
LITIGATION

This Document Relates to:

All Actions.

Case No. 3:22-cv-3580-WHO (VKD)

**OMNIBUS DECLARATION OF
ERIC KAFKA IN SUPPORT OF
PLAINTIFFS' OPPOSITIONS TO
META'S MOTIONS TO EXCLUDE
PLAINTIFFS' CLASS
CERTIFICATION EXPERTS**

CLASS ACTION

The Honorable William H. Orrick

I, Eric Kafka, hereby declare as follows:

1.      I am a member of the law firm of Cohen Milstein Sellers & Toll PLLC and co-counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the state of New York. I respectfully submit this declaration in support of Plaintiffs' Opposition to Meta's Motions to Exclude Plaintiffs' Class Certification Experts I. Glenn Cohen, Dr. Zubair Shafiq, Hal J. Singer, Ph.D., Todd A. Zigrang, and Drs. Kate Barasz and Kathleen Vohs. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      Attached hereto as **Exhibit 1** are true and correct copies of excerpts from the May 16, 2025 30(b)(6) Deposition of Fred Leach.

3.      Attached hereto as **Exhibit 2** are true and correct copies of excerpts from the November 12, 2025 Deposition of Ivan Glenn Cohen.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from *Information Privacy Law*, *Eighth Edition*, by Daniel J. Solove and Paul M. Schwartz. This document was marked as Exhibit 807 to the January 21, 2026 Deposition of Paul Schwartz.

5.      Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the November 6, 2025 Deposition of Katherine Barasz.

6.      Attached hereto as **Exhibit 5** are true and correct copies of excerpts from the October 28, 2025 Deposition of Dr. Kathleen Vohs.

7.      Attached hereto as **Exhibit 6** are true and correct copies of excerpts from the February 13, 2026 Deposition of On Amir.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a December 22, 2016 email from Molly Jackman regarding, "Methodology Review," Bates labeled PIXEL_HEALTH001317582 and marked as Exhibit 889 to the Amir Deposition.

9.      Attached hereto as **Exhibit 8** are true and correct copies of excerpts from the February 4, 2026 Deposition of Steven Tadelis.

OMNIBUS DECLARATION OF ERIC KAFKA IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO META'S
MOTIONS TO EXCLUDE PLAINTIFFS' CLASS CERTIFICATION EXPERTS - 1
Case No. 3:22-cv-3580-WHO (VKD)

10. Attached hereto as **Exhibit 9** are true and correct copies of excerpts from the January 21, 2026 Deposition of Paul Schwartz.

11. Attached hereto as **Exhibit 10** are true and correct copies of excerpts from a Power Point presentation entitled, "Artificial Intelligence and Privacy," authored by Daniel J. Solove, Paul M. Schwartz, and Chris Hoofnagle. This document was marked as Exhibit 810 to the Schwartz Deposition.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article entitled, "Consumer privacy and the future of data-based innovation and marketing," authored by Alexander Bleier, Avi Goldfarb, and Catherine Tucker; and marked as Exhibit 848 to the Tadelis Deposition.

13. Attached hereto as **Exhibit 12** are true and correct copies of excerpts from the November 6, 2025 Deposition of Todd Zigrang.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a letter sent from Meta's counsel to Plaintiffs' counsel, dated October 17, 2023.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Class Certification Report of Hal J. Singer; Ph.D., dated September 9, 2025.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Class Certification Reply Report of Hal J. Singer, Ph.D., dated March 17, 2026.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the October 24, 2025 Deposition of Hal J. Singer.

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the February 20, 2026 Deposition of John R. Hauser.

19. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the November 19, 2025, Deposition of Dr. Zubair Shafiq.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Meta bearing bates numbers PIXEL_HEALTH001381650-52.

21. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the February 11, 2026, Deposition of Dr. Georgios Zervas.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of a chat thread produced by Meta bearing the bates numbers PIXEL_HEALTH001294244-49.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by Meta bearing the bates numbers PIXEL_HEALTH001381607-15.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of is a true and correct copy of document produced by Meta bearing the bates numbers PIXEL_HEALTH001381715-16.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of a chat thread produced by Meta bearing the bates numbers PIXEL_HEALTH001329813-23.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of a document produced by Meta bearing the bates numbers PIXEL_HEALTH001364050-65.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of a spreadsheet produced by Meta bear the bates number PIXEL_HEALTH0001493868. The excerpts were created by Plaintiffs' counsel by filtering the category field for "PRESCRIPTION."

