**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman, *Admitted Pro Hac Vice*
lgoldman@gibsondunn.com
Darcy C. Harris, *Admitted Pro Hac Vice*
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

[*Additional Attorneys on Signature Block*]

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (SBN 362776)
jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

[*Additional Attorneys on Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates To:

All Actions

Case No. 3:22-cv-03580-WHO (VKD)

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT META PLATFORMS, INC.'S DEADLINE TO OBJECT TO EVIDENCE SUBMITTED WITH PLAINTIFFS' REPLY IN SUPPORT OF CLASS CERTIFICATION**

Date Action Filed: June 17, 2022
Judge: Hon. William H. Orrick

Pursuant to Civil Local Rule 6-2, Defendant Meta Platforms, Inc. ("Meta") and Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X (collectively, "Plaintiffs"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 17, 2026, plaintiffs filed their Reply in Support of Motion for Class Certification (Dkt. 1318), an attorney declaration spanning 103 pages, five rebuttal or reply expert reports, and 146 exhibits (collectively, the "Reply");

WHEREAS, under Civil Local Rule 7-3(d)(1), Meta's current deadline to object to new evidence submitted in connection with plaintiffs' Reply is March 24, 2026;

WHEREAS, the parties have met and conferred and agree that, in light of the volume of materials submitted in connection with plaintiffs' Reply, good cause exists to extend Meta's deadline to object pursuant to Rule 7-3(d)(1) by three (3) weeks, making Meta's deadline April 14, 2026; and

WHEREAS, if the Court approves this stipulation, the case schedule will otherwise remain unchanged.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, subject to this Court's approval, that Meta's deadline to object to new evidence submitted in connection with plaintiffs' Reply is extended to April 14, 2026.

Dated: March 23, 2026

By: /s/ Lauren Goldman
Lauren Goldman

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
*lgoldman@gibsondunn.com*
Darcy C. Harris (*pro hac vice*)
*dharris@gibsondunn.com*
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
*emccloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
*abarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 393-8200
Fax: (415) 393-8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200

Gary S. Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: March 23, 2026 By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes, State Bar No. 362776
*jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.: 206-816-6603
Fax: 206-319-5450

**GIBBS LAW GROUP LLP**
Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 23, 2026 By: */s/ Lauren Goldman*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 25, 2026

Hon. William H. Orrick
United States District Court Judge