**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Gary S. Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
300 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
*lgoldman@gibsondunn.com*
Darcy C. Harris (*pro hac vice*)
*dharris@gibsondunn.com*
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

 [*Additional Counsel on Signature Page*]
 *Attorneys for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION, | Case No. 3:22-cv-03580-WHO (VKD) |
| | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO (I) OBJECT TO SUPPLEMENTAL REPORT OF TODD ZIGRANG AND (II) REPLY IN SUPPORT OF MOTION TO EXCLUDE TODD ZIGRANG** |
| This Document Relates To: | |
| All Actions | Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Defendant Meta Platforms, Inc. ("Meta") and Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X (collectively, "Plaintiffs"), by and through undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 17, 2026, plaintiffs filed their Reply in Support of Motion for Class Certification (Dkt. 1318), including among other supporting filings (collectively, the "Reply"), the Supplemental Report of Health Capital Consultants, signed by Todd A. Zigrang (the "Supplemental Zigrang Report");

**WHEREAS**, the Court so-ordered a stipulation among the parties extending Meta's deadline to object to new evidence submitted in connection with plaintiffs' Reply from March 24, 2026 until March 14, 2026 (Dkt. 1330);

**WHEREAS**, Meta's deadline to file a reply in support of its Motion to Exclude Class Certification Expert Todd Zigrang is April 21, 2026 (Dkt. 1305), which deadline was previously part of scheduling orders at Dockets 1111, 1210, and 1274;

**WHEREAS**, the parties have met and conferred and agree that, in light of ongoing discussions related to the Supplemental Zigrang Report, good cause exists to extend Meta's deadline to (i) object to the Supplemental Zigrang Report pursuant to Rule 7-3(d)(1) by two (2) weeks, making Meta's deadline April 28, 2026; and (ii) reply in support of its Motion to Exclude Class Certification Expert Todd Zigrang by two (2) weeks, making Meta's deadline May 5, 2026; and

**WHEREAS**, no other deadlines in this action will be affected if the Court approves this stipulation.

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, subject to this Court's approval, that:

1. Meta's deadline to object to the Supplemental Zigrang Report is extended to April 28, 206, and any objection, if one is filed, will be limited to one (1) page; and

2. Meta's deadline to reply in support of its Motion to Exclude Class Certification Expert Todd Zigrang is extended to May 5, 2026, at which time Meta will file the reply

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

STIP. AND [~~PROPOSED~~] ORDER EXTENDING
TODD ZIGRANG DATES
CASE NO. 3:22-CV-03580-WHO (VKD)

provisionally under seal, along with a 1-page interim sealing motion that states the reason for sealing will be presented in a forthcoming sealing application.

Dated: April 14, 2026

**LATHAM & WATKINS LLP**

By:*/s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
*andrew.clubok@lw.com*
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Gary S. Feinerman (*pro hac vice*)
*gary.feinerman@lw.com*
300 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
*lgoldman@gibsondunn.com*
Darcy C. Harris (*pro hac vice*)
*dharris@gibsondunn.com*
200 Park Avenue
New York, NY 10166
Telephone: +1.212.351.4000

Elizabeth K. McCloskey (Bar No. 268184)
*emccloskey@gibsondunn.com*
Abigail A. Barrera (Bar No. 301746)
*abarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:  +1415.393.8200

*Attorneys for Defendant Meta Platforms, Inc.*

STIP. AND [~~PROPOSED~~] ORDER EXTENDING
TODD ZIGRANG DATES
CASE NO. 3:22-CV-03580-WHO (VKD)

2

Dated: April, 2026

**SIMMONS HANLY CONROY LLC**

By: /s/ *Jason 'Jay' Barnes*
Jason 'Jay' Barnes (*pro hac vice*)
jaybarnes@simmonsfirm.com
Jennifer M Paulson, Admitted Pro Hac Vice
jpaulson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: (212) 784-6400
Fax: (212) 213-5949

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Aaron Graber, CSB #211547
Email: ggraber@cohenmilstein.com
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

Eric Kafka, Admitted Pro Hac Vice
Email: ekafka@cohenmilstein.com
88 Pine Street, 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797

Mark Vandenberg (pro hac vice pending)
mvandenberg@cohenmilstein.com
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, CSB #190047
Email: asteiner@terrellmarshall.com
Benjamin M. Drachler, Admitted Pro Hac Vice
Email: bdrachler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
8648 Wilshire Boulevard

Beverly Hills, CA 90211
Tel: (310) 854-4444
Fax: (310) 854-0812

**GIBBS MURA LLP**
Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs and Putative Class*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Deadline to (i) Object to Supplemental Report of Todd Zigrang and (ii) Reply in Support of Motion to Exclude Todd Zigrang. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.


Dated:  April 14, 2026

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 15, 2026

Hon. William H. Orrick
United States District Judge