Lauren R. Goldman, *Admitted Pro Hac Vice*
lgoldman@gibsondunn.com
Darcy C. Harris, *Admitted Pro Hac Vice*
dharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

[*Additional Attorneys on Signature Block*]

Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362776)
jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Co-Lead Counsel for Plaintiffs and the
Proposed Class*

[*Additional Attorneys on Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADJOURN CASE MANAGEMENT STATEMENT AND CONFERENCE**<br><br>Date: May 5, 2026<br>Time: 2:00 p.m.<br>Courtroom: Videoconference<br>Judge: Hon. William H. Orrick |

WHEREAS, pursuant to the joint stipulation ordered on March 30, 2026, Dkt. 1332: "[W]ith respect to the case management statement due April 28, 2026 and the case management conference scheduled for May 5, 2026, if the parties agree at that time that a statement and conference are not necessary, and the Court approves" the parties may "adjourn that conference by stipulation"; and

WHEREAS, the parties agree that a case management statement and conference would not be an efficient use of the Court's time at this point because the parties have no substantive updates to provide the Court.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, subject to this Court's approval, that (1) the case management statement due April 28, 2026 and the case management conference currently set for May 5, 2026 be adjourned; and (2) with respect to the case management statement due May 26, 2026 and the case management conference scheduled for June 2, 2026, if the parties agree at that time that a statement and conference are not necessary, and the Court approves, the parties may adjourn that conference by stipulation.

Dated:  April 28, 2026          By:     /s/ Lauren Goldman
                                        Lauren Goldman

                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        Lauren R. Goldman (*pro hac vice*)
                                          lgoldman@gibsondunn.com
                                        Darcy C. Harris (*pro hac vice*)
                                          dharris@gibsondunn.com
                                        200 Park Avenue
                                        New York, NY 10166
                                        Tel:    (212) 351-4000
                                        Fax:    (212) 351-4035

                                        Elizabeth K. McCloskey (SBN 268184)
                                          emccloskey@gibsondunn.com
                                        Abigail A. Barrera (SBN 301746)
                                          abarrera@gibsondunn.com
                                        One Embarcadero Center, Suite 2600
                                        San Francisco, CA 94111
                                        Tel:    (415) 393-8200
                                        Fax:    (415) 393-8306

-2-

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
  *kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel:    (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel:    (202) 637-2200

Gary S. Feinerman (*pro hac vice*)
  *gary.feinerman@lw.com*
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel:    (312) 876-7700

*Attorneys for Defendant Meta Platforms, Inc.*

Dated:  April 28, 2026          By:    /s/ Jason 'Jay' Barnes
                                       Jason 'Jay' Barnes

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    (212) 784-6400
Fax:    (212) 213-5949

                                By:    /s/ Geoffrey Graber
                                       Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    (202) 408-4600
Fax:    (202) 408-4699

-3-

Mark Vandenberg, (*pro hac vice pending*)
  *mvandenberg@cohenmilstein.com*
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797

By:    */s/ Beth E. Terrell*
       Beth E. Terrell

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
  *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    (206) 816-6603
Fax:    (206) 319-5450

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    (310) 854-4444
Fax:    (310) 854-0812

**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

*Attorneys for Plaintiffs and Putative Class*

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated:  April 28, 2026                    By:      /s/ Lauren Goldman

JOINT STIPULATION AND [PROPOSED] ORDER TO ADJOURN MAY
CASE MANAGEMENT STATEMENT AND CONFERENCE
CASE NO. 3:22-CV-03580-WHO (VKD)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:_____          _____

Hon. William H. Orrick
United States District Court Judge