Lauren R. Goldman, *Admitted Pro Hac Vice*
lgoldman@gibsondunn.com
Darcy C. Harris, *Admitted Pro Hac Vice*
dharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

[*Additional Attorneys on Signature Block*]

Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362776)
jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

[*Additional Attorneys on Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>———————————————————<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 6-2, Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X (collectively, "plaintiffs") and Defendant Meta Platforms, Inc. ("Meta"), by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 14, 2025, this Court so-ordered the following stipulated case deadlines (the "Scheduling Order") (Dkt. 1111);

| Event | Deadline |
|---|---|
| First Settlement Conference | August 20, 2025 |
| Motion for Class Certification (and Plaintiffs' class cert expert reports) | September 9, 2025 |
| Opposition to Class Certification (and Meta's class cert expert reports) | November 18, 2025 |
| Reply in Support of Motion for Class Certification (and Plaintiffs' class cert reply expert reports) | January 20, 2026 |
| Hearing on Motion for Class Certification | February 25, 2026 |
| Parties meet-and-confer regarding (1) further production of data from data sets that the parties agreed to sample before class certification and deadline for such productions, and (2) modifications to merits expert report deadlines as necessary to accommodate such productions. | 30 Days After a Court Order Certifying a Class (If a Class Is Certified) |
| Meta will produce from the tables that the parties previously agreed to sample additional data necessary to identify the class members, to the extent that information is in Meta's possession and is reasonably accessible. | 90 Days After a Court Order Certifying a Class (If a Class Is Certified) |
| Opening Expert Reports (merits and non-class) | April 14, 2026 |
| Rebuttal Expert Reports (merits and non-class) | May 26, 2026 |
| Reply Expert Reports (merits and non-class) | July 7, 2026 |
| Expert Discovery Deadline | August 18, 2026 |
| Dispositive and Daubert Motions Shall be Filed | September 1, 2026 |
| Oppositions to Dispositive and Daubert Motions Shall be Filed | September 29, 2026 |
| Reply to Dispositive and Daubert Motions Shall be Filed | October 27, 2026 |
| Pre-Trial Conference | November 16, 2026 at 2:00 p.m. |

| Event | Deadline |
|---|---|
| Trial | February 1, 2027 at 8:30 a.m. by Jury |

WHEREAS, on January 21, 2026, pursuant to the parties' stipulation and proposed order, the Court modified and so-ordered the following deadlines previously set in the Scheduling Order (Dkt. 1274);

| Event | Modified Deadline |
|---|---|
| First Settlement Conference | May 26, 2026 |
| Motion for Class Certification (and Plaintiffs' class cert expert reports) | September 9, 2025 |
| Opposition to Class Certification (and Meta's class cert expert reports) | December 9, 2025 |
| Reply in Support of Motion for Class Certification (and Plaintiffs' class cert reply expert reports) | March 17, 2026 |
| Hearing on Motion for Class Certification | June 10, 2026 |

WHEREAS, the parties held their first settlement conference on April 28, 2026;

WHEREAS, the parties have met and conferred and respectfully submit that, in light of (1) the revised deadlines related to the briefing and hearing on the Motion for Class Certification set by the Court at Dkt. 1274; (2) the fact that the Court's decision on the Motion for Class Certification will substantially inform and affect all subsequent phases of the case and the parties are unable to move forward meaningfully until that Motion has been decided; and (3) the need for the parties' respective experts to review and prepare opinions following the Court's decision on the Motion for Class Certification if any classes are certified, good cause exists to further adjust the deadlines regarding the post-class certification-motion phases of the case in the Scheduling Order.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, subject to this Court's approval, that all current case deadlines regarding post-class-certification-motion phases of the case are adjourned, and the parties shall (1) meet and confer within 2 weeks of the Court's decision on plaintiffs' Motion for Class Certification regarding the remaining case schedule; and (2) submit either a joint scheduling proposal or competing scheduling proposals for

-3-

the Court's consideration within 30 days of the Court's decision on plaintiffs' Motion for Class Certification.

Dated:  May 12, 2026                    By:     */s/ Darcy C. Harris*
                                                Darcy C. Harris

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
  *lgoldman@gibsondunn.com*
Darcy C. Harris (*pro hac vice*)
  *dharris@gibsondunn.com*
200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
  *emccloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
  *abarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:    (415) 393-8200
Fax:    (415) 393-8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
  *kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel:    (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel:    (202) 637-2200

Gary S. Feinerman (*pro hac vice*)
  *gary.feinerman@lw.com*
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel:    (312) 876-7700

*Attorneys for Defendant Meta Platforms, Inc.*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE SCHEDULE
CASE NO. 3:22-CV-03580-WHO (VKD)

Dated:  May 12, 2026                 By:     /s/ Jason 'Jay' Barnes
                                             Jason 'Jay' Barnes

                                             **SIMMONS HANLY CONROY LLC**
                                             Jason 'Jay' Barnes (admitted *pro hac vice*)
                                               *jaybarnes@simmonsfirm.com*
                                             112 Madison Avenue, 7th Floor
                                             New York, NY 10016
                                             Tel:     (212) 784-6400
                                             Fax:    (212) 213-5949

                                     By:     /s/ Geoffrey Graber
                                             Geoffrey Graber

                                             **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                             Geoffrey Graber, State Bar No. 211547
                                               *ggraber@cohenmilstein.com*
                                             1100 New York Avenue NW, Fifth Floor
                                             Washington, DC 20005
                                             Tel:     (202) 408-4600
                                             Fax:    (202) 408-4699

                                             Mark Vandenberg, (*pro hac vice pending*)
                                               *mvandenberg@cohenmilstein.com*
                                             88 Pine Street, 14th Floor
                                             New York, NY 10005
                                             Tel: (212) 838-7797

                                     By:     /s/ Beth E. Terrell
                                             Beth E. Terrell

                                             **TERRELL MARSHALL LAW GROUP PLLC**
                                             Beth E. Terrell, State Bar No. 178181
                                               *bterrell@terrellmarshall.com*
                                             936 North 34th Street, Suite 300
                                             Seattle, WA 98103
                                             Tel.:    (206) 816-6603
                                             Fax:    (206) 319-5450

                                             **KIESEL LAW LLP**
                                             Jeffrey A. Koncius, State Bar No. 189803
                                               *koncius@kiesel.law*
                                             8648 Wilshire Boulevard
                                             Beverly Hills, CA 90211
                                             Tel:     (310) 854-4444
                                             Fax:    (310) 854-0812

                                             **GIBBS MURA LLP**

-6-

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

*Attorneys for Plaintiffs and Putative Class*

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE
CASE NO. 3:22-CV-03580-WHO (VKD)

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Darcy C. Harris, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated:  May 12, 2026                                By:       */s/ Darcy C. Harris*

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE
CASE NO. 3:22-CV-03580-WHO (VKD)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 12, 2026

_____

Hon. William H. Orrick
United States District Court Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE SCHEDULE
CASE NO. 3:22-CV-03580-WHO (VKD)