Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiffs and Proposed Classes*

[*Additional counsel listed on signature page*]

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
1700 Westlake Avenue, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable William H. Orrick |

Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF No. 242) Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s ("Meta") materials should be sealed, in connection with the following filings and their accompanying documents:

- Plaintiffs' Reply in Support of Motion to Exclude the Report of Dr. Georgios Zervas and the First Opinion of Steven Tadelis

Pursuant to the Court's March 9, 2026 Stipulation and Order Extending Class Certification and Sealing Deadlines, this filing constitutes Plaintiffs' "1-page interim administrative motion to consider whether another party's materials should be sealed." ECF No. 1305 at 2–3. As ordered by the Court, the parties will file consolidated sealing applications by June 11, 2026, and any responses to those applications (including Plaintiffs' response to the sealing papers Meta filed on April 22, 2026, ECF Nos. 1341–44) by June 25, 2026. ECF No. 1347 at 2.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 26th day of May, 2026.

SIMMONS HANLY CONROY LLC

By: */s/ Jason 'Jay' Barnes*
    Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
    Email: jaybarnes@simmonsfirm.com
    An V. Truong, *Admitted Pro Hac Vice*
    Email: atruong@simmonsfirm.com
    Eric Steven Johnson, *Admitted Pro Hac Vice*
    Email: ejohnson@simmonsfirm.com
    Jennifer M Paulson, *Admitted Pro Hac Vice*
    Email: jpaulson@simmonsfirm.com

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 2
Case No. 3:22-cv-3580-WHO (VKD)

112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Geoffrey A. Graber*
    Geoffrey Aaron Graber, CSB #211547
    Email: ggraber@cohenmilstein.com
    Eric Alfred Kafka, *Admitted Pro Hac Vice*
    Email: ekafka@cohenmilstein.com
    1100 New York Avenue NW
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600

    Mark Vandenberg, *Admitted Pro Hac Vice*
    Email: mvandenberg@cohenmilstein.com
    88 Pine Street, 14th Floor
    New York, NY 10005
    Telephone: (212) 838-7797

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Amanda M. Steiner, CSB #190047
    Email: asteiner@terrellmarshall.com
    Benjamin M. Drachler, *Admitted Pro Hac Vice*
    Email: bdrachler@terrellmarshall.com
    Elizabeth Schatz Cordero, *Admitted Pro Hac Vice*
    Email: eschatzcordero@terrellmarshall.com
    1700 Westlake Avenue, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603

    Jeffrey A. Koncius, CSB #189803
    Email: koncius@kiesel.law
    Nicole Ramirez, CSB #279017
    Email: ramirez@kiesel.law
    Kaitlyn E. Fry, CSB #350768
    Email: fry@kiesel.law
    KIESEL LAW LLP
    8648 Wilshire Boulevard
    Beverly Hills, California 90211-2910
    Telephone: (310) 854-4444

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 3
Case No. 3:22-cv-3580-WHO (VKD)

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs and Proposed Classes*

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 4
Case No. 3:22-cv-3580-WHO (VKD)