Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW
  GROUP PLLC
1700 Westlake Avenue, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs and Proposed Classes*

[*Additional counsel listed on signature page*]

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE
LITIGATION

This Document Relates to:

All Actions.

Case No. 3:22-cv-3580-WHO (VKD)

**NOTICE OF ERRATA ATTACHING
CORRECTED EXHIBITS TO THE
REPLY DECLARATION OF JASON
"JAY" BARNES IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION**

**NOTICE OF ERRATA ATTACHING CORRECTED EXHIBITS** TO THE REPLY
DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION
Case No. 3:22-cv-3580-WHO (VKD)

PLEASE TAKE NOTICE that Plaintiffs are filing corrected versions of Exhibits 87, 113, 130, 132, 133, 134, 135, 136, and 137 to the Reply Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion for Class Certification (ECF 1312-4). The parties have agreed that these replacements are appropriate to address legibility, completeness, and other issues.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 26th day of May, 2026.

SIMMONS HANLY CONROY LLC

By: */s/ Jason 'Jay' Barnes*
    Jason 'Jay' Barnes, *Admitted Pro Hac Vice*
    Email: jaybarnes@simmonsfirm.com
    An V. Truong, *Admitted Pro Hac Vice*
    Email: atruong@simmonsfirm.com
    Eric Steven Johnson, *Admitted Pro Hac Vice*
    Email: ejohnson@simmonsfirm.com
    Jennifer M Paulson, *Admitted Pro Hac Vice*
    Email: jpaulson@simmonsfirm.com
    112 Madison Avenue, 7th Floor
    New York, New York 10016
    Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Geoffrey A. Graber*
    Geoffrey Aaron Graber, CSB #211547
    Email: ggraber@cohenmilstein.com
    Eric Alfred Kafka, *Admitted Pro Hac Vice*
    Email: ekafka@cohenmilstein.com
    1100 New York Avenue NW
    Suite 500, West Tower
    Washington, DC 20005
    Telephone: (202) 408-4600

    Mark Vandenberg, *Admitted Pro Hac Vice*
    Email: mvandenberg@cohenmilstein.com
    88 Pine Street, 14th Floor
    New York, NY 10005

NOTICE OF ERRATA ATTACHING CORRECTED EXHIBITS TO THE REPLY DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 1
Case No. 3:22-cv-3580-WHO (VKD)

Telephone: (212) 838-7797

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Amanda M. Steiner, CSB #190047
    Email: asteiner@terrellmarshall.com
    Benjamin M. Drachler, *Admitted Pro Hac Vice*
    Email: bdrachler@terrellmarshall.com
    Elizabeth Schatz Cordero, *Admitted Pro Hac Vice*
    Email: eschatzcordero@terrellmarshall.com
    1700 Westlake Avenue, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603

    Jeffrey A. Koncius, CSB #189803
    Email: koncius@kiesel.law
    Nicole Ramirez, CSB #279017
    Email: ramirez@kiesel.law
    Kaitlyn E. Fry, CSB #350768
    Email: fry@kiesel.law
    KIESEL LAW LLP
    8648 Wilshire Boulevard
    Beverly Hills, California 90211-2910
    Telephone: (310) 854-4444

    Andre M. Mura, CSB #298541
    Email: amm@classlawgroup.com
    Hanne Jensen, CSB #336045
    Email: hj@classlawgroup.com
    Delaney Brooks, CSB #348125
    Email: db@classlawgroup.com
    GIBBS MURA LLP
    1111 Broadway, Suite 2100
    Oakland, California 94607
    Telephone: (510) 350-9700

    *Attorneys for Plaintiffs and Proposed Classes*

NOTICE OF ERRATA ATTACHING CORRECTED EXHIBITS TO THE REPLY
DECLARATION OF JASON "JAY" BARNES IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION - 2
Case No. 3:22-cv-3580-WHO (VKD)