Lauren R. Goldman, *Admitted Pro Hac Vice*
lgoldman@gibsondunn.com
Darcy C. Harris, *Admitted Pro Hac Vice*
dharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

[*Additional Attorneys on Signature Block*]

Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362776)
*jaybarnes@simmonsfirm.com*
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400

*Co-Lead Counsel for Plaintiffs and the
Proposed Class*

[*Additional Attorneys on Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>All Actions | Case No. 3:22-cv-03580-WHO (VKD)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: June 12, 2026<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 2 – 17th Floor<br>Judge: Hon. William H. Orrick |

Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference scheduled in the above-captioned case for June 12, 2026 at 10:00 A.M. in Courtroom 2 before the Honorable William H. Orrick, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102.

The parties submitted a Joint Rule 26(f) report on September 28, 2022, and case management statements on six dates in 2023 and 2024, thirteen in 2025, and two in 2026.  Dkts. 66, 167, 191, 234, 283, 317, 377, 409, 489, 572, 667, 707, 769, 853, 862, 911, 984, 1033, 1097, 1120, 1139, 1178, 1199, 1239, 1265, 1283, 1300.

## I.    JOINT STATEMENT ON PROGRESS

As requested by the Court during the August 5, 2025 Case Management Conference, the parties are beginning this Case Management Statement with "a paragraph describing their perspectives on the progress achieved since the last CMC."  Dkt. 1125.

The parties are working to conclude the remaining discovery tasks.  On May 12, 2026, the Court granted the joint stipulation submitted by the parties to modify the case schedule.  Dkt. 1355. The parties have completed briefing on plaintiffs' motion for class certification, as well as briefing on the Rule 702 motions filed by both parties, and the hearing on these motions is set for June 12, 2026.

## II.    UPDATE ON DISCOVERY STATUS

*Plaintiffs' Statement*

As stated on page four in Plaintiffs' Reply in Support of Class Certification, Plaintiffs are submitting a winnowed list of healthcare provider domains relevant to the Patient Status Button Click, Health Information, and Patient Device Intrusion classes. Plaintiffs are also anticipating a further production of domain classifications from Meta next week (see below). Upon review of that production and the amended answer to Interrogatory No. 3 mentioned by Meta below, Plaintiffs have discussed a process with Meta for additional discovery from tables where Meta maintains revenue data and data that identifies the specific dates when each healthcare provider pixel was active, among other data. For

-2-

an example, see Shafiq Reb. Report ¶ 65; Dkt. 1312-04, Barnes Decl. ¶ 260. Meta states below that it reserves rights to object to the use of the list or unstated "procedural deficiencies." In response, Plaintiffs note that Meta still has not completed an answer to Interrogatory No. 3 or related productions. See Dkt. 1312-04, Barnes Declaration ¶¶ 1-208 for a history of Plaintiffs' efforts. Meta's most recent production comes nearly five months after Plaintiffs informed Meta of problems with the prior production. Thankfully, the end is in sight and the parties are working together on a process. Finally, the status of the depositions of Mark Zuckerberg and Dinkar Jain has not changed since the last CMC.

***Meta's Statement***

Since the last CMC, Meta completed its production in response to plaintiffs' post-close-of-fact-discovery requests for production concerning "Custom Conversion Health Restrictions."  Meta also supplemented its prior productions of quarterly sales vertical classifications, and will be providing a supplemental response to plaintiffs' Interrogatory No. 3.

Meta has worked to address questions plaintiffs raised in connection with the additional recreated data that Meta produced on January 30, 2026.  Meta identified an inadvertent error in its prior process to recreate this data and has now corrected that error, and on June 5, 2026, Meta reproduced this data to plaintiffs.

On June 5, 2026, plaintiffs provided a more narrow list of entities they assert are relevant to this litigation.  Meta has agreed to produce additional discovery related to the identified entities and anticipates that the parties will have further discussions regarding this additional discovery.  Meta is separately reviewing this revised list and reserves all rights, including but not limited to the right to object to the substance of the list, the process by which it was created, plaintiffs' use or reliance on this list in connection with their motion for class certification, and related procedural deficiencies.

## III.     PENDING MOTIONS

*Motion for Class Certification*: On September 9, 2025, plaintiffs filed their motion for class certification. Dkts. 1152, 1153.  On December 9, 2025, Meta filed its opposition to plaintiffs' motion for class certification. Dkts. 1251, 1252.  On March 17, 2026, plaintiffs filed their reply.  Dkt. 1318. On April 14, 2026, Meta filed its objections to improper materials filed in connection with plaintiffs' reply brief. Dkt. 1334.  On May 26, 2026, plaintiffs filed notices of errata concerning corrected exhibits

-3-

filed in support of plaintiffs' motion for class certification. Dkts. 1364, 1366. On May 27, 2026, Meta filed a notice of errata concerning a declaration filed in support of Meta's opposition to plaintiffs' motion for class certification. Dkt. 1367.

*Rule 702 Motions*: On December 19, 2025, Meta filed Rule 702 motions to exclude certain purported expert analysis offered by plaintiffs in support of class certification. Dkts. 1257, 1258, 1259, 1260, 1261, 1262. On March 17, 2026, plaintiffs filed their opposition to these motions. Dkt. 1322, 1323, 1324, 1325, 1326, 1327. On April 21, 2026, Meta filed replies in support of its Rule 702 motions. Dkts. 1336, 1337, 1338, 1339.

