Jason 'Jay' Barnes, State Bar No. 362776
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    310-854-4444
Fax:    310-854-0812

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP
PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    206-816-6603
Fax:    206-319-5450

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL
PLLC**
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700
Fax:    510-350-9701

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE META PIXEL HEALTHCARE LITIGATION** | Case No. 3:22-cv-03580-WHO (VKD) |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION TO META'S OBJECTION TO REPLY EVIDENCE** |
| This Document Relates To | Hon. William H. Orrick |
| All Actions | |

Pursuant to Local Rule 7-11, Plaintiffs Jane Doe I, John Doe II, John Doe III, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X, hereby move for administrative relief in the form of permission to file an opposition to Meta's Objection to Reply Evidence.

On April 14, 2026, Meta filed their Objection to Reply Evidence. *See* Dkt No. 1334. Meta's objection raises substantive arguments regarding the admissibility and proper consideration of evidence submitted with Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification. Plaintiffs believe a brief response would assist the Court in resolving those objections. Accordingly, Plaintiffs respectfully request leave to file an opposition to Meta's Objection to Reply Evidence, attached as Exhibit A.

DATED: June 8, 2026                                    Respectfully submitted,


By: */s/ Geoffrey Graber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
  *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    202-408-4600
Fax:    202-408-4699

By: */s/ Jason 'Jay' Barnes*

Jason 'Jay' Barnes, State Bar No. 362776
jaybarnes@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel:    212-784-6400
Fax:    212-213-5949


**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
  *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    510-350-9700

1

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION TO META'S OBJECTION TO
REPLY EVIDENCE
Case No. 3:22-cv-03580-WHO (VKD)

Fax:     510-350-9701

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
   *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:     310-854-4444
Fax:     310-854-0812

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
   *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:     206-816-6603
Fax:     206-319-5450

*Attorneys for Plaintiffs and the Proposed Class*

2

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION TO META'S OBJECTION TO
REPLY EVIDENCE
Case No. 3:22-cv-03580-WHO (VKD)

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

*/s/ Eric Kafka*
Eric Kafka