# EXHIBIT A

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**