UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE META HEALCARE LITIGATION | Case No. 22-cv-03580-WHO |
| This Document Relates To: All Actions | **PLAN FOR HEARING** |

At the hearing tomorrow, each side may have one hour to present their arguments. Plaintiffs will open, Meta will respond, and plaintiffs will reply.

I GRANT Plaintiffs' leave to file its response to Meta's evidentiary objections. Dkt. No. 1378-3.

I will not provide a tentative. I hope the parties will cover these questions during the course of their argument:

1. How do plaintiffs intend to prove what data Meta acquired or obtained? I will need a trial plan at some point if I certify the classes: do I need to consider one before ruling on certification?

2. Concerning spoliation, plaintiffs argue in part that key data from two tables would show the full identity of providers sending data by default to Meta, but Meta says that data for only a period of months was spoliated. If that is true, how material is spoliation to the certification issues?

3. Plaintiffs allege that Meta collected data and matched it to the Facebook user's ID. Does that establish the crime-tort exception, and if so, what's the impact?

4. Some of plaintiffs' experts use a market-based approach for their analyses when there is no

established market.  How is that the product of reliable principles and methods?

Dated: June 11, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California

2