Jason 'Jay' Barnes, CSB #362776
Email: jaybarnes@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

Geoffrey Graber, CSB #211547
Email: ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs and Proposed Classes*

[*Additional counsel listed on signature page*]

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION<br><br>This Document Relates to:<br><br>All Actions. | Case No. 3:22-cv-3580-WHO (VKD)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable William H. Orrick |

Plaintiffs certify that they have reviewed and complied with the Court's Standing Order on Administrative Motions to File Under Seal and Civil Local Rule 79-c. Pursuant to Civil Local Rule 79-5(c), and the Stipulated Protective Order entered by the Court on May 16, 2023 (ECF

No. 242), Plaintiffs move for consideration of whether Defendant Meta Platforms, Inc.'s materials should be sealed, in connection with the following filing and its accompanying documents:

- Plaintiffs' Omnibus Opposition to Meta's Motions to Seal Filed at Dkt. Nos. 1341-1344, 1352-1354, and 1373-1374; and
- Appendix to Plaintiffs' Omnibus Opposition to Meta's Motions to Seal Filed at Dkt. Nos. 1341-1344, 1352-1354, and 1373-1374.

To properly and completely respond to many of Meta's proffered reasons for sealing, Plaintiffs found it necessary to discuss material that Meta has designated confidential. Plaintiffs therefore file this "1-page interim administrative motion to consider whether another party's materials should be sealed" consistent with the Court's March 9, 2026 Stipulation and Order Extending Class Certification and Sealing Deadlines, ECF No. 1305 at 2–3, and the Court's April 27, 2026 Order Consolidating Sealing Motions, ECF No. 1347 at 2.

**SIGNATURE ATTESTATION**

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED this 24th day of June, 2026.

SIMMONS HANLY CONROY LLC

By: */s/ Jason 'Jay' Barnes*

Jason 'Jay' Barnes, CSB #362776
Email: jaybarnes@simmonsfirm.com
An V. Truong, *Admitted Pro Hac Vice*
Email: atruong@simmonsfirm.com
Eric Steven Johnson, *Admitted Pro Hac Vice*
Email: ejohnson@simmonsfirm.com
Jennifer M Paulson, *Admitted Pro Hac Vice*
Email: jpaulson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Geoffrey A. Graber*
Geoffrey Aaron Graber, CSB #211547
Email: ggraber@cohenmilstein.com
Eric Alfred Kafka, *Admitted Pro Hac Vice*
Email: ekafka@cohenmilstein.com
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

Mark Vandenberg, *Admitted Pro Hac Vice*
Email: mvandenberg@cohenmilstein.com
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, CSB #190047
Email: asteiner@terrellmarshall.com
Benjamin M. Drachler, *Admitted Pro Hac Vice*
Email: bdrachler@terrellmarshall.com
Elizabeth Schatz Cordero, *Admitted Pro Hac Vice*
Email: eschatzcordero@terrellmarshall.com
1700 Westlake Avenue, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
Nicole Ramirez, CSB #279017
Email: ramirez@kiesel.law
Kaitlyn E. Fry, CSB #350768
Email: fry@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
Delaney Brooks, CSB #348125
Email: db@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs and Proposed Classes*