Lauren R. Goldman, *Admitted Pro Hac Vice*
lgoldman@gibsondunn.com
Darcy C. Harris, *Admitted Pro Hac Vice*
dharris@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000

Elizabeth K. McCloskey (SBN 268184)
emccloskey@gibsondunn.com
Abigail A. Barrera (SBN 301746)
abarrera@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

*Attorneys for Defendant Meta Platforms, Inc.*

[*Additional Attorneys on Signature Block*]

Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Jason 'Jay' Barnes (SBN 362776)
*jaybarnes@simmonsfirm.com*
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

[*Additional Attorneys on Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE META PIXEL HEALTHCARE LITIGATION | Case No. 3:22-cv-03580-WHO (VKD) |
| | **JOINT CASE MANAGEMENT STATEMENT** |
| This Document Relates To: | Date: July 7, 2026 |
| All Actions | Time: 2:00 p.m. |
| | Courtroom: Videoconference |
| | Judge: Hon. William H. Orrick |

Plaintiffs John Doe II, John Doe III, Jane Doe I, Jane Doe IV, Jane Doe V, Jane Doe IX, and Jane Doe X ("Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-10 in advance of the Case Management Conference scheduled in the above-captioned case for July 7, 2026 at 2:00 P.M. via videoconference before the Honorable William H. Orrick, in Courtroom 2, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 94102.

The parties submitted a Joint Rule 26(f) report on September 28, 2022, and case management statements on six dates in 2023 and 2024, thirteen in 2025, and two in 2026.  Dkts. 66, 167, 191, 234, 283, 317, 377, 409, 489, 572, 667, 707, 769, 853, 862, 911, 984, 1033, 1097, 1120, 1139, 1178, 1199, 1239, 1265, 1283, 1300, 1375.

## I.    JOINT STATEMENT

As requested by the Court during the August 5, 2025 Case Management Conference, the parties are beginning this Case Management Statement with "a paragraph describing their perspectives on the progress achieved since the last CMC."  Dkt. 1125.  The parties are continuing to work through the few remaining discovery issues as described in the parties' June 5, 2026 Joint Case Management Statement.

*Case Schedule:*  On May 12, 2026, the parties filed a joint stipulation to modify the case schedule to adjourn all deadlines regarding the post-class-certification-motion phases of the case until the Court's decision on class certification is issued.  Dkt. 1354.  The parties noted in the stipulation that adjourning these deadlines was warranted because "the Court's decision on the Motion for Class Certification will substantially inform and affect all subsequent phases of the case" (*id.*), and the Court granted the stipulation on May 12, 2026.  Dkt. 1355.  On June 8, 2026, the trial date and pre-trial conference were restored by docket entry that stated the deadlines had been "errantly removed from schedule."  Counsel for Meta raised this docket entry during the Case Management Conference on June 12, 2026, and the Court requested that this issue be discussed during the July 7 Case Management Conference.  *See* June 12, 2026 Hearing Tr. 90:7-91:4.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-CV-03580-WHO (VKD)

*Remaining CMCs*

**Meta's Statement:** There are monthly Case Management Conferences scheduled through December 2026.  *See* Dkt. 1222.  The parties are working through the few remaining discovery items as described in the June 5, 2026 Joint Case Management Statement, and Meta does not believe that there will be any further discovery items for which a monthly Case Management Conference will be necessary.  Accordingly, Meta proposes to adjourn the Case Management Conferences currently scheduled for August 4, 2026, September 1, 2026, October 6, 2026, November 3, 2026, and December 1, 2026.  To the extent any issues arise, the parties can request and/or the Court can set future Case Management Conferences as needed, and the parties' so-ordered stipulation provides that the parties will meet and confer and submit either a joint scheduling proposal or competing scheduling proposals for the Court's consideration within 30 days of the Court's decision on plaintiffs' motion for class certification (Dkt. 1355).

