# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:**  July 7, 2026 | **Time:**  3 minutes 1:58 p.m. to 2:01 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 22-cv-03580-WHO | **Case Name:** In Re Meta Pixel Healthcare Litigation | |

**Attorneys for Plaintiff:**      Jay Barnes
**Attorneys for Defendants:**   Darcy Harris and Lauren R. Goldman
(Carrie Bodner, in-house counsel for Meta)

**Deputy Clerk:** Jean Davis                              **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court advises counsel as to the anticipated timing for the issuance of the order on recently heard motions. In light of the time needed for that opinion, the next two monthly CMCs will be vacated, along with the pretrial conference and jury trial. At the first CMC following the issuance of the order, the parties will work together to set a new trial schedule.