Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

*Attorneys for Plaintiffs and the Proposed Classes*

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel: 202-408-4600
Fax: 202-408-4699

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Ave N, Suite 300
Seattle, WA 98109
Tel.: 206-816-6603
Fax: 206-319-5450

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel.: 510-350-9700
Fax: 510-350-9701

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates to:

All Actions.

**Case No. 3:22-cv-3580-WHO (VKD)**

CLASS ACTION

**PLAINTIFFS' AMENDMENT TO META'S STATEMENT OF RECENT DECISION (DKT. 1394)**

On June 18, 2026, after the June 12 hearing on class certification, Meta submitted the decision in *Ingraham, et. al. v. Capital One Financial Corporation*, Case No. 3:24-cv-05985-TLT (N.D. Cal., June 16, 2026), as a statement of recent decision. *See* Dkt. 1394; *but see* L.R. 7-11(d)(2) (allowing a party to submit supplementary material only "[b]efore the noticed hearing date[ ]").

While Plaintiffs did not oppose Meta's out-of-time filing, they note that on June 30, 2026, the Plaintiffs in that action sought permission to appeal under Federal Rule of Civil Procedure 23(f), arguing that the ruling was "manifest error." See *Williams v. Capital One Finance Corp*., Ninth Circuit Case No. 26-4182, Dkt. 1. On August 24, 2026, the Ninth Circuit granted the petition. The Ninth Circuit's order is attached Exhibit A.

Dated: September 2, 2026

Respectfully submitted,

SIMMONS HANLY CONROY

By: */s/ Jason 'Jay' Barnes*
Jason 'Jay' Barnes, CSB #362776
Email: jaybarnes@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

An V. Truong, *Admitted Pro Hac Vice*
Email: atruong@simmonsfirm.com
Eric Steven Johnson, *Admitted Pro Hac Vice*
Email: ejohnson@simmonsfirm.com
Jennifer M Paulson, *Admitted Pro Hac Vice*
Email: jpaulson@simmonsfirm.com
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Geoffrey A. Graber*
Geoffrey Aaron Graber, CSB #211547
Email: ggraber@cohenmilstein.com
Eric Alfred Kafka, *Admitted Pro Hac Vice*
Email: ekafka@cohenmilstein.com
1100 New York Avenue NW

Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

Mark Vandenberg, *Admitted Pro Hac Vice*
Email: mvandenberg@cohenmilstein.com
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Beth E. Terrell*
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, CSB #190047
Email: asteiner@terrellmarshall.com
Benjamin M. Drachler, *Admitted Pro Hac Vice*
Email: bdrachler@terrellmarshall.com
Elizabeth Schatz Cordero, *Admitted Pro Hac Vice*
Email: eschatzcordero@terrellmarshall.com
1700 Westlake Avenue, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Jeffrey A. Koncius, CSB #189803
Email: koncius@kiesel.law
Nicole Ramirez Jones, CSB #279017
Email: ramirezjones@kiesel.law
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444

Andre M. Mura, CSB #298541
Email: amm@classlawgroup.com
Hanne Jensen, CSB #336045
Email: hj@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700

*Attorneys for Plaintiffs and Proposed Classes*

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

Dated: September 2, 2026

*/s/ Beth E. Terrell*
Beth E. Terrell