Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812

*Attorneys for Plaintiffs and the Proposed Classes*

Geoffrey Graber, State Bar No. 211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL LLP**
1925 Century Park E., Suite 1700
Los Angeles, CA 90067
Tel: 424-550-9905

Beth E. Terrell, State Bar No. 178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel: 206-816-6603
Fax: 206-319-5450

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: 510-350-9700
Fax: 510-350-9701

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE META PIXEL HEALTHCARE LITIGATION

This Document Relates to:

All Actions.

**Case No. 3:22-cv-3580-WHO (VKD)**

CLASS ACTION

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in support of their Motion for Class Certification (Dkt. No.1152).

(1) Order Reversing Dismissal, *Rand v. Eyemart Express, L.L.C.*, No. 25-10784, ---F.4th---, 2026 WL 3180055 (5th Cir. Oct. 23, 2026), a true and correct copy of which is attached hereto as Exhibit A.

Dated: October 26, 2026

Respectfully submitted,

By: */s/ Geoffrey Graber*

Geoffrey Graber, CSB #211547
*ggraber@cohenmilstein.com*
**COHEN MILSTEIN SELLERS & TOLL LLP**
1925 Century Park E., Suite 1700
Los Angeles, CA 90067
Tel: 424-550-9905

Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel: 212-784-6400
Fax: 212-213-5949

Andre M. Mura, State Bar No. 298541
*amm@classlawgroup.com*
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: 510-350-9700
Fax: 510-350-9701

Beth E. Terrell, CSB #178181
*bterrell@terrellmarshall.com*
**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603

Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211

Tel: 310-854-4444
Fax: 310-854-0812

*Attorneys for Plaintiffs and Proposed Classes*

## SIGNATURE ATTESTATION

The undersigned attests that concurrence in its filing has been obtained from its other signatories.

*/s/ Geoffrey Graber*