**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (admitted *pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (admitted *pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE META PIXEL HEALTHCARE LITIGATION,

This Document Relates To:

All Actions

Case No. 3:22-cv-03580-WHO (VKD)

**META PLATFORMS, INC.'S NOTICE OF FILING OF DOCUMENT**

CLASS ACTION

Please take notice that Defendant Meta Platforms, Inc. ("Meta") hereby publicly re-files Meta's Opposition to Plaintiffs' Motion for Class Certification. Meta previously filed this document provisionally under seal, but neither party has sought to maintain it under seal. Meta therefore files this document on the public record.

Dated: November 12, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Lauren R. Goldman*
Lauren R. Goldman

*Attorneys for Meta Platforms, Inc.*