**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** November 17, 2026 | **Time:** 5 minutes<br>1:56 p.m. to 2:01 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 22-cv-03580-WHO | **Case Name:** In Re Meta Pixel Healthcare Litigation | |

**Attorneys for Plaintiff:** Jay Barnes and Geoffrey A. Graber
**Attorneys for Defendants:** Darcy Harris and Lauren R. Goldman
(Carrie Bodner, in-house counsel for Meta)

**Courtroom Deputy:** Jean Davis **Court Reporter:** Ana Dub

**PROCEEDINGS**

Case Management Conference conducted via videoconference.

The Court will stay notice to class members pending resolution of Meta's Rule 23(f) petition and any resulting appeal. But in the interim, the parties should meet and confer concerning the Notice Plans, forms of notice, and proposed case schedule and submit any dispute to the Court so that there is no delay once the appeal is resolved. The Case Management Conference set for December 1, 2028 is continued to December 8, 2026. If counsel do not believe that a CMC is needed in December, they may request that it be continued to January 2027.

**Further Case Management Conference set for December 8, 2026 at 2:00 p.m.** Joint case management statement due December 1, 2026.