Office of the Clerk
**United States Court of Appeals for the Ninth Circui**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

NOV 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**DOCKETING NOTICE**

---

| | |
|---|---|
| Docket Number: | 26-7637 |
| Originating Case Number: | 3:22-cv-03580-WHO |
| Short Title: | John Doe 1, et al. v. Meta Platforms, Inc. |

---

Dear Petitioner/Counsel

The United States Court of Appeals for the Ninth Circuit has received your petition for permission to appeal and assigned the docket number above to your case. Please include this docket number on every filing you submit and in any communication you have with the court about this case.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.