28.     Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of a spreadsheet produced by Meta bearing the bates number PIXEL_HEALTH0001493872.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of a spreadsheet produced by Meta bearing the bates number PIXEL_HEALTH001493873.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the trial testimony of Dr. Georgios Zervas in *Frasco v. Flo Health, Inc.*, No. 3:21-cv-00757 JD (N.D. Cal. Jul. 21, 2025).

31.     Exhibits 1-29 as described herein correspond to the below Oppositions:

| Exhibit No. | Daubert Opposition | Document Description |
| --- | --- | --- |
| 1 | Cohen | Excerpts from the May 16, 2025 30(b)(6) Deposition of Fred Leach |
| 2 | Cohen | Excerpts from the November 12, 2025 Deposition of Ivan Glenn Cohen |

| Exhibit No. | Daubert Opposition | Document Description |
|---|---|---|
| 3 | Cohen | Exhibit 807 to the January 21, 2026 Deposition of Paul Schwartz |
| 4 | Barasz/Vohs | Excerpts from the November 6, 2025 Deposition of Katherine Barasz |
| 5 | Barasz/Vohs | Excerpts from the October 28, 2025 Deposition of Dr. Kathleen Vohs |
| 6 | Barasz/Vohs | Excerpts from the February 13, 2026 Deposition of On Amir |
| 7 | Barasz/Vohs | Exhibit 889 to the February 13, 2026 Deposition of On Amir |
| 8 | Barasz/Vohs | Excerpts from the February 4, 2026 Deposition of Steven Tadelis |
| 9 | Barasz/Vohs | Excerpts from the January 21, 2026 Deposition of Paul Schwartz |
| 10 | Barasz/Vohs | Exhibit 810 to the January 21, 2026 Deposition of Paul Schwartz |
| 11 | Barasz/Vohs | Exhibit 848 to the February 4, 2026 Deposition of Steven Tadelis |
| 12 | Zigrang | Excerpts from the November 6, 2025 deposition of Todd Zigrang |
| 13 | Zigrang | letter sent from Meta's counsel to Plaintiffs' counsel, dated October 17, 2023 |
| 14 | Singer | Class Certification Report of Hal J. Singer; Ph.D., dated September 9, 2025 |
| 15 | Singer | Class Certification Reply Report of Hal J. Singer, Ph.D., dated March 17, 2026 |
| 16 | Singer | Excerpts from the October 24, 2025 Deposition of Hal J. Singer |
| 17 | Singer | Excerpts from the February 20, 2026 Deposition of John R. Hauser |
| 18 | Shafiq | Excerpts of the November 19, 2025, Deposition of Dr. Zubair Shafiq |
| 19 | Shafiq | PIXEL_HEALTH001381650-52 |
| 20 | Shafiq | Excerpts of the February 11, 2026, Deposition of Dr. Georgios Zervas |
| 21 | Shafiq | PIXEL_HEALTH001294244-49 |
| 22 | Shafiq | PIXEL_HEALTH001381607-15 |
| 23 | Shafiq | PIXEL_HEALTH001381715-16 |
| 24 | Shafiq | PIXEL_HEALTH001329813-23 |
| 25 | Shafiq | Excerpts of PIXEL_HEALTH001364050-65 |
| 26 | Shafiq | Excerpts of PIXEL_HEALTH0001493868 |
| 27 | Shafiq | Excerpts of PIXEL_HEALTH0001493872 |

| Exhibit No. | Daubert Opposition | Document Description |
|---|---|---|
| 28 | Shafiq | Excerpts of PIXEL_HEALTH0001493873 |
| 29 | Shafiq | Excerpts of the trial testimony of Dr. Georgios Zervas in *Frasco v. Flo Health, Inc.*, No. 3:21-cv-00757 JD (N.D. Cal. Jul. 21, 2025). |

I declare under penalty of perjury that the foregoing is true and correct. Executed March 17, 2026 in New York, NY.

/s/ Eric Kafka
Eric Kafka