On March 17, 2026, plaintiffs filed Rule 702 motions to exclude certain purported expert analysis offered by Meta in opposition to class certification. Dkt. 1310, 1311. On May 5, 2026, Meta filed its oppositions to these motions. Dkts. 1350, 1351. On May 26, 2026, plaintiffs filed replies in support of their Rule 702 motions. Dkts. 1361, 1363. On May 29, 2026, Meta filed a notice of errata concerning Meta's opposition to plaintiffs' motion to strike or exclude an expert declaration. Dkt. 1369.

*Motions to Seal*: On January 9, 2026, Meta filed a renewed motion to seal documents associated with Plaintiffs' motion for class certification. Dkt. 1270. Per the Court's instruction, Meta's motion included a chart detailing where the parties agreed or disagreed about Meta's sealing requests. For efficiency, the parties agreed that Meta would file un-redacted versions of the documents upon the Court's ruling.

On January 23, 2026, Meta filed sealing papers in support of sealing portions of Meta's opposition to plaintiffs' motion for class certification, consistent with the Court's order at Dkt. 1249. Dkt. 1279. Plaintiffs filed their opposition to Meta's sealing papers on January 30, 2026. Dkt. 1289.

On January 30, 2026, Meta filed its sealing papers in support of sealing portions of Meta's motions to exclude plaintiffs' class certification Experts I. Glenn Cohen, Dr. Zubair Shafiq, Dr. Hal J. Singer, Todd A. Zigrang, Dr. Kate Barasz, and Dr. Kathleen Vohs and their supporting exhibits. Dkt. 1287. Plaintiffs filed their opposition to Meta's sealing papers on February 6, 2026. Dkt. 1295.

On April 22, 2026, Meta filed its sealing papers in support of sealing portions of plaintiffs' reply in support of their motion for class certification, plaintiffs' oppositions to Meta's motions to

exclude plaintiffs' class certification experts, and plaintiffs' motions to exclude Meta's class certification experts Christopher Weil, Dr. Georgios Zervas, and Dr. Steven Tadelis and their supporting exhibits.  Dkt. 1344.

The parties' final sealing papers concerning the motions to exclude Dr. Zervas and Dr. Tadelis are due on June 11, 2026.

On June 2, 2026, Meta filed its sealing papers in support of sealing portions of the corrected exhibits to the reply declaration of Jason "Jay" Barnes in support of plaintiffs' motion for class certification.  Dkt. 1373.

Dated:  June 5, 2026                    By:    */s/ Lauren R. Goldman*
                                               Lauren R. Goldman

                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        Lauren R. Goldman (*pro hac vice*)
                                          *lgoldman@gibsondunn.com*
                                        Darcy C. Harris (*pro hac vice*)
                                          *dharris@gibsondunn.com*
                                        200 Park Avenue
                                        New York, NY 10166
                                        Tel:    (212) 351-4000

                                        Elizabeth K. McCloskey (SBN 268184)
                                          *emccloskey@gibsondunn.com*
                                        Abigail A. Barrera (SBN 301746)
                                          *abarrera@gibsondunn.com*
                                        One Embarcadero Center, Suite 2600
                                        San Francisco, CA 94111
                                        Tel:    (415) 393-8200

                                        **LATHAM & WATKINS LLP**
                                        Melanie M. Blunschi (Bar No. 234264)
                                          *melanie.blunschi@lw.com*
                                        Kristin Sheffield-Whitehead (Bar No. 304635)
                                          *kristin.whitehead@lw.com*
                                        505 Montgomery St., Suite 2000
                                        San Francisco, CA 94111
                                        Tel:    (415) 391-0600

                                        Andrew B. Clubok (*pro hac vice*)
                                          *andrew.clubok@lw.com*
                                        555 Eleventh Street, NW, Suite 1000
                                        Washington, D.C. 20004-1304
                                        Tel:    (202) 637-2200

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)

Gary S. Feinerman (*pro hac vice*)
  *gary.feinerman@lw.com*
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel:   (312) 876-7700

*Attorneys for Defendant Meta Platforms, Inc.*

Dated: June 5, 2026        By:   */s/ Jason 'Jay' Barnes*
                                 Jason 'Jay' Barnes

                                 **SIMMONS HANLY CONROY LLC**
                                 Jason 'Jay' Barnes, State Bar No. 362776
                                   *jaybarnes@simmonsfirm.com*
                                 112 Madison Avenue, 7th Floor
                                 New York, NY 10016
                                 Tel: (212) 784-6400

                           By:   */s/ Geoffrey Graber*
                                 Geoffrey Graber

                                 **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                 Geoffrey Graber, State Bar No. 211547
                                   *ggraber@cohenmilstein.com*
                                 1100 New York Avenue NW, Fifth Floor
                                 Washington, DC 20005
                                 Tel:   (202) 408-4600

                           By:   */s/ Beth E. Terrell*
                                 Beth E. Terrell

                                 **TERRELL MARSHALL LAW GROUP PLLC**
                                 Beth E. Terrell, State Bar No. 178181
                                   *bterrell@terrellmarshall.com*
                                 936 North 34th Street, Suite 300
                                 Seattle, WA 98103
                                 Tel.:   (206) 816-6603

                                 **KIESEL LAW LLP**
                                 Jeffrey A. Koncius, State Bar No. 189803
                                   *koncius@kiesel.law*
                                 8648 Wilshire Boulevard
                                 Beverly Hills, CA 90211
                                 Tel:   (310) 854-4444

-6-

**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:   (510) 350-9700

*Attorneys for Plaintiffs and Putative Class*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Beth E. Terrell, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 5, 2026          By:      */s/ Beth E. Terrell*
                                              Beth E. Terrell