**Plaintiffs' Statement:** Plaintiffs believe that regularly scheduled case management statements and conferences are valuable tools for the Court and the parties to ensure continued progress on issues that arise in litigation. Plaintiffs propose to keep the schedule for joint statements as is, with the parties preserving the ability to adjourn a scheduled conference, as the parties and Court deem appropriate.

## II.   UPDATE ON DISCOVERY STATUS

The parties are continuing to work through the few remaining discovery issues as described in the parties' June 5, 2026 Joint Case Management Statement.  *See* Dkt. 1375.

## III.   PENDING MOTIONS

*Motion for Class Certification*: On September 9, 2025, plaintiffs filed their motion for class certification.  Dkts. 1152, 1153.  On December 9, 2025, Meta filed its opposition to plaintiffs' motion for class certification.  Dkts. 1251, 1252.  On March 17, 2026, plaintiffs filed their reply.  Dkt. 1318. On May 26, 2026, plaintiffs filed notices of errata concerning corrected exhibits filed in support of plaintiffs' motion for class certification.  Dkts. 1364, 1366.  On May 27, 2026, Meta filed a notice of errata concerning a declaration filed in support of Meta's opposition to plaintiffs' motion for class certification.  Dkt. 1367.  Oral argument was heard on June 12, 2026.

*Meta's Objection to Reply Evidence*:  On April 14, 2026, Meta filed its Objection to Reply Evidence in connection with plaintiffs' reply brief.  Dkt. 1334.  On June 8, 2026, plaintiffs filed an Administrative Motion for Leave to File Opposition to Meta's Objection to Reply Evidence. Dkt. 1379. The Court granted plaintiffs' motion for leave to file their opposition on June 11, 2026.  Dkt. 1381.

*Rule 702 Motions*: On December 19, 2025, Meta filed Rule 702 motions to exclude certain purported expert analysis offered by plaintiffs in support of class certification.  Dkts. 1257, 1258, 1259, 1260, 1261, 1262.  On March 17, 2026, plaintiffs filed their opposition to these motions.   Dkt. 1322, 1323, 1324, 1325, 1326, 1327.  On April 21, 2026, Meta filed replies in support of its Rule 702 motions. Dkts. 1336, 1337, 1338, 1339.

On March 17, 2026, plaintiffs filed Rule 702 motions to exclude certain purported expert analysis offered by Meta in opposition to class certification.  Dkt. 1310, 1311.  On May 5, 2026, Meta filed its oppositions to these motions.  Dkts. 1350, 1351.  On May 26, 2026, plaintiffs filed replies in support of their Rule 702 motions.  Dkts. 1361, 1363.  On May 29, 2026, Meta filed a notice of errata concerning Meta's opposition to plaintiffs' motion to strike or exclude an expert declaration.  Dkt. 1369.

Oral argument on the Rule 702 motions was heard on June 12, 2026.

*Motions to Seal*: On January 9, 2026, Meta filed a renewed motion to seal documents associated with Plaintiffs' motion for class certification.  Dkt. 1270.  Per the Court's instruction, Meta's motion included a chart detailing where the parties agreed or disagreed about Meta's sealing requests. For efficiency, the parties agreed that Meta would file un-redacted versions of the documents upon the Court's ruling.

On January 23, 2026, Meta filed sealing papers in support of sealing portions of Meta's opposition to plaintiffs' motion for class certification, consistent with the Court's order at Dkt. 1249. Dkt. 1279.  Plaintiffs filed their opposition to Meta's sealing papers on January 30, 2026.  Dkt. 1289.

On January 30, 2026, Meta filed its sealing papers in support of sealing portions of Meta's motions to exclude plaintiffs' class certification Experts I. Glenn Cohen, Dr. Zubair Shafiq, Dr. Hal J. Singer, Todd A. Zigrang, Dr. Kate Barasz, and Dr. Kathleen Vohs and their supporting exhibits. Dkt. 1287. Plaintiffs filed their opposition to Meta's sealing papers on February 6, 2026.  Dkt. 1295.

-4-

On April 14, 2026, Meta filed its objections to Plaintiffs' reply evidence in support of their Motion for Class Certification. Dkt. 1334. On June 8, 2026, filed a motion for leave to file their opposition to Meta's objection. Dkt. 1379.

On April 22, 2026, Meta filed its sealing papers in support of sealing portions of plaintiffs' reply in support of their motion for class certification, plaintiffs' oppositions to Meta's motions to exclude plaintiffs' class certification experts, and plaintiffs' motions to exclude Meta's class certification experts Christopher Weil, Dr. Georgios Zervas, and Dr. Steven Tadelis and their supporting exhibits. Dkt. 1344.

On June 2, 2026, Meta filed its sealing papers in support of sealing portions of the corrected exhibits to the reply declaration of Jason "Jay" Barnes in support of plaintiffs' motion for class certification. Dkt. 1373.

On June 11, 2026, Meta filed sealing papers concerning the motions to exclude Dr. Zervas and Dr. Tadelis and oppositions thereto. Dkt. 1382, 1383.

On June 24, 2026, Meta filed sealing papers concerning the demonstrative provided at the class certification hearing. Dkt. 1396.

Also on June 24, 2026, plaintiffs filed their Omnibus Opposition to Meta's Motions to Seal Filed At Dkt. Nos. 1341-1344; 1352-1354; and 1373-1374 provisionally under seal. Dkt No. 1398-3. On June 25, 2026, the parties filed a joint stipulation to extend Meta's deadline to file its sealing papers concerning this submission to July 15, 2026, which the Court granted on June 26, 2026. Dkt. No. 1401. Plaintiffs will file any response to that motion within the normal deadlines for administrative motions.

Dated:  June 30, 2026            By:    */s/ Lauren Goldman*
                                        Lauren Goldman

**GIBSON, DUNN & CRUTCHER LLP**
Lauren R. Goldman (*pro hac vice*)
  *lgoldman@gibsondunn.com*
Darcy C. Harris (*pro hac vice*)
  *dharris@gibsondunn.com*
200 Park Avenue
New York, NY 10166
Tel:    (212) 351-4000
Fax:    (212) 351-4035

Elizabeth K. McCloskey (SBN 268184)
  *emccloskey@gibsondunn.com*
Abigail A. Barrera (SBN 301746)
  *abarrera@gibsondunn.com*
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:    (415) 393-8200
Fax:    (415) 393-8306

**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
  *kristin.whitehead@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Tel:    (415) 391-0600

Andrew B. Clubok (*pro hac vice*)
  *andrew.clubok@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel:    (202) 637-2200

Gary S. Feinerman (*pro hac vice*)
  *gary.feinerman@lw.com*
300 North Wabash Ave, Suite 2800
Chicago, IL 60611
Tel:    (312) 876-7700

*Attorneys for Defendant Meta Platforms, Inc.*

-6-

Dated: June 30, 2026    By:    */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes
*jaybarnes@simmonsfirm.com*
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

By:    */s/ Geoffrey Graber*
Geoffrey Graber

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Geoffrey Graber, State Bar No. 211547
 *ggraber@cohenmilstein.com*
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
Tel:    (202) 408-4600
Fax:    (202) 408-4699

**TERRELL MARSHALL LAW GROUP PLLC**
Beth E. Terrell, State Bar No. 178181
 *bterrell@terrellmarshall.com*
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel.:    (206) 816-6603
Fax:    (206) 319-5450

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
 *koncius@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel:    (310) 854-4444
Fax:    (310) 854-0812

**GIBBS MURA LLP**
Andre M. Mura, State Bar No. 298541
 *amm@classlawgroup.com*
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.:    (510) 350-9700
Fax:    (510) 350-9701

*Attorneys for Plaintiffs and Putative Class*

-7-

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Lauren Goldman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 30, 2026                    By:    */s/ Lauren Goldman*